**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 25-12607 |
| Raymond Joseph Schneider<br>Debtor-in-Possession | Chapter 11 |
| | Judge Beth A. Buchanan |

**NOTICE OF APPEARANCE ON BEHALF OF HERITAGE BANK, REQUEST FOR ALL NOTICES, AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

Jon J. Lieberman of Sottile & Barile, Attorneys at Law hereby enters his appearance on behalf of Heritage Bank in the above-referenced matter pursuant to Fed. R. Bankr. P 9010(a) and respectfully requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure be given to him by service at the address shown below.

The undersigned also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that the undersigned be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal

or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to the undersigned, and that the undersigned address be included in the mailing list that the debtor is required to maintain and properly furnish.

        Respectfully Submitted,

        /s/ Jon J. Lieberman
        Jon J. Lieberman (0058394)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Heritage Bank

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2025, copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

- Thomas R. Allen, Esq. – allen@aksnlaw.com
- James A Coutinho, Esq. – coutinho@asnalaw.com
- Andrew Dennis Rebholz, Esq. – rebholz@asnalaw.com
- Richard K Stovall, Esq. – stovall@asnalaw.com
- Patricia B. Fugee, Esq. – patricia.fugee@fisherbroyles.com
- Stefanie L. Deka, Esq. – sdeka@mcglinchey.com
- David Mullen, Esq. – dmullen@mcglinchey.com
- Paul T Saba, Esq. – pts@sspfirm.com
- Richard Boydston, Esq. – richard.boydston@dentons.com
- Asst US Trustee (Cin) – ustpregion09.ci.ecf@usdoj.gov

I further certify that on October 28, 2025, a copy of the foregoing was served by ordinary U.S. Mail addressed to:

Raymond Joseph Schneider,
3515 Tiffany Ridge Lane
Cincinnati, OH 45241
Debtor-in-Possession

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Attorney for Heritage Bank