**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS, LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS

Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"), moves for an extension of time to file his Schedules of Assets and Liabilities, Statement of Financial Affairs, and related documents (the "Schedules and Statement"), as required under Bankruptcy Rule 1007. The Debtor seeks an extension of two weeks until November 14, 2025, which is prior to the 341 meeting that is scheduled for November 21, 2025. The current deadline for filing the Schedules and Statement is October 31, 2025, and this is the first request for an extension.

A memorandum in support follows, and a proposed order is attached as Exhibit A. Pursuant to General Order No. 12-4, no 21-day notice is required to be attached to this motion.

                                              Respectfully submitted,

                                              /s/ James A. Coutinho
                                              Thomas R. Allen       (0017513)
                                              Richard K. Stovall    (0029978)
                                              James A. Coutinho    (0082430)
                                              Andrew D. Rebholz    (0102192)
                                              Allen Stovall Neuman & Ashton LLP
                                              10 West Broad Street, Suite 2400
                                              Columbus, OH 43215
                                              allen@asnalaw.com; stovall@asnalaw.com
                                              coutinho@asnalaw.com; rebholz@asnalaw.com
                                              *Proposed Counsel for Debtor / Debtor in Possession*

**MEMORANDUM IN SUPPORT**

**I.  JURISDICTION & BACKGROUND INFORMATION**

1. This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334 and the General Order of Reference entered in this district.

2. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

3. This is the second chapter 11 bankruptcy filing for the Debtor. The first case—Case No. 23-10337 (the "First Case")—was filed on March 2, 2023, and dismissed on February 27, 2024, after the Debtor moved for a voluntary dismissal. *See Memorandum Opinion Granting Debtor's Amended Motion to Voluntarily Dismiss Chapter 11 Case*, First Case Doc. 344 (the "Dismissal Opinion"), and *Order Dismissing Chapter 11 Case*, First Case Doc. 345.

4. The Debtor's primary reason for dismissing the First Case was that the judgment in favor of The Huntington National Bank ("Huntington") had been overturned on appeal to the Ohio First District Court of Appeals. Dismissal Opinion at p. 6. However, on August 20, 2025, the Ohio Supreme Court reversed, reinstating the judgment in favor of Huntington. *Huntington Natl. Bank v. Schneider*, 2025-Ohio-2920, *reconsideration denied sub nom. Huntington Natl. Bank v. Schneider*, 2025-Ohio-3266, 179 Ohio St.3d 1478.

5. Huntington reinstated its collection efforts, including filing over a dozen garnishments against the Debtor's accounts, filing for charging orders, instructing the local Sheriff to seize personal assets, filing a fraudulent transfer complaint, and seeking the appointment of a receiver. Like the First Case, this second chapter 11 filing was initiated to stop collection actions by Huntington and provide the Debtor with an opportunity to submit a plan of reorganization to restructure his financial affairs under the protections offered by the Bankruptcy Code.

6. The background of the Debtor is familiar to the Court and the parties to this case. The Court has heard testimony regarding the Debtor's background and financial affairs and has written opinions detailing those facts in the First Case. *See* Dismissal Opinion; *see also Order Denying Emergency Motion of The Huntington National Bank for the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a)*, First Case Doc. 78.

7. Since the dismissal of the First Case, there have been certain changes to the financial affairs of the Debtor, and the Debtor has advanced his own litigation against Huntington that is pending in the Court of Common Pleas of Hamilton County, Ohio. *See Schneider v. Huntington*, A2300849.

8. The Debtor intends to complete his Schedules and Statement, devise an appropriate manner for the liquidation of assets to pay his debts, and eventually propose a plan of reorganization for the Court's consideration.

