| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Raymond Joseph Schneider**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–1170**<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Ohio** | | Date case filed for chapter  **11   10/17/25** |
| Case number:  **1:25–bk–12607**   Case Assigned To: **Beth A. Buchanan** | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case                                                                    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Raymond Joseph Schneider | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241 | |
| 4. **Debtor's attorney**<br>Name and address | James A Coutinho<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Suite 2400<br>Columbus, OH 43215 | Contact phone  614–221–8500<br><br>Email  coutinho@asnalaw.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 221 East Fourth Street, Suite 800<br>Cincinnati, OH 45202–4133 | Hours open:<br>9:00 am – 4:00 pm Monday through Friday<br><br>Contact phone  (513)684–2572<br><br>Date: 10/29/25 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2025 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting will be held telephonically, please dial 1–888–330–1716, and enter the code 3475860# to join** |
| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 1/20/26.** <br><br>**Deadline for filing proof of claim:** <br>**For all creditors (except a governmental unit):** 12/29/25 <br>**For a governmental unit:** 4/15/26 <br>A proof of claim is a signed statement describing a creditor's claim. If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site: https://www.ohsb.uscourts.gov/epoc. <br>If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form can be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br>Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 25-12607-bab

Raymond Joseph Schneider  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: ad     Page 1 of 4

Date Rcvd: Oct 29, 2025     Form ID: 309E1     Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| aty | + | Andrew Dennis Rebholz, Allen Stovall Neuman & Ashton LLP, 10 West Broad Street, Suite 2400, Columbus, OH 43215-3469 |
| aty | + | David Mullen, McGlinchey Stafford PLLC, 3401 Tuttle Road, Ste 200, Cleveland, OH 44122-6357 |
| aty | + | Jon J Lieberman, Sottile and Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| aty | + | Patrick Allen Hruby, Brock and Scott PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| aty | + | Paul T Saba, Ssp Law, 2623 Erie Ave, Ste 2623 Erie Ave, Cincinnati Cincinnati, OH 45208-2001 |
| aty | + | Richard Boydston, Dentons Bingham Greenebaum LLP, 312 Walnut Street, Ste 2450, Cincinnati, OH 45202-4258 |
| aty | + | Richard K Stovall, Allen Stovall Neuman & Ashton LLP, 10 West Broad Street, Suite 2400, Columbus, OH 43215-3469 |
| aty | + | Stefanie L. Deka, McGlinchey Stafford, 3401 Tuttle Road, Ste 200, Cleveland, OH 44122-6357 |
| aty | + | Susan M Argo, Bricker Graydon LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-4060 |
| aty | + | Thomas R Allen, Allen Stovall Neuman & Ashton LLP, 10 West Broad Street, Suite 2400, Columbus, OH 43215-3469 |
| cr | + | Three Notes LLC, c/o Bricker Graydon LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-4060 |
| 21933163 | + | ADT, 35 Triangle Park Dr, Suite 3500, Cincinnati, OH 45246-3411 |
| 21933171 | + | BMW Financial Services NA, LLC, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933168 | + | Bank of America, N.A., c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933167 | + | Bank of America, N.A., 1600 Merrill Lynch Drive, 1st Floor, Pennington, NJ 08534-4127 |
| 21933169 | + | Bannister Landscape Services, 917 Meetinghouse Road, Wells, ME 04090-6145 |
| 21933173 | | Brad Sandler, 780 Third Ave. 34th Floor, New York, NY 10017-2024 |
| 21933175 | + | CGWW, 4747 Spring Grove Ave, Cincinnati, OH 45232-1921 |
| 21933176 | + | Christopher P. Schueller, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 21933177 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21933178 | + | Design Rite Sprinkler, 5989 Meijer Dr, Suite 8, Milford, OH 45150-1544 |
| 21933179 | + | Dorothy E. Dornbusch, c/o Joel Zimmerman, Esq., Bubalo Law PLC, 9300 Shelbyville Rd., Ste. 210, Louisville, KY 40222-5161 |
| 21933181 | + | Eagle Eye Property Watch, PO Box 45, MOODY, ME 04054-0045 |
| 21933182 | + | Eagle River, 846 Forest Road, Vail, CO 81657-5704 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933186 | + | First Merchants Bank, c/o Jennifer Griffith, Statutory Agent, 1349 W. Lane Ave., Ste. 800, Columbus, OH 43221-3503 |
| 21943618 | + | First Merchants Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933187 | | First Merchants Bank s/b/m Level One Bank, Steven H. Patterson, Esq., Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 21933188 | + | General Electirc Credit Union, Attn Bankruptcy, 11370 Reed Hartman Hwy, Blue Ash, OH 45241-2430 |
| 21933191 | + | Henry Schneider, 8110 Plainfield Road, Cincinnati, OH 45236-2413 |
| 21944231 | + | Heritage Bank, Inc., Attn: Lisa A. Cook, 5495 North Bend Rd., Burlington, KY 41005-9378 |
| 21933193 | | Heritage Bank, Inc., 54955 North Bend Rd., Burlington, KY 41005 |
| 21933194 | | Holy Cross Energy, 41226 Hwy 6, Avon, CO 81620 |
| 21933196 | + | Jon J. Lierberman, Esq., Sottile and Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 21933198 | + | Kemba Credit Union, Inc., c/o Joe Hutson, Statutory Agent, 5600 Chappell Crossing Blvd., West Chester, OH 45069-5064 |
| 21933199 | + | Kennebunk Sewer District, 44 Water Street, Kennebunk, ME 04043-7034 |
| 21933200 | + | Kenwood Country Club, 6501 Kenwood Road, Cincinnati, OH 45243-2315 |
| 21933202 | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933201 | | Merrill Lynch, Pierce, Fenner & Smith Incorporated, 425 Walnut St., 2600 US Bank Tower, Cincinnati, OH 45202 |
| 21933203 | + | Minnesota Life Insurance, 400 Robert Street North, Saint Paul, MN 55101-2037 |
| 21933207 | + | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205 |
| 21933209 | + | Poseidon Irrigation, 48 Mountain Rd, Biddeford, ME 04005-9402 |
| 21933210 | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21933211 | + | Rockland Trust Company, Successor to Blue Hills Ba, 150 Grossman Drive, Ste. 300, Braintree, MA 02184-4902 |

