**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 3, 2025**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS (DOC. 34)**

This matter comes before the Court on the *Motion for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Related Documents* (the "Motion") (Doc. 34), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, the Debtor requests an extension of the deadline for filing his Schedules of Assets and Liabilities, Statement of Financial Affairs, and related documents through and including November 14, 2025.

1

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, all lienholders, and those parties requesting notice in this case. Pursuant to this Court's General Order #12-4, the Debtor was not required to submit a 21-day notice with the Motion and the Court may immediately consider the Motion.

Based on the matters contained in the Motion and proper service of the Motion having been completed, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED that the deadline for the Debtor to file his Schedules, Statement and any related documents is hereby extended to November 14, 2025.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Thomas R. Allen      (0017513)
Richard K. Stovall   (0029978)
James A. Coutinho    (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*