# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-12607 |
| | : | Chapter 11 |
| **RAYMOND JOSEPH SCHNEIDER,** | : | |
| | : | Judge Beth A. Buchanan |
| Debtor. | : | |
| | : | |

___

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST
___

Austin Z. Baurichter of BRICKER GRAYDON LLP enters his appearance as counsel for Park National Bank ("PNB"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, and facsimile number are:

Austin Z. Baurichter (0104539)
*Attorney for PNB*
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2731
Fax:    (513) 651-3836
E-mail: abaurichter@brickergraydon.com

PNB hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure including notices under Rule 2002(I), be given to it by service upon its attorney at the address shown above.

PNB, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorney at the address indicated above.

PNB also hereby requests special notice of all pleadings, motions, applications, and other

25224169v2

documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of PNB's (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All of such rights hereby are reserved and preserved by PNB without exemption

25224169v2

and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

          Respectfully submitted,

          */s/ Austin Z. Baurichter*
          Austin Z. Baurichter (0104539)
          Attorney for PNB
          Bricker Graydon LLP
          312 Walnut Street, Suite 1800
          Cincinnati, OH 45202
          Phone: (513) 629-2731
          Fax:    (513) 651-3836
          E-mail: abaurichter@brickergraydon.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance, Request for All Notices, and Request for Special Notice and Inclusion on Mailing List was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court, and by first class mail on this 4th day of November, 2025, addressed to:

**Raymond Joseph Schneider**
111 Sweet Bay Trail
Mount Orab, OH  45154
*Debtor In Possession*

**U.S. Trustee**
**Assistant US Trustee (Cin)**
Office of the U.S. Trustee
J.W. Peck Federal Building
550 Main St., Ste. 4-812
Cincinnati, OH  45202

                                          */s/ Austin Z. Baurichter*
                                          Austin Z. Baurichter (0104539)