This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: November 3, 2025



Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | **Case No. 25-12607** |
| ) | **Chapter 11** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |

**ORDER DETERMINING AUTOMATIC STAY TO APPLY IN THIS CASE TO ALL CREDITORS AND PARTIES IN INTEREST [Docket Number 7]**

    This matter is before this Court on Debtor Raymond Joseph Schneider ("Debtor")'s *Motion (1) To Determine that the Termination of the Automatic Stay under 11 U.S.C. § 362(c)(3) Is Inapplicable to this Case, or (2) In the Alternative, to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B)* (the "Motion") [Docket Number 7].

    No objections or responses were filed to the Motion.

    The Debtor filed his current bankruptcy case on October 17, 2025. He had one prior bankruptcy filing, Bankruptcy Case Number 23-10337, that was dismissed on February 27, 2024 although the case was not administratively closed until August 12, 2025. This Court concludes that the Debtor's prior bankruptcy case was not "pending," as that term is used in 11 U.S.C. § 362(c)(3), within the year prior to his current bankruptcy filing. *See Windcrest Park Townhome Association v. Walker (In re Walker)*, Case No. 19-62221, 2019 Bankr. LEXIS 2465, at *3-5 (Bankr. N.D. Ga. Aug. 8, 2019); *In re Linares*, Case No. 10-26453-BKC-JKO, 2010 Bankr. LEXIS

2259, at *2-3, 2010 WL 2788248, at *1 (Bankr. S.D. Fla. July 12, 2010*)*; *In re Lundquist*, 371 B.R. 183, 188-90 (Bankr. N.D. Tex. 2007); *In re Williams*, 363 B.R. 786, 788 (Bankr. E.D. Va. 2006); *In re Easthope*, Case No. 06-20366, 2006 Bankr. LEXIS 826, at *7-10, 2006 WL 851829, at *2-3 (Bankr. D. Utah March 28, 2006); *In re Moore*, 337 B.R. 79, 81 (Bankr. E.D.N.C. 2005). Accordingly, § 362(c)(3) is inapplicable and does not cause the automatic stay to terminate in this case.

Alternatively, if § 362(c)(3) would be held to apply, this Court concludes that the Debtor has satisfied the burden to demonstrate that the case was filed in good faith.

Accordingly, the Debtor's Motion is granted. The automatic stay does not terminate and continues to apply to all creditors and parties in interest in this case beyond the 30-day period described in 11 U.S.C. § 362(c)(3)(A).

The hearing previously scheduled is hereby VACATED.

SO ORDERED.

Distribution List:

