# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br>                         Debtor. | Chapter 11<br>Case No. 25-12607<br>Judge Beth A. Buchanan |

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties (the "**Motion**") it is hereby **ORDERED** that the Motion is **GRANTED**.

Huntington is authorized to conduct discovery of the assets, debts and financial affairs of the Debtor, Raymond Schneider (the "**Debtor**") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure through written discovery and oral examination. Written discovery may be served on Debtor's counsel and may, but need not, be filed on the docket. The Debtor shall respond to any written interrogatories and document demands within forty-five (45) days after the entry of this Order and shall appear at a 2004 Examination within sixty (60) days after the date of this Order. Any dispute concerning the discovery may be raised with the Court at any time, but the Court shall hold a discovery status conference on _____ at ____.

To the extent Huntington seeks Rule 2004 discovery from any third party, Huntington shall file the discovery with the Court and provide notice to the Debtor and applicable third party of the right to object to Huntington propounding the discovery within twenty-one (21) days of receipt of the notice. Any objection to the discovery shall be provided to Huntington's counsel and need not be filed with the Court. To the extent no objection is received by Huntington by the objection deadline, Huntington shall be authorized to propound the Rule 2004 discovery upon the applicable

third party subject to the third party's right to raise further objections as to privilege and the burden caused by the discovery. If there is an objection which cannot be resolved by the applicable parties, Huntington may file a motion with the Court to resolve the objection.

SO ORDERED

Proposed order submitted by:

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (0086170)
Timothy P. Palmer (86166)
Kelly M. Neal (100889)
501 Grant Street #200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*