This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

**Dated: November 3, 2025**



Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
|     Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|     Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS (DOC. 34)**

This matter comes before the Court on the *Motion for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Related Documents* (the "Motion") (Doc. 34), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, the Debtor requests an extension of the deadline for filing his Schedules of Assets and Liabilities, Statement of Financial Affairs, and related documents through and including November 14, 2025.

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, all lienholders, and those parties requesting notice in this case. Pursuant to this Court's General Order #12-4, the Debtor was not required to submit a 21-day notice with the Motion and the Court may immediately consider the Motion.

Based on the matters contained in the Motion and proper service of the Motion having been completed, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED that the deadline for the Debtor to file his Schedules, Statement and any related documents is hereby extended to November 14, 2025.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Thomas R. Allen     (0017513)
Richard K. Stovall  (0029978)
James A. Coutinho   (0082430)
Andrew D. Rebholz   (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-12607-bab |
| Raymond Joseph Schneider | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Nov 04, 2025 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 06, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA  N.A. dmullen@mcglinchey.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com |

| District/off: 0648-1 | User: ad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: pdf01 | Total Noticed: 1 |

Jon J Lieberman
    on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard K Stovall
    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com

Stefanie L. Deka
    on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@brickergraydon.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

TOTAL: 16