IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:25-bk-12607 |
| | ) | |
| RAYMOND J. SCHNEIDER, | ) | CHAPTER 11 |
| | ) | |
| Debtor In Possession. | ) | JUDGE BUCHANAN |

### NOTICE OF APPEARANCE OF COUNSEL – LBR 2090-1

Now comes First Federal Savings & Loan Association of Lakewood, by and through counsel, and notifies this Honorable Court and the Clerk of Courts that all future notices and correspondence regarding the above captioned matter should be sent to the undersigned on behalf of First Federal Savings & Loan Association of Lakewood.

The undersigned is admitted to the Ohio Supreme Court, United States District Court for the Northern District of Ohio and the Third and Sixth Circuit Courts of Appeals. The basis for the undersigned's representation is his long-standing relationship with the First Federal Savings & Loan Association of Lakewood in bankruptcy matters.

Respectfully submitted,

*/s/     Brian Green*

---
BRIAN GREEN (0063921)
bgreen@shaperolaw.com
JAMES MARX (0038999)
jmarx@shaperolaw.com
SHAPERO & GREEN LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Beachwood, Ohio  44122
P: (216) 831-5100

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served this _____ day of November, 2025 upon all parties listed on the Court's electronic mail system.

/s/     *Brian Green*

_____
BRIAN GREEN (0063921)
SHAPERO & GREEN LLC

P:\Brian\FirstFederal\CircleDevelopment\SchneiderBankruptcy\Notice.Appearance