# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-12607 |
| | ) | |
| Raymond J. Schneider, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Beth Buchanan |
| | ) | U.S. Bankruptcy Judge |

## UNITED STATES TRUSTEE'S STATEMENT CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

**TO THE HONORABLE BETH BUCHANAN**

The United States Trustee (the "UST") reports as follows:

1. The Order for Relief in this case under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, *et seq.*) was entered on October 17, 2025.

2. On October 20, 2025, the UST sent a letter to each of the creditors with the 20 largest unsecured claims against Debtor, which solicited those creditors to join a committee of unsecured creditors. That letter required responses be delivered to the UST no later than October 30, 2025.

3. As of November 11, 2025, the UST has received a response from one unsecured creditor expressing interest in serving on such a committee. The UST has not received any response from any other unsecured creditor.

4. Based on the foregoing, there is an insufficient number of creditors willing to serve on a committee of unsecured creditors, and the UST is unable to appoint such a committee in this case pursuant to 11 U.S.C. § 1102.

Dated: November 12, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Andrew R. Vara
　　　　　　　　　　　　　　　　　　　　　　　United States Trustee, Regions 3 and 9

　　　　　　　　　　　by:　　　　*/s/ Ryan Lett*
　　　　　　　　　　　　　　　　　Ryan Lett (OH #0088381)
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　J.W. Peck Federal Building
　　　　　　　　　　　　　　　　　550 Main Street, Suite 4-812
　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　Voice: (513) 684-6990
　　　　　　　　　　　　　　　　　Fax (513) 684-6994
　　　　　　　　　　　　　　　　　Email: ryan.lett@usdoj.gov