**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| IN RE: | Case No. 25-12607 |
| **RAYMOND JOSEPH SCHNEIDER** | Chapter 11 |
| **Debtor** | **Chief Judge Beth A. Buchanan** |

**AFFIDAVIT OF ERIC W. GOERING, GOERING & GOERING, LLC. IN SUPPORT OF MOTION TO EMPLOY PURSUANT TO BANKRUPTCY CODE SECTIONS 329 AND 504,
BANKRUPTCY RULES 2014(a) AND 2016(b)**

STATE OF OHIO             )
                          ) SS:
COUNTY OF HAMILTON        )

Eric W. Goering, being duly sworn, deposes and says:

1. I am an attorney at law and member of the Law Firm of Goering & Goering, LLC ("G&G").

2. I am a duly licensed practicing attorney in the State of Ohio. G&G is a law firm with offices located at 220 W. 3rd St., Cincinnati, OH 45202.

3. Neither I, G&G, nor any member or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtor or his affiliates (the "Debtor"), its creditors or its attorneys (or any other party in interest herein), except as set forth in this Affidavit.

4. To the best of my knowledge, neither G&G, or its members and associates have in the past represented, or currently represent, entities that may be claimants of the Debtor or its affiliates in any matters, either related or totally unrelated to the pending Chapter 11 case except as disclosed in this Affidavit.

5. G&G, which employs 2 attorneys, has a legal practice that encompasses the representation of individuals and companies mostly in debtor work capacity. G&G has not represented or been requested to either represent or consult with any prior or existing client with regard to the Debtor. If G&G discovers a potential conflict at a later date, a supplement to this pleading will be filed with this Court.

1

6.      G&G did represent the Debtor in his prior Chapter 11 which was filed on March 2, 2023 in this Court as case #23-10337.  That case was dismissed voluntarily on February 27, 2024.

7.      In addition, as part of its practice, G&G appears in cases, proceedings and transactions involving many different attorneys and accountants, some of whom may represent claimants and parties in interest in this case.  G&G does not represent any such entities in connection with this pending Chapter 11 case, nor does it have any relationship with any such entities, attorneys or accountants that would be adverse to the Debtor, its affiliates or the Estate, except as set forth in this Affidavit.

8.      G&G's current hourly rates, subject to change from time to time, are $350.00 to $600.00 per hour for members and associates and $175.00 per hour for paralegals.

9.       To comply with the requirement of disclosure, a former member of G & G, Robert Goering, is married to Monica Kindt, the Assistant U.S. Trustee for Cincinnati.  Robert Goering left the firm to become a Hamilton County Judge in February 2021.

10.     The foregoing constitutes the statement of G&G pursuant to Sections 329 and 504 of the Bankruptcy Code, and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure.

11.     Based upon information available to me, I believe G&G is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and further that G&G holds no interest adverse to the Debtor and his estate as to the matters with respect to which it is to be employed.  The proposed employment is not prohibited by, or improper under, Rule 5002 of the Federal Rules of Bankruptcy Procedure.

/s/ Eric W. Goering
Eric W. Goering, #0061146

Sworn to before me on October 31, 2025.

/s/ Alexis Mize
Alexis Mize
My commission has no expiration

2