Label Matrix for local noticing
0648-1
Case 1:25-bk-12607
Southern District of Ohio
Cincinnati

ADT
35 Triangle Park Dr
Suite 3500
Cincinnati, OH 45246-3411

American Express
PO Box 96001
Los Angeles, CA 90096-8000

American Express
PO Box 981535
El Paso, TX 79998-1535

Asst US Trustee (Cin)
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BMW Financial Services NA, LLC
c/o AIS Portfolio Serviced LLC
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC
c/o CT Corporation System
as Statutory Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219-6223

Bank of America, N.A.
1600 Merrill Lynch Drive, 1st Floor
Pennington, NJ 08534-4127

Bank of America, N.A.
c/o CT Corporation System
as Statutory Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219-6223

Bannister Landscape Services
917 Meetinghouse Road
Wells, ME 04090-6145

Brad Sandler
780 Third Ave. 34th Floor
New York, NY 10017-2024

CGWW
4747 Spring Grove Ave
Cincinnati, OH 45232-1921

Central Maine Power
83 Edison Drive
Augusta, ME 04336-0001

Christopher P. Schueller, Esq.
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Civista Bank
100 East Water Street
PO Box 5016
Sandusky, OH 44871-5016

Design Rite Sprinkler
5989 Meijer Dr
Suite 8
Milford, OH 45150-1544

Dorothy E. Dornbusch
c/o Joel Zimmerman, Esq.
Bubalo Law PLC
9300 Shelbyville Rd., Ste. 210
Louisville, KY 40222-5161

Duke
139 E 4th St
Cincinnati, OH 45202-4034

Eagle Eye Property Watch
PO Box 45
MOODY, ME 04054-0045

Eagle River
846 Forest Road
Vail, CO 81657-5704

First Federal Savings Bank
PO Box 250
Washington Court House, OH 43160-0250

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

First Merchants Bank
10333 North Meridian Street #350
Indianapolis, IN 46290-1111

First Merchants Bank
c/o Jennifer Griffith, Statutory Agent
1349 W. Lane Ave., Ste. 800
Columbus, OH 43221-3503

First Merchants Bank s/b/m Level One Bank
Steven H. Patterson, Esq.
Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028

General Electirc Credit Union
Attn Bankruptcy
11370 Reed Hartman Hwy
Blue Ash, OH 45241-2430

General Electirc Credit Union
c/o Timothy D. Ballinger
as Statutory Agent
10485 Reading Rd.
Cincinnati, OH 45241-2523

General Electric Credit Union
10485 Reading Road
Cincinnati, OH 45241-2580

Henry Schneider
8110 Plainfield Road
Cincinnati, OH 45236-2413

Heritage Bank, Inc.
1818 Florence Pike
Burlington, KY 41005-7933

Heritage Bank, Inc.
54955 North Bend Rd.
Burlington, KY 41005

Holy Cross Energy
41226 Hwy 6
Avon, CO 81620


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jon J. Lierberman, Esq.
Sottile and Barile
394 Wards Corner Road, Suite 180
Loveland, OH 45140-8362

Kemba Credit Union
8763 Union Centre Blvd
West Chester, OH 45069-1207


Kemba Credit Union, Inc.
c/o Joe Hutson, Statutory Agent
5600 Chappell Crossing Blvd.
West Chester, OH 45069-5064

Kennebunk Sewer District
44 Water Street
Kennebunk, ME 04043-7034

Kenwood Country Club
6501 Kenwood Road
Cincinnati, OH 45243-2315


Merrill Lynch, Pierce, Fenner & Smith Incorp
425 Walnut St.
2600 US Bank Tower
Cincinnati, OH 45202

Merrill Lynch, Pierce, Fenner & Smith Incorp
c/o CT Corporation System
as Statutory Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219-6223

Minnesota Life Insurance
400 Robert Street North
Saint Paul, MN 55101-2037


Nationstar Mortgage, LLC dba Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar Mortgage, LLC dba Mr. Cooper
Attn Bankruptcy
PO Box 619096
Dallas, TX 75261-9096

