**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor") submits his *Schedules of Assets and Liabilities* (the "Schedules") and *Statement of Financial Affairs* (the "Statement" and, together with the Schedules, the "Schedules and Statement") pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007.

The Schedules and Statement were prepared with the assistance of the Debtor's professionals and are unaudited. While the Debtor has made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information readily available to him at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist or the subsequent receipt of information may result in changes in financial and other data contained in the Schedules and Statement, in particular as it relates to the business interests of the Debtor. The Debtor's good-faith efforts to disclose all known information do not waive rights to amend based on newly discovered facts, including from filed creditor claims or court orders. Accordingly, the Debtor reserves his right to amend or supplement the Schedules and Statement from time to time as may be necessary or appropriate, but there can be no guarantees that the Debtor will do so.

These notes are intended to provide transparency; any inadvertent omission does not constitute bad faith or waiver, and the Debtor commits to prompt amendments as needed. Third parties should not rely on the Schedules and Statement as audited financials or tax advice but should consult their own professionals.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.  **Reservation of Rights**. The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability, and classification. The Debtor also reserves all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statement. In particular, at the time of the filing of the Schedules and Statement, the Debtor has not obtained professional appraisals of his assets unless specifically noted on the Schedules and Statement. The Debtor reserves the right to obtain appraisals of his assets, including his business interests, for use in the formulation and confirmation of a Chapter 11 plan. Nothing contained in the Schedules and Statement constitutes a waiver of rights with respect to this chapter 11 case.

2.    **Basis of Presentation**. The Schedules and Statement reflect the assets and liabilities of the Debtor, and, unless stated, not the assets and liabilities of any third party. The Debtor has used his best efforts to ensure that the information presented here does not include assets and liabilities that are solely owned or the responsibility of any entity owned by the Debtor.

The Schedules and Statement do not purport to represent financial matters in accordance with regular accounting principles, nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or other interested parties on an intermittent basis. The methodology for preparing bankruptcy paperwork is fundamentally different from regular accounting practices and is based on the practice and judgment of the Debtor's legal professionals.

In reviewing and signing the Schedules and Statement, the Debtor necessarily relied upon the efforts, statements, and representations of the accounting and non-accounting personnel that work for the various business entities owned by the Debtor. The Debtor has further relied upon various sources of information about his liabilities that were not generated by the Debtor, such as previously filed creditor claims. The Debtor has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

3.    **Date of Valuations**. Except as otherwise noted in the Schedules and Statement, all valuations of assets and the amounts of liabilities are valued as of the petition date to the best of the Debtor's ability. In certain instances, the Debtor used estimates where actual data as of the petition date was not available. The Debtor made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statement accordingly.

4.    **Valuation Method**. As previously indicated, the Debtor has not yet obtained appraisals of his personal property or business interests. Unless otherwise stated, the values for personal property set forth in the Schedules and Statement are based upon the Debtor's best estimate of the current market values of those assets given their age, quality and condition. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtor's property interests. As to the business interests of the Debtor in which the Debtor has management control, the values depicted in the Schedules and Statement are estimates based on the approximate value of those companies' assets minus the known liabilities of those companies. The business interests of the Debtor where he is a passive investor without management control have not been valued unless the Debtor himself has direct knowledge of the assets and liabilities of those companies or unless the Debtor was able to obtain valuation information in time for inclusion in the Schedules and Statement. The Debtor continues to seek needed information to value business interests in which he does not have control, and will amend as appropriate. The company valuations have not been verified by an independent third party.

5. **No Tax Evaluation**. Unless otherwise indicated, the Debtor has not reduced the values set forth for his assets in the Schedules and Statement for any potential tax obligation that will be owed upon the liquidation of any such asset. The Debtor anticipates that the sale of any of his investments or the sale of any of his companies' assets will trigger income tax obligations, including through recaptured depreciation, that will be paid in accordance with the priorities set forth in the Bankruptcy Code. The Debtor's tax situation is complex and offers no tax guidance to any third party through this filing.

6. **Causes of Action**. The Debtor has made his best effort to determine if he has any causes of action against third parties as assets in the Schedules and Statement but the Debtor is not an attorney and is unable to determine on his own whether certain legal claims exist. The Debtor reserves all of his rights with respect to causes of action he may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action. In particular, the identification of causes of action or pending lawsuits in the Schedules and Statement is meant to identify the existence of those causes of action or pending lawsuits in a general fashion, and the Debtor is unable without extensive professional assistance to identify each subset of any claim, each potential party against which the Debtor holds a claim, or the value of such claims.

7. **Litigation**. The Debtor made reasonable efforts to accurately record the litigation actions that he is a party to (collectively, the "Litigation Actions") in the Schedules and Statement. The inclusion of any Litigation Action in the Schedules and Statement does not constitute an admission by the Debtor of liability, the validity of any Litigation Action, or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

8. **Financial Transactions**. The financial affairs and business of the Debtor are complex. Prior to the petition date, the Debtor operated as a business owner with the ability to transfer funds as needed to meet personal, business, and future business needs. The Debtor has used his best efforts to track the information from his financial transactions that is required to be included in the Schedules and Statement, and reserves the right to supplement and amend the disclosures should the need arise. In addition, the Debtor has had certain financial transactions with his business entities that may not yet have been characterized or may have been improperly characterized, including characterizations such as whether funds provided to a company were for capital contributions or loans, or whether funds paid to the Debtor were draws or loans. The Debtor continues to review all such transactions and will supplement and/or amend the Schedules and Statement as may be appropriate.

9. **Codebtor Claims**. Certain of the Debtor's obligations are obligations for which he is a codebtor with another individual or business. The Schedules list creditors and set forth the Debtor's estimate of the claims of creditors as of the Petition Date. However, certain codebtors may continue to pay obligations in the ordinary course of their business. As such, the actual unpaid claims of creditors that may be allowed in this case may differ from the amounts set forth in the Schedules and Statement. Codebtor payments post-petition may

3

reduce claims; the Debtor reserves rights to adjust accordingly without admission of liability.

10. **Claim Disputes**. Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that the claim is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability, classification or otherwise, or (ii) otherwise to designate subsequently any claim as "disputed," "contingent," or "unliquidated."

The Debtor has excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, and to the extent such damage claims exist, the Debtor reserves all rights to contest such claims as asserted.

11. **Totals**. All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12. **Recharacterization**. Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of his rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statement at a later time as is necessary and appropriate, as additional information becomes available.

13. **Insiders**. The Debtor reserves all rights with respect to the determination or status of a person as an "insider" as defined in section 101(31) of the Bankruptcy Code. Transactions with affiliates or insiders are disclosed based on available records; any omissions are inadvertent and are subject to amendment and supplementation, as appropriate.

14. **Prior Schedules**. This is the second bankruptcy case filed by the Debtor. The Debtor's financial affairs have changed since the filing and dismissal of his first bankruptcy case, which has resulted in changes reflected on the Schedules and Statement. Moreover, the Debtor is represented by different professionals in this case and has had a different timeframe for preparation of the Schedules and Statement. Although the Debtor has made efforts to be consistent with the prior case disclosures, any differences may reflect actual changes in the Debtor's financial affairs or may simply be stylistic.

## SPECIFIC NOTES WITH RESPECT TO THE SCHEDULES

### Schedule A/B

**Part 1 – Real Property:** The Debtor has provided the tax value for his three pieces of real estate. The market values of the properties will vary from the tax value based on market conditions, physical conditions of the properties, and sale timelines.

**Part 2 – Vehicles:** Vehicles have been valued using kbb.com and based on their current mileage. If a valuation was not available through kbb.com, the Debtor used his best estimate of the value based on the age and condition of the vehicle.

**Part 3 – Personal and Household Items:** The Debtor has not completed an inventory or valuation of his various household goods and furnishings. Moreover, the Debtor's non-filing spouse is a co-owner of marital assets and may also individually own assets located at the Debtor's various properties.

**Part 4 – Financial Assets:** The Debtor has attempted to list the actual value of various accounts as of the petition date. However, as to the brokerage accounts of the Debtor, due to the complexities of those accounts, the ongoing fluctuations in the stock market, and the lack of any daily balance tracking readily available to the Debtor, the valuations were as of the closest statement to the petition date as provided by the brokerage. Those values are, therefore, as of October 31, 2025. These values reflect the gross amounts in each account without netting out any setoff rights or liens against the accounts.

**Part 4 – Business Interests:** The Debtor has numerous business interests, some of which are managed by the Debtor, some of which are no longer operating, and some of which are managed by third parties and in which the Debtor is a passive investor. As set forth above, for the business interests of the Debtor in which the Debtor has management control, the values depicted in the Schedules are estimates based on the approximate value of those companies' assets minus the known liabilities of those companies without accounting for any tax obligations upon liquidation. The business interests of the Debtor where he is a passive investor without management control have not been valued unless the Debtor himself has direct knowledge of the assets and liabilities of those companies or unless the Debtor was able to obtain valuation information in time for inclusion in the Schedules. The Debtor continues to seek needed information to value business interests in which he does not have control, and will amend as appropriate. The company valuations have not been verified by an independent third party. The listing of a business on the Schedules is not an admission that the business is operating, has assets, or has any value. Since the end of the first case, the Debtor has made an effort to dissolve businesses that were either defunct or never used, but the Debtor did not have the authority to dissolve certain entities.

**Part 4, Item 30 – Other Amounts Owed to the Debtor:** The Debtor has begun a review of the financials of his various business entities to determine if any funds he has provided to those entities were properly characterized as loans, but that review has not been completed as of the time of the filing of the Schedules. The Debtor reserves the right to amend the Schedules to list any amounts owed to him, and the failure to list such items at this time is not a waiver.

## Schedule D

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

## Schedule E/F

Certain of the claims of taxing authorities set forth in the Schedules ultimately may be deemed to be secured claims pursuant to applicable laws. Certain of the claims owing to various taxing authorities to which the Debtor may be liable may be subject to audit. The Debtor reserves his right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority.

Schedule E/F may not include in the various creditor amounts charges, fees, interest, or other costs that are payable under the applicable loan or credit documents. The Debtor reserves all rights under loan or credit documents, under the Bankruptcy Code, and under applicable non-bankruptcy law to challenge any such additions that may be set forth in a creditor's proof of claim. Creditor proofs of claim may differ from the Schedules; the Debtor reserves all objection rights, including to late-filed or amended claims.

## Schedule I/J

The Debtor has prepared his budget in a manner that is as accurate as possible using both historical budget information as well as using the Debtor's best estimates for future income and expenses. Regarding the Debtor's income, the primary source of income for the Debtor is capital draws from the Debtor's various business entities, the amount and availability of which fluctuates based on the unique financial outcomes of each of the Debtor's businesses. Moreover, in the exercise of the ordinary course of business and in accordance with the Debtor's various fiduciary duties, the Debtor may choose not to draw capital from certain businesses at various times in order to allow those businesses to meet their unique needs. Therefore, the Debtor will experience regular fluctuations in income.

As to the expenses of the Debtor, the Debtor's non-filing spouse benefits from the Debtor's contributions to the household, and the Debtor also benefits from his spouse's contributions. Schedule J seeks a declaration of household expenses, and the Debtor and his spouse will determine the appropriate source of funds to pay such expenses in the ordinary course of their personal affairs.

## SPECIFIC DISCLOSURES WITH RESPECT TO STATEMENT

**Question 4**: The Debtor's income generation is complex and comes from a multitude of business sources, including multiple business interests and investments. As an individual, the Debtor does not maintain regular financial records of his personal income other than through his tax filings, which are complex, and through his financial accounts, which are complicated by inter-account

transfers. The Debtor has used his best efforts to estimate his gross income for this response based on his tax filings and bank statements but continues to review these figures and will amend if appropriate upon a more accurate determination. The Debtor has not yet filed his 2024 tax returns, which further complicates the response to this question, and the 2024 and 2025 figures are based on bank statements after accounting, to the extent possible, for inter-account transfers.

**Question 6**: The Debtor has reviewed his financial transactions for the 90 days prior to the filing of this case to determine what payments to creditors were in excess of the applicable preference limit. The Debtor has not evaluated these payments for potential preference liability, including the evaluation of any applicable defense. The failure of the Debtor to identify a payment or series of payments in excess of the applicable statutory limit is not a waiver of any cause of action, and the Debtor reserves the right to amend this response.

**Question 18**: As detailed in the Statement, the Debtor has provided a summary of certain financial transactions that are required to be disclosed on the Statement. The summary is just that, a short recitation of the transaction. Each such transaction may have been supported by complex transactional documents and the summary should not be relied upon as a conclusive statement as to the complete nature and purpose of the transaction.

**Question 27**: The Debtor has used his best efforts to identify all business interests that have been active within the last four years. The Debtor has, over time, formed and operated numerous business entities, some of which were formed with the applicable Secretary of State but never used, some of which have ceased operations long ago but remain open, and others which are fully defunct and recently dissolved. The Debtor and his professionals continue to review the Debtor's historical business affiliations and information and the appropriate amendments will be made if additional information is determined to be appropriate for this response. The Debtor's description of the nature of the businesses is a mere summary and is not meant to describe the entirety of the business activities.

