# United States Bankruptcy Court

## Southern District of Ohio

In re  **Raymond Joseph Schneider**  
_____  
Debtor(s)

Case No.  **25-12607**  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **11/14/2025**

/s/ Raymond Joseph Schneider  
**Raymond Joseph Schneider**  
Signature of Debtor

ADT
2300 Wall St. Suite H
Cincinnati, OH 45212

American Express
PO Box 96001
Los Angeles, CA 90096- 800

American Express
PO Box 96001
Los Angeles, CA 90096-8000

American Express
PO Box 981535
El Paso, TX 79998-1535

Bank of America, N.A.
1600 Merrill Lynch Drive, 1st Floor
Pennington, NJ 08534

Bank of America, N.A.
c/o CT Corporation System
as Statutory Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

Bannister Landscape Services
917 Meetinghouse Road
Wells, ME 04090

BMW Financial Services NA, LLC
P O Box 3608
Dublin, OH 43016- 030

Brad Sandler
780 Third Ave. 34th Floor
New York, NY 10017-2024


Central Maine Power
83 Edison Drive
Augusta, ME 04336


CGWW
4747 Spring Grove Ave
Cincinnati, OH 45232


Christopher P. Schueller, Esq.
501 Grant Street, Suite 200
Pittsburgh, PA 15219


Civista Bank
100 East Water Street
PO Box 5016
Sandusky, OH 44870- 251


Cummins Law, LLC
c/o James R. Cummins, Esq.
312 Walnut Street, Suite 1530
Cincinnati, OH 45202


Design Rite Sprinkler
5989 Meijer Dr
Suite 8
Milford, OH 45150


Dorothy E. Dornbusch
c/o Joel Zimmerman, Esq.
Bubalo Law PLC
9300 Shelbyville Rd., Ste. 210
Louisville, KY 40222

Copyright © Financial Software Solutions, LLC

**Duke**
**139 E 4th St**
**Cincinnati, OH 45202**


**Eagle Eye Property Watch**
**PO Box 45**
**MOODY, ME 04054**


**Eagle River**
**846 Forest Road**
**Vail, CO 81657**


**First Federal Savings Bank**
**PO Box 250**
**Washington Court House, OH 43160- 000**


**First Merchants Bank**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**


**First Merchants Bank**
**Attn: Patrick Berghoff**
**8711 River Crossing**
**Indianapolis, IN 46240**


**First Merchants Bank**
**c/o Jennifer Griffith, Statutory Agent**
**1349 W. Lane Ave., Ste. 800**
**Columbus, OH 43221**


**First Merchants Bank s/b/m Level One Bank**
**Steven H. Patterson, Esq.**
**Manley Deas Kochalski, LLC**
**PO Box 165028**
**Columbus, OH 43216-5028**

**General Electirc Credit Union**
**Attn Bankruptcy**
**11370 Reed Hartman Hwy**
**Blue Ash, OH 45241**


**General Electirc Credit Union**
**c/o Timothy D. Ballinger**
**as Statutory Agent**
**10485 Reading Rd.**
**Cincinnati, OH 45241**


**General Electric Credit Union**
**10485 Reading Road**
**Cincinnati, OH 45241- 000**


**Henry Schneider**
**8110 Plainfield Road**
**Cincinnati, OH 45236-0000**


**Heritage Bank, Inc.**
**1818 Florence Pike**
**Burlington, KY 41005- 000**


**Heritage Bank, Inc.**
**54955 North Bend Rd.**
**Burlington, KY 41005**


**Holy Cross Energy**
**PO Box 2150**
**Glenwood Springs, CO 81602**


**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101- 734**

Copyright © Financial Software Solutions, LLC

**Jon J. Lierberman, Esq.**
**Sottile and Barile**
**394 Wards Corner Road, Suite 180**
**Loveland, OH 45140**

**Kemba Credit Union**
**8763 Union Centre Blvd**
**West Chester, OH 45069- 000**

**Kemba Credit Union, Inc.**
**c/o Joe Hutson, Statutory Agent**
**5600 Chappell Crossing Blvd.**
**West Chester, OH 45069**

**Kennebunk Sewer District**
**44 Water Street**
**Kennebunk, ME 04043**

**Kenwood Country Club**
**6501 Kenwood Road**
**Cincinnati, OH 45243**

**Merrill Lynch, Pierce, Fenner & Smith Incorporated**
**425 Walnut St.**
**2600 US Bank Tower**
**Cincinnati, OH 45202**

