# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## AMENDMENT TO
## AMENDED LIST OF 20 LARGEST UNSECURED CREDITORS

Attached is an amended Form 104 – *For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders* which amends the original Top 20 creditor list at Docket No. 5. The purpose of this amendment is to remove Minnesota Life Insurance Company as a Top 20 largest creditor and add Park National Bank. Upon filing, the undersigned was informed by counsel for Minnesota Life Insurance Company that the Debtor did not guarantee that debt obligation.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as set forth on the attached certificate of service.

        Respectfully submitted,

        /s/ James A. Coutinho
        Thomas R. Allen    (0017513)
        Richard K. Stovall   (0029978)
        James A. Coutinho  (0082430)
        Andrew D. Rebholz  (0102192)
        Allen Stovall Neuman & Ashton LLP
        10 W. Broad St., Ste. 2400
        Columbus, Ohio 43215
        T: (614) 221-8500    F: (614) 221-5988
        allen@asnalaw.com; stovall@asnalaw.com
        coutinho@asnalaw.com; rebholz@asnalaw.com
        *Proposed Counsel for Debtor / Debtor in Possession*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*): **25-12607**

☒ Check if this is an amended filing

# Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders**

**Unsecured Claim**

**1** | **Transamerica Life Insurance Company** | What is the nature of this claim? | **Guarantor for To Life LTD (The Red)** | $ **42,360,140.09**
Creditor's Name

**c/o Aegon USA Realty Advisory Services, LLC**
**Attn: Mortgage Loan Department**
Number        Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Cedar Rapids        IA        52499-5443**
City                State       Zip Code

**Steven M. Hartmann, Esq.**
Contact

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
Value of security:  − $ _____
Unsecured claim:  $ _____

**(312) 360-6528 / shartmann@sgrlaw.com**
Contact phone

Debtor 1  **Raymond** **Joseph** **Schneider**   Case number *(if known)* _____
         First Name  Middle Name  Last Name

### 2

**The Huntington National Bank**
Creditor's Name

**7 Easton Oval (EA4W67)**
Number    Street

**Columbus        OH    43219**
City            State  Zip Code

Christopher P. Schueller, Esq.
Contact

(412) 562-1041
christopher.schueller@bipc.com
Contact phone

What is the nature of this claim? **Judgment**     $ **30,888,696.19**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured):  $ **(Unknown – CJ)**
   Value of security:  − $ _____
   Unsecured claim        $ _____

### 3

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number    Street

**Indianapolis    IN    46290 000**
City            State  Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**   $ **18,579,394.99**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
   Value of security:  − $ _____
   Unsecured claim        $ _____

### 4

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number    Street

**Indianapolis    IN    46290 000**
City            State  Zip Code

Contact

Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**   $ **10,307,131.56**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
   Value of security:  − $ _____
   Unsecured claim        $ _____

Debtor 1  **Raymond    Joseph    Schneider**    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

**5**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number    Street

**Sandusky      OH    44870 251**
City        State  Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim?  **Guarantor for The Red Corner, LLC**    $ **6,739,363.15**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
Value of security:    − $ _____
Unsecured claim    $ _____

---

**6**

**Rockland Trust Company**
Creditor's Name

**288 Union Street**
Number    Street

**Rockland      MA    02370 000**
City        State  Zip Code

Patrick T. Walsh
Contact

(781) 982-6399
patrick.walsh@rocklandtrust.com
Contact phone

What is the nature of this claim?  **Guarantor for Boston RD LLC**    $ **5,583,326.92**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
Value of security:    − $ _____
Unsecured claim    $ _____

---

**7**

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number    Street

**Indianapolis      IN    46290 000**
City        State  Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

What is the nature of this claim?  **Guarantor for Circle Storage Operating Company I**    $ **5,275,099.36**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
Value of security:    − $ _____
Unsecured claim    $ _____

---

Debtor 1 **Raymond    Joseph    Schneider**    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

### 8

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number    Street

**Indianapolis    IN    46290 000**
City    State    Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

**What is the nature of this claim?** **Guarantor for Circle Storage Operating Company I**    $ **3,575,506.18**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
   Value of security:    − $ _____
   Unsecured claim    $ _____

---

### 9

**General Electric Credit Union**
Creditor's Name

**10485 Reading Road**
Number    Street

**Cincinnati    OH    45241 000**
City    State    Zip Code

Douglas Haman, Esq.
Contact

(513) 702-2112
doughaman@wdhlaw.com
Contact phone

**What is the nature of this claim?** **Guarantor for Hyde Park Circle LLC**    $ **3,409,697.14**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
   Value of security:    − $ _____
   Unsecured claim    $ _____

---

### 10

**Rockland Trust Company**
Creditor's Name

**288 Union Street**
Number    Street

**Rockland    MA    02370 000**
City    State    Zip Code

Patrick T. Walsh
Contact

(781) 982-6399
patrick.walsh@rocklandtrust.com
Contact phone

**What is the nature of this claim?** **Guarantor for North Shore RD LLC**    $ **3,384,129.42**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
   Value of security:    − $ _____
   Unsecured claim    $ _____

