# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### (1) NOTICE OF NEW CREDITORS, REMOVED CREDITOR, AND AMENDED ADDRESSES; AND (2) CERTIFICATE OF SERVICE FOR 341 NOTICE AND BAR DATE NOTICE TO NEW AND AMENDED CREDITORS

In conjunction with this filing, Debtor Raymond Joseph Schneider (the "Debtor") has filed his Schedules of Assets and Liabilities and Verification of Creditor Matrix. Pursuant to LBR 1009-1(a), below is a list of the new creditors that have been added to the creditor list, each of which having also been added pursuant to LBR 1007-2(e) to the mailing matrix maintained by the Clerk of Court.

The undersigned further certifies in accordance with LBR 1009-1(a)(1) that on November 14, 2025, the following documents were served on each of the new creditors: (1) *Notice of Chapter 11 Bankruptcy Case* (Doc. 28); and (2) *Order Establishing and Providing Notice of The Last Date to File Proofs of Claim* (Doc. 18).

New Creditors:

James R. Cummins, Esq.
Cummins Law, LLC
312 Walnut Street, Suite 1530
Cincinnati, OH 45202

Emmett E. Robinson, Esq.
Robinson Law Firm, LLC
6600 Lorain Ave. #731
Cleveland, Ohio 44102

In addition to the foregoing, the Debtor has removed from his schedules Minnesota Life Insurance, whose counsel indicated that the Debtor had not guaranteed that debt.

Finally, based on returned mail and notifications from creditors, the following creditor addresses were amended:

| **Original Address** | **Amended Address** |
|---|---|
| First Merchants Bank<br>10333 North Meridian Street #350<br>Indianapolis, IN 46290 | First Merchants Bank<br>Attn: Patrick Berghoff<br>8711 River Crossing<br>Indianapolis IN 46240 |
| Holy Cross Energy<br>41226 Hwy 6<br>Avon, CO 81620 | Holy Cross Energy<br>PO Box 2150<br>Glenwood Springs, CO 81602 |
| ADT<br>35 Triangle Park Dr., Ste 3500<br>Cincinnati, OH 45246 | ADT<br>2300 Wall St. Suite H<br>Cincinnati, OH 45212 |
| Spectrum<br>2692 Madison Rd, Ste B9<br>Cincinnati, OH 45208-1321 | Spectrum<br>400 Washington Boulevard<br>Stamford, Connecticut 06902 |
| Xfinity/Comcast<br>7875 Montgomery Rd.<br>Cincinnati, OH 45236-4344 | Xfinity/Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 |

The undersigned further certifies in accordance with LBR 1009-1(a)(1) that on November 14, 2025, the following documents were served on the amended addresses for each of the foregoing creditors: (1) *Notice of Chapter 11 Bankruptcy Case* (Doc. 28); and (2) *Order Establishing and Providing Notice of The Last Date to File Proofs of Claim* (Doc. 18).

                                                  Respectfully submitted,

                                                   /s/  James A. Coutinho
                                                Thomas R. Allen        (0017513)
                                                Richard K. Stovall     (0029978)
                                                James A. Coutinho     (0082430)
                                                Andrew D. Rebholz    (0102192)
                                                Allen Stovall Neuman & Ashton LLP
                                                10 W. Broad St., Ste. 2400
                                                Columbus, Ohio 43215
                                                T: (614) 221-8500     F: (614) 221-5988

allen@asnalaw.com; stovall@asnalaw.com  
coutinho@asnalaw.com; rebholz@asnalaw.com  
*Proposed Counsel for Debtor / Debtor in Possession*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *(1) Notice of New Creditors, Removed Creditor, and Amended Addresses; and (2) Certificate of Service for 341 Notice and Bar Date Notice to New and Amended Creditors* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 14, 2025, to the following:

    None.

                                                      /s/ James A. Coutinho
                                                      James A. Coutinho     (0082430)