# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, ) | Case No. 25-12607 |
| ) | Judge Beth A. Buchanan |
| Debtor. ) | |
| ) | Related Document No. 44 |

## NOTICE OF WITHDRAWAL OF PROPOSED ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THE DEBTOR AND THIRD PARTIES

AND NOW, comes The Huntington National Bank and files this Notice of Withdrawal requesting withdrawal of the proposed order docketed at ECF No. 44 and appearing on the docket as follows: *Exhibit Revised Exhibit A - Proposed Order Filed by Creditor The Huntington National Bank (RE: related document(s)[41] Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties). (Schueller, Christopher)*.

Dated: November 17, 2025

    Respectfully submitted,

    **BUCHANAN INGERSOLL & ROONEY, P.C.**

    <u>*/s/ Chistopher P. Schueller*</u>
    Christopher P. Schueller (0086170)
    Timothy P. Palmer (86166)
    Kelly M. Neal (100889)
    501 Grant Street #200
    Pittsburgh, PA 15219
    (412) 562-8800
    christopher.schueller@bipc.com
    timothy.palmer@bipc.com
    kelly.neal@bipc.com
    *Attorneys for The Huntington National Bank*