**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 17, 2025**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI

| | |
|---|---|
| IN RE: | ) CASE NO. 1:25-bk-12607 |
| RAYMOND JOSEPH SCHNEIDER., | ) CHAPTER 11 |
| Debtor, | ) JUDGE BETH A. BUCHANAN |
| | ) **ORDER ADMITTING RUDY J. CERONE PRO HAC VICE (DOC. 20)** |

This matter came before this Court on the Motion for Permission to Appear Pro Hac Vice of Rudy J. Cerone (Doc. No. 20) (the "Motion"). Movant meets the requirements set forth by this Court pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS THEREFORE ORDERED the Motion is granted. Rudy J. Cerone of the law firm of McGlinchey Stafford, PLLC is admitted *pro hac vice* to represent Bank of America, N.A. in the above referenced case.

Attorney Rudy J. Cerone shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

IT IS SO ORDERED.

Copies to: Default List