**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | Case No. 25-12607 |
| | **:** | |
| **Raymond Joseph Schneider** | **:** | Chapter 11 |
| | **:** | |
| **Debtor.** | **:** | Judge Beth A. Buchanan |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned matter on behalf of General Electric Credit Union and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, plan of reorganization, pleading, request, complaint or demand, whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax or otherwise, which affects this Chapter 11 bankruptcy case be served upon:

> Donald W. Mallory, Esq.
> WOOD + LAMPING LLP
> 600 Vine Street, Suite 2500
> Cincinnati, OH 45202
> Phone: 513.852.6094
> Fax: 513.419.6494
> Email: DWMallory@woodlamping.com

Dated:  November 18, 2025
       Cincinnati, Ohio

Respectfully submitted,

 */s/ Donald W. Mallory*
Donald W. Mallory, Esq. (OH 0070875)
WOOD + LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Phone: 513.852.6094
Fax: 513.419.6494
Email: DWMallory@woodlamping.com

## **CERTIFICATE OF SERVICE**

      I, Donald W. Mallory, hereby certify that the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

                                                      */s/ Donald W. Mallory*
                                                      Donald W. Mallory (OH 0070875)

4862747.1