# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:25-bk-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER., | ) | CHAPTER 11 |
| | ) | |
| Debtor, | ) | JUDGE BETH A. BUCHANAN |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICES** |
| | ) | |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Bank of America, N.A. ("**BANA**"), in its capacity as a banking corporation. BANA requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

Rudy J. Cerone
*(Admitted Pro Hac Vice)*
McGlinchey Stafford
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 596-2786
Facsimile: (504) 910-9362
recerone@mcglinchey.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to

affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, BANA, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or BANA may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of BANA.

PLEASE TAKE FURTHER NOTICE that BANA intends that neither this Notice of Appearance nor any appearance, pleading, claim or suit shall be deemed or construed as: (a) an election of remedies; (b) a consent by BANA to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving BANA; (c) a consent by BANA to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. §157(e) or otherwise; (d) a waiver of the right of BANA to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (e) a waiver of the right of BANA to have final orders in non-core matters entered only after de novo review and judgment by a District Court; (f) a waiver of the right of BANA to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (g) a waiver of any past, present or future event of default; or (h) a waiver or limitation of any rights of BANA, including without limitation, a waiver of rights, claims, actions, defenses, set-offs or recoupments to which BANA is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved by

BANA.

Respectfully submitted, this 19th day of November, 2025.

                                                  */s/ Rudy J. Cerone*
                                                  Rudy J. Cerone (*Admitted Pro Hac Vice*)
                                                  McGlinchey Stafford, PLLC
                                                  601 Poydras Street, 12th Floor
                                                  New Orleans, Louisiana 70130
                                                  Telephone: (504) 596-2786
                                                  Facsimile: (504) 910-9362
                                                  Email:  rcerone@mcglinchey.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance and Request for Notices was filed this 19th day of November, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                   */s/ Rudy J. Cerone*
                                                  Rudy J. Cerone