This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 17, 2025**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 1:25-bk-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER., | ) | CHAPTER 11 |
| | ) | |
| Debtor, | ) | JUDGE BETH A. BUCHANAN |
| | ) | |
| | ) | **ORDER ADMITTING RUDY J. CERONE** |
| | ) | **PRO HAC VICE (DOC. 20)** |
| | ) | |

This matter came before this Court on the Motion for Permission to Appear Pro Hac Vice of Rudy J. Cerone (Doc. No. 20) (the "Motion"). Movant meets the requirements set forth by this Court pursuant to Local Rule 2090-1 of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS THEREFORE ORDERED the Motion is granted. Rudy J. Cerone of the law firm of McGlinchey Stafford, PLLC is admitted *pro hac vice* to represent Bank of America, N.A. in the above referenced case.

Attorney Rudy J. Cerone shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

IT IS SO ORDERED.

Copies to: Default List

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-12607-bab |
| Raymond Joseph Schneider | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 20, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 2 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf01 | Total Noticed: 1 |

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@brickergraydon.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@brickergraydon.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

TOTAL: 23