**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 21, 2025**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR (DOC. 6)

This matter is before the Court upon the *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtor* (the "Application") (Doc. 6). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ the law firm of Allen Stovall Neuman & Ashton LLP ("ASNA") as bankruptcy counsel to the Debtor.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Affidavit of James A. Coutinho attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of ASNA as bankruptcy counsel to the Debtor should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1. The employment of ASNA as counsel to the Debtor is approved effective as of date the Application was filed, on the terms and conditions set forth in the Application.

2. ASNA is permitted to be paid from the Debtor eighty-five percent (85%) of its fees and services and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon submission by ASNA to the Debtor of an itemized statement detailing the services performed and expenses incurred in connection with its representation of the Debtor. ASNA will file a summary of such statement with the Court and will serve a copy upon the United States Trustee. All monthly payments received by ASNA will be subject to repayment and to final approval by the Court upon the filing of ASNA's interim and final fee applications.

SO ORDERED.

SUBMITTED BY:

 /s/ James A. Coutinho
Thomas R. Allen        (0017513)
Richard K. Stovall     (0029978)
James A. Coutinho      (0082430)
Andrew D. Rebholz      (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500    F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20.