**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 21, 2025**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| In re: Raymond Joseph Schneider, | : | Case No. 25-12607-BAB |
| | : | (Judge Beth A. Buchanan) |
| Debtor. | : | |
| | : | Chapter 11 |
| | : | |

### ORDER FOR MOTION FOR ADMISSION OF WHITNEY L. MOSBY *PRO HAC VICE* DOC. 17

Upon the Motion for Admission Pro Hac Vice by Whitney L. Mosby for leave to appear *pro hac vice* in this action as counsel for First Merchants Bank it is hereby:

ORDERED that, the Motion is granted and Whitney L. Mosby is admitted *pro hac vice* to appear in this case and in any related proceeding on behalf of First Merchants Bank.

Attorney Whitney L. Mosby shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order.** See LBR 9010-1.

For further information regarding CM/ECF filing please visit the Court's website at www.ohsb.uscourts.gov-filing information.

SO ORDERED.

22732075.v1

Service to: Default List plus

Whitney L. Mosby
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Phone:  (317) 968-5469
Email:  whitney.mosby@dentons.com

22732075.v1