Form a0prohac
(9/23)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
| Raymond Joseph Schneider | : | Case No. 25−12607 |
| | : | Chapter 11 |
| *Debtor.* | : | Judge Beth A. Buchanan |
| | : | |
| SSN:   xxx−xx−1170 | : | |

## NOTICE OF FEE DUE AND REQUIRED CM/ECF REGISTRATION

Notice is hereby given that a fee is due and owing from Whitney L. Mosby for the motion to appear pro hac vice filed on October 20, 2025. (Doc. 17.) Notice is also given that, pursuant to ECF Administrative Procedure 2(a), any attorney granted pro hac vice admission must register with the Bankruptcy Court's ECF system.

Payment must be remitted to the United States District Court for the Southern District of Ohio within **14 days** of the entry of this Notice. Failure to pay the fee within 14 days may result in a revocation of the admission order or other action as determined by the Bankruptcy Court. **The Bankruptcy Court cannot accept payment for this fee under any circumstances.**

This fee must be paid via credit card at https://pay.gov/public/form/start/1198230742. Paper checks are not accepted.

The current fee for motions to appear pro hac vice can be found here:

https://www.ohsd.uscourts.gov/court−fee−schedule−and−payment−information.

For information about registering for access to the Bankruptcy Court's ECF system, visit https://www.ohsb.uscourts.gov. Notices of electronic filing will not be issued to an attorney who has not registered with the Bankruptcy Court's ECF system and filed a notice of appearance or other electronic document in the above−captioned case.

Dated: November 21, 2025

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of Ohio

In re:                                                  Case No. 25-12607-bab

Raymond Joseph Schneider                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                       User: ad                               Page 1 of 2

Date Rcvd: Nov 21, 2025                 Form ID: a0prohac                    Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| | + | Dentons Bingham Greenebaum LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204-4900 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025                     Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |

District/off: 0648-1                          User: ad                                    Page 2 of 2
Date Rcvd: Nov 21, 2025                        Form ID: a0prohac                          Total Noticed: 2

Christopher Schueller
    on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
    donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
    on behalf of Creditor BANK OF AMERICA  N.A. dmullen@mcglinchey.com

Donald W Mallory
    on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
    on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
    eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
    on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
    doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
    on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
    eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Rudy J Cerone
    on behalf of Creditor BANK OF AMERICA  N.A. rcerone@mcglinchey.com

Ryan Steven Lett
    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
    on behalf of Creditor BANK OF AMERICA  N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Steven Hartmann
    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
    on behalf of Creditor Park National Bank sargo@brickergraydon.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@brickergraydon.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

TOTAL: 25