This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: November 21, 2025



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR (DOC. 6)

This matter is before the Court upon the *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtor* (the "Application") (Doc. 6). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ the law firm of Allen Stovall Neuman & Ashton LLP ("ASNA") as bankruptcy counsel to the Debtor.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

1

Based upon the matters contained in the Application, and the Affidavit of James A. Coutinho attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of ASNA as bankruptcy counsel to the Debtor should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1. The employment of ASNA as counsel to the Debtor is approved effective as of date the Application was filed, on the terms and conditions set forth in the Application.

2. ASNA is permitted to be paid from the Debtor eighty-five percent (85%) of its fees and services and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon submission by ASNA to the Debtor of an itemized statement detailing the services performed and expenses incurred in connection with its representation of the Debtor. ASNA will file a summary of such statement with the Court and will serve a copy upon the United States Trustee. All monthly payments received by ASNA will be subject to repayment and to final approval by the Court upon the filing of ASNA's interim and final fee applications.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Thomas R. Allen        (0017513)
Richard K. Stovall     (0029978)
James A. Coutinho      (0082430)
Andrew D. Rebholz      (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500    F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Proposed Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20.

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-12607-bab |
| Raymond Joseph Schneider | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 3 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdfmsl | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21969191 | + | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21969192 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21969184 | | The Huntington National Bank, Easton Oval (EA4W67, Columbus OH 43219 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Nov 21 2025 18:43:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21969188 | + | Email/Text: gecubankruptcy@gecreditunion.org | Nov 21 2025 18:41:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21969190 | + | Email/Text: l.cook@ourheritage.bank | Nov 21 2025 18:43:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21969189 | + | Email/Text: bankruptcy.notices@syb.com | Nov 21 2025 18:42:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com  donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA   N.A. dmullen@mcglinchey.com |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com  eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com  doan@asnalaw.com;schenck@asnalaw.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com  eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com |
| Rudy J Cerone | on behalf of Creditor BANK OF AMERICA   N.A. rcerone@mcglinchey.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Stefanie L. Deka | on behalf of Creditor BANK OF AMERICA   N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@brickergraydon.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@brickergraydon.com |

District/off: 0648-1 User: ad Page 3 of 3
Date Rcvd: Nov 21, 2025 Form ID: pdfmsl Total Noticed: 11

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

TOTAL: 25