UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

In re: Raymond Joseph Schneider,   )   Case No. 25-12607-BAB
                                                       )   (Judge Beth A. Buchanan)
     Debtor.                           )   Chapter 11

**<u>NOTICE OF APPEARANCE</u>**

      Comes now Dentons Bingham Greenebaum LLP by Whitney L. Mosby and enters her Appearance as counsel on behalf of First Merchants Bank and requests that all pleadings and notices be sent to the undersigned at the address shown below:

      Whitney L. Mosby
      Dentons Bingham Greenebaum LLP
      2700 Market Street, Suite 2700
      Indianapolis, IN  46204
      Tel:    317-968-5469
      Fax:   317-236-9907
      Email: whitney.mosby@dentons.com

                              Respectfully submitted,

                              <u>*/s/ Whitney L. Mosby*</u>                 .
                              Whitney L. Mosby, (#23691-49)
                              Dentons Bingham Greenebaum LLP
                              2700 Market Street, Suite 2700
                              Indianapolis, IN  46204
                              Tel: 317-635-8900
                              Fax:  317-236-9907
                              Email:  whitney.mosby@dentons.com
                              *Counsel for First Merchants Bank*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 25, 2025 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system:

Thomas R Allen allen@aksnlaw.com, schenck@asnalaw.com
Susan M Argo sargo@brickergraydon.com
Asst US Trustee (Cin) ustpregion09.ci.ecf@usdoj.gov
Austin Z. Baurichter abaurichter@brickergraydon.com
Richard Boydston richard.boydston@dentons.com, sabrina.hazen@dentons.com
Rudy J Cerone rcerone@mcglinchey.com
James A Coutinho coutinho@asnalaw.com, doan@asnalaw.com;schenck@asnalaw.com
Stefanie L. Deka sdeka@mcglinchey.com, lblotnick@mcglinchey.com
Patricia B Fugee patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
Eric W Goering eric@goering-law.com, eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com
Brian Green bgreen@shaperolaw.com
Steven Hartmann shartmann@sgrlaw.com, nstinson@sgrlaw.com
Patrick Allen Hruby patrick.hruby@brockandscott.com, wbecf@brockandscott.com
Ryan Steven Lett ryan.lett@usdoj.gov
Jon J Lieberman bankruptcy@sottileandbarile.com
Donald W Mallory DWMallory@woodlamping.com, jaarnold@woodlamping.com
Branden P Moore bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com
David Mullen dmullen@mcglinchey.com
Kelly Neal kelly.neal@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com
Timothy Palmer timothy.palmer@bipc.com, donna.curcio@bipc.com;eservice@bipc.com
Andrew Dennis Rebholz rebholz@asnalaw.com, kittle@asnalaw.com
Paul T Saba pts@sspfirm.com, eak@sspfirm.com;srb@sspfirm.com;archive@recap.email
Christopher Schueller christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com
Richard K Stovall stovall@asnalaw.com, kittle@asnalaw.com

            */s/ Whitney L. Mosby*
            Whitney L. Mosby