

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054   TRN   S   X   ST01

000638066975862 P

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**

Account Number:
▮▮▮▮7243

Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 1 of 2



☎ **To Contact U.S. Bank**

By Phone: 800-US BANKS
(800-872-2657)

Cincinnati
Metro Area: 513-632-4141

U.S. Bank accepts Relay Calls

Internet: usbank.com

---

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# U.S. bank

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
7243
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 2 of 2

## INFORMATION YOU SHOULD KNOW                                                (CONTINUED)

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

## U.S. BANK SMARTLY CHECKING                                                *Member FDIC*
U.S. Bank National Association                                          Account Number  7243

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Oct 21 | $ 0.00 | Annual Percentage Yield Earned | 0.00447% |
| Deposits / Credits | 142,832.86 | Interest Earned this Period | $ 0.14 |
| Other Withdrawals | 5,480.66- | Interest Paid this Year | $ 0.05 |
| | | Number of Days in Statement Period | 16 |
| Ending Balance on Nov 5, 2025 | $ 137,352.20 | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Oct 21 | Deposit | 8314067260 | $ 2,465.19 |
| Oct 28 | Deposit | 8350556121 | 129,455.44 |
| Oct 29 | Mobile Check Deposit | 8650643806 | 2,030.70 |
| Oct 29 | Mobile Check Deposit | 8650948436 | 3,095.68 |
| Oct 29 | Mobile Check Deposit | 8650948500 | 5,785.80 |
| Oct 31 | Interest Paid | 3100003472 | 0.05 |
| | | **Total Deposits / Credits** | **$ 142,832.86** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 3 | Electronic Withdrawal<br>REF=253040141792300Y00 | To Chubb<br>F800146791debitpmt #526548119 | | $ 1,892.75- |
| Nov 4 | Electronic Withdrawal<br>REF=253070175995840N00 | To ADT SECURITY SER<br>8881323080ADTPAPACH 314075928 | | 85.88- |
| Nov 5 | Electronic Withdrawal<br>REF=253080100655720N00 | To TruGreen<br>COLLECTION1568945001 | | 179.62- |
| Nov 5 | Electronic Withdrawal<br>REF=253080080952830N00 | To NSM DBAMR.COOPER<br>0000452701NSM DBAMR 0540509 | | 3,322.41- |
| | | **Total Other Withdrawals** | | **$ 5,480.66-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 21 | 2,465.19 | Oct 31 | 142,832.86 | Nov 4 | 140,854.23 |
| Oct 28 | 131,920.63 | Nov 3 | 140,940.11 | Nov 5 | 137,352.20 |
| Oct 29 | 142,832.81 | | | | |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN    S    X    ST01

000638066986205 P

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
7110

Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 1 of 2



**To Contact U.S. Bank**

By Phone:    800-US BANKS
(800-872-2657)

Cincinnati Metro Area:    513-632-4141

U.S. Bank accepts Relay Calls

Internet:    usbank.com

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# US bank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

Uni-Statement
Account Number:
███████ 7110
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 2 of 2

## INFORMATION YOU SHOULD KNOW                                         (CONTINUED)

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association                                       *Member FDIC*

Account Number ███████ 7110

### Account Summary
| | |
|---|---:|
| Beginning Balance on Oct 21 | $ 0.00 |
| Deposits / Credits | 7,000.00 |
| Other Withdrawals | 16.00- |
| **Ending Balance on Nov 5, 2025** | **$ 6,984.00** |

Number of Days in Statement Period: 16

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Oct 21 | Branch Account Transfer | From Account ████ 9012 | | $ 7,000.00 |
| | | | **Total Deposits / Credits** | **$ 7,000.00** |

### Other Withdrawals
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---:|
| Nov 3 | Check Printing Charge | | $ 16.00- |
| | | **Total Other Withdrawals** | **$ 16.00-** |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance |
|---|---:|---|---:|
| Oct 21 | 7,000.00 | Nov 3 | 6,984.00 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

57        TRN           S        X        ST01

106481575112783 ER

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**
Account Number:
9012
Statement Period:
Sep 20, 2025
through
Oct 21, 2025

Page 1 of 2



| | To Contact U.S. Bank |
|---|---|
| By Phone: | 800-US BANKS |
| | (800-872-2657) |
| Cincinnati Metro Area: | 513-632-4141 |
| U.S. Bank accepts Relay Calls | |
| Internet: | usbank.com |

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your U.S. Bank Smartly Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY by logging in to mobile or online banking or by calling U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

## U.S. BANK SMARTLY SAVINGS
U.S. Bank National Association

**Member FDIC**
Account Number          9012

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Sep 20 | $ 4,131.52 | Annual Percentage Yield Earned | 0.80% |
| Deposits / Credits | 3,583.25 | Interest Earned this Period | $ 3.85 |
| Other Withdrawals | 7,005.00- | Interest Paid this Year | $ 3,076.79 |
| | | Number of Days in Statement Period | 32 |
| Ending Balance on  Oct 21, 2025 | $ 709.77 | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**U.S. bank**

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**
Account Number:
9012
Statement Period:
Sep 20, 2025
through
Oct 21, 2025

Page 2 of 2

## U.S. BANK SMARTLY SAVINGS (CONTINUED)
U.S. Bank National Association

Account Number 2-301-0397-9012

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct  8 | Federal Benefit Deposit  REF=252760126910650N00 | From SSA  TREAS 310  XXSOC SEC  6042 1170A S | | $ 3,579.40 |
| Oct 21 | Interest Paid | | 2100001745 | 3.85 |
| | | Total Deposits / Credits | | $ 3,583.25 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 21 | Monthly Maintenance Fee | | 2100001746 | $ 5.00- |
| Oct 21 | Branch Account Transfer | To Account 7110 | | 7,000.00- |
| | | Total Other Withdrawals | | $ 7,005.00- |

# Warsaw Federal

3533 Warsaw Ave., Cincinnati Ohio 45205

**Statement Ending 10/31/2025**

RAYMOND SCHNEIDER  
Statement Number: XXXXXX6598

Page 1 of 2

>000017 7538693 0001 93826 10Z 1

RAYMOND SCHNEIDER  
3515 TIFFANY RIDGE LN  
BLUE ASH OH 45241-3810

## Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | (513) 244-6900 | |
| Mailing Address | 3533 Warsaw Ave. Cincinnati, OH 45205 | |
| Website | warsawfederal.bank | |




**Enroll in eStatements to access them anytime, anywhere.**

1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $323.01 |

# SAVINGS ACCOUNT - XXXXXX6598

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | $323.00 |
| | 1 Credit(s) This Period | $0.01 |
| | 0 Debit(s) This Period | $0.00 |
| 10/31/2025 | Ending Balance | $323.01 |

## Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.04% |
| Interest Days | 31 |
| Interest Earned | $0.01 |
| Interest Paid Year-to-Date | $0.10 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2025 | Beginning Balance | | | $323.00 |
| 10/28/2025 | INTEREST PAID 10/01 THROUGH 10/31 | | $0.01 | $323.01 |
| 10/31/2025 | Ending Balance | | | $323.01 |



warsawfederal.bank

EQUAL HOUSING LENDER · MEMBER FDIC