### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

|  |  |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br>Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>) |

### STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THE DEBTOR AND THIRD PARTIES

By agreement of the undersigned parties through undersigned counsel, The Huntington National Bank, as Administrative Agent ("**Huntington**"), has an extension until Monday, December 15, 2025 to file its reply in support of Huntington's Motion for Authorization to Conduct Rule 2004 Discovery with Respect to Debtor and Third Parties [ECF No. 41] and in response to Debtor's Objection to Motion for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties [ECF No. 69].

Dated:  December 8, 2025                    Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Christopher P. Schueller*
Christopher P. Schueller (OH Id. No. 0086170)
Timothy P. Palmer (OH Id. No. 86166)
Kelly M. Neal (OH Id. No. 100889)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax:  412-562-1041
E-mail: christopher.schueller@bipc.com
E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

1

Consented to by:

**ALLEN STOVALL NEUMAN & ASHTON LLP**

*/s/ James A. Coutinho (via consent on 12/5/25)*
Thomas R. Allen (OH Id. No. 0017513)
Richard K. Stovall (OH Id. No. 0029978)
James A. Coutinho (OH Id. No. 0082430)
Andrew D. Rebholz (OH Id. NO. 0102192)
10 West Broad Street, Suite 2400
Columbus, OH 43215
Telephone: 614-221-8500
Fax:  614-221-5988
E-mail: allen@asnalaw.com
E-mail: stovall@asnalaw.com
E-mail: coutinho@asnalaw.com
E-mail: rebholz@asnalaw.com
*Attorneys for Debtor/Debtor in Possession*