# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
| Debtor. | ) Judge Beth A. Buchanan |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served the 15th day of December, 2025, a copy of The Huntington National Bank's Reply in Support of its Motion for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and upon Counsel for the Debtor at the following email addresses: allen@aksnlaw.com, schenck@asnalaw.com, coutinho@asnalaw.com, rebholz@asnalaw.com, stovall@asnalaw.com, kittle@asnalaw.com, eric@goering-law.com.

Respectfully submitted,

Date: December 15, 2025   **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*