**This document has been electronically entered in the records of the United
States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 16, 2025**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING APPLICATION TO EMPLOY ROBINSON LAW FIRM, LLC, AS SPECIAL COUNSEL (DOC. 48)

This matter is before the Court upon the *Application to Employ Robinson Law Firm, LLC, as Special Counsel* (the "Application") (Doc. 48). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ the law firm of Robinson Law Firm, LLC ("Robinson Law") as special counsel under 11 U.S.C. § 327(e) to represent him as co-counsel in the case of *Schneider v. Huntington National Bank, et. al.*, Case No. A2300849 (the "Lawsuit"), pending before the Hamilton County Court of Common Pleas.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Declaration of Emmett E. Robinson attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of Robinson Law as special counsel should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1.       The employment of Robinson Law as special counsel to the Debtor is approved effective as of date the Application was filed on the terms and conditions set forth in the Application.

2.       All compensation of Robinson Law is subject to Court approval in accordance with 11 U.S.C. §§ 330 and 331.

SO ORDERED.

SUBMITTED BY:

 /s/  James A. Coutinho
Thomas R. Allen        (0017513)
Richard K. Stovall      (0029978)
James A. Coutinho      (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500      F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20 and additional party:

Emmett E. Robinson, Esq.
Robinson Law Firm, LLC
6600 Lorain Ave. #731
Cleveland, Ohio 44102