**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 16, 2025**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
|    Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|    Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME UNDER BANKRUPTCY RULE 2015.3(d) TO FILE REPORTS OF FINANCIAL INFORMATION ABOUT ENTITIES IN WHICH DEBTOR HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST (DOC. 54)

This matter comes before the Court on the *Motion for Extension of Time Under Bankruptcy Rule 2015.3(d) to File Reports of Financial Information About Entities in Which Debtor Holds a Substantial or Controlling Interest* (the "Motion") (Doc. 54), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, the Debtor requests an extension of the deadline for filing the initial financial reports (Official Form 426) for entities in which the Debtor holds a substantial or controlling interest (the "Financial Reports") as required by Bankruptcy Rule 2015.3(a).

1

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, and those parties requesting notice in this case. The time period for filing an objection to the Motion has passed and no objection to the Motion has been filed.

Based on the matters contained in the Motion, proper service of the Motion having been completed, and no objection to the Motion having been filed, the Court finds the Motion to be well-taken and it is approved. The Debtor has demonstrated that cause exists under Rule 2015.3(d) to extend the deadline for the filing of the initial Financial Reports.

It is therefore ORDERED that the deadline for the Debtor to file the initial Financial Reports as required by Rule 2015.3(a) is hereby extended to December 15, 2025.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Thomas R. Allen       (0017513)
Richard K. Stovall    (0029978)
James A. Coutinho     (0082430)
Andrew D. Rebholz     (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20