## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### NOTICE OF MONTHLY FEE STATEMENT
### FOR ALLEN STOVALL NEUMAN & ASHTON LLP
### FOR THE PERIOD OF NOVEMBER 1, 2025, THROUGH NOVEMBER 30, 2025

| | |
|---|---|
| Name of professional: | Allen Stovall Neuman & Ashton LLP ("ASNA") |
| Role in case: | Counsel to Debtor / Debtor in Possession |
| Compensation period: | November 1, 2025, through November 30, 2025 |
| Total fees incurred this period: | $46,837.50 |
| Fees requested for payment: | $39,811.88 (85% of $46,837.50) |
| Fees subject to holdback: | $7,025.63 (15% of $46,837.50) |
| Cumulative holdback to date: | $8,707.28 |
| Total expenses incurred this period: | $262.46 |
| Expenses requested in this statement | $262.46 (100%) |
| Total fees and expenses payable: | $40,074.34 |
| Source of payment | Retainer |
| Retainer balance prior to application | $128,542.08 |
| Remaining retainer | $88,467.75 |

**Subject and Purpose of Notice:** This notice is being delivered by ASNA, which is employed as counsel for the Debtor and Debtor in Possession. This notice is being delivered as a part of the approved procedures by which ASNA is permitted to receive monthly payment of compensation and reimbursement of expenses from the Debtor. *See* Doc. 61.

**Procedure for Monthly Compensation:** Under the approved procedure, ASNA is permitted to be paid eighty-five percent (85%) of its fees and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon delivery by ASNA to Debtor and the United States Trustee of an itemized statement (a "Monthly Fee Statement") detailing the services performed and expenses incurred in connection with its representation of the Debtor.

**Submission of Monthly Fee Statement:** In accordance with the approved procedure, on the date of this notice, ASNA has delivered to the Debtor and to the United States Trustee complete copies of the Monthly Fee Statement for the period addressed by this notice. Attached hereto as <u>Exhibit A</u> is a summary of requested compensation by matter and expense category.

**Payment:** In accordance with the approved procedures, the Debtor is authorized to pay eighty percent (85%) of incurred fees and one hundred percent (100%) of reimbursable expenses upon receipt of the Monthly Fee Statement, which payment may also be drawn from the retainer held by ASNA.

Dated: December 19, 2025

Respectfully submitted,

/s/ James A. Coutinho
Thomas R. Allen        (0017513)
Richard K. Stovall      (0029978)
James A. Coutinho      (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

EXHIBIT A

## Summary of Fees

| Matter # | Matter Title | Fees Incurred | Fees Payable (85%) |
|---|---|---|---|
| 001 | General Case Administrative | $ 1,062.00 | $ 902.70 |
| 002 | Schedules and Related Documents | $ 16,440.50 | $ 13,974.43 |
| 003 | Professionals – Retention and Compensation | $ 3,498.00 | $ 2,973.30 |
| 004 | UST Meetings and Matters | $ 5,247.00 | $ 4,459.95 |
| 005 | Claims Administration and Objections | $ 414.00 | $ 351.90 |
| 006 | Stay Relief and Adequate Protection | $ 92.00 | $ 78.20 |
| 007 | Other Contested Matters | $ 0.00 | $ 0.00 |
| 008 | Huntington National Bank Litigation | $ 9,637.00 | $ 8,191.45 |
| 009 | Sale Matters | $ 0.00 | $ 0.00 |
| 010 | Plan and Disclosure Statement | $ 690.00 | $ 586.50 |
| 011 | Hearings and Status Conferences | $ 0.00 | $ 0.00 |
| 012 | Monthly Operating Reports and 2015.3 Reports | $ 3,318.00 | $ 2,820.30 |
| 013 | Estate Claims and Chapter 5 Actions | $ 4,438.00 | $ 3,772.30 |
| 014 | Governance and Operation Matters for Debtor-Controlled Entities | $ 1,219.00 | $ 1,036.15 |
| 015 | Travel | $ 782.00 | $ 664.70 |
| | **TOTALS:** | **$ 46,837.50** | **$ 39,811.88** |
| | **15% Holdback this period** | | **$ 7,025.63** |

## Summary of Expenses

| Expense Category | Amount Incurred | Amount Payable (100%) |
|---|---|---|
| Filing Fees | $ 0.00 | $ 0.00 |
| Research Costs | $ 0.00 | $ 0.00 |
| Travel – Mileage | $ 0.00 | $ 0.00 |
| Travel – Parking | $ 0.00 | $ 0.00 |
| Photocopies | $ 204.00 | $ 204.00 |
| Postage | $ 58.46 | $ 58.46 |
| **TOTALS:** | **$ 262.46** | **$ 262.46** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Monthly Fee Statement for Allen Stovall Neuman & Ashton LLP for the Period of November 1, 2025, through November 30, 2025* was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail on December 19, 2025, addressed to the following:

None.

 /s/  James A. Coutinho
James A. Coutinho     (0082430)