This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: December 16, 2025



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re: : Case No. 25-12607
    Raymond Joseph Schneider, : Chapter 11
 :
    Debtor and Debtor in Possession. : Judge Beth A. Buchanan

**ORDER GRANTING MOTION FOR EXTENSION OF TIME UNDER BANKRUPTCY RULE 2015.3(d) TO FILE REPORTS OF FINANCIAL INFORMATION ABOUT ENTITIES IN WHICH DEBTOR HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST (DOC. 54)**

This matter comes before the Court on the *Motion for Extension of Time Under Bankruptcy Rule 2015.3(d) to File Reports of Financial Information About Entities in Which Debtor Holds a Substantial or Controlling Interest* (the "Motion") (Doc. 54), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, the Debtor requests an extension of the deadline for filing the initial financial reports (Official Form 426) for entities in which the Debtor holds a substantial or controlling interest (the "Financial Reports") as required by Bankruptcy Rule 2015.3(a).

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, and those parties requesting notice in this case. The time period for filing an objection to the Motion has passed and no objection to the Motion has been filed.

Based on the matters contained in the Motion, proper service of the Motion having been completed, and no objection to the Motion having been filed, the Court finds the Motion to be well-taken and it is approved. The Debtor has demonstrated that cause exists under Rule 2015.3(d) to extend the deadline for the filing of the initial Financial Reports.

It is therefore ORDERED that the deadline for the Debtor to file the initial Financial Reports as required by Rule 2015.3(a) is hereby extended to December 15, 2025.

SO ORDERED.

SUBMITTED BY:

 /s/  James A. Coutinho
Thomas R. Allen       (0017513)
Richard K. Stovall    (0029978)
James A. Coutinho     (0082430)
Andrew D. Rebholz     (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                                              Case No. 25-12607-bab
Raymond Joseph Schneider                                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                 User: ad                                                      Page 1 of 3
Date Rcvd: Dec 17, 2025              Form ID: pdfmsl                                      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21991702 | + | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21991703 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21969184 | | The Huntington National Bank, Easton Oval (EA4W67, Columbus OH 43219 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Dec 17 2025 18:53:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21969188 | + | Email/Text: gecubankruptcy@gecreditunion.org | Dec 17 2025 18:52:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21991701 | + | Email/Text: l.cook@ourheritage.bank | Dec 17 2025 18:53:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21991700 | + | Email/Text: bankruptcy.notices@syb.com | Dec 17 2025 18:52:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025                                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com |
| Rudy J Cerone | on behalf of Creditor BANK OF AMERICA N.A. rcerone@mcglinchey.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Stefanie L. Deka | on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@brickergraydon.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@brickergraydon.com |

District/off: 0648-1 User: ad Page 3 of 3
Date Rcvd: Dec 17, 2025 Form ID: pdfmsl Total Noticed: 11

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
    on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 26