This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

Dated: December 16, 2025

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| RAYMOND JOSEPH SCHNEIDER ) | Case No. 25-12607 |
| ) | Chapter 11 |
| Debtor(s) ) | Judge Buchanan |
| ) | |
| ) | |

**ORDER SETTING PRELIMINARY HEARING ON
MOTION FOR 2004 EXAMINATION
[Docket Number 41]**

    This case is before this Court regarding Creditor The Huntington National Bank's *Motion for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [Docket Number 41], Debtor's *Objection* [Docket Number 69], and Creditor The Huntington National Bank's *Reply* [Docket Number 74].

    This matter is scheduled for a preliminary hearing to be held on **January 8, 2026, at 10:30 a.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202.

    <u>This is a non-evidentiary proceeding</u>.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the preliminary hearing telephonically. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**Should any party fail to attend the preliminary hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List

United States Bankruptcy Court

Southern District of Ohio

In re:  
Raymond Joseph Schneider  
    Debtor

Case No. 25-12607-bab  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0648-1      User: ad      Page 1 of 2  
Date Rcvd: Dec 18, 2025      Form ID: pdf01      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

District/off: 0648-1 User: ad Page 2 of 2
Date Rcvd: Dec 18, 2025 Form ID: pdf01 Total Noticed: 1

|   |   |
|---|---|
| | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com |
| Rudy J Cerone | on behalf of Creditor BANK OF AMERICA N.A. rcerone@mcglinchey.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Stefanie L. Deka | on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@brickergraydon.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@brickergraydon.com |
| Thomas R Allen | on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com |
| Timothy Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com |
| Whitney L. Mosby | on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com |

TOTAL: 26