# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054      TRN                    S          X        ST01

000638066975862 P

ᴵᴵᵘᴵᵗᴵᴵᵘᵘᵗᵉᴵᵘᴵᴵᴵᵘᵘᴵᵘᵗᴵᴵᵗᴵᵘᴵᴵᵘᴵᵗᵗᵉᵉᵗᴵᴵᴵᵘᴵᴵᴵᵘᴵᵘ
ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810



**Uni-Statement**

Account Number:
7243
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 1 of 2

☎                          *To Contact U.S. Bank*

| | |
|---|---|
| **By Phone:** | *800-US BANKS* |
| | *(800-872-2657)* |
| ***Cincinnati*** | |
| ***Metro Area:*** | *513-632-4141* |
| ***U.S. Bank accepts Relay Calls*** | |
| *Internet:* | *usbank.com* |

---

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
███████ 7243
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 2 of 2

## INFORMATION YOU SHOULD KNOW                         (CONTINUED)

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

## U.S. BANK SMARTLY CHECKING                            *Member FDIC*

U.S. Bank National Association                    **Account Number** ███████ 7243

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Oct 21 | $ | 0.00 | |
| Deposits / Credits | | 142,832.86 | |
| Other Withdrawals | | 5,480.66- | |
| **Ending Balance on Nov 5, 2025** | **$** | **137,352.20** | |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00447% |
| Interest Earned this Period | $ | 0.14 |
| Interest Paid this Year | $ | 0.05 |
| Number of Days in Statement Period | | 16 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Oct 21 | Deposit | 8314067260 | $ | ✓ 2,465.19 |
| Oct 28 | Deposit | 8350556121 | | ✓ 129,455.44 |
| Oct 29 | Mobile Check Deposit | 8650643806 | | ✓ 2,030.70 |
| Oct 29 | Mobile Check Deposit | 8650948436 | | ✓ 3,095.68 |
| Oct 29 | Mobile Check Deposit | 8650948500 | | ✓ 5,785.80 |
| Oct 31 | Interest Paid | 3100003472 | | 0.05 |
| | | **Total Deposits / Credits** | **$** | **142,832.86** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 3 | Electronic Withdrawal | To Chubb | | $ | ✓ 1,892.75- |
| | REF=253040141792300Y00 | F800146791debitpmt #526548119 | | | |
| Nov 4 | Electronic Withdrawal | To ADT SECURITY SER | | | ✓ 85.88- |
| | REF=25307017599584 0N00 | 8881323080ADTPAPACH 314075928 | | | |
| Nov 5 | Electronic Withdrawal | To TruGreen | | | ✓ 179.62- |
| | REF=253080100655720N00 | COLLECTION1568945001 | | | |
| Nov 5 | Electronic Withdrawal | To NSM DBAMR.COOPER | | | ✓ 3,322.41- |
| | REF=253080080952830N00 | 0000452701NSM DBAMR 0540509 | | | |
| | | **Total Other Withdrawals** | | **$** | **5,480.66-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 21 | 2,465.19 | Oct 31 | 142,832.86 | Nov 4 | 140,854.23 |
| Oct 28 | 131,920.63 | Nov 3 | 140,940.11 | Nov 5 | 137,352.20 |
| Oct 29 | 142,832.81 | | | | |

Balances only appear for days reflecting change.

# US bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054      TRN              S          X        ST01

000638066986205 P

ԱԺ||ԱԺ||Ժ||Ժ||Ժ||Ժ||Ժ||Ժ||Ժ||Ժ||Ժ||Ժ||
ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
7110
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 1 of 2

☎ | **To Contact U.S. Bank**
---|---
**By Phone:** | 800-US BANKS
| (800-872-2657)
**Cincinnati** |
**Metro Area:** | 513-632-4141
**U.S. Bank accepts Relay Calls** |
**Internet:** | usbank.com

---

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

* Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

* View, print or download and save up to 7 years of statements.
* See detailed images of sent and deposited checks.
* Receive a monthly alert when your e-statement is ready to view.
* Reduce your paper trail.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**us bank.**

**Uni-Statement**
Account Number:
████████7110
Statement Period:
Oct 21, 2025
through
Nov 5, 2025

Page 2 of 2

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

## INFORMATION YOU SHOULD KNOW                                   (CONTINUED)

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

## U.S. BANK SMARTLY CHECKING                                    *Member FDIC*
U.S. Bank National Association                     Account Number ████████7110

