# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054     TRN              S         X      ST01

000638080387654 P

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
▮▮▮▮▮ 7243

Statement Period:
Nov 6, 2025
through
Nov 30, 2025

Page 1 of 2





| | *To Contact U.S. Bank* |
|---|---|
| **By Phone:** | 800-US BANKS |
| | (800-872-2657) |
| ***Cincinnati Metro Area:*** | 513-632-4141 |
| *U.S. Bank accepts Relay Calls* | |
| **Internet:** | usbank.com |

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**us bank**

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

Uni-Statement
Account Number:
7243
Statement Period:
Nov 6, 2025
through
Nov 30, 2025

Page 2 of 2

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

Member FDIC
Account Number 7243

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Nov 6 | $ | 137,352.20 |
| Deposits / Credits | | 10,487.83 |
| Other Withdrawals | | 962.49- |
| Checks Paid | | 1,495.73- |
| **Ending Balance on Nov 30, 2025** | **$** | **145,381.81** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00486% |
| Interest Earned this Period | $ | 0.47 |
| Interest Paid this Year | $ | 0.62 |
| Number of Days in Statement Period | | 25 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov 14 | Mobile Check Deposit | 9250600501 | $ 42.59 |
| Nov 14 | Mobile Check Deposit | 9250852528 | 100.00 |
| Nov 14 | Mobile Check Deposit | 9250600686 | 1,000.00 |
| Nov 14 | Mobile Check Deposit | 9250600948 | 1,000.00 |
| Nov 14 | Mobile Check Deposit | 9250600233 | 2,875.00 |
| Nov 19 | Mobile Check Deposit | 8650655350 | 750.00 |
| Nov 19 | Mobile Check Deposit | 8650655489 | 875.00 |
| Nov 24 | Mobile Check Deposit | 8051921709 | 875.00 |
| Nov 24 | Mobile Check Deposit | 8052665801 | 969.67 |
| Nov 24 | Mobile Check Deposit | 8051921590 | 1,000.00 |
| Nov 24 | Mobile Check Deposit | 8051921920 | 1,000.00 |
| Nov 28 | Interest Paid | 2800004304 | 0.57 |
| | | **Total Deposits / Credits** | **$ 10,487.83** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 10 | Electronic Withdrawal | To SPECTRUM | | $ 594.16- |
| | REF=253110154517410N00 | 0000358635SPECTRUM  1937731 | | |
| Nov 24 | Electronic Withdrawal | To GCWW/EZ-PAY | | 201.85- |
| | REF=253280020507380N00 | 0000007041UTILITIES 6855036 | | |
| Nov 25 | Electronic Withdrawal | To InstaMed | | 80.60- |
| | REF=253280194900210N00 | 9221883201SILVERSCRI021000026413692 | | |
| Nov 28 | Electronic Withdrawal | To ADT SECURITY SER | | 85.88- |
| | REF=253300166536540N00 | 8881323080ADTPAPACH 314075928 | | |
| | | **Total Other Withdrawals** | **$** | **962.49-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5001 | Nov 26 | 8651583986 | 113.19 | 5004* | Nov 28 | 9250954047 | 1,382.54 |

* Gap in check sequence

**Conventional Checks Paid (2)    $    1,495.73-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 10 | 136,758.04 | Nov 24 | 147,043.45 | Nov 26 | 146,849.66 |
| Nov 14 | 141,775.63 | Nov 25 | 146,962.85 | Nov 28 | 145,381.81 |
| Nov 19 | 143,400.63 | | | | |

Balances only appear for days reflecting change.

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054  TRN  S  X  ST01

000638080282898 P

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**

Account Number: 7110

Statement Period:
Nov 6, 2025
through
Nov 30, 2025

Page 1 of 2

☎ **To Contact U.S. Bank**

**By Phone:** 800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# US bank

**Uni-Statement**
Account Number:
▮▮▮▮▮▮▮▮7110
Statement Period:
Nov 6, 2025
through
Nov 30, 2025

Page 2 of 2

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association

*Member FDIC*
Account Number ▮▮▮▮▮▮▮▮7110

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Nov 6 | $ | 6,984.00 |
| Deposits / Credits | | 3,579.40 |
| Checks Paid | | 2,675.62- |
| **Ending Balance on Nov 30, 2025** | $ | **7,887.78** |

Number of Days in Statement Period: 25

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 14 | Internet Banking Transfer | From Account ▮▮▮9012 | | $ | 3,579.40 |
| | | | **Total Deposits / Credits** | $ | **3,579.40** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 5001 | Nov 25 | 8351931142 | 2,675.62 |
| | | **Conventional Checks Paid (1)** | **$ 2,675.62-** |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Nov 14 | 10,563.40 | Nov 25 | 7,887.78 |

Balances only appear for days reflecting change.

