**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 9, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | Case No. 25-12607 |
| ) | **Chapter 11** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |

### ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE
### [Docket Number 72]

This matter is before this Court on *Debtor's Motion for Authorization to Pay Prepetition Claims of Expert Witnesses as Critical Vendors* [Docket Number 72] ("Motion"); and he Huntington National Bank ("Huntington")'s *Objection* [Docket Number 85].

This matter is hereby scheduled for a telephonic status conference to be held on **January 30, 2026 at 10:00 a.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, 221 East Fourth Street, Cincinnati, Ohio, 45202.

This status conference is a non-evidentiary proceeding and will be held by telephone. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures— Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge

Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**Should any party fail to attend the status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List