**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: January 9, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER**  ) | Case No. 25-12607 |
| ) | **Chapter 11** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |

**ORDER: 1) MAKING DETERMINATION AS TO THIRD PARTIES; 2) SETTING DEADLINES; AND 3) SCHEDULING A DISCOVERY CONFERENCE WITH RESPECT TO HUNTINGTON NATIONAL BANK'S MOTION FOR 2004 EXAM**
**[Docket Number 41]**

This matter is before this Court on the *Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [Docket Number 41] ("Motion"); Debtor Raymond Joseph Schneider ("Debtor")'s *Objection* [Docket Number 69] and the Huntington National Bank ("Huntington")'s *Reply* [Docket Number 74]. A preliminary hearing was conducted on January 8, 2026 during which this Court made the following determinations:

1. <u>Motion Denied with Respect to Third Party Discovery</u>:  Huntington's Motion and proposed order intend, in part, to set a discovery process for Huntington to conduct discovery with third parties.  The specific third parties to be bound by the process, however, are not named nor is it clear they were served with the Motion.  Consequently, third parties cannot be bound to the discovery process Huntington proposes therein and, thus, the Motion is DENIED in this respect. If Huntington wishes to conduct discovery with third parties, Huntington must file a motion addressed to and served upon the specific parties affected.

2. <u>Deadline for Debtor's Preliminary Production</u>:  As discussed at the preliminary hearing, the Debtor will provide Huntington with its preliminary discovery production no later than **January 30, 2026**.  The Debtor will include an overview of non-objectional future production explaining what the Debtor intends to produce and what he does not intend to produce.  The preliminary production will occur on a rolling basis but no later than the deadline provided.

3. <u>Deadline for Huntington's Production of Discovery Previously Received</u>:  As discussed at the preliminary hearing, Huntington will provide the Debtor with identification of the discovery Huntington has already received from various sources so that the Debtor does not need to duplicate this production.  This identification must occur no later than **January 22, 2026**.

4. <u>Discovery Conference</u>:  The Honorable Beth A. Buchanan will conduct an informal discovery conference with Counsel for the Debtor and Counsel for Huntington on **February 20, 2026 at 10:00 a.m.** at the United States Bankruptcy Court, Atrium Two, Suite 814, Conference Room, 221 East Fourth Street, Cincinnati, Ohio.

**SO ORDERED**.

Distribution List:

Default List