This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



**Dated: January 9, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | **Case No. 25-12607** |
| ) | **Chapter 11** |
| ) | **Judge Buchanan** |
| **Debtor** ) | |
| ) | |

**ORDER: 1) MAKING DETERMINATION AS TO THIRD PARTIES; 2) SETTING DEADLINES; AND 3) SCHEDULING A DISCOVERY CONFERENCE WITH RESPECT TO HUNTINGTON NATIONAL BANK'S MOTION FOR 2004 EXAM**
**[Docket Number 41]**

This matter is before this Court on the *Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [Docket Number 41] ("Motion"); Debtor Raymond Joseph Schneider ("Debtor")'s *Objection* [Docket Number 69] and the Huntington National Bank ("Huntington")'s *Reply* [Docket Number 74]. A preliminary hearing was conducted on January 8, 2026 during which this Court made the following determinations:

1. <u>Motion Denied with Respect to Third Party Discovery</u>: Huntington's Motion and proposed order intend, in part, to set a discovery process for Huntington to conduct discovery with third parties. The specific third parties to be bound by the process, however, are not named nor is it clear they were served with the Motion. Consequently, third parties cannot be bound to the discovery process Huntington proposes therein and, thus, the Motion is DENIED in this respect. If Huntington wishes to conduct discovery with third parties, Huntington must file a motion addressed to and served upon the specific parties affected.

2. <u>Deadline for Debtor's Preliminary Production</u>: As discussed at the preliminary hearing, the Debtor will provide Huntington with its preliminary discovery production no later than **<u>January 30, 2026</u>**. The Debtor will include an overview of non-objectional future production explaining what the Debtor intends to produce and what he does not intend to produce. The preliminary production will occur on a rolling basis but no later than the deadline provided.

3. <u>Deadline for Huntington's Production of Discovery Previously Received</u>: As discussed at the preliminary hearing, Huntington will provide the Debtor with identification of the discovery Huntington has already received from various sources so that the Debtor does not need to duplicate this production. This identification must occur no later than **<u>January 22, 2026</u>**.

4. <u>Discovery Conference</u>: The Honorable Beth A. Buchanan will conduct an informal discovery conference with Counsel for the Debtor and Counsel for Huntington on **<u>February 20, 2026 at 10:00 a.m.</u>** at the United States Bankruptcy Court, Atrium Two, Suite 814, Conference Room, 221 East Fourth Street, Cincinnati, Ohio.

**SO ORDERED**.

Distribution List:

Default List

United States Bankruptcy Court

Southern District of Ohio

In re:     Case No. 25-12607-bab

Raymond Joseph Schneider     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: ad     Page 1 of 2

Date Rcvd: Jan 09, 2026     Form ID: pdf01     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 2 of 2 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdf01 | Total Noticed: 1 |

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
   on behalf of Creditor BANK OF AMERICA  N.A. dmullen@mcglinchey.com

Donald W Mallory
   on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
   on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
   on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
   on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
   on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
   on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
   on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
   on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
   on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
   on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Rudy J Cerone
   on behalf of Creditor BANK OF AMERICA  N.A. rcerone@mcglinchey.com

Ryan Steven Lett
   on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
   on behalf of Creditor BANK OF AMERICA  N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Steven Hartmann
   on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
   on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
   on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
   on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
   on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
   on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 26