**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 13, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING AMENDED APPLICATION TO EMPLOY CUMMINS LAW, LLC, AS SPECIAL COUNSEL (DOC. 71)

This matter is before the Court upon the *Amended Application to Employ Cummins Law, LLC, as Special Counsel* (the "Application") (Doc. 71). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ the law firm of Cummins Law, LLC ("Cummins Law") as special counsel under 11 U.S.C. § 327(e) to represent him in the case of *Schneider v. Huntington National Bank, et. al.*, Case No. A2300849 (the "Lawsuit"), pending before the Hamilton County Court of Common Pleas.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Declaration of James R. Cummins attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of Cummins Law as special counsel should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1.      The employment of Cummins Law as special counsel to the Debtor is approved effective as of October 28, 2025 on the terms and conditions set forth in the Application. {BAB}

2.      All compensation of Cummins Law is subject to Court approval in accordance with 11 U.S.C. §§ 330 and 331.

SO ORDERED.

Copies to Default List plus Top 20 an additional party:

James R. Cummins, Esq.
Cummins Law, LLC
312 Walnut Street, Suite 1530
Cincinnati, OH 45202