This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 13, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
|     Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|     Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING AMENDED APPLICATION TO EMPLOY CUMMINS LAW, LLC, AS SPECIAL COUNSEL (DOC. 71)

This matter is before the Court upon the *Amended Application to Employ Cummins Law, LLC, as Special Counsel* (the "Application") (Doc. 71). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ the law firm of Cummins Law, LLC ("Cummins Law") as special counsel under 11 U.S.C. § 327(e) to represent him in the case of *Schneider v. Huntington National Bank, et. al.*, Case No. A2300849 (the "Lawsuit"), pending before the Hamilton County Court of Common Pleas.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Declaration of James R. Cummins attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of Cummins Law as special counsel should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1. The employment of Cummins Law as special counsel to the Debtor is approved effective as of October 28, 2025 on the terms and conditions set forth in the Application. {BAB}

2. All compensation of Cummins Law is subject to Court approval in accordance with 11 U.S.C. §§ 330 and 331.

SO ORDERED.

Copies to Default List plus Top 20 an additional party:

James R. Cummins, Esq.
Cummins Law, LLC
312 Walnut Street, Suite 1530
Cincinnati, OH 45202

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 25-12607-bab

Raymond Joseph Schneider Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1      User: ad      Page 1 of 2

Date Rcvd: Jan 13, 2026      Form ID: pdf01      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| sp | + | James Cummins, Cummins Law LLC, 312 Walnut Street #1530, Cincinnati, OH 45202-4094 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 2 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf01 | Total Noticed: 2 |

Christopher Schueller
    on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
    on behalf of Creditor BANK OF AMERICA  N.A. dmullen@mcglinchey.com

Donald W Mallory
    on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
    on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
    on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
    on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Rudy J Cerone
    on behalf of Creditor BANK OF AMERICA  N.A. rcerone@mcglinchey.com

Ryan Steven Lett
    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
    on behalf of Creditor BANK OF AMERICA  N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Steven Hartmann
    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
    on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
    on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 26