**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 13, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
|     Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|     Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING MOTION TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS ON A MONTHLY BASIS (DOC. 73)

This matter comes before the Court on the *Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (the "Motion") (Doc. 73), filed by Raymond Joseph Schneider, the debtor and debtor in possession in this case (the "Debtor"). Through the Motion, and pursuant to sections 105(a) and 331 of the Bankruptcy Code, the Debtor seeks an order establishing an orderly process for the allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred by the Debtor's attorneys and other professionals.

The Motion was served on the Office of the United States Trustee, the twenty largest unsecured creditors, and those parties requesting notice in this case.

Upon review of the matters presented in the Motion, the Court is satisfied that the relief sought in the Motion is in the best interests of the Debtor, his estate, his creditors, and all other parties in interest. The legal and factual bases set forth in the Motion establish just cause for the relief granted herein. The Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED as follows:

1. The following procedures for interim compensation and reimbursement of expenses of Professionals[1] on a monthly basis shall be, and hereby are, established:

   a. On or before the 15th day of each month, each of the Professionals employed in this case shall deliver to the Debtor a statement of services provided and expenses incurred during the prior month. Copies of each statement shall be delivered to Debtor's counsel, the Debtor, and the Office of the United States Trustee (collectively, the "Notice Parties"). The Debtor shall pay 90% of fees and 100% of expenses in each statement within ten (10) days of receipt, provided sufficient funds are available, and provided further that the Debtor does not object to the fees and expenses. These payments shall be subject to the Court's review as part of the standard fee application process, which shall take place approximately every 120 days (as described below).

   b. Every 120 days, each of the Professionals shall file with the Court, on or before the 30th day following the last day of the compensation period for which compensation is sought, an application for (i) interim Court approval and allowance, pursuant to section 331 of the Bankruptcy Code, of the compensation and/or reimbursement of expenses requested for the prior four months, and (ii) payment of the 10% of fees not paid pursuant to subparagraph (a) above. The first such application shall be filed on or before March 31, 2026, and shall cover the period from the Petition Date through February 28, 2026. Any Professional who fails to file an application when due shall be ineligible to receive further interim payments of fees or expenses as provided herein until such time as such application is submitted. Nothing in these procedures alters the notice requirements for interim and final fee applications.

   c. The pendency of an application or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular statement shall not disqualify a Professional from the future payment of compensation or reimbursement of expenses as set forth above.

---

[1] Capitalized terms not defined herein shall be given the meaning set forth in the Motion.

      d.      Neither the payment of, nor the failure to pay, in whole or in part, monthly interim compensation and reimbursement as provided herein shall bind any party-in-interest or the Court with respect to the allowance of applications for compensation and reimbursement of Professionals.

2. All fees paid to the Professionals retained in this case pursuant to this order are subject to final approval of the Court. Nothing herein shall be construed to in any way limit the ability of the Court, the United States Trustee, or any other party in interest to review and evaluate the reasonableness or propriety of any fees and expenses requested or paid pursuant to this order.

    SO ORDERED.

SUBMITTED BY:

 /s/ James A. Coutinho
Thomas R. Allen    (0017513)
Richard K. Stovall   (0029978)
James A. Coutinho   (0082430)
Andrew D. Rebholz  (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

United States Bankruptcy Court

Southern District of Ohio

In re:  Case No. 25-12607-bab

Raymond Joseph Schneider  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

**Recip ID**          **Recipient Name and Address**
dbpos            + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Andrew Dennis Rebholz
        on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com

Asst US Trustee (Cin)
        ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter
        on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore
        on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green
        on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 2 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf01 | Total Noticed: 1 |

    on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
    on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com

Donald W Mallory
    on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com

Eric W Goering
    on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
    on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
    on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard K Stovall
    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com

Rudy J Cerone
    on behalf of Creditor BANK OF AMERICA N.A. rcerone@mcglinchey.com

Ryan Steven Lett
    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
    on behalf of Creditor BANK OF AMERICA N.A. sdeka@mcglinchey.com, lblotnick@mcglinchey.com

Steven Hartmann
    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com

Susan M Argo
    on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
    on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com

TOTAL: 26