**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_Beth A. Buchanan_
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 26, 2026**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (CINCINNATI)

| IN RE: | Case No. 25-12607 |
|---|---|
| **Raymond Joseph Schneider** | Chapter 11 |
| **Debtor and Debtor in Possession** | Judge Beth A. Buchanan |

___

**ORDER GRANTING APPLICATION AUTHORIZING THE EMPLOYMENT OF GOERING & GOERING. LLC AS ATTORNEYS FOR THE DEBTOR (Doc #47)**

___

This matter is before the court upon the motion of the Debtor, pursuant to 11 U.S.C. Sec. 327(a) authorizing the employment of Goering & Goering, LLC as his attorneys to co-counsel with Allen Stovall Neuman & Ashton LLP ("ASNA")  (Doc #47)

Notice was given and no objections to the application were filed.

The Court has considered the request contained in the motion and finds it to be well taken.

Accordingly, the Court hereby ORDERS as follows:

Goering & Goering shall be employed as Debtor's attorneys to assist ASNA with the Debtor's Chapter 11 case.

**SO ORDERED**

*/s/ Eric W. Goering*
Eric W. Goering

Copies to:

Default list