**U.S. bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN    I    X    ST01

106481673029634 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810



**Uni-Statement**

Account Number:
7243

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 1 of 3

☎    **To Contact U.S. Bank**

**By Phone:**    800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Beginning December 2025, you can review the new U.S. Bank Privacy Notice at **usbank.com/privacy**.  Details to note:
- **We share your personal information for joint marketing purposes:** You can limit this sharing
- **We share your personal information with nonaffiliates to market to you:** You can limit this sharing
- You can **Exercise your privacy choice:**
    - By calling 800-370-8580 - our menu will prompt you through the process or
    - By visiting us online: **http://www.usbank.com/privacy** and selecting "Exercise Your Privacy Choice"

The information in this message is a summary of the changes and is not a replacement for the actual Privacy Notice found at **usbank.com/privacy**.

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
    - For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
        - Courier Fee (per check) - $55.00 (increased from $45.00)
        - Initiation Fee (per check) - $55.00 (increased from $40.00)
        - Tracer Fee - $50.00 (increased from $25.00)
        - Returned Check Fee - $35.00 (increased from $25.00)
        - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
        - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# U.S. Bank

**Uni-Statement**
Account Number: 7243
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 2 of 3

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

## INFORMATION YOU SHOULD KNOW (CONTINUED)

Investment and Insurance products and services including annuities are:
NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

[1] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

[2] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

Member FDIC
Account Number 7243

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 1 | $ | 145,381.81 |
| Deposits / Credits | | 5,846.00 |
| Other Withdrawals | | 7,818.26- |
| Checks Paid | | 2,315.99- |
| **Ending Balance on Dec 31, 2025** | **$** | **141,093.56** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00495% |
| Interest Earned this Period | $ | 0.60 |
| Interest Paid this Year | $ | 1.22 |
| Number of Days in Statement Period | | 31 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Dec 10 | Mobile Check Deposit | 8650819794 | $ 100.00 |
| Dec 10 | Mobile Check Deposit | 8650819943 | 1,000.00 |
| Dec 12 | Mobile Check Deposit | 9252798568 | 1,000.00 |
| Dec 15 | Mobile Check Deposit | 8051468919 | 750.00 |
| Dec 15 | Mobile Check Deposit | 8051469355 | 875.00 |
| Dec 17 | Mobile Check Deposit | 8650625740 | 20.40 |
| Dec 26 | Mobile Check Deposit | 9250783365 | 100.00 |
| Dec 26 | Mobile Check Deposit | 9252148122 | 1,000.00 |
| Dec 26 | Mobile Check Deposit | 9252148190 | 1,000.00 |
| Dec 31 | Interest Paid | 3100002660 | 0.60 |
| | **Total Deposits / Credits** | **$** | **5,846.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | Electronic Withdrawal<br>REF=253320128119010N00 | To NATIONSTAR MORTG<br>9500000000ONLINE<br>PMTUSB497989746POS | | $ 3,321.00- |
| Dec 26 | Electronic Withdrawal<br>REF=253580050092800N00 | To GCWW/EZ-PAY<br>0000007041UTILITIES 8490632 | | 84.35- |
| Dec 30 | Electronic Withdrawal<br>REF=253630247602820N00 | To InstaMed<br>9221883201SILVERSCRI021000020682410 | | 90.30- |
| Dec 30 | Electronic Withdrawal<br>REF=253630133294090N00 | To UnitedHealthcare<br>1836282001Premium  917266743378 | | 1,001.61- |
| Dec 31 | Electronic Withdrawal<br>REF=253640219356720N00 | To NATIONSTAR MORTG<br>9500000000ONLINE<br>PMTUSB497989746POS | | 3,321.00- |
| | **Total Other Withdrawals** | | **$** | **7,818.26-** |

**U.S. bank**

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

Uni-Statement
Account Number:
7243
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 3 of 3

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**(CONTINUED)**
Account Number 1-301-3018-7243

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5002 | Dec 4 | 8951055757 | 160.00 | 5007* | Dec 17 | 8651883287 | 1,759.28 |
| 5003 | Dec 2 | 8351535920 | 396.71 | | | | |

* Gap in check sequence

**Conventional Checks Paid (3)**      $      2,315.99-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 1 | 142,060.81 | Dec 12 | 143,604.10 | Dec 26 | 145,505.87 |
| Dec 2 | 141,664.10 | Dec 15 | 145,229.10 | Dec 30 | 144,413.96 |
| Dec 4 | 141,504.10 | Dec 17 | 143,490.22 | Dec 31 | 141,093.56 |
| Dec 10 | 142,604.10 | | | | |

Balances only appear for days reflecting change.

