**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## NOTICE OF FILING EXHIBIT TO APPLICATION TO EMPLOY GBQ CONSULTING, LLC, AS APPRAISER (DOC. 102)

Attached to this notice is a copy of Exhibit B to the *Application to Employ GBQ Consulting, LLC, as Appraiser* (Doc. 102) that was inadvertently omitted from the filing. The undersigned certifies that a copy of this Exhibit B was included in the service mailing of the application on the date of filing.

Respectfully submitted,

/s/ James A. Coutinho
James A. Coutinho    (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500    F: (614) 221-5988
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*




4030 Smith Road
Suite 500
Cincinnati, OH 45209
tel 513.871.3033
fax 513.871.6173

230 West Street
Suite 700
Columbus, OH 43215
tel 614.221.1120
fax 614.227.6999

5580 Monroe Street
Suite 210
Sylvania, OH 43560
tel 419.827.5035
fax 419.885.8182

February 11, 2026

Mr. Raymond Schneider

Via Electronic Mail

Re: <u>Schneider Bankruptcy Matter</u>

Dear Mr. Schneider:

This letter constitutes the agreement between Raymond Schneider ("Client") and GBQ Consulting LLC ("GBQ"). Pursuant to the terms of this agreement, we will assist Client and Allen Stovall Neuman & Ashton LLP ("Counsel") with the above-referenced matter.

**The Engagement**

The professional services we expect to provide include:

- Providing analysis of the accounting, governance, and financial documents related to various business entities owned by the Client to derive an appropriate market value of those interests, and if disclosed as testifying experts, providing testimony at deposition, hearings and at trial, as needed.

**Retainer & Court Approval**

It is our custom to obtain a retainer, prior to commencing work, which is applied to the final billing. For this matter **we believe a retainer of $15,000 is sufficient**. The retainer is not intended to be an estimate of total fees in this matter. If this matter approaches trial, we reserve the right to request an additional retainer to cover trial costs, due thirty (30) days before the trial date. These retainers shall be applied to the final billing and any excess shall be promptly refunded to you. **We will not commence any work until the retainer has been paid in full. Timely payment of the retainer ensures that we can allocate resources and begin work as scheduled.** We acknowledge that our employment and all compensation to be paid is subject to Court approval in accordance with the Bankruptcy Code. To the extent that our standard terms and conditions attached to this letter conflict with the chapter 11 compensation process, the mandates of the Bankruptcy Code control.

**Hourly Rates and Costs**

Professional fees will be based on our hourly rates, which is an integral part of this agreement. Our professional fees are not contingent or otherwise dependent on any findings, opinions or conclusions to be presented in this engagement and we do not warrant or predict results or final developments in this matter.


www.gbq.com

Mr. Raymond Schneider
February 11, 2026
Page 2

Hourly rates are based upon the experience and skills of the personnel involved. We minimize costs by matching each task to sufficiently qualified personnel; individuals with higher hourly rates will not be assigned to tasks that can be accomplished by skilled individuals with lower hourly rates. Rates for various levels are shown below:

| 2026 Standard Billing Rates | |
|---|---|
| Rebekah Smith | $575 |
| Director/Partner | $400 – $525 |
| Senior Manager | $275 – $350 |
| Manager | $215 – $270 |
| Senior | $150 – $210 |
| Intern/Staff | $115 – $145 |

All reasonable direct out-of-pocket expenditures incurred on your behalf will be billed to you at our cost for such items.

**Acceptance**

In addition to the above, the attached Terms and Conditions set forth additional terms and conditions that will govern GBQ's provision of services to you in the above-referenced matter. Your agreement to the terms of this letter includes your agreement to the attached Terms and Conditions.

We believe the foregoing correctly sets forth the terms and conditions of our engagement, but if you have questions, please let us know. If you find the foregoing arrangement acceptable, please acknowledge your agreement by signing and returning a copy of this letter to my attention.

Sincerely,

**GBQ CONSULTING LLC**

*RASmith*

Rebekah A. Smith, CPA, CFF, CVA, MAFF
Partner, Forensic & Dispute Advisory



Mr. Raymond Schneider
February 11, 2026
Page 3

**ACKNOWLEDGED:**
Raymond Schneider

Signature: _____

Date: _____

Home address: *(For client set up purposes ONLY; we will not mail anything to your home address without your consent.)*

_____

Phone number: _____

Aligning with our commitment to a paperless environment and to provide convenience for our clients, **GBQ emails all invoices**. Invoices will be sent to you from the email address billing@gbq.com. Please provide an email where invoices are to be sent.

Email address: _____

GBQ has an online payment portal.
Go to www.gbq.com/make-a-payment for more detail.

