# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 1:25-bk-12607 |
| Raymond Joseph Schneider | Chapter 11 |
| Debtor. | Judge Beth A Buchanan |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes Richard J. LaCivita, who shall be substituted for Jon J. Lieberman as counsel of record for creditor Heritage Bank ('Creditor'). Jon J. Lieberman is no longer counsel for Creditor and should not receive future notices in this case.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Formerly of Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

/s/ Richard J. LaCivita
Richard J. LaCivita (0072368)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Substitution of Counsel for Creditor was served **electronically** on February 18, 2026 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court.

And by **ordinary U.S. Mail** on February 18, 2026 addressed to:

    Raymond Joseph Schneider, Debtor
    3515 Tiffany Ridge Lane
    Cincinnati, OH 45241

    /s/ Richard J. LaCivita
    Richard J. LaCivita (0072368)
    Attorney for Creditor