**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND SCHNEIDER, | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| _____ | ) | U.S. Chief Bankruptcy Judge |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Andrew R. Vara, United States Trustee for Regions 3 and 9, in this case. Please direct service of all pleadings filed in this case, unless otherwise ordered by the Court, to:

**David T. Austin, Esq.**
**United States Department of Justice**
**Office of the United States Trustee**
**550 Main Street, Suite 4-812,**
**Cincinnati, Ohio 45202**
**david.austin2@usdoj.gov**

Dated: February 20, 2026

Respectfully Submitted:

Andrew R. Vara
United States Trustee

by: /s/ David T. Austin
David T. Austin (CT #435157)
Attorney for the United States Trustee
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202
Telephone: (513) 684-6989
Facsimile: (513) 684-6994
E-mail: david.austin2@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>February 20, 2026</u>, a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and (ii) on the following by ordinary U.S. Mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

<u>/s/ David T. Austin</u>
David T. Austin