**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
|    Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|    Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE FOR (1) DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES (DOC. 104); AND (2) ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES (DOC. 107)**

The undersigned certifies that on February 19, 2026, service was completed by regular U.S. Mail of (1) *Debtor's Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* (Doc. 104); and (2) *Order Granting Debtor's Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* (Doc. 107) on all creditors and parties in interest as set forth on the attached mailing list.

                                                        Respectfully submitted,

                                                        /s/ James A. Coutinho
                                                       James A. Coutinho    (0082430)
                                                       Andrew D. Rebholz  (0102192)
                                                       Allen Stovall Neuman & Ashton LLP
                                                       10 West Broad Street, Suite 2400
                                                       Columbus, OH 43215
                                                       T: (614) 221-8500; F: (614) 221-5988
                                                       coutinho@asnalaw.com; rebholz@asnalaw.com
                                                       *Counsel for Debtor / Debtor in Possession*

```
Label Matrix for local noticing          First Federal Savings & Loan Assoc. of Lakew   Merrill Lynch, Pierce, Fenner & Smith Incorp
0648-1                                   25101 Chagrin Boulevard                        Merrill Lynch, Pierce, Fenner & Smith In
Case 1:25-bk-12607                       Suite 220                                      5905 East Galbraith Road
Southern District of Ohio                Beachwood, OH 44122-5656                       Suite 7000
Cincinnati                                                                              Cincinnati, OH 45236-2381
Wed Feb 18 16:17:46 EST 2026

Park National Bank                       Three Notes LLC                                ADT
c/o Bricker Graydon LLP                  c/o Bricker Graydon LLP                        2300 Wall St. Suite H
312 Walnut St., Ste. 1800                312 Walnut Street, Suite 1800                  Cincinnati, OH 45212-2794
Cincinnati, OH 45202-4060                Cincinnati, OH 45202-4060

American Express                         American Express                               American Express National Bank
PO Box 96001                             PO Box 981535                                  c/o Becket and Lee LLP
Los Angeles, CA 90096-8000               El Paso, TX 79998-1535                         PO Box 3001
                                                                                        Malvern  PA 19355-0701

Asst US Trustee (Cin)                    (p)BMW FINANCIAL SERVICES                      BMW Financial Services NA, LLC
Office of the US Trustee                 CUSTOMER SERVICE CENTER                        c/o AIS Portfolio Serviced LLC
J.W. Peck Federal Building               PO BOX 3608                                    4515 N. Santa Fe Ave. Dept APS
550 Main Street, Suite 4-812             DUBLIN OH 43016-0306                           Oklahoma City, OK 73118-7901
Cincinnati, OH 45202-5212

BMW Financial Services NA, LLC           Bank of America, N.A.                          Bank of America, N.A.
c/o CT Corporation System                1600 Merrill Lynch Drive, 1st Floor            Rudy J. Cerone - McGlinchey Stafford, PL
as Statutory Agent                       Pennington, NJ 08534                           601 Poydras Street, 12th Floor
4400 Easton Commons Way, Ste. 125                                                       New Orleans, LA 70130-6029
Columbus, OH 43219-6223

Bank of America, N.A.                    Bannister Landscape Services                   Brad Sandler
c/o CT Corporation System                917 Meetinghouse Road                          780 Third Ave. 34th Floor
as Statutory Agent                       Wells, ME 04090-6145                           New York, NY 10017-2024
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219-6223

CGWW                                     Central Maine Power                            Christopher P. Schueller, Esq.
