**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 18, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES (DOC. 104)

This matter is before the Court on the *Debtor's Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* (the "Motion") (Doc. 104) filed by Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"). Through the Motion and pursuant to 11 U.S.C. § 1121(d) and Local Bankruptcy Rule 3016-1, the Debtor seeks to extend the Debtor's exclusive right to file a chapter 11 plan and the attendant solicitation period by 90 days. This is the Debtor's first request for an extension. The current exclusivity period expires on February 14, 2026. The Debtor seeks to extend the exclusivity period to May 15, 2026, and the attendant

1

solicitation period to July 14, 2026.

The Motion was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. In accordance with Local Bankruptcy Rule 3016-1, the Debtor submitted the order granting the Motion at the time the Motion was filed. The Court is permitted by the Local Rules to immediately enter this order, subject to the objection procedure set forth below.

Based upon the matters contained in the Motion, proper service of the Motion having been completed, and compliance by the Debtor with LBR 3016-1, the Court finds the Motion should be approved subject to the objection provisions set forth below.

It is therefore ORDERED as follows:

1.      Within two (2) business days of the entry of this order, the Debtor shall serve this order and a copy of the Motion on all creditors and parties in interest (except that the Motion itself need not be served a second time on any party that received the initial service). The Debtor will also within that time period file a certificate of service indicating compliance with the service requirements of this order.

2.      All creditors and parties in interest shall have twenty-one (21) days from the service of this order within which to file an objection to the Motion.

3.      If no objection to the Motion is filed, the Motion will be deemed granted and the exclusivity period for the Debtor to file a plan will be extended to May 15, 2026, and the attendant solicitation period will be extended to July 14, 2026.

4.      If there is an objection to the Motion filed, the Court will issue a subsequent order for further proceedings on the Motion.

**SO ORDERED.**

2

SUBMITTED BY:

 /s/ James A. Coutinho
James A. Coutinho     (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Service of Order to be completed by Debtor pursuant to terms of Order.

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                              Case No. 25-12607-bab
Raymond Joseph Schneider                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
on behalf of Creditor BANK OF AMERICA N.A. dmullen@mcglinchey.com

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com

Jon J Lieberman
on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard John LaCivita
on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com

Rudy J Cerone
on behalf of Creditor BANK OF AMERICA N.A. rcerone@couhigpartners.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
on behalf of Creditor BANK OF AMERICA N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com


TOTAL: 28