**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: February 23, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | **Judge Buchanan** |
| | ) | |
| | ) | |

### ORDER ADJOURNING PRELIMINARY HEARING ON
### MOTION FOR AUTHORIZATION TO PAY PREPETITION CLAIMS OF EXPERT
### WITNESSES AS CRITICAL VENDORS [Docket Number 72] AND STATUS
### CONFERENCE ON ORDER SCHEDULING DISCOVERY CONFERENCE WITH
### RESPECT TO HUNTINGTON NATIONAL BANKS' MOTION FOR 2004 EXAM
### [Docket Number 87]

This case is before this Court regarding Debtor's *Motion for Authorization to Pay Prepetition Claims of Expert Witnesses as Critical Vendors* [Docket Number 72], and Creditor Huntington National Bank's *Objection* [Docket Number 85], and the *Order Scheduling Discovery Conference with Respect to Huntington National Banks' Motion for 2004 Exam* [Docket Number 87].

For the reasons stated on the record at the prior proceeding, these matters are adjourned for a telephonic status conference on **March 18, 2026, at 10:00 a.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202.

<u>This is a non-evidentiary proceeding</u>.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the preliminary hearing telephonically. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**Should any party fail to attend the preliminary hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                      Case No. 25-12607-bab
Raymond Joseph Schneider                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

District/off: 0648-1                              User: ad                              Page 2 of 2
Date Rcvd: Feb 23, 2026                    Form ID: pdf01                    Total Noticed: 1

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
on behalf of Creditor BANK OF AMERICA  N.A. dmullen@mcglinchey.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard John LaCivita
on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Rudy J Cerone
on behalf of Creditor BANK OF AMERICA  N.A. rcerone@couhigpartners.com, lgraff@couhigpartners.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
on behalf of Creditor BANK OF AMERICA  N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 28