# U.S. bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN    I    X    ST01

106481716921022 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810



**Uni-Statement**

Account Number:
███████7243

Statement Period:
Jan 1, 2026
through
Jan 31, 2026

Page 1 of 3

**To Contact U.S. Bank**

By Phone: 800-US BANKS
(800-872-2657)

Cincinnati
Metro Area: 513-632-4141

U.S. Bank accepts Relay Calls

Internet: usbank.com

---

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
  o   For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
    - Courier Fee (per check) - $55.00 (increased from $45.00)
    - Initiation Fee (per check) - $55.00 (increased from $40.00)
    - Tracer Fee - $50.00 (increased from $25.00)
    - Returned Check Fee - $35.00 (increased from $25.00)
    - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
    - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

**Investment and Insurance products and services including annuities are:**
**NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

[1.] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████7243
Statement Period:
Jan 1, 2026
through
Jan 31, 2026

Page 2 of 3

## INFORMATION YOU SHOULD KNOW (CONTINUED)

[2.] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association

Member FDIC
Account Number ███████7243

### Account Summary

| | | |
|---|---:|---|
| Beginning Balance on Jan 1 | $ 141,093.56 | |
| Deposits / Credits | 147,588.17 | |
| Other Withdrawals | 197,542.76- | |
| Checks Paid | 573.39- | |
| **Ending Balance on Jan 31, 2026** | **$ 90,565.58** | |

| | | |
|---|---:|---|
| Annual Percentage Yield Earned | 0.00493% | |
| Interest Earned this Period | $ 0.53 | |
| Interest Paid this Year | $ 0.53 | |
| Number of Days in Statement Period | 31 | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Jan 13 | Mobile Check Deposit | | 8353310073 | $ 750.00 |
| Jan 13 | Mobile Check Deposit | | 8353310248 | 875.00 |
| Jan 15 | Internet Banking Transfer | From Account ██████7110 | | 3,636.70 |
| Jan 15 | Mobile Check Deposit | | 8952039898 | 12,325.94 |
| Jan 28 | Electronic Deposit | From Circle Developme | | 130,000.00 |
| | REF=260270163439890N00 | CDoC ██████4600 | | |
| Jan 30 | Interest Paid | | 3000003038 | 0.53 |
| | | **Total Deposits / Credits** | **$** | **147,588.17** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Jan 15 | Electronic Withdrawal | To GCWW/EZ-PAY | | $ 10.65- |
| | REF=260140068541330N00 | 0000007041UTILITIES 5283069 | | |
| Jan 15 | Internet Banking Transfer | To Account ██████7110 | | 3,636.70- |
| Jan 20 | Electronic Withdrawal | To SPECTRUM | | 156.22- |
| | REF=260200113109300N00 | 0000358635SPECTRUM 7053213 | | |
| Jan 21 | Wire Transfer Fee | | 2100001740 | 30.00- |
| Jan 21 | Wire Transfer Fee | | 2100001741 | 30.00- |
| Jan 21 | Wire Transfer Fee | | 2100001742 | 30.00- |
| Jan 21 | Electronic Withdrawal | To InstaMed | | 90.30- |
| | REF=260200257568640N00 | 9221883201SILVERSCRI021000023873519 | | |
| Jan 21 | Wire Debit REF002829 | BK AMER NYC    260121B019GX | | 13,125.00- |
| | BNF=BOBBY WINSTEAD 10 | ESCONDITE LANE HOT SPRING | | |
| Jan 21 | Wire Debit REF002468 | KEYBANK CLEVELAND   260121B014TM | | 16,375.39- |
| | BNF=ROBINSON LAW FIRM | LLC 27 FOXWOOD CIRCLE WAK | | |
| Jan 21 | Wire Debit REF002873 | EDMONTON STATE BAN  260121B019XV | | 30,712.50- |
| | BNF=STEVEN LINDSEY 3111 | SCOTTSVILLE RD GLASGOW | | |
| Jan 28 | Wire Transfer Fee | | 2800001023 | 25.00- |
| Jan 28 | Wire Debit INTERNAL | US BANK        260128B00PRB | | 130,000.00- |
| | BNF=CUMMINS LAW LLC 550 | E 4TH ST UNIT 302 | | |
| Jan 30 | Electronic Withdrawal | To NATIONSTAR MORTG | | 3,321.00- |
| | REF=260290141885360N00 | 9500000000ONLINE | | |
| | | PMTUSB497989746POS | | |
| | | **Total Other Withdrawals** | **$** | **197,542.76-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---:|
| 0121 | Jan 16 | 9251852886 | 573.39 |

