# "EXHIBIT A"

## PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** Capital Pointe                                                                                  7/1/16

**Name:** RAYMOND SCHNEIDER

**Residence Address:** 3515 TIFFANY RIDGE LANE

**City, State & Zip:** Cincinnati, Ohio 45241

**Occupation:** Developer / NH Administrator

**Business Address:** 10988 Deerfield Road

**City, State & Zip:** Cincinnati, Ohio 45242
**Business Phone:** 842-2359

**Finanacial Condition As Of:** 7/1/16

| Assets | | Liabilities | |
|---|---:|---|---:|
| Cash On Hand: | $ 425,000 | Notes Payable Bank Secured: | $ 22,666,500 |
| Marketable Securities: (See Schedule A) | $ 3,115,400 | Notes Payable Bank Unsecured: | $ 40,000 |
| Non-Marketable Securities: (See Schedule B) | $ 66,150,000 | Amounts Payable To Others Secured: | $ 83,000 |
| Securities Held-Broker: In Margin Accounts | $ 0 | Amounts Payable To Others Unsecured: | $ 95,000 |
| Partial Interest In Real Estate: (See Schedule C) | $ 18,170,000 | Amounts and Bills Due: | $ 65,000 |
| Real Estate Owned: (See Schedule D) | $ 1,950,000 | Real Estate Mortgages Payables | $ 745,000 |
| Loans Receivable: | $ 585,000 | See Schedules C & D) | $ 9,421,000 |
| Automobiles & Other Personal Property: | $ 450,000 | Other Debts: | |
| Cash-Value L-Insurance: (See Schedule E) | $ 515,000 | | |
| Other Assets: | $ 565,000 | | |
| **TOTAL ASSETS** | **$ 91,925,400** | **TOTAL LIABILITIES:** | **$ 33,115,500** |
| | | **NET WORTH** | **$ 58,809,900** |

## SCHEDULE A - MARKETABLE SECURITIES 7/1/16

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 10,344,400 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 7,229,000 |
|  |  |  | Liquidity beyond pledge | $ 3,115,400 |

## SCHEDULE B  NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse | RBS | NO | $ 1,600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 4,000,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 10,500,000 |
| 100% | To Life | RBS | Yes | $ 5,000,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,500,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 5,000,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,500,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 8,500,000 |
| 100% | Horizon Health Mgt. | GRHPR | Yes | $ 450,000 |
| 100% | West Chester | GRHPR | Yes | $ 2,500,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 6,500,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 7,600,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,500,000 |
|  |  |  |  | $ 66,150,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| Pet Resort | Boston Red Dog | 100% | 2009 | $ 3,800,000 | $ 12,000,000 | 5,850,000 |
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 610,000 | $ 194,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 296,000 | $ 600,000 | $ 131,000 |
| HRM/Horizon | RBS LLC | 100% | 1973 | $ 2,000,000 | $ 4,600,000 | $ 2,400,000 |
| Warehouse | All Realty | 33% | 1979 | $ 26,000 | $ 110,000 | $ 55,000 |
| Alternative Home Care | Alternative | 25% | 2001 | $ 610,000 | $ 250,000 | $ 46,000 |
|  |  |  |  | $ 7,028,000 | $ 18,170,000 | $ 8,676,000 |

## SCHEDULE D - REAL ESTATE OWNED　　　7/1/16

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 700,000 | $ 330,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,250,000 | $ 415,000 | $ 2,900 |
| | TOTAL | | $ 840,000 | $ 1,950,000 | $ 745,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary | Face Amount: | Policy Loans: | Cash Value: | Surrender: |
|---|---|---|---|---|---|---|---|
| Prudential | RBS | WIFE | | $ 4,800,000 | N/A | $ 4,800,000 | $ 143,000 |
| Prudential | RBS | WIFE | | $ 500,000 | N/A | $ 500,000 | $ 36,500 |
| Guardian | RBS | WIFE | | $ 500,000 | N/A | $ 535,000 | $ 84,000 |
| | | | TOTAL $ 5,800,000 | | | $ 5,835,000 | $ 263,500 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| U. S. Bank | RBS | S | 2004 | $ 5,500,000 | $ 0 | $ 0 |
| Bank of America | GRSHP LLC. | S | 2004 | $ 10,500,000 | $ 0 | $ 0 |
| SBA | BRD LLC. | S | 2009 | $ 2,000,000 | $ 1,842,500 | $ 11,000 |
| FTUB/Radius | RD LLC. | S | 2009 | $ 4,250,000 | $ 3,815,000 | $ 28,500 |
| Cheviot Bank | RBS | S | 2015 | $ 3,000,000 | $ 2,999,000 | $ 11,300 |
| Integra Bank | RBS | S | 2004 | $ 6,600,000 | $ 0 | $ 0 |
| Stockyard Bank | GRSHP LLC. | S | 2015 | $ 10,500,000 | $ 10,355,000 | $ 24,500 |
| BB&T/BofK | RD Cincy | S | 2009 | $ 14,250,000 | $ 3,655,000 | $ 11,500 |
| | TOTAL | | | $ 51,100,000 | $ 22,666,500 | $ 86,800 |

**TOTAL ASSETS**

| Sources of Income for the Year Ending: | | 12/31/15 |
|---|---|---|
| Interest Income | $ 365,000 | |
| Depreciation/Deduct | $ (465,000) | |
| Real Estate Income:ADJ-Inc | $ (1,070,000) | |
| Other Income: | $ 2,439,000 | |
| TOTAL | $ 1,269,000 | |

Signature:

Date Signed: