# "EXHIBIT B"

## PERSONAL FINANCIAL STATEMENT

| | | |
|---|---|---|
| CONFIDENTIAL TO: | Fifth Third Bank | 6/1/17 |
| Name: | RAYMOND SCHNEIDER | |
| Residence Address: | 3515 TIFFANY RIDGE LANE | |
| City, State & Zip: | Cincinnati, Ohio 45241 | |
| Occupation: | Developer / NH Administrator | |
| Business Address: | 10988 Deerfield Road | |
| City, State & Zip: | Cincinnati, Ohio 45242 | |
| Business Phone: | 842-2359 | |
| Financial Condition As Of: | 6/1/17 | |

| Assets | | Liabilities | |
|---|---:|---|---:|
| Cash On Hand: | $ 350,000 | Notes Payable Bank Secured: | $ 45,322,000 |
| Marketable Securities: (See Schedule A) | $ 4,590,000 | Notes Payable Bank Unsecured: | $ 40,000 |
| Non-Marketable Securities: (See Schedule B) | $ 70,750,000 | Amounts Payable To Others Secured: | $ 35,000 |
| Securities Held-Broker: In Margin Accounts | $ 4,590,000 | Amounts Payable To Others Unsecured: | $ 145,000 |
| Partial Interest In Real Estate: (See Schedule C) | $ 38,785,000 | Amounts and Bills Due: | $ 60,000 |
| Real Estate Owned: (See Schedule D) | $ 2,050,000 | Real Estate Mortgages Payables | $ 711,000 |
| Loans Receivable: | $ 1,500,000 | See Schedules C & D) | $ 21,052,000 |
| Automobiles & Other Personal Property: | $ 450,000 | Other Debts: | |
| Cash-Value L-Insurance: (See Schedule E) | $ 410,000 | | |
| Other Assets: | $ 850,000 | | |
| TOTAL ASSETS | $ 124,325,000 | TOTAL LIABILITIES: | $ 67,365,000 |
| | | NET WORTH | $ 56,960,000 |

## SCHEDULE A - MARKETABLE SECURITIES

6/1/17

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 14,850,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 10,260,000 |
| | | | Liquidity beyond pledge | $ 4,590,000 |

## SCHEDULE B  NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 1,600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 5,000,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 12,000,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,000,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 4,000,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,000,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 7,000,000 |
| 100% | Horizon Health Mgt. | GRHPR | Yes | $ 550,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,000,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 4,000,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 6,600,000 |
| 85% | the RED | HPC | NO | $ 12,500,000 |
| 100% | Retail | Retail | NO | $ 1,000,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,500,000 |
| | | | | $ 70,750,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 450,000 | $ 125,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 475,000 | $ 85,000 |
| HRM/Horizon | RBS LLC | 33% | 1973 | $ 2,000,000 | $ 4,000,000 | $ 2,300,000 |
| Red Dog Saugus | Saugus RD | 10% | 2016 | $ 160,000 | $ 5,000,000 | $ 140,000 |
| 54/72 Various | 54/72 Kenwood | 50% | 2000 | $ 13,000,000 | $ 28,500,000 | $ 17,500,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 110,000 | $ 45,000 |
| Alternative Home Care | Alternative | 25% | 2001 | $ 85,000 | $ 250,000 | $ 146,000 |
| | | | | | $ 38,785,000 | $ 20,341,000 |

## SCHEDULE D - REAL ESTATE OWNED

6/1/17

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 800,000 | $ 320,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,250,000 | $ 391,000 | $ 2,900 |
| | TOTAL | | $ 840,000 | $ 2,050,000 | $ 711,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Prudential | RBS | WIFE | $ 4,800,000 | N/A | $ 4,800,000 | $ 158,000 |
| Prudential | RBS | WIFE | $ 500,000 | N/A | $ 500,000 | $ 48,500 |
| Guardian | RBS | WIFE | $ 500,000 | N/A | $ 535,000 | $ 92,000 |
| | | TOTAL | $ 5,800,000 | | $ 5,835,000 | $ 298,500 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| 5/3 | RBS | S | 2016 | $ 17,500,000 | $ 17,100,000 | $ 62,000 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 12,000 |
| SBA | BRD LLC. | S | 2009 | $ 5,000,000 | $ 0 | $ 0 |
| FTUB/Radius | RD LLC. | S | 2009 | $ 4,250,000 | $ 0 | $ 0 |
| MainSource Bank | RBS | S | 2015 | $ 7,000,000 | $ 6,695,000 | $ 11,300 |
| Integra Bank | RBS | S | 2004 | $ 6,600,000 | $ 0 | $ 0 |
| Stockyard Bank | GRSHP LLC. | S | 2015 | $ 13,500,000 | $ 12,900,000 | $ 34,500 |
| BB&T/BofK | RD Cincy | S | 2009 | $ 14,250,000 | $ 1,455,000 | $ 3,650 |
| | | TOTAL | | $ 53,850,000 | $ 24,270,000 | $ 123,450 |

**TOTAL ASSETS**

| Sources of Income for the Year Ending: | | 12/31/16 |
|---|---|---|
| Interest Income | $ 235,000 | |
| Depreciation/Deduct | $ (365,000) | |
| Real Estate Income:ADJ-Inc | $ (1,070,000) | |
| Other Income: | $ 3,359,000 | |
| TOTAL | $ 2,159,000 | |

Signature: [signature]

Date Signed: 8/17/17