**"EXHIBIT C"**

# PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** Capital Point                                                  1/25/2018

| | |
|---|---|
| **Name:** | RAYMOND SCHNEIDER |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE |
| **City, State & Zip:** | Cincinnati, Ohio 45241 |
| **Occupation:** | Developer / NH Administrator |
| **Business Address:** | 10988 Deerfield Road |
| **City, State & Zip:** | Cincinnati, Ohio 45242 |
| **Business Phone:** | 842-2359 |
| **Finanacial Condition As Of:** | 1/25/2018 |

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Cash On Hand: | $ 650,000 | Notes Payable Bank Secured: | $ 49,217,000 |
| Marketable Securities: (See Schedule A) | $ 6,345,400 | Notes Payable Bank Unsecured: | $ 40,000 |
| Non-Marketable Securities: (See Schedule B) | $ 77,700,000 | Amounts Payable To Others Secured: | $ 35,000 |
| Securities Held-Broker: In Margin Accounts | $ 6,345,400 | Amounts Payable To Others Unsecured: | $ 120,000 |
| Partial Interest In Real Estate: (See Schedule C) | $ 25,420,000 | Amounts and Bills Due: | $ 60,000 |
| Real Estate Owned: (See Schedule D) | $ 2,200,000 | Real Estate Mortgages Payables | $ 700,000 |
| Loans Receivable: | $ 1,500,000 | See Schedules C & D) | $ 15,147,000 |
| Automobiles & Other Personal Property: | $ 450,000 | Other Debts: | |
| Cash-Value L-Insurance: (See Schedule E) | $ 426,000 | | |
| Other Assets: | $ 850,000 | | |
| **TOTAL ASSETS** | **$ 121,886,800** | **TOTAL LIABILITIES:** | **$ 65,319,000** |
| | | **NET WORTH** | **$ 56,567,800** |

Financial Statement

## SCHEDULE A - MARKETABLE SECURITIES

1/25/2018

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 16,800,400 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 10,455,000 |
| | | | Liquidity beyond pledge | $ 6,345,400 |

## SCHEDULE B  NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 1,600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 2,500,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 12,000,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,000,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 4,000,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,000,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 7,000,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,000,000 |
| 100% | EastGate | RBS | Yes | $ 3,000,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 5,000,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 6,600,000 |
| 85% | the RED | HPC | Yes | $ 18,500,000 |
| 100% | Retail | Retail | NO | $ 1,000,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,500,000 |
| | | | | $ 77,700,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 610,000 | $ 178,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 600,000 | $ 118,000 |
| Northshore Red DOG | Northshore LLC | 10% | 2017 | $ 550,000 | $ 600,000 | $ 300,000 |
| Red Dog Saugus | Saugus RD | 10% | 2016 | $ 660,000 | $ 750,000 | $ 160,000 |
| 54 Various | 54 Kenwood etc | 50% | 2000 | $ 11,000,000 | $ 22,500,000 | $ 13,500,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 110,000 | $ 45,000 |
| Alternative Home Car | Alternative | 25% | 2001 | $ 85,000 | $ 250,000 | $ 146,000 |
| | | | | | $ 25,420,000 | $ 14,447,000 |

Financial Statement

## SCHEDULE D - REAL ESTATE OWNED

1/25/2018

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge Colorado.* | RBS<br>RBS | 1985<br>1995 | $ 345,000<br>$ 495,000 | $ 850,000<br>$ 1,350,000 | $ 315,000<br>$ 385,000 | $ 2,600<br>$ 2,900 |
| | TOTAL | | $ 840,000 | $ 2,200,000 | $ 700,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Prudential | RBS | WIFE | $ 4,800,000 | N/A | $ 4,800,000 | $ 165,000 |
| Prudential | RBS | WIFE | $ 500,000 | N/A | $ 500,000 | $ 51,000 |
| Guardian | RBS | WIFE | $ 500,000 | N/A | $ 535,000 | $ 96,000 |
| | | TOTAL | $ 5,800,000 | | $ 5,835,000 | $ 312,000 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| 5/3 | RBS | S | 2016 | $ 12,500,000 | $ 11,100,000 | $ 52,000 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 12,000 |
| SBA | BRD LLC. | S | 2009 | $ 5,000,000 | $ - | $ - |
| FTUB/Radius | RD LLC. | S | 2009 | $ 4,250,000 | $ - | $ - |
| MainSource Bank | RBS | S | 2015 | $ 7,000,000 | $ 6,695,000 | $ 11,300 |
| Commonwealth Bank First Merchant | RBS | S | 2017 | $ 19,000,000 | $ 11,000,000 | $ 43,000 |
| Stockyard Bank | GRSHP LLC. | S | 2015 | $ 13,500,000 | $ 13,155,000 | $ 24,500 |
| BB&T/BofK | RD Cincy | S | 2009 | $ 14,250,000 | $ - | $ - |
| | | TOTAL | | $ 66,250,000 | $ 34,070,000 | $ 142,800 |

TOTAL ASSETS

Sources of Income for the Year Ending: 12/31/2017

| | |
|---|---|
| Interest Income | $ 325,000 |
| Depreciation/Deduct | $ (865,000) |
| Real Estate Income:ADJ-Inc | $ (1,050,000) |
| Other Income: | $ 4,259,000 |
| TOTAL | $ 2,669,000 |

Signature: *[signed]*

Date Signed: 1/31/18

Page 1