**"EXHIBIT E"**

## PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** Park National Bank                                          10/1/19

| | |
|---|---|
| **Name:** | RAYMOND SCHNEIDER |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE |
| **City, State & Zip:** | Cincinnati, Ohio 45241 |
| **Occupation:** | Developer Operator |
| **Business Address:** | 10988 Deerfield Road |
| **City, State & Zip:** | Cincinnati, Ohio 45242 |
| **Business Phone:** | 842-2359 |
| **Finanacial Condition As Of:** | 10/1/19 |

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Cash On Hand: | $ 275,000 | Amounts and Bills Secured: | $ 60,000 |
| Marketable Securities: (See Schedule A) | $ 20,454,400 | Debt Marketable Securities: (See Schedule A) | $ 10,850,000 |
| Non-Marketable Securities: (See Schedule B) | $ 116,100,000 | Debt Non-Marketable Securities (See Schedule F) | $ 59,668,000 |
| Partial Interest In Real Estate: (See Schedule C) | $ 16,500,000 | Debt Partial Interests in RE: (See Schedule C) | $ 7,987,000 |
| Real Estate Owned: (See Schedule D) | $ 2,130,000 | Debt Real Estate Owned: (See Schedule D | $ 711,000 |
| Loans Receivable: | $ 360,000 | Notes Payable Bank Unsecured: | $ 40,000 |
| Automobiles & Other Personal Property: | $ 320,000 | Amounts Payable to Others Secured: | $ 35,000 |
| Cash-Value L-Insurance: (See Schedule E) | $ 898,500 | Amounts Payable to Others Unsecured: | $ 65,000 |
| Other Assets: | $ 350,000 | | |
| **TOTAL ASSETS** | **$ 157,387,900** | **TOTAL LIABILITIES:** | **$ 79,416,000** |
| | | **NET WORTH** | **$ 77,971,900** |

## SCHEDULE A - MARKETABLE SECURITIES

10/1/19

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 20,454,400 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 10,850,000 |
| | | | Liquidity beyond pledge | $ 9,604,400 |

## SCHEDULE B NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 275,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 750,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 12,150,000 |
| 100% | Amelia | GRHPR | Yes | $ 4,250,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 4,750,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 7,650,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 10,800,000 |
| 100% | Springdale CS | GRHPR | Yes | $ 6,000,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,000,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 4,450,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 7,750,000 |
| 85% | the RED | HPC | NO | $ 40,550,000 |
| 100% | Red Dog Saugus | NSRD | Yes | $ 6,650,000 |
| 100% | Retail | Retail | NO | $ 1,050,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 6,025,000 |
| | | | | $ 116,100,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 610,000 | $ 178,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 800,000 | $ 118,000 |
| HRM/Horizon | RBS LLC | 33% | 1973 | $ 2,000,000 | $ 300,000 | $ - |
| 72 Various | 72 Kenwood etc | 50% | 2000 | $ 6,500,000 | $ 14,500,000 | $ 7,500,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 90,000 | $ 45,000 |
| Alternative Home Care | Alternative | 25% | 2001 | $ 85,000 | $ 200,000 | $ 146,000 |
| | | | | | $ 16,500,000 | $ 7,987,000 |
| | | | | | | $ 8,513,000 |

## SCHEDULE D - REAL ESTATE OWNED

10/1/19

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 880,000 | $ 320,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,250,000 | $ 391,000 | $ 2,900 |
| | TOTAL | | $ 840,000 | $ 2,130,000 | $ 711,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Prudential | RBS | WIFE | $ 4,800,000 | N/A | $ 4,800,000 | $ 458,000 |
| Prudential | RBS | WIFE | $ 500,000 | N/A | $ 500,000 | $ 148,500 |
| Guardian | RBS | WIFE | $ 500,000 | N/A | $ 535,000 | $ 292,000 |
| | | TOTAL | $ 5,800,000 | | $ 5,835,000 | $ 898,500 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| Huntington | RBS | S | 2016 | $ 17,500,000 | $ 7,500,000 | $ 40,000 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 12,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ 1,758,000 | $ 11,000 |
| Blue Hills | RD LLC. | S | 2009 | $ 4,250,000 | $ 3,840,000 | $ 28,500 |
| Civista Bank | RBS | S | 2015 | $ 7,000,000 | $ 6,695,000 | $ 11,300 |
| Aegon | RBS | S | 2017 | $ 45,000,000 | $ 27,000,000 | $ 118,000 |
| Stockyard Bank | GRSHP LLC. | S | 2015 | $ 18,500,000 | $ 17,155,000 | $ 24,500 |
| | TOTAL | | | $ 81,500,000 | $ 59,668,000 | $ 245,300 |

TOTAL ASSETS

Sources of Income for the Year Ending: 12/31/18

| | |
|---|---|
| Interest Income | $ 235,000 |
| Depreciation/Deduct | $ (365,000) |
| Real Estate Income:ADJ-Inc | $ (1,070,000) |
| Other Income: | $ 3,359,000 |
| TOTAL | $ 2,159,000 |

Signature: *(signed)*

Date Signed: 12/31/19