**"EXHIBIT F"**

**PERSONAL FINANCIAL STATEMENT**

| CONFIDENTIAL TO: | Heritage Bank | | | | | | 3/1/22 |

| Name: | RAYMOND SCHNEIDER |
|---|---|
| Residence Address: | 3515 TIFFANY RIDGE LANE |
| City,State & Zip: | Cincinnati, Ohio 45241 |
| Occupation: | Developer Operator |
| Business Address: | 10988 Deerfield Road |
| City, State & Zip: | Cincinnati, Ohio 45242 |
| Business Phone: | 842-2359 |
| Finanacial Condition As Of: | 3/1/22 |

| | | | | |
|---|---|---|---|---|
| Cash On Hand: | $ | 245,000 | Amounts and Bills Secured: | $ | 55,000 |
| Marketable Securities: (See Schedule A) | $ | 23,400,000 | Debt Marketable Securities: (See Schedule A) | $ | 13,750,000 |
| Non-Marketable Securities: (See Schedule B) | $ | 116,525,000 | Debt Non-Marketable Securities (See Schedule F) | $ | 75,688,000 |
| Partial Interest In Real Estate:(See Schedule C) | $ | 6,050,000 | Debt Partial Interests in RE: (See Schedule C) | $ | 4,087,000 |
| Real Estate Owned: (See Schedule D) | $ | 3,480,000 | Debt Real Estate Owned: (See Schedule D | $ | 689,000 |
| Loans Receivable: | $ | 220,000 | Notes Payable Bank Unsecured: | $ | 12,000 |
| Automobiles & Other Personal Property: | $ | 320,000 | Amounts Payable to Others Secured: | $ | 28,000 |
| Cash-Value L-Insurance: (See Schedule E) | $ | 1,085,000 | Amounts Payable to Others Unsecured: | $ | 40,000 |
| Other Assets: | $ | 350,000 | | | |
| TOTAL ASSETS | $ | 151,675,000 | TOTAL LIABILITIES: | $ | 94,349,000 |
| | | | NET WORTH | $ | 57,326,000 |

## SCHEDULE A - MARKETABLE SECURITIES

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 23,400,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 13,750,000 |
| | | | Liquidity beyond pledge | $ 9,650,000 |

## SCHEDULE B  NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 750,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 10,150,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,250,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 3,750,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,250,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 7,800,000 |
| 100% | Springdale CS | GRHPR | Yes | $ 10,700,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,500,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 3,850,000 |
| 100% | Lebanon Krogers | GRHPR | Yes | $ 2,000,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 6,050,000 |
| 85% | the RED | HPC | Yes | $ 40,550,000 |
| 100% | Red Dog Saugus | NSRD | Yes | $ 5,650,000 |
| 100% | Retail | Retail | Yes | $ 950,000 |
| 100% | Gatherings | Techwoods LLC | Yes | $ 3,500,000 |
| 100% | Kett Warehouse | Madison LLC | Yes | $ 3,200,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,025,000 |
| | | | | $ 116,525,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 610,000 | $ 178,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 600,000 | $ 118,000 |
| HRM/Horizon | RBS LLC | 33% | 1973 | $ 2,000,000 | $ 300,000 | $ - |
| Atlanta RD | Atlanta RD LLC | 80% | 2019 | $ 3,400,000 | $ 3,650,000 | $ 3,300,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 90,000 | $ 45,000 |
| Kenwood Ptr. | Kenwood LCC | 33% | 2001 | $ 585,000 | $ 800,000 | $ 446,000 |
| | | | | | $ 6,050,000 | $ 4,087,000 |
| | | | | | | $ 1,963,000 |

## SCHEDULE D - REAL ESTATE OWNED                                      3/1/22

| Address & Type: | Title In Name Of: | Date Aquired: | | Cost: | | Market Value: | | Mortgage Balances: | | Monthly Payments: |
|---|---|---|---|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ | 345,000 | $ | 880,000 | $ | 309,000 | $ | 2,600 |
| Colorado.* | RBS | 1995 | $ | 495,000 | $ | 1,250,000 | $ | 380,000 | $ | 2,900 |
| EastGate Land | RBS | 1997 | $ | 1,250,000 | $ | 1,350,000 | | -0- | | -0- |
| TOTAL | | | $ | 2,090,000 | $ | 3,480,000 | $ | 689,000 | $ | 5,500 |

\* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | | Benificiary Amount: | Face Loans: | | Policy Value: | | Cash Surrender: |
|---|---|---|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | $ | 3,250,000 | N/A | $ | 3,250,000 | $1,085,000 | |
| Lincoln National | RBS | WIFE | $ | 10,000,000 | N/A | $ | 10,000,000 | -0- | |
| | | TOTAL | $ | 13,250,000 | | $ | 13,250,000 | $1,085,000 | |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | | Current Balance: | | Monthly Payment: | |
|---|---|---|---|---|---|---|---|---|---|
| Heritage Bank | RBS | S | 2019 | $ | 4,100,000 | $ | 4,065,000 | $ | 21,500 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ | 3,250,000 | $ | 3,160,000 | $ | 18,000 |
| SBA | BRD LLC. | S | 2009 | $ | 3,500,000 | $ | 1,758,000 | $ | 11,000 |
| Rockland Bank | RD LLC. | S | 2009 | $ | 4,250,000 | $ | 3,840,000 | $ | 28,500 |
| Civista Bank | RBS | S | 2015 | $ | 10,000,000 | $ | 9,395,000 | $ | 34,500 |
| Aegon | RBS | S | 2017 | $ | 45,000,000 | $ | 38,000,000 | $ | 158,000 |
| First Merchant | GRSHP LLC. | S | 2019 | $ | 20,000,000 | $ | 19,535,000 | $ | 74,500 |
| TOTAL | | | | $ | 86,000,000 | $ | 75,688,000 | $ | 346,000 |

## TOTAL ASSETS

| Sources of Income for the Year Ending: | | 12/31/21 |
|---|---|---|
| Interest Income | $ 372,000 | |
| Depreciation/Deduct | $ (880,000) | * Depreciation $5,450,000 |
| Real Estate Income:ADJ-Inc | $ (1,140,000) | |
| Other Income: | $ 3,860,000 | |
| TOTAL | $ 2,212,000 | |

Signature:

Date Signed: 5/1/22