"**EXHIBIT G**"

**PERSONAL FINANCIAL STATEMENT**

| CONFIDENTIAL TO: | AEGON | | | | 4/30/23 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Name:** | RAYMOND SCHNEIDER |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE |
| **City,State & Zip:** | Cincinnati, Ohio 45241 |
| **Occupation:** | Developer Operator |
| **Business Address:** | 10988 Deerfield Road |
| **City, State & Zip:** | Cincinnati, Ohio 45242 |
| **Business Phone:** | 842-2359 |
| **Finanacial Condition As Of:** | 4/30/23 |

| | | | | |
|---|---|---|---|---|
| **Cash On Hand:** | $ 165,000 | **Amounts and Bills Secured:** | $ 12,000 |
| **Marketable Securities:** (See Schedule A) | $ 24,500,000 | **Debt Marketable Securities:** (See Schedule A) | $ 16,950,000 |
| **Non-Marketable Securities:** (See Schedule B) | $ 194,700,000 | **Debt Non-Marketable Securities** (See Schedule F) | $ 109,686,000 |
| **Partial Interest in Real Estate:(See Schedule C)** | $ 5,230,000 | **Debt Partial Interests in RE:** (See Schedule C) | $ 3,640,000 |
| **Real Estate Owned:** (See Schedule D) | $ 5,550,000 | **Debt Real Estate Owned:** (See Schedule D | $ 2,790,000 |
| **Loans Receivable:** | $ 1,000 | **Notes Payable Bank Unsecured:** | $ |
| **Automobiles & Other Personal Property:** | $ 75,000 | **Amounts Payable to Others Secured:** | $ 10,000 |
| **Cash-Value L-Insurance:** (See Schedule E) | $ 1,085,000 | **Amounts Payable to Others Unsecured:** | $ 5,000 |
| **Other Assets:** | $ 270,000 | | |
| **TOTAL ASSETS** | $ 231,576,000 | **TOTAL LIABILITIES:** | $ 133,093,000 |
| | | **NET WORTH** | $ 98,483,000 |

Financial Statement

## SCHEDULE A - MARKETABLE SECURITIES

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: | |
|---|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 24,500,000 | |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 16,950,000 | |
| | | | Liquidity beyond pledge | $ 7,550,000 | |

## SCHEDULE B  NON- MARKETABLE SECURITIES

| Control | Ownership RAY | Description: | In Name Of: | Are These Pledged: | | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|---|
| 100% | 100% | American Heart | Circle Dev. | Yes | | $  1,600,000 | $  1,250,000 |
| 100% | 80% | Pet Hotel  & Spa | Trust-GRHPR | Yes | | $  14,500,000 | $  6,875,000 |
| 100% | 80% | Amelia CS | Trust-GRHPR | Yes | | $  6,500,000 | $  3,000,000 |
| 100% | 80% | Harrison CS | Trust-GRHPR | Yes | | $  6,000,000 | $  3,000,000 |
| 100% | 80% | Blue Ash CS | Trust-GRHPR | Yes | | $  6,000,000 | $  4,500,000 |
| 100% | 80% | Circle Colerain CS | Trust-GRHPR | Yes | | $  9,000,000 | $  4,600,000 |
| 100% | 80% | Springdale CS | Trust-GRHPR | Yes | | $  11,000,000 | $  8,600,000 |
| 100% | 80% | West Chester CS | Trust-GRHPR | Yes | | $  10,500,000 | $  7,700,000 |
| 100% | 85% | ivy Knoll | IKRD | Yes | | $  7,500,000 | $  3,700,000 |
| 100% | 80% | Cinti Red Dog | Trust-RD Realty | Yes | | $  6,000,000 | $  2,800,000 |
| 100% | 80% | the RED | Trust-RED | Yes | | $  80,000,000 | $  43,700,000 |
| 100% | 80% | Red Dog Saugus | Trust-NSRD | Yes | | $  6,000,000 | $  3,890,000 |
| 100% | 100% | RED Corner | Red Corner | Yes | | $  14,000,000 | $  7,700,000 |
| 100% | 100% | Oaklawn | HP Circle | Yes | | $  300,000 | $  190,000 |
| 100% | 100% | Ringo Lane | 9617 Kenwood | Yes | | $  3,500,000 | $  2,024,000 |
| 100% | 100% | Lebanon Krogers | Lebanon | Yes | | $  3,000,000 | $  950,000 |
| 100% | 100% | Retail | Retail | Yes | | $  1,250,000 | $  550,000 |
| 100% | 100% | Gatherings | Tech Woods | Yes | | $  2,250,000 | $  1,450,000 |
| 100% | 100% | Applebees | Tech Woods | Yes | | $  1,250,000 | $  750,000 |
| 100% | 80% | Mason Red Dog | Trust-RD | Yes | | $  4,550,000 | $  2,457,000 |
| | | | | | | $ 194,700,000 | $  109,686,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|---|
| Hamilton Propty | Hamilton | 5% | Various | $  150,000 | | $  210,000 | NA |
| Rookwood | Rookwood | 4% | Various | $  185,000 | | $  220,000 | NA |
| Point Blank | RBS LLC | 1% | 2018 | $  125,000 | | $  175,000 | NA |
| Dillionvale SC | Dillionvale | 6% | 2000 | $  85,000 | | $  125,000 | $  65,000 |
| Kett Tool | Warehouse | 100% | 2020 | $  2,800,000 | | $  3,200,000 | $  2,600,000 |
| Kenwood Land | 9617 Kenwood | 100% | 2021 | $  1,218,000 | | $  1,300,000 | $  975,000 |
| | | | | | | $  5,230,000 | $  3,640,000 |

