# "EXHIBIT H"

## PERSONAL FINANCIAL STATEMENT

| CONFIDENTIAL TO: | Warsaw Bank | | | 9/1/24 |
|---|---|---|---|---|
| Name: | RAYMOND SCHNEIDER | | | |
| Residence Address: | 3515 TIFFANY RIDGE LANE | | | |
| City, State & Zip: | Cincinnati, Ohio 45241 | | | |
| Occupation: | Developer Operator | | | |
| Business Address: | 10988 Deerfield Road | | | |
| City, State & Zip: | Cincinnati, Ohio 45242 | | | |
| Business Phone: | 842-2359 | | | |
| Finanacial Condition As Of: | | 9/1/24 | | |

| | | | | |
|---|---|---|---|---|
| Cash On Hand: | $ 245,000 | | Amounts and Bills Secured: | $ 8,000 |
| Marketable Securities: (See Schedule A) | $ 32,850,000 | | Debt Marketable Securities: (See Schedule A) | $ 18,350,000 |
| Non-Marketable Securities: (See Schedule B) | $ 201,500,000 | | Debt Non-Marketable Securities (See Schedule F) | $ 107,636,000 |
| Partial Interest in Real Estate: (See Schedule C) | $ 5,230,000 | | Debt Partial Interests in RE: (See Schedule C) | $ 3,640,000 |
| Real Estate Owned: (See Schedule D) | $ 7,350,000 | | Debt Real Estate Owned: (See Schedule D) | $ 2,790,000 |
| Loans Receivable: | $ 1,000 | | Notes Payable Bank Unsecured: | $ |
| Automobiles & Other Personal Property: | $ 275,000 | | Amounts Payable to Others Secured: | $ 100,000 |
| Cash-Value L-Insurance: (See Schedule E) | $ 1,985,000 | | Amounts Payable to Others Unsecured: | $ 4,000 |
| Other Assets: | $ 370,000 | | | |
| TOTAL ASSETS | $ 249,806,000 | | TOTAL LIABILITIES: | $ 132,528,000 |
| | | | NET WORTH | $ 117,278,000 |

Financial Statement RJS  Warsaw          9/2024          1 of 3

| | | SCHEDULE A - MARKETABLE SECURITIES | | | 9/1/24 | |
|---|---|---|---|---|---|---|
| # of Shares Face Value: (Bonds) | | Description: | In Name Of: | Are These Pledged: | Market Value: | |
| N/A | | Various | RBS | Yes | $ 32,850,000 | |
| N/A | | LMA Loan | RBS | Merrill Lynch Loan | $ 18,350,000 | |
| | | | | Liquidity beyond pledge | $ 14,500,000 | |

| | | SCHEDULE B NON- MARKETABLE SECURITIES | | | | |
|---|---|---|---|---|---|---|
| Control | Ownership RAY | Description: | In Name Of: | Are These Pledged: | Market Value: | Mortgage Balances: |
| 100% | 100% | American Heart | Circle Dev. | Yes | $ 2,000,000 | $ 1,200,000 |
| 100% | 80% | Boston Pet Hotel & Spa | Boston RD. | Yes | $ 19,500,000 | $ 6,875,000 |
| 100% | 80% | Amelia CS | Trust-GRHPR | Yes | $ 6,500,000 | $ 3,000,000 |
| 100% | 1% | Harrison CS | Trust-GRHPR | Yes | $ 6,000,000 | $ 3,000,000 |
| 100% | 1% | Blue Ash CS | Trust-GRHPR | Yes | $ 8,000,000 | $ 4,500,000 |
| 100% | 1% | Circle Colerain CS | Trust-GRHPR | Yes | $ 10,000,000 | $ 4,600,000 |
| 100% | 1% | Springdale CS | Trust-GRHPR | Yes | $ 11,000,000 | $ 8,600,000 |
| 100% | 1% | West Chester CS | Trust-GRHPR | Yes | $ 10,500,000 | $ 7,700,000 |
| 100% | 85% | Ivy Knoll | NKAL | Yes | $ 6,000,000 | $ 3,200,000 |
| 100% | 80% | Cinti Red Dog | RD Realty | Yes | $ 6,000,000 | $ 2,800,000 |
| 100% | 9% | the RED | Trust-To Life | Yes | $ 80,000,000 | $ 43,700,000 |
| 100% | 80% | Red Dog Saugus | NSRD | Yes | $ 6,000,000 | $ 3,890,000 |
| 100% | 100% | RED Corner | Red Corner | Yes | $ 14,000,000 | $ 7,700,000 |
| 100% | 100% | Oaklawn | HP Circle | Yes | $ 300,000 | $ 190,000 |
| 100% | 100% | Ringo Lane | 9617 Kenwood | Yes | $ 3,150,000 | $ 2,024,000 |
| 100% | 100% | Lebanon Krogers | Lebanon RD. | NO | $ 2,400,000 | -0- |
| 100% | 100% | Retail | HPC | NO | $ 1,250,000 | -0- |
| 100% | 100% | Gatherings | The Gathering | Yes | $ 2,250,000 | $ 1,450,000 |
| 100% | 100% | Applebees | Tech Woods RD. | Yes | $ 1,250,000 | $ 750,000 |
| 100% | 100% | Grasshopper | Grasshopper II | NO | $ 850,000 | -0- |
| 100% | 100% | Mason Red Dog | Mason RD.-RD | Yes | $ 4,550,000 | $ 2,457,000 |
| | | | | | $ 201,500,000 | $ 107,636,000 |

| | SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE | | | | | |
|---|---|---|---|---|---|---|
| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
| Hamilton Propty | Hamilton | 5% | Various | $ 150,000 | $ 210,000 | NA |
| Rookwood | Rookwood | 4% | Various | $ 185,000 | $ 220,000 | NA |
| Point Blank | RBS LLC | 1% | 2018 | $ 125,000 | $ 175,000 | NA |
| Dillionvale SC | Dillionvale | 6% | 2000 | $ 85,000 | $ 125,000 | $ 65,000 |
| Kett Tool | Warehouse | 100% | 2020 | $ 2,800,000 | $ 3,200,000 | $ 2,600,000 |
| Kenwood Land | 9617 Kenwood | 100% | 2021 | $ 1,218,000 | $ 1,300,000 | $ 975,000 |
| | | | | | $ 5,230,000 | $ 3,640,000 |

Financial Statement RJS Warsaw

9/1/2024

2 of 3

## SCHEDULE D - REAL ESTATE OWNED
9/1/24

| Address & Type: | Title In Name Of: | Date Acquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 1,050,000 | $ 300,000 | $ 3,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 2,800,000 | $ 390,000 | $ 2,900 |
| Maine | RBS | 2021 | $ 2,550,000 | $ 3,500,000 | $ 2,100,000 | $ 9,100 |
| TOTAL | | | $ 3,390,000 | $ 7,350,000 | $ 2,790,000 | $ 15,600 |

* Rental income 1800 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Beneficiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | $ 3,250,000 | N/A | $ 3,250,000 | $1,985,000 |
| Lincoln National | RBS | WIFE | $ 10,000,000 | N/A | $ 10,000,000 | -0- |
| TOTAL | | | $ 13,250,000 | | $ 13,250,000 | $1,985,000 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| ritage-Kett/App | RBS | S | 2019 | $ 3,500,000 | $ 2,970,000 | $ 5,300 |
| GE Credit Union | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 18,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ 1,758,000 | $ - |
| Blue Hills | RD LLC. | S | 2009 | $ 11,250,000 | $ 10,540,000 | $ 35,500 |
| Civista Bank | RBS | S | 2015 | $ 12,000,000 | $ 9,695,000 | $ 44,300 |
| Aegon | To Life the RED | S | 2017 | $ 45,000,000 | $ 42,800,000 | $ 220,000 |
| First Merchant | GRSHP LLC. | S | 2019 | $ 35,000,000 | $ 29,875,000 | $ 138,500 |
| Heritage-Gatherings | RBS | S | 2021 | $ 1,500,000 | $ 1,450,000 | $ 8,500 |
| TOTAL | | | | $115,000,000 | $ 102,308,000 | $ 470,100 |

**TOTAL ASSETS**

Sources of Income for the Year Ending: 12/31/23

| | | |
|---|---|---|
| Interest Income | $ 485,000 | |
| Depreciation/Deduct | $ (345,000) | * Depreciation $5,150,000 |
| Real Estate Income:ADJ-Inc | $ (1,570,000) | |
| Other Income: | $ 3,825,000 | |
| TOTAL | $ 2,395,000 | |

Signature: [signed]

Date Signed: 9/24/24