# EXHIBIT I

**Form 1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2023, or other tax year beginning _____, ending _____ See separate instructions.

| | |
|---|---|
| Your first name and middle initial | RAYMOND |
| Last name | SCHNEIDER |
| Your social security number | ■■■ |
| If joint return, spouse's first name and middle initial | PATRICIA |
| Last name | SCHNEIDER |
| Spouse's social security number | ■■■ |
| Home address (number and street). If you have a P.O. box, see instructions. | 3515 TIFFANY RIDGE LANE |
| Apt. no. | |
| City, town, or post office. | CINCINNATI |
| State | OH |
| ZIP code | 45241 |

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

**Filing Status** Check only one box.
[ ] Single
[X] Married filing jointly (even if only one had income)
[ ] Married filing separately (MFS)
[ ] Head of household (HOH)
[ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent ▶ _____

**Digital Assets** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) [ ] Yes [X] No

**Standard Deduction** Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [X] Were born before January 2, 1959 [ ] Are blind  Spouse: [X] Was born before January 2, 1959 [ ] Is blind

**Dependents** (see instructions):
(1) First name  Last name  (2) Social security number  (3) Relationship to you  (4) Check the box if qualifies for (see instr.): Child tax credit | Credit for other dependents

If more than four dependents, see instr. and check here [ ]

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a Total amount from Form(s) W-2, box 1 (see instructions) STMT 1 | 1a | 418,654. |
| b Household employee wages not reported on Form(s) W-2 | 1b | |
| c Tip income not reported on line 1a (see instructions) | 1c | |
| d Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g Wages from Form 8919, line 6 | 1g | |
| h Other earned income (see instructions) | 1h | |
| i Nontaxable combat pay election (see instructions) 1i | | |
| z Add lines 1a through 1h | 1z | 418,654. |
| 2a Tax-exempt interest  2a  65,586.   b Taxable interest | 2b | 56,283. |
| 3a Qualified dividends  3a  303,208.   b Ordinary dividends | 3b | 330,067. |
| 4a IRA distributions          b Taxable amount | 4b | |
| 5a Pensions and annuities     b Taxable amount | 5b | |
| 6a Social security benefits  6a  66,478.   b Taxable amount | 6b | 56,506. |
| c If you elect to use the lump-sum election method, check here (see instructions) [ ] | | |
| 7 Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 7 | 763,683. |
| 8 Additional income from Schedule 1, line 10 | 8 | -1,267,988. |
| 9 Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 357,205. |
| 10 Adjustments to income from Schedule 1, line 26 | 10 | 10,238. |
| 11 Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 346,967. |
| 12 Standard deduction or itemized deductions (from Schedule A) | 12 | 30,700. |
| 13 Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 Add lines 12 and 13 | 14 | 30,700. |
| 15 Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 316,267. |

**Standard Deduction for -**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2023)

313921 12-04-23

Form 1040 (2023)  RAYMOND & PATRICIA SCHNEIDER                                      STMT 5   Page 2

| | | | | |
|---|---|---|---:|---:|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 34,053. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 34,053. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | 7,654. |
| | 21 | Add lines 19 and 20 | 21 | 7,654. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 26,399. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 20,555. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 46,954. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2  SEE STATEMENT 6   25a  91,276. | | |
| | b | Form(s) 1099   25b | | |
| | c | Other forms (see instructions) SEE STATEMENT 7   25c  1,968. | | |
| | d | Add lines 25a through 25c | 25d | 93,244. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC)   27 | | |
| | 28 | Additional child tax credit from Schedule 8812   28 | | |
| | 29 | American opportunity credit from Form 8863, line 8   29 | | |
| | 30 | Reserved for future use   30 | | |
| | 31 | Amount from Schedule 3, line 15   31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 93,244. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 46,290. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| Direct deposit? See instructions. | b | Routing number _____   c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number _____ | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** ...  36 | | 46,290. |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** | 37 | |
| | | For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | |
| | 38 | Estimated tax penalty (see instructions)   38 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS? See instructions ........ ☒ Yes. Complete below.  ☐ No

Designee's name: **CANDICE SALAZAR**   Phone no.: _____   Personal identification number (PIN): _____

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: **RE PROFESSIONAL** | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) _____

Joint return? See instructions. Keep a copy for your records.
Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation: **RETIRED** | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) _____

Phone no. | Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| CANDICE SALAZAR | CANDICE SALAZAR | 10/12/24 | _____ | ☒ Self-employed |

Firm's name: **CANDICE J SALAZAR**   Phone no.: _____
Firm's address: **5589 PLUM RUN ROAD, MILFORD, OH 45150**   Firm's EIN: _____

Go to *www.irs.gov/Form1040* for instructions and the latest information.   Form **1040** (2023)

