# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
| Debtor. | ) Judge Beth A. Buchanan |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served the 27th day of February, 2025, a copy of The Huntington National Bank's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. §1104 and Notice of Motion through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and upon all creditors and parties-in-interest on the attached service via the methods noted thereon.

Respectfully submitted,

Date: February 27, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041
E-mail: christopher.schueller@bipc.com
E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*

**Service List**

**Via Electronic Mail and ECF Notification**

*Counsel for Debtor*
Thomas R Allen, allen@aksnlaw.com
James A. Coutinho, coutinho@asnalaw.com
Andrew Dennis Rebholz, rebholz@asnalaw.com
Richard K. Stovall, stovall@asnalaw.com
Eric W. Goering, eric@goering-law.com

*Counsel for Asst US Trustee (Cin)*
David, T. Austin, david.austin2@usdoj.gov
Ryan Steven Lett, ryan.lett@usdoj.gov

*Counsel for Three Notes LLC*
Susan M. Argo, sargo@brickergraydon.com

*Counsel for Park National Bank*
Austin Z. Baurichter, abaurichter@brickergraydon.com

*Counsel for First Merchants Bank*
Richard Boydston, richard.boydston@dentons.com
Whitney L. Mosby, whitney.mosby@dentons.com

*Counsel for Creditor Bank of America, N.A.*
Stefanie L. Deka, sdeka@mcglinchey.com
David Mullen, dmullen@mcglinchey.com

*Counsel for Creditor Civista Bank*
Patricia B. Fugee, patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com

*Counsel for First Merchants Bank*
Patrick Allen Hruby, patrick.hruby@brockandscott.com, wbecf@brockandscott.com

*Counsel for Heritage Bank*
Jon J. Lieberman, bankruptcy@sottileandbarile.com

*Counsel for Stock Yards Bank & Trust Company*
Paul T. Saba, pts@sspfirm.com, eak@sspfirm.com, srb@sspfirm.com

*Counsel for Merrill Lynch, Pierce, Fenner & Smith*
Branden P. Moore, bmoore@mcguirewoods.com

*Counsel for Bank of America, N.A.*
Rudy J. Cerone

*Counsel for General Electric Credit Union*
Donald J. Mallory, DWMallory@woodlamping.com

**Via Regular, U.S. Mail**

*Debtor*
Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

3

| | |
|---|---|
| Tricia Morra<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | TruGreen<br>4041 Thunderbird Lane<br>Fairfield, OH 45014 |
| Truist Bank<br>c/o Corporation Service Company<br>as Statutory Agent<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215 | Truist Bank<br>Bankruptcy Department<br>PO Box 27767<br>Richmond, VA 23261 |
| Truist Bank<br>PO Box 79041<br>Baltimore, MD 21279- 001 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| US Bank, NA<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Vail Valley Snow Removal<br>2497 Chamonix Ln Apt J3<br>Vail, CO 81657 |
| Vorys, Sater, Seymour and Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215 | Webhannet Golf Club<br>26 Golf Club Drive<br>Kennebunk, ME 04043 |
| Whitney Mosby, Esq.<br>Dentons Bingham Greenebaum, LLP<br>10 West Market Street, #2700<br>Indianapolis, IN 46204 | Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 |
| Xfinity/Comcast<br>7875 Montgomery Rd<br>Cincinnati, OH 45236 | |