# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| *In re* <br><br> Raymond Joseph Schneider, <br><br> Debtor. | Case No. 25-12607 <br> Chapter 11 <br> Judge Buchanan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to Fed. R. Bank. P. 2002 and 9010(b), the undersigned, as counsel of record for **Bank of America, N.A.**, a creditor of the above-named debtor and a party-in-interest in this bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address, and telephone number:

> **McGuireWoods LLP**
> Branden P. Moore
> 260 Forbes Ave, Suite 1800
> Pittsburgh, PA 15222
> T: (412) 667-7908
> bmoore@mcguirewoods.com

The above request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also orders and notices of any application, motion, petition, pleadings, request, complaint, demand, or any other document brought before the Court (whether formal or informal, written or oral, and conveyed by any means) that in any way affects or seek to affect the rights or interests of the debtor.

**Dated:** March 5, 2026	Respectfully submitted,

**McGuireWoods LLP**
By: */s/ Branden P. Moore*
Branden P. Moore
OH Bar No. 0092716
260 Forbes Ave, Suite 1800
Pittsburgh, PA 15222
T: (412) 667-7908
bmoore@mcguirewoods.com
*Counsel for Bank of America, N. A.*

## Certificate of Service

I hereby certify that I served or caused to be served on the 5th day of March 2026 a copy of the above notice via ECF notification upon all parties-in-interest.

*/s/ Branden P. Moore*

2