## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| *IN RE* | **CASE NUMBER: 25-12607** |
| **RAYMOND JOSEPH SCHNEIDER**<br>Debtor | **CHAPTER 11** |
| | **JUDGE BUCHANAN** |

### *EX PARTE* MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Bank of America, N.A. ("BANA"), who respectfully moves this Court for an Order permitting the withdrawal of Rudy J. Cerone, as counsel of record for BANA.

BANA further shows that Branden P. Moore of McGuire Woods LLP, has enrolled as counsel for BANA and will serve as counsel of record for BANA in this matter going forward. Accordingly, no party will be prejudiced by the requested withdrawal.

**WHEREFORE**, undersigned counsel moves for an Order permitting Rudy Cerone to withdraw as counsel of record for Bank of America, N.A.

Respectfully Submitted:

McGUIREWOODS LLP

*/s/ Branden P. Moore*
Branden P. Moore
OH Bar No. 0092716
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-7908
E-mail:bmoore@mcguirewoods.com

Respectfully Submitted:

COUHIG PARTNERS LLC

*/s/ Rudy J. Cerone*
Rudy J. Cerone (#14137)
*Admitted Pro Hac Vice*
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
Telephone: (504) 416-7426
Facsimile: (504) 588-9750
E-mail: rcerone@couhigpartners.com
            lgraff@couhigpartners.com

Attorneys for Bank of America, N.A.

## <u>CERTIFICATE OF SERVICE</u>

**I CERTIFY** that on March 5, 2026, a true and correct copy of the foregoing *Ex Parte* Motion to Withdraw as Attorney of Record was sent via ECF Noticing to all parties receiving ECF Notices in this matter.


*/s/ Branden P. Moore*
Branden P. Moore