**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | ) | Case No. 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Beth A. Buchanan |
| | ) | |
| | ) | |

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Bank of America, N.A. ("BANA"), through undersigned counsel, who respectfully moves this Court for an Order permitting the withdrawal of Stefanie L. Deka, as counsel of record for BANA.

BANA further shows that Branden P. Moore of McGuire Woods LLP, has appeared as counsel for BANA and will serve as counsel of record for BANA in this matter going forward. Accordingly, no party will be prejudiced by the requested withdrawal.

WHEREFORE, undersigned counsel moves for an Order permitting Stefanie L. Deka to withdraw as counsel of record for Bank of America, N.A.

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Branden P. Moore via email consent* | */s/ Stefanie L. Deka* |
| Branden P. Moore (OH Bar 0092716) | Stefanie L. Deka (0089248) |
| **McGuire Woods LLP** | **Hinshaw & Culbertson LLP** |
| 260 Forbes Ave., Suite 1800 | 16102 Chagrin Blvd., Ste 112 |
| Pittsburgh, PA 15222 | Shaker Hts., OH 44120 |
| Telephone: (412) 667-7908 | Telephone:   (216) 247-8504 |
| bmoore@mcguirewoods.com | Facsimile:    (216) 247-8501 |
| | sdeka@hinshawlaw.com |

*Attorneys for Bank of America, N.A.*

6129\328434800.v1

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the *Ex Parte Motion To Withdraw As Counsel Of Record* was served electronically on the 5th day of March, 2026 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

 

    */s/ Stefanie L. Deka*
    Stefanie L. Deka

6129\328434800.v1