**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re | ) | Case No. 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Beth A. Buchanan |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This matter is before the court on the Motion to Withdraw as Counsel for creditor Bank of America, N.A. For good cause shown, the Court finds this Motion to be well-taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that Stefanie L. Deka shall be withdrawn as counsel for creditor, Bank of America, N.A.

IT IS SO ORDERED.