IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
| Debtor. | ) Judge Beth A. Buchanan |

**LIMITED OBJECTION OF THE HUNTINGTON NATIONAL BANK TO
DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS TO
FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**

The Huntington National Bank, as Administrative Agent ("**Huntington**"), respectfully submits this Limited Objection to Debtor's Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances (the "**Motion**") (Doc. 104) and in support thereof, states as follows:

1. Huntington does not oppose relief sought in the Motion but respectfully requests that no further extensions of exclusivity be granted.

2. While the Debtor itemizes a list of tasks the Debtor is undertaking in this case to justify an extension, the vast majority of the categories enumerated by the Debtor are nothing more than garden-variety tasks associated with operating in chapter 11. These tasks should have been anticipated by the Debtor and his professionals in preparing for and filing this case and do excuse the timely filing of a chapter 11 plan.

3. Indeed, since this is the Debtor's second chapter 11 case in three (3) years, the Debtor has had ample time to formulate his chapter 11 plan.

4. As the Debtor's single largest creditor, Huntington is entitled to have this case proceed in a timely manner. While a single extension of exclusivity is not objectionable, additional extensions would prejudice Huntington by further delaying payment to Huntington on its

judgment. Accordingly, Huntington requests that any order granting the Motion be expressly conditioned on no further extensions being granted.

**WHEREFORE**, Huntington respectfully requests that this Honorable Court condition the relief sought in the Motion to a single ninety (90) day extension of exclusivity with no further extensions to be granted.

Dated:  March 10, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH Id. No. 0086170)
Timothy P. Palmer (OH Id. No. 86166)
Kelly M. Neal (OH Id. No. 100889)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax:  412-562-1041
E-mail: christopher.schueller@bipc.com
E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*