# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
| Debtor. | ) Judge Beth A. Buchanan |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served the 10th day of March, 2026, a copy of The Huntington National Bank's Limited Objection to Debtor's Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances (Doc. 104) through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

Respectfully submitted,

Date: March 10, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041
E-mail: christopher.schueller@bipc.com
E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*