**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 6, 2026**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| *IN RE* | **CASE NUMBER: 25-12607** |
| **RAYMOND JOSEPH SCHNEIDER**<br>Debtor | **CHAPTER 11** |
| | **JUDGE BUCHANAN** |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### [Docket Number 117]

This matter is before the court on the Motion to Withdraw as Counsel for creditor Bank of America, N.A. For good cause show, the Court finds this Motion to be well-taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that Rudy J. Cerone shall be withdrawn as counsel for creditor, Bank of America, N.A.

IT IS SO ORDERED.

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-12607-bab

Raymond Joseph Schneider                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1 | User: ad | Page 1 of 2
Date Rcvd: Mar 09, 2026 | Form ID: pdf01 | Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
|  | + Rudy J Cerone, Couhig Partners, 3250 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-1101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1 | User: ad | Page 2 of 2
Date Rcvd: Mar 09, 2026 | Form ID: pdf01 | Total Noticed: 2

Brian Green
on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard John LaCivita
on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka
on behalf of Creditor BANK OF AMERICA  N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 28