**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 12, 2026**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
|     Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
|     Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING APPLICATION TO EMPLOY GBQ CONSULTING, LLC, AS APPRAISER (DOC. 102)**

This matter is before the Court upon the *Application to Employ GBQ Consulting, LLC as Appraiser* (the "Application") (Doc. 102). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ GBQ Consulting, LLC ("GBQ") as an appraiser for the Debtor pursuant to 11 U.S.C. § 327(a). The Debtor further seeks authorization to provide GBQ with a post-petition retainer pursuant to 11 U.S.C. § 328(a), with all compensation subject to the procedures established in this case and ultimate approval by the Court.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing

an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Affidavit of Rebekah A. Smith attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of GBQ as an appraiser should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1.  The employment of GBQ as an appraiser for the Debtor is approved effective as of date the Application was filed, on the terms and conditions set forth in the Application.

2.  The Debtor is authorized to pay to GBQ a post-petition retainer in the amount of $15,000.00, which will be held in trust by GBQ to be applied as permitted in this proceeding.

3.  GBQ's compensation is subject to the professional compensation procedures in this case, subject to final Court approval.

**SO ORDERED.**

SUBMITTED BY:

 /s/  James A. Coutinho
James A. Coutinho     (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500     F: (614) 221-5988
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20 and additional party:

GBQ Consulting LLC
c/o Rebekah A. Smith
230 West Street, Suite 700
Columbus, OH 43215