**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 13, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | Case No. 25-12607 |
| ) | **Chapter 11** |
| **Debtor(s)** ) | **Judge Buchanan** |
| ) | |
| ) | |

### ORDER SETTING STATUS CONFERENCE ON
### MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN
### AND DISCLOSURE STATEMENT [Docket Number 104]

This case is before this Court regarding Debtor's *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* [Docket Number 104], and Creditor The Huntington National Bank's *Objection* [Docket Number 120].

This matter is scheduled for a status conference on **March 18, 2026, at 10:00 a.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202.

This is a non-evidentiary proceeding.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the preliminary hearing telephonically. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's

*General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: [www.ohsb.uscourts.gov](www.ohsb.uscourts.gov) under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at [Heather_Gilliam@ohsb.uscourts.gov](Heather_Gilliam@ohsb.uscourts.gov).

**Should any party fail to attend the preliminary hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List