## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Case No. 25 - 12607** |
| | : | |
| **Raymond Joseph Schneider,** | : | **Chapter 11** |
| | : | |
| **Debtor in Possession.** | : | **Judge: Beth A. Buchanan** |

## NOTICE OF APPEARANCE

Now comes Karolina F. Perr, an attorney admitted to practice in the US Bankruptcy Court, Southern District of Ohio, and enters her appearance on behalf of the Village of Evendale, Ohio ("Interested Party/Creditor"), its successors and assigns, in the above captioned proceedings. Please send all notices in this case to the undersigned at the address and email below.

Respectfully Submitted,

*/s/ Karolina F. Perr*
Karolina F. Perr (OH – 0066193)
Wood + Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Voice: (513) 852-6066
Email: bankruptcy@woodlamping.com

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 25 - 12607** |
| | : | |
| **Raymond Joseph Schneider,** | : | **Chapter 11** |
| | : | |
| **Debtor in Possession.** | : | **Judge: Beth A. Buchanan** |

## PROOF OF SERVICE

The undersigned certified that a copy of the Notice of Appearance filed by Village of Evendale, Ohio ("Interested Party/Creditor"), its successors and assigns, was electronically transmitted on the **13th** day of **March, 2026** via the Court`s CM/ECF system to those other interested parties who are listed on the Court`s Electronic Mail Notice List

Respectfully Submitted,
*/s/ Karolina F. Perr*
Karolina F. Perr (OH - 0066193)