This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

Dated: March 12, 2026

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING APPLICATION TO EMPLOY GBQ CONSULTING, LLC, AS APPRAISER (DOC. 102)**

This matter is before the Court upon the *Application to Employ GBQ Consulting, LLC as Appraiser* (the "Application") (Doc. 102). Through the Application, Raymond Joseph Schneider, the chapter 11 debtor and debtor in possession in this case (the "Debtor"), seeks to employ GBQ Consulting, LLC ("GBQ") as an appraiser for the Debtor pursuant to 11 U.S.C. § 327(a). The Debtor further seeks authorization to provide GBQ with a post-petition retainer pursuant to 11 U.S.C. § 328(a), with all compensation subject to the procedures established in this case and ultimate approval by the Court.

The Application was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. The time for filing

an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Affidavit of Rebekah A. Smith attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of GBQ as an appraiser should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1. The employment of GBQ as an appraiser for the Debtor is approved effective as of date the Application was filed, on the terms and conditions set forth in the Application.

2. The Debtor is authorized to pay to GBQ a post-petition retainer in the amount of $15,000.00, which will be held in trust by GBQ to be applied as permitted in this proceeding.

3. GBQ's compensation is subject to the professional compensation procedures in this case, subject to final Court approval.

**SO ORDERED.**

SUBMITTED BY:

 /s/  James A. Coutinho
James A. Coutinho      (0082430)
Andrew D. Rebholz     (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500     F: (614) 221-5988
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to Default List plus Top 20 and additional party:

GBQ Consulting LLC
c/o Rebekah A. Smith
230 West Street, Suite 700
Columbus, OH 43215

United States Bankruptcy Court
Southern District of Ohio

In re:  Case No. 25-12607-bab
Raymond Joseph Schneider  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: ad     Page 1 of 3
Date Rcvd: Mar 12, 2026     Form ID: pdf01     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| app | + | Rebekah Smith, GBQ Consulting LLC, 230 West Street, Suite 700, Columbus, OH 43215-2663 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21991702 | + | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21991703 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Mar 12 2026 19:00:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21969188 | + | Email/Text: gecubankruptcy@gecreditunion.org | Mar 12 2026 18:59:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21991701 | + | Email/Text: l.cook@ourheritage.bank | Mar 12 2026 19:00:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21933216 | + | Email/Text: bankruptcy.notices@syb.com | Mar 12 2026 19:00:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Mar 12 2026 19:00:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0648-1 | User: ad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf01 | Total Noticed: 12 |

Date: Mar 14, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Andrew Dennis Rebholz
     on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com

Asst US Trustee (Cin)
     ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter
     on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore
     on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore
     on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green
     on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
     on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
     on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com

David T. Austin
     on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
     on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
     on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
     on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
     on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Kelly Neal
     on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
     on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
     on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
     on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
     on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard John LaCivita
     on behalf of Creditor Heritage Bank bankruptcy@sottileandbarile.com

Richard K Stovall
     on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Ryan Steven Lett
     on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Stefanie L. Deka

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 3 of 3 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf01 | Total Noticed: 12 |

on behalf of Creditor BANK OF AMERICA  N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann
    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
    on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
    on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
    on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
    on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 28