# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) <br>) Chapter 11<br>) Case No. 1:25-bk-12607<br>) Judge Beth A. Buchanan<br>) <br>) <br>) |

**DISCOVERY STATUS REPORT OF HUNTINGTON NATIONAL BANK FOR REVIEW AT THE STATUS CONFERENCE ON MARCH 18, 2026**

Huntington National Bank ("**Huntington**") respectfully submits this Discovery Status Report for review at the Status Conference on March 18, 2026.

1. Raymond J. Schneider (the "**Debtor**") continues to fail to cooperate in the discovery process. Attached as **Exhibit A** is a letter dated February 18, 2026 from Huntington's counsel to Debtor's counsel outlining the discovery deficiencies. Attached as **Exhibits B**, **C** and **D** are summaries of the missing financial information which to date the Debtor has failed to provide.

2. At the discovery conference on March 18, 2026, Huntington respectfully requests that the Court establish firm deadlines for the Debtor's disclosure of the missing information. Without firm deadlines, the Debtor will continue the pattern of conduct he displayed in his first bankruptcy case (for which he was sanctioned). He will fail to produce information in a timely manner. He will also refuse to provide other information. In the end, as in his first bankruptcy case, the Debtor will obstruct and delay Huntington from compiling basic financing information which is necessary for Huntington to examine the Debtor's fraudulent conveyances to family members and also for Huntington to evaluate valuation and feasibility issues in connection with confirmation of a plan.

1

Dated:  March 16, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
Christopher P. Schueller (OH Id. No. 0086170)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax:  412-562-1041
E-mail: christopher.schueller@bipc.com

*Attorneys for The Huntington National Bank*