# Exhibit A

# Buchanan

**Kelly M. Neal**
412 562 8338
kelly.neal@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413
T 412 562 8800
F 412 562 1041

February 18, 2026

**VIA ELECTRONIC MAIL**

James A. Coutinho
Allen Stovall Neuman & Ashton LLP
coutinho@asnalaw.com

   Re:  *In re Raymond Joseph Schneider*, Case No. 25-12607

Dear Mr. Coutinho:

We write in response to your January 30, 2026, letter (the "Initial Production Letter").  We are in receipt of Mr. Schneider's initial production, and, in this correspondence, we will address our preliminary assessment, questions, and concerns regarding same. We request that you please provide responses to the following items and further documents upon receipt of this correspondence.  However, please note that our review is ongoing so additional deficiencies, questions, and issues may come to light, and this letter is not meant to be an exhaustive list or limit future discovery in any way.  This is a good faith attempt to understand the Debtor's position with respect to certain matters set forth in Huntington's 2004 requests prior to our conference with the Court.

**Understanding of Schneider's Business Organization**

As a preliminary matter, you stated in your Initial Production Letter that you would provide a schedule of Mr. Schneider's business interests, a list of owners, a general statement of the nature of the business and their assets, and whether they are presently active.  Additionally, you indicated that you would provide an organizational chart.  What is the status of these documents and disclosures?

Further, based on our preliminary review, there appear to be even more entities affiliated with Mr. Schneider or from which Mr. Schneider derives or has derived income than anticipated.  The Exhibits to this letter, which reflect our understanding of the Debtor's productions to date, identifies 91 entities which appear to be affiliated with Mr. Schneider based on Mr. Schneider's prior disclosures and documents produced to date, exclusive of certain entities identified in Huntington's 2004 requests which are not referenced but are believed to be affiliated with the Debtor as well.  For many entities, little or no information has been produced.  For the below entities, **no new documents** were produced (and in some cases no documents have been produced

*Raymond Joseph Schneider*
February 19, 2026
Page - 2 -

at all). Please confirm if Mr. Schneider will produce documents relating to these entities or if Mr. Schneider is taking the position that no production will be made, and why:

- 82 Lafayette Road Development, LLC
- 82 Lafayette Road LLC
- All Realty of Blue Ash, LLC
- Boston Animal Hospital LLC
- Boston Pet Rehabilitation Center LLC
- Boston Red Dog Pet Resort & Spa, LLC
- Boston Self Storage, LLC
- Circle Ads and Storage JDE Holdings LLC
- Circle Health Care Operating 1, LLC
- Circle Health Care Operating II, LLC
- Circle Health Care Operating III, LLC
- Circle Health Care Operating IV, LLC
- Circle Health Care Operating V, LLC
- Circle Health Care Operating VI, LLC
- Circle Development LLC
- Circle Home Theater
- Circle Storage Operating Company II, LLC
- EGHC Holdings, Inc.
- F2, LTD.
- Framingham Red Dog
- Glen Sterling Health Center LTD
- Horizon Health Care, Inc.
- Mason Red Dog Pet Resort & Spa, LLC
- North Shore Red Dog Pet Resort & Spa, LLC
- North Station Animal Hospital, LLC
- Northeast Self Storage, LLC
- Northwest Self Storage, LLC
- Peabody RD, LLC
- Pleasant Ridge Realty, LLC
- Principal Sterling Manor LTD
- R&T Development, Inc.
- Red Cup Espresso, LLC
- Red Dog Management Company, LLC
- Red Dog Operations Holding Company LLC
- Red Dog Pet Resort & Spa
- RH Real Estate Investments, LLC
- Shaya B, LLC
- Skipton Kennel and Pet Center, Inc.

*Raymond Joseph Schneider*
February 19, 2026
Page - 3 -

- Soft Pouch Equipment, LTD
- Springdale Red Dog Pet Resort & Spa, LLC
- Sterling Glen Health Center, Ltd.
- Sterling Manor, Ltd.
- The Blue Development Company LLC
- The Cambridge Health Care Center, Ltd.
- The Red at Madison Circle LLC
- The Red Kitchen, LLC
- To Life III
- West Chester Pet Resort & Spa, LLC

Further, upon review of Mr. Schneider's 2023 tax return, the following "new" entities were identified as entities through which Mr. Schneider recognized income in 2023. Please also confirm if Mr. Schneider will produce documents relating to these entities or if Mr. Schneider is taking the position that no production will be made, and why:

- Alternative Home Care and Staffing Incorporated
- Topco America, LLC d/b/a Shoot Point
- Glidden House Partners
- Waldorf Partners Limited Partnership
- Joseph Schneider Trust

**Specific Entity-Level Documents**

Your Initial Production Letter describes Mr. Schneider's business interests as falling into the following four (4) categories. However, you did not specify which entities belong to each category. Will you provide a list? When?

- **Category 1**: Entities that have never operated or were liquidated "long before any relevant time period".
- **Category 2**: Entities that conducted business that were sold, shut down, or reorganized.
- **Category 3**: Entities that Mr. Schneider fully controls or has a substantial interest.
- **Category 4**: Entities that Mr. Schneider does not "fully control or in which he is a mere investor."

