# Exhibit B

**Raymond Schneider Bankruptcy**  
**Summary of Merrill Lynch Accounts Produced**

Privileged And Confidential  
DRAFT: Subject to Change  
Prepared at the Direction of Counsel

| Account | Name | Type | Beginning | Ending | Beginning | Ending | Missing Within Production Population | |
|---|---|---|---|---|---|---|---|---|
| | Raymond Schneider: PIA Acco | CMA/Investment Advisory Program | 12/30/2017 | 10/31/2025 | 12,696,825 | 27,225,730 | 11/1/2023 - 8/30/2024 | A, B, C, D |
| | Raymond Schneider: Ray CMA | CMA | 12/30/2017 | 10/31/2025 | 34,024 | 2,531,175 | 11/1/2023 - 8/30/2024 | A |
| | Raymond Schneider: Ray CMA MNGD 2 | | 12/30/2017 | 9/30/2025 | 581,907 | - | 11/1/2023 - 8/30/2024 | A |
| | Raymond Schneider: Family In | CMA | 12/30/2017 | 2/28/2025 | 1,926,545 | 1 | 7/1/2022 - 8/31/2024 | A |
| | Raymond Schneider RRA | RRA/Investment Advisory Program | 8/30/2024 | 10/31/2025 | 723,348 | 921,135 | | A |
| | Raymond Schneider: Ray's Clie | MCMA/Investment Advisory Program | 2/29/2020 | 10/31/2025 | - | 3,261,447 | 1/1/2024 - 8/30/2024 | E |
| | Raymond Schneider: Defense Fund Trust | | 12/30/2017 | 9/30/2025 | 1,475,464 | - | 11/1/2023 - 8/30/2024 | E |
| | Boston Red Dog LLC | Loan Management Account | 12/30/2017 | 10/31/2023 | (11,126,589) | (17,173,161) | | |
| | HRM Realty Holdings LTD | MCMA/Investment Advisory Program | 12/30/2017 | 12/29/2023 | 2,397,633 | 2,223 | | |
| | HRM Realty Holdings LTD | Loan Management Account | 12/30/2017 | 12/31/2023 | (1,164,228) | - | | |
| | To Life LTD | | 12/30/2017 | 12/29/2023 | 28,112 | 12,217 | | |
| | Eric Schneider | | 12/30/2017 | 6/30/2023 | 868,161 | - | All | F |
| | Danielle Schneider | | 12/30/2017 | 8/31/2025 | 855,351 | 737,964 | 1/1/2017 - 9/30/2024, June 2025 | F |

FOOTNOTES:

| | |
|---|---|
| A | These accounts occasionally appear together within a consolidated summary statements with account # ▮▮▮▮ entitled as the "primary account". However, each of these accounts holds its own balances and the underlying balances presented here are the individual and separate balances for each (i.e. no duplication). |
| B | Account # ▮▮▮▮ is denoted as being pledged as collateral to an LMA account# ▮▮▮▮ (above). |
| C | Account # ▮▮▮▮ indicates that Schneider also has a variable life insurance with "Lincoln Vol One 2014". The Raymond Schneider 2019 Trust is the policy owner. As of 10/31/2025, the contract value is $2,490,649 and the death benefit is $3,7,11,068. Total Premiums paid are $1,354,567 and net surrender value is $2,365,025. |
| D | Account # ▮▮▮▮ indicates two other Merrill Lynch accounts ("Pat PIA Pledged" and "Pat Pledged") which are denoted as not being owned by Ray Schneider, but pledged as collateral for the Loan Management Account # ▮▮▮▮. These accounts are presumably in Patricia Schneider's name. |
| E | These accounts occasionally appear together within a consolidated summary statements with account # ▮▮▮▮ entitled as the "primary account". However, each of these accounts holds its own balances and the underlying balances presented here are the individual and separate balances for each (i.e. no duplication). |
| F | The monthly balances were provided but the pages which contain the transactional level detail have been omitted from production for these accounts. |