# Exhibit D

**Raymond Schneider Bankruptcy**
**Summary of Merrill Lynch Accounts Produced**

Privileged And Confidential
DRAFT: Subject to Change
Prepared at the Direction of Counsel

| Entity | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Northern Kentucky Assisted Living, LLC | X | X | X | X | X | MISSING | X | 6/30/2025 | Accumulated Depreciation at Beginning of 2019 |
| Northern Kentucky Retirement Community, LLC | MISSING | X | X | X | MISSING | MISSING | MISSING | 6/30/2025 | Ending balance from Schedule L of 2023 Tax Return |
| Grasshopper Investments, LLC | MISSING | X | X | X | X | X | MISSING | 6/30/2025 | Ending balance from Schedule L of 2023 Tax Return |
| Grasshopper Investments II, LLC | | | X | X | X | MISSING | X | | |
| Schneider-Grasshopper, Inc. | O | O | X | X | MISSING | | | | Operations began on 10/6/2020, Ending balance from Schedule L of 2022 Tax Return |
| Circle Storage Operating Company I, LLC | MISSING | X | X | X | X | MISSING | MISSING | MISSING | Accumulated Depreciation at Beginning of 2019, ending balance on December 31, 2022 balance sheet |
| To Life, Ltd. | X | X | X | X | X | MISSING | MISSING | MISSING | Bank statements as late as July of 2023 |
| Red Dog Operations Holding Company, LLC | O | O | X | MISSING | X | MISSING | MISSING | MISSING | Operations began on 12/1/2020, Ending balance on December 31, 2022 balance sheet |
| Mason Red Dog Pet Resort & Spa, LLC | X | X | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet |
| North Shore Red Dog Pet Resort & Spa, LLC | X | X | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet |
| Red Dog Management Company, LLC | O | X | X | X | X | MISSING | MISSING | MISSING | Operations began in 2019, Ending balance on December 31, 2022 balance sheet |
| Red Dog Resort & Spa, LLC | X | X | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet |
| Springdale Red Dog Pet Resort & Spa, LLC | O | X | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet, first year of operations in 2020 |
| West Chester Pet Resort & Spa, LLC | X | X | X | O | O | O | O | O | Operations ceased in 2020 |
| Boston Red Dog Pet Resort & Spa, LLC | X | X | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet |
| Atlanta Red Dog Pet Resort & Spa, LLC | O | O | X | X | X | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet, incorporated on 6/4/2019 |
| Boston Animal Hospital, LLC | | | X | X | X | X | X | MISSING | Ending balance on December 31, 2022 balance sheet |
| 54 Realty, Ltd | X | X | X | X | MISSING | MISSING | MISSING | MISSING | Ending balance from Schedule L of 2019 Tax Return |
| 72 Ventures, Ltd | X | X | X | X | MISSING | MISSING | MISSING | MISSING | Ending balance from Schedule L of 2019 Tax Return |
| 9617 Kenwood Road Development, LLC | O | O | X | X | X | MISSING | MISSING | MISSING | Operations began in 2020, Bank statements as of July of 2023 |
| Boston RD, LLC | X | X | X | X | X | MISSING | X | MISSING | Ending balance on December 31, 2022 balance sheet |
| Circle Development of Cincinnati, LLC | MISSING | X | O | MISSING | MISSING | X | X | 6/30/2025 | Accumulated Depreciation at Beginning of 2019 |
| Corporate Park Investors, LTD | X | X | X | X | MISSING | MISSING | MISSING | MISSING | Ending balance on December 31, 2022 balance sheet |
