# Exhibit A

# Buchanan

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

www.bipc.com

**Kelly M. Neal**
412 562 8338
kelly.neal@bipc.com

December 9, 2025

**VIA FEDEX AND ELECTRONIC MAIL**

Jim Coutinho, Esquire
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215
Email: coutinho@aksnlaw.com

Eric W. Goering, Esquire
Goering & Goering, LLC
220 West Third Street
Third Floor
Cincinnati, OH 45202
Email: eric@goering-law.com

Re:     **Raymond Joseph Schneider (the "Debtor"); Case No. No. 1:25-bk-12607**

Mr. Coutinho and Mr. Goering:

We represent The Huntington National Bank ("Huntington"), a creditor in the above referenced bankruptcy proceeding. Huntington demands the Debtor seek avoidance of all transfers to family members of the Debtor and to any trusts associated with the Debtor or any of the Debtor's family members along with all other pre-petition transfers which may be avoidable pursuant to the United States Bankruptcy Code or applicable law.  Please let me know by the close of business on December 12, 2025 whether the Debtor will be seeking avoidance of the transfers. Otherwise, Huntington will assume your client does not intend to seek avoidance of the transfers, consistent with his testimony during the prior bankruptcy case, and will seek appropriate relief from the Court.

Respectfully,

Kelly M. Neal

cc:  Christopher P. Schueller, Esquire (via electronic mail)

**BIPC.com**

**Debbie Trillow**

| | |
|---|---|
| **From:** | no-reply@pb.com |
| **Sent:** | Wednesday, December 10, 2025 11:47 AM |
| **To:** | Debbie Trillow |
| **Subject:** | Shipment Delivered |

View details below

view as webpage


pitney bowes

# Your package has been delivered



Your package from Buchanan, Ingersoll & Rooney has been delivered. Please see details below.

## Shipment delivery details

| | |
|---|---|
| Tracking number: | 396472575279 |
| Carrier: | FEDEX |
| Service: | FedEx Priority Overnight® |
| Delivery date: | December 10, 2025 |
| Delivery address: | 220 W 3rd St, Fl 3rd Cincinnati OH 45202-3407 US |
| Shipped on: | 2025-12-09 |

Learn more about sending solutions available from Pitney Bowes



f  🐦  in  ▶

pitneybowes.com/us    Contact us

1



**Debbie Trillow**

| | |
|---|---|
| **From:** | no-reply@pb.com |
| **Sent:** | Wednesday, December 10, 2025 11:38 AM |
| **To:** | Debbie Trillow |
| **Subject:** | Shipment Delivered |

view details below

view as webpage

 pitney bowes

# Your package has been delivered



Your package from Buchanan, Ingersoll & Rooney has been delivered.
Please see details below.

## Shipment delivery details

| | |
|---|---|
| Tracking number: | 396472477268 |
| Carrier: | FEDEX |
| Service: | FedEx Priority Overnight® |
| Delivery date: | December 10, 2025 |
| Delivery address: | 10 W Broad St, Ste 2400 Columbus OH 43215-3469 US |
| Shipped on: | 2025-12-09 |

Learn more about sending solutions available from Pitney Bowes

f 🐦 in ▶                                     pitneybowes.com/us    Contact us

1