**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
| | ) |
| Debtor. | ) Judge Beth A. Buchanan |
| | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I served or caused to be served the 18th day of March, 2026, a copy of the Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions through the court's ECF System on all ECF participants registered in this case.

Respectfully submitted,

Date:  March 18, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Chistopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*