IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO.: 1:25-bk-12607 |
| Raymond Joseph Schneider | ) |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) Judge Beth A. Buchanan |
| | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes Jon J. Lieberman, who shall be substituted for Richard J. LaCivita as counsel of record for creditor Heritage Bank ("Creditor"). Richard J. LaCivita is no longer counsel for Creditor and should not receive future notices in this case.

Respectfully Submitted,

/s/ Richard J. LaCivita
Richard J. LaCivita (0072368)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone 513.444.4100
Email: bankruptcy@sottileandbarile.com

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone 513.538.2252
jon.lieberman@mccalla.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Substitution of Counsel for Creditor was served **electronically** on March 20, 2026 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court.

And by **ordinary U.S. Mail** on March 20, 2026 addressed to:

Raymond Joseph Schneider, Debtor
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

/s/ Jon J. Lieberman
Jon J. Lieberman
(0058394)
Attorney for Creditor