**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 23, 2026**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor** | ) | |
| | ) | |

**ORDER: 1) SETTING DISCOVERY DEADLINE; 2) DEADLINE FOR FILING REPORTS AND 3) SCHEDULING A DISCOVERY CONFERENCE WITH RESPECT TO HUNTINGTON NATIONAL BANK'S MOTION FOR 2004 EXAM**
**[Docket Number 41]**

This matter is before this Court on the *Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [Docket Number 41] ("Motion"); Debtor Raymond Joseph Schneider ("Debtor")'s *Objection* [Docket Number 69] and the Huntington National Bank ("Huntington")'s *Reply* [Docket Number 74]. A status conference was conducted on March 18, 2026 during which this Court made the following determinations:

1.  <u>Deadline for Debtor's Production</u>:   The Debtor will provide Huntington with its discovery production no later than **April 17, 2026**.

2.  <u>Deadline for Filing Reports</u>:  The Debtor will file a report with this Court no later than **April 22, 2026** that will include a list of any requested documents that were not produced and an explanation of why those documents were not produced. Huntington may also file a report with this Court by the April 22, 2026 deadline if it desires a report to be reviewed prior to the informal discovery conference.

3.  <u>Discovery Conference</u>:  The Honorable Beth A. Buchanan will conduct an informal discovery conference with Counsel for the Debtor and Counsel for Huntington on **April 27, 2026 at 10:00 a.m.** at the United States Bankruptcy Court, Atrium Two, Suite 814, Conference Room, 221 East Fourth Street, Cincinnati, Ohio.

**SO ORDERED**.

Distribution List:

Default List Plus Top 20