**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 23, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor** | ) | |
| | ) | |

**ORDER SCHEDULING HEARING ON MOTION OF THE HUNTINGTON NATIONAL BANK FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THIRD PARTY SEIBEL & KATZ, CPAS [Docket Number 129]**

This matter is before this Court on the *Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Seibel & Katz, CPAs* [Docket Number 129] (the "Motion").

**I.       Response Deadline**

Responses to the Motion, if any, shall be filed on or before **April 10, 2026**.

If no responses are filed, this Court may grant the relief requested in the Motion without further notice.

## II.    <u>Hearing Date</u>

If a response to the Motion is filed, this Court will conduct an **evidentiary hearing** on this matter before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **April 28, 2026 at 10:00 a.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing. <u>Any party/attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses, or otherwise participate in the hearing</u>.

<u>The public may not listen to the hearing telephonically but may attend in-person</u>. For more information, see *Remote Public Access to Proceedings Under Judicial Conference Policy* on the Court's website at https://www.ohsb.uscourts.gov/remote-public-access-proceedings-under-judicial-conference-policy.

## III.    <u>Witness Lists</u>

In accordance with LBR 7016-1, **not later than April 21, 2026**, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. <u>Witnesses not timely identified may be precluded from testifying at the evidentiary hearing</u>.

## IV.    <u>Exhibit Lists and Exhibits</u>

In accordance with LBR 7016-1, **not later than April 21, 2026**, each party shall file with the Court an exhibit list <u>together with copies of all exhibits</u>. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

> **Movant:**    Numbers (*e.g.*, Movant Exhibit 1)
> **Respondent:**  Letters (*e.g.*, Respondent Exhibit A)

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits <u>shall be served on unrepresented parties</u> by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. <u>Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing</u>.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop

computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary hearing commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus Top 20 and additional parties

Christopher Schueller, Esq.
Kelly Neal, Esq.

Seibel & Katz, CPAs
c/o Seibel, Inc
3814 West Street, Suite 311
Mariemont, OH 45227