**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 23, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | **Judge Buchanan** |
| | ) | |
| | ) | |

**ORDER: 1) OVERRULING THE HUNTINGTON NATIONAL BANK'S LIMITED OBJECTION [Docket Number 120]; AND 2) GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES [Docket Number 104]**

This matter is before this Court on Debtor Raymond Joseph Schneider ("Debtor")'s *Motion to Extend Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket Number 104] (the "Motion"); and the *Limited Objection of The Huntington National Bank* [Docket Number 120] ("Limited Objection").

The matter was discussed at a status conference held on March 18, 2026.  During the status conference, The Huntington National Bank ("Huntington") clarified that it has no objection to the Debtor's current request to extend the exclusivity periods, but Huntington wants to preserve its right to object to any future requests to extend exclusivity.

Accordingly, this Court orders as follows:

1.      Huntington's Limited Objection is OVERRULED. However, Huntington preserves its right to object to any future requested extensions; and

2.      The Debtor's Motion is GRANTED.  The exclusivity period for the Debtor to file a chapter 11 plan is extended to **May 15, 2026** and the attendant solicitation period is extended to **July 14, 2026**.

**SO ORDERED.**

Distribution List:

Default List Plus Top 20