**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 23, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor** | ) | |
| | ) | |

**ORDER: 1) SETTING DISCOVERY DEADLINE; 2) DEADLINE FOR FILING REPORTS AND 3) SCHEDULING A DISCOVERY CONFERENCE WITH RESPECT TO HUNTINGTON NATIONAL BANK'S MOTION FOR 2004 EXAM**
**[Docket Number 41]**

This matter is before this Court on the *Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [Docket Number 41] ("Motion"); Debtor Raymond Joseph Schneider ("Debtor")'s *Objection* [Docket Number 69] and the Huntington National Bank ("Huntington")'s *Reply* [Docket Number 74]. A status conference was conducted on March 18, 2026 during which this Court made the following determinations:

1.   <u>Deadline for Debtor's Production</u>:   The Debtor will provide Huntington with its discovery production no later than **<u>April 17, 2026</u>**.

2.  <u>Deadline for Filing Reports</u>:  The Debtor will file a report with this Court no later than **<u>April 22, 2026</u>** that will include a list of any requested documents that were not produced and an explanation of why those documents were not produced. Huntington may also file a report with this Court by the April 22, 2026 deadline if it desires a report to be reviewed prior to the informal discovery conference.

3.   <u>Discovery Conference</u>:  The Honorable Beth A. Buchanan will conduct an informal discovery conference with Counsel for the Debtor and Counsel for Huntington on **<u>April 27, 2026 at 10:00 a.m.</u>** at the United States Bankruptcy Court, Atrium Two, Suite 814, Conference Room, 221 East Fourth Street, Cincinnati, Ohio.

**SO ORDERED**.

Distribution List:

Default List Plus Top 20

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                                    Case No. 25-12607-bab

Raymond Joseph Schneider                                                           Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf01 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933207 | + | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205 |
| 21933210 | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Mar 24 2026 18:46:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Mar 24 2026 18:45:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Mar 24 2026 18:46:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Mar 24 2026 18:46:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026               Signature:      /s/Gustava Winters

District/off: 0648-1                                   User: ad                                    Page 2 of 3
Date Rcvd: Mar 24, 2026                          Form ID: pdf01                            Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Stefanie L. Deka | |

on behalf of Creditor BANK OF AMERICA  N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 29