**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 23, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor** | ) | |
| | ) | |

### ORDER SCHEDULING AN EVIDENTIARY HEARING ON MOTION OF THE HUNTINGTON NATIONAL BANK FOR THE APPOINTMENT OF AN EXAMINER
### [Docket Number 115]

This matter is before this Court on the *Motion of the Huntington National Bank for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104* [Docket Number 115] and Debtor Raymond Joseph Schneider ("Debtor")'s *Limited Objection* [Docket Number 134].

Pursuant to the status conference held on March 18, 2026, the Court sets the following:

### I.    Evidentiary Hearing Date

The Court hereby sets this matter for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **April 28, 2026 at 10:00 a.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing. Any party/attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses, or otherwise participate in the hearing.

The public may not listen to the hearing telephonically but may attend in-person. For more information, see *Remote Public Access to Proceedings Under Judicial Conference Policy* on the Court's website at https://www.ohsb.uscourts.gov/remote-public-access-proceedings-under-judicial-conference-policy.

## II.     Witness Lists

In accordance with LBR 7016-1, **not later than April 21, 2026**, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

## III.    Exhibit Lists and Exhibits

In accordance with LBR 7016-1, **not later than April 21, 2026**, each party shall file with the Court an exhibit list together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

> **Debtor:**    Numbers (*e.g.*, Debtor Exhibit 1)
> **Creditor:**  Letters (*e.g.*, Creditor Exhibit A)

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits shall be served on unrepresented parties by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary hearing commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus Top 20

Christopher Schueller, Esq.
Kelly Neal, Esq.

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                    Case No. 25-12607-bab

Raymond Joseph Schneider                                                                  Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf01 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21933177 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21991703 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Mar 24 2026 18:46:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Mar 24 2026 18:45:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Mar 24 2026 18:46:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933216 | + | Email/Text: bankruptcy.notices@syb.com | Mar 24 2026 18:45:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Mar 24 2026 18:46:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                       Signature:         /s/Gustava Winters

| District/off: 0648-1 | User: ad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf01 | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David Mullen | on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Stefanie L. Deka | |

District/off: 0648-1            User: ad            Page 3 of 3

Date Rcvd: Mar 24, 2026            Form ID: pdf01            Total Noticed: 11

on behalf of Creditor BANK OF AMERICA  N.A. sdeka@hinshawlaw.com, lblotnick@hinshawlaw.com

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 29