| Account | Beginning Balance Feb 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance Feb 28th |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) (x9012) | $ 721.17 | $ 1.57 | | | $ - | $ 722.74 |
| Stockyards (Prepetition) | $ - | | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | $ 323.04 | $ 0.01 | $ - | $ - | $ - | $ 323.05 |
| US Bank DIP General (x7243) | $ 90,565.58 | $ 3,725.15 | $ 80,374.49 | | $ - | $ 13,916.24 |
| US Bank DIP SS (x7110) | $ 13,102.46 | $ 3,636.71 | $ - | | $ - | $ 16,739.17 |
| | $ 104,712.25 | $ 7,363.44 | $ 80,374.49 | $ - | $ - | $ 31,701.20 |

**Raymond Schneider - February 2026 Transaction Summary**

Note: On March 3rd, 2026, the Debtor closed the two remaining pre-petition bank accounts. Because those accounts were closed, the Debtor lost online access to get the bank statements for this period. The Debtor is attempting to obtain the bank statements and will supplement this filing when they are obtained.  The transactions are still reflected in this summary below.

General DIP Account      x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 2/1/2026 | $ - | Opening Balance | Balance | $ 90,565.58 |
| 2/2/2026 | $ (96.81) | GCWW | Utility - Water | $ 90,468.77 |
| 2/2/2026 | $ (2,150.00) | MDVIP | Annual Membership Fee | $ 88,318.77 |
| 2/5/2026 | $ (310.07) | Spectrum | Cable - Blue Ash Home | $ 88,008.70 |
| 2/5/2026 | $ (329.87) | United Healthcare | Health Insurance | $ 87,678.83 |
| 2/9/2026 | $ (301.00) | US Trustee | Quarterly Fees | $ 87,377.83 |
| 2/10/2026 | $ 100.00 | Deposit | Rental Income | $ 87,477.83 |
| 2/10/2026 | $ 1,000.00 | Deposit | Rental Income | $ 88,477.83 |
| 2/10/2026 | $ 1,000.00 | Deposit | Rental Income | $ 89,477.83 |
| 2/12/2026 | $ 750.00 | Deposit | Dividend Check | $ 90,227.83 |
| 2/12/2026 | $ 875.00 | Deposit | Dividend Check | $ 91,102.83 |
| 2/13/2026 | $ (67,299.55) | Cummins Law | Legal Fees | $ 23,803.28 |
| 2/13/2026 | $ (172.00) | ADT | Security | $ 23,631.28 |
| 2/17/2026 | $ (1,646.97) | Kenwood | Golf Club - Blue Ash | $ 21,984.31 |
| 2/20/2026 | $ (85.64) | ADT | Security | $ 21,898.67 |
| 2/20/2026 | $ (4,040.00) | Robinson Law | Legal Fees | $ 17,858.67 |
| 2/24/2026 | $ (547.00) | Duke Energy | Utility - Electric | $ 17,311.67 |
| 2/26/2026 | $ (74.58) | GCWW | Utility - Water | $ 17,237.09 |
| 2/27/2026 | $ 0.15 | Deposit | Interest | $ 17,237.24 |
| 2/27/2026 | $ (3,321.00) | MRCooper | Mortgage - Blue Ash Home | $ 13,916.24 |

SS DIP Account          x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 2/1/2026 | $ 13,102.46 | Opening Balance | Balance | $ 13,102.46 |
| 2/11/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 16,739.16 |
| 2/27/2026 | $ 0.01 | Deposit | Interest | $ 16,739.17 |

US Bank                 x9012

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 2/1/2026 | $ 721.17 | Opening Balance | Balance | $ 721.17 |
| 2/22/2026 | $ 1.57 | Deposit | Interest Earned | $ 722.74 |

Warsaw Bank             x6598

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 2/1/2026 | $ 323.04 | Opening Balance | Balance | $ 323.04 |
| 2/26/2026 | $ 0.01 | Deposit | Interest Earned | $ 323.05 |



**us bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

9054      TRN                              I              X        ST01

106481758933268 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
███████7243

