**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## <u>FIRST INTERIM FEE APPLICATION OF ROBINSON LAW FIRM, LLC</u>

Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"), applies

pursuant to 11 U.S.C. § 330 and 331, Fed.R.Bankr.P. 2016 and LBR 2016-1 for approval of an

interim award of compensation to Robinson Law Firm, LLC (the "Applicant"), special counsel

for the Debtor, earned for the period of October 17, 2025, to February 28, 2026 (the "Application

Period").

### A.     PRELIMINARY STATEMENT

1.      Applicant is special counsel for the Debtor, serving as co-counsel to Cummins

Law, LLC, in pending litigation in the Hamilton County Court of Common Pleas (the "State

Court") case of *Raymond Schneider vs. The Huntington National Bank, et al.*, Case No.

A2300849 (the "State Court Case").

2.      Applicant's employment was approved by the Court through the *Order Granting*

*Application to Employ Robinson Law Firm, LLC, as Special Counsel* (Doc. 76) ("Employment

Order"), entered on December 16, 2025, effective as of November 14, 2025.

3.      The Applicant has been paid interim payments of its fees from the Debtor in

accordance with the *Order Granting Motion to Establish Procedures for Interim Compensation*

*and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93) (the

"Compensation Procedures"). The Compensation Procedures, which have been followed by the

Applicant and the Debtor, permitted the Debtor to pay 90% of fees and 100% of expenses

incurred on a monthly basis. The remaining 10% of fees was held back from the professional

each month (the "Holdback").

4. The Compensation Procedures require professionals to seek interim approval of

fees pursuant to 11 U.S.C. § 331 and payment of the Holdback every 120 days with the first such

application to be filed before March 31, 2026. This application is being filed in accordance with

those requirements.

5. All services were actual and necessary; the compensation requested is reasonable

in light of the time expended, the work completed, and the results achieved.

6. The Debtor further seeks interim approval of the Applicant's expenses that have

been paid through the Compensation Procedures and are set forth on the Applicant's billing

statements.

**B.  GENERAL INFORMATION**

Professional Classification:  Special Counsel to the Debtor

Type of application:  First interim application.

Application period:  October 17, 2025 – February 28, 2026

Application summary:

| | | |
|---|---|---|
| Fees: | $ | 25,320.00 |
| Expenses: | $ | 139.39 |
| **Total:** | **$** | **25,459.39** |

| | | | |
|---|---|---|---|
| Fees Paid: | $ | 22,788.00 | (90%)[1] |
| Fee Holdback: | $ | 2,532.00 | (10%) |

Retainer on Hand:  $404.00. In February 2026, the Debtor mistakenly paid the entire $4,040.00 invoice instead of paying only 90% of the invoice ($3,636.00). The Applicant placed the 10% that should not have been paid into trust and is holding those funds for application after approval.

---

[1] At the time of the drafting of this application, the Applicant had submitted the request for payment of 90% of the February invoice in the amount of $2,916.00 but those funds had yet to be remitted. The Applicant has assumed that the Debtor will make that payment prior to the end of March 2026, and by the time this application is approved, those funds will have been paid. Therefore, this application treats those funds as having been paid.

| | |
|---|---|
| Balance to be paid by Debtor: | $2,128.00 (Holdback of $2,532.00 minus $404.00 held in trust from prior overpayment) |
| Petition Date: | October 17, 2025 |
| Date of Appointment: | December 16, 2025, retroactive to November 14, 2025. *See* Employment Order |
| Services first rendered on: | October 17, 2025, for services as special counsel subject to this application; Applicant was also engaged pre-petition as set forth in its employment application. The Applicant seeks approval of fees and expenses from Petition Date through the date of its employment application. During that period, the Applicant provided ongoing services in the State Court Case while working with Debtor's bankruptcy counsel toward filing the employment application. |
| Statutory basis for application: | Request is pursuant to 11 U.S.C. § 330 and 331. |
| Source of payment of award: | Debtor. |
| Prior Applications: | There are no prior applications, and the case has been pending for more than 120 days. |
| Changes to billing rates: | There have not been any changes in billing rates from those set forth in the employment application. |

