**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 27, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Beth A. Buchanan |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**[Docket No. 118]**

This matter is before the court on the Motion to Withdraw as Counsel for creditor Bank of America, N.A.  For good cause shown, the Court finds this Motion to be well-taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that Stefanie L. Deka shall be withdrawn as counsel for creditor, Bank of America, N.A.

IT IS SO ORDERED.

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                    Case No. 25-12607-bab

Raymond Joseph Schneider                                                  Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

Brian Green
on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen
on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 28