**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**STIPULATION FOR EXTENSION OF TIME FOR DEBTOR TO RESPOND TO
MOTION OF THE HUNTINGTON NATIONAL BANK FOR AUTHORIZATION TO
PROSECUTE DERIVATIVE ACTIONS (DOC. 132)**

Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"), and The

Huntington National Bank stipulate that the Debtor may have until April 10, 2026, to respond to

the *Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions*

(Doc. 132.).

AGREED:

                                                        BUCHANAN INGERSOLL & ROONEY PC

  /s/ James A. Coutinho                          /s/ Christopher P. Schueller
Thomas R. Allen       (0017513)          (*per email authority on 4/7/2026*)
Richard K. Stovall     (0029978)          Christopher P. Schueller (OH Id. No. 0086170)
James A. Coutinho    (0082430)          Timothy P. Palmer (OH Id. No. 86166)
Andrew D. Rebholz   (0102192)          Kelly M. Neal (OH Id. No. 100889)
Allen Stovall Neuman & Ashton LLP     Union Trust Building
10 West Broad Street, Suite 2400          501 Grant Street, Suite 200
Columbus, Ohio 43215                         Pittsburgh, PA 15219
allen@asnalaw.com; stovall@asnalaw.com  Telephone: 412-562-8800
coutinho@asnalaw.com;                     Fax: 412-562-1041
rebholz@asnalaw.com                        E-mail: christopher.schueller@bipc.com
*Counsel for Debtor / Debtor in Possession*  E-mail: timothy.palmer@bipc.com
                                                        E-Mail: kelly.neal@bipc.com
                                                        *Attorneys for The Huntington National Bank*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation for Extension of Time for Debtor to Respond to Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* was served (i) electronically on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail on April 7, 2026, addressed to the following:

None.

 /s/ James A. Coutinho
James A. Coutinho     (0082430)

2