**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 13, 2026**

---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | |
| ) | |
| **RAYMOND JOSEPH SCHNEIDER** ) | **Case No. 25-12607** |
| ) | **Chapter 11** |
| **Debtor(s)** ) | **Judge Buchanan** |
| ) | |
| ) | |

### ORDER SETTING PRELIMINARY HEARING ON
### MOTION TO PROSECUTE DERIVATIVE ACTIONS
### [Docket Number 132]

This case is before this Court regarding Creditor The Huntington National Bank's *Motion for Authorization to Prosecute Derivative Actions* [Docket Number 132], and Debtor's *Objection* [Docket Number 155].

This matter is scheduled for a preliminary hearing to be held on **April 28, 2026, at 10:00 a.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202.

This is a non-evidentiary proceeding.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the preliminary hearing telephonically. Please refer to the instructions for telephonic attendance of

the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**Should any party fail to attend the preliminary hearing or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**
SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                    Case No. 25-12607-bab

Raymond Joseph Schneider                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                              User: ad                                Page 1 of 2

Date Rcvd: Apr 14, 2026                      Form ID: pdf01                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID                        Recipient Name and Address**
dbpos                        +  Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

**Name                        Email Address**

Andrew Dennis Rebholz
          on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com

Asst US Trustee (Cin)
          ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter
          on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore
          on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com,
          amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore
          on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
          amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green

on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David Mullen

on behalf of Creditor BANK OF AMERICA  N.A. dmullen@hinshawlaw.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory

on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering

on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho

on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho

on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman

on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr

on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee

on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby

on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba

on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston

on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall

on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@aksnlaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 28