**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 20, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case  No. 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Beth A. Buchanan |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (Doc #157)

This matter is before the court on the Motion to Withdraw as Counsel for creditor Bank of America, N.A. (Doc. # 157).  For good cause shown, the Court finds this Motion to be well-taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that David Mullen shall be withdrawn as counsel for creditor, Bank of America, N.A.

IT IS SO ORDERED.