**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**REPORT TO COURT REGARDING DEBTOR'S DISCOVERY PRODUCTION RELATED TO MOTION OF THE HUNTINGTON NATIONAL BANK FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THE DEBTOR AND THIRD PARTIES (DOC. 135)**

On March 23, 2026, the Court entered the *Order: 1) Setting Discovery Deadline; 2) Deadline for Filing Reports and 3) Scheduling a Discovery Conference with Respect to Huntington National Bank's Motion for 2004 Exam* (the "Scheduling Order") (Doc. 135). The Scheduling Order provided that Debtor Raymond Joseph Schneider (the "Debtor") was to provide The Huntington National Bank ("Huntington") with his discovery production no later than April 17, 2026. Thereafter, the Debtor was ordered to file a report with the Court that would "include a list of any requested documents that were not produced and an explanation of why those documents were not produced." Scheduling Order ¶2. This report is being filed to comply with the Scheduling Order.

1.      **Production To Date** – The Debtor has completed a rolling production to Huntington of approximately 2,675 files consisting of nearly 29,000 pages and 1.34 GB.[1] This production consisted primarily of (a) business and personal bank statement; (b) business financial statements; (c) corporate governance and related documents; (d) business transactional documents; (e) personal asset documentation; (f) available tax returns; and (g) other documents that were provided to the UST.

---

[1] This does not include prior productions by the Debtor in the first bankruptcy case and in the ongoing state Court litigation.

2.      **Controlled Entities versus Non-Controlled Entities** – The Debtor has ownership or management control over numerous entities and has worked to provide documents and information in his custody and/or control related to those entities. However, there are a number of entities that the Debtor is just an investor or is a minority party without management control. Though he has requested the documents, the Debtor has not been able to obtain comprehensive documentation from each of those entities. Generally, the Debtor has been able to obtain governance documents and financial statements for those entities but does not have access to bank account records. The Debtor has recently agreed to an order appointing an Examiner that will require the Debtor to make formal requests on these entities for corporate books and records which may permit him to obtain bank statements and other requested documents without the need for a subpoena. Otherwise, if those efforts are not successful, the Examiner order provides that the Examiner may issue subpoenas, and the Debtor has no objection to those documents being provided to Huntington as well.

3.      **Tax Returns** – The Debtor has produced filed personal tax returns, tax returns for entities that are under his custody and control, and his personal tax documents (K-1 statements) for other entities where he is a minority investor or without control. Huntington provided a schedule of missing tax returns in its last report to the Court. Many of the requested returns simply did not exist because either the entity was not operational during the relevant period, never operated, or was a pass-through entity that appeared on the Debtor's Schedule E in his personal tax returns. To assist the Court and the parties with determining the tax return status, the Debtor's counsel prepared the attached schedule of companies which sets forth the name of the entity, the

state of formation, the beginning and end dates (if applicable) of the entity, the owners of the company, and the tax treatment.[2]

4.      **Bank Statements, Credit Card Statements, Financial Statements, Merril Lynch Statements** – The Debtor has attempted to provide Huntington with the requested bank statements, credit card statements, company financial statements, and Merrill Lynch investment account statements. The Debtor used the spreadsheets provided by Huntington to identify missing statements that needed to be supplemented, and further obtained and scanned paper records from storage for older periods. The Debtor maintained in his objection to the Huntington 2004 requests that records from 2018 were too old to be relevant, and the Debtor, therefore, did not produce those records yet. However, the Debtor has recently agreed to the appointment of an Examiner and further that the scope of the investigation of the Examiner can go back to 2018. Therefore, the Debtor will be supplementing the production with the 2018 records as soon as possible. Otherwise, it was not the Debtor's intention to withhold any bank statements, credit card statements, financial statements, or other account statements from production. If any statement is missing, it was an inadvertent error and the matter will be supplemented.

5.      **Cancelled Checks** – Huntington's discovery requests sought to have the Debtor produce all cancelled checks from 2018-present for the Debtor personally and for all the Debtor's entities. Unless the cancelled checks were attached to the bank statements, the Debtor has not independently obtained and produced cancelled checks due to the substantial burden in doing so, and the lack of availability of check images for older years. To the extent that any additional information is needed about any particular transaction or series of transactions, the Debtor will

---

[2] The undersigned has used best efforts to ensure the accuracy of the attached schedule of companies, but there may be errors. This list was cross referenced with the Debtor's schedules and the list of companies attached to Huntington's discovery requests, and notes have been provided that will hopefully clarify the status of each entity.

willingly seek out that information, including by review of accounting records and seeking copies of checks from financial institutions. But without more direction related to the check copies, such effort is too burdensome.

