**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 22, 2026**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) Case No. 25-12607 |
| **RAYMOND JOSEPH SCHNEIDER,** | ) Judge Beth A. Buchanan |
| | ) |
| **Debtor.** | ) Related to Doc. Nos. 130 & 140 |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S
MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY CANDACE J. SALAZAR CPA [Dkt No. 130]**

AND NOW, upon the *Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Candace J. Salazar CPA* (the "**Motion**")[1] [Dkt No. 130], and no response having been received on or before April 10, 2026 pursuant to this Court's *Order Scheduling Hearing on Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Candace J. Salazar CPA* [Dkt. No. 140], it is hereby

---

[1] Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

1

**ORDERED** that the Motion is **GRANTED**.  Huntington is authorized to serve the Subpoena on

Candace J. Salazar CPA pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**SO ORDERED.**

Distribution List:

Default List Plus Additional Party

Candace J. Salazar, CPA
5589 Plum Run Road
Milford, OH 45150

Proposed order submitted by:

*/s/ Kelly M. Neal*
Christopher P. Schueller (0086170)
Timothy P. Palmer (86166)
Kelly M. Neal (100889)
501 Grant Street #200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*