**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 22, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) Case No. 25-12607 |
| **RAYMOND JOSEPH SCHNEIDER,** | ) Judge Beth A. Buchanan |
|  | ) |
| **Debtor.** | ) Related to Doc. Nos. 129 & 139 |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S MOTION
FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY SEIBEL & KATZ, CPAS [Dkt No. 129]**

AND NOW, upon the *Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Seibel & Katz, CPAs* (the "**Motion**")[1] [Dkt No. 129], and no response having been received on or before April 10, 2026 pursuant to this Court's *Order Scheduling Hearing on Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Seibel & Katz, CPAs* [Dkt. No. 139], it is hereby **ORDERED** that the Motion is **GRANTED**. Huntington is authorized to serve the

---

[1] Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

Subpoena on Seibel & Katz, CPAs pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure.

**SO ORDERED.**

Distribution List:

Default List Plus Additional Party

Seibel & Katz, CPAs
c/o Seibel, Inc
3814 West Street, Suite 311
Mariemont, OH 45227

Proposed order submitted by:

*/s/ Kelly M. Neal*
Christopher P. Schueller (0086170)
Timothy P. Palmer (86166)
Kelly M. Neal (100889)
501 Grant Street #200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*