**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 20, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case  No. 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | Judge Beth A. Buchanan |
| | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (Doc #157)

This matter is before the court on the Motion to Withdraw as Counsel for creditor Bank of America, N.A. (Doc. # 157).  For good cause shown, the Court finds this Motion to be well-taken and therefore grants the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that David Mullen shall be withdrawn as counsel for creditor, Bank of America, N.A.

IT IS SO ORDERED.

United States Bankruptcy Court

Southern District of Ohio

| In re: | Case No. 25-12607-bab |
| Raymond Joseph Schneider | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Apr 21, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | Recipient Name and Address |
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| | + David Mullen, Hinshaw & Culbertson LLP, 16102 Chagrin Boulevard Ste 112, Shaker Heights, OH 44120-5474 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
| Andrew Dennis Rebholz | |
| | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | |
| | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | |
| | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | |
| | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | |
| | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1                              User: ad                                    Page 2 of 2

Date Rcvd: Apr 21, 2026                     Form ID: pdf01                        Total Noticed: 2

Brian Green
 on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
 on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
 donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
 on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
 on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
 on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
 eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
 on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
 doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
 on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
 doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
 on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
 on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
 on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
 on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
 on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
 on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
 eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
 on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
 on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com  kittle@asnalaw.com

Ryan Steven Lett
 on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
 on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
 on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
 on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
 on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
 on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
 on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27