**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_Beth A. Buchanan_
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 22, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) Case No. 25-12607 |
| **RAYMOND JOSEPH SCHNEIDER,** | ) Judge Beth A. Buchanan |
| | ) |
| **Debtor.** | ) Related to Doc. Nos. 130 & 140 |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S
MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY CANDACE J. SALAZAR CPA [Dkt No. 130]**

AND NOW, upon the _Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Candace J. Salazar CPA_ (the "**Motion**")[1] [Dkt No. 130], and no response having been received on or before April 10, 2026 pursuant to this Court's _Order Scheduling Hearing on Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Candace J. Salazar CPA_ [Dkt. No. 140], it is hereby

---

[1] Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

1

**ORDERED** that the Motion is **GRANTED**.  Huntington is authorized to serve the Subpoena on

Candace J. Salazar CPA pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

 **SO ORDERED.**


Distribution List:

 Default List Plus Additional Party

 Candace J. Salazar, CPA
 5589 Plum Run Road
 Milford, OH 45150


Proposed order submitted by:

*/s/ Kelly M. Neal*
Christopher P. Schueller (0086170)
Timothy P. Palmer (86166)
Kelly M. Neal (100889)
501 Grant Street #200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-12607-bab

Raymond Joseph Schneider                                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| | + Candace J. Salazar, CPA, 5589 Plum Run Road, Milford, OH 45150-9791 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1                      User: ad                               Page 2 of 2

Date Rcvd: Apr 23, 2026                   Form ID: pdf01                          Total Noticed: 2

Brian Green
                        on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
                        on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
                        donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
                        on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
                        on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
                        on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
                        eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
                        on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
                        doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
                        on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
                        doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
                        on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
                        on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
                        on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
                        on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
                        on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
                        on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                        eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
                        on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
                        on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
                        kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett
                        on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
                        on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
                        on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
                        on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
                        on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
                        on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
                        on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27