**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_Beth A. Buchanan_
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 22, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) Case No. 25-12607 |
| **RAYMOND JOSEPH SCHNEIDER,** | ) Judge Beth A. Buchanan |
| | ) |
| **Debtor.** | ) Related to Doc. Nos. 129 & 139 |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S MOTION
FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY SEIBEL & KATZ, CPAS [Dkt No. 129]**

AND NOW, upon the _Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Seibel & Katz, CPAs_ (the "**Motion**")[1] [Dkt No. 129], and no response having been received on or before April 10, 2026 pursuant to this Court's _Order Scheduling Hearing on Motion of the Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Seibel & Katz, CPAs_ [Dkt. No. 139], it is hereby **ORDERED** that the Motion is **GRANTED**.  Huntington is authorized to serve the

---

[1] Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

1

Subpoena on Seibel & Katz, CPAs pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure.

**SO ORDERED.**

Distribution List:

      Default List Plus Additional Party

      Seibel & Katz, CPAs
      c/o Seibel, Inc
      3814 West Street, Suite 311
      Mariemont, OH 45227

Proposed order submitted by:

_/s/ Kelly M. Neal_
Christopher P. Schueller (0086170)
Timothy P. Palmer (86166)
Kelly M. Neal (100889)
501 Grant Street #200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
_Attorneys for The Huntington National Bank_

2

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                              Case No. 25-12607-bab

Raymond Joseph Schneider                                                            Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                        User: ad                           Page 1 of 2

Date Rcvd: Apr 23, 2026               Form ID: pdf01                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID**                 **Recipient Name and Address**
dbpos                 +   Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

                        +   Seibel & Katz, CPAs, c/o Seibel, Inc, 3814 West Street, Suite 311, Mariemont, OH 45227-3743

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name**                  **Email Address**

Andrew Dennis Rebholz

           on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com  kittle@asnalaw.com

Asst US Trustee (Cin)

           ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter

           on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore

           on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore

           on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

District/off: 0648-1                               User: ad                                    Page 2 of 2
Date Rcvd: Apr 23, 2026                          Form ID: pdf01                              Total Noticed: 2

Brian Green
                 on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
                 on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
                 donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
                 on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
                 on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
                 on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
                 eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
                 on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
                 doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
                 on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
                 doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
                 on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
                 on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
                 on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
                 on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
                 on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
                 on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                 eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
                 on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
                 on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
                 kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett
                 on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
                 on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
                 on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
                 on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
                 on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
                 on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
                 on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27