**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 23, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No. 1:25-bk-12607 |
| | ) | |
| Raymond Joseph Schneider | ) | Chapter 11 |
| | ) | |
| Debtor | ) | **Hon. Beth A. Buchanan** |

<u>**AGREED ORDER DIRECTING THE APPOINTMENT OF EXAMINER (Doc. 115)**</u>

This matter is before the Court on Huntington National Bank's ("Huntington") Motion for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104 (Doc. 115) (the "Motion") and Raymond Joseph Schneider's (the "Debtor") Limited Objection (Doc. 134). A hearing on the Motion was to be held before this Court on April 28, 2026.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Having reviewed the record and recognizing the agreement of Huntington and the Debtor in consultation with the United States Trustee ("UST") to the nature of the relief requested, this Court finds there is cause to appoint an examiner pursuant to 11 U.S.C. § 1104(c). This Court hereby **ORDERS** the following:

1

1.   The UST is directed to appoint an examiner (the "Examiner") pursuant to 11 U.S.C. § 1104(c).

2.   The Examiner shall be empowered to investigate and report on the Debtor and otherwise perform the duties of an examiner set forth in section 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code. Specifically, the Examiner shall:

    a.   in accordance with section 1106(a)(3), investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's businesses and the desirability of the continuance of such businesses, and any other matter relevant to the case or to the formulation of a plan as required by section 1106(a)(3); and

    b.   in accordance with section 1106(a)(4), investigate any fact ascertained pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the Debtor, or to a cause of action available to the estate; and

    c.   file a report summarizing the Examiner's investigation.

3.   The Examiner's investigation shall have the following scope and cover the following topics: (collectively the "Investigation"):

    a.   The Debtor's assets, liabilities, and financial affairs, investigating for all purposes set forth in sections 1106(a)(3) and (a)(4);

    b.   Transactions involving the Debtor, his family, all trusts associated with the Debtor or his family, the Debtor's businesses owned in whole or in part, directly or through a trust, now or after January 1, 2018, by the Debtor, and any transaction with any other party which may materially impact this bankruptcy

2

case, investigating for all purposes set forth in sections 1106(a)(3) and (a)(4);

c. The Debtor's reporting in this bankruptcy case, investigating for all purposes set forth in sections 1106(a)(3) and (a)(4);

d. The Debtor's reporting in his prior bankruptcy case, Case No. 23-10337, insomuch as it relates to (i) the accuracy of the schedules in the prior case and the Debtor's schedules in this case, (ii) the identification and investigation of any potential estate causes of action in this case, and (iii) the identification and investigation of any matter that the Examiner is required to report on under section 1106(a)(4) in this case;

e. The Debtor's tax returns and financial statements (including any personal financial statements and other financial information sent by the Debtor to any of his lenders) for the purpose of ensuring (i) the accuracy of the Debtor's tax returns, financial statements, and bankruptcy schedules, (ii) the identification and investigation of any potential estate causes of action, and (iii) the identification and investigation of any matter that the Examiner is required to report on under section 1106(a)(4);

f. The alleged irregularities identified in the Motion, investigating for all purposes set forth in sections 1106(a)(3) and (a)(4). *See* Doc. 115 at 5-18.

4. Unless noted otherwise, the timeframe for the Investigation shall cover January 1, 2018 through the present.

5. The Examiner shall, in his or her reasonable business and professional judgment, conduct the Investigation in a manner that is proportional to the needs of the case and that does not inordinately interfere with the Debtor's ongoing business operations or reorganization efforts.

6.      The Examiner may, in his or her sole discretion, only upon agreement of the Debtor, avail himself/herself of non-privileged work product created by the Debtor in connection with the Investigation.

7.      The Examiner shall report his or her findings to the Court after completing all due diligence in the course of the Investigation.

8.      The Debtor shall fully cooperate with the Examiner in the performance of the Examiner's duties and the Investigation, and the Debtor shall use his best efforts to coordinate with the Examiner to avoid unnecessary interference with, or duplication of, the Investigation.

9.      For any trust or any business entity from 2018 through the present in which the Debtor has or had  an equity interest,  beneficial interest, controlling interest or management control the Debtor shall cause that entity or trust to cooperate with the Examiner in the production of information requested by the Examiner  to the full extent of the Debtor's rights to obtain information from that entity or trust.

