**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 29, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | **Judge Buchanan** |
| | ) | |
| | ) | |

## ORDER SCHEDULING EVIDENTIARY HEARING

This matter is before this Court on Creditor The Huntington National Bank's *Motion for Authorization to Prosecute Derivative Actions* [Docket Number 132], and Debtor's *Objection* [Docket Number 155].

### I.     Evidentiary Hearing Date

The Court hereby sets this matter for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **July 13, 2026, at 1:00 p.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person.  However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy, Heather    Gilliam,    by    telephone    at    (513)    684-2468    or    by    email    at

Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing.  Any party or attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses or otherwise participate in the hearing.  The public may not listen to the hearing telephonically but may attend in-person.

## II.     Witness Lists

In accordance with LBR 7016-1, **not later than July 6, 2026**, unless previously filed, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

## III.    Exhibits and Exhibit Lists

In accordance with LBR 7016-1, **not later than July 6, 2026,** unless previously filed, each party shall file with the Court an exhibit list together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

**Debtor:** Numbers (*e.g.*, Debtor Exhibit 1)
**Creditors:** Letters (*e.g.*, [Creditor name] Exhibit A)

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits shall be served on unrepresented parties by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus

Christopher P. Schueller, Esq.

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                                   Case No. 25-12607-bab

Raymond Joseph Schneider                                                                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID              Recipient Name and Address**
dbpos                + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1 | User: ad | Page 2 of 2
Date Rcvd: Apr 29, 2026 | Form ID: pdf01 | Total Noticed: 1

Brian Green
on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 27