| Account | Beginning Balance March 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance March 31 |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ 722.74 | $ - | $ - | | $ 722.74 | $ - |
| Stockyards (Prepetition) | $ - | $ - | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | $ 323.05 | $ - | $ - | $ - | $ 323.05 | $ - |
| US Bank DIP General | $ 13,916.24 | $ 116,092.99 | $ 30,823.23 | | $ - | $ 99,186.00 |
| US Bank DIP SS | $ 16,739.17 | $ 3,636.71 | $ - | $ 1,045.79 | $ - | $ 21,421.67 |
| | $ 31,701.20 | $ 119,729.70 | $ 30,823.23 | $ 1,045.79 | $ 1,045.79 | $ 120,607.67 |

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN    I    X    ST01

106481801818497 D

ldllpollllllpdllpovdddddllllmmmlldlplpollllllll
ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810



**Uni-Statement**

Account Number:
▬▬▬▬7243

Statement Period:
Mar 1, 2026
through
Mar 31, 2026

Page 1 of 2

☎                              **To Contact U.S. Bank**
**By Phone:**                    800-673-3555
**U.S. Bank accepts Relay Calls**
**Internet:**                      usbank.com

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

## U.S. BANK SMARTLY CHECKING                                          *Member FDIC*

U.S. Bank National Association                            Account Number ▬▬▬7243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Mar 1 | $ | 13,916.24 | Annual Percentage Yield Earned | | 0.00467% |
| Deposits / Credits | | 116,092.99 | Interest Earned this Period | $ | 0.26 |
| Other Withdrawals | | 994.82- | Interest Paid this Year | $ | 0.94 |
| Checks Paid | | 29,828.41- | Number of Days in Statement Period | | 31 |
| **Ending Balance on  Mar 31, 2026** | $ | **99,186.00** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar 11 | Deposit | 8653032950 | $ | 100,000.00 |
| Mar 16 | Mobile Check Deposit | 8051839962 | | 875.00 |
| Mar 17 | Mobile Check Deposit | 8354021939 | | 100.00 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████7243
Statement Period:
Mar 1, 2026
through
Mar 31, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number 1-301-3018-7243

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 17 | Mobile Check Deposit | | 8353166720 | 1,000.00 |
| Mar 17 | Mobile Check Deposit | | 8354021867 | 1,000.00 |
| Mar 18 | Mobile Check Deposit | | 8652815397 | 2,117.73 |
| Mar 23 | Electronic Deposit REF=260790155684670N00 | From CORPORATE PARK I AVIDPAY ████3588 | | 1,000.00 |
| Mar 23 | Electronic Deposit REF=260790211824200N00 | From Circle Developme ACH S Pay ████4600 | | 10,000.00 |
| Mar 31 | Interest Paid | | 3100002271 | 0.26 |
| | **Total Deposits / Credits** | | $ | **116,092.99** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 5 | Electronic Withdrawal REF=260630020051390N00 | To Unitedhealthcare 1836282001Premium  917572974947 | $ | 331.87- |
| Mar 20 | Electronic Withdrawal REF=260780127366330N00 | To SPECTRUM 0000358635SPECTRUM  7239033 | | 315.07- |
| Mar 30 | Electronic Withdrawal REF=260890038482610N00 | To ADT SECURITY SER 8881323080ADTPAPACH 314075928 | | 85.88- |
| Mar 31 | Electronic Withdrawal REF=260890098356270N00 | To TruGreen COLLECTION1568945001 | | 81.40- |
| Mar 31 | Electronic Withdrawal REF=260890188599090N00 | To InstaMed 9221883201SILVERSCRI021000022318650 | | 180.60- |
| | **Total Other Withdrawals** | | $ | **994.82-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0127 | Mar 10 | 8353667418 | 588.00 | 0129 | Mar 30 | 8053951778 | 319.62 |
| 0128 | Mar 12 | 8952202113 | 26,689.35 | 5012* | Mar 25 | 8652569122 | 2,231.44 |

| * Gap in check sequence | **Conventional Checks Paid (4)** | $ | **29,828.41-** |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 5 | 13,584.37 | Mar 16 | 87,182.02 | Mar 23 | 102,084.68 |
| Mar 10 | 12,996.37 | Mar 17 | 89,282.02 | Mar 25 | 99,853.24 |
| Mar 11 | 112,996.37 | Mar 18 | 91,399.75 | Mar 30 | 99,447.74 |
| Mar 12 | 86,307.02 | Mar 20 | 91,084.68 | Mar 31 | 99,186.00 |

Balances only appear for days reflecting change.

