## AFFIDAVIT OF SERVICE

### UNITED STATES BANKRUPTCY COURT
Southern District of Ohio

Case Number: 25-12607

In Re::
**Raymond Joseph Schneider**

For:
Pittsburgh Office
Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Received by Kentucky Process Service Inc. on the 24th day of April, 2026 at 10:19 am to be served on **Seibel & Katz, CPAs c/o Seibel, Inc., 3814 West St., Suite 311, Mariemont, OH 45227**.

I, Shannon Day, being duly sworn, depose and say that on the **24th day of April, 2026** at **12:56 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena for Rule 2004 Examination; Attachment A** to: **Angela Lee** as **Authorized Agent** for **Seibel & Katz, CPAs**, at the address of: **3814 West St., Suite 311, Mariemont, OH 45227**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 49, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 30th day of April, 2026 by the affiant who is personally known to me.

**NOTARY PUBLIC**

ANDREA DAWN RUE
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2029

**Shannon Day**
Process Server

4-30-26
**Date**

**Kentucky Process Service Inc.**
**290 High Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2026003970

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e