**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>                   Debtor. | )<br>)  Chapter 11<br>)  Case No. 25-12607<br>)  Judge Beth A. Buchanan<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served the 30th day of April 2026, a copy of

The Huntington National Bank's Subpoena for Rule 2004 Examination of Candace Salazar via

electronic mail on Joseph W. Borchelt, Esquire at JBorchelt@reminger.com on behalf of Candace

Salazar and Joseph W. Borchelt, Esquire accepted service of same.

Respectfully submitted,

Date: May 6, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Kelly M. Neal*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

1