**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | )<br>)  Chapter 11<br>)  Case No. 25-12607<br>)  Judge Beth A. Buchanan<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served the 27th day of April 2026, a copy of

The Huntington National Bank's Subpoena for Rule 2004 Examination of Merrill, Lynch, Pierce,

Fenner & Smith via electronic mail on Branden P. Moore, Esquire at bmoore@mcguirewoods.com

and Jodi Herrmann Lawson, Esquire at jlawson@mcguirewoods.com accepted service of same on

behalf of Merrill, Lynch, Pierce, Fenner & Smith effective May 4, 2026.

Respectfully submitted,

Date: May 6, 2026                 **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Kelly M. Neal*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

1