**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

|  |  |  |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
|  | ) |  |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
|  | ) | U.S. Chief Bankruptcy Judge |

<u>**NOTICE OF APPOINTMENT OF EXAMINER**</u>

TO:   William Krieger, CPA, CFE
Gleason Experts
One Gateway Center
Suite 525
420 Ft. Duquesne Blvd
Pittsburgh, PA 15222

Pursuant to the Order of this Court entered on April 23, 2026, ECF No. 165 (the "Order") directing the United Sates Trustee to appoint an examiner in the above-captioned case, the United States Trustee hereby appoints William Krieger, subject to Court approval, to serve as the examiner for the purposes set forth in the Order.  This appointment is made this 8th day of May, 2026.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

Dated: May 8, 2026          By:      /s/ David T. Austin
David T. Austin, Trial Attorney
Matthew Cheney, Assistant United States Trustee
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, ON 45202
Telephone: (513) 684-6989
Email: david.austin2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on or about May 8, 2026, a copy of the foregoing NOTICE OF APPOINTMENT OF EXAMINER was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

As well as the 20 largest creditors on the attached matrix.

By:     /s/ David T. Austin
        David T. Austin