**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

|  |  |  |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
|  | ) |  |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
|  | ) | U.S. Chief Bankruptcy Judge |

**APPLICATION FOR ORDER
APPROVING APPOINTMENT OF EXAMINER**

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Federal Rule of Bankruptcy Procedure P. 2007.1 for an Order Approving the Appointment of Examiner, and in support thereof, states:

1.  The Applicant has appointed William Krieger as examiner in the above-captioned case.

2.  Counsel for the Applicant has consulted with parties in interest regarding the appointment of the examiner, including:

James A. Coutinho
Allen Stovall Neuman & Ashton, LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
(Counsel for Debtor)

Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(Counsel for The Huntington National Bank)

3.  To the best of the Applicant's knowledge, the examiner's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

1

WHEREFORE, the Applicant requests entry of an Order Approving the Appointment of William Krieger as Examiner in the above captioned case.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

Dated: May 8, 2026

*/s/ David T. Austin*
David T. Austin (CT #435157)
Trial Attorney
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, ON 45202
Telephone: (513) 684-6989
Email: david.austin2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on or about May 8, 2026, a copy of the foregoing NOTICE OF APPOINTMENT OF EXAMINER was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

By:    /s/ David T. Austin
       David T. Austin

2