**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |

## <u>VERIFIED STATEMENT OF CHAPTER 11 EXAMINER</u>

I, William Krieger, state to the Court as follows:

1. The United States Trustee has appointed me as Chapter 11 Examiner in the above-captioned case.

2. Pursuant to the requirements of the Federal Rules of Bankruptcy Procedure 2007.1, I state that I have no connection with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee except as follows:

   a. At various times, other individuals in my firm, Gleason Experts, have provided services to, and been compensated by, Huntington Bank for forensic accounting and consulting services. However, my firm does not currently have any active cases on which we are working either on behalf of, or against, Huntington Bank
   b. I have a demand deposit account and a home equity line of credit (no outstanding balance) with Huntington Bank.
   c. I also sit on the board and am an officer and treasurer of a non-profit entity which has an account with Huntington Bank.
   d. I currently own 350 shares of Huntington Bank. Based on recent market trading values, these shares are worth less than $6,000.
   e. Another member of my firm has been engaged by counsel to serve as an expert witness for the plaintiff against defendant Bank of America. I am not personally involved in this matter.
   f. I am in the pool of Chapter 11 Subchapter V Trustees in the Western District of Pennsylvania.

Pursuant to 28 U.S.C. § 1746, I declare verify under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2026.

Dated: May 8, 2026

William Krieger
Gleason Experts
One Gateway Center
Suite 525
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222
Phone: (412) 391-9010
Email: wkrieger@GleasonExperts.com