**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No: 25-12607 |
| | ) | |
| Raymond Joseph Schneider, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |
| | ) | |

**NOTICE OF APPLICATION FOR ORDER**
**APPROVING APPOINTMENT OF EXAMINER**

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("UST") has filed an Application for Order Approving Appointment of Examiner (the "Application"). **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**Simultaneous with this Application, the UST has filed a motion to shorten notice seeking an expedited decision on the Application.** A separate court order shall dictate how long you will have to respond to the Application if you do not want the court to grant the relief sought therein. If you do not want relief granted under the Application, you must file with the court a response explaining your position before the expiration of that deadline by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 221 East Fourth Street, Suite 800, Cincinnati, Ohio 45202, OR your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to David Austin, Esq., J.W. Peck Federal Building, 550 Main Street, Suite 4-812, Cincinnati, Ohio 45202.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further

1

notice or hearing.

If you would like a copy of the underlying Motion to Dismiss, please request such in writing to David Austin, J.W. Peck Federal Building, 550 Main Street, Ste. 4-812, Cincinnati, Ohio 45202, or by telephone at: (513) 684-6989.

Dated:   May 8, 2026                          Andrew R. Vara
                                              United States Trustee
                                              Region 3 and 9

                              By:     /s/ David T. Austin
                                      David T. Austin (CT #435157)
                                      Attorney for the U.S. Trustee
                                      United States Department of Justice
                                      Office of the United States Trustee
                                      J.W. Peck Federal Building
                                      550 Main Street, Suite 4-812
                                      Cincinnati, Ohio 45202
                                      (513) 684-6989
                                      Fax (513) 684-6994
                                      David.Austin2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on or about May 8, 2026, a copy of the foregoing NOTICE OF APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

As well as the 20 largest creditors on the attached matrix.

                              By:     /s/ David T. Austin
                                      David T. Austin

2