**Fill in this information to identify your case:**

Debtor 1    **Raymond**        **Joseph**        **Schneider**
       First Name           Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name        Last Name

United States Bankruptcy Court for the:    **Southern District of Ohio**

Case number (*If known*):    **25-12607**

☑ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders |
| --- | --- |

**Unsecured Claim**

**1**   **Transamerica Life Insurance Company**
Creditor's Name

**c/o Aegon USA Realty Advisory Services, LLC**
**Attn: Mortgage Loan Department**
Number     Street

**Cedar Rapids**    **IA**    **52499-5443**
City         State   Zip Code

Steven M. Hartmann, Esq.
Contact

(312) 360-6528 / shartmann@sgrlaw.com
Contact phone

What is the nature of this claim?   **Guarantor for To Life LTD (The Red)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
      Value of security:    − $ _____
      Unsecured claim    $ _____

$     **42,360,140.09**

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**2**

**The Huntington National Bank**
Creditor's Name

**7 Easton Oval (EA4W67)**
Number          Street

**Columbus          OH          43219**
City                    State    Zip Code

Christopher P. Schueller, Esq.
Contact

(412) 562-1041
christopher.schueller@bipc.com
Contact phone

What is the nature of this claim? __Judgment__          $          30,888,696.19

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):          $     __(Unknown – CJ)__

    Value of security:          − $ _____

    Unsecured claim          $ _____

**3**

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number          Street

**Indianapolis          IN          46290 000**
City                    State    Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**          $          18,579,394.99

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____

    Value of security:          − $ _____

    Unsecured claim          $ _____

**4**

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number          Street

**Indianapolis          IN          46290 000**
City                    State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**          $          10,307,131.56

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____

    Value of security:          − $ _____

    Unsecured claim          $ _____

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**5** 

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number        Street

**Sandusky        OH    44870 251**
City                State    Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Guarantor for The Red Corner, LLC**                    $            6,739,363.15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $
        Value of security:            − $
        Unsecured claim                $

**6**

**Rockland Trust Company**
Creditor's Name

**288 Union Street**
Number        Street

**Rockland        MA    02370 000**
City                State    Zip Code

Patrick T. Walsh
Contact

(781) 982-6399
patrick.walsh@rocklandtrust.com
Contact phone

What is the nature of this claim? **Guarantor for Boston RD LLC**        $        5,583,326.92

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $
        Value of security:            − $
        Unsecured claim                $

**7**

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number        Street

**Indianapolis        IN    46290 000**
City                State    Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**        $            5,275,099.36

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $
        Value of security:            − $
        Unsecured claim                $

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**8**

**First Merchants Bank**
Creditor's Name

**10333 North Meridian Street #350**
Number          Street

**Indianapolis          IN          46290 000**
City                    State     Zip Code

Patrick Berghoff
Contact

(317) 844-2085
pberghoff@firstmerchants.com
Contact phone

What is the nature of this claim? **Guarantor for Circle Storage Operating Company I**          $ 3,575,506.18

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
    Value of security:          − $ _____
    Unsecured claim          $ _____

---

**9**

**General Electric Credit Union**
Creditor's Name

**10485 Reading Road**
Number          Street

**Cincinnati          OH          45241 000**
City                    State     Zip Code

Douglas Haman, Esq.
Contact

(513) 702-2112
doughaman@wdhlaw.com
Contact phone

What is the nature of this claim? **Guarantor for Hyde Park Circle LLC**          $ 3,409,697.14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
    Value of security:          − $ _____
    Unsecured claim          $ _____

---

**10**

**Rockland Trust Company**
Creditor's Name

**288 Union Street**
Number          Street

**Rockland          MA          02370 000**
City                    State     Zip Code

Patrick T. Walsh
Contact

(781) 982-6399
patrick.walsh@rocklandtrust.com
Contact phone

What is the nature of this claim? **Guarantor for North Shore RD LLC**          $ 3,384,129.42

