### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |

### MOTION FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED HEARING REGARDING APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER

The United States Trustee (the "UST") hereby moves the Court, pursuant to Local Bankruptcy Rule 9073-1, for an order shortening the time to respond and setting an expedited hearing on its Application for Order Approving Appointment of Examiner (the "Application") for the reasons set forth herein. The UST requests a response period of seven (7) days. Pursuant to General Order 12-4, the 21-day notice referenced in Local Bankruptcy Rule 9013-1(a) is not required for this Motion.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

Dated: May 8, 2026

*/s/ David T. Austin*
David T. Austin (CT #435157)
Trial Attorney
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, ON 45202
Telephone: (513) 684-6989
Email: david.austin2@usdoj.gov

1

**<u>MEMORANDUM IN SUPPORT</u>**

The UST moves the Court pursuant to Local Bankruptcy Rule 9073-1 to convene an expedited hearing to consider the Application. In support of this Motion, the UST respectfully represents as follows:

1. Raymond Joseph Schneider (the "Debtor") commenced this case by filing a voluntary petition for bankruptcy relief under Chapter 11 of the Bankruptcy Code on October 17, 2025.

2. Debtor is continuing in possession of his property and is operating and managing his business, as Debtor-in-Possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. Contemporaneously herewith, the UST has filed the Application which was necessitated by the following facts:

    i. On February 27, 2026, The Huntington National Bank ("Huntington") filed a Motion to Appoint Examiner (doc. 115), alleging various financial improprieties it sought to have investigated.

    ii. On March 20, the Debtor filed a Limited Objection (doc. 134) indicating he did not object to the appointment of an examiner provided such examiner is not "akin to an agent of Huntington" (doc. 134, at 16).

    iii. On April 23, 2026, the Court entered an Agreed Order Directing the Appointment of Examiner (doc. 165) (the "Agreed Order"). The Agreed Order, signed by counsel for Huntington, the Debtor, and the UST directed the UST to appoint an examiner pursuant to 11 U.S.C. § 1104(c).

    iv. Since the Agreed Order was entered, the UST has exercised his due diligence in conferring with Huntington and the Debtor, soliciting

candidates for the examiner position, interviewing said candidates, and determining the best possible person for the position. The UST has identified his choice for examiner and has this date filed a Notice of Appointment and the Application.

v.   In order to have the examiner in place as expeditiously as possible, the ordinary response period of 21 days to the Application as required by Local Bankruptcy Rule 9013-1(a)(1)(C) should be shortened to seven (7) days.

4.      The relief requested is mandated by the Agreed Order and an expeditious decision on the Application will best serve the interests of the Debtor, this bankruptcy estate, and the administration of justice to all affected parties.

WHEREFORE, the UST respectfully moves this Court to (i) enter an Order setting a response deadline of seven (7) days from the date of filing the Application for any objections or other responses, (ii) enter an Order substantially in the form of the one attached to this Motion setting an expedited hearing schedule on the Application; and (iii) grant such other and further relief as the Court deems just and proper.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

Dated: May 8, 2026

*/s/ David T. Austin*
David T. Austin (CT #435157)
Trial Attorney
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, ON 45202
Telephone: (513) 684-6989
Email: david.austin2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on or about May 8, 2026, a copy of the foregoing MOTION FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED HEARING REGARDING APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by first class mail addressed to:

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

As well as the 20 largest creditors on the attached matrix

By:     /s/ David T. Austin
        David T. Austin

4