**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No: 25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION FOR ORDER SHORTENING
TIME TO RESPOND AND SCHEDULING EXPEDITED HEARING REGARDING
APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER (doc.    )**

The Court finds the United States Trustee's Motion for Order Shortening Time to Respond

and Scheduling Expedited Hearing Regarding Application for Order Approving Appointment of

Examiner (doc.       ) (the "Motion") well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The time to respond to the Motion is shortened to 7 days from the filing of the motion, or May

   15, 2026.

1

2.  If a timely response or objection to the Motion is filed, the Court shall hold an expedited

hearing at a time convenient to the Court's calendar.

**IT IS SO ORDERED**

**Copies to default list plus top 20**