**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 8, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED HEARING REGARDING APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER (doc. 182)**

The Court finds the United States Trustee's Motion for Order Shortening Time to Respond and Scheduling Expedited Hearing Regarding Application for Order Approving Appointment of Examiner (doc. 182) (the "Motion") well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1.  The time to respond to the Motion is shortened to 7 days from the filing of the motion, or May 15, 2026.

2. If a timely response or objection to the Motion is filed, the Court shall hold an expedited

hearing at a time convenient to the Court's calendar.

**IT IS SO ORDERED**

**Copies to default list plus top 20**