**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 8, 2026**

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| _____ | ) | U.S. Chief Bankruptcy Judge |

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED HEARING REGARDING APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER (doc. 182)**

The Court finds the United States Trustee's Motion for Order Shortening Time to Respond and Scheduling Expedited Hearing Regarding Application for Order Approving Appointment of Examiner (doc. 182) (the "Motion") well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The time to respond to the Motion is shortened to 7 days from the filing of the motion, or May 15, 2026.

1

2. If a timely response or objection to the Motion is filed, the Court shall hold an expedited

hearing at a time convenient to the Court's calendar.

**IT IS SO ORDERED**

**Copies to default list plus top 20**

United States Bankruptcy Court

Southern District of Ohio

| In re: | | Case No. 25-12607-bab |
|---|---|---|
| Raymond Joseph Schneider | | Chapter 11 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf01 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21933177 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21991702 | + | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21991703 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21933222 | + | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisors, LLC, Mortgage Loan Dept. - 3B-CR, 6300 C Street SW, Cedar Rapids, IA 52499-0001 |
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | May 08 2026 18:45:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21969188 | + | Email/Text: gecubankruptcy@gecreditunion.org | May 08 2026 18:45:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | May 08 2026 18:45:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21991700 | + | Email/Text: bankruptcy.notices@syb.com | May 08 2026 18:45:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | May 08 2026 18:45:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21969183 | * | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0648-1                          User: ad                                    Page 2 of 3
Date Rcvd: May 08, 2026                        Form ID: pdf01                            Total Noticed: 12

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com |

District/off: 0648-1                          User: ad                                          Page 3 of 3
Date Rcvd: May 08, 2026                    Form ID: pdf01                               Total Noticed: 12

kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27