**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 11, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF ROBINSON LAW FIRM, LLC (DOC. 152)

This matter is before the Court on the *First Interim Fee Application of Robinson Law Firm, LLC* (the "Application") (Doc. 152) filed by Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"). Through the Application and pursuant to 11 U.S.C. § 330 and 331, Fed.R.Bankr.P. 2016 and LBR 2016-1, the Debtor applies for approval of an interim award of compensation to Robinson Law Firm, LLC (the "Applicant"), special counsel for the Debtor, earned for the period of October 17, 2025, to February 28, 2026 (the "Application Period"). The Debtor seeks approval of attorney fees for the Application Period in the amount of $25,320.00 and expenses in the amount of $139.39 for a total of $25,459.39 (the "Compensation Amount"). Pursuant to the *Order Granting Motion to Establish Procedures for Interim*

1

*Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93),

the Applicant has already been paid 90% of the requested fees and 100% of the expenses, and the

Debtor seeks authority to pay the 10% fee holdback in the amount of $2,532.00.

The Application was served on all creditors and parties in interest. The time period for

objecting to the Application has lapsed and no objection to the Application has been filed.

Based on the matters contained in the Application, proper service of the Application

having been filed, and no objection to the Application having been filed, the Court finds the

Application to be well-taken and it is approved. The Court finds that the services rendered by the

Applicant were actual and necessary, and that the compensation requested is reasonable in light

of the time expended, the work completed, and the results achieved

It is therefore ORDERED that pursuant to 11 U.S.C. § 331 the Applicant is awarded

interim compensation in the amount of the Compensation Amount. The Debtor is authorized to

pay the remaining holdback portion of the Compensation Amount as soon as is reasonably

practicable.

**SO ORDERED.**

SUBMITTED BY:

  /s/  James A. Coutinho
James A. Coutinho     (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215
T: (614) 221-8500     F: (614) 221-5988
coutinho@asnalaw.com,
rebholz@asnalaw.com
*Counsel for Debtor and Debtor in Possession*

Copies to Default List plus additional party:

Emmett E. Robinson, Esq.
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-12607-bab

Raymond Joseph Schneider                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| sp | + Emmett Robinson, Robinson Law Firm, LLC, 6600 Lorain Ave. #731, Cleveland, OH 44102-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026                          Signature:                  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1                          User: ad                                        Page 2 of 2
Date Rcvd: May 12, 2026                      Form ID: pdf01                              Total Noticed: 2

Brian Green
　　　　　　on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
　　　　　　on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
　　　　　　donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
　　　　　　on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
　　　　　　on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
　　　　　　on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
　　　　　　eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
　　　　　　on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
　　　　　　doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
　　　　　　on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
　　　　　　doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
　　　　　　on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
　　　　　　on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
　　　　　　on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
　　　　　　on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
　　　　　　on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
　　　　　　on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
　　　　　　eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston
　　　　　　on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
　　　　　　on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
　　　　　　kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett
　　　　　　on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
　　　　　　on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
　　　　　　on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
　　　　　　on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
　　　　　　on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
　　　　　　on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
　　　　　　on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 27