**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 18, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| | ) | U.S. Chief Bankruptcy Judge |

### ORDER APPROVING THE APPOINTMENT OF A
### CHAPTER 11 EXAMINER BY THE UNITED STATES TRUSTEE (doc. no. 179)

Pursuant to the Order Directing the Appointment of an Examiner entered on April 23, 2026, ECF No. 165, and the Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of William Krieger in the above-captioned case, ECF No. 179, **IT IS HEREBY ORDERED THAT:**

The appointment of William Krieger, as Examiner is hereby **APPROVED.**

**IT IS SO ORDERED**

**Copies to all creditors and parties in interest**

1