**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 18, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No:  25-12607 |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Hon. Beth A. Buchanan** |
| _____ | ) | U.S. Chief Bankruptcy Judge |

### ORDER APPROVING THE APPOINTMENT OF A
### <u>CHAPTER 11 EXAMINER BY THE UNITED STATES TRUSTEE (doc. no. 179)</u>

Pursuant to the Order Directing the Appointment of an Examiner entered on April 23, 2026, ECF No. 165, and the Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of William Krieger in the above-captioned case, ECF No. 179, **IT IS HEREBY ORDERED THAT:**

The appointment of William Krieger, as Examiner is hereby **APPROVED.**

**IT IS SO ORDERED**

**Copies to all creditors and parties in interest**

1

United States Bankruptcy Court

Southern District of Ohio

| In re: | Case No. 25-12607-bab |
|---|---|
| Raymond Joseph Schneider | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2026 | Form ID: pdf01 | Total Noticed: 100 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| sp | + | Emmett Robinson, Robinson Law Firm, LLC, 6600 Lorain Ave. #731, Cleveland, OH 44102-6803 |
| cr | + | First Federal Savings & Loan Assoc. of Lakewood, 25101 Chagrin Boulevard, Suite 220, Beachwood, OH 44122-5656 |
| sp | + | James Cummins, Cummins Law LLC, 312 Walnut Street #1530, Cincinnati, OH 45202-4094 |
| cr | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch, Pierce, Fenner & Smith In, 5905 East Galbraith Road, Suite 7000, Cincinnati, OH 45236 UNITED STATES 45236-2381 |
| cr | + | Park National Bank, c/o Bricker Graydon LLP, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060 |
| app | + | Rebekah Smith, GBQ Consulting LLC, 230 West Street, Suite 700, Columbus, OH 43215-2663 |
| cr | + | Three Notes LLC, c/o Bricker Graydon LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-4060 |
| cr | + | Village of Evendale, Ohio, c/o Wood + Lamping, LLP, 600 Vine Street, Suite 2500, Cincinnati, OH 45202-2491 |
| 21933163 | + | ADT, 2300 Wall St. Suite H, Cincinnati, OH 45212-2794 |
| 21933171 | + | BMW Financial Services NA, LLC, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21933168 | + | Bank of America, N.A., c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. 125, Columbus, OH 43219-6223 |
| 21997852 | + | Bank of America, N.A., Rudy J. Cerone - McGlinchey Stafford, PL, 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6029 |
| 21933167 | | Bank of America, N.A., 1600 Merrill Lynch Drive, 1st Floor, Pennington, NJ 08534 |
| 21933169 | + | Bannister Landscape Services, 917 Meetinghouse Road, Wells, ME 04090-6145 |
| 21933173 | | Brad Sandler, 780 Third Ave. 34th Floor, New York, NY 10017-2024 |
| 21933175 | + | CGWW, 4747 Spring Grove Ave, Cincinnati, OH 45232-1921 |
| 21933176 | + | Christopher P. Schueller, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 21933177 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky, OH 44871-5016 |
| 21933178 | + | Design Rite Sprinkler, 5989 Meijer Dr, Suite 8, Milford, OH 45150-1544 |
| 21933179 | + | Dorothy E. Dornbusch, c/o Joel Zimmerman, Esq., Bubalo Law PLC, 9300 Shelbyville Rd., Ste. 210, Louisville, KY 40222-5161 |
| 21933181 | + | Eagle Eye Property Watch, PO Box 45, MOODY, ME 04054-0045 |
| 21933182 | + | Eagle River, 846 Forest Road, Vail, CO 81657-5704 |
| 21997801 | + | First Federal Savings & Loan Assoc. of Lakewood, 25101 Chagrin Blvd. #220, Beachwood, OH 44122-5656 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21983859 | + | First Merchants Bank, Dentons c/o Whitney Mosby, 10 West Market Street, #2700, Indianapolis, IN 46204-2982 |
| 21933186 | + | First Merchants Bank, c/o Jennifer Griffith, Statutory Agent, 1349 W. Lane Ave., Ste. 800, Columbus, OH 43221-3503 |
| 21943618 | + | First Merchants Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 21933185 | + | First Merchants Bank, Attn: Patrick Berghoff, 8711 River Crossing, Indianapolis IN 46240-2177 |
| 21983858 | + | First Merchants Bank, c/o Whitney L. Mosby, Dentons Bingham Greenebaum LLP, 10 W. Market Street, Suite 2700, Indianapolis, IN 46204-4900 |
| 21933187 | | First Merchants Bank s/b/m Level One Bank, Steven H. Patterson, Esq., Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 21933188 | + | General Electirc Credit Union, Attn Bankruptcy, 11370 Reed Hartman Hwy, Blue Ash, OH 45241-2430 |
| 21933191 | + | Henry Schneider, 8110 Plainfield Road, Cincinnati, OH 45236-2413 |
| 21944231 | #+ | Heritage Bank, Inc., Attn: Lisa A. Cook, 5495 North Bend Rd., Burlington, KY 41005-9378 |
| 21933193 | | Heritage Bank, Inc., 54955 North Bend Rd., Burlington, KY 41005 |
| 21933196 | + | Jon J. Lierberman, Esq., Sottile and Barile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 21933198 | + | Kemba Credit Union, Inc., c/o Joe Hutson, Statutory Agent, 5600 Chappell Crossing Blvd., West Chester, OH 45069-5064 |
| 21933199 | + | Kennebunk Sewer District, 44 Water Street, Kennebunk, ME 04043-7034 |
| 21933200 | + | Kenwood Country Club, 6501 Kenwood Road, Cincinnati, OH 45243-2315 |
| 21933202 | + | Merrill Lynch, Pierce, Fenner & Smith Incorporated, c/o CT Corporation System, as Statutory Agent, 4400 Easton Commons Way, Ste. |

