| Account | Beginning Balance April 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance April 30th |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ - | $ - | $ - | $ - | $ - | $ - |
| Stockyards (Prepetition) | $ - | $ - | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | $ - | $ - | $ - | $ - | $ - | $ - |
| US Bank DIP General | $ 99,186.00 | $ 30,040.12 | $ 50,789.87 | $ - | $ - | $ 78,436.25 |
| US Bank DIP SS | $ 21,421.67 | $ 3,636.78 | $ - | | $ - | $ 25,058.45 |
| | $ 120,607.67 | $ 33,676.90 | $ 50,789.87 | $ - | $ - | $ 103,494.70 |

# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9064       TRN                  I          X      ST01

106481844996287 D

ılıllıⁱⁱⁱⁿⁱⁱⁿⁿⁱ·ⁱⁱⁱⁱlıllⁱlⁱlⁱⁱⁱⁱlⁱⁱⁿⁿⁱⁱⁱⁱⁿⁱⁱⁱⁱⁱⁱⁿⁱⁿⁱⁱⁱⁿ

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3910

## Uni-Statement

Account Number:
████████ 7243

Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 1 of 2



☎                                 **To Contact U.S. Bank**

**By Phone:**                              800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at
paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your
rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account
  was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at
**usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S.
Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker
in person, by phone, or virtually.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**Member FDIC**

Account Number ████████ 7243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Apr 1 | $ | 99,186.00 | Annual Percentage Yield Earned | | 0.00489% |
| Deposits / Credits | | 30,040.12 | Interest Earned this Period | $ | 0.34 |
| Other Withdrawals | | 6,167.87- | Interest Paid this Year | $ | 1.28 |
| Checks Paid | | 44,622.00- | Number of Days in Statement Period | | 30 |
| **Ending Balance on Apr 30, 2026** | $ | 78,436.25 | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 13 | Mobile Check Deposit | | 8053253069 | $ | 19.78 |
| Apr 13 | Mobile Check Deposit | | 8055635501 | | 875.00 |
| Apr 13 | Mobile Check Deposit | | 8054302511 | | 8,145.00 |
| Apr 14 | Electronic Deposit | From CORPORATE PARK I | | | 1,000.00 |
| | REF=261030146261760N00 | AVIDPAY ████ 3688 | | | |
| Apr 16 | Mobile Check Deposit | | 8953094927 | | 20,000.00 |
| Apr 30 | Interest Paid | | 3000002437 | | 0.34 |
| | | **Total Deposits / Credits** | | $ | 30,040.12 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or
call 800-872-2657.

# US bank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████ 7243
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING                     (CONTINUED)
U.S. Bank National Association
### Other Withdrawals                          Account Number 1-301-3018-7243

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 1 | Electronic Withdrawal REF=260900135979180N00 | To NATIONSTAR MORTG 9500000000ONLINE PMTUSB███9746POS | | $ | 3,321.00- |
| Apr 6 | Electronic Withdrawal REF=260930113162700N00 | To Unitedhealthcare 1836282001Premium ███2199 | | | 331.87- |
| Apr 13 | Electronic Withdrawal REF=261000078425370N00 | To SPECTRUM 0000358635SPECTRUM 4758800 | | | 316.10- |
| Apr 20 | Electronic Withdrawal REF=261100030485710N00 | To GCWW/EZ-PAY 0000007041UTILITIES 7313079 | | | 87.72- |
| Apr 21 | Electronic Withdrawal REF=261100136720470N00 | To ADT SECURITY SER 8881323080ADTPAPACH███5928 | | | 85.88- |
| Apr 21 | Electronic Withdrawal REF=261100176262460N00 | To InstaMed ███3201SILVERSCRI0███7320 | | | 90.30- |
| Apr 24 | Electronic Withdrawal REF=261130151712420N00 | To QUARTERLY FEE ███0502PAYMENT  6RSCKHM8EL1 | | | 1,936.00- |

|  |  |  | **Total Other Withdrawals** | **$** | **6,167.87-** |
|---|---|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0130 | Apr 6 | 8053898232 | 456.12 | 0134 | Apr 20 | 8055388572 | 2,916.00 |
| 0131 | Apr 14 | 8353662573 | 917.00 | 5014* | Apr 24 | 9252351545 | 50.67 |
| 0132 | Apr 13 | 8053217754 | 37,227.25 | 5015 | Apr 24 | 9252312117 | 2,004.96 |
| 0133 | Apr 14 | 8354184121 | 1,050.00 | | | | |

