**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY PHILIP K. STOVALL**
**AS PROPOSED COUNSEL TO WILLIAM G. KRIEGER, EXAMINER**

Philip K. Stovall of the law firm of Hahn Loeser & Parks LLP hereby enters his appearance as proposed counsel to William G. Krieger, the examiner appointed in the above-captioned bankruptcy case.  Please serve all notices and documents to:

Philip K. Stovall
**HAHN LOESER & PARKS LLP**
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Email: pstovall@hahnlaw.com

This request for notice includes, without limitation, notices and orders relating to any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, electronic mail or otherwise.

Dated:   June 9, 2026

Respectfully submitted,

/s/ Philip K. Stovall
Philip K. Stovall (0090916)
**HAHN LOESER & PARKS LLP**
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Phone: (614) 221-0240
Fax: (614) 221-5909
E-mail: pstovall@hahnlaw.com
*Proposed Counsel to William G. Krieger, Examiner*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing *Notice of Appearance and Request for Notice by Philip K. Stovall as Proposed Counsel to William G. Krieger, Examiner* was served on the date of filing electronically through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

*/s/ Philip K. Stovall*
Philip K. Stovall (0090916)
