**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: June 24, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In Re | ) | |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER | ) | Case No. 25-12607 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Buchanan |
| | ) | |
| | ) | |

### ORDER SETTING STATUS CONFERENCE ON:

### (I) MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND TO EXTEND SOLICIATION PERIOD [Docket Number 193];

### And

### (II) NOTICE OF PRELIMINARY WORK PLAN OF WILLIAM G. KRIEGER, EXAMINER [Docket Number 198]

This case is before this Court regarding:

1. Debtor's *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement and to Extend Solicitation Period* [Docket Number 193]; and,

2. Examiner, William G. Krieger's *Notice of Preliminary Work Plan* [Docket Number 198] and Debtor's *Objection* [Docket Number 199].

These matters are scheduled for a status conference on **July 1, 2026, at 1:00 p.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202.

This is a non-evidentiary proceeding.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the preliminary hearing telephonically. Please refer to the instructions for telephonic attendance of the hearing, including a call-in number and access code (free of cost), in Judge Buchanan's *General Practices and Procedures—Telephonic Appearances at Status Conferences, Hearings, and Other Proceedings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab. If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

**Should any party fail to attend the status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List

United States Bankruptcy Court

Southern District of Ohio

In re:

Raymond Joseph Schneider

      Debtor

Case No. 25-12607-bab

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID          Recipient Name and Address**
dbpos          + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**                                **Email Address**

Andrew Dennis Rebholz

      on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com
      kittle@asnalaw.com;rebholz@ecf.courtdrive.com

Asst US Trustee (Cin)

      ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter

      on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore

      on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com,
      amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore

      on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
      amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

District/off: 0648-1                           User: ad                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                      Form ID: pdf01                          Total Noticed: 1

Brian Green
                on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
                on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
                donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
                on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
                on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
                on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
                eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
                on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
                doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
                on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
                doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
                on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
                on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
                on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
                on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
                on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
                on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
                on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ecarter@hahnlaw.com

Richard Boydston
                on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
                on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
                kittle@asnalaw.com;stovall@ecf.courtdrive.com

Robert Daniel McIntosh
                on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
                on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
                on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
                on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
                on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
                on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer
                on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
                on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 29