| Account | Beginning Balance May 1st | | Credits (Not Interaccount) | | Debits (Not Interaccount) | | Account Transfers In | | Account Transfers Out | | Ending Balance May 31st | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Bank (Prepetition) | | | | | | | | | $ | - | $ | - |
| Stockyards (Prepetition) | $ | - | | | $ | - | $ | - | | | $ | - |
| Warsaw Federal (Prepetition) | | | | | | | $ | - | $ | - | $ | - |
| US Bank DIP General | $ | 78,436.25 | $ | 31,995.28 | $ | 51,216.89 | | | $ | - | $ | 59,214.64 |
| US Bank DIP SS | $ | 25,058.45 | $ | 3,636.81 | $ | - | | | $ | - | $ | 28,695.26 |
| | $ | 103,494.70 | $ | 35,632.09 | $ | 51,216.89 | $ | - | $ | - | $ | 87,909.90 |



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

9054      TRN                    I              X      ST01

106481888302857 D

‖ɪ‖ɪ‖‖‖ɪ‖‖ɪ‖ɪ‖‖‖ɪ‖‖‖‖‖ɪ‖ɪ‖ɪ‖‖ɪ‖‖ɪ‖ɪ‖‖ɪ‖ɪ
ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**

Account Number:

▮▮▮▮▮▮▮7243

Statement Period:

May 1, 2026
through
May 31, 2026

Page 1 of 2



☎                        *To Contact U.S. Bank*

*By Phone:*                        *800-673-3555*

*U.S. Bank accepts Relay Calls*

*Internet:*                        *usbank.com*

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## U.S. BANK SMARTLY CHECKING

*Member FDIC*

U.S. Bank National Association                                    Account Number ▮▮▮▮▮▮▮7243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on May 1 | $ | 78,436.25 | Annual Percentage Yield Earned | | 0.00492% |
| Deposits / Credits | | 31,995.28 | Interest Earned this Period | $ | 0.31 |
| Other Withdrawals | | 4,415.61- | Interest Paid this Year | $ | 1.59 |
| Checks Paid | | 46,801.28- | Number of Days in Statement Period | | 31 |
| **Ending Balance on  May 31, 2026** | $ | **59,214.64** | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May  4 | Mobile Check Deposit | | 8056068453 | $ | √14,338.00 |
| May 11 | Mobile Check Deposit | | 8053016659 | | √875.00 |
| May 13 | Electronic Deposit | From CORPORATE PARK I | | | √1,000.00 |
| | REF=261320112464670N00 | AVIDPAY ▮▮▮3588 | | | |
| May 13 | Mobile Check Deposit | | 8653402181 | | √ 3,697.78 |
| May 18 | Mobile Check Deposit | | 8054258050 | | √ 20.40 |
| May 18 | Mobile Check Deposit | | 8054257386 | | √ 2,063.79 |
| May 29 | Interest Paid | | 2900003131 | | 0.31 |
| May 29 | Electronic Deposit | From Madison Warehous | | | √10,000.00 |
| | REF=261490081108800N00SD | ACH S Pay ▮▮▮0200 | | | |
| | | | **Total Deposits / Credits** | $ | **31,995.28** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May  1 | Electronic Withdrawal | To NATIONSTAR MORTG | | $ | 3,321.00- |
| | REF=261200158527790N00 | 9500000000ONLINE | | | |
| | | PMTUSB497989746POS | | | |
| May  5 | Electronic Withdrawal | To Unitedhealthcare | | | 331.87- |
| | REF=261240115757110N00 | 1836282001Premium ▮▮▮0762 | | | |
| May 26 | Electronic Withdrawal | To GCWW/EZ-PAY | | | 170.96- |
| | REF=261460071947210N00 | 0000007041UTILITIES 9586725 | | | |
| May 26 | Electronic Withdrawal | To SPECTRUM | | | 315.10- |
| | REF=261420091823420N00 | 0000358635SPECTRUM  9428326 | | | |
| May 27 | Electronic Withdrawal | To InstaMed | | | √ 90.30- |
| | REF=261460249325380N00 | 9221883201SILVERSCRI▮▮▮4988 | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

# us bank

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████ 7243
Statement Period:
May 1, 2026
through
May 31, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING                                           (CONTINUED)
U.S. Bank National Association                                    Account Number ███████ 7243

