**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

|  |  |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served the 30th day of June 2026, a copy of the within Motion for Authorization to Conduct Rule 2004 Discovery on all ECF participants registered in this case at the email address registered with the court, and upon all creditors and parties-in-interest on the attached service via the methods noted thereon.

Respectfully submitted,

Date:  June 30, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

1

**Service List**

**Via ECF Notification**

*Counsel for Debtor*
Thomas R Allen, allen@aksnlaw.com; James A. Coutinho, coutinho@asnalaw.com;  Andrew Dennis Rebholz, rebholz@asnalaw.com; Richard K. Stovall, stovall@asnalaw.com; Eric W. Goering, eric@goering-law.com

*Attorney for the U.S. Trustee*
David T. Austin, david.austin2@usdoj.gov

Asst US Trustee (Cin), ustpregion09.ci.ecf@usdoj.gov

*Counsel for Three Notes LLC*
Susan M Argo, sargo@brickergraydon.com

*Counsel for Park National Bank*
Austin Z. Baurichter, abaurichter@brickergraydon.com; Susan M Argo, sargo@brickergraydon.com

*Counsel for Creditor Bank of America, N.A.*
Branden Moore, bmoore@mcguirewoods.com

*Counsel for Civista Bank*
Patricia B Fugee, patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com

*Counsel for First Merchants Bank*
Patrick Hruby, Mark Dierks, Robert McIntosh, OHBKR@brockandscott.com; Whitney L. Mosby, whitney.mosby@dentons.com

*Counsel for Heritage Bank*
Jon J Lieberman, bankruptcy@sottileandbarile.com

*Counsel for Stock Yards Bank & Trust Company*
Paul T Saba, pts@sspfirm.com, eak@sspfirm.com, srb@sspfirm.com

*Counsel for General Electric Credit Union*
Donald W. Mallory, DWMallory@woodlamping.com

*Proposed Counsel to William G. Krieger, Examiner*
Philip K. Stovall, pstovall@hahnlaw.com

*Counsel for Truist Bank*
Patrick Hruby, Mark Dierks, Robert McIntosh, OHBKR@brockandscott.com

*Counsel for the Village of Evendale, Ohio*
Karolina F. Perr, bankruptcy@woodlamping.com

*Counsel for First Federal Savings & Loan Association of Lakewood*
Brian Green, bgreen@shaperolaw.com; James Marx, jmarx@shaperolaw.com

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Incorporated*
Branden Moore, bmoore@mcguirewoods.com

**Via Regular, U.S. Mail**

| | |
|---|---|
| ADT<br>35 Triangle Park Dr<br>Suite 3500<br>Cincinnati, OH 45246 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Bannister Landscape Services<br>917 Meetinghouse Road<br>Wells, ME 04090 |
| BMW Financial Services NA, LLC<br>c/o CT Corporation System<br>as Statutory Agent<br>4400 Easton Commons Way, Ste. 125<br>Columbus, OH 43219 | BMW Financial Services NA, LLC<br>c/o AIS Portfolio Serviced LLC<br>4515 N. Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118 |
| BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016- 030 | BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016- 030 |
| Brad Sandler<br>780 Third Ave. 34th Floor<br>New York, NY 10017-2024 | Central Maine Power<br>83 Edison Drive<br>Augusta, ME 04336 |
| CGWW<br>4747 Spring Grove Ave<br>Cincinnati, OH 45232 | Design Rite Sprinkler<br>5989 Meijer Dr<br>Suite 8<br>Milford, OH 45150 |
| Dorothy E. Dornbusch<br>c/o Joel Zimmerman, Esq.<br>Bubalo Law PLC<br>9300 Shelbyville Rd., Ste. 210<br>Louisville, KY 40222 | Duke<br>139 E 4th St<br>Cincinnati, OH 45202 |

