**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR JULY 13, 2026, HEARING**

Debtor and debtor in possession Raymond Joseph Schneider (the "Debtor") submits this Witness List and Exhibit List for the July 13, 2026, hearing set to consider the *Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* (Doc. 132) (the "Motion") and the Debtor's *Objection to Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* (Doc. 155) (the "Objection").

**Witnesses to be called by Debtor**

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **Debtor Raymond Schneider** Contact through counsel | Mr. Schneider will testify as to all matters contained in the Motion and Objection, including efforts of the Debtor to advance the interests of the bankruptcy estate related to alleged avoidance actions. |

The Debtors reserve the right to cross-examine any witness called by any other party. The Debtors also reserve the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

**Exhibits to be offered by Debtor**

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Debtor's Ex. 1 | December 9, 2025, Demand Letter from Huntington | | |
| Debtor's Ex. 2 | December 12, 2025, Response to Demand Letter from Huntington | | |

| | | | |
|---|---|---|---|
| Debtor's Ex. 3 | Doc. 189 – *Plan of Reorganization* | | |
| Debtor's Ex. 4 | Liquidation Analysis (Exhibit B to Disclosure Statement) | | |
| Debtor's Ex. 5 | Allen Stovall Billing Statements October 2025 – March 2026, Matter #13 | | |
| Debtor's Ex. 6 | Settlement Agreement with Raymond Schneider 2019 Gift Trust | | |
| Debtor's Ex. 7 | Huntington State Court Fraudulent Transfer Complaint, Filed September 25, 2025 | | |
| Debtor's Ex. 8 | Irrevocable Trust Agreement – Raymond Schneider 2019 Gift Trust | | |
| Debtor's Ex. 9 | Irrevocable Trust Agreement – Patricia B. Schneider 2020 Gift Trust | | |
| Debtor's Ex. 10 | First Case Testimony Transcript Excerpt (First Case Doc. 74) pp 50-53 | | |
| Debtor's Ex. 11 | First Case Testimony Transcript Excerpt (First Case Doc. 74) p 91 | | |
| Debtor's Ex. 12 | Grasshopper Investments, LLC – Assignment of Class B Units, Dated November 1, 2020 | | |
| Debtor's Ex. 13 | Red Dog Operations Holding Company, LLC – Assignment of Class B Units, Dated November 1, 2020 | | |
| Debtor's Ex. 14 | Excerpt of Disclosure Statement (Doc. 190) pp 70-74, Article VII – Retained Actions and Potential Chapter 5 Claims | | |
| Debtor's Ex. 15 | *Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* (Doc. 132) | | |
| | Rebuttal and demonstrative exhibits as necessary | | |

The Debtor reserves the right to present demonstratives for use during witness testimony and cross-examination.  The Debtor also reserves the right to request the Court take judicial notice of any exhibits as necessary.

Respectfully submitted,

 /s/  James A. Coutinho
Thomas R. Allen        (0017513)
Richard K. Stovall       (0029978)
James A. Coutinho      (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

3