**This document has been electronically entered in the records of the United
States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 2, 2026**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

### ORDER GRANTING DEBTOR'S MOTION TO (1) EXTEND EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES FOR CHAPTER 11 PLAN; (2) SCHEDULE DISCLOSURE STATEMENT HEARING AFTER SUBMISSION OF EXAMINER REPORT (DOC. 193)

This matter is before the Court on the *Debtor's Motion to (1) Extend Exclusive Period to Solicit Acceptances for Chapter 11 Plan; (2) Schedule Disclosure Statement Hearing After Submission of Examiner Report* (the "Motion") (Doc. 193) filed by Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"). Through this motion, the Debtor moves the Court to schedule the hearing (the "Disclosure Statement Hearing") to consider the adequacy of the *Disclosure Statement for Plan of Reorganization* (the "Disclosure Statement") (Doc. 190), but that such hearing be held after the deadline for submission of the report (the "Report") of William Krieger, the Court-appointed examiner (the "Examiner"). The Debtor further moves pursuant to 11 U.S.C. § 1121(d) and Local Bankruptcy Rule 3016-1, to extend the Debtor's exclusive right to

1

solicit acceptances (the "Solicitation Period") for the *Plan of Reorganization* (the "Plan") (Doc. 189) until 60 days after the Disclosure Statement Hearing. The Debtor argues that this schedule will permit the Examiner's Report to be useful during the Disclosure Statement Hearing and will further permit the Debtor time to amend the Plan and Disclosure Statement to address any issues raised in the Examiner's report before the Disclosure Statement Hearing.

The Motion was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. No objection to the Motion was filed. Based upon the matters contained in the Motion, proper service of the Motion having been completed, and no objection to the Motion having been filed, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED as follows:

1. By separate order, the Court will schedule the Disclosure Statement Hearing to consider the adequacy of information in the Disclosure Statement. The Disclosure Statement Hearing will be set for a date that permits time for the Examiner's Report to be filed with a reasonable period thereafter for the Debtor to amend the Plan and Disclosure Statement prior to the Disclosure Statement Hearing, if necessary.

2. The Solicitation Period shall be extended to the date that is sixty (60) days after the Disclosure Statement Hearing, without prejudice to the Debtor seeking any further extension, provided, however, that the Solicitation Period shall not extend beyond the 20-month limitation set forth in 11 U.S.C. § 1121(d)(2)(B).

**SO ORDERED.**

Copies to Default List Plus Top 20

2

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 25-12607-bab

Raymond Joseph Schneider Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1          User: ad          Page 1 of 3

Date Rcvd: Jul 06, 2026          Form ID: pdf01          Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933207 | + | Park National Bank, PO Box 2005, Mount Vernon, OH 43050-7205 |
| 21933210 | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrolbk@firstmerchants.com | Jul 06 2026 19:13:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Jul 06 2026 19:12:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Jul 06 2026 19:13:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21991700 | + | Email/Text: bankruptcy.notices@syb.com | Jul 06 2026 19:13:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Jul 06 2026 19:13:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026          Signature:          /s/Gustava Winters

District/off: 0648-1

User: ad

Page 2 of 3

Date Rcvd: Jul 06, 2026

Form ID: pdf01

Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Philip K Stovall | on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com;stovall@ecf.courtdrive.com |
| Robert Daniel McIntosh | on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com |

District/off: 0648-1

Date Rcvd: Jul 06, 2026

User: ad

Form ID: pdf01

Page 3 of 3

Total Noticed: 11

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com  schenck@asnalaw.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 29