**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 9, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 25-12607 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Judge Beth A. Buchanan |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### AGREED ORDER REGARDING HEARING
**(Related to Doc. 172)**

On April 29, 2026, the Court entered an *Order Scheduling Evidentiary Hearing* (Doc. 172) which, among other things, scheduled an evidentiary hearing regarding Creditor The Huntington National Bank's ("**Huntington**") *Motion for Authorization to Prosecute Derivative Actions* [Doc. 132], and Debtor's *Objection* [Doc. 155] ("**Motion**") for July 13, 2026, at 1:00 p.m.

The parties have requested that the evidentiary hearing scheduled for July 13, 2026, at 1:00 p.m. be adjourned to a later date and that a status conference on the Motion and Huntington's pending discovery requests be scheduled for July 13, 2026, at 1:00 p.m. instead.

Accordingly, on agreement of the parties, it is **ORDERED** and **ADJUDGED** as follows:

1.      The evidentiary hearing scheduled for July 13, 2026, at 1:00 p.m. is hereby adjourned until a later date to be set by the Court.

2.      A status conference is hereby scheduled for **July 13, 2026, at 1:00 p.m.**

3.      Parties and their attorneys participating in the status conference may attend the status conference by telephone. Any party/attorney who would like to participate in the status conference telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov for call-in instructions for the hearing.

**SO ORDERED.**

**STIPULATED AND AGREED:**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH No. 0086170)
Timothy P. Palmer (OH No. 86166)
Kelly M. Neal (OH No. 100889)
**Buchanan Ingersoll & Rooney PC**
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Email: christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Counsel to Huntington National Bank*

*/s/ James A. Coutinho*
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
**Allen Stovall Neuman & Ashton LLP**
10 West Broad Street, Suite 2400
Columbus, Ohio 43215

Telephone: (614) 221-8500
Fax: (614) 221-5988
Email: allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel to Debtor / Debtor in Possession*