**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_Beth A. Buchanan_
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 9, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | )<br>) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>)<br>)<br>) |

### AGREED ORDER REGARDING HEARING
**(Related to Doc. 172)**

On April 29, 2026, the Court entered an *Order Scheduling Evidentiary Hearing* (Doc. 172) which, among other things, scheduled an evidentiary hearing regarding Creditor The Huntington National Bank's ("**Huntington**") *Motion for Authorization to Prosecute Derivative Actions* [Doc. 132], and Debtor's *Objection* [Doc. 155] ("**Motion**") for July 13, 2026, at 1:00 p.m.

The parties have requested that the evidentiary hearing scheduled for July 13, 2026, at 1:00 p.m. be adjourned to a later date and that a status conference on the Motion and Huntington's pending discovery requests be scheduled for July 13, 2026, at 1:00 p.m. instead.

Accordingly, on agreement of the parties, it is **ORDERED** and **ADJUDGED** as follows:

1.      The evidentiary hearing scheduled for July 13, 2026, at 1:00 p.m. is hereby adjourned until a later date to be set by the Court.

2.      A status conference is hereby scheduled for **July 13, 2026, at 1:00 p.m.**

3.      Parties and their attorneys participating in the status conference may attend the status conference by telephone. Any party/attorney who would like to participate in the status conference telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov for call-in instructions for the hearing.

**SO ORDERED.**

**STIPULATED AND AGREED:**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH No. 0086170)
Timothy P. Palmer (OH No. 86166)
Kelly M. Neal (OH No. 100889)
**Buchanan Ingersoll & Rooney PC**
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Email: christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Counsel to Huntington National Bank*

*/s/ James A. Coutinho*
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
**Allen Stovall Neuman & Ashton LLP**
10 West Broad Street, Suite 2400
Columbus, Ohio 43215

Telephone: (614) 221-8500
Fax: (614) 221-5988
Email: allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel to Debtor / Debtor in Possession*

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                      Case No. 25-12607-bab

Raymond Joseph Schneider                                                    Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID            Recipient Name and Address**
dbpos                  +  Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1                          User: ad                                    Page 2 of 2
Date Rcvd: Jul 09, 2026                    Form ID: pdf01                            Total Noticed: 1

Brian Green
                    on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
                    on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
                    donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
                    on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
                    on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
                    on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
                    eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
                    on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
                    doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
                    on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
                    doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
                    on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
                    on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
                    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
                    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
                    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
                    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                    eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
                    on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston
                    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
                    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
                    kittle@asnalaw.com;stovall@ecf.courtdrive.com

Robert Daniel McIntosh
                    on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
                    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
                    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
                    on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
                    on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
                    on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
                    schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer
                    on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
                    on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 29