**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 13, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| **Debtor(s)** | ) | **Judge Buchanan** |
| | ) | |
| | ) | |

### AMENDED ORDER SCHEDULING EVIDENTIARY HEARING

This matter is before this Court on Creditor The Huntington National Bank's *Motion for Authorization to Prosecute Derivative Actions* [Docket Number 132], and Debtor's *Objection* [Docket Number 155]. This matter had been set for evidentiary hearing on July 13, 2026 but the hearing was converted to a status conference by agreement of the parties [Docket Number 213]. During the July 13, 2026 status conference, the parties agreed to re-schedule the evidentiary hearing as follows:

### I.    Evidentiary Hearing Date

The Court hereby sets this matter for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **October 5, 2026, at 10:00 a.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen

to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing. Any party or attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses or otherwise participate in the hearing. The public may not listen to the hearing telephonically but may attend in-person.

## II.      Witness Lists

In accordance with LBR 7016-1, **not later than September 28, 2026**, unless previously filed, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

## III.     Exhibits and Exhibit Lists

In accordance with LBR 7016-1, **not later than September 28, 2026,** unless previously filed, each party shall file with the Court an exhibit list together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

**Debtor:** Numbers (*e.g.*, Debtor Exhibit 1)
**Creditor:** Letters (*e.g.*, [Creditor name] Exhibit A)

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits shall be served on unrepresented parties by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus

Christopher P. Schueller, Esq.