## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Chapter 11 |
| **Raymond Joseph Schneider,** | Case No.: 25-12607 (BAB) |
| Debtor | Judge Beth A. Buchanan |

### *NOTICE OF CHANGE OF ADDRESS*

Please take notice that Patricia B. Fugée, counsel for Civista Bank in this matter, has a new mailing address:

Patricia B. Fugée, Esq.
FisherBroyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617

Dated: July 17, 2026

Respectfully submitted,

*/s/ Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
Tel.:    (419) 874-6859
Fax:    (419) 550-1515
Email:  patricia.fugee@fisherbroyles.com
*Counsel for Civista Bank*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Change of Address has been served upon all parties participating via the Court's electronic filing system on this 17th day of July, 2026.

*/s/ Patricia B. Fugée*
Patricia B. Fugée
*Counsel for Creditor Civista Bank*