**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>　　　　　　　　　Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served the 20th day of July 2026, a copy of the within Motion for Authorization to Conduct Rule 2004 Discovery on all ECF participants registered in this case at the email address registered with the court, and upon all creditors and parties-in-interest on the attached service via the methods noted thereon.

　　　　　　　　　　Respectfully submitted,

Date:  July 20, 2026　　　**BUCHANAN INGERSOLL & ROONEY PC**

　　　　　　　　　　*/s/ Christopher P. Schueller*
　　　　　　　　　　Christopher P. Schueller (OH ID No. 86170)
　　　　　　　　　　Timothy P. Palmer (OH ID No. 86166)
　　　　　　　　　　Kelly M. Neal (OH ID No. 100889)
　　　　　　　　　　501 Grant Street, Suite 200
　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　(412) 562-8800
　　　　　　　　　　christopher.schueller@bipc.com
　　　　　　　　　　timothy.palmer@bipc.com
　　　　　　　　　　kelly.neal@bipc.com
　　　　　　　　　　*Attorneys for The Huntington National Bank*

**Service List**

**Via ECF Notification**

*Counsel for Debtor*
Thomas R. Allen, allen@aksnlaw.com; James A. Coutinho, coutinho@asnalaw.com;  Andrew Dennis Rebholz, rebholz@asnalaw.com; Richard K. Stovall, stovall@asnalaw.com; Eric W. Goering, eric@goering-law.com

*Attorney for the U.S. Trustee*
David T. Austin, david.austin2@usdoj.gov

Asst US Trustee (Cin), ustpregion09.ci.ecf@usdoj.gov

*Counsel for Three Notes LLC*
Susan M. Argo, sargo@brickergraydon.com

*Counsel for Park National Bank*
Austin Z. Baurichter, abaurichter@brickergraydon.com; Susan M Argo, sargo@brickergraydon.com

*Counsel for Creditor Bank of America, N.A.*
Branden Moore, bmoore@mcguirewoods.com

*Counsel for Civista Bank*
Patricia B. Fugee, patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com

*Counsel for First Merchants Bank*
Patrick Hruby, Mark Dierks, Robert McIntosh, OHBKR@brockandscott.com; Whitney L. Mosby, whitney.mosby@dentons.com

*Counsel for Heritage Bank*
Jon J Lieberman, bankruptcy@sottileandbarile.com

*Counsel for Stock Yards Bank & Trust Company*
Paul T Saba, pts@sspfirm.com, eak@sspfirm.com, srb@sspfirm.com

*Counsel for General Electric Credit Union*
Donald W. Mallory, DWMallory@woodlamping.com

*Proposed Counsel to William G. Krieger, Examiner*
Philip K. Stovall, pstovall@hahnlaw.com

*Counsel for Truist Bank*
Patrick Hruby, Mark Dierks, Robert McIntosh, OHBKR@brockandscott.com

*Counsel for the Village of Evendale, Ohio*
Karolina F. Perr, bankruptcy@woodlamping.com

*Counsel for First Federal Savings & Loan Association of Lakewood*
Brian Green, bgreen@shaperolaw.com; James Marx, jmarx@shaperolaw.com

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Incorporated*
Branden Moore, bmoore@mcguirewoods.com

