# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

|  |  |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>               Debtor. | ) <br> ) Chapter 11 <br> ) Case No. 25-12607 <br> ) Judge Beth A. Buchanan <br> ) <br> ) |

**NOTICE OF MOTION OF THE HUNTINGTON NATIONAL BANK
FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY KATHLEEN TANNER**

The Huntington National Bank, as Administrative Agent ("**Huntington**") has filed papers with the court for an order approving Huntington's **Motion for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Kathleen Tanner.**

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by first class mail to the United States Bankruptcy Court for the Southern District of Ohio, 221 East Fourth Street, Cincinnati, Ohio 45202 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to counsel for Huntington ("Movant").

               Respectfully submitted,

Date:  July 20, 2026            **BUCHANAN INGERSOLL & ROONEY PC**

               */s/ Christopher P. Schueller*
               Christopher P. Schueller (OH ID No. 0086170)
               Timothy P. Palmer (OH ID No. 86166)
               Kelly M. Neal (OH ID, No. 100889)
               501 Grant Street, Suite 200
               Pittsburgh, PA 15219

(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*