**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| RAYMOND JOSEPH SCHNEIDER, | ) Chapter 11 |
| | ) Case No. 25-12607 |
| Debtor. | ) Judge Beth A. Buchanan |
| | ) |

**MOTION OF THE HUNTINGTON NATIONAL BANK
FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED
HEARING REGARDING RULE 2004 DISCOVERY MOTIONS**

The Huntington National Bank, as Administrative Agent ("**Huntington**"), pursuant to Local Bankruptcy Rule 9073-1, hereby moves the Court for an order shortening the time to respond and setting an expedited hearing on its Rule 2004 Discovery Motions regarding third parties Matthew J. Hay, David C. Kennedy, Kathleen Tanner, John Murley, Dennis Packer, Abigail Smith, Jennifer Whitaker Burris, and Gregg Lund for the reasons discussed herein. Huntington requests a response period of seven (7) days. Pursuant to General Order 12-4, the 21-day notice referenced in Local Bankruptcy Rule 9013-1(a) is not required for this Motion.

Dated: July 20, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/*Christopher P. Schueller*
Christopher P. Schueller (OH Id. No. 0086170)
Timothy P. Palmer (OH Id. No. 86166)
Kelly M. Neal (OH Id. No. 100889)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041
E-mail: christopher.schueller@bipc.com
E-mail: timothy.palmer@bipc.com
E-Mail: kelly.neal@bipc.com
*Attorneys for The Huntington National Bank*

1

**MEMORANDUM IN SUPPORT**

Huntington moves the Court pursuant to Local Bankruptcy Rule 9073-1 to schedule an expedited hearing to consider several Rule 2004 discovery motions being filed contemporaneously herewith. In support of this Motion, Huntington states as follows:

1.      Huntington seeks permission to conduct 2004 discovery as it relates to information available to persons only recently identified by the debtor Raymond Schneider ("**Debtor**") as persons who prepared personal financial statements, tax returns, and financial statements for Debtor, one of Debtor's trusts, and/or any entity in which Debtor directly or indirectly has held an ownership interest, from January 1, 2018 through the present, or as persons who provided information used to prepare answers to interrogatories served on Debtor by Huntington. Upon information and belief, these individuals have information about Debtor's finances which is relevant for purposes of this case and a complete understanding of the Debtor's financial affairs. Huntington files this Motion because the requested depositions and discovery need to take place before the examiner prepares his final report.

2.      On October 17, 2025, (the "Petition Date"), Raymond Schneider (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").  This is the Debtor's second bankruptcy case.  His first case was filed before the Court as Case 23-10337 (the "First Bankruptcy Case").  A detailed history of the case and Huntington's efforts to obtain full and accurate disclosures from the Debtor is set forth in Huntington's *Motion for Authorization to Conduct Rule 2004 Discovery with Respect to the Debtor and Third Parties* [ECF 41].

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(a).  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue in this Court is proper under 28 U.S.C. § 1409(a).

4.      Huntington is a creditor of the Debtor based on a pre-petition judgment, the current balance of which exceeds $36 million.  (Claim 11).

5.      On July 14, 2026, Debtor identified Matthew J. Hay, David C. Kennedy, Kathleen Tanner and John Murley as persons who prepared personal financial statements, tax returns, and financial statements for Debtor, one of Debtor's trusts, and/or any entity in which Debtor directly or indirectly has held an ownership interest, from January 1, 2018 through the present. That same day, Debtor also identified Dennis Packer, Abigail Smith, Jennifer Whitaker Burris, and Gregg Lund as persons who provided information used to prepare answers to interrogatories served on Debtor by Huntington. Upon information and belief, these individuals possess information that is fundamental to perform a thorough analysis of the Debtor's financial affairs, and that information must be obtained before the examiner prepares his final report.

6.      Contemporaneously herewith, Huntington is filing motions to conduct Rule 2004 discovery with respect to each of the eight (8) individuals referenced in the preceding paragraph as having information relevant and fundamental to perform a thorough analysis of the Debtor's financial affairs ("**Rule 2004 Motions**").  In those motions, Huntington seeks leave to serve proposed subpoenas requiring them to (a) produce requested documents, and (b) provide deposition testimony regarding the information sought through those document requests.

7.      The information sought by the Rule 2004 Motions directly relates to the Debtor's assets, liabilities, business holdings and affairs, and pre-petition transfers, including without

limitation, transfers to and for the benefit of his family members and trusts. This information is relevant and fundamental to perform a thorough analysis of the Debtor's financial affairs.

8.      If this Motion is not granted, Huntington will not be able to obtain relevant and fundamental information from these recently identified persons before the Examiner's report is due.

WHEREFORE, based on the foregoing, Huntington respectfully requests that this Court enter an Order setting a response deadline of seven (7) days from the date of filing the Rule 2004 Motions for any objections or other responses, (ii) enter an Order substantially in the form of the one attached to this Motion setting an expedited hearing schedule on the Rule 2004 Motions; and (iii) grant such other and further relief as the Court deems just and proper.

Dated:  July 20, 2026                           Respectfully submitted,

                                                **BUCHANAN INGERSOLL & ROONEY PC**

                                                /s/*Christopher P. Schueller*
                                                Christopher P. Schueller (OH Id. No. 0086170)
                                                Timothy P. Palmer (OH Id. No. 86166)
                                                Kelly M. Neal (OH Id. No. 100889)
                                                Union Trust Building
                                                501 Grant Street, Suite 200
                                                Pittsburgh, PA 15219
                                                Telephone: 412-562-8800
                                                Fax:  412-562-1041
                                                E-mail: christopher.schueller@bipc.com
                                                E-mail: timothy.palmer@bipc.com
                                                E-mail: kelly.neal@bipc.com
                                                *Attorneys for The Huntington National Bank*