**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 25-12607 |
| RAYMOND JOSEPH SCHNEIDER, | ) Judge Beth A. Buchanan |
|  | ) |
| Debtor. | ) |

**ORDER GRANTING HUNTINGTON NATIONAL BANK'S MOTION
FOR ORDER SHORTENING TIME TO RESPOND AND SCHEDULING EXPEDITED
HEARING REGARDING RULE 2004 DISCOVERY MOTIONS**

The Court finds Huntington National Bank's Motion for Order Shortening Time to Respond and Scheduling Expedited Hearing Regarding Rule 2004 Discovery Motions (Doc. Nos. 220, 221, 222, 223, 224, 225, 226, and 227) well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The time to respond to the Rule 2004 Motions regarding third parties Matthew J. Hay, David C. Kennedy, Kathleen Tanner, John Murley, Dennis Packer, Abigail Smith, Jennifer Whitaker Burris, and Gregg Lund is shortened to 7 days from the filing of the motions, or July 27, 2026.

2. If a timely response or objection to any of the Rule 2004 Motions regarding third parties Matthew J. Hay, David C. Kennedy, Kathleen Tanner, John Murley, Dennis Packer, Abigail Smith, Jennifer Whitaker Burris, and Gregg Lund is filed, the Court shall hold an expedited hearing at a time convenient to the Court's calendar.

**IT IS SO ORDERED**

1