**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 21, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>)<br>) |

### ORDER GRANTING HUNTINGTON NATIONAL BANK'S
### MOTION FOR AN ORDER SHORTENING TIME TO RESPOND
### TO RULE 2004 DISCOVERY MOTIONS TO JULY 28, 2026  (Doc. 228)

The Court finds Huntington National Bank's Motion (the "Motion") for Order Shortening Time to Respond to Rule 2004 Discovery Motions (Doc. Nos. 220, 221, 222, 223, 224, 225, 226, 227) well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The time to respond to the Rule 2004 Motions regarding third parties Matthew J. Hay, David C. Kennedy, Kathleen Tanner, John Murley, Dennis Packer, Abigail Smith, Jennifer

1

Whitaker Burris, and Gregg Lund is shortened to seven (7) days from the date of this order, or July 28, 2026.

2.   The Huntington National Bank is directed to serve this Order and relevant Rule 2004 Motion via overnight mail on each individual to be examined within one (1) day of entry of this Order and to file a certificate of service within three (3) days demonstrating compliance with this service requirement.

**IT IS SO ORDERED**

Distribution List:

Default List