**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

|  |  |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>            Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>) |

## CERTIFICATE OF SERVICE

I, Christopher P. Schueller, hereby certify that I served or caused to be served the 21st day of July 2026, a copy of the Court's *Order Granting Huntington National Bank's Motion for an Order Shortening Time to Respond to Rule 2004 Discovery Motions to July 28, 2026* (Doc. No. 231) and the relevant Rule 2004 Motion (Doc. Nos. 220, 221, 222, 223, 224, 225) via overnight mail on the following individuals.

| | |
|---|---|
| DENNIS PACKER<br>160 LAKEVIEW CT<br>LOVELAND OH 45140 | GREGG LUND<br>2512 SALEM ST<br>CINCINNATI OH 45208 |
| DAVID C. KENNEDY<br>329 SHEPHERDS WAY<br>MORROW, OH 45152 | JENNIFER WHITAKER BURRIS<br>7751 DEVONSHIRE DR<br>ALEXANDRIA, KY 41001 |
| MATTHEW J. HAY<br>543 BABBLING BROOKE DRIVE<br>MONROE, OH 45050 | JOHN MURLEY<br>1560 TONOPAH DR.<br>CINCINNATI, OH 45255 |

Respectfully submitted,

Date:  July 23, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)

1

501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*