**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 21, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 25-12607 |
| RAYMOND JOSEPH SCHNEIDER, | ) Judge Beth A. Buchanan |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING HUNTINGTON NATIONAL BANK'S
MOTION FOR AN ORDER SHORTENING TIME TO RESPOND
TO RULE 2004 DISCOVERY MOTIONS TO JULY 28, 2026** (Doc. 228)

The Court finds Huntington National Bank's Motion (the "Motion") for Order Shortening Time to Respond to Rule 2004 Discovery Motions (Doc. Nos. 220, 221, 222, 223, 224, 225, 226, 227) well taken. The Motion is, therefore, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The time to respond to the Rule 2004 Motions regarding third parties Matthew J. Hay, David C. Kennedy, Kathleen Tanner, John Murley, Dennis Packer, Abigail Smith, Jennifer

1

Whitaker Burris, and Gregg Lund is shortened to seven (7) days from the date of this order, or <u>July 28, 2026</u>.

2.   The Huntington National Bank is directed to serve this Order and relevant Rule 2004 Motion via overnight mail on each individual to be examined within one (1) day of entry of this Order and to file a certificate of service within three (3) days demonstrating compliance with this service requirement.

**IT IS SO ORDERED**

Distribution List:

   Default List

2

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                Case No. 25-12607-bab

Raymond Joseph Schneider                                              Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                    User: ad                              Page 1 of 2

Date Rcvd: Jul 21, 2026                 Form ID: pdf01                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID              Recipient Name and Address**
dbpos               +  Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

District/off: 0648-1                                      User: ad                                                Page 2 of 2
Date Rcvd: Jul 21, 2026                           Form ID: pdf01                                    Total Noticed: 1

Brian Green
       on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
       on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
       donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
       on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
       on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
       on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
       eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
       on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
       doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
       on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
       doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
       on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
       on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
       on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
       on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
       on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
       on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
       eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
       on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston
       on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
       on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
       kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne
       on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh
       on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
       on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
       on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
       on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
       on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
       on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
       schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer
       on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
       on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

TOTAL: 30