**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 24, 2026**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>)<br>) |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S
MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY CHRIS ELDRIDGE (Doc. 205**

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Chris Eldridge (the "**Motion**")[1] [ECF #205] it is hereby **ORDERED** that the Motion is **GRANTED**. Huntington is authorized to serve the Subpoena on Chris Eldridge pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

---

[1] Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

**SO ORDERED**

Distribution List:

Default List Plus Additional Parties

Chris Eldridge
5735 Genevieve Pl.
Fairfield, OH 45015-3707

Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219