**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: July 24, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 25-12607 |
|  | ) Judge Beth A. Buchanan |
| Debtor. | ) |
|  | ) |

### ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S
### MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
### WITH RESPECT TO THIRD PARTY TRUSTS (Doc. 203)

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Trusts (the "**Motion**")[1] [ECF # 203] it is hereby **ORDERED** that the Motion is **GRANTED**.  Huntington is authorized to serve the Subpoena on the Raymond Schneider 2019 Gift Trust and the Patricia B. Schneider 2020 Gift Trust pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

---

[1]     Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

**SO ORDERED**

Distribution List:

Default List Plus Additional Parties

Raymond Schneider 2019 Gift Trust and the Patricia B. Schneider 2020 Gift Trust
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219