**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 24, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

| | |
|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>) |

**ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S
MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY
WITH RESPECT TO THIRD PARTY CHRIS ELDRIDGE (Doc. 205**

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Chris Eldridge (the "**Motion**")[1] [ECF #205] it is hereby **ORDERED** that the Motion is **GRANTED**.  Huntington is authorized to serve the Subpoena on Chris Eldridge pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

---

1    Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

**SO ORDERED**

Distribution List:

Default List Plus Additional Parties

Chris Eldridge
5735 Genevieve Pl.
Fairfield, OH 45015-3707

Christopher P. Schueller
501 Grant Street, Suite 200
Pittsburgh, PA 15219

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                    Case No. 25-12607-bab

Raymond Joseph Schneider                                                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf01 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| | + | Chris Eldridge, 5735 Genevieve Pl., Fairfield, OH 45014-3707 |
| 21933176 | + | Christopher P. Schueller, Esq., 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, |

District/off: 0648-1                                     User: ad                                              Page 2 of 3
Date Rcvd: Jul 24, 2026                           Form ID: pdf01                                    Total Noticed: 3

amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green

on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory

on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering

on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho

on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho

on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman

on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr

on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee

on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby

on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba

on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall

on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston

on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall

on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne

on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh

on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com

District/off: 0648-1                                    User: ad                                    Page 3 of 3
Date Rcvd: Jul 24, 2026                                 Form ID: pdf01                               Total Noticed: 3
TOTAL: 30