**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

|  |  |
|---|---|
| In re:<br><br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | )<br>) Chapter 11<br>) Case No. 25-12607<br>) Judge Beth A. Buchanan<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Christopher P. Schueller, hereby certify that I served or caused to be served the 24th day of July 2026, a copy of the Court's *Order Granting Huntington National Bank's Motion for an Order Shortening Time to Respond to Rule 2004 Discovery Motions regarding third parties Kathleen Tanner and Abigail Smith* (Doc. No. 233) and the relevant Rule 2004 Motion (Doc. Nos. 226 and 227) via overnight mail on the following individuals.

| | |
|---|---|
| ABIGAIL SMITH<br>10988 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | KATHLEEN TANNER<br>5616 BROOKS HOLDING<br>MILFORD, OH 45150 |

Respectfully submitted,

Date: July 27, 2026          **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher P. Schueller*
Christopher P. Schueller (OH ID No. 86170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*

1