9. However, the Debtor requires additional time to prepare his Schedules and Statement for the Court. As in the First Case, the Debtor owns, operates, and/or holds an interest in dozens of business entities, the affairs of which have changed through continued business operations since the dismissal of the First Case. The Debtor means to ensure that the information on each of these entities is appropriately updated and accurate, and that everything requested in the Statement of Financial Affairs is properly identified and included, before he files his Schedules and Statement. These efforts will ensure the Debtor is providing his creditors and this Court with complete and reliable information.

10. In addition, the Debtor is required to file other documents such as the Verification of List of Creditors and Attorney Compensation Disclosure Statement which the Debtor intends to file at the same time as the Schedules and Statement

**II.        RELIEF REQUESTED & BASIS FOR RELIEF**

11.     Bankruptcy Rules allow for extensions of time to file schedules of assets and liabilities and statement of financial affairs "[o]n motion and for cause". *See* Bankruptcy Rule 1007(c)(7); *see also* Bankruptcy Rule 1007(a)(5) (allowing for extensions of time to file lists of names and addresses for the entities listed in a debtor's Schedules D, E/F, G, and H).

12.     Since the filing of this case—and before the filing—the Debtor has been working to update his Schedules and Statement from the First Case. The updates have primarily been focused on the disclosures of business interests and transactions that would be listed in the Statement of Financial Affairs. Unfortunately, this case was filed in response to collection actions by Huntington and prior to the Debtor being able to work with his new attorneys to fully update the Schedules and Statement. Therefore, those items are still in process.

13.     The Debtor submits that, given the complexity of his financial affairs and the various businesses in which the Debtor holds an interest, there is cause to provide the Debtor with more time to file his Schedules and Statement. Delaying the filing of the Schedules and Statement by just two weeks will allow the Debtor to submit more complete documentation, which will be to the benefit of all parties in interest and the Court.

14.     Moreover, the proposed two-week extension will allow for the Debtor to have the Schedules and Statement filed at least a week prior to the scheduled November 21, 2025, § 341 Meeting of Creditors. Having the Schedules and Statement a week ahead of the meeting is sufficient time to prepare especially given the fact that this is the second case and parties in interest are already generally familiar with the Debtor's financial affairs.

15. In addition, the timeline for submission of the Schedules and Statement will line up with the deadline for submission by the Debtor of Rule 2015.3 disclosures to the United States Trustee regarding his controlling interests in businesses. *See* Official Form 426. Having the Schedules due at the same time as the Rule 2015.3 disclosures will allow the Debtor to make sure the information submitted in both places is accurate and consistent.

16. Courts in this district and elsewhere have regularly found "cause" to extend the deadline for filing schedules and statements in chapter 11 cases when the case involves complex business operations. *See, e.g., In re Murray Metallurgical Coal Holdings, LLC*, Case No. 20-10390, Doc. 119 (Bankr. S.D. Ohio Feb. 14, 2020) (extending time to file schedules and statements of financial affairs by 20 days); *see also In re Murray Energy Holdings Co.*, Case No. 19-56885, Doc. 108 (Bankr. S.D. Ohio Oct. 31, 2019) (extending time by 36 days); *In re AcuSport Corp.*, Case No. 18-52736, Doc. 57 (Bankr. S.D. Ohio May 4, 2018) (extending time by 15 days); *In re The Bellevue Hospital*, Case No. 25-30191, Doc. 40 (Bankr. N.D. Ohio Feb. 6, 2025) (extending time by a week); *In re FirstEnergy Solutions*, Case No. 18-50757, Doc. 164 (Bankr. N.D. Ohio Apr. 4, 2018) (extending time by 31 days); *In re Rite Aid Corp.*, Case No. 23-18993, Doc. 157 (Bankr. D. Del. Oct. 19, 2023) (extending time by 38 days).

### III. CONCLUSION

Based upon the foregoing, it is respectfully requested that the Court issue an order granting the Debtor an extension of time through November 14, 2025, to file his Schedules, Statement and related documents, and that the Court grant such other and further relief as is appropriate.