Case 1:25-bk-12607    Doc 35    Filed 10/31/25    Entered 11/01/25 00:12:40    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0648-1 | User: ad | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 29, 2025 | Form ID: 309E1 | Total Noticed: 90 |

| | | |
|---|---|---|
| 21933212 | + | Rudy J. Cerone, Esq., 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6057 |
| 21933213 | + | Spectrum, 2692 Madison Rd, Ste B9, Cincinnati, OH 45208-1321 |
| 21933214 | + | Stefanie L. Deka, Esq., McGlinchey Stafford, 3401 Tuttle Rd., Ste. 200, Cleveland, OH 44122-6357 |
| 21933215 | + | Steven M. Hartmann, Esq., Smith, Gambrell & Russell, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6683 |
| 21933217 | + | Stock Yards Bank & Trust Company, c/o SSP Statutory Services, LLC, as Statutory Agent, 2623 Erie Avenue, Cincinnati, OH 45208-2001 |
| 21933218 | + | Susana E. Lykins, Esq., Robertson, Anschuz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd, Ste. 450, Alpharetta, GA 30004-2001 |
| 21933220 | + | Three Notes, LLC, c/o GH&R Business Services, Inc.,, as Statutory Agent, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060 |
| 21933221 | + | Town of Kennebunk, 1 Summer Street, Kennebunk, ME 04043-6659 |
| 21933222 | + | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisors, LLC, Mortgage Loan Dept. - 3B-CR, 6300 C Street SW, Cedar Rapids, IA 52499-0001 |
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |
| 21941936 | + | Tricia Morra, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 21933224 | + | TruGreen, 4041 Thunderbird Lane, Fairfield, OH 45014-2232 |
| 21933226 | + | Truist Bank, c/o Corporation Service Company, as Statutory Agent, 1160 Dublin Road, Suite 400, Columbus, OH 43215-1052 |
| 21933229 | + | Vail Valley Snow Removal, 2497 Chamonix Ln Apt J3, Vail, CO 81657-4240 |
| 21933230 | + | Vorys, Sater, Seymour and Pease LLP, 52 East Gay St., Columbus, OH 43215-3161 |
| 21933231 | + | Webhannet Golf Club, 26 Golf Club Drive, Kennebunk, ME 04043-7538 |
| 21933232 | + | Whitney Mosby, Esq., Dentons Bingham Greenebaum, LLP, 10 West Market Street, #2700, Indianapolis, IN 46204-4900 |
| 21933234 | + | Xfinity/Comcast, 7875 Montgomery Rd, Cincinnati, OH 45236-4344 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: coutinho@asnalaw.com | Oct 29 2025 18:57:00 | James A Coutinho, Allen Stovall Neuman & Ashton LLP, 10 West Broad Street, Suite 2400, Columbus, OH 43215 |
| aty | + | Email/Text: patricia.fugee@fisherbroyles.com | Oct 29 2025 18:58:00 | Patricia B Fugee, FisherBroyles, 27100 Oakmead Dr., Box 306, Perrysburg, OH 43551-2670 |
| ust | + | Email/Text: ustpregion09.ci.ecf@usdoj.gov | Oct 29 2025 18:58:00 | Asst US Trustee (Cin), Office of the US Trustee, J.W. Peck Federal Building, 550 Main Street, Suite 4-812, Cincinnati, OH 45202-5212 |
| 21933166 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 19:04:40 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 21933164 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 19:04:40 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 21933172 | | EDI: BMW.COM | Oct 29 2025 22:42:00 | BMW Financial Services NA, LLC, P O Box 3608, Dublin, OH 43016- 030 |
| 21933170 | + | EDI: AISACG.COM | Oct 29 2025 22:42:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio Serviced LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 21933174 | + | Email/Text: cmpbankruptcy@cmpco.com | Oct 29 2025 18:58:00 | Central Maine Power, 83 Edison Drive, Augusta, ME 04336-0001 |
| 21933184 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 29 2025 18:58:00 | First Merchants Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 21933180 | + | Email/Text: lynn.colombo@duke-energy.com | Oct 29 2025 18:59:00 | Duke, 139 E 4th St, Cincinnati, OH 45202-4034 |
| 21933185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Oct 29 2025 18:59:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis, IN 46290-1111 |
| 21943169 | + | Email/Text: EBN@brockandscott.com | Oct 29 2025 18:57:00 | First Merchants Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933189 | + | Email/Text: gecubankruptcy@gecreditunion.org | Oct 29 2025 18:57:00 | General Electirc Credit Union, c/o Timothy D. Ballinger, as Statutory Agent, 10485 Reading Rd., Cincinnati, OH 45241-2523 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Oct 29 2025 18:57:00 | General Electric Credit Union, 10485 Reading |