All Creditors and Parties in Interest

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-12607-bab

Raymond Joseph Schneider                                                                        Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                             User: ad                                       Page 1 of 4
Date Rcvd: Nov 03, 2025                          Form ID: pdf01                                 Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID  |   | Recipient Name and Address |
|-----------|---|----------------------------|
| dbpos     | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| cr        | + | Three Notes LLC, c/o Bricker Graydon LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-4060 |
| 21933163  | + | ADT, 35 Triangle Park Dr, Suite 3500, Cincinnati, OH 45246-3411 |
| 21933171  | + | BMW Financial Services NA, LLC, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933168  | + | Bank of America, N.A., c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933167  | + | Bank of America, N.A., 1600 Merrill Lynch Drive, 1st Floor, Pennington, NJ 08534-4127 |
| 21933169  | + | Bannister Landscape Services, 917 Meetinghouse Road, Wells, ME 04090-6145 |
| 21933173  |   | Brad Sandler, 780 Third Ave. 34th Floor, New York, NY 10017-2024 |
| 21933175  | + | CGWW, 4747 Spring Grove Ave, Cincinnati, OH 45232-1921 |
| 21933176  | + | Christopher P. Schueller, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 21933177  | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21933178  | + | Design Rite Sprinkler, 5989 Meijer Dr, Suite 8, Milford, OH 45150-1544 |
| 21933179  | + | Dorothy E. Dornbusch, c/o Joel Zimmerman, Esq., Bubalo Law PLC, 9300 Shelbyville Rd., Ste. 210, Louisville, KY 40222-5161 |
| 21933181  | + | Eagle Eye Property Watch, PO Box 45, MOODY, ME 04054-0045 |
| 21933182  | + | Eagle River, 846 Forest Road, Vail, CO 81657-5704 |
| 21933183  | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933186  | + | First Merchants Bank, c/o Jennifer Griffith, Statutory Agent, 1349 W. Lane Ave., Ste. 800, Columbus, OH 43221-3503 |
| 21943618  | + | First Merchants Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933187  |   | First Merchants Bank s/b/m Level One Bank, Steven H. Patterson, Esq., Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 21933188  | + | General Electirc Credit Union, Attn Bankruptcy, 11370 Reed Hartman Hwy, Blue Ash, OH 45241-2430 |
| 21933191  | + | Henry Schneider, 8110 Plainfield Road, Cincinnati, OH 45236-2413 |
| 21944231  | + | Heritage Bank, Inc., Attn: Lisa A. Cook, 5495 North Bend Rd., Burlington, KY 41005-9378 |
| 21933193  |   | Heritage Bank, Inc., 54955 North Bend Rd., Burlington, KY 41005 |
| 21933194  |   | Holy Cross Energy, 41226 Hwy 6, Avon, CO 81620 |
| 21933196  | + | Jon J. Lierberman, Esq., Sottile and Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 21933198  | + | Kemba Credit Union, Inc., c/o Joe Hutson, Statutory Agent, 5600 Chappell Crossing Blvd., West Chester, OH 45069-5064 |
| 21933199  | + | Kennebunk Sewer District, 44 Water Street, Kennebunk, ME 04043-7034 |
| 21933200  | + | Kenwood Country Club, 6501 Kenwood Road, Cincinnati, OH 45243-2315 |
| 21933202  | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933201  |   | Merrill Lynch, Pierce, Fenner & Smith Incorporated, 425 Walnut St., 2600 US Bank Tower, Cincinnati, OH 45202 |
| 21933203  | + | Minnesota Life Insurance, 400 Robert Street North, Saint Paul, MN 55101-2037 |
| 21933207  | + | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205 |
| 21933209  | + | Poseidon Irrigation, 48 Mountain Rd, Biddeford, ME 04005-9402 |
| 21933210  | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21933211  | + | Rockland Trust Company, Successor to Blue Hills Ba, 150 Grossman Drive, Ste. 300, Braintree, MA 02184-4902 |
| 21933212  | + | Rudy J. Cerone, Esq., 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6057 |
| 21933213  | + | Spectrum, 2692 Madison Rd, Ste B9, Cincinnati, OH 45208-1321 |
| 21933214  | + | Stefanie L. Deka, Esq., McGlinchey Stafford, 3401 Tuttle Rd., Ste. 200, Cleveland, OH 44122-6357 |
| 21933215  | + | Steven M. Hartmann, Esq., Smith, Gambrell & Russell, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6683 |
| 21933217  | + | Stock Yards Bank & Trust Company, c/o SSP Statutory Services, LLC, as Statutory Agent, 2623 Erie Avenue, Cincinnati, OH 45208-2001 |
| 21933218  | + | Susana E. Lykins, Esq., Robertson, Anschuz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd, Ste. 450, Alpharetta, GA 30004-2001 |
| 21933220  | + | Three Notes, LLC, c/o GH&R Business Services, Inc.,, as Statutory Agent, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060 |
| 21933221  | + | Town of Kennebunk, 1 Summer Street, Kennebunk, ME 04043-6659 |
| 21933222  | + | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisors, LLC, Mortgage Loan Dept. - 3B-CR, 6300 C Street SW, Cedar Rapids, IA 52499-0001 |