(p)OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET
COLUMBUS OHIO 43215-3414


Park National Bank
PO Box 2005
Mount Vernon, OH 43050-7205

Patricia B. Fugee, Esq.
FisherBroyles LLP
27100 Oakmead Drive #306
Perrysburg, OH 43551-2670

Poseidon Irrigation
48 Mountain Rd
Biddeford, ME 04005-9402


Rockland Trust Company
288 Union Street
Rockland, MA 02370-1896

Rockland Trust Company, Successor to Blue Hi
150 Grossman Drive, Ste. 300
Braintree, MA 02184-4902

Rudy J. Cerone, Esq.
601 Poydras Street, 12th Floor
New Orleans, LA 70130-6057


Spectrum
2692 Madison Rd
Ste B9
Cincinnati, OH 45208-1321

Stefanie L. Deka, Esq.
McGlinchey Stafford
3401 Tuttle Rd., Ste. 200
Cleveland, OH 44122-6357

Steven M. Hartmann, Esq.
Smith, Gambrell & Russell, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6683


Stock Yards Bank & Trust Company
1040 East Main Street
Louisville, KY 40206-1888

Stock Yards Bank & Trust Company
c/o SSP Statutory Services, LLC
as Statutory Agent
2623 Erie Avenue
Cincinnati, OH 45208-2001

Susana E. Lykins, Esq.
Robertson, Anschuz, Schneid,
Crane & Partners, PLLC
13010 Morris Rd, Ste. 450
Alpharetta, GA 30004-2001


The Huntington National Bank
7 Easton Oval (EA4W67)
Columbus, OH 43219-6060

Three Notes, LLC
c/o GH&R Business Services, Inc.,
as Statutory Agent
312 Walnut St., Ste. 1800
Cincinnati, OH 45202-4060

Town of Kennebunk
1 Summer Street
Kennebunk, ME 04043-6659

Transamerica Life Insurance Company
c/o Aegon USA Realty Advisors, LLC
Mortgage Loan Dept. - 3B-CR
6300 C Street SW
Cedar Rapids, IA 52499-0001

Transamerica Life Ins.
c/o Aegon USA Realty Advisory Services,
Attn: Mortgage Loan Department
Cedar Rapids, IA 52499-5443

TruGreen
4041 Thunderbird Lane
Fairfield, OH 45014-2232


Truist Bank
Bankruptcy Department
PO Box 27767
Richmond, VA 23261-7767

Truist Bank
PO Box 79041
Baltimore, MD 21279-0041

Truist Bank
c/o Corporation Service Company
as Statutory Agent
1160 Dublin Road, Suite 400
Columbus, OH 43215-1052


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Vail Valley Snow Removal
2497 Chamonix Ln Apt J3
Vail, CO 81657-4240

Vorys, Sater, Seymour and Pease LLP
52 East Gay St.
Columbus, OH 43215-3161


Webhannet Golf Club
26 Golf Club Drive
Kennebunk, ME 04043-7538

Whitney Mosby, Esq.
Dentons Bingham Greenebaum, LLP
10 West Market Street, #2700
Indianapolis, IN 46204-4900

(p)XCEL ENERGY
ATTN BANKRUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993


Xfinity/Comcast
7875 Montgomery Rd
Cincinnati, OH 45236-4344

James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241-3810


                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BMW Financial Services NA, LLC
P O Box 3608
Dublin, OH 43016- 030

First Merchants Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

Ohio Department of Taxation
Ohio Attorney General
Attn Bankruptcy
30 East Broad St., 14th Fl
Columbus, OH 43215


US Bank, NA
PO Box 790408
St. Louis, MO 63179-0408

Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401


                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express
PO Box 96001
Los Angeles, CA 90096-8000

End of Label Matrix
Mailable recipients    74
Bypassed recipients     1
Total                  75