**Question 28**: From time to time, in his individual capacity as well as in his capacity as a manager or member of a business, the Debtor has provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included financial institutions, banks, vendors, debt holders, and their legal and financial advisors. The Debtor has worked to identify those to whom he provided financial statements, but it was not part of the Debtor's regular course of business to document those disclosures. The Debtor will amend this response should additional past disclosures be identified.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Southern District of Ohio**

Case number  **25-12607**
                    (If known):

☑ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ $         3,733,575.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................ $        63,164,108.31

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................ $        66,897,683.31

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .... $        19,787,951.58

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .................................... $              0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................ + $       146,830,676.21

   **Your total liabilities** $       166,618,627.79

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I* ......................................................... $           88,903.80

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J* ................................................................ $           38,648.51

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **91,770.14**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total Claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (if known): **25-12607**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.    3515 Tiffany Ridge Lane**
Street address, if available, or other description

**Cincinnati    OH    45241**
City        State    Zip Code

**HAMILTON**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$    **788,050.00**

**Current value of the portion you own?**
$    **394,025.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Note: First Mortgage to Nationstar Bank, LLC dba Mr. Cooper
Value per Hamilton County Auditor
Co-owner: Patricia Schneider, Wife**

Debtor 1    **Raymond**        **Joseph**        **Schneider**                        Case number *(if known)*                    **25-12607**
First Name            Middle Name            Last Name

**1.2.**  **2 Fort Lane**

Street address, if available, or other description

**What is the property?** Check all that apply.

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$        **2,323,000.00**    $        **1,160,150.00**

**Kennebunk**      **ME**    **04043**
City            State    Zip Code

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**YORK**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local

property identification number:

**Note: First Mortgage to First Merchants Bank
Value per Kennebunk, ME Property Tax Assessment
Co-owner: Patricia Schneider, Wife**

**1.3.**  **2409 Chamonix Road**

Street address, if available, or other description

**What is the property?** Check all that apply.

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$        **2,179,400.00**    $        **2,179,400.00**

**Vail**            **CO**    **81657**
City            State    Zip Code

**Who has an interest in the property?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**EAGLE**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local

property identification number:    **2103-114-01-018**

**Note: First Mortgage to Truist Bank
Value per Eagle County, CO Property Tax Assessor**

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................................... ➔    $    **3,733,575.00**

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**

| Make: | **Airstream** |
| Model: | **Camper Trailer** |
| Year: | **1968** |
| Approximate mileage: | |
| Other information: | |

**Converted into a carnival food truck.**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ **1,000.00**

**Current value of the portion you own?**  $ **1,000.00**

Note:

**3.2.**

| Make: | **BMW** |
| Model: | **128** |
| Year: | **2011** |
| Approximate mileage: | **30,000** |
| Other information: | |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ **7,147.00**

**Current value of the portion you own?**  $ **7,147.00**

**Note: Value per kbb.com, good condition, private party sale**

**3.3.**

| Make: | **BMW** |
| Model: | **750i** |
| Year: | **2014** |
| Approximate mileage: | **76,000** |
| Other information: | |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ **5,000.00**

**Current value of the portion you own?**  $ **5,000.00**

Note:

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**3.4.** Make: **Ford**
Model: **TBird**
Year: **1957**
Approximate mileage: _____
Other information:

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **10,000.00**

**Current value of the portion you own?**
$ **10,000.00**

Note:

**3.5.** Make: **Tesla**
Model: **Model S**
Year: **2020**
Approximate mileage: **79,000**
Other information:

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **23,227.00**

**Current value of the portion you own?**
$ **23,227.00**

**Note: Value per kbb.com, good condition, private party sale**

**3.6.** Make: **VW**
Model: **Kitcar**
Year: **1959**
Approximate mileage: _____
Other information:
**1959 Porsche replica.**

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **25,000.00**

**Current value of the portion you own?**
$ **25,000.00**

Note:

**3.7.** Make: **VW**
Model: **Kombi**
Year: **1966**
Approximate mileage: _____
Other information:
**Not running. Currently used as a piece of art**

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **2,000.00**

**Current value of the portion you own?**
$ **2,000.00**

Note:

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor 1    **Raymond**      **Joseph**      **Schneider**        Case number *(if known)*        **25-12607**
First Name        Middle Name        Last Name

**3.8.**   Make:    **Wolf**

Model:    **Lucky**

Year:    **2022**

Approximate mileage: _____

Other information:

> **Scooter.**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   **1,000.00** | $   **1,000.00** |

Note:

**4.**   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.**   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................ ➔   $   **74,374.00**

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.**   **Household goods and furnishings**
   ☐ No
   ☑ Yes. Describe............................. | Household goods at Chamonix | $   **5,000.00**

**6.**   **Household goods and furnishings**
   ☐ No
   ☑ Yes. Describe............................. | Household goods at Fort Lane | $   **25,000.00**

**6.**   **Household goods and furnishings**
   ☐ No
   ☑ Yes. Describe............................. | Household goods at Tiffany Ridge. | $   **10,000.00**

**7.**   **Electronics**
   ☐ No
   ☑ Yes. Describe............................. | Electronics at three houses | $   **5,000.00**

---

Debtor 1   **Raymond**          **Joseph**          **Schneider**                    Case number *(if known)*                    **25-12607**
          First Name          Middle Name          Last Name

**8.  Collectibles of value**
- ☐ No
- ☒ Yes. Describe..............................

| | |
|---|---|
| **Misc. Pictures, CD's, Books, Paintings, & Wall Hangings (any item)** | $ 10,000.00 |

**9.  Equipment for sports and hobbies**
- ☒ No
- ☐ Yes. Describe..............................    $ _____

**10.  Firearms**
- ☒ No
- ☐ Yes. Describe..............................    $ _____

**11.  Clothes**
- ☐ No
- ☒ Yes. Describe..............................

| | |
|---|---|
| **Wearing Apparel** | $ 1,000.00 |

**12.  Jewelry**
- ☐ No
- ☒ Yes. Describe..............................

| | |
|---|---|
| **Misc. Men's Accessories** | $ 1,500.00 |

**13.  Non-farm animals**
- ☐ No
- ☒ Yes. Describe..............................

| | |
|---|---|
| **2 domestic dogs** | $ 0.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
- ☒ No
- ☐ Yes. Describe..............................    $ _____

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................➔    $ **57,500.00**

Debtor 1    **Raymond**          **Joseph**          **Schneider**                          Case number *(if known)*                                        **25-12607**
　　　　　　 First Name            Middle Name          Last Name

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☒ No
    ☐ Yes …………………………

    $ _____

17. **Deposits of Money**

    ☐ No
    ☒ Yes …………………………        Institution name:

    **17.1. Checking Account**        **Stockyards**                            $            33,973.79

    **17.2. Checking Account**        **U.S. Bank**                             $             7,714.77

    **17.3. Savings Account**         **Warsaw Federal**                        $               323.01

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☒ Yes …………………………        Institution or issuer name:

    **18.1**  **Merrill Lynch - Acct. x3597**
              **Subject to Lien to Bank of America**                           $         3,261,447.08

    **18.2**  **Merrill Lynch - Acct. x3598**                                   $                0.00

    **18.3**  **Merrill Lynch - Acct. x4923**
              **Subject to Lien to Bank of America**                           $        30,678,040.23

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☒ Yes. Give specific information
         about them………………………        Name of entity:              % of ownership:

    **19.1**  **5150 East Galbraith Road, LLC**        **33.33**      %    $            Unknown

    **Note: Ohio Entity**
    **Co-Owners: Henry Schneider - 1/3, Thomas Zemboch - 1/3**

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| **19.2** | **54 Realty, LTD** | **50.00** | % | $ | **0.00** |

**Note: Ohio Entity, No Assets**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington**

| | | | | | |
|---|---|---|---|---|---|
| **19.3** | **72 Ventures, LTD** | **50.00** | % | $ | **0.00** |

**Note: Ohio Entity, No Assets**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington**

| | | | | | |
|---|---|---|---|---|---|
| **19.4** | **Boston RD, LLC** | **100.00** | % | $ | **4,000,000.00** |

**Note: Massachusetts Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.5** | **Circle Development of Cincinnati, LLC** | **100.00** | % | $ | **450,000.00** |

**Note: Ohio Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.6** | **Corporate Park Investors, LTD** | **5.50** | % | $ | **Unknown** |

**Note: Ohio Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.7** | **Delhi Plaza Associates, Ltd.** | **10.00** | % | $ | **Unknown** |

**Note: Ohio Entity, No Assets**
**Dissolved by co-owner 10/31/2025**

| | | | | | |
|---|---|---|---|---|---|
| **19.8** | **East Galbraith Health Care Center, Inc.** | **33.33** | % | $ | **0.00** |

**Note: Ohio Entity, No Assets**
**Co-owners: Henry Schneider - 1/3, Marilyn Zemboch - 1/3**

| | | | | | |
|---|---|---|---|---|---|
| **19.9** | **Euclid Health Care, Inc.** | **50.00** | % | $ | **Unknown** |

**Note: Ohio Entity**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington - Entity may have claims being pursued derivatively by Debtor. See Huntington litigation.**

| | | | | | |
|---|---|---|---|---|---|
| **19.10** | **Executive Park Investors, Ltd** | **5.00** | % | $ | **Unknown** |

**Note: Ohio Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.11** | **Glidden House Partners, Ltd.** | **3.56** | % | $ | **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **19.12** | **Grasshopper Investments II, LLC** | **100.00** | % | $ | **2,000,000.00** |

**Note: Ohio Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.13** | **Grasshopper Investments, LLC** | **0.50** | % | $ | **Unknown** |

**Note: Ohio Entity**
**Co-owners: Schneider-Grasshopper, Inc. - 0.5%, Patricia B. Schneider 2020 Gift Trust - 99%**

| | | | | | |
|---|---|---|---|---|---|
| **19.14** | **Hamilton II, LLC** | **6.00** | % | $ | **11,000.00** |

**Note: Ohio Entity**

| | | | | | |
|---|---|---|---|---|---|
| **19.15** | **HRM Realty Holding, LTD** | **33.33** | % | $ | **Unknown** |

**Note: Ohio Entity**
**Co-owners: Henry Schneider - 1/3, Marilyn Zemboch - 1/3**

| | | | | | |
|---|---|---|---|---|---|
| **19.16** | **Hyde Park Circle, LLC** | **100.00** | % | $ | **4,000,000.00** |

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | | 25-12607 |
|---|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | | |

**Note: Ohio Entity**

| | 19.17 | IF2, LLC | 100.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**

| | 19.18 | Keller Road Realty Co., LLC | 50.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington**

| | 19.19 | Kenwood Terrace Health Care Center, Inc. | 50.00 | % | $ | Unknown |
|---|---|---|---|---|---|---|

**Note: Ohio Entity**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington - Entity may have claims being pursued derivatively by Debtor. See Huntington litigation.**

| | 19.20 | KPT7 Holding Company, LLC | 0.50 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity**

| | 19.21 | Lebanon RD, LLC | 100.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**

| | 19.22 | Loveland RD Realty, LLC | 100.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**

| | 19.23 | Loveland RD, LLC | 100.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**

| | 19.24 | Madison Warehouse, LLC | 100.00 | % | $ | 1,100,000.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity**

| | 19.25 | Mason RD, LLC | 100.00 | % | $ | 1,165,000.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity**

| | 19.26 | Montclair Investors, Ltd. | 5.00 | % | $ | 15,000.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity**

| | 19.27 | North Shore RD, LLC | 100.00 | % | $ | 1,500,000.00 |
|---|---|---|---|---|---|---|

**Note: Massachusetts Entity**

| | 19.28 | Northern Kentucky Assisted Living, LLC | 85.00 | % | $ | 1,000,000.00 |
|---|---|---|---|---|---|---|

**Note: Kentucky Entity**
**Co-owner: DSES, LLC - 85%**

| | 19.29 | Northern Kentucky Retirement Community, LLC | 100.00 | % | $ | 2,000,000.00 |
|---|---|---|---|---|---|---|

**Note: Kentucky Entity**

| | 19.30 | R & T Development, LLC | 100.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

**Note: Ohio Entity, No Assets**

| | 19.31 | RH Real Estate Investments, LLC | 50.00 | % | $ | 0.00 |
|---|---|---|---|---|---|---|

Debtor 1    **Raymond**          **Joseph**          **Schneider**          Case number *(if known)*                          **25-12607**
　　　First Name          Middle Name          Last Name

**Note: Ohio Entity**
**Co-owner: Henry Schneider Trust**

| | 19.32 | Schneider-Grasshopper, Inc. | 100.00 | % | $ | 0.00 |

**Note: Ohio Entity**

| | 19.33 | Seminole Avenue Realty, LLC | 50.00 | % | $ | Unknown |

**Note: Ohio Entity, No Assets**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington**

| | 19.34 | Southbrook Health Care Center, Inc. | 50.00 | % | $ | Unknown |

**Note: Ohio Entity**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington - Entity may have claims being pursued derivatively by Debtor. See Huntington litigation.**

| | 19.35 | Steiger Road Realty, LLC | 50.00 | % | $ | Unknown |

**Note: Ohio Entity, No Assets**
**Co-owner: Harold Sonsa - 50%**
**Liquidated by Huntington**

| | 19.36 | The Gatherings of Blue Ash, LLC | 100.00 | % | $ | 1,200,000.00 |

**Note: Ohio Entity**

| | 19.37 | The Red at Madison Circle, LLC | 100.00 | % | $ | 0.00 |

**Note: Ohio Entity, No Assets - Entity never used**

| | 19.38 | The Red Corner, LLC | 100.00 | % | $ | 4,500,000.00 |

**Note: Ohio Entity**

| | 19.39 | TheCard, LLC | 2.32 | % | $ | 0.00 |

**Note: Delaware Entity**
**Small minority investment (4 Class B Units of 1,000 issued) by Debtor in 2015; no control. No activity in appx. 3 years.**
**% ownership determined from K-1 because Debtor does not have recent cap table.**

| | 19.40 | To Life III, LLC | 100.00 | % | $ | 120,000.00 |

**Note: Ohio Entity**
**Owns 2 parcels of real estate; value is based on land value.**

| | 19.41 | To Life, LTD | 8.42 | % | $ | 3,500,000.00 |

**Note: Ohio Entity**
**Co-owners: Raymond Schneider 2019 Gift Trust, Eric Schneider, Justin Schneider, Danielle Schneider**

| | 19.42 | Topco America, LLC dba Range USA | 0.48 | % | $ | 0.00 |

| | 19.43 | Waldorf Partners LP | 6.25 | % | $ | Unknown |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information
about them……………………………        Issuer name:

_____        $ _____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

Type of account:                    Institution name:

**21.1 Roth IRA**            **Merrill Lynch** _____        $ _____ **921,134.75**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes ………………………………        Institution name or individual:

_____        $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ………………………………        Issuer name and description:

_____        $ _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ………………………………        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☒ Yes. Describe…………...................        | **Raymond Schneider 2019 Gift Trust** |        $ _____ **0.00**

Debtor 1    **Raymond            Joseph            Schneider**                    Case number *(if known)* _____    **25-12607**
　　　　　　First Name          Middle Name        Last Name

**26**. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☒ No

☐ Yes. Describe…………....................        $ _____

**27**. **Licenses, franchises, and other general intangibles**

☒ No

☐ Yes. Describe…………....................        $ _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28**. **Tax refunds owed to you**

☐ No

☒ Yes.   Give specific information about them, including whether you already filed the returns and the tax years. …..………....

| 28.1 | **Potential 2024 and 2025 Tax Refunds** | Federal: | $ _____ **Unknown** |
| | | State: | $ _____ **Unknown** |
| | | Local: | $ _____ **Unknown** |

**29**. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information ...........

Alimony:                $ _____
Maintenance:          $ _____
Support:                 $ _____
Divorce settlement:  $ _____
Property settlement: $ _____

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**30**. **Other amounts someone owes you**

☐ No

☒ Yes. Give specific information. ........

| Promissory Note from Raymond Schneider 2019 Gift Trust for purchase of The Blue Development Company, LLC fka 9617 Kenwood Road Development, LLC<br>Principal of $1,485,000.00 plus 5% from September 1, 2024, maturing September 1, 2026 |
|---|

$ _____ **1,568,600.68**

**31**. **Interests in insurance policies**

☒ No

☐ Yes. Name the insurance company of each policy and list its value ......