**Merrill Lynch, Pierce, Fenner & Smith Incorporated**
**c/o CT Corporation System**
**as Statutory Agent**
**4400 Easton Commons Way, Ste. 125**
**Columbus, OH 43219**

**Nationstar Mortgage, LLC dba Mr. Cooper**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019- 000**

Copyright © Financial Software Solutions, LLC

Nationstar Mortgage, LLC dba Mr. Cooper
Attn Bankruptcy
PO Box 619096
Dallas, TX 75261-9741


Ohio Department of Taxation
Ohio Attorney General
Attn Bankruptcy
30 East Broad St., 14th Fl
Columbus, OH 43215


Park National Bank
PO Box 2005
Mount Vernon, OH 43050- 720


Patricia B. Fugee, Esq.
FisherBroyles LLP
27100 Oakmead Drive #306
Perrysburg, OH 43551


Poseidon Irrigation
48 Mountain Rd
Biddeford, ME 04005


Robinson Law Firm, LLC
c/o Emmett E. Robinson, Esq.
6600 Lorain Ave. #731
Cleveland, OH 44102


Rockland Trust Company
288 Union Street
Rockland, MA 02370- 000


Rockland Trust Company, Successor to Blue Hills Bank
150 Grossman Drive, Ste. 300
Braintree, MA 02184

Copyright © Financial Software Solutions, LLC

**Rudy J. Cerone, Esq.**
**601 Poydras Street, 12th Floor**
**New Orleans, LA 70130**


**Spectrum**
**400 Washington Boulevard**
**Stamford, CT 06902**


**Stefanie L. Deka, Esq.**
**McGlinchey Stafford**
**3401 Tuttle Rd., Ste. 200**
**Cleveland, OH 44122**


**Steven M. Hartmann, Esq.**
**Smith, Gambrell & Russell, LLP**
**311 South Wacker Drive, Suite 3000**
**Chicago, IL 60606**


**Stock Yards Bank & Trust Company**
**1040 East Main Street**
**Louisville, KY 40206- 000**


**Stock Yards Bank & Trust Company**
**c/o SSP Statutory Services, LLC**
**as Statutory Agent**
**2623 Erie Avenue**
**Cincinnati, OH 45208**


**Susana E. Lykins, Esq.**
**Robertson, Anschuz, Schneid,**
**Crane & Partners, PLLC**
**13010 Morris Rd, Ste. 450**
**Alpharetta, GA 30004**


**The Huntington National Bank**
**7 Easton Oval (EA4W67)**
**Columbus, OH 43219**

Three Notes, LLC
c/o GH&R Business Services, Inc.,
as Statutory Agent
312 Walnut St., Ste. 1800
Cincinnati, OH 45202


Town of Kennebunk
1 Summer Street
Kennebunk, ME 04043


Transamerica Life Insurance Company
c/o Aegon USA Realty Advisors, LLC
Mortgage Loan Dept. - 3B-CR
6300 C Street SW
Cedar Rapids, IA 52499


Transamerica Life Insurance Company
c/o Aegon USA Realty Advisory Services, LLC
Attn: Mortgage Loan Department
Cedar Rapids, IA 52499-5443


TruGreen
4041 Thunderbird Lane
Fairfield, OH 45014


Truist Bank
Bankruptcy Department
PO Box 27767
Richmond, VA 23261


Truist Bank
c/o Corporation Service Company
as Statutory Agent
1160 Dublin Road, Suite 400
Columbus, OH 43215

Copyright © Financial Software Solutions, LLC

**Truist Bank**
**PO Box 79041**
**Baltimore, MD 21279- 001**


**US Bank, NA**
**PO Box 790408**
**St. Louis, MO 63179- 040**


**Vail Valley Snow Removal**
**2497 Chamonix Ln Apt J3**
**Vail, CO 81657**


**Vorys, Sater, Seymour and Pease LLP**
**52 East Gay St.**
**Columbus, OH 43215**


**Webhannet Golf Club**
**26 Golf Club Drive**
**Kennebunk, ME 04043**


**Whitney Mosby, Esq.**
**Dentons Bingham Greenebaum, LLP**
**10 West Market Street, #2700**
**Indianapolis, IN 46204**


**Xcel Energy**
**414 Nicollet Mall**
**Minneapolis, MN 55401**


**Xfinity/Comcast**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**