---

Debtor 1 **Raymond** **Joseph** **Schneider** Case number *(if known)* _____
First Name Middle Name Last Name

---

**11** **Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number Street

**Sandusky** **OH** **44870 251**
City State Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Co-Borrower with Northern Kentucky Assisted Living** $ **3,096,489.52**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
 Value of security: − $ _____
 Unsecured claim $ _____

---

**12** **Stock Yards Bank & Trust Company**
Creditor's Name

**1040 East Main Street**
Number Street

**Louisville** **KY** **40206 000**
City State Zip Code

Paul T. Saba, Esq.
Contact

(513) 533-2703
pts@sspfirm.com
Contact phone

What is the nature of this claim? **Guarantor for 5150 East Galbraith Rd / HRM Realty** $ **2,500,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
 Value of security: − $ _____
 Unsecured claim $ _____

---

**13** **Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number Street

**Sandusky** **OH** **44870 251**
City State Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Guarantor for Mason Rd, LLC** $ **2,130,342.73**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
 Value of security: − $ _____
 Unsecured claim $ _____

---

Debtor 1   **Raymond**   **Joseph**   **Schneider**   Case number *(if known)* _____
           First Name    Middle Name   Last Name

---

**14**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number       Street

**Sandusky**         **OH**    **44870 251**
City                 State     Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim?   **Co-Borrower with The Blue Development Company, LLC**   $ **1,993,440.44**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):          $ _____
           Value of security:              −  $ _____
           Unsecured claim                    $ _____

---

**15**

**Heritage Bank, Inc.**
Creditor's Name

**1818 Florence Pike**
Number       Street

**Burlington**       **KY**    **41005 000**
City                 State     Zip Code

Jon J. Lieberman, Esq.
Contact

(513) 444-4100
Jon.Lieberman@sottileandbarile.com
Contact phone

What is the nature of this claim?   **Guarantor for Madison Warehouse, LLC**   $ **1,904,513.04**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):          $ _____
           Value of security:              −  $ _____
           Unsecured claim                    $ _____

---

**16**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number       Street

**Sandusky**         **OH**    **44870 251**
City                 State     Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim?   **Guarantor for Techwoods Circle Rd. LLC**   $ **1,330,298.17**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):          $ _____
           Value of security:              −  $ _____
           Unsecured claim                    $ _____

---

Debtor 1 **Raymond** **Joseph** **Schneider** Case number *(if known)* _____
      First Name    Middle Name    Last Name

---

**17** **Heritage Bank, Inc.**
Creditor's Name

**What is the nature of this claim?** Guarantor for The Gatherings of Blue Ash, LLC    $ **1,304,572.48**

**1818 Florence Pike**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Burlington**    **KY**    **41005 000**
City    State    Zip Code

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

Jon J. Lieberman, Esq.
Contact
(513) 444-4100
Jon.Lieberman@sottileandbarile.com
Contact phone

---

**18** **First Federal Savings Bank**
Creditor's Name

**What is the nature of this claim?** Guarantor for Circle Development of Cincinnati LLC    $ **937,500.00**

**PO Box 250**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Washington Court House**    **OH**    **43160 000**
City    State    Zip Code

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**19** **Civista Bank**
Creditor's Name

**What is the nature of this claim?** Co-Borrower with The Blue Development Company, LLC    $ **915,602.21**

**100 East Water Street**
**PO Box 5016**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Sandusky**    **OH**    **44870 251**
City    State    Zip Code

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

Patricia B. Fugee, Esq.
Contact
(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

---

Debtor 1    **Raymond**    **Joseph**    **Schneider**      Case number *(if known)* _____
      First Name      Middle Name      Last Name

| | | |
|---|---|---|
| **20** **Park National Bank** <br> Creditor's Name | What is the nature of this claim? | **Guarantor for Grasshopper Investments II, LLC / Omni Drive**    $ **250,000.00** |

**PO Box 2005**
Number     Street

**Mount Vernon**    **OH**    **43050-720**
City        State    Zip Code

Susan M. Argo, Esq.
Contact

(513) 629-2716
sargo@brickergraydon.com
Contact phone

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
        Value of security:   − $ _____
        Unsecured claim      $ _____

---

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ **/s/ Raymond Joseph Schneider**
    Signature of Debtor 1

Date   **11/14/2025**
      MM/DD/YYYY

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Amendment to Amended List of 20 Largest Unsecured Creditors* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, including the following affected party:

Park National Bank
c/o Susan M. Argo, Esq.
via CM/ECF

and (ii) by ordinary U.S. Mail on November 14, 2025, addressed to the following:

Minnesota Life Insurance Company
c/o Dave Gildernew, Esq.
400 Robert Street North
Saint Paul, MN 55101

    /s/ James A. Coutinho
    James A. Coutinho     (0082430)