### Account Summary

| | | | | |
|---|---|---:|---|---:|
| Beginning Balance on Oct 21 | $ | 0.00 | Number of Days in Statement Period | 16 |
| Deposits / Credits | | 7,000.00 | | |
| Other Withdrawals | | 16.00- | | |
| **Ending Balance on Nov 5, 2025** $ | | **6,984.00** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| Oct 21 | Branch Account Transfer | From Account ████3012 | | $ | 7,000.00 |
| | | | **Total Deposits / Credits** | $ | **7,000.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---:|
| Nov 3 | Check Printing Charge | | $ | 16.00- |
| | | **Total Other Withdrawals** | $ | **16.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---:|---|---:|
| Oct 21 | 7,000.00 | Nov 3 | 6,984.00 |

Balances only appear for days reflecting change.

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

57        TRN              S        X        ST01

106481575112783 ER

ıliıııı111ıılıılıırllılılılılıılıılılılılıllıılılıı
RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH 45242-4110

**Uni-Statement**

Account Number:
████████ 9012

Statement Period:
Sep 20, 2025
through
Oct 21, 2025

Page 1 of 2



☎                                    *To Contact U.S. Bank*

| | |
|---|---|
| **By Phone:** | *800-US BANKS* |
| | *(800-872-2657)* |
| ***Cincinnati*** | |
| ***Metro Area:*** | *513-632-4141* |
| ***U.S. Bank accepts Relay Calls*** | |
| *Internet:* | *usbank.com* |

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Effective November 10, 2025, the following changes are being made and will be reflected in the *Consumer Pricing Information* document which may affect your rights.

Beginning October 6, 2025, you can review the full revised document at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

- Under U.S. Bank Smartly® Savings, the interest tiers are updated to single tier

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your U.S. Bank Smartly Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY by logging in to mobile or online banking or by calling U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

## U.S. BANK SMARTLY SAVINGS                                       *Member FDIC*
U.S. Bank National Association                                 Account Number ████████ 9012

### Account Summary

| | | | | | |
|---|---|---:|---|---|---:|
| Beginning Balance on Sep 20 | $ | 4,131.52 | Annual Percentage Yield Earned | | 0.80% |
| Deposits / Credits | | 3,583.25 | Interest Earned this Period | $ | 3.85 |
| Other Withdrawals | | 7,005.00- | Interest Paid this Year | $ | 3,076.79 |
| | | | Number of Days in Statement Period | | 32 |
| **Ending Balance on Oct 21, 2025** | $ | **709.77** | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank.

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**

Account Number:
█████9012
Statement Period:
Sep 20, 2025
through
Oct 21, 2025

Page 2 of 2

## U.S. BANK SMARTLY SAVINGS
U.S. Bank National Association

**(CONTINUED)**
**Account Number 2-301-0397-9012**

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Oct  8 | Federal Benefit Deposit | From SSA  TREAS 310 | | $ | 3,579.40 |
| | REF=252760126910650N00 | XXSOC SEC ████6042 1170A  S | | | |
| Oct 21 | Interest Paid | | 2100001745 | | 3.85 |
| | | | **Total Deposits / Credits** | $ | **3,583.25** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| Oct 21 | Monthly Maintenance Fee | | 2100001746 | $ | 5.00- |
| Oct 21 | Branch Account Transfer | To Account ████7110 | | | 7,000.00- |
| | | | **Total Other Withdrawals** | $ | **7,005.00-** |

## Warsaw Federal

3533 Warsaw Ave., Cincinnati Ohio 45205

*Statement Ending 10/31/2025*

RAYMOND SCHNEIDER                    Page 1 of 2
Statement Number: XXXXXX6598

>000017 7538693 0001 93826 10Z 1

RAYMOND SCHNEIDER
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

### Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | (513) 244-6900 | |
| Mailing Address | 3533 Warsaw Ave. Cincinnati, OH 45205 | |
| Website | warsawfederal.bank | |



# Enroll in eStatements to **access them anytime, anywhere.**

1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $323.01 |

## SAVINGS ACCOUNT - XXXXXX6598

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 10/01/2025 | Beginning Balance | $323.00 |
| | 1 Credit(s) This Period | $0.01 |
| | 0 Debit(s) This Period | $0.00 |
| 10/31/2025 | Ending Balance | $323.01 |