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

57        TRN             S         X     ST01

106481618006123 ER

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110



**Uni-Statement**

Account Number:
█████████9012

Statement Period:
Oct 22, 2025
through
Nov 21, 2025

Page 1 of 2

☎                                              **To Contact U.S. Bank**

**By Phone:**                                     800-US BANKS
                                              (800-872-2657)

**Cincinnati
Metro Area:**                                    513-632-4141

**U.S. Bank accepts Relay Calls**

**Internet:**                                     usbank.com

## NEWS FOR YOU

**Receiving paper checks from the federal government?** Beginning September 30, 2025, the federal government will stop sending out paper checks, except in limited cases. If you currently receive checks for benefit payments like Social Security, Veterans Benefits, or any other Federal benefit, please set up direct deposit, or another digital payment option, to ensure your government payments continue without disruption.

Visit **usbank.com/directdeposit** to learn more about setting up direct deposit.

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your U.S. Bank Smartly Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY by logging in to mobile or online banking or by calling U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

## U.S. BANK SMARTLY SAVINGS
U.S. Bank National Association

**Member FDIC**
Account Number █████████9012

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Oct 22 | $ 709.77 | Annual Percentage Yield Earned | 2.81% |
| Deposits / Credits | 3,586.62 | Account Interest Rate* | 2.96% |
| Other Withdrawals | 3,579.40- | Interest Earned this Period | $ 2.22 |
| | | Interest Paid this Year | $ 3,079.01 |
| Ending Balance on Nov 21, 2025 | $ 716.99 | Number of Days in Statement Period | 31 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 12 | Federal Benefit Deposit<br>REF=253100085247510N00 | From SSA  TREAS 310<br>XXSOC SEC███████1170A S  Refund | | $ 3,579.40 |
| Nov 20 | Monthly Maintenance Fee | | | 5.00 |
| Nov 21 | Interest Paid | | 2100003306 | 2.22 |
| | | **Total Deposits / Credits** | $ | **3,586.62** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**
Account Number:
9012
Statement Period:
Oct 22, 2025
through
Nov 21, 2025

Page 2 of 2

## U.S. BANK SMARTLY SAVINGS
U.S. Bank National Association

**(CONTINUED)**
Account Number 2-301-0397-9012

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 14 | Internet Banking Transfer    To Account  7110 | | | $ | 3,579.40- |
| | | | **Total Other Withdrawals** | $ | **3,579.40-** |

# Warsaw Federal

3533 Warsaw Ave., Cincinnati Ohio 45205

**Statement Ending 11/29/2025**

RAYMOND SCHNEIDER
Statement Number: XXXXXX6598
Page 1 of 2

## Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | (513) 244-6900 |
| Mailing Address | 3533 Warsaw Ave. Cincinnati, OH 45205 |
| Website | warsawfederal.bank |

>000017 7864465 0001 93826 10Z 1

RAYMOND SCHNEIDER
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810





Enroll in eStatements to **access** them anytime, anywhere.

1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $323.02 |

## SAVINGS ACCOUNT - XXXXXX6598

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2025 | Beginning Balance | $323.01 |
| | 1 Credit(s) This Period | $0.01 |
| | 0 Debit(s) This Period | $0.00 |
| 11/30/2025 | Ending Balance | $323.02 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.04% |
| Interest Days | 30 |
| Interest Earned | $0.01 |
| Interest Paid Year-to-Date | $0.11 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2025 | Beginning Balance | | | $323.01 |
| 11/24/2025 | INTEREST PAID 11/01 THROUGH 11/30 | | $0.01 | $323.02 |
| 11/30/2025 | Ending Balance | | | $323.02 |

warsawfederal.bank

EQUAL HOUSING LENDER • MEMBER FDIC

| Account | Beginning Balance Nov 1 | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance Nov 30th |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ 709.77 | $ 3,586.62 | $ - | $ - | $ 3,579.40 | $ 716.99 |
| Warsaw Federal (Prepetition) | $ 323.01 | $ 0.01 | $ - | $ - | $ - | $ 323.02 |
| US Bank DIP General | $ 142,832.86 | $ 10,487.83 | $ 7,938.88 | $ - | $ - | $ 145,381.81 |
| US Bank DIP SS | $ 7,000.00 | $ - | $ 2,691.62 | $ 3,579.40 | $ - | $ 7,887.78 |
|  | $ 150,865.64 | $ 14,074.46 | $ 10,630.50 | $ 3,579.40 | $ 3,579.40 | $ 154,309.60 |