**U.S. bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN    I    X    ST01

106481673106972 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
7110

Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 1 of 2

**To Contact U.S. Bank**
By Phone:     800-673-3555
U.S. Bank accepts Relay Calls
Internet:     usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Beginning December 2025, you can review the new U.S. Bank Privacy Notice at **usbank.com/privacy**. Details to note:
- **We share your personal information for joint marketing purposes:** You can limit this sharing
- **We share your personal information with nonaffiliates to market to you:** You can limit this sharing
- You can **Exercise your privacy choice:**
  - By calling 800-370-8580 - our menu will prompt you through the process or
  - By visiting us online: **http://www.usbank.com/privacy** and selecting "Exercise Your Privacy Choice"

The information in this message is a summary of the changes and is not a replacement for the actual Privacy Notice found at **usbank.com/privacy**.

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
  - For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
    - Courier Fee (per check) - $55.00 (increased from $45.00)
    - Initiation Fee (per check) - $55.00 (increased from $40.00)
    - Tracer Fee - $50.00 (increased from $25.00)
    - Returned Check Fee - $35.00 (increased from $25.00)
    - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
    - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# [u] US bank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
7110
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 2 of 2

## INFORMATION YOU SHOULD KNOW (CONTINUED)

**Investment and Insurance products and services including annuities are:**
NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

[1.] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

[2.] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association

**Member FDIC**
Account Number 7110

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Dec 1 | $ | 7,887.78 |
| Deposits / Credits | | 3,579.40 |
| Checks Paid | | 99.18- |
| **Ending Balance on Dec 31, 2025** | **$** | **11,368.00** |

Number of Days in Statement Period    31

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 12 | Internet Banking Transfer | From Account 9012 | | $ | 3,579.40 |
| | | | **Total Deposits / Credits** | **$** | **3,579.40** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 5002 | Dec 26 | 9251390793 | 99.18 |
| | | **Conventional Checks Paid (1)** | **$ 99.18-** |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Dec 12 | 11,467.18 | Dec 26 | 11,368.00 |

Balances only appear for days reflecting change.

# U.S. bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

57      TRN      S      X      ST01

106481660794436 ER

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110



**Uni-Statement**

Account Number:
☐ 9012

Statement Period:
Nov 22, 2025
through
Dec 18, 2025

Page 1 of 2

**To Contact U.S. Bank**

**By Phone:** 800-US BANKS
(800-872-2657)

**Cincinnati Metro Area:** 513-632-4141

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

---

## INFORMATION YOU SHOULD KNOW

Beginning December 2025, you can review the new U.S. Bank Privacy Notice at **usbank.com/privacy**. Details to note:
- **We share your personal information for joint marketing purposes:** You can limit this sharing
- **We share your personal information with nonaffiliates to market to you:** You can limit this sharing
- You can **Exercise your privacy choice:**
  - By calling 800-370-8580 - our menu will prompt you through the process or
  - By visiting us online: **http://www.usbank.com/privacy** and selecting "Exercise Your Privacy Choice"

The information in this message is a summary of the changes and is not a replacement for the actual Privacy Notice found at **usbank.com/privacy**.

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
  - For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
    - Courier Fee (per check) - $55.00 (increased from $45.00)
    - Initiation Fee (per check) - $55.00 (increased from $40.00)
    - Tracer Fee - $50.00 (increased from $25.00)
    - Returned Check Fee - $35.00 (increased from $25.00)
    - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
    - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

> **Investment and Insurance products and services including annuities are:**
> NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

[1] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**U.S. bank**

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**
Account Number:
9012
Statement Period:
Nov 22, 2025
through
Dec 18, 2025

Page 2 of 2

# INFORMATION YOU SHOULD KNOW (CONTINUED)

[2] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

Thank you for choosing U.S. Bank. We're committed to keeping you informed about your account. As a reminder, your U.S. Bank Smartly Savings account is a variable interest rate product. This means all rates and Annual Percentage Yields (APYs) are subject to change at any time. You can review your current rate or APY by logging in to mobile or online banking or by calling U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

## U.S. BANK SMARTLY SAVINGS
U.S. Bank National Association

**Member FDIC**
Account Number 9012

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Nov 22 | $ | 716.99 |
| Deposits / Credits | | 3,581.54 |
| Other Withdrawals | | 3,579.40- |
| **Ending Balance on Dec 18, 2025** | **$** | **719.13** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 2.99% |
| Account Interest Rate* | | 2.96% |
| Interest Earned this Period | $ | 2.14 |
| Interest Paid this Year | $ | 3,081.15 |
| Number of Days in Statement Period | | 27 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 10 | Federal Benefit Deposit<br>REF=253390054694650N00 | From SSA  TREAS 310<br>XXSOC SEC     6042  1170A  S | | $ | 3,579.40 |
| Dec 18 | Interest Paid | | 1800002136 | | 2.14 |
| | | **Total Deposits / Credits** | | **$** | **3,581.54** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 12 | Internet Banking Transfer | To Account     7110 | | $ | 3,579.40- |
| | | **Total Other Withdrawals** | | **$** | **3,579.40-** |

**Warsaw Federal**
3533 Warsaw Ave., Cincinnati Ohio 45205

**Statement Ending 12/31/2025**
RAYMOND SCHNEIDER
Statement Number: XXXXXX6598
Page 1 of 2

>000016 3683266 0001 93826 10Z 1

RAYMOND SCHNEIDER
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

### Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | | (513) 244-6900 |
| Mailing Address | | 3533 Warsaw Ave. Cincinnati, OH 45205 |
| Website | | warsawfederal.bank |