Attachment (Terms and Conditions)



## GBQ CONSULTING LLC
### TERMS AND CONDITIONS

**FINANCIAL STATEMENTS**

In performing our engagement, we may rely on third party prepared historic financial statements, forecasts of future operations, or other financial data. We will not audit, review or compile those financial statements, forecasts, or other financial data, nor will we express an opinion or any other form of assurance on them.

**FINDINGS, OPINIONS OR CONCLUSIONS**

Our findings, opinions or conclusions will be based on documents obtained from or through Counsel and the Client and through discovery, supplemented by our research and analysis. The procedures we perform in our engagement may be influenced by the representations received from Client and Counsel. Any false representations could cause material errors in our findings, opinions, or conclusions. Therefore, we are not liable for any claim wherein material errors resulted from false representations or incomplete disclosure made to us by any representative, agent or legal counsel to any parties hereto.

A formal written report will be prepared upon Client's or Counsel's direction and request. Any memorandum or formal report is to be used only in connection with the referenced litigation and may not be published or relied upon in any other manner without the written consent of GBQ. We have no responsibility to update our report, findings or opinion for events and circumstances that occur after the date of issuance or communication thereof. If for any reason we are unable to complete this engagement, we will not issue a report or memorandum.

Due to the complexities inherent in the judicial process, there is a possibility that our efforts may not produce the anticipated outcome and our professional fees could be significantly higher than anticipated or estimated.

**HOURLY RATE AND INVOICING**

Please be aware that our hourly rates are periodically reviewed and adjusted, and accordingly the rates quoted herein are applicable until the new rates become effective.

It is understood and accepted that we may be requested to defend our opinion, conclusion or findings through deposition or at trial, arbitration or mediation. Such services may include: depositions, court appearances and expert witness testimony. In the event that we are required, under a valid subpoena issued by opposing counsel, to provide any sworn testimony, as an expert witness, all fees for such testimony will be payable by you in accordance with our then hourly rates.

We will provide interim invoices during this engagement, detailing the professional services performed, fees charged and costs incurred. Our invoices will reflect professional services based on actual hours. All fees and charges are due and payable upon receipt of our invoice. Our work will be billed at established hourly rates applied to productive hours engaged in providing service, plus out-of-pocket expenses. Invoices may be provided to either or both Counsel and Client but Client is responsible for the payment of all invoices.

If you wish to inquire about your billing or about the services that have been rendered, please call our office when you receive the invoice. If no comment about the billing is received within 10 days of receipt, we will conclude that you have seen the bill and find it acceptable. Interest at the monthly rate of 1% will be assessed against all overdue balances.

Any delay in the prompt payment of any invoices or charges may cause the immediate suspension of all professional services relating to this engagement. Accounts with balances over 45 days may be placed on a "hold no work" status until the account is brought current. If we elect to terminate our services for nonpayment, our engagement will be deemed complete, even if we have not issued a memorandum summarizing our findings, opinion or conclusion. Such withdrawal or termination will be communicated by written notification. In the event of termination, your retainer will be applied towards any unpaid invoices and unbilled work-in-process. The balance of your retainer, if any, will be remitted within thirty (30) days of such termination accompanied by a final invoice. All fees, exceeding the retainer, are due and payable upon receipt of our final invoice.

Any outstanding balances for the engagement are due prior to the delivery of any written report and prior to our furnishing any expert testimony through deposition or at trial.

***DAUBERT, FRYE AND RELATED MOTIONS***

In the event that GBQ does become a testifying witness, Counsel or Client will provide GBQ with prompt notice of any *Daubert* motions, *Frye* motions, FRE 702 motions, motions *in limine* or other pre-trial motions that attempt to restrict, exclude or in any way limit GBQ's opinions, testimony or participation in the underlying legal matter. Counsel agrees to consult with GBQ during the preparation of any response to the motions described above and agrees to gain GBQ's advanced approval of any court filings or other submissions that relay or summarize GBQ's qualifications, methodology, or opinion(s).

# GBQ CONSULTING LLC
## TERMS AND CONDITIONS

In the event that Counsel and Client fails to notify GBQ of a *Daubert* motion, *Frye* motion, FRE 702 motion, motion *in limine* or other pre-trial motion that attempts to restrict, exclude or in any way limit GBQ's opinions, testimony or participation in the underlying legal matter GBQ reserves the right to, at its sole discretion, withdraw the report, testimony and/or opinions offered in this matter and to resign from this engagement.

### THIRD PARTIES AND DATA PROCESSING

In the course of maintaining your privacy and pursuant to recent regulations, we are required to obtain your consent before we can disclose tax return or financial information to any third party. By signing this Agreement you are consenting to GBQ's disclosure or use of any information provided in connection with this engagement. Your consent will allow GBQ to disclose your information to other parties who are involved in providing consulting or preparation services. You may request a more limited disclosure of your information by informing GBQ.