4747 Spring Grove Ave                    83 Edison Drive                                501 Grant Street, Suite 200
Cincinnati, OH 45232-1921                Augusta, ME 04336-0001                         Pittsburgh, PA 15219-4413

Civista Bank                             Design Rite Sprinkler                          Dorothy E. Dornbusch
100 East Water Street                    5989 Meijer Dr                                 c/o Joel Zimmerman, Esq.
PO Box 5016                              Suite 8                                        Bubalo Law PLC
Sandusky OH 44871-5016                   Milford, OH 45150-1544                         9300 Shelbyville Rd., Ste. 210
                                                                                        Louisville, KY 40222-5161

Duke                                     Eagle Eye Property Watch                       Eagle River
139 E 4th St                             PO Box 45                                      846 Forest Road
Cincinnati, OH 45202-4034                MOODY, ME 04054-0045                           Vail, CO 81657-5704

First Federal Savings & Loan Assoc. of Lakew   First Federal Savings Bank               (p)DOVENMUEHLE MORTGAGE
25101 Chagrin Blvd. #220                 PO Box 250                                     1 CORPORATE DRIVE SUITE 360
Beachwood, OH 44122-5656                 Washington Court House OH 43160-0250           LAKE ZURICH IL 60047-8945
```

```
First Merchants Bank                 First Merchants Bank                      First Merchants Bank
10333 North Meridian Street #350     Attn: Patrick Berghoff                    Brock and Scott, PLLC
Indianapolis IN 46290-1111           8711 River Crossing                       Attorneys at Law
                                     Indianapolis IN 46240-2177                3825 Forrestgate Dr.
                                                                               Winston-Salem, NC 27103-2930


First Merchants Bank                 First Merchants Bank                      First Merchants Bank
C/O Brock and Scott, PLLC            Dentons c/o Whitney Mosby                 c/o Jennifer Griffith, Statutory Agent
Attorneys at Law                     10 West Market Street, #2700              1349 W. Lane Ave., Ste. 800
3825 Forrestgate Dr.                 Indianapolis, IN 46204-2982               Columbus, OH 43221-3503
Winston-Salem, NC 27103-2930


First Merchants Bank                 First Merchants Bank s/b/m Level One Bank (p)GREATER CINCINNATI WATER WORKS
c/o Whitney L. Mosby                 Steven H. Patterson, Esq.                 ATTN BANKRUPTCY DESK
Dentons Bingham Greenebaum LLP       Manley Deas Kochalski, LLC                4747 SPRING GROVE AVE
10 W. Market Street, Suite 2700      PO Box 165028                             CINCINNATI OH 45232-1986
Indianapolis, IN 46204-4900          Columbus, OH 43216-5028


General Electirc Credit Union        General Electirc Credit Union             General Electric Credit Union
Attn Bankruptcy                      c/o Timothy D. Ballinger                  10485 Reading Road
11370 Reed Hartman Hwy               as Statutory Agent                        Cincinnati OH 45241-2580
Blue Ash, OH 45241-2430              10485 Reading Rd.
                                     Cincinnati, OH 45241-2523


General Electric Credit Union        Henry Schneider                           Heritage Bank, Inc.
11311 Cornell Park Drive             8110 Plainfield Road                      1818 Florence Pike
Cincinnati, OH 45242-1891            Cincinnati, OH 45236-2413                 Burlington KY 41005-7933


Heritage Bank, Inc.                  Heritage Bank, Inc.                       Holy Cross Energy
54955 North Bend Rd.                 Attn: Lisa A. Cook                        PO Box 2150
Burlington, KY 41005                 5495 North Bend Rd.                       Glenwood Springs, CO 81602-2150
                                     Burlington, KY 41005-9378