**US bank.**

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

Uni-Statement
Account Number:
▇▇▇▇▇▇ 7243
Statement Period:
Jan 1, 2026
through
Jan 31, 2026

Page 3 of 3

## U.S. BANK SMARTLY CHECKING  (CONTINUED)
U.S. Bank National Association

Account Number ▇▇▇▇▇▇ -7243

**Checks Presented Conventionally (continued)**

Conventional Checks Paid (1)        $        573.39-

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 13 | 142,718.56 | Jan 20 | 154,304.24 | Jan 28 | 93,886.05 |
| Jan 15 | 155,033.85 | Jan 21 | 93,911.05 | Jan 30 | 90,565.58 |
| Jan 16 | 154,460.46 | | | | |

Balances only appear for days reflecting change.

# U.S. bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054        TRN            I         X        ST01

106481716909236 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
█████████ 7110

Statement Period:
Jan 1, 2026
through
Jan 31, 2026

Page 1 of 2

**To Contact U.S. Bank**

**By Phone:** 800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
    - For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
        - Courier Fee (per check) - $55.00 (increased from $45.00)
        - Initiation Fee (per check) - $55.00 (increased from $40.00)
        - Tracer Fee - $50.00 (increased from $25.00)
        - Returned Check Fee - $35.00 (increased from $25.00)
        - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
        - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

> **Investment and Insurance products and services including annuities are:**
> **NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**

[1] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

[2] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
▇▇▇▇▇▇ 7110
Statement Period:
Jan 1, 2026
through
Jan 31, 2026
Page 2 of 2

## INFORMATION YOU SHOULD KNOW (CONTINUED)

Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**Member FDIC**
Account Number ▇▇▇▇▇▇ 7110

### Account Summary

| | | |
|---|---:|---|
| Beginning Balance on Jan 1 | $ 11,368.00 | |
| Deposits / Credits | 7,273.41 | |
| Other Withdrawals | 3,636.70- | |
| Checks Paid | 1,902.25- | |
| **Ending Balance on Jan 31, 2026** | **$ 13,102.46** | |

| | | |
|---|---|---:|
| Annual Percentage Yield Earned | | 0.00091% |
| Interest Earned this Period | $ | 0.01 |
| Interest Paid this Year | $ | 0.01 |
| Number of Days in Statement Period | | 31 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Jan 14 | Federal Benefit Deposit REF=260090091200970N00 | From SSA  TREAS 310    XXSOC SEC ▇▇▇▇▇▇ 1170A  S | | $  3,636.70 |
| Jan 15 | Internet Banking Transfer | From Account ▇▇▇▇▇▇ 7243 | | 3,636.70 |
| Jan 30 | Interest Paid | | 3000003033 | 0.01 |
| | | | **Total Deposits / Credits** | **$  7,273.41** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Jan 15 | Internet Banking Transfer | To Account ▇▇▇▇▇▇ 7243 | | $  3,636.70- |
| | | | **Total Other Withdrawals** | **$  3,636.70-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---:|
| 5003 | Jan 22 | 8951876287 | 1,902.25 |
| | | **Conventional Checks Paid (1)** | **$  1,902.25-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---:|---|---:|---|---:|
| Jan 14 | 15,004.70 | Jan 22 | 13,102.45 | Jan 30 | 13,102.46 |
| Jan 15 | 15,004.70 | | | | |

Balances only appear for days reflecting change.