Financial Statement

### SCHEDULE D - REAL ESTATE OWNED

4/30/23

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ | 345,000 | $  750,000 | $  300,000 | $  2,600 |
| Colorado.* | RBS | 1995 | $ | 495,000 | $  1,300,000 | $  390,000 | $  2,900 |
| Maine | RBS | 2021 | $ | 2,550,000 | $  3,500,000 | $  2,100,000 | $  9,100 |
| | TOTAL | | $ | 3,390,000 | $  5,550,000 | $  2,790,000 | $  14,600 |

\* Rental income 1100 mth

### SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | $  3,250,000 | N/A | $  3,250,000 | $1,085,000 |
| Lincoln National | RBS | WIFE | $  10,000,000 | N/A | $  10,000,000 | -0- |
| | | TOTAL | $  13,250,000 | | $  13,250,000 | $1,085,000 |

### BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| Heritage | RBS | S | 2019 | $  3,500,000 | $  2,970,000 | $  5,300 |
| GE Credit Union | Red Dog RD | S | 2016 | $  3,250,000 | $  3,220,000 | $  18,000 |
| SBA | BRD LLC. | S | 2009 | $  3,500,000 | $  1,758,000 | $  - |
| Blue Hills | RD LLC. | S | 2009 | $  11,250,000 | $  10,540,000 | $  35,500 |
| Civista Bank | RBS | S | 2015 | $  12,000,000 | $  9,695,000 | $  44,300 |
| Aegon | To Life the RED | S | 2017 | $  45,000,000 | $  43,800,000 | $  220,000 |
| First Merchant | BRSHP LLC. | S | 2019 | $  35,000,000 | $  29,875,000 | $  86,500 |
| Heritage | RBS | S | 2021 | $  1,500,000 | $  1,450,000 | $  4,500 |
| | TOTAL | | | $115,000,000 | $  103,308,000 | $  414,100 |

### TOTAL ASSETS

| Sources of Income for the Year Ending: | | 12/31/22 |
|---|---|---|
| Interest Income | $  395,000 | |
| Depreciation/Deduct | $  (345,000) | * Depreciation $5,150,000 |
| Real Estate Income:ADJ-Inc | $  (1,570,000) | |
| Other Income: | $  3,425,000 | |
| TOTAL | $  1,905,000 | |

Signature: *[signature]*

Date Signed: *5/1/23*