313922 12-04-23

| SCHEDULE D | **Capital Gains and Losses** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | Attach to Form 1040, 1040-SR, or 1040-NR. | **2023** |
| Department of the Treasury<br>Internal Revenue Service | Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.<br>Go to www.irs.gov/ScheduleD for instructions and the latest information. | Attachment<br>Sequence No. **12** |

Name(s) shown on return: **RAYMOND & PATRICIA SCHNEIDER**   Your social security number: [redacted]

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

### Part I  Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less (see instructions)

| | See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|---|
| 1a | Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | | | | |
| 1b | Totals for all transactions reported on Form(s) 8949 with **Box A** checked | 6,451,143. | 6,827,655. | 117. | <376,395.> |
| 2 | Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | |
| 3 | Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 4 | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 5 | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | | | 6 | ( ) |
| 7 | Net short-term capital gain or (loss). Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 | | | 7 | <376,395.> |

### Part II  Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year (see instructions)

| | See instructions for how to figure the amounts to enter on the lines below.<br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|---|
| 8a | Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | |
| 8b | Totals for all transactions reported on Form(s) 8949 with **Box D** checked | 6,133,026. | 5,353,423. | | 779,603. |
| 9 | Totals for all transactions reported on Form(s) 8949 with **Box E** checked | 343,581. | 47,325. | | 296,256. |
| 10 | Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 11 | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | SEE STATEMENT 11 | | 12 | 61,679. |
| 13 | Capital gain distributions. See the instructions | STMT 12 | | 13 | 2,540. |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | | | 14 | ( ) |
| 15 | Net long-term capital gain or (loss). Combine lines 8a through 14 in column (h). Then, go to Part III on page 2 | | | 15 | 1,140,078. |

LHA  For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule D (Form 1040) 2023

320511 12-21-23

Schedule D (Form 1040) 2023        RAYMOND & PATRICIA SCHNEIDER                                           Page **2**

| **Part III** | **Summary** |

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result | 16 | 763,683. |

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

17   Are lines 15 and 16 **both** gains?
[X] **Yes.** Go to line 18.
[ ] **No.** Skip lines 18 through 21, and go to line 22.

| | | |
|---|---|---|
| 18 | If you are required to complete the **28% Rate Gain Worksheet**(see instructions), enter the amount, if any, from line 7 of that worksheet | 18 |
| 19 | If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet   SEE STATEMENT 13 | 19 |

20   Are lines 18 and 19 both zero or blank and you are not filing Form 4952?

[X] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

[ ] **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

21   If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)

| | |
|---|---|
| 21 | ( ) |

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

22   Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

[ ] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

[ ] **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

Schedule D (Form 1040) 2023

320512 12-21-23

| Form **8949** | **Sales and Other Dispositions of Capital Assets** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.<br>Go to www.irs.gov/Form8949 for instructions and the latest information. | **2023**<br>Attachment Sequence No. **12A** |

Name(s) shown on return | Social security number or taxpayer identification no.

RAYMOND & PATRICIA SCHNEIDER

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part I  Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

Note: You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

You must check Box A, B, or C below. Check only one box. If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

[X] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
[ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
[ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) | (e) Cost or other basis. See the Note below and see Column (e) in the Instructions | (f) Code(s) | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) & combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| ML | | | 6,108,328. | 6,459,912. | W | 117. | <351,467.> |
| ML | | | 8,484. | 17,309. | | | <8,825.> |
| ML | | | 313,994. | 328,504. | | | <14,510.> |
| ML | | | 20,337. | 21,930. | | | <1,593.> |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if Box A above is checked), **line 2** (if Box B above is checked), or **line 3** (if Box C above is checked) | | | **6,451,143.** | 6,827,655. | | 117. | <376,395.> |

Note: If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See Column (g) in the separate instructions for how to figure the amount of the adjustment.

323011 01-05-24  LHA  For Paperwork Reduction Act Notice, see your tax return instructions.  Form **8949** (2023)

| Form 8949 (2023) | | | | | | | Attachment Sequence No. **12A** | Page **2** |
|---|---|---|---|---|---|---|---|---|

Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on page 1 | Social security number or taxpayer identification no.