Huntington's 2004 requests included, without limitation, financial statements, tax returns, bank statements, loan documents, and organizational documents, among other things. The initial production included documents from each of these categories for certain entities, however there appear to be many gaps in the production. Based on a preliminary inventory of documents, an initial list of missing tax returns is attached as **Exhibit A**, and a missing list of financial statements is attached hereto as **Exhibit B**. Even less bank account information was provided. The only bank

*Raymond Joseph Schneider*
February 19, 2026
Page - 4 -

account information produced to date is reflected in the attached **Exhibit C**, many of which are incomplete.

With respect to "Category 4" entities, in addition to identifying those entities, you indicated in the Initial Production Letter that you would request the "relevant documents" from "third parties." Has that request been made? If so, please identify: (i) the identity of the third parties, (ii) the information that has been requested, and (iii) timeline for the production.

Notably, no documents were produced relating to Red Dog entities at all. Our request above regarding Mr. Schneider's position on these documents is reiterated. The fact that one or more of those entities was sold does not eliminate Mr. Schneider's duty to produce information about those entities prior to the sale as well as details of the sale. Further, when do you expect to produce documents relating to the Red Dog entities and the aforementioned sales?

**Personal Affairs**

Your Initial Production Letter indicates that you will be providing the following statements. Please advise on the status of these documents and timing for the production:

- Bank statements from Stockyards Bank prior to July 2024.
- Bank Statements from 1st National Bank of Kentucky.
- American Express credit card statements for credit card account number x■■■■.
- US Bank credit card statements.

Additionally, Mr. Schneider's 2023 tax return recognizes interest income from accounts maintained at PNC Bank and US Bank for which no reporting has been provided. Is Mr. Schneider planning on supplementing his production? If so, when? If not, why?

The Merrill Lynch account statements are incomplete. Although account statements for accounts x-■■■■, x-■■■■ and x-■■■■ were provided, Merrill Lynch account statements between November 1, 2023, and September 1, 2024, and from November 2025 through the present have not yet been produced. Is Mr. Schneider planning on supplementing his production? If so, when? If not, why?

Further, the following Merrill Lynch accounts were previously identified to us by Merrill Lynch, but no documents were produced in this recent production. Please provide account statements for the following accounts from November 1, 2023 to the present:

- x-■■■■
- x-■■■■
- x-■■■■
- x-■■■■
- x-■■■■

*Raymond Joseph Schneider*
February 19, 2026
Page - 5 -

- x-█
- x-█
- x-█

Mr. Schneider's 2023 tax return recognizes interest income from the following Merrill Lynch accounts for which no reporting has been provided. Please confirm if Mr. Schneider will produce documents relating to these accounts, or if Mr. Schneider is taking the position that no production will be made, and why:

- x-█
- x-█
- x-█

Further, the Initial Production Letter indicates that Mr. Schneider has not yet filed his 2024 tax returns. However, the extension period expired in October 2025. What is the status of those returns? Who is preparing them?

No personal financial statements were produced for 2023 or 2025. Four personal financial statements were produced from 2024. Is Mr. Schneider's production complete or will additional financial statements be produced? We note that additional financial statements were identified in Mr. Schneider's SOFA.

Your Initial Production Letter states that Mr. Schneider will produce documentation related to transactions listed on the Statement of Financial Affairs and other relevant transactions. What information will be provided and what transactions do you consider "relevant transactions"? Further, Mr. Schneider's schedules and statements of financial affairs indicate that the disclosures may not be complete or accurate. Will additional or corrective disclosures be made?

**Estate Planning Documents**

You indicated that you have or will coordinate with Mr. Schneider's estate planning counsel to ensure production regarding the 2019 and 2020 estate planning is complete. Has that occurred? What information was requested? When will a response be provided?

Mr. Schneider has not produced any information relating to the trusts, including information regarding the trusts' assets and financial affairs and transfers into and out of the trusts. Please confirm that this information will be produced by Mr. Schneider. If not, why?

**Communications**

Your Initial Production Letter indicates that the production of communications is not appropriate or is too burdensome. We disagree. Mr. Schneider's production of communications should also

*Raymond Joseph Schneider*
February 19, 2026
Page - 6 -

include personal communications, not just business, as your letter suggests. When do you expect to produce the requested communications (both business and personal)?

Your Initial Production Letter indicates that you will coordinate with members of Mr. Schneider's family regarding a production. What is the status of that coordination? What documents are being requested from them? When is this production anticipated to occur?

**Reservation of Rights**

The matters set forth in this letter relate to factual requests and details of the initial production. We have not addressed substantive legal issues in your letter which will need to be addressed with the Court, including without limitation the appropriate timeframe for the production and the need for verified responses from the Debtor. Further, nothing herein shall impair or waive any rights or remedies of Huntington, including the right to seek 2004 discovery from third parties concurrently with this discovery effort with Mr. Schneider.

We are available to discuss any aspect of this production at your convenience. Your prompt attention to this matter is appreciated.

Sincerely,

*/s/ Kelly M. Neal*

Kelly M. Neal

0070751.000253
Attachments
cc:     Christopher P. Schueller