| Executive Park Investors, LTD | X | X | X | X | MISSING | 9/30/2024 | 9/30/2024 | MISSING | |
| Hamilton II, LLC | | | X | MISSING | MISSING | | | | Beginning balance in K1 on 2023 tax return |
| Hyde Park Circle, LLC | X | X | X | X | X | MISSING | X | 6/30/2025 | |
| Lebanon RD, LLC | O | O | X | X | X | MISSING | X | 4/30/2025 | Began Operations on 12/9/2020 |
| Madison Warehouse, LLC | O | O | X | X | X | MISSING | X | 6/30/2025 | Began Operations on 3/1/2021 |
| Mason RD, LLC | X | X | X | X | X | X | X | MISSING | |
| Monarch RD, LLC | X | MISSING | X | X | O | O | O | MISSING | No assets or activity on 2021 financial statements |
| Montclair Investors LTD | X | X | X | X | X | MISSING | MISSING | MISSING | |
| North Shore RD, LLC | X | X | X | X | X | MISSING | X | 6/30/2025 | |
| RD Realty I, LLC | X | X | X | X | X | MISSING | X | X | |
| The Red Corner, LLC | X | X | X | X | X | MISSING | X | 6/30/2025 | Operations began in January of 2020 |
| Techwoods Circle RD, LLC | O | O | X | X | X | MISSING | MISSING | MISSING | Began Operations on 10/19/2021, bank statements through July of 2023 |
| The Gatherings of Blue Ash, LLC | O | O | O | MISSING | X | MISSING | X | MISSING | Began Operations on 6/7/2021, ending balance of 2020 tax return |
| Keller Road Realty Co., LLC | | | | MISSING | | MISSING | | | Beginning balance from Schedule L of 2019, ending balance of 2020 tax return |
| Seminole Avenue Realty, LLC | | | | MISSING | | | | | Beginning & ending balance from Schedule L of 2019 |
| Southbrook Health Care Center, Inc. | | | | MISSING | | | | | Beginning balance from Schedule L of 2019, ending balance of 2020 tax return |
| Stegler Road Realty, LLC | | | | MISSING | | | | | Beginning balance from Schedule L of 2019, ending balance of 2020 tax return |
| Euclid Health Care, Inc. | | | | MISSING | | | | | Beginning balance from Schedule L of 2019, ending balance of 2020 tax return |
| Kenwood Terrace Health Care Center, Inc. | | | | MISSING | | | | | Beginning balance from Schedule L of 2019, ending balance of 2020 tax return |
| 5150 East Galbraith Road, LLC | | | | MISSING | MISSING | | X | 11/5/2025 | |
| EGHC Holdings, Inc. | X | X | X | X | X | MISSING | | | Bank statements as late as July of 2023 |
| HRM Realty Holdings LTD | X | X | X | | | | MISSING | | Ending balance on December 31, 2022 balance sheet |
| Ivy Knoll | X | X | X | | | | | | Ending balance on December 31, 2020 balance sheet |
| R&H Realty Company | X | X | X | X | X | MISSING | | | Ending balance from Schedule L of 2021 Tax Return |
| Alternative Home Care and Staffing Incorporated | | | | | | | | | No Data Provided |
| Columbus Health Care Partners Inc. | | | | | | | | | No Data Provided |
| Harmony Health Care Inc. | | | | | | | | | No Data Provided |
| The Blue Development Company LLC | | | | | | | | | No Data Provided |
| IF2 LLC | | | | | | | | | No Data Provided |
| The Red at Madison Circle LLC | | | | | | | | | No Data Provided |
| To Life III | | | | | | | | | No Data Provided |
| Loveland RD Realty, LLC | | | | | | | | | No Data Provided |
| Loveland RD, LLC | | | | | | | | | No Data Provided |
| 5027 and 5055 Madison Road, LLC | | | | | | | | | No Data Provided |
| Omni Drive Development, LLC | | | | | | | | | No Data Provided |
| 82 Lafayette Road Development, LLC | | | | | | | | | No Data Provided |