Statement Period:
Feb 1, 2026
through
Feb 28, 2026

Page 1 of 2

☎ **To Contact U.S. Bank**

**By Phone:**                                  800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                                    usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ██████7243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 1 | $ | 90,565.58 | Annual Percentage Yield Earned | | 0.00399% |
| Deposits / Credits | | 3,725.15 | Interest Earned this Period | $ | 0.15 |
| Other Withdrawals | | 6,668.97- | Interest Paid this Year | $ | 0.68 |
| Checks Paid | | 73,705.52- | Number of Days in Statement Period | | 28 |
| **Ending Balance on  Feb 28, 2026**  $ | | **13,916.24** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Feb 10 | Mobile Check Deposit | 8352913622 | $ | 100.00 |
| Feb 10 | Mobile Check Deposit | 8352918678 | | 1,000.00 |
| Feb 10 | Mobile Check Deposit | 8352918790 | | 1,000.00 |
| Feb 12 | Mobile Check Deposit | 8953326991 | | 750.00 |
| Feb 12 | Mobile Check Deposit | 8953327130 | | 875.00 |
| Feb 27 | Interest Paid | 2700003311 | | 0.15 |
| | **Total Deposits / Credits** | | $ | **3,725.15** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 2 | Electronic Withdrawal  REF=260330110193420N00 | To GCWW/EZ-PAY  0000007041UTILITIES 0610581 | | $ | 96.81- |
| Feb 2 | Electronic Withdrawal  REF=260330111447720N00 | To MDVIP, INC  00091225078778861411 | | | 2,150.00- |
| Feb 5 | Electronic Withdrawal  REF=260350151061980N00 | To SPECTRUM  0000358635SPECTRUM  2330112 | | | 310.07- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
⬛⬛⬛⬛ 7243
Statement Period:
Feb 1, 2026
through
Feb 28, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING                                        (CONTINUED)

U.S. Bank National Association

**Account Number** ⬛⬛⬛ 7243

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 5 | Electronic Withdrawal REF=260350088787300N00 | To Unitedhealthcare 1836282001Premium | 917226512769 | 329.87- |
| Feb 9 | Electronic Withdrawal REF=260370137007330N00 | To QUARTERLY FEE 1501000502PAYMENT | 6RLF0ST1KT1 | 301.00- |
| Feb 20 | Electronic Withdrawal REF=260500144473080N00 | To ADT SECURITY SER 8881323080ADTPAPACH | 314075928 | 85.64- |
| Feb 26 | Electronic Withdrawal REF=260560071115550N00 | To GCWW/EZ-PAY 0000007041UTILITIES | 9040473 | 74.58- |
| Feb 27 | Electronic Withdrawal REF=260570138915330N00 | To NATIONSTAR MORTG 9500000000ONLINE PMTUSB497989746POS | | 3,321.00- |

| | | | |
|---|---|---|---|
| | **Total Other Withdrawals** | $ | 6,668.97- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0123 | Feb 13 | 9251763767 | 67,299.55 | 0125 | Feb 24 | 8353006725 | 547.00 |
| 0124 | Feb 20 | 9252419711 | 4,040.00 | 5010* | Feb 17 | 8353903050 | 1,646.97 |

\* Gap in check sequence

| | | |
|---|---|---|
| **Conventional Checks Paid (4)** | $ | 73,533.52- |

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 0122 | Feb 13 | | 172.00 | CHECK PYMT | ADT |

| | | |
|---|---|---|
| **Electronic Checks Paid (1)** | $ | 172.00- |
| **Total Checks Paid** | $ | 73,705.52- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 2 | 88,318.77 | Feb 12 | 91,102.83 | Feb 24 | 17,311.67 |
| Feb 5 | 87,678.83 | Feb 13 | 23,631.28 | Feb 26 | 17,237.09 |
| Feb 9 | 87,377.83 | Feb 17 | 21,984.31 | Feb 27 | 13,916.24 |
| Feb 10 | 89,477.83 | Feb 20 | 17,858.67 | | |

Balances only appear for days reflecting change.

**us bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

9054      TRN                          I          X      ST01

106481758920327 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810



**Uni-Statement**

Account Number:
███████ 7110

Statement Period:
Feb 1, 2026
through
Feb 28, 2026

Page 1 of 1

☎                                  ***To Contact U.S. Bank***

***By Phone:***                                    *800-673-3555*

***U.S. Bank accepts Relay Calls***

***Internet:***                                    *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze[SM] today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ███████ 7110

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Feb 1 | $ | 13,102.46 | Annual Percentage Yield Earned | | 0.00083% |
| Deposits / Credits | | 3,636.71 | Interest Earned this Period | $ | 0.01 |
| | | | Interest Paid this Year | $ | 0.02 |
| **Ending Balance on  Feb 28, 2026** | **$** | **16,739.17** | Number of Days in Statement Period | | 28 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 11 | Federal Benefit Deposit | From SSA  TREAS 310 | | $ | 3,636.70 |
| | REF=260370083371770N00 | XXSOC SEC ██████ 6042  1170A  S | | | |
| Feb 27 | Interest Paid | | 2700003307 | | 0.01 |
| | | **Total Deposits / Credits** | | **$** | **3,636.71** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Feb 11 | 16,739.16 | Feb 27 | 16,739.17 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.