## C.   BILLING SUMMARY

### 1.   Description of Services:

Applicant provided services as special counsel to the Debtor related to the following:

#### a.   Opposing Summary Judgment

On September 22, 2025, Huntington filed a Motion for Summary Judgment based on res judicata. In response, the Applicant served as primary author and drafter of Plaintiff's 22-page *Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on Res Judicata*. The Applicant conducted extensive case-law research and spent 19.4 hours drafting and revising the opposition brief. In the Memorandum, the Applicant demonstrated that

Defendants' motion was flawed and should be denied because (1) Defendants had waived the res judicata defense and could not revive it, (2) Mr. Schneider lacked the necessary facts to assert the current claims in the prior Collection Action, and (3) the two cases did not arise from the same "transaction or occurrence."

Defendants filed their Reply in Support of the Motion on November 17, 2025. The Applicant reviewed and annotated the Reply and participated in strategy conferences with co-counsel. The State Court heard oral argument on the motion on December 17, 2025. The Applicant prepared extensively for the argument, devoting significant time to reviewing briefs and case law, drafting case summaries, and refining legal arguments. The Applicant traveled to Cincinnati and participated in the oral argument on Mr. Schneider's behalf (which lasted well over an hour). Following argument, the Applicant conferred with co-counsel to debrief and plan next steps.

### b. Strategic Planning

Throughout the litigation, the Applicant has actively participated in numerous strategy conferences with attorneys from Cummins Law, LLC. These conferences addressed overarching case strategy, discovery tactics, motion planning, expert coordination, and next steps in the litigation. The Applicant continues to collaborate closely with co-counsel to ensure a coordinated and efficient approach to advancing Mr. Schneider's claims.

### c. Research Supplementation

The Applicant has provided significant supplemental legal research to move the discovery process forward and to prepare the litigation team for additional motions briefing, including forthcoming summary-judgment motions. This work included in-depth case-law research on res judicata issues, updates to the law surrounding counterclaims and newly

discovered evidence, and analysis of recent legal developments relevant to the claims. The

Applicant also reviewed and annotated key pleadings and memoranda, synthesized research

findings, and delivered targeted research products to co-counsel to support both discovery efforts

and future dispositive motions.

2.      **Summary of Billing Statements and Prior Compensation Paid**

The following table provides a summary of the monthly billing of the Applicant, the

amount that has been paid to date pursuant to the Compensation Procedures, and the amount of

the remaining Holdback.

| Month | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid | Holdback for Month |
|---|---|---|---|---|---|
| October 2025 | $ 7,760.00 | $ 6,984.00 | $ 0.00 | $ 0.00 | $ 776.00 |
| November 2025 | $ 600.00 | $ 540.00 | $ 0.00 | $ 0.00 | $ 60.00 |
| December 2025 | $ 9,680.00 | $ 8,712.00 | $ 139.39 | $ 139.39 | $ 968.00 |
| January 2026 | $ 4,040.00 | $ 3,636.00 | $ 0.00 | $ 0.00 | $ 404.00 |
| February 2026 | $ 3,240.00 | $ 2,916.00 | $ 0.00 | $ 0.00 | $ 324.00 |
| TOTALS: | $ 25,320.00 | $ 22,788.00 | $ 139.39 | $ 139.39 | $ 2,532.00 |

3.      **Details of Hours Expended**

The following table details the billing rates, hours billed, and total compensation request

by professional:

| Professional | Billing Rate | Hours Billed | Total |
|---|---|---|---|
| Emmett Robinson | $ 400.00 | 59.80 | $ 23,920.00 |
| Emmett Robinson – Travel | $ 200.00 | 7.00 | $ 1,400.00 |
| | **TOTALS:** | **66.80** | **$ 25,320.00** |
| | **Fee Request:** | | **$ 25,320.00** |

A chronological itemization of services rendered by Applicant is attached as Exhibit A.

As set forth in Exhibit A, Applicant has devoted at least 66.80 hours exclusively to this case over

the Application Period. The requested compensation is reasonable in light of the time, nature,

extent, and value of the services rendered, and the cost of comparable services if provided other than in relation to a case under the Bankruptcy Code.