6.      **Emails and Communications** – The Debtor has not yet produced emails and related communications (except that certain emails and communications were produced in conjunction with the ongoing state court litigation). The Debtor has caused his IT vendor to produce to the undersigned counsel approximately 180GB of Microsoft Outlook mailbox files (.pst) that contain emails from the Debtor and his key employees over the requested time period. These files are loaded into the undersigned's discovery vendor system for review and production. However, without a protocol and agreed upon search criteria with Huntington, the number of emails would be overwhelmingly burdensome to go through, review for privilege, and then produce, as the Debtor set forth in his objection to the 2004 motion. The Debtor seeks to have a conversation with the Court and Huntington about appropriate search parameters and a rolling review/production schedule for emails, which effort can also be coordinated with the appointed Examiner.

7.      **Third Party Documentation** – Aside from the Debtor's efforts to obtain information from non-controlled company affiliates, the Debtor has sought documents and information from insiders and other third parties. In particular, the Debtor's counsel has been in contact with the attorney representing the Debtor's wife and adult children, and the two family trusts. A request for information was made and those documents are being collected to the extent they exist. Moreover, in relation to the Trusts, the Debtor has requested that the law firm of Vorys Sater Seymour & Pease LLP—the Debtor's estate planning counsel—compile and provide to the undersigned its file in relation to the estate planning services that resulted in Vorys preparing the

4

trusts. That file has not yet been received. Once received, it will be reviewed for privilege and produced.

8.      **Discovery Responses** – The Debtor has not provided written responses to Huntington's interrogatories. First, the Debtor maintains that interrogatories are not appropriate for Rule 2004 relief because the Rule 7026 discovery process does not apply. *See In re Bennett Funding Group, Inc.*, 203 B.R. 24, 28 (Bankr. N.D.N.Y 1996) (discussing inapplicability of Rule 7026 and the incorporated federal rules of discovery to Rule 2004 exams). Moreover, with the attached schedule of companies, and the production to date, the Debtor would rely upon Federal Rule 33(d) as incorporated by Bankruptcy Rule 7033 which provides that business records may be produced as a response to an interrogatory when the purpose of the "interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing a party's business records (including electronically stored information), and if the burden of deriving or ascertaining the answer will be substantially the same for either party…." Fed.R.Civ.P. 33(d). Notwithstanding the foregoing, the Debtor is willing to review the remaining interrogatories and discuss responses to them at the scheduled discovery conference if the information cannot be derived already from the Debtor's production.

With direction from the Court on the few remaining issues and sufficient time to complete privilege review and production, the Debtor believes any remaining discovery matters can be resolved. The Debtor looks forward to the upcoming discovery conference to obtain clarity on these remaining items.

Respectfully submitted,

/s/ James A. Coutinho
Thomas R. Allen      (0017513)
Richard K. Stovall    (0029978)
James A. Coutinho    (0082430)