10.     The Debtor will use his best efforts to coordinate between the Examiner and any individual insiders of the Debtor (as defined in 11 U.S.C. § 101(31)) to assist in the Examiner's investigation and to urge such insiders to cooperate in full with the investigation.

11.     The Examiner will have the power to issue subpoenas for documents and information related to the Investigation under Bankruptcy Rule 9016 without the need first seek Court approval or file a motion under Bankruptcy Rule 2004. The Examiner, as a party in interest, may seek relief under Bankruptcy Rule 2004 to examine any entity in relation to the Investigation. Except to the extent that the Examiner's subpoenas or Rule 2004 examinations exceed the authority and scope of this Order, the Debtor will not object to the subpoenas or Rule 2004 examination motions. Notwithstanding the foregoing, for the purpose of avoiding cost, delay, and

unnecessary burden on third parties, the Examiner shall confer in good faith with the Debtor prior to issuing any subpoena or filing a Rule 2004 motion, and shall provide the Debtor at least five (5) business days' notice of any such action.

12.     Within two business days of the appointment of the Examiner, the Debtor will provide the Examiner with all documents and information that the Debtor has produced in this case to Huntington or to the United States Trustee. The Debtor and/or Huntington will also provide to the Examiner the various document requests, any correspondence related to the same, and any known outstanding matters, including any remaining discovery matters addressed at the discovery conference scheduled between the parties on April 27, 2026.

13.     The Examiner may thereafter request that the Debtor produce such non-privileged documents and information within the Debtor's or any Controlled Affiliate's possession that the Examiner deems relevant to perform the Investigation, and shall coordinate and assist in the collection of documents and information from insiders and Non-Controlled Affiliates. The Debtor shall timely provide to the Examiner all requested documents and information other than those to which the Debtor asserts a claim of privilege, or otherwise objects to disclosing, including on the basis that the request is beyond the scope of the Investigation. If the Examiner and the Debtor or the producing party are unable to reach a resolution on whether or on what terms such documents or information should be disclosed to the Examiner, the matter may be brought before the Court for resolution only after exhausting reasonable efforts.

14.     Neither the Examiner nor the Examiner's representatives or agents shall make any public disclosures concerning the performance of the Investigation or the Examiner's duties until the Examiner's report is filed with the Court, including to the Debtor or Huntington.

15.     The Examiner shall cooperate fully with any governmental agencies (such cooperation shall not be deemed a public disclosure as referenced above), including, but not limited to, any remaining federal, state or local government agency, if any, that may be investigating the Debtor or his financial condition, and the Examiner shall use best efforts to coordinate with such agencies in order to avoid unnecessary interference with, or duplication of, any investigations conducted by such agencies.

16.     The Examiner may retain counsel and other professionals if he or she determines that such retention is necessary to discharge his or her duties, with such retention to be subject to Court approval under standards equivalent to those set forth in 11 U.S.C. § 327.

17.     The Examiner and any professionals retained by the Examiner pursuant to any order of this Court shall be compensated and reimbursed for their expenses pursuant to 11 U.S.C. §§ 330, 331 and any administrative order governing interim compensation and reimbursement of expenses of professionals which may be entered in these cases.

18.     Within fifteen (15) business days after entry of the order approving the identity and appointment of the Examiner is entered on the docket in this case, the Examiner shall propose a work plan (the "Work Plan") and shall provide his or her estimated costs for the Investigation (the "Budget") consistent with this Order to be served on all parties that have requested notice pursuant to Bankruptcy Rule 2002. Notwithstanding the foregoing, the parties required to receive notice may waive such requirement in writing. The Work Plan and Budget shall be subject to the approval of the Court absent any objection filed within ten (10) calendar days of service.