**us bank**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

9054      TRN                              I              X        ST01

106481801809180 D

‖‖‣·‖‖‖‣·‣·‖‣‖‣·‣·‖‣‖‖‣‖‣·‣·‖‣‖‣·‖‣·‖‖‖‣‖·‖
ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
███████ 7110

Statement Period:
Mar 1, 2026
through
Mar 31, 2026

Page 1 of 2

☎                              **To Contact U.S. Bank**

**By Phone:**                              *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                              *usbank.com*

---

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

---

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ███████ 7110

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 1 | $ | 16,739.17 | Annual Percentage Yield Earned | 0.00058% |
| Deposits / Credits | | 4,682.50 | Interest Earned this Period  $ | 0.01 |
| | | | Interest Paid this Year  $ | 0.03 |
| **Ending Balance on  Mar 31, 2026**  $ | | **21,421.67** | Number of Days in Statement Period | 31 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar  3 | Deposit | | 8353688325 | $ | 323.05 |
| Mar  3 | Telephone Transfer | From Account ███████ 9012 | | | 722.74 |
| Mar 11 | Federal Benefit Deposit | From SSA  TREAS 310 | | | 3,636.70 |
| | REF=260650139558870N00 | XXSOC SEC ███████ 6042  1170A  S | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**us bank.**

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████7110
Statement Period:
Mar 1, 2026
through
Mar 31, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING                                    (CONTINUED)
U.S. Bank National Association                          Account Number 1-301-3018-7110

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Mar 31 | Interest Paid | 3100002267 | 0.01 |
| | **Total Deposits / Credits** | $ | **4,682.50** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 3 | 17,784.96 | Mar 11 | 21,421.66 | Mar 31 | 21,421.67 |

Balances only appear for days reflecting change.



**us bank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

57        TRN            S        X        ST01

000000519 TUSB04DD032026190521 01 00000000 003444 001

RAYMOND SCHNEIDER
10988 DEERFIELD RD
BLUE ASH OH  45242-4110



### Uni-Statement
Account Number:
█████9012
Statement Period:
Feb 21, 2026
through
Mar 19, 2026

Page 1 of 1

☎        ***To Contact U.S. Bank***

***By Phone:***                    800-US BANKS
                                              (800-872-2657)

***Cincinnati***
***Metro Area:***                  513-632-4141

***U.S. Bank accepts Relay Calls***

***Internet:***                        usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

## U.S. BANK SMARTLY SAVINGS                                          *Member FDIC*

### ACCOUNT CLOSED

U.S. Bank National Association                                    Account Number  ████-9012

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Feb 21 | $ | 722.74 | Annual Percentage Yield Earned                     2.76% |
| Other Withdrawals | | 722.74- | Account Interest Rate*                                       2.71% |
| | | | Interest Earned this Period            $            0.54 |
| **Ending Balance on  Mar 19, 2026** | $ | **0.00** | Interest Paid this Year                    $            3.61 |
| | | | Number of Days in Statement Period               10 |

*The Account Interest Rate reflects the rate your account is earning as of the statement end date. The Annual Percentage Yield Earned is a blend of all the rates (including bonus rates) earned on your account during this statement period.