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
    Value of security:          − $ _____
    Unsecured claim          $ _____

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**11**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number          Street

**Sandusky          OH     44870 251**
City                State   Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Co-Borrower with Northern Kentucky Assisted Living**                    $              3,096,489.52

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:              − $ _____
          Unsecured claim                  $ _____

**12**

**Stock Yards Bank & Trust Company**
Creditor's Name

**1040 East Main Street**
Number          Street

**Louisville          KY     40206 000**
City                State   Zip Code

Paul T. Saba, Esq.
Contact

(513) 533-2703
pts@sspfirm.com
Contact phone

What is the nature of this claim? **Guarantor for 5150 East Galbraith Rd / HRM Realty**                    $              2,500,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:              − $ _____
          Unsecured claim                  $ _____

**13**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number          Street

**Sandusky          OH     44870 251**
City                State   Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Guarantor for Mason Rd, LLC**          $              2,130,342.73

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:              − $ _____
          Unsecured claim                  $ _____

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**14**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number          Street

**Sandusky          OH     44870 251**
City                    State     Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Co-Borrower with The Blue Development Company, LLC**        $_____1,993,440.44

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $_____
   Value of security:        − $_____
   Unsecured claim        $_____

---

**15**

**Heritage Bank, Inc.**
Creditor's Name

**1818 Florence Pike**
Number          Street

**Burlington          KY     41005 000**
City                    State     Zip Code

Jon J. Lieberman, Esq.
Contact

(513) 444-4100
Jon.Lieberman@sottileandbarile.com
Contact phone

What is the nature of this claim? **Guarantor for Madison Warehouse, LLC**        $_____1,904,513.04

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $_____
   Value of security:        − $_____
   Unsecured claim        $_____

---

**16**

**Civista Bank**
Creditor's Name

**100 East Water Street**
**PO Box 5016**
Number          Street

**Sandusky          OH     44870 251**
City                    State     Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim? **Guarantor for Techwoods Circle Rd. LLC**        $_____1,330,298.17

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $_____
   Value of security:        − $_____
   Unsecured claim        $_____

---

Copyright © Financial Software Solutions, LLC                                   BlueStylus

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17**

**Heritage Bank, Inc.**
Creditor's Name

**1818 Florence Pike**
Number          Street

**Burlington          KY     41005 000**
City                State   Zip Code

Jon J. Lieberman, Esq.
Contact

(513) 444-4100
Jon.Lieberman@sottileandbarile.com
Contact phone

What is the nature of this claim?   **Guarantor for The Gatherings of Blue Ash, LLC**          $          1,304,572.48

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

**18**

**First Federal Savings Bank**
Creditor's Name

**PO Box 250**
Number          Street

**Washington Court House          OH     43160 000**
City                State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?   **Guarantor for Circle Development of Cincinnati LLC**          $          937,500.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

**19**

**Civista Bank**
Creditor's Name

**100 East Water Street PO Box 5016**
Number          Street

**Sandusky          OH     44870 251**
City                State   Zip Code

Patricia B. Fugee, Esq.
Contact

(419) 874-6859
patricia.fugee@fisherbroyles.com
Contact phone

What is the nature of this claim?   **Co-Borrower with The Blue Development Company, LLC**          $          915,602.21

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 7 of 8

Copyright © Financial Software Solutions, LLC

| Debtor 1 | Raymond | Joseph | Schneider | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**20**

**Park National Bank**
Creditor's Name

**PO Box 2005**
Number          Street

**Mount Vernon          OH     43050-720**
City                          State    Zip Code

Susan M. Argo, Esq.
Contact

(513) 629-2716
sargo@brickergraydon.com
Contact phone

**Guarantor for Grasshopper**
What is the nature of this claim? **Investments II, LLC / Omni Drive**          $                    250,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $
              Value of security:          − $
              Unsecured claim          $

---

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗   **/s/ Raymond Joseph Schneider**
    Signature of Debtor 1

Date    **11/14/2025**
            MM/DD/YYYY

---