|           |     |                                                                                                                                                                                                 |
|-----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           |     | 125, Columbus, OH 43219-6223                                                                                                                                                                      |
| 21933201  |     | Merrill Lynch, Pierce, Fenner & Smith Incorporated, 425 Walnut St., 2600 US Bank Tower, Cincinnati, OH 45202                                                                                      |
| 21933203  | +   | Minnesota Life Insurance, 400 Robert Street North, Saint Paul, MN 55101-2037                                                                                                                     |
| 21933207  | +   | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205                                                                                                                                     |
| 21933209  | +   | Poseidon Irrigation, 48 Mountain Rd, Biddeford, ME 04005-9402                                                                                                                                    |
| 21933210  | +   | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896                                                                                                                                |
| 21933211  | +   | Rockland Trust Company, Successor to Blue Hills Ba, 150 Grossman Drive, Ste. 300, Braintree, MA 02184-4902                                                                                        |
| 21933212  | +   | Rudy J. Cerone, Esq., 601 Poydras Street, 12th Floor, New Orleans, LA 70130-6057                                                                                                                 |
| 21933214  | +   | Stefanie L. Deka, Esq., McGlinchey Stafford, 3401 Tuttle Rd., Ste. 200, Cleveland, OH 44122-6357                                                                                                 |
| 21933215  | #+  | Steven M. Hartmann, Esq., Smith, Gambrell & Russell, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6683                                                                              |
| 21933217  | +   | Stock Yards Bank & Trust Company, c/o SSP Statutory Services, LLC, as Statutory Agent, 2623 Erie Avenue, Cincinnati, OH 45208-2001                                                                |
| 21933218  | +   | Susana E. Lykins, Esq., Robertson, Anschuz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd, Ste. 450, Alpharetta, GA 30004-2001                                                               |
| 21985949  | +   | The Huntington National Bank, c/o Christopher P. Schueller, Esq., Buchanan Ingersoll & Rooney PC, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413                                          |
| 21969184  |     | The Huntington National Bank, Easton Oval (EA4W67, Columbus OH 43219                                                                                                                             |
| 21933220  | +   | Three Notes, LLC, c/o GH&R Business Services, Inc.,, as Statutory Agent, 312 Walnut St., Ste. 1800, Cincinnati, OH 45202-4060                                                                     |
| 21933221  | +   | Town of Kennebunk, 1 Summer Street, Kennebunk, ME 04043-6659                                                                                                                                     |
| 21933222  | +   | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisors, LLC, Mortgage Loan Dept. - 3B-CR, 6300 C Street SW, Cedar Rapids, IA 52499-0001                                               |
| 21933223  |     | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443                                                         |
| 21941936  | +   | Tricia Morra, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808                                                                                                 |