\* Gap in check sequence      **Conventional Checks Paid (7)**   **$   44,622.00-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 1 | 95,865.00 | Apr 14 | 65,607.44 | Apr 21 | 82,427.54 |
| Apr 6 | 95,077.01 | Apr 16 | 85,607.44 | Apr 24 | 78,435.91 |
| Apr 13 | 66,574.44 | Apr 20 | 82,603.72 | Apr 30 | 78,436.25 |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054      TRN                    I          X     ST01

106481844983601 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:
▇▇▇▇7110
Statement Period:
Apr 1, 2026
through
Apr 30, 2026

Page 1 of 1

☎                                    **To Contact U.S. Bank**

By Phone:                                     800-673-3555

U.S. Bank accepts Relay Calls

Internet:                                     usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Effective May 11, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Applicable Law** section to explain that the governing state law depends on how and where the account was opened.

Beginning April 6, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**Member FDIC**

**Account Summary**                                     Account Number ▇▇▇▇7110

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Apr 1 | $ | 21,421.67 | Annual Percentage Yield Earned | | 0.00402% |
| Deposits / Credits | | 3,636.78 | Interest Earned this Period | $ | 0.08 |
| | | | Interest Paid this Year | $ | 0.11 |
| Ending Balance on Apr 30, 2026 | $ | 25,058.45 | Number of Days in Statement Period | | 30 |

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 8 | Federal Benefit Deposit         From SSA TREAS 310 | | | $ | 3,636.70 |
| | REF=260930143186530N00      XXSOC SEC ▇▇▇6042 1170A S | | | | |
| Apr 30 | Interest Paid | | 3000002433 | | 0.08 |
| | | Total Deposits / Credits | | $ | 3,636.78 |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Apr 8 | 25,058.37 | Apr 30 | 25,058.45 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - April 2026 Transaction Summary**

General DIP Account     x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 4/1/2026 | $ - | Opening Balance | Balance | $ 99,186.00 |
| 4/1/2026 | $ (3,321.00) | Nationstar | Mortgage - Tiffany Ridge | $ 95,865.00 |
| 4/6/2026 | $ (331.87) | UnitedHealthcare | Health Insurance | $ 95,533.13 |
| 4/6/2026 | $ (456.12) | Duke Energy | Utility - Power | $ 95,077.01 |
| 4/13/2026 | $ 19.78 | Deposit | 2019 Apple Securities Settlement | $ 95,096.79 |
| 4/13/2026 | $ 875.00 | Deposit | Dividend Check | $ 95,971.79 |
| 4/13/2026 | $ (315.10) | Spectrum | Cable/Internet | $ 95,656.69 |
| 4/13/2026 | $ (37,227.25) | Cummins Law | Legal Fees | $ 58,429.44 |
| 4/14/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 59,429.44 |
| 4/14/2026 | $ (917.00) | Duke Energy | Utility - Power | $ 58,512.44 |
| 4/14/2026 | $ (1,050.00) | Bobby Winstead | Litigation Expense - Expert | $ 57,462.44 |
| 4/16/2026 | $ 8,145.00 | Deposit | Dividend Check | $ 65,607.44 |
| 4/16/2026 | $ 20,000.00 | Deposit | Draw - The Gatherings of Blue Ash | $ 85,607.44 |
| 4/20/2026 | $ (87.72) | Water Works | Water Service | $ 85,519.72 |
| 4/20/2026 | $ (2,916.00) | Robinson Law | Legal Fees | $ 82,603.72 |
| 4/21/2026 | $ (85.88) | ADT | Security | $ 82,517.84 |
| 4/21/2026 | $ (90.30) | InstaMed | Medical | $ 82,427.54 |
| 4/24/2026 | $ (1,936.00) | UST | Quarterly Fees | $ 80,491.54 |
| 4/24/2026 | $ (50.67) | Impact Lawn Service | Service - Lawn | $ 80,440.87 |
| 4/24/2026 | $ (2,004.96) | Kenwood CC | Dues and Services | $ 78,435.91 |
| 4/30/2026 | $ 0.34 | Deposit | Interest | $ 78,436.25 |

SS DIP Account     x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 4/1/2026 | $ - | Opening Balance | Balance | $ 21,421.67 |
| 4/8/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 25,058.37 |
| 4/30/2026 | $ 0.08 | Deposit | Interest | $ 25,058.45 |

| | | | |
|---|---|---|---|
| US Bank | x9012 | ACCOUNT CLOSED 3/3/2026 | |
| Warsaw Bank | x6598 | ACCOUNT CLOSED 3/3/2026 | |