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 27 | Electronic Withdrawal  REF=261460188780570N00 | To TruGreen  COLLECTION1███5001 | | 186.38- |
| | | Total Other Withdrawals | $ | 4,415.61- |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0135 | May 1 | 9252581800 | 165.00 | 0136 | May 20 | 8651947109 | 46,636.28 |
| | | | | Conventional Checks Paid (2) | | $ | 46,801.28- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 1 | 74,950.25 | May 13 | 94,529.16 | May 26 | 49,491.01 |
| May 4 | 89,288.25 | May 18 | 96,613.35 | May 27 | 49,214.33 |
| May 5 | 88,956.38 | May 20 | 49,977.07 | May 29 | 59,214.64 |
| May 11 | 89,831.38 | | | | |

Balances only appear for days reflecting change.



## us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN                    I            X      ST01

106481888290307 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

### Uni-Statement
Account Number:
████████ 7110
Statement Period:
May 1, 2026
through
May 31, 2026

Page 1 of 1



☎                         **To Contact U.S. Bank**

**By Phone:**                         800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                         usbank.com

---

## NEWS FOR YOU

### Eligible cardmembers can check out online with Paze℠ today.

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## U.S. BANK SMARTLY CHECKING                                 *Member FDIC*
U.S. Bank National Association                     Account Number  ████ 7110

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on May 1 | $ | 25,058.45 | Annual Percentage Yield Earned | | 0.00475% |
| Deposits / Credits | | 3,636.81 | Interest Earned this Period | $ | 0.11 |
| | | | Interest Paid this Year | $ | 0.22 |
| **Ending Balance on  May 31, 2026** $ | | **28,695.26** | Number of Days in Statement Period | | 31 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 13 | Federal Benefit Deposit    From SSA  TREAS 310 | | | $ | 3,636.70 |
| | REF=261280105524240N00    XXSOC SEC ████ 6042 1170A  S | | | | |
| May 29 | Interest Paid | | 2900003127 | | 0.11 |
| | | **Total Deposits / Credits** | | $ | **3,636.81** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| May 13 | 28,695.15 | May 29 | 28,695.26 |

Balances only appear for days reflecting change.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - May 2026 Transaction Summary**

General DIP Account        x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 5/1/2026 | $ - | Opening Balance | Balance | $ 78,436.25 |
| 5/1/2026 | $ (3,321.00) | Nationstar | Mortgage - Tiffany Ridge | $ 75,115.25 |
| 5/1/2026 | $ (165.00) | Elliott Bradley | Plumbing Service | $ 74,950.25 |
| 5/4/2026 | $ 14,338.00 | Deposit | Dividend Check | $ 89,288.25 |
| 5/5/2026 | $ (331.87) | UnitedHealthcare | Health Insurance | $ 88,956.38 |
| 5/11/2026 | $ 875.00 | Deposit | Dividend Check | $ 89,831.38 |
| 5/13/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 90,831.38 |
| 5/13/2026 | $ 3,697.78 | Deposit | Dividend Check | $ 94,529.16 |
| 5/18/2026 | $ 20.40 | Deposit | Dividend Check | $ 94,549.56 |
| 5/18/2026 | $ 2,063.79 | Deposit | Dividend Check | $ 96,613.35 |
| 5/20/2026 | $ (46,636.28) | Cummins Law | Legal Fees | $ 49,977.07 |
| 5/26/2026 | $ (170.96) | Greater Cincy Water | Water | $ 49,806.11 |
| 5/26/2026 | $ (315.10) | Spectrum | Cable/Internet | $ 49,491.01 |
| 5/27/2026 | $ (90.30) | InstaMed | Medical | $ 49,400.71 |
| 5/27/2026 | $ (186.38) | TruGreen | Yard Service | $ 49,214.33 |
| 5/29/2026 | $ 0.31 | Deposit | Interest | $ 49,214.64 |
| 5/29/2026 | $ 10,000.00 | Deposit | Draw - Madison Warehouse | $ 59,214.64 |

SS DIP Account        x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 5/1/2026 | $ - | Opening Balance | Balance | $ 25,058.45 |
| 5/13/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 28,695.15 |
| 5/31/2026 | $ 0.11 | Deposit | Interest | $ 28,695.26 |

| US Bank | x9012 | ACCOUNT CLOSED 3/3/2026 |
|---|---|---|
| Warsaw Bank | x6598 | ACCOUNT CLOSED 3/3/2026 |