| | |
|---|---|
| Eagle Eye Property Watch<br>PO Box 45<br>MOODY, ME 04054 | Eagle River<br>846 Forest Road<br>Vail, CO 81657 |
| First Federal Savings Bank<br>PO Box 250<br>Washington Court House, OH 43160 | General Electric Credit Union<br>c/o Timothy D. Ballinger<br>as Statutory Agent<br>10485 Reading Rd.<br>Cincinnati, OH 45241 |
| General Electric Credit Union<br>Attn Bankruptcy<br>11370 Reed Hartman Hwy<br>Blue Ash, OH 45241 | General Electric Credit Union<br>10485 Reading Road<br>Cincinnati, OH 45241 |
| Henry Schneider<br>8110 Plainfield Road<br>Cincinnati, OH 45236-0000 | Holy Cross Energy<br>41226 Hwy 6<br>Avon, CO 81620 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101- 734 | Jon J. Lierberman, Esq.<br>Sottile and Barile<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140 |
| Kemba Credit Union<br>8763 Union Centre Blvd<br>West Chester, OH 45069- 000 | Kemba Credit Union, Inc.<br>c/o Joe Hutson, Statutory Agent<br>5600 Chappell Crossing Blvd.<br>West Chester, OH 45069 |
| Kennebunk Sewer District<br>44 Water Street<br>Kennebunk, ME 04043 | Kenwood Country Club<br>6501 Kenwood Road<br>Cincinnati, OH 45243 |
| Merrill Lynch, Pierce, Fenner & Smith<br>Incorporated<br>c/o CT Corporation System<br>as Statutory Agent<br>4400 Easton Commons Way, Ste. 125<br>Columbus, OH 43219 | Merrill Lynch, Pierce, Fenner & Smith<br>Incorporated<br>425 Walnut St.<br>2600 US Bank Tower<br>Cincinnati, OH 45202 |
| Minnesota Life Insurance<br>400 Robert Street North<br>Saint Paul, MN 55101- 209 | Nationstar Mortgage, LLC dba Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 |
| Nationstar Mortgage, LLC dba Mr. Cooper<br>Attn Bankruptcy<br>PO Box 619096<br>Dallas, TX 75261-9741 | Ohio Department of Taxation<br>Ohio Attorney General<br>Attn Bankruptcy<br>30 East Broad St., 14th Fl<br>Columbus, OH 43215 |
| Poseidon Irrigation<br>48 Mountain Rd<br>Biddeford, ME 04005 | Rockland Trust Company<br>288 Union Street<br>Rockland, MA 02370- 000 |

| | |
|---|---|
| Rockland Trust Company, Successor to Blue Hills Bank<br>150 Grossman Drive, Ste. 300<br>Braintree, MA 02184 | Rudy J. Cerone, Esq.<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 |
| Spectrum<br>2692 Madison Rd<br>Ste B9<br>Cincinnati, OH 45208 | Steven M. Hartmann, Esq.<br>Smith, Gambrell & Russell, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Susana E. Lykins, Esq.<br>Robertson, Anschuz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd, Ste. 450<br>Alpharetta, GA 30004 | Town of Kennebunk<br>1 Summer Street<br>Kennebunk, ME 04043 |
| Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisors, LLC<br>Mortgage Loan Dept. - 3B-CR<br>6300 C Street SW<br>Cedar Rapids, IA 52499 | Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisory Services,<br>Attn: Mortgage Loan Department<br>Cedar Rapids, IA 52499-5443 |
| Tricia Morra<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | TruGreen<br>4041 Thunderbird Lane<br>Fairfield, OH 45014 |
| Truist Bank<br>c/o Corporation Service Company<br>as Statutory Agent<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215 | Truist Bank<br>Bankruptcy Department<br>PO Box 27767<br>Richmond, VA 23261 |
| Truist Bank<br>PO Box 79041<br>Baltimore, MD 21279- 001 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| US Bank, NA<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Vail Valley Snow Removal<br>2497 Chamonix Ln Apt J3<br>Vail, CO 81657 |
| Vorys, Sater, Seymour and Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215 | Webhannet Golf Club<br>26 Golf Club Drive<br>Kennebunk, ME 04043 |
| Xfinity/Comcast<br>7875 Montgomery Rd<br>Cincinnati, OH 45236 | Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 |
| Raymond Schneider 2019 Gift Trust and the Patricia B. Schneider 2020 Gift Trust<br>3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241 | *Debtor*<br>Raymond Joseph Schneider<br>3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241 |