**Via Regular, U.S. Mail**

| | |
|---|---|
| ADT<br>35 Triangle Park Dr<br>Suite 3500<br>Cincinnati, OH 45246 | American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Bannister Landscape Services<br>917 Meetinghouse Road<br>Wells, ME 04090 |
| BMW Financial Services NA, LLC<br>c/o CT Corporation System<br>as Statutory Agent<br>4400 Easton Commons Way, Ste. 125<br>Columbus, OH 43219 | BMW Financial Services NA, LLC<br>c/o AIS Portfolio Serviced LLC<br>4515 N. Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118 |
| BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016- 030 | BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016- 030 |
| Brad Sandler<br>780 Third Ave. 34th Floor<br>New York, NY 10017-2024 | Central Maine Power<br>83 Edison Drive<br>Augusta, ME 04336 |
| CGWW<br>4747 Spring Grove Ave<br>Cincinnati, OH 45232 | Design Rite Sprinkler<br>5989 Meijer Dr<br>Suite 8<br>Milford, OH 45150 |
| Dorothy E. Dornbusch<br>c/o Joel Zimmerman, Esq.<br>Bubalo Law PLC<br>9300 Shelbyville Rd., Ste. 210<br>Louisville, KY 40222 | Duke<br>139 E 4th St<br>Cincinnati, OH 45202 |
| Eagle Eye Property Watch<br>PO Box 45<br>MOODY, ME 04054 | Eagle River<br>846 Forest Road<br>Vail, CO 81657 |
| First Federal Savings Bank<br>PO Box 250<br>Washington Court House, OH 43160 | Holy Cross Energy<br>41226 Hwy 6<br>Avon, CO 81620 |

| | |
|---|---|
| Henry Schneider<br>8110 Plainfield Road<br>Cincinnati, OH 45236 | Jon J. Lierberman, Esq.<br>Sottile and Barile<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Kemba Credit Union, Inc.<br>c/o Joe Hutson, Statutory Agent<br>5600 Chappell Crossing Blvd.<br>West Chester, OH 45069 |
| Kemba Credit Union<br>8763 Union Centre Blvd<br>West Chester, OH 45069 | Kenwood Country Club<br>6501 Kenwood Road<br>Cincinnati, OH 45243 |
| Kennebunk Sewer District<br>44 Water Street<br>Kennebunk, ME 04043 | Nationstar Mortgage, LLC dba Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019 |
| Minnesota Life Insurance<br>400 Robert Street North<br>Saint Paul, MN 55101- 209 | Ohio Department of Taxation<br>Ohio Attorney General<br>Attn Bankruptcy<br>30 East Broad St., 14th Fl<br>Columbus, OH 43215 |
| Nationstar Mortgage, LLC dba Mr. Cooper<br>Attn Bankruptcy<br>PO Box 619096<br>Dallas, TX 75261-9741 | Rockland Trust Company<br>288 Union Street<br>Rockland, MA 02370 |
| Poseidon Irrigation<br>48 Mountain Rd<br>Biddeford, ME 04005 | Rudy J. Cerone, Esq.<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 |
| Rockland Trust Company, Successor to Blue<br>Hills Bank<br>150 Grossman Drive, Ste. 300<br>Braintree, MA 02184 | Steven M. Hartmann, Esq.<br>Smith, Gambrell & Russell, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Spectrum<br>2692 Madison Rd<br>Ste B9<br>Cincinnati, OH 45208 | Town of Kennebunk<br>1 Summer Street<br>Kennebunk, ME 04043 |
| Susana E. Lykins, Esq.<br>Robertson, Anschuz, Schneid,<br>Crane & Partners, PLLC<br>13010 Morris Rd, Ste. 450<br>Alpharetta, GA 30004 | Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisory Services,<br>Attn: Mortgage Loan Department<br>Cedar Rapids, IA 52499-5443 |
| Transamerica Life Insurance Company<br>c/o Aegon USA Realty Advisors, LLC<br>Mortgage Loan Dept. - 3B-CR<br>6300 C Street SW<br>Cedar Rapids, IA 52499 | TruGreen<br>4041 Thunderbird Lane<br>Fairfield, OH 45014 |

| | |
|---|---|
| Tricia Morra<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| US Bank, NA<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Vail Valley Snow Removal<br>2497 Chamonix Ln Apt J3<br>Vail, CO 81657 |
| Vorys, Sater, Seymour and Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215 | Webhannet Golf Club<br>26 Golf Club Drive<br>Kennebunk, ME 04043 |
| Xfinity/Comcast<br>7875 Montgomery Rd<br>Cincinnati, OH 45236 | Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 |
| GREGG LUND<br>2512 SALEM ST<br>CINCINNATI OH 45208 | *Debtor*<br>Raymond Joseph Schneider<br>3515 Tiffany Ridge Lane<br>Cincinnati, OH 45241 |