Respectfully submitted,

/s/ James A. Coutinho
Thomas R. Allen      (0017513)
Richard K. Stovall   (0029978)
James A. Coutinho    (0082430)

Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*

# EXHIBIT A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
|    Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|    Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**
**(DOC. ___)**

This matter comes before the Court on the *Motion for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Related Documents* (the "Motion") (Doc. ___), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, the Debtor requests an extension of the deadline for filing his Schedules of Assets and Liabilities, Statement of Financial Affairs, and related documents through and including November 14, 2025.

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, all lienholders, and those parties requesting notice in this case. Pursuant to this Court's General Order #12-4, the Debtor was not required to submit a 21-day notice with the Motion and the Court may immediately consider the Motion.

Based on the matters contained in the Motion and proper service of the Motion having been completed, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED that the deadline for the Debtor to file his Schedules, Statement and any related documents is hereby extended to November 14, 2025.

SO ORDERED.

SUBMITTED BY:

 /s/ James A. Coutinho
Thomas R. Allen      (0017513)
Richard K. Stovall   (0029978)
James A. Coutinho    (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*

9

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Motion for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Related Documents* was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail on October 31, 2025, addressed to the following:

    See attached mailing matrix containing the Debtor, Office of the United States Trustee, Top 20 Unsecured Creditors, all secured creditors, and those parties requesting notice.

    /s/ James A. Coutinho
    James A. Coutinho     (0082430)

**Asst US Trustee**
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212
*United States Trustee*

**BMW Financial Services NA, LLC**
PO Box 3608
Dublin, OH 43016
*Secured Creditor*

**Christopher P. Schueller, Esq.**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Counsel for The Huntington National Bank*

**David Mullen, Esq.**
McGlinchey Stafford, PLLC
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
*Counsel for Bank of America, N.A.*

**First Federal Savings Bank**
PO Box 250
Washington Court House, OH 43160
*Top 20*

**General Electric Credit Union**
10485 Reading Road
Cincinnati, OH 45241
*Top 20*

**Jon J. Lieberman, Esq.**
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
*Counsel for Heritage Bank*

**Minnesota Life Insurance**
400 Robert Street North
Saint Paul, MN 55101
*Top 20*

**Partick Hruby, Esq.**
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
*Counsel for First Merchants Bank*

**Patricia B. Fugée, Esq.**
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH 43551
*Counsel for Civista Bank*

**Paul T. Saba, Esq.**
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208
*Counsel for Stock Yards Bank & Trust Company*

**Raymond Joseph Schneider**
3515 Tiffany Ridge Lane
Cincinnati, OH 45241
*Debtor*

**Richard Boydston, Esq.**
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, OH 45202
*Counsel for First Merchants Bank*

**Rockland Trust Company**
288 Union Street
Rockland, MA 02370
*Top 20*

**Rudy J. Cerone, Esq.**
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
*Counsel for Bank of America, N.A.*

**Stefanie L. Deka, Esq.**
McGlinchey Stafford, PLLC
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
*Counsel for Bank of America, N.A.*

**Susan M. Argo, Esq.**
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
*Counsel for Three Notes, LLC*

**Transamerica Life Insurance Company**
c/o Aegon USA Realty Advisory Services, LLC
Mortgage Loan Dept. - 3B-CR
6300 C Street SW
Cedar Rapids, IA 52499
*Top 20*

**Tricia Morra, Esq.**
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
*Counsel for Nationstar Mortgage, LLC*

**Truist Bank**
PO Box 79041
Baltimore, MD 21279
*Secured Creditor*

**Whitney L. Mosby, Esq.**
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
*Counsel for First Merchants Bank*

| | |
|---|---|
| **Kelly M. Neal, Esq.**<br>Buchanan Ingersoll & Rooney PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>*Counsel for The Huntington*<br>*National Bank* | **Timothy P. Palmer, Esq.**<br>Buchanan Ingersoll & Rooney PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>*Counsel for The Huntington*<br>*National Bank* |