Case 1:25-bk-12607  Doc 35  Filed 10/31/25  Entered 11/01/25 00:12:40  Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0648-1 | User: ad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 309E1 | Total Noticed: 90 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Oct 29 2025 18:59:00 | Road, Cincinnati, OH 45241-2580 Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933195 | + | EDI: IRS.COM | Oct 29 2025 22:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21933197 | + | Email/Text: bankruptcy@kembacu.org | Oct 29 2025 18:58:00 | Kemba Credit Union, 8763 Union Centre Blvd, West Chester, OH 45069-1207 |
| 21933205 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2025 18:58:00 | Nationstar Mortgage, LLC dba Mr. Cooper, Attn Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 21933204 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2025 18:58:00 | Nationstar Mortgage, LLC dba Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 21933206 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 29 2025 18:59:00 | Ohio Department of Taxation, Ohio Attorney General, Attn Bankruptcy, 30 East Broad St., 14th Fl, Columbus, OH 43215 |
| 21933208 | + | Email/Text: patricia.fugee@fisherbroyles.com | Oct 29 2025 18:58:00 | Patricia B. Fugee, Esq., FisherBroyles LLP, 27100 Oakmead Drive #306, Perrysburg, OH 43551-2670 |
| 21933216 | + | Email/Text: bankruptcy.notices@syb.com | Oct 29 2025 18:58:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Oct 29 2025 18:59:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |
| 21933225 | + | Email/Text: bankruptcy@bbandt.com | Oct 29 2025 18:58:00 | Truist Bank, Bankruptcy Department, PO Box 27767, Richmond, VA 23261-7767 |
| 21933227 | + | Email/Text: bankruptcy@bbandt.com | Oct 29 2025 18:58:00 | Truist Bank, PO Box 79041, Baltimore, MD 21279-0041 |
| 21933228 | | EDI: USBANKARS.COM | Oct 29 2025 22:42:00 | US Bank, NA, PO Box 790408, St. Louis, MO 63179-0408 |
| 21933233 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 29 2025 18:57:00 | Xcel Energy, 414 Nicollet Mall, Minneapolis, MN 55401 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 21933165 | * | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| David Mullen | on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com |
| Stefanie L. Deka | on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@brickergraydon.com |
| Thomas R Allen | on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com |

TOTAL: 12