Case 1:25-bk-12607 Doc 40 Filed 11/05/25 Entered 11/06/25 00:09:46 Desc
Imaged Certificate of Notice Page 4 of 6

| District/off: 0648-1 | User: ad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: pdf01 | Total Noticed: 77 |

| | | |
|---|---|---|
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |
| 21941936 | + | Tricia Morra, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 21933224 | + | TruGreen, 4041 Thunderbird Lane, Fairfield, OH 45014-2232 |
| 21933226 | + | Truist Bank, c/o Corporation Service Company, as Statutory Agent, 1160 Dublin Road, Suite 400, Columbus, OH 43215-1052 |
| 21933229 | + | Vail Valley Snow Removal, 2497 Chamonix Ln Apt J3, Vail, CO 81657-4240 |
| 21933230 | + | Vorys, Sater, Seymour and Pease LLP, 52 East Gay St., Columbus, OH 43215-3161 |
| 21933231 | + | Webhannet Golf Club, 26 Golf Club Drive, Kennebunk, ME 04043-7538 |
| 21933232 | + | Whitney Mosby, Esq., Dentons Bingham Greenebaum, LLP, 10 West Market Street, #2700, Indianapolis, IN 46204-4900 |
| 21933234 | + | Xfinity/Comcast, 7875 Montgomery Rd, Cincinnati, OH 45236-4344 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21933166 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2025 18:42:30 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 21933164 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2025 18:42:39 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 21933172 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 03 2025 18:42:28 | BMW Financial Services NA, LLC, P O Box 3608, Dublin, OH 43016- 030 |
| 21933170 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2025 18:42:38 | BMW Financial Services NA, LLC, c/o AIS Portfolio Serviced LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 21933174 | + | Email/Text: cmpbankruptcy@cmpco.com | Nov 03 2025 18:38:00 | Central Maine Power, 83 Edison Drive, Augusta, ME 04336-0001 |
| 21933184 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 03 2025 18:38:00 | First Merchants Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 21933180 | + | Email/Text: lynn.colombo@duke-energy.com | Nov 03 2025 18:39:00 | Duke, 139 E 4th St, Cincinnati, OH 45202-4034 |
| 21933185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Nov 03 2025 18:39:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis, IN 46290-1111 |
| 21943169 | + | Email/Text: EBN@brockandscott.com | Nov 03 2025 18:38:00 | First Merchants Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933189 | + | Email/Text: gecubankruptcy@gecreditunion.org | Nov 03 2025 18:38:00 | General Electirc Credit Union, c/o Timothy D. Ballinger, as Statutory Agent, 10485 Reading Rd., Cincinnati, OH 45241-2523 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Nov 03 2025 18:38:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Nov 03 2025 18:39:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933195 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2025 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21933197 | + | Email/Text: bankruptcy@kembacu.org | Nov 03 2025 18:38:00 | Kemba Credit Union, 8763 Union Centre Blvd, West Chester, OH 45069-1207 |
| 21933205 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2025 18:38:00 | Nationstar Mortgage, LLC dba Mr. Cooper, Attn Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 21933204 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2025 18:38:00 | Nationstar Mortgage, LLC dba Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 21933206 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 03 2025 18:39:00 | Ohio Department of Taxation, Ohio Attorney General, Attn Bankruptcy, 30 East Broad St., 14th Fl, Columbus, OH 43215 |
| 21933208 | + | Email/Text: patricia.fugee@fisherbroyles.com | Nov 03 2025 18:38:29 | Patricia B. Fugee, Esq., FisherBroyles LLP, 27100 |

| District/off: 0648-1 | User: ad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: pdf01 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | Oakmead Drive #306, Perrysburg, OH 43551-2670 |
| 21933216 | + | Email/Text: bankruptcy.notices@syb.com | Nov 03 2025 18:38:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Nov 03 2025 18:38:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |
| 21933225 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2025 18:38:00 | Truist Bank, Bankruptcy Department, PO Box 27767, Richmond, VA 23261-7767 |
| 21933227 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2025 18:38:00 | Truist Bank, PO Box 79041, Baltimore, MD 21279-0041 |
| 21933228 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 03 2025 18:39:00 | US Bank, NA, PO Box 790408, St. Louis, MO 63179-0408 |
| 21933233 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Nov 03 2025 18:38:00 | Xcel Energy, 414 Nicollet Mall, Minneapolis, MN 55401 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 21933165 | * | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com |

District/off: 0648-1 User: ad Page 4 of 4
Date Rcvd: Nov 03, 2025 Form ID: pdf01 Total Noticed: 77

Jon J Lieberman
    on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard K Stovall
    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com

Stefanie L. Deka
    on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@brickergraydon.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

TOTAL: 16