Company name: _____   Beneficiary: _____   Surrender or refund value:
$ _____

**32**. **Any interest in property that is due you from someone who has died**

☒ No

☐ Yes. Describe…………….....……

$ _____

**33**. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☒ Yes. Describe…………….....……

| Claims against Harold Sonsa arising in Schneider v. Sonsa, A2003900, A2003386, Hamilton County Court of Common Pleas |
|---|

$ _____ **Unknown**

**33**. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☒ Yes. Describe…………….....……

| Claims against The Huntington National Bank and others as stated and arising in Schneider v. The Huntington National Bank, A2300849, Hamilton County Court of Common Pleas, and any other claim available to the Debtor against the same. |
|---|

$ _____ **Unknown**

**33**. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☒ Yes. Describe…………….....……

| Estate's claims as may be incorporated in fraudulent conveyance case filed by The Huntington National Bank in Hamilton County CCP Case No. A2504784. |
|---|

$ _____ **Unknown**

---

Official Form 106A/B                   **Schedule A/B: Property**                   page 13 of 17

Copyright © Financial Software Solutions, LLC                   BlueStylus

Debtor 1   **Raymond**          **Joseph**          **Schneider**                 Case number *(if known)*  _____ **25-12607**
          First Name            Middle Name           Last Name

**34**. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

**35**. **Any financial assets you did not already list**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................ ➔  $ ____ **63,032,234.31**

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38**. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

**39**. **Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

**40**. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

**41**. **Inventory**

☑ No

☐ Yes. Describe………………..………  [                    ]   $ _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 14 of 17

Copyright © Financial Software Solutions, LLC                                      BlueStylus

Debtor 1    **Raymond**          **Joseph**          **Schneider**                    Case number *(if known)* _____    **25-12607**
     First Name          Middle Name          Last Name

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ................................   Name of entity:                          % of ownership:

                               _____   _____ %    $ _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No

      ☐ Yes. Describe……………..

                                                                  $ _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

                                                         $ _____

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................➜   $ _____ **0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

☑ No

☐ Yes. Describe………….…………                                        $ _____

48. **Crops - either growing or harvested**

☑ No

☐ Yes. Describe………….…………                                        $ _____

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor 1    **Raymond**         **Joseph**          **Schneider**                        Case number *(if known)*_____      **25-12607**
　　　　　　　First Name　　　　　Middle Name　　　　Last Name

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☒ No
    ☐ Yes. Describe………….…………                                                              $ _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☒ No
    ☐ Yes. Describe………….…………                                                              $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☒ No
    ☐ Yes. Describe………….…………                                                              $ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here ………………………………………………………………… ➔   $ _____ **0.00**

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☒ Yes. Give specific information………   **Oral Lease Agreement for Rental of portion of CO house ($2,100 per month)**
    　　　　　　　　　　　　　　　　　　　　　　**J. Hickey, 2409 Chamonix Road, Vail, CO 81657**          $ _____ **0.00**

54. Add the dollar value of all of your entries from Part 7. Write that number here ……………………… ➔   $ _____ **0.00**

Debtor 1    **Raymond**          **Joseph**          **Schneider**                    Case number *(if known)*                                    **25-12607**
           First Name           Middle Name          Last Name

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.    **Part 1: Total real estate, line 2** ............................................................................➔    $    3,733,575.00

56.    **Part 2: Total vehicles, line 5**                                      $          74,374.00

57.    **Part 3: Total personal and household items, line 15**                $          57,500.00

58.    **Part 4: Total financial assets, line 36**                            $       63,032,234.31

59.    **Part 5: Total business-related property, line 45**                   $               0.00

60.    **Part 6: Total farm- and fishing-related property, line 52**          $               0.00

61.    **Part 7: Total other property not listed, line 54**            **+**   $               0.00

62.    **Total personal property.** Add line 56 through 61...................    $    63,164,108.31    Copy personal property total ➔    **+** $  63,164,108.31

63.    **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................    $  66,897,683.31

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (If known): **25-12607**

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **3515 Tiffany Ridge Lane Cincinnati, OH 45241**<br>Line from *Schedule A/B* **1.1** | $ **788,050.00** | ☑ $ **182,625.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **OH § 2329.66(A)(1)** |
| Brief description: **Tesla Model S 2020 79000**<br>Line from *Schedule A/B* **3.8** | $ **23,227.00** | ☑ $ **5,025.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **OH § 2329.66(A)(2)** |
| Brief description: **Household goods at Tiffany Ridge.**<br>Line from *Schedule A/B* **6.1** | $ **10,000.00** | ☑ $ **10,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **OH § 2329.66(A)(4)(a)** |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    __Raymond__    __Joseph__    __Schneider__     Case number *(if known)*   __25-12607__
<br>First Name     Middle Name     Last Name

| Brief description: | Household goods at Chamonix | $ 5,000.00 | ☑ $ 5,000.00 ☐ 100% of fair market value up to any applicable statutory limit | OH § 2329.66(A)(4)(a) |
|---|---|---|---|---|
| Line from Schedule A/B | 6.2 | | | |

| Brief description: | Misc. Pictures, CD's, Books, Paintings, & Wall Hangings (any item) | $ 10,000.00 | ☑ $ 850.00 ☐ 100% of fair market value up to any applicable statutory limit | R.C. 2329.66(A)(4)(a) |
|---|---|---|---|---|
| Line from Schedule A/B | 8.1 | | | |

| Brief description: | Wearing Apparel | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value up to any applicable statutory limit | R.C. 2329.66(A)(4)(a) |
|---|---|---|---|---|
| Line from Schedule A/B | 11.1 | | | |

| Brief description: | Misc. Men's Accessories | $ 1,500.00 | ☑ $ 1,500.00 ☐ 100% of fair market value up to any applicable statutory limit | OH § 2329.66(A)(4)(b) |
|---|---|---|---|---|
| Line from Schedule A/B | 12.1 | | | |

| Brief description: | Stockyards Checking Account 1743 | $ 33,973.79 | ☑ $ 625.00 ☐ 100% of fair market value up to any applicable statutory limit | R.C. 2329.66(A)(3) |
|---|---|---|---|---|
| Line from Schedule A/B | 17.1 | | | |

| Brief description: | Merrill Lynch | $ 921,134.75 | ☑ $ 921,134.75 ☐ 100% of fair market value up to any applicable statutory limit | OH § 2329.66(A)(10)(c), (e) |
|---|---|---|---|---|
| Line from Schedule A/B | 21.1 | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☑ No

    ☐ Yes

Copyright © Financial Software Solutions, LLC      BlueStylus

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: __Southern District of Ohio__ | | | |
| Case number (if known): | 25-12607 | | |

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1.**     **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2.**   **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| | | 2,119,742.5 | | |

| 2.1 | **First Merchants Bank** | Describe the property that secures the claim: | $         0    $ 2,323,000.00    $      0.00 |
|---|---|---|---|

**First Merchants Bank**
Creditor's Name

**1 Corporate Drive, Suite 360**
Number  Street

**Lake Zurich**     **IL**     **60047**
City         State    Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred __44469__

Describe the property that secures the claim:

| 2 Fort Lane, Kennebunk, ME 04043 |
|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of Lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset) _____

**Additional Information:**

| Mortgage for 2 Fort Ln., Kennebunk, ME 04043 |
|---|

Last 4 digits of account number __5210__

**Note:**

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **2.2** | **Nationstar Mortgage, LLC dba Mr. Cooper** | | |
|---|---|---|---|

Creditor's Name

**8950 Cypress Waters Blvd**
Number   Street

**Coppell**           **TX**   **75019 000**
City                State   Zip Code

**Describe the property that secures the claim:**   $  **90,656.15**  $  **788,050.00**  $         **0.00**

**3515 Tiffany Ridge Lane, Cincinnati, OH 45241**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Mortgage for 3515 Tiffany Ridge Lane, Blue Ash, OH 45241**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred **41689**        Last 4 digits of account number **5804**

**Note:**

---

| **2.3** | **Truist Bank** |
|---|---|

Creditor's Name

**PO Box 79041**
Number   Street

**Baltimore**        **MD**   **21279 001**
City                State   Zip Code

**Describe the property that secures the claim:**   $  **423,356.19**  $ **2,179,400.00**  $         **0.00**

**2409 Chamonix Road, Vail, CO 81657**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Mortgage for 2409 Chamonix Ln, Vail, CO 81657-4213**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred **42590**        Last 4 digits of account number **408**

**Note:**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**19,787,951. 58**
$_____

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Bank of America, N.A.**
Name

On which line in Part 1 did you enter the creditor?   **2.1**

**c/o CT Corporation System as Statutory Agent      4400 Easton Commons Way, Ste. 125**
Number       Street

Last 4 digits of account number   _____

**Columbus**                **OH**      **43219**
City                        State    Zip Code

**First Merchants Bank s/b/m Level One Bank**
Name

On which line in Part 1 did you enter the creditor?   **2.3**

**Steven H. Patterson, Esq. Manley Deas Kochalski, LLC PO Box 165028**
Number       Street

Last 4 digits of account number   **5210**

**Columbus**                **OH**      **43216-5028**
City                        State    Zip Code

**Nationstar Mortgage, LLC dba Mr. Cooper**
Name

On which line in Part 1 did you enter the creditor?   **2.4**

**Attn Bankruptcy PO Box 619096**
Number       Street

Last 4 digits of account number   **5804**

**Dallas**                  **TX**      **75261-9741**
City                        State    Zip Code

**Rudy J. Cerone, Esq.**
Name

On which line in Part 1 did you enter the creditor?   **2.1**

**601 Poydras Street, 12th Floor**
Number       Street

Last 4 digits of account number   _____

**New Orleans**             **LA**      **70130**
City                        State    Zip Code

**Stefanie L. Deka, Esq.**
Name

On which line in Part 1 did you enter the creditor?   **2.1**

**McGlinchey Stafford 3401 Tuttle Rd., Ste. 200**
Number       Street

Last 4 digits of account number   _____

**Cleveland**               **OH**      **44122**
City                        State    Zip Code

---

Official Form 106D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 3 of 4

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Susana E. Lykins, Esq.**
Name

On which line in Part 1 did you enter the creditor?   **2.4**

**Robertson, Anschuz, Schneid, Crane & Partners, PLLC**
**13010 Morris Rd, Ste. 450**
Number        Street

Last 4 digits of account number     **5804**

**Alpharetta**            **GA**     **30004**
City                        State    Zip Code

**Truist Bank**
Name

On which line in Part 1 did you enter the creditor?   **2.5**

**Bankruptcy Department PO Box 27767**
Number        Street

Last 4 digits of account number     **408**

**Richmond**              **VA**     **23261**
City                        State    Zip Code

**Truist Bank**
Name

On which line in Part 1 did you enter the creditor?   **2.5**

**c/o Corporation Service Company as Statutory Agent 1160**
**Dublin Road, Suite 400**
Number        Street

Last 4 digits of account number     **408**

**Columbus**              **OH**     **43215**
City                        State    Zip Code

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (if known): __25-12607__

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
  ☐ No. Go to Part 2.
  ☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ | $ __Unknown__ | $ __Unknown__ | $ 0.00 |
| | Priority Creditor's Name | **When was the debt incurred?** _____ | | | |

**PO Box 7346**
Number   Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Philadelphia**   **PA**   **19101 734**
City            State   Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

| Notice Only |
|---|

**Note:**

Copyright © Financial Software Solutions, LLC                                                                                   BlueStylus

Debtor 1  **Raymond**        **Joseph**        **Schneider**                 Case number *(if known)*   **25-12607**
_____   _____   _____
First Name       Middle Name       Last Name

---

| 2.2 |
|---|

**Ohio Department of Taxation**
Priority Creditor's Name

**Ohio Attorney General**
**Attn Bankruptcy**
**30 East Broad St., 14th Fl**
_____
Number   Street

**Columbus        OH   43215**
_____
City                State   Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   $ __Unknown_   $ __Unknown_   $ ____0.00_

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Description:**

| Notice Only |
|---|

**Note:**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**3.1**

| **ADT** | **Last 4 digits of account number** ___5928___ | $ 85.88 |
|---|---|---|
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

**2300 Wall St. Suite H**
Number      Street

**Cincinnati**      **OH**   **45212**
City            State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

| **OH House Services** |
|---|

Note:

**3.2**

| **American Express** | **Last 4 digits of account number** ___5005___ | $ 585.00 |
|---|---|---|
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

**PO Box 96001**
Number      Street

**Los Angeles**      **CA**   **90096-8000**
City            State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

| **Credit Card** |
|---|

Note:

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1    **Raymond         Joseph         Schneider**                    Case number *(if known)*    **25-12607**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           First Name       Middle Name       Last Name

---

| 3.3 |

**American Express**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Nonpriority Creditor's Name

**PO Box 96001**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number    Street

**Los Angeles        CA     90096 800**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City              State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Note:**

Last 4 digits of account number   **3011**          $        **Unknown**

**When was the debt incurred?**   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Description:**

| **Credit Card** |

---

| 3.4 |

**American Express**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Nonpriority Creditor's Name

**PO Box 96001**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number    Street

**Los Angeles        CA     90096 800**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
City              State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Note:**

Last 4 digits of account number   **7004**          $        **6,323.53**

**When was the debt incurred?**   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Description:**

| **Credit Card** |

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 3.5 | **Bannister Landscape Services** | Last 4 digits of account number _____ | $ | 455.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**917 Meetinghouse Road**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Wells                ME      04090**

☐ Unliquidated

City                State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No

| **ME House Services** |
|---|

☐ Yes

**Note:**

---

| 3.6 | **Brad Sandler** | Last 4 digits of account number _____ | $ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**780 Third Ave. 34th Floor**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**New York            NY    10017-2024**

☐ Unliquidated

City                State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No

| **Notice Only** |
|---|

☐ Yes

**Note:**

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    **Raymond**          **Joseph**              **Schneider**                    Case number *(if known)*    **25-12607**
_____    First Name          Middle Name            Last Name

---

| **3.7** | **Central Maine Power** | Last 4 digits of account number | **6341** | $ | **201.93** |

Nonpriority Creditor's Name

When was the debt incurred?    _____

**83 Edison Drive**
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Augusta**          **ME**    **04336**
☐ Unliquidated
City          State    Zip Code
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only
☐ Student loans
☐ Debtor 2 only
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another
☒ Other. Specify    _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          Description:

☒ No
☐ Yes

| ME House Services |

Note:

---

| **3.8** | **CGWW** | Last 4 digits of account number | | $ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?    _____

**4747 Spring Grove Ave**
Number    Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Cincinnati**          **OH**    **45232**
☐ Unliquidated
City          State    Zip Code
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only
☐ Student loans
☐ Debtor 2 only
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another
☒ Other. Specify    _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          Description:

☒ No
☐ Yes

| OH House Services |

Debtor 1    **Raymond        Joseph        Schneider**                Case number *(if known)*   **25-12607**
_____    First Name      Middle Name   Last Name                _____