**Interest Summary**

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.04% |
| Interest Days | 31 |
| Interest Earned | $0.01 |
| Interest Paid Year-to-Date | $0.10 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2025 | Beginning Balance | | | $323.00 |
| 10/28/2025 | INTEREST PAID 10/01 THROUGH 10/31 | | $0.01 | $323.01 |
| 10/31/2025 | Ending Balance | | | $323.01 |

EQUAL HOUSING LENDER • MEMBER FDIC



# Stock Yards
Bank & Trust®
SINCE 1904

P.O. BOX 32890
LOUISVILLE, KY 40232

Return Service Requested

Page 1 of 3
Statement Date: 11/19/2025
Primary Account: XXXXXXXXXXX1743

\*\*\* FINAL STATEMENT \*\*\*

2300 1 MB 0.672 10

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH, OH 45242-4110



**Now available in online banking and the Stock Yards Bank & Trust mobile banking app!**

| SYB 50 Interest Checking - OH Region ACCOUNT XXXXXXXXXXX1743 | |
|---|---|
| LAST STATEMENT 10/15/25 | 33,973.79 |
| 2 CREDITS | 100,750.00 |
| 9 DEBITS | 134,723.79 |
| THIS STATEMENT 11/19/25 | .00 |

TOTAL DAYS IN STATEMENT PERIOD 10/16/25 THROUGH 11/19/25:        35

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 10/27 | 100,000.00 | | | | | | |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| PL*RookwoodPrope SIGONFILE HBFTL3 | 10/17 | 750.00 |

### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26* | 10/28 | 234.26 | 127 | 10/17 | 2,283.97 | | | |
| 125* | 10/28 | 260.00 | 128 | 10/24 | 322.38 | | | |

*) INDICATES A GAP IN CHECK NUMBER SEQUENCE



Member FDIC

### IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see Terms and Conditions of your Account Agreement that governs your account.

### THE FOLLOWING APPLIES TO ELECTRONIC FUND TRANSFERS INVOLVING A CONSUMER ACCOUNT

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at (502) 582-2571 • (800) 625-9066 or Write us at P.O. Box 32890, Louisville, KY 40232 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED TRANSFERS TO A CONSUMER ACCOUNT

If you are the recipient of preauthorized deposits, you may contact us at (502) 582-2571 or (800) 625-9066 during normal business hours in order to confirm receipt of a preauthorized deposit.

### PRIVACY NOTICE

**Privacy Notice**—Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at https://syb.com/privacy-policy or we will mail you a free copy upon request if you call us at 1-800-625-9066.

### WITHDRAWALS OUTSTANDING-
### NOT CHARGED TO ACCOUNT

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START -

PLEASE BE SURE YOU HAVE ENTERED IN YOUR AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED
IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED
IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN
ON THIS STATEMENT                 $ _____

ADD
DEPOSITS NOT SHOWN ON
THIS STATEMENT (IF ANY)           $ _____

_____

_____

TOTAL    $ _____

SUBTRACT -
▷ WITHDRAWALS OUTSTANDING          $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**STOCK YARDS BANK AND TRUST CO.** • P.O. BOX 32890 • LOUISVILLE, KENTUCKY 40232 • (502) 582-2571 • 800-625-9066

YARD (Rev. 01/2024)

Statement Date:   11/19/2025

Primary Account:   XXXXXXXXXXX1743

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| **OTHER DEBITS** | | |
| SPECTRUM SPECTRUM 3969627 | 10/17 | 252.54 |
| AMEX EPAYMENT ACH PMT W0396 | 10/20 | 207.90 |
| DUKEENERGYCORPOR WEB_PAY ▮▮▮▮1725 | 10/20 | 440.02 |
| BMWFINANCIAL SVS BMWFS PYMT XXXXX0764 | 10/20 | 1,267.28 |
| CLOSING WITHDRAWAL | 10/28 | 129,455.44 |

| **INTEREST** | |
|---|---|
| INTEREST PAID 2025: | 96.03 |

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $216.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

You have been paying multiple overdraft fees and there may be cheaper alternative products that may be better suited for your needs. Please call the Overdraft Privilege Manager at 502-625-1040 to discuss other options or visit us at your local branch.

| **DAILY BALANCE** | | | | | |
|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 10/17 | 32,187.28 | 10/24 | 29,949.70 | 10/28 | .00 |
| 10/20 | 30,272.08 | 10/27 | 129,949.70 | | |