**Raymond Schneider - October 2025 Transaction Summary**

General DIP Account    x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 11/1/2025 | $ - | Opening Balance | Balance | $ 142,832.86 |
| 11/3/2025 | $ (1,892.75) | CHUBB | Insurance on home and vehichles | $ 140,940.11 |
| 11/4/2025 | $ (85.88) | ADT | Security on Blue Ash Home | $ 140,854.23 |
| 11/5/2025 | $ (179.62) | TruGreen | Lawn Maintenance - BA home | $ 140,674.61 |
| 11/5/2025 | $ (3,322.41) | MRCooper | Mortgage - Blue Ash Home | $ 137,352.20 |
| 11/10/2025 | $ (594.16) | Spectrum | Cable - Blue Ash Home | $ 136,758.04 |
| 11/14/2025 | $ 100.00 | Deposit | Vail Rent Check | $ 136,858.04 |
| 11/14/2025 | $ 1,000.00 | Deposit | Vail Rent Check | $ 137,858.04 |
| 11/14/2025 | $ 1,000.00 | Deposit | Vail Rent Check | $ 138,858.04 |
| 11/14/2025 | $ 42.59 | Deposit | Costco Voucher | $ 138,900.63 |
| 11/14/2025 | $ 2,875.00 | Deposit | Dividend Check | $ 141,775.63 |
| 11/19/2025 | $ 875.00 | Deposit | Dividend Check | $ 142,650.63 |
| 11/19/2025 | $ 750.00 | Deposit | Dividend Check | $ 143,400.63 |
| 11/24/2025 | $ (201.85) | GCWW | Water - Blue Ash Home | $ 143,198.78 |
| 11/24/2025 | $ 875.00 | Deposit | Vail Rent Check from June 2025 | $ 144,073.78 |
| 11/24/2025 | $ 1,000.00 | Deposit | Vail Rent Check from June 2025 | $ 145,073.78 |
| 11/24/2025 | $ 969.67 | Deposit | Vail Rent Check from Sept 2025 | $ 146,043.45 |
| 11/24/2025 | $ 1,000.00 | Deposit | Vail Rent Check from Sept 2025 | $ 147,043.45 |
| 11/25/2025 | $ (80.60) | AETNA | Medicaid Part D Drug Plan | $ 146,962.85 |
| 11/26/2025 | $ (113.19) | Better Windows | Window Service - Blue Ash Home | $ 146,849.66 |
| 11/28/2025 | $ (85.88) | ADT | Security on Blue Ash Home | $ 146,763.78 |
| 11/28/2025 | $ (1,382.54) | Mario Vargas | Lawn Care - Blue Ash Home | $ 145,381.24 |
| 11/28/2025 | $ 0.57 | Deposit | Interest | $ 145,381.81 |

SS DIP Account    x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 11/1/2025 | $ 7,000.00 | Opening Balance | Balance | $ 7,000.00 |
| 11/3/2025 | $ (16.00) | Fee | Check Printing Charge | $ 6,984.00 |
| 11/14/2025 | $ 3,579.40 | Deposit | Social Security Deposit | $ 10,563.40 |
| 11/25/2025 | $ (2,675.62) | Check | KK Country Club | $ 7,887.78 |

US Bank    x9012

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 11/1/2025 | $ 709.77 | Opening Balance | Balance | $ 709.77 |
| 11/12/2025 | $ 3,579.40 | Deposit | Social Security Deposit | $ 4,289.17 |
| 11/14/2025 | $ (3,579.40) | Deposit | Transfer to DIP Account | $ 709.77 |
| 11/20/2025 | $ 5.00 | Deposit | Maintenance Fee Refund | $ 714.77 |
| 11/21/2025 | $ 2.22 | Deposit | Interest Earned | $ 716.99 |

Warsaw Bank    x6598

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 11/1/2025 | $ 323.01 | Opening Balance | Balance | $ 323.01 |
| 11/24/2025 | $ 0.01 | Deposit | Interest Earned | $ 323.02 |