Enroll in eStatements to **access** them anytime, anywhere.
1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $323.03 |

## SAVINGS ACCOUNT - XXXXXX6598

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 12/01/2025 | Beginning Balance | $323.02 |
| | 1 Credit(s) This Period | $0.01 |
| | 0 Debit(s) This Period | $0.00 |
| 12/31/2025 | Ending Balance | $323.03 |

**Interest Summary**

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.04% |
| Interest Days | 31 |
| Interest Earned | $0.01 |
| Interest Paid Year-to-Date | $0.12 |

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2025 | Beginning Balance | | | $323.02 |
| 12/26/2025 | INTEREST PAID 12/01 THROUGH 12/31 | | $0.01 | $323.03 |
| 12/31/2025 | Ending Balance | | | $323.03 |

warsawfederal.bank

EQUAL HOUSING LENDER · MEMBER FDIC

| Account | Beginning Balance Dec 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance Dec 31st |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ 716.99 | $ 3,581.54 | | | $ 3,579.40 | $ 719.13 |
| Stockyards (Prepetition) | $ - | | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | $ 323.02 | $ 0.01 | $ - | $ - | $ - | $ 323.03 |
| US Bank DIP General | $ 145,381.81 | $ 5,846.00 | $ 10,134.25 | | $ - | $ 141,093.56 |
| US Bank DIP SS | $ 7,887.78 | $ - | $ 99.18 | $ 3,579.40 | $ - | $ 11,368.00 |
| | $ 154,309.60 | $ 9,427.55 | $ 10,233.43 | $ 3,579.40 | $ 3,579.40 | $ 153,503.72 |

**Raymond Schneider - December 2025 Transaction Summary**

General DIP Account     x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 12/1/2025 | $ - | Opening Balance | Balance | $ 145,381.81 |
| 12/1/2025 | $ (3,321.00) | MRCooper | Mortgage - Blue Ash Home | $ 142,060.81 |
| 12/8/2025 | $ (1,759.28) | Kenwood CC | Golf Club - Blue Ash home | $ 140,301.53 |
| 12/10/2025 | $ 1,000.00 | Deposit | Vail Rent Check for December 2025 | $ 141,301.53 |
| 12/10/2025 | $ 1,000.00 | Deposit | Vail Rent Check for December 2025 | $ 142,301.53 |
| 12/10/2025 | $ 100.00 | Deposit | Vail Rent Check for December 2025 | $ 142,401.53 |
| 12/15/2025 | $ 750.00 | Deposit | Dividend Check | $ 143,151.53 |
| 12/15/2025 | $ 875.00 | Deposit | Dividend Check | $ 144,026.53 |
| 12/17/2025 | $ 20.40 | Deposit | Dividend Check | $ 144,046.93 |
| 12/23/2025 | $ (84.35) | GCWW | Water - Blue Ash Home | $ 143,962.58 |
| 12/30/2025 | $ (1,001.61) | UHC | Health Insurance | $ 142,960.97 |
| 12/31/2025 | $ (3,321.00) | MRCooper | Mortgage - Blue Ash Home | $ 139,639.97 |
| 12/2/2025 | $ (396.71) | Impact Lawn Service | Services | $ 139,243.26 |
| 12/4/2025 | $ (160.00) | Design Rite Sprikler | Services | $ 139,083.26 |
| 12/26/2025 | $ (90.30) | AETNA | Medicaid Part D Drug Plan | $ 138,992.96 |
| 12/26/2025 | $ 100.00 | Deposit | Dividend Check | $ 139,092.96 |
| 12/26/2025 | $ 1,000.00 | GCWW | Water - Blue Ash Home | $ 140,092.96 |
| 12/26/2025 | $ 1,000.00 | Deposit | Vail Rent Check from June 2025 | $ 141,092.96 |
| 12/31/2025 | $ 0.60 | Deposit | Interest | $ 141,093.56 |

SS DIP Account     x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 12/1/2025 | $ 7,887.78 | Opening Balance | Balance | $ 7,887.78 |
| 12/12/2025 | $ 3,579.40 | Deposit | Social Security Deposit | $ 11,467.18 |
| 12/12/2025 | $ (99.18) | Check | Impact Lawn Service | $ 11,368.00 |

US Bank     x9012

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 12/1/2025 | $ 716.99 | Opening Balance | Balance | $ 716.99 |
| 12/10/2026 | $ 3,579.40 | Deposit | Social Security Deposit | $ 4,296.39 |
| 12/12/2026 | $ (3,579.40) | Deposit | Transfer to DIP Account | $ 716.99 |
| 12/18/2025 | $ 2.14 | Deposit | Interest Earned | $ 719.13 |

Warsaw Bank     x6598

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 12/1/2025 | $ 323.02 | Opening Balance | Balance | $ 323.02 |
| 12/31/2025 | $ 0.01 | Deposit | Interest Earned | $ 323.03 |