GBQ may provide engagement documents provided to GBQ to a third party service provider for data processing (i.e., creating electronic schedules from imaged or hard copy documents). When possible, documents will be redacted prior to delivery to the third-party service provider to minimize the amount of personal or confidential information included, while still providing the information necessary for the documents to be processed. GBQ's agreement with the third party service provider includes confidentiality and document retention provisions limiting the use and retention of any such documents by the third party service provider to the data processing requested by GBQ. Our professional standards require that we notify you of the use of third party service providers. By signing this engagement letter you are consenting to GBQ's disclosure of any information provided in connection with this engagement to a third party service provider for data processing.

### CONFLICTS OF INTEREST

We are not aware of any conflicts of interest with respect to any of the names you have provided. We are not responsible for continuously monitoring other potential conflicts that could arise during the course of the engagement, although we will inform you promptly should any come to our attention. Additionally, our engagement by you on this matter will in no way preclude us from being engaged by any other party in the future.

None of our employees that will work on this engagement have any known financial interest in any of the parties related to this matter.

### DISPUTE RESOLUTION

If any dispute, controversy or claim arises in connection with the performance or breach of this agreement, (including the scope, nature, quality of services to be performed by us, our fees, and other terms) either party may, upon written notice to the other party, request that the matter be mediated. Such mediation will be conducted by a mediator appointed by and pursuant to the Rules of the American Arbitration Association or such other neutral facilitator acceptable to both parties. Both parties will exert their best efforts to discuss with each other in good faith their respective positions in an attempt to finally resolve such dispute or controversy.

The mediation proceedings will conclude within sixty (60) days from receipt of the written notice unless extended or terminated sooner by mutual consent. Each party will be responsible for their own respective expenses. The fees and expenses of the mediator, if any, will be borne equally by the parties.

If any dispute, controversy, or claim arising out of or in connection with the performance or breach of this agreement cannot be resolved by mediation, then the dispute, controversy or claim will be settled by arbitration in accordance with the Rules of the American Arbitration Association (AAA) for the Resolution of Accounting Firm Disputes. No pre-hearing discovery will be permitted unless specifically authorized by the arbitration panel. The arbitration hearing will take place in the city, in which the AAA maintains an office, unless the parties agree to a different location. The arbitration proceedings will be conducted before a panel of three persons. Each party will choose one of these persons, and the two arbitrators so selected will select the third. The arbitration panel will have no authority to award non-monetary or equitable relief, and any monetary award will not include punitive damages. The confidentiality provisions applicable to mediation will also apply to arbitration.

If the arbitration panel issues an award it may be confirmed in a judgment by any federal or state court of competent jurisdiction. All reasonable costs of both parties, as determined by the arbitrators, including (1) the fees and expenses of the AAA and the arbitrators and (2) the costs, including reasonable attorneys' fees, necessary to confirm the award in court, will be borne entirely by the non- prevailing party (to be designated by the arbitration panel in the award) and may not be allocated between the parties by the

## GBQ CONSULTING LLC
### TERMS AND CONDITIONS

arbitration panel. In agreeing to arbitration, we both acknowledge that, in the event of a dispute over fees charged by the accountant, each of us is giving up the right to have the dispute decided in a court of law before a judge or jury and instead we are accepting the use of arbitration for resolution.

### TERMINATION

It is understood between the parties to this agreement that we may terminate this engagement upon a substitution of attorneys for any reason, non-payment or other good cause.

### LIABILITY AND INDEMNIFICATION

Potential errors can occur which can result in damages that may be many times the amount of our fee for this engagement. In order to induce us to accept this engagement, Client therefore agrees that our liability for any negligent errors or omissions committed by us in the performance of the engagement will be limited to the amount of our paid fees for this engagement.

In view of the limited nature of our engagement, Client agrees to indemnify GBQ and its directors, officers, shareholders, employees, and agents against any liability, claim, or damage asserted by third parties arising out of or in connection with this engagement letter and the services provided hereunder, except to the extent attributable to our gross negligence, unauthorized acts, or willful omissions.

### CONFIDENTIALITY

All information provided to GBQ, as well as all work product prepared by GBQ based on such information, will be kept strictly confidential and will be used solely in connection with rendering the opinion and any updates thereof requested by the party to this engagement letter. GBQ will not release any such information or work product to any third party without the prior authorization of the party to this engagement letter, unless otherwise required by law.

### SEVERABILITY

If any portion of this agreement is held to be void, invalid or otherwise unenforceable, in whole or part, the remaining portions of this agreement shall remain in effect.

### ACCEPTANCE

Acceptance of this engagement must occur within 30 days of this letter for the financial terms and time schedule detailed above to apply. GBQ's acceptance of this engagement is contingent upon approval by GBQ's Acceptance and Retention Committee; we will notify you immediately if GBQ's Acceptance and Retention Committee does not approve the engagement or requires a modification of the terms.