Internal Revenue Service             Jon J. Lierberman, Esq.                   Kemba Credit Union
PO Box 7346                          Sottile and Barile                        8763 Union Centre Blvd
Philadelphia, PA 19101-7346          394 Wards Corner Road, Suite 180          West Chester, OH 45069-1207
                                     Loveland, OH 45140-8362


Kemba Credit Union, Inc.             Kennebunk Sewer District                  Kenwood Country Club
c/o Joe Hutson, Statutory Agent      44 Water Street                           6501 Kenwood Road
5600 Chappell Crossing Blvd.         Kennebunk, ME 04043-7034                  Cincinnati, OH 45243-2315
West Chester, OH 45069-5064


Merrill Lynch, Pierce, Fenner & Smith Incorp  Merrill Lynch, Pierce, Fenner & Smith Incorp  Minnesota Life Insurance
425 Walnut St.                       c/o CT Corporation System                 400 Robert Street North
2600 US Bank Tower                   as Statutory Agent                        Saint Paul, MN 55101-2037
Cincinnati, OH 45202                 4400 Easton Commons Way, Ste. 125
                                     Columbus, OH 43219-6223


(p)NATIONSTAR MORTGAGE LLC           Nationstar Mortgage, LLC dba Mr. Cooper   Nationstar Mortgage, LLC dba Mr. Cooper
PO BOX 619096                        8950 Cypress Waters Blvd                  Attn Bankruptcy
DALLAS TX 75261-9096                 Coppell, TX 75019-4620                    PO Box 619096
                                                                               Dallas, TX 75261-9096
```

| | | |
|---|---|---|
| (p)OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>30 EAST BROAD STREET<br>COLUMBUS OHIO 43215-3414 | Park National Bank<br>PO Box 2005<br>Mount Vernon OH 43050-7205 | Patricia B Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Drive, #306<br>Perrysburg, OH 43551-2670 |
| Patricia B. Fugee, Esq.<br>FisherBroyles LLP<br>27100 Oakmead Drive #306<br>Perrysburg, OH 43551-2670 | Poseidon Irrigation<br>48 Mountain Rd<br>Biddeford, ME 04005-9402 | Rockland Trust Company<br>288 Union Street<br>Rockland MA 02370-1896 |
| Rockland Trust Company, Successor to Blue Hi<br>150 Grossman Drive, Ste. 300<br>Braintree, MA 02184-4902 | Rudy J. Cerone, Esq.<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130-6057 | Spectrum<br>400 Washington Boulevard<br>Stamford, CT 06902-6641 |
| Stefanie L. Deka, Esq.<br>McGlinchey Stafford<br>3401 Tuttle Rd., Ste. 200<br>Cleveland, OH 44122-6357 | Steven M. Hartmann, Esq.<br>Smith, Gambrell & Russell, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6683 | Stock Yards Bank & Trust Company<br>1040 East Main Street<br>Louisville KY 40206-1888 |
| Stock Yards Bank & Trust Company<br>c/o SSP Statutory Services, LLC<br>as Statutory Agent<br>2623 Erie Avenue<br>Cincinnati, OH 45208-2001 | Susana E. Lykins, Esq.<br>Robertson, Anschuz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd, Ste. 450<br>Alpharetta, GA 30004-2001 | The Huntington National Bank<br>7 Easton Oval (EA4W67)<br>Columbus, OH 43219-6060 |
| The Huntington National Bank<br>Easton Oval (EA4W67<br>Columbus OH 43219 | The Huntington National Bank<br>c/o Christopher P. Schueller, Esq.<br>Buchanan Ingersoll & Rooney PC<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413 | Three Notes, LLC<br>c/o GH&R Business Services, Inc.,<br>as Statutory Agent<br>312 Walnut St., Ste. 1800<br>Cincinnati, OH 45202-4060 |
| Town of Kennebunk<br>1 Summer Street<br>Kennebunk, ME 04043-6659 | Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisors, LLC<br>Mortgage Loan Dept. - 3B-CR<br>6300 C Street SW<br>Cedar Rapids, IA 52499-0001 | Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisory Services,<br>Attn: Mortgage Loan Department<br>Cedar Rapids IA 52499-5443 |
| Tricia Morra<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 | TruGreen<br>4041 Thunderbird Lane<br>Fairfield, OH 45014-2232 | Truist Bank<br>Bankruptcy Department<br>PO Box 27767<br>Richmond, VA 23261-7767 |