# U.S. Bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

57    TRN    S    X    ST01

106481706879962 ER

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**

Account Number:
█████████9012

Statement Period:
Dec 19, 2025
through
Jan 22, 2026

Page 1 of 2



|  | To Contact U.S. Bank |
|---|---|
| **By Phone:** | 800-US BANKS |
|  | (800-872-2657) |
| **Cincinnati Metro Area:** | 513-632-4141 |
| **U.S. Bank accepts Relay Calls** |  |
| **Internet:** | usbank.com |

## INFORMATION YOU SHOULD KNOW

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
    - For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
        - Courier Fee (per check) - $55.00 (increased from $45.00)
        - Initiation Fee (per check) - $55.00 (increased from $40.00)
        - Tracer Fee - $50.00 (increased from $25.00)
        - Returned Check Fee - $35.00 (increased from $25.00)
        - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
        - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

> **Investment and Insurance products and services including annuities are:**
> NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

[1] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

[2] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**US bank**

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110

**Uni-Statement**

Account Number:
█████████ 9012

Statement Period:
Dec 19, 2025
through
Jan 22, 2026

Page 2 of 2

## U.S. BANK SMARTLY SAVINGS

U.S. Bank National Association

*Member FDIC*
Account Number █████████ 9012

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 19 | $ | 719.13 |
| Deposits / Credits | | 2.04 |
| **Ending Balance on Jan 22, 2026** | **$** | **721.17** |

| | |
|---|---|
| Annual Percentage Yield Earned | 3.00% |
| Account Interest Rate* | 2.96% |
| Interest Earned this Period  $ | 2.04 |
| Interest Paid this Year  $ | 2.04 |
| Number of Days in Statement Period | 35 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 22 | Interest Paid | 2200002133 | $ | 2.04 |
| | **Total Deposits / Credits** | | **$** | **2.04** |

# Warsaw Federal

3533 Warsaw Ave., Cincinnati Ohio 45205

**Statement Ending 01/31/2026**

RAYMOND SCHNEIDER
Statement Number: XXXXXX6598

Page 1 of 2

### Managing Your Accounts

 Phone Number    (513) 244-6900

 Mailing Address    3533 Warsaw Ave.
Cincinnati, OH 45205

Website    warsawfederal.bank

>000016 4237616 0001 93826 10Z 1

RAYMOND SCHNEIDER
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810



Enroll in eStatements to **access them anytime, anywhere.**

1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $323.04 |

## SAVINGS ACCOUNT - XXXXXX6598

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | Beginning Balance | $323.03 |
|  | 1 Credit(s) This Period | $0.01 |
|  | 0 Debit(s) This Period | $0.00 |
| 01/31/2026 | Ending Balance | $323.04 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.04% |
| Interest Days | 31 |
| Interest Earned | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/01/2026 | Beginning Balance |  |  | $323.03 |
| 01/27/2026 | INTEREST PAID 01/01 THROUGH 01/31 |  | $0.01 | $323.04 |
| 01/31/2026 | Ending Balance |  |  | $323.04 |



warsawfederal.bank

EQUAL HOUSING LENDER · MEMBER FDIC

| Account | Beginning Balance Jan 1st | | Credits (Not Interaccount) | | Debits (Not Interaccount) | | Account Transfers In | | Account Transfers Out | | Ending Balance Jan 31st | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Bank (Prepetition) (x9012) | $ | 719.13 | $ | 2.04 | | | | | $ | - | $ | 721.17 |
| Stockyards (Prepetition) | $ | - | | | $ | - | $ | - | | | $ | - |
| Warsaw Federal (Prepetition) | $ | 323.03 | $ | 0.01 | $ | - | $ | - | $ | - | $ | 323.04 |
| US Bank DIP General (x7243) | $ | 141,093.56 | $ | 143,951.47 | $ | 194,479.45 | $ | 3,636.70 | $ | 3,636.70 | $ | 90,565.58 |
| US Bank DIP SS (x7110) | $ | 11,368.00 | $ | 3,636.70 | $ | 1,902.25 | $ | 3,636.70 | $ | 3,636.70 | $ | 13,102.45 |
| | $ | **153,503.72** | $ | **147,590.22** | $ | **196,381.70** | $ | **7,273.40** | $ | **7,273.40** | $ | **104,712.24** |