**RAYMOND & PATRICIA SCHNEIDER**

Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part II Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

You **must** check Box D, E, or F below. Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

[X] **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
[ ] **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
[ ] **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See instructions. | | (h) Gain or (loss). Subtract column (e) from column (d) & combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) | (g) Amount of adjustment | |
| ML | | | 5,482,304. | 4,678,610. | | | 803,694. |
| ML | | | 294,947. | 317,305. | | | <22,358.> |
| ML | | | 774. | 3,900. | | | <3,126.> |
| ML | | | 51,546. | 108,531. | | | <56,985.> |
| ML | | | 267,828. | 202,883. | | | 64,945. |
| ML | | | 35,627. | 42,194. | | | <6,567.> |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) ......... | | | 6,133,026. | 5,353,423. | | | 779,603. |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

323012 01-05-24

Form **8949** (2023)

| Form 1116 | U.S. and Foreign Source Income Summary | | | |
|---|---|---|---|---|
| NAME | | | | |
| RAYMOND & PATRICIA SCHNEIDER | | | | |
| INCOME TYPE | | TOTAL | U.S. | FOREIGN GENERAL |
| Compensation | | 418,654. | 418,654. | |
| Dividends/Distributions | SEE STATEMENT 51 | 330,067. | 24,777. | 305,290. |
| Interest | | 56,283. | 56,283. | |
| Capital Gains | | 1,229,114. | 1,229,114. | |
| Business/Profession | | 4,661,723. | 4,661,723. | |
| Rent/Royalty | | 3,067,175. | 3,067,175. | |
| State/Local Refunds | | | | |
| Partnership/S Corporation | | 1,178,905. | 1,178,905. | |
| Trust/Estate | | | | |
| Other Income | | 56,506. | 56,506. | |
| Gross Income | | 10,998,427. | 10,693,137. | 305,290. |
| Less: | | | | |
| Section 911 Exclusion | | | | |
| Capital Losses | | 465,431. | 465,431. | |
| Capital Gains Tax Adjustment | | | | |
| Total Income - Form 1116 | | 10,532,996. | 10,227,706. | 305,290. |
| Deductions: | | | | |
| Business/Profession Expenses | | 4,327,727. | 4,327,727. | |
| Rent/Royalty Expenses | | 3,171,995. | 3,171,995. | |
| Partnership/S Corporation Losses | | 1,166,654. | 1,166,654. | |
| Trust/Estate Losses | | | | |
| Capital Losses | | | | |
| Non-capital Losses | | 1,463. | 1,463. | |
| Individual Retirement Account | | | | |
| Moving Expenses | | | | |
| Self-employment Tax Deduction | | 6,280. | 6,280. | |
| Self-employment Health Insurance | | 3,958. | 3,958. | |
| Keogh Contributions | | | | |
| Alimony | | | | |
| Forfeited Interest | | | | |
| Foreign Housing Deduction | | | | |
| Other Adjustments | | 1,507,952. | 1,507,952. | |
| Capital Gains Tax Adjustment | | | | |
| Total Deductions | | 10,186,029. | 10,186,029. | |
| Adjusted Gross Income | | 346,967. | 41,677. | 305,290. |
| Less Itemized Deductions: | | | | |
| Specifically Allocated | | | | |
| Home Mortgage Interest | | | | |
| Other Interest | | | | |
| Ratably Allocated | | 30,700. | 29,848. | 852. |
| Other Deductions | | | | |
| Total Adjustments to Adjusted Gross Income | | 30,700. | 29,848. | 852. |
| Taxable Income | | 316,267. | 11,829. | 304,438. |

327931 11-28-23

| FORM 1040 | | WAGES RECEIVED AND TAXES WITHHELD | | | | STATEMENT | 1 |
|---|---|---|---|---|---|---|---|

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| S | GRASSHOPPER INVESTMENTS LLC | 418,654. | 91,276. | 18,884. | 5,233. | 9,932. | 8,038. |
| | TOTALS | 418,654. | 91,276. | 18,884. | 5,233. | 9,932. | 8,038. |

| FORM 1040 | TAX-EXEMPT INTEREST | STATEMENT 2 |
|---|---|---|

| NAME OF PAYER | AMOUNT |
|---|---|
| ML ▮ | 115,120. |
| ML ▮ BOND PREM, | -47,153. |
| ML ▮ LESS ACC INT PAID | -2,381. |
| TOTAL TO FORM 1040, LINE 2A | 65,586. |

| FORM 1040 | QUALIFIED DIVIDENDS | STATEMENT 3 |
|---|---|---|

| NAME OF PAYER | ORDINARY DIVIDENDS | QUALIFIED DIVIDENDS |
|---|---|---|
| INTERNATIONAL BANKCSHARES CORP | 3,655. | 3,655. |
| ML ▮ | 13,043. | 11,853. |
| ML ▮ | 295,411. | 270,173. |
| ML ▮ | 817. | 817. |
| ML ▮ | 992. | 992. |
| ML ▮ | 9,879. | 9,602. |
| ML ▮ | 2,011. | 1,857. |
| FROM K-1 - JOSEPH SCHNEIDER TRUST | 4,259. | 4,259. |
| TOTAL INCLUDED IN FORM 1040, LINE 3A | | 303,208. |