**Raymond Schneider Bankruptcy**
**Summary of Merrill Lynch Accounts Produced**

Privileged And Confidential
DRAFT: Subject to Change
Prepared at the Direction of Counsel

| Entity | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Notes |
|---|---|---|---|---|---|---|---|---|---|
| All Realty Of Blue Ash, LLC | | | | | | | | | No Data Provided |
| Boston Pet Rehabilitation Center LLC | | | | | | | | | No Data Provided |
| Circle Ads And Storage Jde Holdings LLC | | | | | | | | | No Data Provided |
| Circle Home Theater | | | | | | | | | No Data Provided |
| F2, Ltd. | | | | | | | | | No Data Provided |
| Glen Sterling Health Center Ltd | | | | | | | | | No Data Provided |
| North Station Animal Hospital, LLC | | | | | | | | | No Data Provided |
| Northeast Self Storage, LLC | | | | | | | | | No Data Provided |
| Peabody Rd, LLC | | | | | | | | | No Data Provided |
| Principal Sterling Manor Ltd | | | | | | | | | No Data Provided |
| Topco America, LLC d/b/a Shoot Point | | | | | | | | | No Data Provided |
| Glidden House Partners | | | | | | | | | No Data Provided |
| Waldorf Partners Limited Partnership | | | | | | | | | No Data Provided |
| Joseph Schneider Trust | | | | | | | | | No Data Provided |
| Horizon Health Management, LLC | | | | | | | | | No Data Provided |
| Horizon Health Management II, LLC | | | | | | | | | No Data Provided |
| East Galbraith Health Care Center, Inc. | | | | | | | | | No Data Provided |
| Beechwood Terrace Care Center, Inc. | | | | | | | | | No Data Provided |
| Pleasant Ridge Realty, LLC | | | | | | | | | No Data Provided |
| Pleasant Ridge Care Center, Inc. | | | | | | | | | No Data Provided |
| The Red Kitchen, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company I, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company II, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company III, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company IV, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company V, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Operating Company VI, LLC | | | | | | | | | No Data Provided |
| Circle Health Care Real Estate Acquisition Co, LLC | | | | | | | | | No Data Provided |
| The Cambridge Health Care Center, Ltd. | | | | | | | | | No Data Provided |
| Red Cup Espresso, LLC | | | | | | | | | No Data Provided |
| RH Real Estate Investments, LLC | | | | | | | | | No Data Provided |
| Shaya B, LLC | | | | | | | | | No Data Provided |
| Skipton Kennel and Pet Center, Inc. | | | | | | | | | No Data Provided |
| Soft Pouch Equipment, Ltd. | | | | | | | | | No Data Provided |
| Sterling Glen Health Center, Ltd. | | | | | | | | | No Data Provided |
| Sterling Manor, Ltd. | | | | | | | | | No Data Provided |
| R&T Development, Inc. | | | | | | | | | No Data Provided |
| New England Self-Storage | | | | | | | | | No Data Provided |
| Northwest Self Storage, LLC | | | | | | | | | No Data Provided |
| Loveland Red Dog Pet Resort & Spa, LLC | | | | | | | | | No Data Provided |
| JDE Holdings, LLC | | | | | | | | | No Data Provided |
| Framingham RD, LLC | | | | | | | | | No Data Provided |
| Framingham Red Dog, LLC | | | | | | | | | No Data Provided |
| Dana Ventures, LTD | | | | | | | | | No Data Provided |
| Delhi Plaza Associates, LTD | | | | | | | | | No Data Provided |
| Boston Self Storage, LLC | | | | | | | | | No Data Provided |
| 82 Lafayette Road LLC | | | | | | | | | No Data Provided |
| 747 LLC | | | | | | | | | No Data Provided |

| | |
|---|---|
| MISSING | Missing Based Upon Financial Statements, Tax Returns and/or Bank Statements Previously Provided |
| | No Data Provided for this Entity, all Financial Statements Should be Provided |
| | Partial Information Provided |
| | Provided in Second Production to Huntington |
| O | Not Expected to be Provided |
| X | Previously Provided |