**4.      Expense Reimbursement Request**

The Applicant further seeks reimbursement of expenses related to travel charges in December 2025 in the amount of $139.39 that are reflected on the December bill.

**D.      MISCELLANEOUS MATTERS**

1.      **Services to be Performed:** Applicant's services as special counsel through the duration of the State Court Case. The State Court has set a case schedule that will require the completion of discovery this summer, the filing of dispositive motions in the fall, and oral arguments in November 2026.

2.      **No Fee Sharing Arrangement:** No fee sharing arrangement exists. The Applicant does not have any agreement or understanding with any other person for the sharing of any compensation received or to be received in connection with this case, except for agreements and understandings for the sharing of compensation by members and regular associates of the Applicant firm.

3.      **Certification of Review:** A review of the fee itemization has been conducted, and any unnecessary or excessive expenses or duplicative services have been adjusted. The Applicant recorded time for legal services in time increments of one-tenth of one hour contemporaneously with performance and compiled them in Applicant's computer regularly used to record services and expenses for all clients of his law firm.

4.      **Professional Standards:** Applicant represents that it has submitted hours to the Court that represent only the actual time incurred in relation to the legal services described above. Applicant's professional standards prohibit it from billing for hours in excess of actual

6

hours incurred. If the Court believes that the description of services rendered is inadequate, it is requested that a hearing be held to permit Applicant an opportunity to further detail the actual services rendered for the entry(ies) in question.

**E.     CONCLUSION**

Based upon the foregoing, Applicant seeks an order:

i.     allowing and awarding the Applicant's interim compensation for the services rendered as special counsel as set forth above for the Application Period;

ii.     authorizing the Debtor to pay the Holdback amount to the Applicant; and

iii.     granting such other relief as is appropriate

Respectfully submitted,

 /s/  James A. Coutinho
James A. Coutinho     (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215
T: (614) 221-8500     F: (614) 221-5988
coutinho@asnalaw.com
rebholz@asnalaw.com
*Counsel for Debtor and Debtor in Possession*

APPROVED:

/s/ Emmett E. Robinson
(*per email authority*)
Emmett E. Robinson (88537)
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
T: 216.505.6900 / F: 216.649.0508
erobinson@robinsonlegal.org
*Special Counsel for Debtor
and Debtor in Possession*

EXHIBIT A
Page 1 of 5

# ROBINSON LAW FIRM LLC

27 Foxwood Circle
Wakeman, OH  44889
(216) 505-6900
firm@robinsonlegal.org

## Invoice

*Services Rendered **October 17-31, 2025***
Dated: October 31, 2025

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 10/20 | Conduct case-law research in preparation for drafting opposition to defendants' motion for summary judgment (res judicata). | 4.0 | $400.00 | $1,600.00 |
| 10/21 | Conduct case-law research in preparation for drafting opposition to defendants' motion for summary judgment. | 2.3 | " | 920.00 |
| 10/21 | Draft/revise opposition to motion for summary judgment. | 2.0 | " | 800.00 |
| 10/22 | Draft/revise opposition to motion for summary judgment. | 4.5 | " | 1,800.00 |
| 10/23 | Draft/revise opposition to motion for summary judgment. | 4.0 | " | 1,600.00 |
| 10/31 | Draft/revise opposition to motion for summary judgment. | 2.6 | " | 1,040.00 |
| | | | **TOTAL:** | **$7,760.00** |

**$7,760.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC."  ACH payment also accepted.  Credit card accepted via Venmo—@RobinsonLawFirm.

EXHIBIT A
Page 2 of 5

# ROBINSON LAW FIRM LLC

27 Foxwood Circle
Wakeman, OH  44889
(216) 505-6900
firm@robinsonlegal.org

## Invoice

*Services Rendered **November 2025***
Dated: November 30, 2025

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/7 | Review/analyze and draft/revise bankruptcy appointment petition. | .4 | $400.00 | $160.00 |
| 11/10 | Confer with J. Cummins regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | .3 | " | 120.00 |
| 11/18 | Review/analyze and annotate reply in support of res-judicata motion. | .8 | " | 320.00 |
| | | | **TOTAL:** | **$600.00** |

**$600.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC."  ACH payment also accepted.  Credit card accepted via Venmo—@RobinsonLawFirm.