5

Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| 5027 and 5055 Madison Road LLC | Ohio | 2/15/2021 | | Madison Warehouse, LLC | Disregarded Entity. No Tax Returns. Flows through Madison Warehouse, LLC |
| 5150 East Galbraith Road LLC | Ohio | 3/16/2005 | | Ray Schneider - 1/3 Henry Schneider - 1/3 Thomas Zemboch - 1/3 | Debtor receives a K-1 |
| 54 Realty, LTD | Ohio | 11/25/1997 | | Ray Schneider - 50% Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| 72 Ventures Ltd | Ohio | 11/25/1997 | | Ray Schneider - 50% Harold Sosna - 50% | Assets sold after state closed facility in 2017. No returns. |
| 747 LLC | Ohio | 2/2/2000 | 8/28/2025 | RH Real Estate Investments LLC | Disregarded Entity. No Tax Returns. Flowed through RH Real Estate Investments, LLC |
| 82 Lafayette Road Development, LLC | MA | | | Not Debtor | May be affiliated with 82 Lafayette Road, LLC, which Debtor sold out of in 2017. |
| 82 Lafayette Road LLC | Unknown | | | Not Debtor | Debtor sold interest in company in 2017. |
| 9617 Kenwood Road Development, LLC | | | | | RENAMED. See The Blue Development Company, LLC |
| All Realty of Blue Ash, LLC | Ohio | 11/20/2002 | 7/18/2024 | Henry Schneider | Unknown |
| Alternative Home Care and Staffing Incorporated | Ohio | 7/18/1995 | 10/12/2022 | Not Debtor | No longer owned by Debtor; transferred in 2020. |
| Atlanta RDPR, LLC | GA | 6/4/2019 | 2/20/2023 | Ray Schneider - 100% | No Tax Returns. Appeared on Debtor's Schedule E |
| Atlanta Red Dog Pet Resort & Spa, LLC | GA | 6/4/2019 | 7/15/2024 | Red Dog Operations Holding Company, LLC | Disregarded Entity. No Tax Returns. Flowed into Red Dog Operations Holding Company, LLC |
| Beechwood Terrace Care Center, Inc. | Ohio | 9/24/2007 | | Harold Sosna | Not owned by Debtor.  Liquidated by Huntington. Tax status unknown. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Boston Animal Hospital LLC | MA | 8/12/2009 | | KPT7 Holding Company LLC | Disregarded Entity. No Tax Returns. Flowed initially into Red Dog Operations Holding Company, LLC, now flows into KPT7 Holding Company, LLC |
| Boston Pet Rehabilitation Center, LLC | MA | 4/11/2022 | 12/31/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Dissolved in 2024 in MA. Would have been Sch E. |
| Boston RD LLC | MA | 9/5/2008 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Boston Red Dog Pet Resort & Spa LLC | MA | | | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |
| Boston Self Storage LLC | MA | 5/13/2015 | 6/30/2021 | Ray Schneider - 100% | No returns. No assets. Never operated. Dissolved in 2021 in MA. Would have been Sch E. |
| Circle Development of Cincinnati LLC | Ohio | 6/29/2004 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Circle Health Care Operating Co. I, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Operating Co. II, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Operating Co. III, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Operating Co. IV, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Operating Co. V, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Operating Co. VI, LLC | Ohio | 3/28/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Circle Health Care Real Estate Acquisition Co., LLC | Ohio | 3/29/2021 | 3/15/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Circle Home Theater, LLC | Ohio | 2/26/2004 | | Ray Schneider - 100% | No returns. No assets. No business operations for 15+ years. Would have been Sch E. |
| Circle Storage Operating Company I, LLC | Ohio | 11/18/2016 | | Grasshopper Investments LLC - 100% | Disregarded Entity. No Tax Returns. Flows into Grasshopper Investments, LLC |
| Circle Storage Operating Company II, LLC | Ohio | 11/18/2026 | 1/11/2018 | N/A | Merged out of existence in 2018 into Circle Storage Operating Company I, LLC |
| Columbus Health Care Partners, Inc. | Ohio | 11/26/1997 | 1/4/2007 | Ray Schneider - 100% | No returns. No assets. Terminated in 2007. |
| Corporate Park Investors, LTD. | Ohio | 1/28/1997 | | Ray Schneider - 5.5% Multipe other owners | Debtor receives a K-1 |
| Dana Ventures LTD | Ohio | 3/29/1998 | 6/19/2024 | Ray Schneider - 100% | No returns. No assets. Ceased operations in 2004. |
| Delhi Plaza Associates, LTD. | Ohio | 1/29/1995 | 10/31/2025 | Ray Schneider - 2.8304% Multiple other owners | Debtor receives a K-1 |
| DSES LLC | Ohio | 11/19/2014 | | Danielle Schneider - 50% Eric Schneider - 50% | Not owned by Debtor. |
| East Galbraith Health Care Center, INC. | Ohio | 3/30/1997 | | Ray Schneider - 1/3 Henry Schneider - 1/3 Marilyn Zamboch - 1/3 | No returns. No assets. Ceased operations in 2003 |
| EGHC Holdings, Ltd | Ohio | 8/6/1997 | | HRM Realty Holdings, LLC 100% | Disregarded Entity. No Tax Returns. Flows into HRM Realty Holdings, Ltd. |
| Euclid Health Care, INC. | Ohio | 11/26/2003 | | Ray Schneider - 50% Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| Executive Park Investors, Ltd | Ohio | 8/30/1994 | | Ray Schneider - 5% Multiple other owners | Debtor receives a K-1 |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Framingham RD LLC | MA | 2/12/2020 | 12/29/2023 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Framingham Red Dog Pet Resort & Spa, LLC | MA | 2/12/2020 | 12/29/2023 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Grasshopper Investments II, LLC | Ohio | 4/12/2005 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Grasshopper Investments LLC | Ohio | 4/3/2001 | | Ray Schneider - 0.5% (2/400 shares) Schneider-Grasshopper Inc. - 0.5% (2/400 shares) Patricia B Schneider Gift Trust - 99% (396 shares) | Debtor receives a K-1. |
| Hamilton II, LLC | Ohio | 11/9/1999 | | Ray Schneider - 6% Multiple other owners | Debtor receives a K-1 |
| Harmony Health Care, INC. | Ohio | 12/23/1996 | 10/17/2003 | Ray Schneider - 100% | No returns. No assets. Dissolved in 2003 |
| Horizon Health Management II, LLC | Ohio | 4/24/2013 | | HRM Realty Holdings, LLC - 100% | Disregarded Entity. No Tax Returns. Flows into HRM Realty Holding, LLC. No assets since 2016. |
| Horizon Health Management LLC | Ohio | 4/24/2013 | | HRM Realty Holdings, LLC - 100% | Disregarded Entity. No Tax Returns. Flows into HRM Realty Holding, LLC. No assets since 2016. |
| HRM Realty Holdings LTD | Ohio | 1/15/1998 | | Henry Schneider - 1/3 Ray Schneider - 1/3 Marilyn Zembach - 1/3 | Debtor receives a K-1 |