19.     The Examiner shall prepare and file a written report of his or her findings with respect to the Investigation (the "Report") pursuant to 11 U.S.C. §§ 1106(a)(4) within ninety (90) days following the Court's approval of the Work Plan and Budget, unless such time shall be

6

extended by order of this Court for cause shown. If any part of the Report contains sensitive information that would not be appropriate to file on the public docket (i.e. confidential information provided by third parties), the Examiner is directed to use his or her best efforts to separate the parts of the Report with sensitive information, file the main Report on the docket, and then file a supplement with the confidential information under seal. The Debtor, Huntington, and the United States Trustee shall have access to the confidential portion. No further order is required for the Examiner to file the confidential portion of the Report under seal. Notwithstanding the foregoing, the United States Trustee, Huntington, and the Debtor may object within ten (10) calendar days of the filing of the Report to the redaction of any portion(s) of the Report and ask the Court to unseal those portion(s).   Further, the sealing of any portion(s) of the Report will not, in any way, impair, impede, or obstruct the United States Trustee's ability to use the sealed portion(s) of the Report in connection with his statutory and other duties and responsibilities in a manner consistent with applicable statutes and rules of court regarding the handling of sensitive or confidential information.

20.     The Debtor, Huntington, or any other party in interest shall each be entitled to obtain production of non-privileged documents and information that are obtained by the Examiner during the course of the Investigation for use during these proceedings after the Examiner's report is filed. The Examiner will coordinate with the parties to complete that production within ten (10) business days after the filing of the Examiner's report.

21.     Within 21-days after the Examiner files the Report, any party in interest may file a response or statement regarding the Report. The Court may schedule a hearing on the Report if requested by any party or if the Court deems it appropriate.

22.     The Examiner shall be deemed a "party in interest" with respect to all matters that

7

are within the scope of the Investigation and shall be entitled to appear and be heard at any and all hearings in this case.

23.     This Order is without prejudice to the right of any party-in-interest to seek relief from the Court, including modification of the scope of the Investigation. This Order is also without prejudice to the Examiner's right to seek other relief as he or she may otherwise deem appropriate in furtherance of the discharge of his or her duties and the Investigation.

24.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Agreed to by:

  /s/ James A. Coutinho                (by email authorization on 4/22/26)
Thomas R. Allen       (0017513)
Richard K. Stovall     (0029978)
James A. Coutinho     (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*


BUCHANAN INGERSOLL & ROONEY PC

  /s/ Christopher P. Schueller          (by email authorization on 4/22/26)
Christopher P. Schueller (OH Id. No. 0086170)
Timothy P. Palmer (OH Id. No. 86166)
Kelly M. Neal (OH Id. No. 100889)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041
E-mail: christopher.schueller@bipc.com

8

E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*


Andrew R. Vara, United States Trustee

  /s/   David T.   Austin          (by email authorization on 4/22/26)
David T. Austin (CT #435157)
Attorney for the United States Trustee
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202
Telephone: (513) 684-6989
Facsimile: (513) 684-6994
E-mail: david.austin2@usdoj.gov


Copies to all creditors and parties in interest.

9

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                                  Case No. 25-12607-bab