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Mar  3 | Account Closed | | $ | 0.00- |
| Mar  3 | Assisted Telephone | Transfer To Account  ████7110 | | 722.74- |
| | | **Total Other Withdrawals** | $ | **722.74-** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



# Warsaw Federal

3533 Warsaw Ave., Cincinnati Ohio 45205

>000017 5912060 0001 93826 10Z 1



RAYMOND SCHNEIDER
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

## *Statement Ending 03/31/2026*

*RAYMOND SCHNEIDER*                                    *Page 1 of 2*
**Statement Number: XXXXXX6598**

### *Managing Your Accounts*

| | | |
|---|---|---|
| Phone Number | (513) 244-6900 | |
| Mailing Address | 3533 Warsaw Ave. Cincinnati, OH 45205 | |
| Website | warsawfederal.bank | |



## Enroll in eStatements to **access them anytime, anywhere.**

1. Log in to online or mobile banking.
2. Select Account Services
3. Click eStatements to begin the enrollment process

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SAVINGS ACCOUNT | XXXXXX6598 | $0.00 |

## SAVINGS ACCOUNT - XXXXXX6598

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2026 | Beginning Balance | $323.05 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | -$323.05 |
| 03/31/2026 | Ending Balance | $0.00 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.00% |
| Interest Days | 0 |
| Interest Earned | $0.00 |
| Interest Paid Year-to-Date | $0.02 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2026 | Beginning Balance | | | $323.05 |
| 03/03/2026 | WITHDRAWAL MAIN OFFICE | $323.05 | | $0.00 |
| 03/31/2026 | Ending Balance | | | $0.00 |

warsawfederal.bank                                    ⌂ EQUAL HOUSING LENDER · MEMBER FDIC

**Raymond Schneider - March 2026 Transaction Summary**

General DIP Account     x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 3/1/2026 | $ - | Opening Balance | Balance | $ 13,916.24 |
| 3/5/2026 | $ (331.87) | United Healthcare | Health Insurance | $ 13,584.37 |
| 3/10/2026 | $ (588.00) | Brand Construction | Service - Home Maintenance | $ 12,996.37 |
| 3/11/2026 | $ 100,000.00 | Deposit | Distribution from RH Real Estate | $ 112,996.37 |
| 3/12/2026 | $ (26,689.35) | Cummins Law | Legal Fees | $ 86,307.02 |
| 3/16/2026 | $ 875.00 | Deposit | Dividend Check | $ 87,182.02 |
| 3/17/2026 | $ 100.00 | Deposit | Rental Income | $ 87,282.02 |
| 3/17/2026 | $ 1,000.00 | Deposit | Rental Income | $ 88,282.02 |
| 3/17/2026 | $ 1,000.00 | Deposit | Rental Income | $ 89,282.02 |
| 3/18/2026 | $ 2,117.73 | Deposit | Dividend Check | $ 91,399.75 |
| 3/20/2026 | $ (315.07) | Spectrum | Utility - Electric | $ 91,084.68 |
| 3/23/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 92,084.68 |
| 3/23/2026 | $ 10,000.00 | Deposit | Dividend Check | $ 102,084.68 |
| 3/25/2026 | $ (2,231.44) | Kenwood Country Club | Golf Club - Blue Ash | $ 99,853.24 |
| 3/30/2026 | $ (85.88) | ADT | Security | $ 99,767.36 |
| 3/30/2026 | $ (319.62) | Ohio BMV | Vehicle Registration | $ 99,447.74 |
| 3/31/2026 | $ 0.26 | Deposit | Interest | $ 99,448.00 |
| 3/31/2026 | $ (81.40) | TruGreen | Service - Lawn | $ 99,366.60 |
| 3/31/2026 | $ (180.60) | InstaMed | Medical | $ 99,186.00 |

SS DIP Account     x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 3/1/2026 | $ - | Opening Balance | Balance | $ 16,739.17 |
| 3/3/2026 | $ 323.05 | Deposit | Transfer from Warsaw Bank Acct. | $ 17,062.22 |
| 3/3/2026 | $ 722.74 | Deposit | Transfer from US Bank x9012 | $ 17,784.96 |
| 3/11/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 21,421.66 |
| 3/31/2026 | $ 0.01 | Deposit | Interest | $ 21,421.67 |

US Bank     x9012     ACCOUNT CLOSED 3/3/2026

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 3/1/2026 | $ - | Opening Balance | Balance | $ 722.74 |
| 3/3/2026 | $ (722.74) | Transfer | Transfer to DIP Account | $ - |

Warsaw Bank     x6598     ACCOUNT CLOSED 3/3/2026

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 3/1/2026 | $ - | Opening Balance | Balance | $ 323.05 |
| 3/3/2026 | $ (323.05) | Transfer | Transfer to DIP Account | $ - |