| 21933224  | +   | TruGreen, 4041 Thunderbird Lane, Fairfield, OH 45014-2232                                                                                                                                        |
| 21933226  | +   | Truist Bank, c/o Corporation Service Company, as Statutory Agent, 1160 Dublin Road, Suite 400, Columbus, OH 43215-1052                                                                           |
| 21951789  | ++  | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108                             |
| 21933228  | ++  | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, NA, PO Box 790408, St. Louis, MO 63179-0408                                                                    |
| 21933229  | +   | Vail Valley Snow Removal, 2497 Chamonix Ln Apt J3, Vail, CO 81657-4240                                                                                                                           |
| 21994376  | +   | Vorys, Sater, Seymour and Pease LLP, Attn: Kari B. Coniglio, 200 Public Square, Suite 1400, Cleveland, OH 44114-2327                                                                              |
| 21933230  | +   | Vorys, Sater, Seymour and Pease LLP, 52 East Gay St., Columbus, OH 43215-3161                                                                                                                    |
| 21933231  | +   | Webhannet Golf Club, 26 Golf Club Drive, Kennebunk, ME 04043-7538                                                                                                                                |
| 21933232  | +   | Whitney Mosby, Esq., Dentons Bingham Greenebaum, LLP, 10 West Market Street, #2700, Indianapolis, IN 46204-4900                                                                                   |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  | Notice Type: Email Address                      | Date/Time              | Recipient Name and Address                                                                                      |
|-----------|-------------------------------------------------|------------------------|----------------------------------------------------------------------------------------------------------------|
| 21933166  | Email/PDF: bncnotices@becket-lee.com            | May 19 2026 18:53:11   | American Express, PO Box 981535, El Paso, TX 79998-1535                                                         |
| 21933164  | + Email/PDF: bncnotices@becket-lee.com          | May 19 2026 18:53:17   | American Express, PO Box 96001, Los Angeles, CA 90096-8000                                                      |
| 21984685  | Email/PDF: bncnotices@becket-lee.com            | May 19 2026 18:53:18   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701                      |
| 21933172  | Email/PDF: acg.bmw.ebn@aisinfo.com              | May 19 2026 18:53:11   | BMW Financial Services NA, LLC, P O Box 3608, Dublin, OH 43016- 030                                             |
| 21933170  | + Email/PDF: acg.acg.ebn@aisinfo.com            | May 19 2026 18:53:17   | BMW Financial Services NA, LLC, c/o AIS Portfolio Serviced LLC, 4515 N. Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 21933174  | + Email/Text: cmpbankruptcy@cmpco.com           | May 19 2026 18:45:00   | Central Maine Power, 83 Edison Drive, Augusta, ME 04336-0001                                                    |
| 21933184  | Email/Text: BKCourtNotices@yourmortgageonline.com | May 19 2026 18:44:00 | First Merchants Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047                                       |
| 21979129  | Email/Text: BKCourtNotices@yourmortgageonline.com | May 19 2026 18:44:00 | First Merchants Bank, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047                  |
| 21933180  | + Email/Text: lynn.colombo@duke-energy.com      | May 19 2026 18:45:00   | Duke, 139 E 4th St, Cincinnati, OH 45202-4034                                                                   |
| 21969185  | + Email/Text: creditcontrolbk@firstmerchants.com | May 19 2026 18:45:00  | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111                             |