---

| **3.9** | **Civista Bank** | **Last 4 digits of account number** | **7021** | $ | **3,096,489.52** |

Nonpriority Creditor's Name

**Last 4 digits of account number** _____7021_____

**When was the debt incurred?** _____44679_____

**100 East Water Street**
**PO Box 5016**
_____
Number        Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sandusky        OH        44870 251**
_____
City            State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Co-Borrower with Northern Kentucky Assisted Living LLC**

**Note:**

---

| **3.10** | **Civista Bank** | **Last 4 digits of account number** | **0306** | $ | **1,993,440.44** |

Nonpriority Creditor's Name

**Last 4 digits of account number** _____0306_____

**When was the debt incurred?** _____43851_____

**100 East Water Street**
**PO Box 5016**
_____
Number        Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sandusky        OH        44870 251**
_____
City            State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Co-Borrower with The Blue Development Company, LLC FKA 9617 Kenwood Road Development, LLC**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1  **Raymond**          **Joseph**          **Schneider**          Case number *(if known)*  **25-12607**
　　　　　First Name　　　　Middle Name　　　　Last Name

---

**3.11** | **Civista Bank** | Last 4 digits of account number | _____ | $ | 915,602.21

Nonpriority Creditor's Name

When was the debt incurred? _____

**100 East Water Street**
**PO Box 5016**

Number　　Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sandusky**　　**OH**　　**44870 251**

City　　　　State　　Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

Co-Borrower with The Blue Development Company, LLC FKA 9617 Kenwood Road Development, LLC

**Note:**

---

**3.12** | **Civista Bank** | Last 4 digits of account number | 2822 | $ | 6,739,363.15

Nonpriority Creditor's Name

When was the debt incurred? 44246

**100 East Water Street**
**PO Box 5016**

Number　　Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sandusky**　　**OH**　　**44870 251**

City　　　　State　　Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

Guarantor for The Red Corner, LLC

**Note:**

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor 1   **Raymond        Joseph        Schneider**                    Case number *(if known)*   **25-12607**
　　　　　　First Name　　　Middle Name　　Last Name

---

| **3.13** | **Civista Bank** | **Last 4 digits of account number** | **7861** | $ | **2,130,342.73** |

Nonpriority Creditor's Name

**100 East Water Street
PO Box 5016**

**When was the debt incurred?**   **43593**

Number　　　Street

**As of the date you file, the claim is:** Check all that apply.

**Sandusky        OH    44870 251**
City　　　　　　State　　Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No
☐ Yes

**Guarantor for Mason Rd, LLC, and Mason Red Dog Pet Resort & Spa, LLC**

**Note:**

---

| **3.14** | **Civista Bank** | **Last 4 digits of account number** | | $ | **1,330,298.17** |

Nonpriority Creditor's Name

**100 East Water Street
PO Box 5016**

**When was the debt incurred?**   **45695**

Number　　　Street

**As of the date you file, the claim is:** Check all that apply.

**Sandusky        OH    44870 251**
City　　　　　　State　　Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No
☐ Yes

**Guarantor for Techwoods Circle Rd. LLC**

**Note:**

---

Debtor 1    **Raymond**      **Joseph**         **Schneider**                    Case number *(if known)*   __25-12607__
      First Name      Middle Name       Last Name

---

| 3.15 | **Cummins Law, LLC** | | **Last 4 digits of account number** _____ | $ _____77,651.19 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**c/o James R. Cummins, Esq.**
**312 Walnut Street, Suite 1530**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent

**Cincinnati**      **OH**    **45202**
City         State   Zip Code
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Legal Fees**

**Note:**

---

| 3.16 | **Design Rite Sprinkler** | | **Last 4 digits of account number** _____ | $ _____160.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**5989 Meijer Dr**
**Suite 8**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent

**Milford**      **OH**    **45150**
City         State   Zip Code
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**OH House Services**

**Note:**

---

Debtor 1   **Raymond**         **Joseph**          **Schneider**                    Case number *(if known)*   **25-12607**
           First Name          Middle Name         Last Name

---

**3.17**   **Dorothy E. Dornbusch**                    Last 4 digits of account number  _____          $          **Unknown**
           Nonpriority Creditor's Name

           **c/o Joel Zimmerman, Esq.**               When was the debt incurred?      _____
           **Bubalo Law PLC**
           **9300 Shelbyville Rd., Ste. 210**
           Number    Street                           **As of the date you file, the claim is:** Check all that apply.
                                                       ☒ Contingent
           **Louisville        KY     40222**         ☒ Unliquidated
           City                State  Zip Code        ☒ Disputed

           **Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
           ☒ Debtor 1 only                            ☐ Student loans
           ☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce that
           ☐ Debtor 1 and Debtor 2 only                 you did not report as priority claims
           ☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ☒ Other. Specify  _____
           ☐ Check if this claim relates to a community debt

           **Is the claim subject to offset?**        Description:
           ☒ No                                        ┌─────────────────────────────────────────┐
           ☐ Yes                                       │ **Personal Injury Suit**                 │
                                                        │                                           │
                                                        └─────────────────────────────────────────┘
       **Note:**

---

**3.18**   **Duke**                                    Last 4 digits of account number  **0248**               $           **404.00**
           Nonpriority Creditor's Name

           **139 E 4th St**                            When was the debt incurred?      _____
           Number    Street
                                                       **As of the date you file, the claim is:** Check all that apply.
           **Cincinnati        OH     45202**          ☐ Contingent
           City                State  Zip Code         ☐ Unliquidated
                                                       ☐ Disputed

           **Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
           ☒ Debtor 1 only                            ☐ Student loans
           ☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce that
           ☐ Debtor 1 and Debtor 2 only                 you did not report as priority claims
           ☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ☒ Other. Specify  _____
           ☐ Check if this claim relates to a community debt

           **Is the claim subject to offset?**        Description:
           ☒ No                                        ┌─────────────────────────────────────────┐
           ☐ Yes                                       │ **OH House Services**                    │
                                                        │                                           │
                                                        └─────────────────────────────────────────┘
       **Note:**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1   **Raymond**          **Joseph**              **Schneider**                    Case number *(if known)*   **25-12607**
_____
First Name        Middle Name        Last Name

---

**3.19**   **Eagle Eye Property Watch**                     Last 4 digits of account number   _____          $        195.00
Nonpriority Creditor's Name
                                                  When was the debt incurred?   _____
**PO Box 45**
_____          As of the date you file, the claim is: Check all that apply.
Number    Street                        ☐ Contingent
**MOODY**          **ME**    **04054**            ☐ Unliquidated
City              State   Zip Code       ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ☑ Other. Specify   _____
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**          **Description:**
☑ No                                    ┌─────────────────────────────────┐
☐ Yes                                   │ **ME House Services**            │
                                        └─────────────────────────────────┘
**Note:**

---

**3.20**   **Eagle River**                              Last 4 digits of account number   **0300**          $        Unknown
Nonpriority Creditor's Name
                                                  When was the debt incurred?   _____
**846 Forest Road**
_____          As of the date you file, the claim is: Check all that apply.
Number    Street                        ☐ Contingent
**Vail**            **CO**    **81657**            ☐ Unliquidated
City              State   Zip Code       ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ☑ Other. Specify   _____
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**          **Description:**
☑ No                                    ┌─────────────────────────────────┐
☐ Yes                                   │ **CO House Services**            │
                                        └─────────────────────────────────┘

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.21**

**First Federal Savings Bank**
Nonpriority Creditor's Name

**PO Box 250**
Number    Street

**Washington**
**Court House**      **OH**    **43160 000**
City                          State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____     $          937,500.00

**When was the debt incurred?**    **44762**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for Circle Development of Cincinnati LLC**

---

**3.22**

**First Merchants Bank**
Nonpriority Creditor's Name

**Attn: Patrick Berghoff**
**8711 River Crossing**
Number    Street

**Indianapolis**      **IN**    **46240**
City                          State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

**Last 4 digits of account number**    **2380**       $       10,307,131.56

**When was the debt incurred?**    **43819**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for Circle Storage Operating Company I, LLC (Construction and Mini-Perm Note)**

---

Debtor 1    **Raymond          Joseph          Schneider**                Case number *(if known)*    **25-12607**
_____    _____    _____    _____                _____
              First Name            Middle Name            Last Name

---

| 3.23 | **First Merchants Bank** | **Last 4 digits of account number** | **8140** | $ | **3,575,506.18** |
|---|---|---|---|---|---|

**First Merchants Bank**
Nonpriority Creditor's Name

**Attn: Patrick Berghoff**
**8711 River Crossing**
Number          Street

**Indianapolis          IN          46240**
City          State    Zip Code

**Last 4 digits of account number          8140**

**When was the debt incurred?          44664**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for Circle Storage Operating Company I, LLC (Construction Loan)**

**Note:**

---

| 3.24 | **First Merchants Bank** | **Last 4 digits of account number** | **8386** | $ | **5,275,099.36** |
|---|---|---|---|---|---|

**First Merchants Bank**
Nonpriority Creditor's Name

**Attn: Patrick Berghoff**
**8711 River Crossing**
Number          Street

**Indianapolis          IN          46240**
City          State    Zip Code

**Last 4 digits of account number          8386**

**When was the debt incurred?          44378**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for Circle Storage Operating Company I, LLC (First Amended and Restated Project Note)**

**Note:**

---

Debtor 1    **Raymond        Joseph        Schneider**                Case number *(if known)*    **25-12607**
‎             First Name       Middle Name     Last Name

---

| **3.25** | **First Merchants Bank** | Last 4 digits of account number | **2445** | $ | **18,579,394.99** |

Nonpriority Creditor's Name

**Attn: Patrick Berghoff**
**8711 River Crossing**

When was the debt incurred?    **43819**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Indianapolis      IN    46240**

☐ Contingent
☐ Unliquidated

City              State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

**Description:**

☒ No

**Guarantor for Circle Storage Operating Company I, LLC (Term Loan)**

☐ Yes

**Note:**

---

| **3.26** | **General Electric Credit Union** | Last 4 digits of account number | | $ | **3,409,697.14** |

Nonpriority Creditor's Name

**10485 Reading Road**

When was the debt incurred?    **42724**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Cincinnati      OH    45241 000**

☐ Contingent
☐ Unliquidated

City              State    Zip Code

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ At least one of the debtors and another

☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

**Description:**

☒ No

**Guarantor for Hyde Park Circle LLC**

☐ Yes

**Note:**

---

Debtor 1   **Raymond**        **Joseph**          **Schneider**                    Case number *(if known)*   **25-12607**
   First Name        Middle Name          Last Name

---

| 3.27 | **Henry Schneider** | Last 4 digits of account number | | $ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?     **2023**

**8110 Plainfield Road**

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cincinnati**        **OH**    **45236-0000**
City        State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

| **Loan & Contribution Claims** |

---

| 3.28 | **Heritage Bank, Inc.** | Last 4 digits of account number   **1856** | | $ | **1,904,513.04** |

Nonpriority Creditor's Name

When was the debt incurred?     **44309**

**1818 Florence Pike**

Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Burlington**        **KY**    **41005 000**
City        State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

| **Guarantor for Madison Warehouse, LLC** |

**Note:**

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
| | First Name | Middle Name | Last Name | | |

---

| **3.29** | **Heritage Bank, Inc.** | Last 4 digits of account number | **5956** | $ | **1,304,572.48** |

Nonpriority Creditor's Name

**1818 Florence Pike**

Number      Street

**Burlington**          **KY**      **41005 000**

City              State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Note:**

**When was the debt incurred?**      **44424**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for The Gatherings of Blue Ash, LLC**

---

| **3.30** | **Holy Cross Energy** | Last 4 digits of account number | **5602** | $ | **159.30** |

Nonpriority Creditor's Name

**PO Box 2150**

Number      Street

**Glenwood Springs**          **CO**      **81602**

City              State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Note:**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**CO House Services**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1    **Raymond**        **Joseph**        **Schneider**                    Case number *(if known)*    **25-12607**
            First Name         Middle Name       Last Name

---

| 3.31 | **Kemba Credit Union** | | **Last 4 digits of account number** | **177** | | $ | **136,562.13** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **43755**

**8763 Union Centre Blvd**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**West Chester**    **OH**    **45069 000**     ☐ Unliquidated
City          State   Zip Code               ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only                      ☐ Student loans

☐ Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce that
                                        you did not report as priority claims
☐ Debtor 1 and Debtor 2 only         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another   ☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☒ No                                  ┌─────────────────────────────────────┐
                                      │ **Guarantor for Hyde Park Circle LLC** │
☐ Yes                                 └─────────────────────────────────────┘

**Note:**

---

| 3.32 | **Kennebunk Sewer District** | | **Last 4 digits of account number** | **1984** | | $ | **568.15** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**44 Water Street**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Kennebunk**    **ME**    **04043**       ☐ Unliquidated
City          State   Zip Code             ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only                      ☐ Student loans

☐ Debtor 2 only                      ☐ Obligations arising out of a separation agreement or divorce that
                                        you did not report as priority claims
☐ Debtor 1 and Debtor 2 only         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another   ☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☒ No                                  ┌─────────────────────────────────────┐
                                      │ **ME House Services** │
☐ Yes                                 └─────────────────────────────────────┘

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    **Raymond**            **Joseph**            **Schneider**            Case number *(if known)*   **25-12607**
First Name            Middle Name            Last Name

| **3.33** | **Kenwood Country Club** | Last 4 digits of account number | **9212** | $ | **2,675.62** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**6501 Kenwood Road**

Number    Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Cincinnati**        **OH**    **45243**        ☐ Unliquidated
City            State   Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only            ☐ Student loans

☐ Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that
                you did not report as priority claims
☐ Debtor 1 and Debtor 2 only        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another    ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☑ No                **OH House Services**

☐ Yes

**Note:**

| **3.34** | **Merrill Lynch, Pierce, Fenner & Smith Incorporated** | Last 4 digits of account number | | $ | **0.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **2023**

**425 Walnut St.**
**2600 US Bank Tower**

Number    Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Cincinnati**        **OH**    **45202**        ☐ Unliquidated
City            State   Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only            ☐ Student loans

☐ Debtor 2 only            ☐ Obligations arising out of a separation agreement or divorce that
                you did not report as priority claims
☐ Debtor 1 and Debtor 2 only        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another    ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**        **Description:**

☑ No                **Notice Only - Investment Account Obligations
                (amount due listed under Bank of America)**

☐ Yes

**Note:**

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**3.35**

**Park National Bank**
Nonpriority Creditor's Name

**PO Box 2005**
Number    Street

**Mount Vernon    OH    43050 720**
City              State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____    $    250,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

| Guarantor for Grasshopper Investments II, LLC (Omni Drive Property) |
|---|

**Note:**

---

**3.36**

**Poseidon Irrigation**
Nonpriority Creditor's Name

**48 Mountain Rd**
Number    Street

**Biddeford          ME      04005**
City              State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____    $    162.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

| ME House Services |
|---|

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor 1    **Raymond**        **Joseph**        **Schneider**              Case number *(if known)*   **25-12607**
_____  _____  _____
First Name        Middle Name        Last Name