1-YARD-DDAs-03 251120
00002-00002-002300 001001900



$100,000.00   10/27/2025            0   $129,455.44   10/28/2025





26   $234.26   10/28/2025            125   $260.00   10/28/2025



127   $2,283.97   10/17/2025            128   $322.38   10/24/2025

| Account | Beginning Balance October 17 | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance October 31 |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ 7,710.92 | $ 3.85 | $ 5.00 | | $ 7,000.00 | $ 709.77 |
| Stockyards (Prepetition) | $ 31,107.44 | $ 100,750.00 | $ 2,402.00 | $ - | $ 129,455.44 | $ - |
| Warsaw Federal (Prepetition) | $ 323.00 | $ 0.01 | $ - | $ - | $ - | $ 323.01 |
| US Bank DIP General | $ - | $ 13,377.42 | $ - | $ 129,455.44 | $ - | $ 142,832.86 |
| US Bank DIP SS | $ - | $ - | $ - | $ 7,000.00 | $ - | $ 7,000.00 |
| | $ 39,141.36 | $ 114,131.28 | $ 2,407.00 | $ 136,455.44 | $ 136,455.44 | $ 150,865.64 |

**Raymond Schneider - October 2025 Transaction Summary**

General DIP Account       x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 10/21/2025 | $          - | Opening Balance | Balance | $          - |
| 10/21/2025 | $      2,465.19 | Deposit | Dividend Check | $      2,465.19 |
| 10/28/2025 | $    129,455.44 | Deposit | Transfer from Stockyard | $  131,920.63 |
| 10/29/2025 | $      2,030.70 | Deposit | Dividend Check | $  133,951.33 |
| 10/29/2025 | $      5,785.80 | Deposit | Refund from Truist Escrow Account | $  139,737.13 |
| 10/29/2025 | $      3,095.68 | Deposit | Dividend Check - Glidden House | $  142,832.81 |
| 10/31/2025 | $          0.05 | Deposit | Interest Earned | $  142,832.86 |

SS DIP Account       x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 10/21/2025 | $          - | Opening Balance | Balance | $          - |
| 10/21/2025 | $      7,000.00 | Deposit | Transfer from Prepetition Account | $      7,000.00 |

Stockyard Account       x1743

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 10/1/2025 | $     33,973.79 | Opening Balance | Balance | $    33,973.79 |
| 10/13/2025 | $        (260.00) | Bannister Landscaping | Lawn Service - Maine Home | $    33,713.79 |
| 10/13/2025 | $     (2,283.97) | KK Country Club | Golf Club - Blue Ash | $    31,429.82 |
| 10/7/2025 | $        (322.38) | Vail Honeywagon | Decorator - Vail Home | $    31,107.44 |
| 10/17/2025 | $        (252.54) | Spectrum | Cable | $    30,854.90 |
| 10/20/2025 | $        (207.90) | AMEX | Charge Card | $    30,647.00 |
| 10/20/2025 | $        (440.02) | Duke Energy | Electric - BA Home | $    30,206.98 |
| 10/20/2025 | $     (1,267.28) | BMW | Car Payment | $    28,939.70 |
| 10/17/2025 | $        750.00 | Deposit | Dividend Check | $    29,689.70 |
| 10/27/2025 | $    100,000.00 | Deposit | Check from Patti Schneider | $  129,689.70 |
| 10/27/2025 | $        (234.26) | Kennebunk Sewer | Waste - Maine Home | $  129,455.44 |
| 10/28/2025 | $  (129,455.44) | Closed Account | Moved Funds to DIP Account | $          - |

US Bank       x9012

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 10/1/2025 | $      4,131.52 | Opening Balance | Balance | $      4,131.52 |
| 10/8/2025 | $      3,579.40 | Deposit | Social Security Deposit | $      7,710.92 |
| 10/21/2025 | $          3.85 | Deposit | Interest Earned | $      7,714.77 |
| 10/21/2025 | $          (5.00) | Fee | Maintenance Fee | $      7,709.77 |
| 10/21/2025 | $     (7,000.00) | Withdrawal | Transfer to DIP Account | $        709.77 |

Warsaw Bank       x6598

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 10/1/2025 | $        323.00 | Opening Balance | Balance | $        323.00 |
| 10/28/2025 | $          0.01 | Deposit | Interest Earned | $        323.01 |