| Truist Bank<br>Bankruptcy Department 306-40-04-95<br>PO Box 27767<br>Richmond, VA 23261-7767 | Truist Bank<br>PO Box 79041<br>Baltimore, MD 21279-0041 | Truist Bank<br>c/o Corporation Service Company<br>as Statutory Agent<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215-1052 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Vail Valley Snow Removal<br>2497 Chamonix Ln Apt J3<br>Vail, CO 81657-4240 | Vorys, Sater, Seymour and Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215-3161 |

| | | |
|---|---|---|
| Vorys, Sater, Seymour and Pease LLP<br>Attn: Kari B. Coniglio<br>200 Public Square, Suite 1400<br>Cleveland, OH 44114-2327 | Webhannet Golf Club<br>26 Golf Club Drive<br>Kennebunk, ME 04043-7538 | Whitney Mosby, Esq.<br>Dentons Bingham Greenebaum, LLP<br>10 West Market Street, #2700<br>Indianapolis, IN 46204-4900 |
| (p)XCEL ENERGY<br>ATTN BANKRUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 | Xfinity/Comcast<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 | Andrew Dennis Rebholz<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street, Suite 2400<br>Columbus, OH 43215-3469 |
| Emmett Robinson<br>Robinson Law Firm, LLC<br>6600 Lorain Ave. #731<br>Cleveland, OH 44102-6803 | Eric W Goering<br>220 West Third Street<br>Third Floor<br>Cincinnati, OH 45202-3407 | James Cummins<br>Cummins Law LLC<br>312 Walnut Street #1530<br>Cincinnati, OH 45202-4094 |
| James A Coutinho<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Suite 2400<br>Columbus, OH 43215-3469 | Raymond Joseph Schneider<br>3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241-3810 | Richard K Stovall<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Suite 2400<br>Columbus, OH 43215-3469 |
| Thomas R Allen<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Suite 2400<br>Columbus, OH 43215-3469 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016- 030 | First Merchants Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | (d)First Merchants Bank<br>Attn: Bankruptcy Dept<br>1 Corporate Drive, Ste 360<br>Lake Zurich, IL 60047 |
| GREATER CINCINNATI WATER WORKS<br>BANKRUPTCY DESK<br>4747 SPRING GROVE AVE<br>CINCINNATI, OH 45232-1986 | Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 752619741 | Ohio Department of Taxation<br>Ohio Attorney General<br>Attn Bankruptcy<br>30 East Broad St., 14th Fl<br>Columbus, OH 43215 |
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank, NA<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Civista Bank | (u)First Merchants Bank |
| (u)General Electric Credit Union | (u)Heritage Bank | (u)Nationstar Mortgage LLC |
| (u)Stock Yards Bank & Trust Company | (u)The Huntington National Bank | (u)Transamerica Life Insurance Company |
| (d)American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | (d)Civista Bank<br>100 East Water Street<br>PO Box 5016<br>Sandusky, OH 44871-5016 | (d)First Federal Savings Bank<br>PO Box 250<br>Washington Court House, OH 43160-0250 |
| (d)General Electric Credit Union<br>10485 Reading Road<br>Cincinnati, OH 45241-2580 | (d)Heritage Bank, Inc.<br>1818 Florence Pike<br>Burlington, KY 41005-7933 | (d)Park National Bank<br>PO Box 2005<br>Mount Vernon, OH 43050-7205 |
| (d)Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Dr. #306<br>Perrysburg, OH 43551-2670 | (d)Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Dr., #306<br>Perrysburg, OH 43551-2670 | (d)Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Drive, #306<br>Perrysburg, OH 43551-2670 |
| (d)Patricia B. Fugee<br>FisherBroyles, LLP<br>27100 Oakmead Drive, #306<br>Perrysburg, OH 43551-2670 | (d)Rockland Trust Company<br>288 Union Street<br>Rockland, MA 02370-1896 | (d)Stock Yards Bank & Trust Company<br>1040 East Main Street<br>Louisville, KY 40206-1888 |
| (d)Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisory Services,<br>Attn: Mortgage Loan Department<br>Cedar Rapids, IA 52499-5443 | End of Label Matrix<br>Mailable recipients   102<br>Bypassed recipients    22<br>Total                 124 | |