**Raymond Schneider - December 2025 Transaction Summary**

General DIP Account    x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 1/1/2026 | $ - | Opening Balance | Balance | $ 141,093.56 |
| 1/13/2026 | $ 750.00 | Deposit | Dividend Check | $ 141,843.56 |
| 1/13/2026 | $ 875.00 | Seposit | Dividend Check | $ 142,718.56 |
| 1/15/2026 | $ 3,636.70 | Deposit | Interaccount Transfer | $ 146,355.26 |
| 1/15/2026 | $ 12,325.94 | Deposit | Dividend Check | $ 158,681.20 |
| 1/15/2026 | $ (10.65) | Water | Services | $ 158,670.55 |
| 1/15/2026 | $ (3,636.70) | Transfer | Interaccount Transfer | $ 155,033.85 |
| 1/16/2026 | $ (573.39) | Duke Energy | Electric | $ 154,460.46 |
| 1/20/2026 | $ (156.22) | Spectrum | Services | $ 154,304.24 |
| 1/21/2026 | $ (30.00) | Bank Fee | Wire Charge | $ 154,274.24 |
| 1/21/2026 | $ (30.00) | Bank Fee | Wire Charge | $ 154,244.24 |
| 1/21/2026 | $ (30.00) | Bank Fee | Wire Charge | $ 154,214.24 |
| 1/21/2026 | $ (90.30) | InstaMed | Medical | $ 154,123.94 |
| 1/21/2026 | $ (13,125.00) | Bobby Winstead | Expert Witness Fee | $ 140,998.94 |
| 1/21/2026 | $ (16,375.39) | Robinson Law | Legal Fees | $ 124,623.55 |
| 1/21/2026 | $ (30,712.50) | Steven Lindsey | Expert Witness Fee | $ 93,911.05 |
| 1/28/2026 | $ 130,000.00 | Deposit | Income | $ 223,911.05 |
| 1/28/2026 | $ (25.00) | Bank Fee | Wire Charge | $ 223,886.05 |
| 1/28/2026 | $ (130,000.00) | Cummins Law | Legal Fees | $ 93,886.05 |
| 1/30/2026 | $ 0.53 | Deposit | Interest | $ 93,886.58 |
| 1/30/2026 | $ (3,321.00) | MRCooper | Mortgage - Blue Ash Home | $ 90,565.58 |

SS DIP Account    x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 1/1/2026 | $ 11,368.00 | Opening Balance | Balance | $ 11,368.00 |
| 1/14/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 15,004.70 |
| 1/15/2026 | $ 3,636.70 | Transfer | Interaccount Transfer | $ 18,641.40 |
| 1/15/2026 | $ (3,636.70) | Transfer | Interaccount Transfer | $ 15,004.70 |
| 1/22/2026 | $ (1,902.25) | Kenwood Country Club | Misc Charges | $ 13,102.45 |
| 1/30/2026 | $ 0.01 | Deposit | Interest | $ 13,102.46 |

US Bank    x9012

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 1/1/2026 | $ 719.13 | Opening Balance | Balance | $ 719.13 |
| 1/22/2026 | $ 2.04 | Deposit | Interest Earned | $ 721.17 |

Warsaw Bank    x6598

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 1/1/2026 | $ 323.03 | Opening Balance | Balance | $ 323.03 |
| 1/27/2026 | $ 0.01 | Deposit | Interest Earned | $ 323.04 |