Page **1** of **1**

EXHIBIT A
Page 3 of 5

# ROBINSON LAW FIRM LLC

27 Foxwood Circle
Wakeman, OH  44889
(216) 505-6900
firm@robinsonlegal.org

## Invoice

*Services Rendered* **December 2025**
Dated: December 31, 2025

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 12/8 | Review briefs and case law in preparation for oral argument on res judicata motion for summary judgment; draft/revise ▮▮▮▮▮▮ ▮▮. | 1.0 | " | 400.00 |
| 12/9 | Review briefs and case law in preparation for oral argument on res judicata motion for summary judgment; draft/revise ▮▮▮▮▮▮ ▮▮. | .8 | " | 320.00 |
| 12/10 | Review briefs and case law in preparation for oral argument on res judicata motion for summary judgment. | 3.2 | " | 1,280.00 |
| 12/12 | Review briefs and case law in preparation for oral argument on res judicata motion for summary judgment. | 1.6 | " | 640.00 |
| 12/15 | Review/analyze case law and draft summaries in preparation for oral argument on res judicata motion for summary judgment; confer with J. Cummins and R. Rhein regarding ▮▮▮▮▮. | 4.4 | " | 1,760.00 |
| 12/16 | Review/analyze case law and briefs and draft case summaries in preparation for oral argument on res judicata motion for summary judgment. | 4.2 | " | 1,680.00 |
| 12/16 | Travel to Cincinnati for oral argument on res judicata motion for summary judgment. | 3.5 | 200.00 | 700.00 |
| 12/17 | Prepare for and participate in oral argument on res judicata motion for summary judgment. | 5.3 | 400.00 | 2,120.00 |
| 12/17 | Return travel from Cincinnati for oral argument on res judicata motion for summary judgment. | 3.5 | 200.00 | 700.00 |
| 12/17 | Cincinnati hotel expenses for oral argument. | n/a | n/a | 125.39 |
| 12/17 | Parking in Cincinnati for oral argument. | n/a | n/a | 14.00 |
| 12/18 | Confer with R. Rhein concerning ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. | .2 | 400.00 | 80.00 |

Page **1** of **2**

# ROBINSON LAW FIRM LLC

27 Foxwood Circle
Wakeman, OH  44889
(216) 505-6900
firm@robinsonlegal.org

## Invoice

*Services Rendered **January 2026***
Dated: February 2, 2026

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 1/20 | Review/analyze and annotate ███████████. | .7 | $400.00 | $280.00 |
| 1/21 | Review/analyze and annotate ███████████. | .8 | " | 320.00 |
| 1/22 | Confer with Cummins Law team regarding analysis of ████████ ████ and strategy moving forward. | .9 | " | 360.00 |
| 1/27 | Review/analyze and annotate ███████████. | 1.0 | " | 400.00 |
| 1/28 | Review/analyze and annotate ███████████; conduct case research concerning updates to law surrounding ████████████████████████. | 2.3 | " | 920.00 |
| 1/29 | Conduct case research concerning updates to law surrounding ██ ████████████████████████. | 3.0 | " | 1,200.00 |
| 1/30 | Conduct case research concerning updates to law surrounding ██ ████████; review/analyze memorandum and article related to ██ ████████. | 1.4 | " | 560.00 |
| | | | **TOTAL:** | **$4,040.00** |