| Hyde Park Circle LLC | Ohio | 3/16/2005 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| IF2, Ltd | Ohio | 4/27/1998 | | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Ivy Health Care LLC | Ohio | | | Harold Sosna | Not owned by Debtor. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Ivy Knoll | n/a | n/a | | n/a | This is not a separate entity. Ivy Knoll is the trade name for Northern Kentucky Retirement Community, LLC |
| JDE Holdings LLC | Ohio | 6/26/2014 | 9/4/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Keller Road Realty Co LLC | Ohio | 9/24/1998 | | Ray Schneider - 50% Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| Kenwood Terrace Health Care Center, INC. | Ohio | 4/24/2002 | | Ray Schneider - 50% Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| KPT7 Holding Company, LLC | Ohio | 10/22/2024 | | Ray Schneider – 0.01% Patricia B. Schneider 2020 Gift Trust – 64.99% Eric Schneider – 35% | Debtor receives a K-1 |
| Lebanon Rd, LLC | Ohio | 12/9/2020 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Loveland Rd Realty, LLC | Ohio | 10/17/2018 | | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Loveland Rd, LLC | Ohio | 9/10/2012 | | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Loveland Red Dog Pet Resort & Spa LLC | Ohio | 9/10/2012 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Madison Warehouse, LLC | Ohio | 3/1/2021 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Mason Rd, LLC | Ohio | 1/31/2014 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Mason Red Dog Pet Resort & Spa, LLC | Ohio | 1/31/2014 | | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Monarch Rd LLC | Ohio | 1/31/2016 | 4/7/2025 | Ray Schneider - 100% | No assets. Previously held real estate that was transferred to Circle Storage Operating Company I, LLC, in 2020. Would have been on Sch E anyway. |
| Montclair Investors Ltd | Ohio | 1/9/1996 | | Ray Schneider - 5% Multiple other owners | Debtor receives a K-1 |
| New England Self Storage LLC | MA | 11/5/2014 | 6/30/2017 | Ray Schneider - 100% | No returns. No assets. Dissolved in 2017 |
| North Shore RD LLC | MA | 10/28/2015 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| North Shore Red Dog Pet Resort & Spa, LLC | MA | 6/1/2016 | | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |
| North Station Animal Hospital LLC | MA | | | KPT7 Holding Company LLC | Disregarded Entity. No Tax Returns. Flowed initially into Red Dog Operations Holding Company, LLC, now flows into KPT7 Holding Company, LLC |
| Northeast Self Storage, LLC | n/a | 4/15/2015 | | Not Debtor | Debtor sold his membership interest to partner in 2017 prior to construction. No current assets. Dissolved in MA in 2021 |
| Northern Kentucky Assisted Living LLC | KY | 1/12/2015 | | Ray Schneider - 85% DSES LLC - 15% | Debtor receives a K-1 |
| Northern Kentucky Retirement Community, LLC | KY | 2/2/2015 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| Northwest Self Storage LLC | n/a | | | | Not a known entity; confused with Northwest Self Storage, LLC |
| Peabody RD | MA | | | | RENAMED to North Shore RD, LLC, in 2016. |
| Pleasant Ridge Care Center, Inc. | Ohio | | | Harold Sosna | Not owned by Debtor. |
| Pleasant Ridge Realty, LLC | Ohio | 7/15/2008 | | Harold Sosna | Not owned by Debtor. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| R & T Development LLC | Ohio | 2/18/1987 | | Ray Schneider - 100% | No assets for over 20 years (used to own a single family house). No returns. |
| RD Realty I, LLC | Ohio | 1/8/2007 | | Hyde Park Circle, LLC | Disregarded Entity. No Tax Returns. Appeared on Debtor's Schedule E; now flows through Hyde Park Circle, LLC |
| Red Cup Espresso LLC | Ohio | 2/20/2020 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Red Dog Management Company, LLC | Ohio | 4/16/2019 | | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |
| Red Dog Operations Holding Company LLC | Ohio | 2/28/2020 | | Kindred Pet Services, LLC (which is owned 31.6% by KPT7, LLC, and remainder by third party buyer) | Debtor previously received K-1. Company transferred in 2024 through sale transaction. |
| Red Dog Resort & Spa LLC | Ohio | 8/1/2006 | | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |
| RH Real Estate Investments LLC | Ohio | 5/22/2008 | | Ray Schneider - 50% Henry Schneider Trust - 50% | Debtor receives a K-1 |
| Schneider-Grasshopper Inc | Ohio | 10/6/2020 | | Ray Schneider - 100% | Separate returns filed; Debtor controls. |
| Seminole Avenue Realty, LLC | Ohio | 8/18/2016 | | Ray Schneider - 50% Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| Shaya B LLC | Ohio | 12/30/2020 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Skipton Kennel and Pet Center | MA | 5/1/1989 | 12/31/2024 | Ray Schneider - 100% | No assets for many years. Purchased in 2015 and pet supply sale operation was rolled into Boston Red Dog Pet Resort & Spa, LLC. No returns. |
| Soft Pouch Equipment LLC | Ohio | 5/12/1999 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| Southbrook Health Care Center, INC. | Ohio | 5/1/2002 | | Ray Schneider - 50%<br>Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| Springdale Red Dog Pet Resort & Spa, LLC | Ohio | 7/2/2019 | | Red Dog Operations Holding Co LLC - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |
| Steigler Road Realty, LLC | Ohio | 8/18/2003 | | Ray Schneider - 50%<br>Harold Sosna - 50% | Liquidated by receiver; no known tax filings since liquidation |
| Sterling Glen Health Center LTD | Ohio | 8/12/1996 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Sterling Manor LTD | Ohio | 8/11/1996 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| Techwoods Circle Rd. LLC | Ohio | 10/18/2021 | | KPT7 Holding Company LLC | Disregarded Entity. No Tax Returns. Flowed into Debtor's Schedule E until February 6, 2025, when Debtor sold all of the membership interest in this company to the KPT7 Holding Company, LLC |
| The Blue Development Company, LLC (Original) | Ohio | 10/18/2023 | 7/3/2024 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| The Blue Development Company, LLC FKA 9617 Kenwood Road Development, LLC | Ohio | 10/28/2019 | | Raymond Schneider 2019 Gift Trust | Disregarded Entity. No Tax Returns. Flowed into Debtor's Schedule E (as 9617 Kenwood Rd) until September 1, 2024 when Debtor sold all of the membership interest in this company to the Raymond Schneider 2019 Gift Trust |
| The Cambridge Health Care Center LTD | Ohio | 6/23/1996 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| The Gatherings of Blue Ash, LLC | Ohio | 6/7/2021 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| The Red at Madison Circle, LLC | Ohio | 7/14/2016 | | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |

| Company Name | State of Formation | Formation Date | Closure Date | Ownership | Tax Status / Comments |
|---|---|---|---|---|---|
| The Red Corner LLC | Ohio | 5/3/2019 | | Ray Schneider - 100% | Disregarded Entity. No Tax Returns. Appears on Debtor's Schedule E |
| The Red Kitchen LLC | Ohio | 5/21/2018 | 3/31/2025 | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| To Life III, LTD | Ohio | 9/10/2009 | | Ray Schneider - 100% | No returns. No assets. Never operated. Would have been Sch E. |
| To Life LTD | Ohio | 6/23/1996 | | Ray Schneider - 80 Class A (8.42%) Raymond Schneider 2019 Gift Trust - 720 Class B shares Eric Schneider - 45 Class B shares + 5 Class A Justin Schneider - 45 Class B shares + 5 Class A Danielle Schneider - 45 Class B shares + 5 Class A | Debtor receives a K-1 |
| West Chester Pet Resort & Spa LLC | Ohio | 6/23/2014 | 9/3/2024 | Red Dog Operations Holding Co - 100% | Disregarded Entity. No Tax Returns. Flows into Red Dog Operations Holding Company, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Report to Court Regarding Debtor's Discovery Production Related to Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery With Respect to the Debtor and Third Parties* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on April 22, 2026, addressed to the following:

None.

/s/  James A. Coutinho
James A. Coutinho     (0082430)

7