Raymond Joseph Schneider                                                                 Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf01 | Total Noticed: 100 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                 Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| sp | + | Emmett Robinson, Robinson Law Firm, LLC, 6600 Lorain Ave. #731, Cleveland, OH 44102-6803 |
| cr | + | First Federal Savings & Loan Assoc. of Lakewood, 25101 Chagrin Boulevard, Suite 220, Beachwood, OH 44122-5656 |
| sp | + | James Cummins, Cummins Law LLC, 312 Walnut Street #1530, Cincinnati, OH 45202-4094 |
| cr | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch, Pierce, Fenner & Smith In, 5905 East Galbraith Road, Suite 7000, Cincinnati, OH 45236 UNITED STATES 45236-2381 |
| cr | + | Park National Bank, c/o Bricker Graydon LLP, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060 |
| app | + | Rebekah Smith, GBQ Consulting LLC, 230 West Street, Suite 700, Columbus, OH 43215-2663 |
| cr | + | Three Notes LLC, c/o Bricker Graydon LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-4060 |
| cr | + | Village of Evendale, Ohio, c/o Wood + Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202-2491 |
| 21933163 | + | ADT, 2300 Wall St. Suite H, Cincinnati, OH 45212-2794 |
| 21933171 | + | BMW Financial Services NA, LLC, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933168 | + | Bank of America, N.A., c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21997852 | + | Bank of America, N.A., Rudy J. Cerone - McGlinchey Stafford, PL, 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6029 |
| 21933167 | | Bank of America, N.A., 1600 Merrill Lynch Drive, 1st Floor, Pennington, NJ 08534 |
| 21933169 | + | Bannister Landscape Services, 917 Meetinghouse Road, Wells, ME 04090-6145 |
| 21933173 | | Brad Sandler, 780 Third Ave. 34th Floor, New York, NY 10017-2024 |
| 21933175 | + | CGWW, 4747 Spring Grove Ave, Cincinnati, OH 45232-1921 |
| 21933176 | + | Christopher P. Schueller, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 21933177 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21933178 | + | Design Rite Sprinkler, 5989 Meijer Dr, Suite 8, Milford, OH 45150-1544 |
| 21933179 | + | Dorothy E. Dornbusch, c/o Joel Zimmerman, Esq., Bubalo Law PLC, 9300 Shelbyville Rd., Ste. 210, Louisville, KY 40222-5161 |
| 21933181 | + | Eagle Eye Property Watch, PO Box 45, MOODY, ME 04054-0045 |
| 21933182 | + | Eagle River, 846 Forest Road, Vail, CO 81657-5704 |
| 21997801 | + | First Federal Savings & Loan Assoc. of Lakewood, 25101 Chagrin Blvd. #220, Beachwood, OH 44122-5656 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21983859 | + | First Merchants Bank, Dentons c/o Whitney Mosby, 10 West Market Street, #2700, Indianapolis, IN 46204-2982 |
| 21933186 | + | First Merchants Bank, c/o Jennifer Griffith, Statutory Agent, 1349 W. Lane Ave., Ste. 800, Columbus, OH 43221-3503 |
| 21943618 | + | First Merchants Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933185 | + | First Merchants Bank, Attn: Patrick Berghoff, 8711 River Crossing, Indianapolis IN 46240-2177 |
| 21983858 | + | First Merchants Bank, c/o Whitney L. Mosby, Dentons Bingham Greenebaum LLP, 10 W. Market Street, Suite 2700, Indianapolis, IN 46204-4900 |
| 21933187 | | First Merchants Bank s/b/m Level One Bank, Steven H. Patterson, Esq., Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 21933188 | + | General Electirc Credit Union, Attn Bankruptcy, 11370 Reed Hartman Hwy, Blue Ash, OH 45241-2430 |
| 21933191 | + | Henry Schneider, 8110 Plainfield Road, Cincinnati, OH 45236-2413 |
| 21944231 | #+ | Heritage Bank, Inc., Attn: Lisa A. Cook, 5495 North Bend Rd., Burlington, KY 41005-9378 |
| 21933193 | | Heritage Bank, Inc., 54955 North Bend Rd., Burlington, KY 41005 |
| 21933196 | + | Jon J. Lierberman, Esq., Sottile and Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 21933198 | + | Kemba Credit Union, Inc., c/o Joe Hutson, Statutory Agent, 5600 Chappell Crossing Blvd., West Chester, OH 45069-5064 |
| 21933199 | + | Kennebunk Sewer District, 44 Water Street, Kennebunk, ME 04043-7034 |
| 21933200 | + | Kenwood Country Club, 6501 Kenwood Road, Cincinnati, OH 45243-2315 |
| 21933201 | | Merrill Lynch, Pierce, Fenner & Smith Incorporated, 425 Walnut St., 2600 US Bank Tower, Cincinnati, OH 45202 |
| 21933202 | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |

| | | |
|---|---|---|
| 21933203 | + | Minnesota Life Insurance, 400 Robert Street North, Saint Paul, MN 55101-2037 |
| 21933207 | + | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205 |
| 21933209 | + | Poseidon Irrigation, 48 Mountain Rd, Biddeford, ME 04005-9402 |
| 21933210 | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21933211 | + | Rockland Trust Company, Successor to Blue Hills Ba, 150 Grossman Drive, Ste. 300, Braintree, MA 02184-4902 |
| 21933212 | + | Rudy J. Cerone, Esq., 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6057 |
| 21933214 | + | Stefanie L. Deka, Esq., McGlinchey Stafford, 3401 Tuttle Rd., Ste. 200, Cleveland, OH 44122-6357 |
| 21933215 | #+ | Steven M. Hartmann, Esq., Smith, Gambrell & Russell, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6683 |
| 21933217 | + | Stock Yards Bank & Trust Company, c/o SSP Statutory Services, LLC, as Statutory Agent, 2623 Erie Avenue, Cincinnati, OH 45208-2001 |
| 21933218 | + | Susana E. Lykins, Esq., Robertson, Anschuz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd, Ste. 450, Alpharetta, GA 30004-2001 |
| 21985949 | + | The Huntington National Bank, c/o Christopher P. Schueller, Esq., Buchanan Ingersoll & Rooney PC, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 21969184 | | The Huntington National Bank, Easton Oval (EA4W67, Columbus OH 43219 |
| 21933220 | + | Three Notes, LLC, c/o GH&R Business Services, Inc.,, as Statutory Agent, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060 |
| 21933221 | + | Town of Kennebunk, 1 Summer Street, Kennebunk, ME 04043-6659 |
| 21933222 | + | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisors, LLC, Mortgage Loan Dept. - 3B-CR, 6300 C Street SW, Cedar Rapids, IA 52499-0001 |
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |
| 21941936 | + | Tricia Morra, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 21933224 | + | TruGreen, 4041 Thunderbird Lane, Fairfield, OH 45014-2232 |
| 21933226 | + | Truist Bank, c/o Corporation Service Company, as Statutory Agent, 1160 Dublin Road, Suite 400, Columbus, OH 43215-1052 |
| 21933229 | + | Vail Valley Snow Removal, 2497 Chamonix Ln Apt J3, Vail, CO 81657-4240 |
| 21994376 | + | Vorys, Sater, Seymour and Pease LLP, Attn: Kari B. Coniglio, 200 Public Square, Suite 1400, Cleveland, OH 44114-2327 |
| 21933230 | + | Vorys, Sater, Seymour and Pease LLP, 52 East Gay St., Columbus, OH 43215-3161 |
| 21933231 | + | Webhannet Golf Club, 26 Golf Club Drive, Kennebunk, ME 04043-7538 |
| 21933232 | + | Whitney Mosby, Esq., Dentons Bingham Greenebaum, LLP, 10 West Market Street, #2700, Indianapolis, IN 46204-4900 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21933166 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 19:09:34 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 21933164 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 18:58:26 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 21984685 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 18:58:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 21933172 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 23 2026 18:58:11 | BMW Financial Services NA, LLC, P O Box 3608, Dublin, OH 43016- 030 |
| 21933170 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2026 18:58:17 | BMW Financial Services NA, LLC, c/o AIS Portfolio Serviced LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 21933174 | + | Email/Text: cmpbankruptcy@cmpco.com | Apr 23 2026 18:56:00 | Central Maine Power, 83 Edison Drive, Augusta, ME 04336-0001 |
| 21933184 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 23 2026 18:56:00 | First Merchants Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 21979129 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 23 2026 18:56:00 | First Merchants Bank, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 21933180 | + | Email/Text: lynn.colombo@duke-energy.com | Apr 23 2026 18:56:00 | Duke, 139 E 4th St, Cincinnati, OH 45202-4034 |
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Apr 23 2026 18:56:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21943169 | + | Email/Text: EBN@brockandscott.com | Apr 23 2026 18:56:00 | First Merchants Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 22025758 | | Email/Text: gcww_bankruptcy@gcww.cincinnati-oh.gov | Apr 23 2026 18:56:00 | GREATER CINCINNATI WATER WORKS, BANKRUPTCY DESK, 4747 SPRING GROVE |