District/off: 0648-1                           User: ad                                    Page 3 of 5

Date Rcvd: May 19, 2026                        Form ID: pdf01                              Total Noticed: 100

| | | | |
|---|---|---|---|
| 21943169 | + Email/Text: EBN@brockandscott.com | May 19 2026 18:44:00 | First Merchants Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 22025758 | Email/Text: gcww_bankruptcy@gcww.cincinnati-oh.gov | May 19 2026 18:44:00 | GREATER CINCINNATI WATER WORKS, BANKRUPTCY DESK, 4747 SPRING GROVE AVE, CINCINNATI, OH 45232-1986 |
| 21933189 | + Email/Text: gecubankruptcy@gecreditunion.org | May 19 2026 18:44:00 | General Electirc Credit Union, c/o Timothy D. Ballinger, as Statutory Agent, 10485 Reading Rd., Cincinnati, OH 45241-2523 |
| 21933190 | + Email/Text: gecubankruptcy@gecreditunion.org | May 19 2026 18:44:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21998308 | + Email/Text: gecubankruptcy@gecreditunion.org | May 19 2026 18:45:00 | General Electric Credit Union, 11311 Cornell Park Drive, Cincinnati, OH 45242-1891 |
| 21933192 | + Email/Text: l.cook@ourheritage.bank | May 19 2026 18:45:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933194 | + Email/Text: customer_care@holycross.com | May 19 2026 18:45:00 | Holy Cross Energy, PO Box 2150, Glenwood Springs, CO 81602-2150 |
| 21933195 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2026 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21933197 | + Email/Text: bankruptcy@kembacu.org | May 19 2026 18:45:00 | Kemba Credit Union, 8763 Union Centre Blvd, West Chester, OH 45069-1207 |
| 22000073 | Email/Text: nsm_bk_notices@mrcooper.com | May 19 2026 18:44:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 21933205 | + Email/Text: nsm_bk_notices@mrcooper.com | May 19 2026 18:44:00 | Nationstar Mortgage, LLC dba Mr. Cooper, Attn Bankruptcy, PO Box 619096, Dallas, TX 75261-9096 |
| 21933204 | + Email/Text: nsm_bk_notices@mrcooper.com | May 19 2026 18:44:00 | Nationstar Mortgage, LLC dba Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 21933206 | Email/Text: Bankruptcy.notices@tax.state.oh.us | May 19 2026 18:45:00 | Ohio Department of Taxation, Ohio Attorney General, Attn Bankruptcy, 30 East Broad St., 14th Fl, Columbus, OH 43215 |
| 21993275 | + Email/Text: patricia.fugee@fisherbroyles.com | May 19 2026 18:45:00 | Patricia B Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21933208 | + Email/Text: patricia.fugee@fisherbroyles.com | May 19 2026 18:45:00 | Patricia B. Fugee, Esq., FisherBroyles LLP, 27100 Oakmead Drive #306, Perrysburg, OH 43551-2670 |
| 21933213 | + Email/Text: dl-csgbankruptcy@charter.com | May 19 2026 18:45:00 | Spectrum, 400 Washington Boulevard, Stamford, CT 06902-6641 |
| 21933216 | + Email/Text: bankruptcy.notices@syb.com | May 19 2026 18:45:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + Email/Text: bankruptcy@huntington.com | May 19 2026 18:45:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |
| 21933225 | + Email/Text: bankruptcy@bbandt.com | May 19 2026 18:45:00 | Truist Bank, Bankruptcy Department, PO Box 27767, Richmond, VA 23261-7767 |
| 21963232 | + Email/Text: bankruptcy@bbandt.com | May 19 2026 18:45:00 | Truist Bank, Bankruptcy Department 306-40-04-95, PO Box 27767, Richmond, VA 23261-7767 |
| 21933227 | + Email/Text: bankruptcy@bbandt.com | May 19 2026 18:45:00 | Truist Bank, PO Box 79041, Baltimore, MD 21279-0041 |
| 21951789 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2026 18:45:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 21933228 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2026 18:45:00 | US Bank, NA, PO Box 790408, St. Louis, MO |

District/off: 0648-1                          User: ad                                      Page 4 of 5

Date Rcvd: May 19, 2026                       Form ID: pdf01                                Total Noticed: 100

|  |  |  | 63179-0408 |
|---|---|---|---|
| 21933233 | Email/Text: dlbankruptcy_estate@xcelenergy.com | May 19 2026 18:44:00 | Xcel Energy, 414 Nicollet Mall, Minneapolis, MN 55401 |
| 21933234 | + Email/Text: documentfiling@lciinc.com | May 19 2026 18:44:00 | Xfinity/Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| 21933165 | * | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 21984686 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 21969186 | *+ | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21991702 | *+ | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21969188 | *+ | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21991701 | *+ | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21991703 | *+ | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21993443 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Dr. #306, Perrysburg, OH 43551-2670 |
| 21993404 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Dr., #306, Perrysburg, OH 43551-2670 |
| 21993393 | *+ | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21993280 | * | Patricia B. Fugee, FisherBroyles, LLP, 27100 Oakmead Drive, #306, Perrysburg, OH 43551-2670 |
| 21969187 | *+ | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21991700 | *+ | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |
| 21969183 | * | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, |

District/off: 0648-1                                    User: ad                                          Page 5 of 5

Date Rcvd: May 19, 2026                          Form ID: pdf01                              Total Noticed: 100

amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore

on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green

on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory

on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering

on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho

on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho

on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman

on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr

on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee

on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby

on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba

on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Richard Boydston

on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall

on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 27