---

| 3.37 | **Robinson Law Firm, LLC** | **Last 4 digits of account number** _____ | $ 2,560.00 |

Nonpriority Creditor's Name

**c/o Emmett E. Robinson, Esq.**
**6600 Lorain Ave. #731**

**When was the debt incurred?** _____

Number     Street

**As of the date you file, the claim is:** Check all that apply.

**Cleveland**        **OH**    **44102**
City            State    Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No
☐ Yes

| **Legal Fees** |

**Note:**

---

| 3.38 | **Rockland Trust Company** | **Last 4 digits of account number**  **0018** | $ 3,384,129.42 |

Nonpriority Creditor's Name

**288 Union Street**

**When was the debt incurred?**  **43214**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

**Rockland**        **MA**    **02370 000**
City            State    Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☒ No
☐ Yes

| **Guarantor for North Shore RD LLC** |

**Note:**

---

Debtor 1    **Raymond**         **Joseph**              **Schneider**              Case number *(if known)*   **25-12607**
_____    First Name          Middle Name             Last Name

---

| 3.39 | **Rockland Trust Company** | **Last 4 digits of account number** | **0015** | $ | **5,583,326.92** |

Nonpriority Creditor's Name

**When was the debt incurred?**     **42873**

**288 Union Street**
_____
Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Rockland          MA     02370 000**
_____
City                State   Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**       **Description:**

☑ No       ┌─────────────────────────────────────────┐
           │ **Guarantor for Boston RD LLC**          │
☐ Yes      │                                          │
           └─────────────────────────────────────────┘

**Note:**

---

| 3.40 | **Spectrum** | **Last 4 digits of account number** | | $ | **257.28** |

Nonpriority Creditor's Name

**When was the debt incurred?**     _____

**400 Washington Boulevard**
_____
Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Stamford          CT     06902**
_____
City                State   Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another

☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**       **Description:**

☑ No       ┌─────────────────────────────────────────┐
           │ **OH & ME House Services**               │
☐ Yes      │                                          │
           └─────────────────────────────────────────┘

**Note:**

---

Debtor 1    **Raymond        Joseph        Schneider**        Case number *(if known)*    **25-12607**

First Name        Middle Name        Last Name

---

| **3.41** | **Stock Yards Bank & Trust Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____    $ **2,500,000.00**

**When was the debt incurred?**    **44684**

**1040 East Main Street**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Louisville        KY      40206 000**

City            State    Zip Code

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Description:**

**Guarantor for 5150 East Galbraith Road LLC / HRM Realty**

**Note:**

---

| **3.42** | **The Huntington National Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____    $ **30,888,696.19**

**When was the debt incurred?**    **2022**

**7 Easton Oval (EA4W67)**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Columbus        OH      43219**

City            State    Zip Code

☐ Unliquidated

☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Judgment**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☐ No

☒ Yes

**Description:**

**Judgment from Guarantees**

**Note: Amount based on recent state court filings by creditor and is disputed. Debtor has ongoing litigation against creditor; if successful, litigation will result in setoff rights. Debtor reserves all rights to dispute this claim.**

---

Debtor 1    **Raymond        Joseph        Schneider**        Case number *(if known)*   **25-12607**
_____  First Name      Middle Name   Last Name

---

**3.43**   **Three Notes, LLC**                                  Last 4 digits of account number  _____         $         133,704.51
_____
Nonpriority Creditor's Name                                     When was the debt incurred?      _____

**c/o GH&R Business Services, Inc.,
as Statutory Agent
312 Walnut St., Ste. 1800**                                     **As of the date you file, the claim is:** Check all that apply.
_____                              ☐ Contingent
Number    Street                                                ☐ Unliquidated
                                                                ☐ Disputed
**Cincinnati        OH      45202**
_____
City              State   Zip Code                              **Type of NONPRIORITY unsecured claim:**
                                                                ☐ Student loans
**Who incurred the debt?** Check one.                           ☐ Obligations arising out of a separation agreement or divorce that
☑ Debtor 1 only                                                    you did not report as priority claims
☐ Debtor 2 only                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Debtor 1 and Debtor 2 only                                    ☑ Other. Specify  _____
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**                             **Description:**
☑ No                                                            ┌─────────────────────────────────────┐
☐ Yes                                                           │ **Loan**                            │
                                                                │                                     │
                                                                └─────────────────────────────────────┘

**Note:**

---

**3.44**   **Town of Kennebunk**                                Last 4 digits of account number   **1543**           $          Unknown
_____
Nonpriority Creditor's Name                                     When was the debt incurred?      _____

**1 Summer Street**
_____                              **As of the date you file, the claim is:** Check all that apply.
Number    Street                                                ☐ Contingent
                                                                ☐ Unliquidated
**Kennebunk        ME      04043**                              ☐ Disputed
_____
City              State   Zip Code                              **Type of NONPRIORITY unsecured claim:**
                                                                ☐ Student loans
**Who incurred the debt?** Check one.                           ☐ Obligations arising out of a separation agreement or divorce that
☑ Debtor 1 only                                                    you did not report as priority claims
☐ Debtor 2 only                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Debtor 1 and Debtor 2 only                                    ☑ Other. Specify  _____
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**                             **Description:**
☑ No                                                            ┌─────────────────────────────────────┐
☐ Yes                                                           │ **ME House Services**               │
                                                                │                                     │
                                                                └─────────────────────────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor 1    **Raymond**          **Joseph**          **Schneider**          Case number *(if known)*    **25-12607**
            First Name           Middle Name         Last Name

---

| **3.45** | **Transamerica Life Insurance Company** | | | $ | **42,360,140.09** |

Nonpriority Creditor's Name

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**c/o Aegon USA Realty Advisory Services, LLC**
**Attn: Mortgage Loan Department**
Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cedar Rapids**        **IA**      **52499-5443**
City                    State       Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Guarantor for To Life LTD (The Red)**

**Note:**

---

| **3.46** | **TruGreen** | | | $ | **179.62** |

Nonpriority Creditor's Name

**Last 4 digits of account number** **7052**

**When was the debt incurred?** _____

**4041 Thunderbird Lane**
Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fairfield**        **OH**      **45014**
City                 State       Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**OH House Services**

**Note:**

---

Debtor 1    **Raymond**          **Joseph**          **Schneider**          Case number *(if known)*   __25-12607__
_____      _____      _____
First Name        Middle Name       Last Name

---

| 3.47 | **US Bank, NA** | Last 4 digits of account number    __8520__ | $    2,063.32 |

Nonpriority Creditor's Name

**PO Box 790408**

When was the debt incurred?    _____

Number     Street

**St. Louis**          **MO**    **63179 040**

**As of the date you file, the claim is:** Check all that apply.

City               State   Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No
☐ Yes

| **Credit Card** |

**Note:**

---

| 3.48 | **Vail Valley Snow Removal** | Last 4 digits of account number    _____ | $    0.00 |

Nonpriority Creditor's Name

**2497 Chamonix Ln Apt J3**

When was the debt incurred?    _____

Number     Street

**Vail**          **CO**    **81657**

**As of the date you file, the claim is:** Check all that apply.

City               State   Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

**Description:**

☑ No
☐ Yes

| **CO House Services** |

**Note:**

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.49**

**Vorys, Sater, Seymour and Pease LLP**
Nonpriority Creditor's Name

**52 East Gay St.**
Number     Street

**Columbus          OH     43215**
City                State     Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

Last 4 digits of account number _____     $ _____**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Legal Fees**

---

**3.50**

**Webhannet Golf Club**
Nonpriority Creditor's Name

**26 Golf Club Drive**
Number     Street

**Kennebunk          ME     04043**
City                State     Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Note:**

Last 4 digits of account number   **6565**     $ _____**285.09**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**ME House Services**

---

Debtor 1    **Raymond        Joseph        Schneider**             Case number *(if known)*   **25-12607**
             First Name        Middle Name    Last Name

---

| **3.51** | **Xcel Energy** | Last 4 digits of account number | **43-3** | $ | **45.00** |

Nonpriority Creditor's Name

**414 Nicollet Mall**
Number      Street

**Minneapolis      MN      55401**
City              State    Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**ME House Services**

**Note:**

---

| **3.52** | **Xfinity/Comcast** | Last 4 digits of account number | **7160** | $ | **149.07** |

Nonpriority Creditor's Name

**1701 JFK Boulevard**
Number      Street

**Philadelphia      PA      19103**
City              State    Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**OH House Services**

**Note:**

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**American Express**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**PO Box 981535**
Number      Street

Line  **3.3**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**El Paso**          **TX**     **79998-1535**
City                State     Zip Code

Last 4 digits of account number  **3011**

---

**Christopher P. Schueller, Esq.**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**501 Grant Street, Suite 200**
Number      Street

Line  **3.42**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Pittsburgh**          **PA**     **15219**
City                State     Zip Code

Last 4 digits of account number

---

**First Merchants Bank**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**c/o Jennifer Griffith, Statutory Agent 1349 W.
Lane Ave., Ste. 800**
Number      Street

Line  **3.24**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Columbus**          **OH**     **43221**
City                State     Zip Code

Last 4 digits of account number  **8386**

---

**General Electirc Credit Union**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**Attn Bankruptcy 11370 Reed Hartman Hwy**
Number      Street

Line  **3.26**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Blue Ash**          **OH**     **45241**
City                State     Zip Code

Last 4 digits of account number

---

**General Electirc Credit Union**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**c/o Timothy D. Ballinger as Statutory Agent 10485
Reading Rd.**
Number      Street

Line  **3.26**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Cincinnati**          **OH**     **45241**
City                State     Zip Code

Last 4 digits of account number

---

**Heritage Bank, Inc.**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**54955 North Bend Rd.**
Number      Street

Line  **3.28**  of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Burlington**          **KY**     **41005**
City                State     Zip Code

Last 4 digits of account number  **1856**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
| | First Name | Middle Name | Last Name | | |

---

**Jon J. Lierberman, Esq.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Sottile and Barile 394 Wards Corner Road, Suite 180**

Number        Street

Line **3.28** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Loveland**         **OH**    **45140**
City            State   Zip Code

Last 4 digits of account number    **1856**

---

**Kemba Credit Union, Inc.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**c/o Joe Hutson, Statutory Agent 5600 Chappell Crossing Blvd.**

Number        Street

Line **3.31** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**West Chester**        **OH**    **45069**
City            State   Zip Code

Last 4 digits of account number    **177**

---

**Merrill Lynch, Pierce, Fenner & Smith Incorporated**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**c/o CT Corporation System as Statutory Agent 4400 Easton Commons Way, Ste. 125**

Number        Street

Line **3.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Columbus**         **OH**    **43219**
City            State   Zip Code

Last 4 digits of account number    _____

---

**Patricia B. Fugee, Esq.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**FisherBroyles LLP 27100 Oakmead Drive #306**

Number        Street

Line **3.14** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Perrysburg**        **OH**    **43551**
City            State   Zip Code

Last 4 digits of account number    _____

---

**Rockland Trust Company, Successor to Blue Hills Bank**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**150 Grossman Drive, Ste. 300**

Number        Street

Line **3.38** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Braintree**         **MA**    **02184**
City            State   Zip Code

Last 4 digits of account number    **0018**

---

**Steven M. Hartmann, Esq.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Smith, Gambrell & Russell, LLP 311 South Wacker Drive, Suite 3000**

Number        Street

Line **3.45** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Chicago**         **IL**    **60606**
City            State   Zip Code

Last 4 digits of account number    _____

---

Copyright © Financial Software Solutions, LLC                                BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Stock Yards Bank & Trust Company**
_____
Name

**c/o SSP Statutory Services, LLC as Statutory Agent 2623 Erie Avenue**
_____
Number    Street

**Cincinnati**            **OH**        **45208**
_____
City              State      Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line _____**3.41**_____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _____

---

**Transamerica Life Insurance Company**
_____
Name

**c/o Aegon USA Realty Advisors, LLC Mortgage Loan Dept. - 3B-CR 6300 C Street SW**
_____
Number    Street

**Cedar Rapids**          **IA**        **52499**
_____
City              State      Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line _____**3.45**_____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _____

---

**Whitney Mosby, Esq.**
_____
Name

**Dentons Bingham Greenebaum, LLP 10 West Market Street, #2700**
_____
Number    Street

**Indianapolis**          **IN**        **46204**
_____
City              State      Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line _____**3.24**_____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **8386**_____

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 146,830,676.21 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 146,830,676.21 |

---

**Fill in this information to identify your case:**

Debtor 1        __Raymond__               __Joseph__                __Schneider__
                First Name                Middle Name               Last Name

Debtor 2        _____
(Spouse, if filing)  First Name           Middle Name               Last Name

United States Bankruptcy Court for the:  __Southern District of Ohio__

Case number (if known):    __25-12607__                                    ☐ Check if this is an
                                                                              amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

Copyright © Financial Software Solutions, LLC                                              BlueStylus

**Fill in this information to identify your case:**

Debtor 1    **Raymond**          **Joseph**          **Schneider**
            First Name           Middle Name         Last Name

Debtor 2
            First Name           Middle Name         Last Name

United States Bankruptcy Court for the:  **Southern District of Ohio**

Case number (if known):    **25-12607**                                 ☐ Check if this is an
                                                                          amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☑ No. Go to line 3.
       ☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

       _____
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number          Street

       _____
       City                              State    Zip Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** Schedule D **(Official Form 106D),** Schedule E/F **(Official Form 106E/F), or** Schedule G **(Official Form 106G). Use** Schedule D, Schedule E/F, **or** Schedule G **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**  **5150 East Galbraith Road LLC**
         Name

         **c/o GH&R Business Services, Inc.**
         **as Statutory Agent**
         **312 Walnut Street, Ste. 1800**
         Number     Street

         **Cincinnati**          **OH**       **45202**
         City                    State        Zip Code

         ☐ Schedule D, line _____
         ☑ Schedule E/F, line  **3.41**
         ☐ Schedule G, line _____

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.2**    **Boston RD LLC**
Name

☐ Schedule D, line _____
☑ Schedule E/F, line   **3.39**
☐ Schedule G, line _____

**c/o Raymond Schneider
as Statutory Agent
274 Southhampton Rd.**
Number    Street

**Boston**      **MA**      **02118**
City      State      Zip Code

---

**3.3**    **Circle Development of Cincinnati LLC**
Name

☐ Schedule D, line _____
☑ Schedule E/F, line   **3.21**
☐ Schedule G, line _____