**$4,040.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC."  ACH payment and wire also accepted.

EXHIBIT A
Page 5 of 5

# ROBINSON LAW FIRM LLC

27 Foxwood Circle
Wakeman, OH  44889
(216) 505-6900
firm@robinsonlegal.org

## Invoice

*Services Rendered* **February 2026**
Dated: March 3, 2026

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/3 | Confer with J. Cummins regarding ███████████. | .2 | $400.00 | $80.00 |
| 2/4 | Communicate with Cummins Law team regarding ████████ ████████████████. | .8 | " | 320.00 |
| 2/9 | █████████████████████████████ in preparation for Cummins Law call regarding the same. | .7 | " | 280.00 |
| 2/10 | Confer with Cummins Law team regarding ████████ █ ████████████. | 1.4 | " | 560.00 |
| 2/12 | Prepare for court status conference; confer with R. Rhein about the same. | .3 | " | 120.00 |
| 2/24 | Participate in phone status conference with court and confer with Cummins Law team about outcome of the same. | 1.3 | " | 520.00 |
| 2/25 | Review/analyze and annotate ████████████. | .4 | " | 160.00 |
| 2/27 | Update research on ██████. | 3.0 | " | 1,200.00 |
| | | | **TOTAL:** | **$3,240.00** |

**$3,240.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC."  ACH payment and wire also accepted.

## <u>NOTICE OF FIRST INTERIM FEE APPLICATION OF ROBINSON LAW FIRM, LLC</u>

The Debtor has filed papers with the Court seeking interim compensation for services rendered by Robinson Law Firm, LLC, as special counsel.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the application**, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, Atrium Two, Suite 800, 221 E. Fourth St., Cincinnati, OH 45202, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

Office of The United States Trustee
550 Main Street
Suite 4-812
Cincinnati, OH 45202

James A. Coutinho, Esq.
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further notice or hearing.

8

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *First Interim Fee Application of Robinson Law Firm, LLC* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on March 31, 2026, addressed to all parties and creditors in interest as set forth on the attached mailing matrix.

 /s/ James A. Coutinho
James A. Coutinho (0082430)

**Asst US Trustee**
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212
*United States Trustee*

**Austin Z. Baurichter, Esq.**
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
*Counsel for Park National Bank*

**Branden P. Moore, Esq.**
McGuireWoods LLP
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. & Bank of America, NA*

**Brian Green, Esq.**
Shapero & Green, LLC
25101 Chagrin Boulevard
Beechwood, OH 44122
*Counsel for First Federal Savings & Loan Association of Lakewood*

**Christopher P. Schueller, Esq.**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Counsel for The Huntington National Bank*

**David Mullen, Esq.**
McGlinchey Stafford, PLLC
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
*Counsel for Bank of America, N.A.*

**Donald W. Mallory, Esq.**
Wood + Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
*Counsel for General Electric Credit Union*

**First Federal Savings Bank**
PO Box 250
Washington Court House, OH 43160
*Top 20*

**Karolina F. Perr, Esq.**
Wood + Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
*Counsel for Village of Evendale, Ohio*

**Kelly M. Neal, Esq.**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Counsel for The Huntington National Bank*

**Partick Hruby, Esq.**
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
*Counsel for First Merchants Bank*

**Patricia B. Fugée, Esq.**
FisherBroyles, LLP
27100 Oakmead Drive, #306
Perrysburg, OH 43551
*Counsel for Civista Bank*

**Paul T. Saba, Esq.**
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208
*Counsel for Stock Yards Bank & Trust Company*

**Raymond Joseph Schneider**
3515 Tiffany Ridge Lane
Cincinnati, OH 45241
*Debtor*

**Richard Boydston, Esq.**
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, OH 45202
*Counsel for First Merchants Bank*

**Richard J. LaCivita, Esq.**
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
*Counsel for Heritage Bank*

**Rockland Trust Company**
288 Union Street
Rockland, MA 02370
*Top 20*

**Steven M. Hartmann, Esq.**
Smith, Gambrell & Russell, LLP
155 North Wacker Drive, Stuite 3000
Chicago, IL 60606
*Counsel for Transamerica Life Insurance Company*

**Susan M. Argo, Esq.**
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
*Counsel for Three Notes, LLC & Park National Bank*

**Timothy P. Palmer, Esq.**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Counsel for The Huntington National Bank*

**Tricia Morra, Esq.**
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
*Counsel for Nationstar Mortgage, LLC*

**Truist Bank**
Bankruptcy Department
306-40-04-95
PO Box 27767
Richmond, VA 23261
*Secured Creditor - PoC Notice*
*Address*

**Whitney L. Mosby, Esq.**
Dentons Bingham Greenebaum
LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
*Counsel for First Merchants Bank*