| | | | AVE, CINCINNATI, OH 45232-1986 |
|---|---|---|---|
| 21933189 | + Email/Text: gecubankruptcy@gecreditunion.org | Apr 23 2026 18:56:00 | General Electirc Credit Union, c/o Timothy D. Ballinger, as Statutory Agent, 10485 Reading Rd., Cincinnati, OH 45241-2523 |
| 21933190 | + Email/Text: gecubankruptcy@gecreditunion.org | Apr 23 2026 18:56:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21998308 | + Email/Text: gecubankruptcy@gecreditunion.org | Apr 23 2026 18:56:00 | General Electric Credit Union, 11311 Cornell Park Drive, Cincinnati, OH 45242-1891 |
| 21933192 | + Email/Text: l.cook@ourheritage.bank | Apr 23 2026 18:56:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933194 | + Email/Text: customer_care@holycross.com | Apr 23 2026 18:56:00 | Holy Cross Energy, PO Box 2150, Glenwood Springs, CO 81602-2150 |
| 21933195 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2026 18:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21933197 | + Email/Text: bankruptcy@kembacu.org | Apr 23 2026 18:56:00 | Kemba Credit Union, 8763 Union Centre Blvd, West Chester, OH 45069-1207 |
| 22000073 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2026 18:56:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 21933205 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2026 18:56:00 | Nationstar Mortgage, LLC dba Mr. Cooper, Attn Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 21933204 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2026 18:56:00 | Nationstar Mortgage, LLC dba Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 21933206 | Email/Text: Bankruptcy.notices@tax.state.oh.us | Apr 23 2026 18:56:00 | Ohio Department of Taxation, Ohio Attorney General, Attn Bankruptcy, 30 East Broad St., 14th Fl, Columbus, OH 43215 |
| 21993275 | + Email/Text: patricia.fugee@fisherbroyles.com | Apr 23 2026 18:56:21 | Patricia B Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21933208 | + Email/Text: patricia.fugee@fisherbroyles.com | Apr 23 2026 18:56:21 | Patricia B. Fugee, Esq., FisherBroyles LLP, 27100 Oakmead Drive #306, Perrysburg, OH 43551-2670 |
| 21933213 | + Email/Text: dl-csgbankruptcy@charter.com | Apr 23 2026 18:57:00 | Spectrum, 400 Washington Boulevard, Stamford, CT 06902-6641 |
| 21933216 | + Email/Text: bankruptcy.notices@syb.com | Apr 23 2026 18:56:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + Email/Text: bankruptcy@huntington.com | Apr 23 2026 18:56:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |
| 21933225 | + Email/Text: bankruptcy@bbandt.com | Apr 23 2026 18:56:00 | Truist Bank, Bankruptcy Department, PO Box 27767, Richmond, VA 23261-7767 |
| 21963232 | + Email/Text: bankruptcy@bbandt.com | Apr 23 2026 18:56:00 | Truist Bank, Bankruptcy Department 306-40-04-95, PO Box 27767, Richmond, VA 23261-7767 |
| 21933227 | + Email/Text: bankruptcy@bbandt.com | Apr 23 2026 18:56:00 | Truist Bank, PO Box 79041, Baltimore, MD 21279-0041 |
| 21951789 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 23 2026 18:56:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 21933228 | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 23 2026 18:56:00 | US Bank, NA, PO Box 790408, St. Louis, MO 63179-0408 |
| 21933233 | Email/Text: dlbankruptcy_estate@xcelenergy.com | Apr 23 2026 18:56:00 | Xcel Energy, 414 Nicollet Mall, Minneapolis, MN 55401 |
| 21933234 | + Email/Text: documentfiling@lciinc.com | Apr 23 2026 18:56:00 | Xfinity/Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |

District/off: 0648-1 | User: ad | Page 4 of 5
Date Rcvd: Apr 23, 2026 | Form ID: pdf01 | Total Noticed: 100
TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 21933165 | * | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 21984686 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 21969186 | *+ | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21991702 | *+ | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21969188 | *+ | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21991701 | *+ | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21991703 | *+ | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21993443 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Dr. #306, Perrysburg, OH 43551-2670 |
| 21993404 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Dr., #306, Perrysburg, OH 43551-2670 |
| 21993393 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21993280 | * | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21969187 | *+ | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21991700 | *+ | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |
| 21969183 | * | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | |

District/off: 0648-1                                    User: ad                                          Page 5 of 5
Date Rcvd: Apr 23, 2026                        Form ID: pdf01                              Total Noticed: 100

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory

on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering

on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho

on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho

on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman

on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr

on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee

on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby

on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba

on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston

on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall

on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27