**c/o KMK Service Corp, Stat Agent
1400 Provident Tower
1 E. Fourth St.**
Number    Street

**Cincinnati**      **OH**      **45202**
City      State      Zip Code

---

**3.4**    **Circle Storage Operating Company I, LLC**
Name

☐ Schedule D, line _____
☑ Schedule E/F, line   **3.22, 3.23, 3.24, 3.25**
☐ Schedule G, line _____

**c/o Raymond Schneider
as Statutory Agent
10988 Deerfield Rd.**
Number    Street

**Cincinnati**      **OH**      **45242**
City      State      Zip Code

---

**3.5**    **Grasshopper Investments II, LLC**
Name

☐ Schedule D, line _____
☑ Schedule E/F, line   **3.35**
☐ Schedule G, line _____

**c/o Dennis Packer
as Statutory Agent
10988 Deerfield Rd.**
Number    Street

**Cincinnati**      **OH**      **45242**
City      State      Zip Code

---

**3.6**    **Harold Sonsa**
Name

☐ Schedule D, line _____
☑ Schedule E/F, line   **3.42**
☐ Schedule G, line _____

**8008 Deershadow Lane**
Number    Street

**Cincinnati**      **OH**      **45242**
City      State      Zip Code

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.7**    **Henry Schneider**
Name

☐ Schedule D, line _____
☒ Schedule E/F, line   **3.41** _____
☐ Schedule G, line _____

**8110 Plainfield Road**
Number    Street

**Cincinnati**      **OH**      **45236**
City       State       Zip Code

---

**3.8**    **Hyde Park Circle LLC**
Name

☐ Schedule D, line _____
☒ Schedule E/F, line   **3.26, 3.31**
☐ Schedule G, line _____

**c/o Dennis Packer**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number    Street

**Cincinnati**      **OH**      **45242**
City       State       Zip Code

---

**3.9**    **Mason Rd, LLC**
Name

☐ Schedule D, line _____
☒ Schedule E/F, line   **3.13** _____
☐ Schedule G, line _____

**c/o Jill L Y Brown**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number    Street

**Cincinnati**      **OH**      **45242**
City       State       Zip Code

---

**3.10**    **Mason Red Dog Pet Resort & Spa, LLC**
Name

☐ Schedule D, line _____
☒ Schedule E/F, line   **3.13** _____
☐ Schedule G, line _____

**c/o Corporate Service Company**
**as Statutory Agent**
**1160 Dublin Rd., Ste. 400**
Number    Street

**Columbus**      **OH**      **43215**
City       State       Zip Code

---

**3.11**    **Madison Warehouse, LLC**
Name

☐ Schedule D, line _____
☒ Schedule E/F, line   **3.28** _____
☐ Schedule G, line _____

**c/o Raymond Schneider**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number    Street

**Cincinnati**      **OH**      **45242**
City       State       Zip Code

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor 1    **Raymond**      **Joseph**      **Schneider**      Case number *(if known)*    __25-12607__

First Name        Middle Name        Last Name

---

**3.12**    **Montclair Investors Ltd**
Name

**c/o Fred Kanter**
**as Statutory Agent**
**8160 Corporate Park Dr. Ste. 220**
Number      Street

**Cincinnati**      **OH**      **45242**
City        State      Zip Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.13**    **North Shore RD LLC**
Name

**c/o Business Filings Incorporated**
**as Statutory Agent**
**155 Federal Street, Ste. 700**
Number      Street

**Boston**      **MA**      **02110**
City        State      Zip Code

☐ Schedule D, line _____
☑ Schedule E/F, line __3.38__
☐ Schedule G, line _____

---

**3.14**    **Northern Kentucky Assisted Living LLC**
Name

**c/o Business Filings Incorporated**
**as Statutory Agent**
**306 W. Main St., Ste. 512**
Number      Street

**Frankfort**      **KY**      **40601**
City        State      Zip Code

☐ Schedule D, line _____
☑ Schedule E/F, line __3.9__
☐ Schedule G, line _____

---

**3.15**    **Patricia Schneider**
Name

**3515 Tiffany Ridge Lane**
Number      Street

**Cincinnati**      **OH**      **45241**
City        State      Zip Code

☑ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.16**    **Techwoods Circle Rd. LLC**
Name

**c/o Raymond Schneider**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number      Street

**Cincinnati**      **OH**      **45242**
City        State      Zip Code

☐ Schedule D, line _____
☑ Schedule E/F, line __3.14__
☐ Schedule G, line _____

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.17**

**The Blue Development Company**
Name

**c/o Raymond Schneider**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number        Street

**Cincinnati**          **OH**          **45242**
City                        State          Zip Code

☐ Schedule D, line  _____
☑ Schedule E/F, line  **3.10, 3.11**
☐ Schedule G, line  _____

---

**3.18**

**The Gatherings of Blue Ash, LLC**
Name

**c/o Raymond Schneider**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number        Street

**Cincinnati**          **OH**          **45242**
City                        State          Zip Code

☐ Schedule D, line  _____
☑ Schedule E/F, line  **3.29**
☐ Schedule G, line  _____

---

**3.19**

**The Red Corner LLC**
Name

**c/o Dennis Packer**
**as Statutory Agent**
**10988 Deerfield Rd.**
Number        Street

**Cincinnati**          **OH**          **45242**
City                        State          Zip Code

☐ Schedule D, line  _____
☑ Schedule E/F, line  **3.12**
☐ Schedule G, line  _____

---

**3.20**

**To Life LTD**
Name

**c/o Raymond Schneider**
**as Statutory Agent**
**3515 Tiffany Ridge Ln.**
Number        Street

**Cincinnati**          **OH**          **45241**
City                        State          Zip Code

☐ Schedule D, line  _____
☑ Schedule E/F, line  **3.45**
☐ Schedule G, line  _____

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | Raymond | Joseph | Schneider |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number    25-12607
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Self Employed | For Budget Only |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number    Street | Number    Street |
| | City    State   Zip Code | City    State   Zip Code |
| **How long employed there?** | | |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:    Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 6,250.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 6,250.00 |
| | Copy line 4 here ............................................................➔ | 4. | $ 0.00 | $ 6,250.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 1,125.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 0.00 | $ 1,125.00 |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 5,125.00 |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 79,260.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 3,579.40 | $ 939.40 |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____   8f.   $ _____ **0.00**      $ _____ **0.00**

8g. **Pension or retirement income**   8g.   $ _____ **0.00**      $ _____ **0.00**

8h. **Other monthly income.** Specify: _____   8h.   **+** $ _____ **0.00**   **+** $ _____ **0.00**

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $ _____ **82,839.40**      $ _____ **939.40**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ _____ **82,839.40**   **+** $ _____ **6,064.40**   **=** $ _____ **88,903.80**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11.   **+** $ _____ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ _____ **88,903.80**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   **As Debtor sells business assets, income will decrease.**

---

Official Form 106I                     **Schedule I: Your Income**                     page 3 of 3

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | Raymond | Joseph | Schneider |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number __25-12607__
(If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No

   ☐ Yes. Fill out this information for each dependent......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**  **Estimate Your Ongoing Monthly Expenses**

---

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3,322.41 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 1,892.75 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 517.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 129.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 300.00 |
| 6d. | Other. Specify: **Landscaping, Security** | 6d. | $ 284.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 500.00 |
| 10. | **Personal care products and services** | 10. | $ 250.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 2,250.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 511.14 |
| 15c. | Vehicle insurance | 15c. | $ 0.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 20. Specify: | 16. | $ 0.00 |

---

| Official Form 106J | **Schedule J: Your Expenses** | page 2 of 3 |
|---|---|---|
| Copyright © Financial Software Solutions, LLC | | BlueStylus |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. Other. Specify: **Wife's Car Pmt for Budget** | 17c. $ | 1,267.28 |
| 17d. Other. Specify: | 17d. $ | 0.00 |

**18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $    0.00

**19. Other payments you make to support others who do not live with you.**

Specify: **0**    19.    $    0.00

**20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. $ | 11,997.30 |
| 20b. Real estate taxes | 20b. $ | 8,741.63 |
| 20c. Property, homeowner's or renter's insurance | 20c. $ | 1,620.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 3,066.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

**21. Other.** Specify:    21.  **+** $    0.00

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. $ | 38,648.51 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. $ | 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. $ | 38,648.51 |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. $ | 88,903.80 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. **−** $ | 38,648.51 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 50,255.29 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. Explain here:

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Southern District of Ohio**

Case number  **25-12607**
(If known):

☑ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Raymond Joseph Schneider**
Signature of Debtor 1

Date   **11/14/2025**
MM/DD/YYYY

✗ _____
Signature of Debtor 2

Date   _____
MM/DD/YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | __Raymond__ | __Joseph__ | __Schneider__ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (*If known*): __25-12607__

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☒ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No.
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No.
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No.
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ __681,000.00__ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ __0.00__ |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ __683,000.00__ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ __0.00__ |

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | |
|---|---|---|
| **For the calendar year before that:** (January 1 to December 31, 2023) | ☐ Wages, commissions, bonuses, tips   ☑ Operating a business | $ 347,000.00 |
| | ☐ Wages, commissions, bonuses, tips   ☐ Operating a business | $ 0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 35,794.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2024) | Social Security | $ 48,215.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2023) | Social Security | $ 43,200.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **American Express** <br> Creditor's Name | 8/18/2025 | $ 50,435.54 | $ 6,323.53 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card |
| **PO Box 96001** <br> Number      Street | 9/11/2025 | | | ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  **Credit Card** |
| **Los Angeles**      **CA**      **90096-8000** <br> City      State      ZIP Code | 10/14/2025 | | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Cummins Law, LLC** <br> Creditor's Name | See Employment Application | $ 259,810.50 | $ 77,651.19 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **c/o James R. Cummins, Esq.** <br> **312 Walnut Street, Suite 1530** <br> Number      Street | | | | |
| **Cincinnati**      **OH**      **45202** <br> City      State      ZIP Code | | | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **First Merchants Bank** <br> Creditor's Name | Monthly - $9,133.34 | $ 27,400.02 | $ 2,119,742.50 | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card |
| **1 Corporate Drive, Suite 360** <br> Number      Street | | | | ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Lake Zurich**      **IL**      **60047** <br> City      State      ZIP Code | | | | |

Debtor 1    **Raymond          Joseph          Schneider**          Case number *(if known)*    **25-12607**
_____  _____  _____
First Name    Middle Name    Last Name

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Nationwide Mortgage, LLC dba Mr. Cooper** | **Monthly - $3,322.41** | $ 9,967.23 | $ 90,656.15 | ☒ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Creditor's Name | | | | |
| **8950 Cypress Waters Blvd.** | _____ | | | |
| Number       Street | | | | |
| **Coppell        TX     75019** | _____ | | | |
| City         State    ZIP Code | | | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Truist Bank** | **Monthly - $3,025.74** | $ 9,077.22 | $ 423,356.19 | ☒ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Creditor's Name | | | | |
| **PO Box 79041** | _____ | | | |
| Number       Street | | | | |
| **Baltimore      MD     21279** | _____ | | | |
| City         State    ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No.
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number       Street | _____ | | | |
| City         State    ZIP Code | _____ | | | |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____0.00 | |
| _____<br>Number      Street | _____ | | | |
| _____<br>City          State   ZIP Code | _____ | | | |

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **The Huntington National Bank v. Schneider**<br><br>Case number **EX2500528** | Execution on Judgment | **Hamilton County Court of Common Pleas**<br>Court Name<br><br>**1000 Main St.**<br>Number          Street<br><br>**Cincinnati      OH    45202**<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Schneider v. Sonsa**<br><br>Case number **A2003900, A2003386** | Suit for Money | **Hamilton County Court of Common Pleas**<br>Court Name<br><br>Number          Street<br><br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **The Huntington National Bank v. Sonsa, et al.** | **Suit for Money / Collection** | **Hamilton County Court of Common Pleas**<br>Court Name | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case number | **A2002093**<br>**C2300021** | | **1000 Main St.**<br>Number          Street | |
| | | | **Cincinnati**    **OH**    **45202**<br>City          State    ZIP Code | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Huntington National Bank v. Schneider, et al** | **Appeal** | **Supreme Court of Ohio**<br>Court Name | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case number | **2025-Ohio-2320** | | **65 S. Front St.**<br>Number          Street | |
| | | | **Columbus**    **OH**    **43215**<br>City          State    ZIP Code | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Schneider v. The Huntington National Bank** | **Suit for Damages, Negligence, RICO** | **Hamilton County Court of Common Pleas**<br>Court Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **A2300849** | | **1000 Main St.**<br>Number          Street | |
| | | | **Cincinnati**    **OH**    **45202**<br>City          State    ZIP Code | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Dornbusch v. Northern Kentucky Retirement Community, LLC, et al** | **Personal Injury** | **Kenton County Kentucky Circuit Court**<br>Court Name | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **23-CI-00948** | | Number          Street | |
| | | | City          State    ZIP Code | |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  **The Huntington National Bank v. Schneider, et al.** | **Fraudulent Transfer, Declaratory Judgment** | **Hamilton County Court of Common Pleas**  Court Name | ☒ Pending  ☐ On appeal  ☐ Concluded |
| Case number  **A2504784** | | **1000 Main St.**  Number          Street | |
| | | **Cincinnati          OH     45202**  City          State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| _____  Creditor's Name  _____  Number     Street  _____  City        State   ZIP Code | | | $ _____ |
| | Explain what Happened | | |
| | ☐ Property was repossessed.  ☐ Property was foreclosed.  ☐ Property was garnished.  ☐ Property was attached, seized, or levied. | | _____ |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No.
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____  Creditor's Name  _____  Number     Street  _____  City        State   ZIP Code | | | $ _____ |
| | Last 4 digits of account number: XXXX- _____ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Yes

---

**Part 5:     List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No.
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Ty Masterson**<br>Person to Whom You Gave the Gift | **1981 BMW RS1000 Motorcycle (transfer date approximately 6 months ago)** | 4/1/2025 | $ 1,000.00 |
| <br>Number     Street | | | $ 0.00 |
| <br>City          State   ZIP Code | | | |
| Person's relationship to you  **None** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No.
☑ Yes. Fill in the details for each gift or contribution.

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Adath Israel Congregation**<br>Charity's Name | **Money Donation** | **5/15/2025** | $ **2,416.00** |
| **3201 E. Galbraith Rd.**<br>Number          Street | | | $ **0.00** |
| **Cincinnati          OH   45236**<br>City                    State   ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Jewish National Fund**<br>Charity's Name | **Money Donation** | **10/28/2024** | $ **1,800.00** |
| **42 East 69th St.**<br>Number          Street | | | $ **0.00** |
| **New York          NY   10021**<br>City                    State   ZIP Code | | | |

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Allen Stovall Neuman & Ashton LLP** | **Retainer for Bankruptcy Representation. See Employment Application.** | **9/9/2025** | $ **170,000.00** |
| Person Who Was Paid | | | |
| **10 West Broad Street, Ste. 2400** | | | $ 0.00 |
| Number      Street | | | |
| **Columbus**      **OH**   **43215** | | | |
| City      State   ZIP Code | | | |
| **www.asnalaw.com** | | | |
| Email or Website Address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Goering & Goering LLC** | **Retainer for Bankruptcy Representation. See Employment Application.** | **9/10/2025** | $ **25,000.00** |
| Person Who Was Paid | | | |
| **220 West Third Street** | | | $ 0.00 |
| Number      Street | | | |
| **Cincinnati**      **OH**   **45202** | | | |
| City      State   ZIP Code | | | |
| **www.goeringandgoering.com** | | | |
| Email or Website Address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

Debtor 1   **Raymond**      **Joseph**        **Schneider**              Case number *(if known)*  **25-12607**
　　　　　First Name　　　Middle Name　　Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ _____ |
| Person Who Was Paid | | | |
| | | | $ _____ |
| Number    Street | | | |
| City        State   ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Hyde Park Circle, LLC** <br> Person Who Received Transfer <br><br> **c/o Debtor** <br> Number    Street <br><br> City        State   ZIP Code <br><br> Person's relationship to you   **Debtor-owned Entity** | **100% membership interest in RD Realty I, LLC** | **None - Contribution from member completed to simplify accounting matters.** | **9/30/2025** |
| **Red Dog Operations Holding Company, LLC nka Kindred Pet Service, LLC** <br> Person Who Received Transfer <br><br> **c/o Corporation Service Company** <br> **1160 Dublin Rd., Ste. 400** <br> Number    Street <br><br> **Columbus          OH    43215** <br> City        State   ZIP Code <br><br> Person's relationship to you   **None** | **100% of all membership interests in Red Dog Management Company, LLC** | **Contributed as a part of a broader transaction for the sale of Red Dog Operations Holding Company, LLC. See discussion under 11/15/2024 KTP7 Holding Company, LLC, transaction.** | **11/15/2024** |

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **KPT7 Holding Company, LLC**<br>Person Who Received Transfer<br><br>**c/o Debtor**<br>Number     Street<br><br><br>City          State   ZIP Code<br><br>**Partial ownership by Debtor**<br>Person's relationship to you | **1 Class A unit of Red Dog Operations Holding Company, LLC** | **Transfer as part of transaction with Kindred Pet Service Holdings, LLC, for sale of Red Dog Operations Holding Company, LLC. All ownership of Red Dog Operations Holding Company, LLC, was rolled into the newly-formed KPT7 Holding Company, LLC to facilitate the sale. Debtor was granted a 0.5% interest in KPT7 Holding Company, LLC.** | **11/15/2024** |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Raymond Schneider 2019 Gift Trust**<br>Person Who Received Transfer<br><br>**c/o Patricia Schneider, Trustee**<br>**3515 Tiffany Ridge Lane**<br>Number     Street<br><br>**Cincinnati**          **OH**    **45241**<br>City          State   ZIP Code<br><br>**Debtor's Trust**<br>Person's relationship to you | **100% of all membership interests in The Blue Development Company, LLC fka 9617 Kenwood Road Development, LLC** | **Note for $1,485,000 plus 5% interest from September 1, 2024, maturing September 1, 2026. Value based on real estate valuation less liens.** | **9/1/2024** |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **KPT7 Holding Company, LLC**<br>Person Who Received Transfer<br><br>**c/o Debtor**<br>Number     Street<br><br><br>City          State   ZIP Code<br><br>**Partial ownership by Debtor**<br>Person's relationship to you | **100% of all membership interests in Techwoods Circle RD, LLC** | **$324,771.99. Value based on real estate valuation less liens.** | **2/6/2025** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No.
☐ Yes. Fill in the details.

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

---

**Part 8:** **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No.
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Valley Central Bank**<br>Name of Financial Institution | XXXX- **0054** | ☐ Checking<br>☒ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **9/8/2025** | $ **0.00** |
| **6550 Princeton Glendale Rd.**<br>Number    Street | | | | |
| **Hamilton        OH    45011**<br>City        State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ☒ No<br>☐ Yes |
| Number      Street | Number      Street | | |
| City        State   ZIP Code | City          State   Zip Code | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No.

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☑ Yes. Fill in the details.

| | **Who else has or had access to it?** | **Describe the Contents** | **Do you still have it?** |
|---|---|---|---|
| **Circle Storage of Blue Ash** | | **1957 Ford TBird, 1966 VW Kombi** | ☐ No |
| Name of Storage Facility | Name | | ☑ Yes |
| **10988 Deerfield Rd.** | | | |
| Number      Street | Number      Street | | |
| **Cincinnati      OH   45242** | | | |
| City           State  ZIP Code | City           State  Zip Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.   **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No.

☐ Yes. Fill in the details.

| | **Where is the Property?** | **Describe the Property** | **Value** |
|---|---|---|---|
| | | | $ _____ |
| Owner's Name | | | |
| Number      Street | Number      Street | | |
| City           State   ZIP Code | City           State   Zip Code | | |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 10:**  **Give Details About Environmental Information**

---

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Fill in the details.

| | **Governmental Unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

25.   **Have you notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Fill in the details.

| | **Governmental Unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC                                                                                            BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| Case number _____ | | | ☐ Concluded |
| | Number     Street | | |
| | City          State    ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☑ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **5150 East Galbraith Road LLC**<br>Name of Site | **Real Estate Holding Company** | EIN:   **20-2585670** |
| **GH&R Business Services, Inc.,**<br>**Stat Agent**<br>**312 Walnut Street, Ste. 1800**<br>Number     Street | Name of accountant or bookkeeper | Dates business existed |
| **Cincinnati    OH    45202**<br>City          State    ZIP Code | | From   **3/16/2005**   To   **Present** |

Debtor 1    **Raymond**          **Joseph**              **Schneider**              Case number *(if known)*    **25-12607**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**54 Realty, LTD**
Name of Site

**Real Estate Holding Company**

EIN: _____

**c/o Debtor**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

City          State    ZIP Code

From    **11/25/1997**    To    **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**72 Ventures, LTD**
Name of Site

**Real Estate Holding Company**

EIN: _____

**c/o Debtor**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

City          State    ZIP Code

From    **11/25/1997**    To    **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**747, LLC**
Name of Site

**Real Estate Holding Company - Dissolved**

EIN: _____

**c/o Debtor**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

City          State    ZIP Code

From    **2/2/2000**    To    **8/28/2025**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Boston RD, LLC**
Name of Site

**Real Estate Holding Company**

EIN:    **26-4030402**

**c/o Debtor**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

City          State    ZIP Code

From    **9/5/2008**    To    **Present**

---

Debtor 1  **Raymond**      **Joseph**      **Schneider**                    Case number *(if known)*  **25-12607**
_____  _____  _____                    _____
First Name      Middle Name      Last Name

---

**Circle Development of
Cincinnati, LLC**
_____
Name of Site

**KMK Service Corp, Statutory
Agent
1400 Provident Tower
1 E. Fourth St.**
_____
Number      Street

**Cincinnati      OH      45202**
_____
City          State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **20-2704600**
_____

**Dates business existed**

From    **6/29/2004**    To    **Present**

---

**Circle Health Care Operating Co.
I, LLC**
_____
Name of Site

**c/o Debtor**
_____
Number      Street

_____
City          State      ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    _____

**Dates business existed**

From    **3/28/2021**    To    **3/15/2024**

---

**Circle Health Care Operating Co.
II, LLC**
_____
Name of Site

**c/o Debtor**
_____
Number      Street

_____
City          State      ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    _____

**Dates business existed**

From    **3/28/2021**    To    **3/16/2024**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Circle Health Care Operating Co. III, LLC**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **3/28/2021**   To   **3/15/2024**

---

**Circle Health Care Operating Co. IV, LLC**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **3/28/2021**   To   **3/15/2024**

---

**Circle Health Care Operating Co. V, LLC**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **3/28/2021**   To   **3/15/2024**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Circle Health Care Operating Co. VI, LLC**
Name of Site

**c/o Debtor**
Number      Street

City                State      ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **3/28/2021**    To    **3/15/2024**

---

**Circle Health Care Real Estate Acquisition Co., LLC**
Name of Site

**c/o Debtor**
Number      Street

City                State      ZIP Code

**Describe the nature of the business**

**None/Never Active - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **3/19/2021**    To    **3/15/2024**

---

**Corporate Park Investors, LTD**
Name of Site

**c/o Fred Kanter, Statutory Agent
8160 Corporate Park Dr., Ste. 220**
Number      Street

**Cincinnati        OH      45242**
City                State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: __**31-1497845**__

**Dates business existed**

From    **1/28/1997**    To    **Present**

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Dana Ventures, LTD**
Name of Site

**c/o Debtor**
Number     Street

City          State     ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **3/19/1998**   To   **6/19/2024**

---

**East Galbraith Health Care Center, Inc.**
Name of Site

**c/o Joseph Schneider, Statutory Agent**
**3654 E. Galbraith Rd.**
Number     Street

**Cincinnati     OH     45236**
City          State     ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **3/30/1997**   To   **Present**

---

**Euclid Health Care, Inc.**
Name of Site

**c/o Debtor**
Number     Street

City          State     ZIP Code

**Describe the nature of the business**

**Real Estate / Skilled Care**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **20-0389875**

**Dates business existed**

From   **11/26/2003**   To   **Present**

---

Debtor 1  **Raymond**  **Joseph**  **Schneider**  Case number *(if known)*  **25-12607**
First Name  Middle Name  Last Name

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Executive Park Investors, Ltd**
Name of Site

**Real Estate Holding Company**

EIN: _____

**c/o Fred Kanter, Statutory Agent**
**8160 Corporate Park Dr., Ste. 200**
Number  Street

**Name of accountant or bookkeeper**

**Dates business existed**

**Cincinnati**  **OH**  **45242**
City  State  ZIP Code

From  **8/30/1994**  To  **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Grasshopper Investments II, LLC**
Name of Site

**Real Estate Holding Company**

EIN:  **20-2675886**

**c/o Debtor**
Number  Street

**Name of accountant or bookkeeper**

**Dates business existed**

City  State  ZIP Code

From  **4/12/2005**  To  **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Grasshopper Investments LLC**
Name of Site

**Real Estate Holding Company**

EIN:  **31-1776586**

**c/o Dennis Packer, Statutory**
**Agent**
**10988 Deerfield Rd.**
Number  Street

**Name of accountant or bookkeeper**

**Dates business existed**

**Cincinnati**  **OH**  **45242**
City  State  ZIP Code

From  **4/3/2001**  To  **Present**

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Hamilton II, LLC**
Name of Site

**c/o Joseph M. Shafran, Statutory Agent**
**2720 Vanaken Blvd, Ste. 200**
Number    Street

**Cleveland    OH    44120**
City        State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **34-1371411**

**Dates business existed**

From    **11/9/1999**    To    **Present**

---

**HRM Realty Holdings LTD**
Name of Site

**c/o Benjamin Schneider, Statutory Agent**
**8110 Plainfield Rd.**
Number    Street

**Cincinnati    OH    45236**
City        State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **31-0983106**

**Dates business existed**

From    **1/15/1998**    To    **Present**

---

**Hyde Park Circle LLC**
Name of Site

**c/o Debtor**
Number    Street

City        State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **20-3095425**

**Dates business existed**

From    **3/16/2005**    To    **Present**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor 1    **Raymond**        **Joseph**        **Schneider**        Case number *(if known)*    **25-12607**
_____    First Name        Middle Name        Last Name

**JDE Holdings LLC**
_____
Name of Site

**c/o Debtor**
_____
Number        Street

_____
City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **6/26/2014**    To    **9/4/2025**

---

**Framingham RD, LLC**
_____
Name of Site

**c/o Debtor**
_____
Number        Street

_____
City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **84-4728706**

**Dates business existed**

From    **2/12/2020**    To    **12/29/2023**

---

**Framingham Red Dog Pet Resort & Spa, LLC**
_____
Name of Site

**c/o Debtor**
_____
Number        Street

_____
City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **84-4813453**

**Dates business existed**

From    **2/12/2020**    To    **12/29/2023**

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Delhi Plaza Associates, LTD**
Name of Site

**c/o Paran Management
Company, Ltd
Statutory Agent
2720 Van Aken Blvd, Ste. 200**
Number        Street

**Cleveland        OH        44120**
City              State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company -
Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **31-1431143**

**Dates business existed**

From    **1/29/1995**    To    **10/31/2025**

---

**Keller Road Realty Co, LLC**
Name of Site

**c/o Debtor**
Number        Street

City              State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **31-1622097**

**Dates business existed**

From    **9/24/1998**    To    **Present**

---

**Kenwood Terrace Health Care
Center, Inc.**
Name of Site

**c/o Debtor**
Number        Street

City              State      ZIP Code

**Describe the nature of the business**

**Real Estate / Skilled Care**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **01-0684229**

**Dates business existed**

From    **4/24/2002**    To    **Present**

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Lebanon Rd, LLC**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **85-4246195**

**Dates business existed**

From    **12/9/2020**    To    **Present**

---

**Loveland RD, LLC**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    _____

**Dates business existed**

From    _____    To    **Present**

---

**Loveland RD Realty, LLC**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State      ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    _____

**Dates business existed**

From    **10/17/2018**    To    **Present**

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Loveland Red Dog Pet Resort & Spa, LLC**
Name of Site

**c/o Debtor**
Number     Street

City          State     ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:     83-2213888

**Dates business existed**

From   9/10/2012   To   3/31/2025

---

**Madison Warehouse, LLC**
Name of Site

**c/o Debtor**
Number     Street

City          State     ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:     86-2380200

**Dates business existed**

From   3/1/2021   To   **Present**

---

**Mason RD, LLC**
Name of Site

**c/o Debtor**
Number     Street

City          State     ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:     46-4330633

**Dates business existed**

From   1/31/2014   To   **Present**

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Describe the nature of the business**

**Monarch RD, LLC**
Name of Site

**Real Estate Holding Company - Dissolved**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**c/o Debtor**
Number   Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **1/31/2016**   To   **4/7/2025**

City   State   ZIP Code

---

**Describe the nature of the business**

**Montclair Investors, Ltd**
Name of Site

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **31-1453091**

**c/o Fred Kanter, Statutory Agent**
**8160 Corporate Park Dr. Ste. 220**
Number   Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **1/9/1996**   To   **Present**

**Cincinnati**   **OH**   **45242**
City   State   ZIP Code

---

**Describe the nature of the business**

**Northern Kentucky Assisted Living, LLC**
Name of Site

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **47-3751427**

**c/o Debtor**
Number   Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **1/12/2015**   To   **Present**

City   State   ZIP Code

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor 1     **Raymond**          **Joseph**          **Schneider**              Case number *(if known)*   **25-12607**
_____
First Name          Middle Name         Last Name

| Name of Site | Describe the nature of the business | Employer Identification Number |
|---|---|---|

**Northern Kentucky Retirement Community, LLC**
_____
Name of Site

**Describe the nature of the business**

**Real Estate / Skilled Care**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:    **47-3817874**

**c/o Debtor**
_____
Number       Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **2/2/2015**   To   **Present**

_____
City          State     ZIP Code

---

**R & T Development, LLC**
_____
Name of Site

**Describe the nature of the business**

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**c/o Debtor**
_____
Number       Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **2/18/1987**   To   **Present**

_____
City          State     ZIP Code

---

**Red Cup Espresso, LLC**
_____
Name of Site

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**c/o Debtor**
_____
Number       Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **2/20/2020**   To   **3/31/2025**

_____
City          State     ZIP Code

Debtor 1   **Raymond**      **Joseph**      **Schneider**      Case number *(if known)*   **25-12607**
     First Name       Middle Name       Last Name

---

**Schneider-Grasshopper, Inc.**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **85-3337936**

**Dates business existed**

From   **10/6/2020**   To   **Present**

---

**Seminole Avenue Realty, LLC**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **31-1679953**

**Dates business existed**

From   **8/18/2016**   To   **Present**

---

**Skipton Kennel and Pet Center**
Name of Site

**c/o Debtor**
Number      Street

_____
City      State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   _____

**Dates business existed**

From   **5/1/1989**   To   **12/31/2024**

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1    **Raymond**      **Joseph**      **Schneider**                    Case number *(if known)*   **25-12607**
_____   _____   _____
First Name    Middle Name    Last Name

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Southbrook Health Care Center, Inc.**
_____
Name of Site

**Real Estate / Skilled Care**

EIN:    **01-0687408**
_____

**c/o Debtor**
_____
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **5/1/2002**   To   **Present**
_____
City          State    ZIP Code

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Steiger Road Realty, LLC**
_____
Name of Site

**Real Estate Holding Company**

EIN:    **20-0164475**
_____

**c/o Debtor**
_____
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **8/18/2003**   To   **Present**
_____
City          State    ZIP Code

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Sterling Glen Health Center, Ltd**
_____
Name of Site

**Real Estate Holding Company - Dissolved**

EIN:    _____

**c/o Debtor**
_____
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **8/12/1996**   To   **3/31/2025**
_____
City          State    ZIP Code

Copyright © Financial Software Solutions, LLC                                                       BlueStylus

Debtor 1    **Raymond**          **Joseph**          **Schneider**          Case number *(if known)*    **25-12607**
　　　　　　First Name        Middle Name       Last Name

---

**Sterling Manor, Ltd**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

| Describe the nature of the business |
| --- |
| **Real Estate Holding Company - Dissolved** |

| Name of accountant or bookkeeper |
| --- |
|  |

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    __8/11/1996__    To    __3/31/2025__

---

**The Blue Development Company, LLC (Original)**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

| Describe the nature of the business |
| --- |
| **Real Estate Holding Company - Dissolved** |

| Name of accountant or bookkeeper |
| --- |
|  |

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    __10/18/2023__    To    __7/3/2024__

---

**The Cambridge Health Care Center, Ltd**
Name of Site

**c/o Debtor**
Number    Street

City          State    ZIP Code

| Describe the nature of the business |
| --- |
| **Real Estate Holding Company - Dissolved** |

| Name of accountant or bookkeeper |
| --- |
|  |

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    __6/23/1996__    To    __3/31/2025__

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1    **Raymond**          **Joseph**          **Schneider**                    Case number *(if known)*    **25-12607**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

| | **Describe the nature of the business** | **Employer Identification Number** |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **The Red at Madison Circle, LLC** | **Real Estate Holding Company** | EIN: _____ |
| Name of Site | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **c/o Debtor** | | |
| Number　　　Street | | From    **7/14/2016**    To    **Present** |
| | | |
| City　　　　State　　ZIP Code | | |

| | **Describe the nature of the business** | **Employer Identification Number** |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **To Life, Ltd** | **Real Estate Holding Company** | EIN:    **31-1487413** |
| Name of Site | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **c/o Debtor** | | |
| Number　　　Street | | From    **6/23/1996**    To    **Present** |
| | | |
| City　　　　State　　ZIP Code | | |

| | **Describe the nature of the business** | **Employer Identification Number** |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **RD Realty I, LLC** | **Real Estate Holding Company** | EIN: _____ |
| Name of Site | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **c/o KMK Service Corp., Statutory Agent** | | |
| **One East Fourth St., Ste. 1400** | | |
| Number　　　Street | | From    **1/8/2007**    To    **Present** |
| | | |
| **Cincinnati**　　**OH**　　**45202** | | |
| City　　　　State　　ZIP Code | | |

Debtor 1    **Raymond**          **Joseph**          **Schneider**                    Case number *(if known)*   **25-12607**
    First Name         Middle Name      Last Name

---

**KPT7 Holding Company, LLC**
Name of Site

**c/o Debtor**
Number    Street

City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **10/22/2024**   To   **Present**

---

**To Life III, LLC**
Name of Site

**c/o Debtor**
Number    Street

City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **45-2989540**

**Dates business existed**

From   **9/10/2009**   To   **Present**

---

**Alternative Home Care and Staffing Incorporated**
Name of Site

**c/o Debtor**
Number    Street

City            State    ZIP Code

**Describe the nature of the business**

**Skilled Care**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From   **7/18/1995**   To   **10/12/2022**

---

Copyright © Financial Software Solutions, LLC
                                                    BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Glidden House Partners, Ltd.**
Name of Site

**Real Estate Holding Company**

EIN: _____

**2720 Van Aken Blvd, Ste 200**
Number     Street

**Name of accountant or bookkeeper**

**Dates business existed**

**Cleveland**      **OH**    **44120**
City          State    ZIP Code

From _____ To  **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**Waldorf Partners Limited Partnership**
Name of Site

**Real Estate Holding Company**

EIN: _____

**2720 Van Aken Blvd, Ste. 200**
Number     Street

**Name of accountant or bookkeeper**

**Dates business existed**

**Cleveland**      **OH**    **44120**
City          State    ZIP Code

From  **6/20/1995**  To  **Present**

---

**Describe the nature of the business**

**Employer Identification Number**
Do not include Social Security number or ITIN.

**TopCo America, LLC dba Range USA**
Name of Site

**Shooting Range and Equipment Sales**

EIN:  **47-1035156**

**10870 Kenwood Road**
Number     Street

**Name of accountant or bookkeeper**

**Dates business existed**

**Cincinnati**      **OH**    **45242**
City          State    ZIP Code

From  **4/2/2014**  To  **Present**

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**North Shore RD, LLC**
Name of Site

**c/o Debtor**
Number     Street

_____
City     State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **81-2457627**

**Dates business existed**

From   **10/28/2015**   To   **Present**

---

**RH Real Estate Investments, LLC**
Name of Site

**c/o KMK Service Corp., Statutory Agent**
**One East Fourth St., Ste. 1400**
Number     Street

**Cincinnati     OH     45202**
City     State   ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **31-0938830**

**Dates business existed**

From   **5/22/2008**   To   **Present**

---

**Red Dog Management Company, LLC**
Name of Site

**c/o Corporation Service Company**
**Statutory Agent**
**1160 Dublin Rd., Ste. 400**
Number     Street

**Columbus     OH     43215**
City     State   ZIP Code

**Describe the nature of the business**

**Business Management**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **83-4443618**

**Dates business existed**

From   **4/16/2019**   To   **Present**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Shaya B, LLC**
Name of Site

**Describe the nature of the business**

**Real Estate Holding Company - Dissolved**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **86-1184994**

**c/o Debtor**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **12/30/2020**   To   **3/31/2025**

City          State    ZIP Code

---

**Techwoods Circle Rd. LLC**
Name of Site

**Describe the nature of the business**

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **87-3158078**

**c/o KPT7 Holding Company, LLC**
**Dennit Packer, Statutory Agent**
**10988 Deerfield Rd.**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **10/18/2021**   To   **Present**

**Cincinnati      OH    45242**
City          State    ZIP Code

---

**The Blue Development Company, LLC FKA 9617 Kenwood Road Development, LLC**
Name of Site

**Describe the nature of the business**

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **84-3502331**

**c/o The Blue Investment Company**
**Dennis Packer, Statutory Agent**
**10988 Deerfield Rd.**
Number      Street

**Name of accountant or bookkeeper**

**Dates business existed**

From   **10/28/2019**   To   **Present**

**Cincinnati      OH    45242**
City          State    ZIP Code

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Describe the nature of the business**

**The Gatherings of Blue Ash, LLC**
Name of Site

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:  **87-1104980**

**c/o Debtor**
Number    Street

**Name of accountant or bookkeeper**

**Dates business existed**

From    **6/7/2021**    To    **Present**

City    State    ZIP Code

---

**Describe the nature of the business**

**The Red Corner, LLC**
Name of Site

**Real Estate Holding Company**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:  **83-4636337**

**c/o Debtor**
Number    Street

**Name of accountant or bookkeeper**

**Dates business existed**

From    **5/3/2019**    To    **Present**

City    State    ZIP Code

---

**Describe the nature of the business**

**The Red Kitchen, LLC**
Name of Site

**Real Estate Holding Company - Dissolved**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:  **86-0672620**

**c/o Debtor**
Number    Street

**Name of accountant or bookkeeper**

**Dates business existed**

From    **5/21/2018**    To    **3/31/2025**

City    State    ZIP Code

---

**Describe the nature of the business**

**TheCard, LLC**
Name of Site

**Business Services**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**c/o James M. Gould**
**312 Walnut Street, Ste. 2120**
Number    Street

**Name of accountant or bookkeeper**

**Dates business existed**

From    To    **Present**

**Cincinnati    OH    45202**
City    State    ZIP Code

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Soft Pouch Equipment LLC**
Name of Site

**c/o Debtor**
Number    Street

City         State    ZIP Code

**Describe the nature of the business**

**Beverage Packaging & Products - Defunct**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **5/12/1999**    To    **3/31/2025**

---

**IF2, LLC**
Name of Site

**c/o Debtor**
Number    Street

City         State    ZIP Code

**Describe the nature of the business**

**Real Estate Holding Company - Never used**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **4/27/1998**    To    **Present**

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
Include all financial institutions, creditors, or other parties.

☐ No.
☒ Yes. Fill in the details below.

**Date Issued**

**Civista Bank**
Name

MM/DD/YYYY

**100 East Water Street**
Number    Street

**Sandusky        OH    44870**
City         State    ZIP Code

---

Debtor 1    **Raymond**      **Joseph**      **Schneider**      Case number *(if known)*   **25-12607**

First Name      Middle Name      Last Name

**Date Issued**

**Heritage Bank, Inc.**
Name              MM/DD/YYYY

**1818 Florence Pike**
Number    Street

**Burlington**      **KY**      **41005**
City          State    ZIP Code

**Date Issued**

**First Merchants Bank**
Name              MM/DD/YYYY

**1 Corporate Drive, Suite 360**
Number    Street

**Lake Zurich**      **IL**      **60047**
City          State    ZIP Code

**Date Issued**

**Rockland Trust Company**      **8/6/2024**
Name              MM/DD/YYYY

**288 Union Street**
Number    Street

**Rockland**      **MA**      **02370**
City          State    ZIP Code

**Date Issued**

**Park National Bank**      **9/27/2024**
Name              MM/DD/YYYY

**PO Box 2005**
Number    Street

**Mount Vernon**    **OH**      **43050**
City          State    ZIP Code

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **Date Issued** |
|---|---|---|

**GE Credit Union**
Name

**7/19/2024**
MM/DD/YYYY

**10485 Reading Road**
Number    Street

**Cincinnati**         **OH**    **45241**
City                 State    ZIP Code

| | | **Date Issued** |
|---|---|---|

**Warsaw Federal**
Name

**9/25/2024**
MM/DD/YYYY

**3533 Warsaw Ave.**
Number    Street

**Cincinnati**         **OH**    **45202**
City                 State    ZIP Code

| | | **Date Issued** |
|---|---|---|

**The Huntington National Bank**
Name

**10/7/2025**
MM/DD/YYYY

**41 South High Street**
Number    Street

**Columbus**           **OH**    **43215**
City                 State    ZIP Code

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ **/s/ Raymond Joseph Schneider**                     ✘ _____
Signature of Debtor 1                                    Signature of Debtor 2

Date    **11/14/2025**                                   Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No.
☐ Yes.

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
| | First Name | Middle Name | Last Name | | |

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No.

☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number *(if known)*: __25-12607__

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income
**12/21**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, line 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through  August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the  income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A* Debtor 1 | *Column B* Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ 0.00 | $ 2,884.62 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| Net monthly income from business, profession, or farm | $ 0.00 | $ 0.00 | Copy here➔ $ 0.00 | $ 0.00 |

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| 6. | **Net income from rental and other real property** | | | | |
| | Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| | Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| | Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here→ $ 0.00 | $ 0.00 |
| 7. | **Interest, dividends, and royalties** | | | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | | | $ 0.00 | $ 0.00 |

8. Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ......... ↓

| | | | |
|---|---|---|---|
| For you …………………………….............. | $ 0.00 | | |
| For your spouse ………………………………… | $ 0.00 | | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 3,579.40      $ 939.40

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Rent - CO House | $ 2,100.00 | $ 0.00 |
| Business Owner Draws | $ 82,266.72 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | + $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 87,946.12   +   $ 3,824.02   =   $ 91,770.14

**Total current Monthly income**

---

**Part 2:**     **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

| ✗ **/s/ Raymond Joseph Schneider** | ✗ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date **11/14/2025** | Date |
|---|---|
| MM/DD/YYYY | MM/DD/YYYY |

Copyright © Financial Software Solutions, LLC                                    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

In re:                                    :        Case No. 25-12607
    Raymond Joseph Schneider,          :        Chapter 11
                                       :
    Debtor and Debtor in Possession. :        Judge Beth A. Buchanan

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the *proposed* attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept **a retainer of** .....     $ __170,000.00__

Prior to the filing of this statement I have received **a retainer of**     $ __170,000.00__

Balance Due ........................................................................     $ _____N/A__

**This is an hourly engagement subject to Court approval. See *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy County to the Debtor* (Doc. 6) (the "Employment Application") for full terms of engagement.**

2. The source of the compensation paid to me was the Debtor

3. The source of compensation to be paid to me is the Debtor

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

**• Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

**• Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

**• Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

**• Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**

**SEE EMPLOYMENT APPLICATION**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**None.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/14/2025 | /s/ James A. Coutinho |
|---|---|
| *Date* | *Signature of Attorney* |

**Allen Stovall Neuman & Ashton LLP**
**10 West Broad Street, Suite 2400**
**Columbus, OH 43215**
coutinho@asnalaw.com
*Name of law firm*

---