**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**WITHDRAWAL OF DEBTOR'S LIMITED OBJECTION TO THE PRELIMINARY**
**WORK PLAN OF WILLIAM G. KRIEGER, EXAMINER (Doc. 199)**

Debtor Raymond Joseph Schneider hereby withdraws the *Debtor's Limited Objection to*

*the Preliminary Work Plan of William G. Krieger, Examiner* filed June 19, 2026 (Doc. 199).

Respectfully submitted,

 /s/ James A. Coutinho
Thomas R. Allen      (0017513)
Richard K. Stovall    (0029978)
James A. Coutinho    (0082430)
Andrew D. Rebholz   (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Withdrawal of Debtor's Limited Objection to the Preliminary Work Plan of William G. Krieger, Examiner* was served electronically on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the Court and on the following via regular U.S. Mail:

None.

/s/ James A. Coutinho
James A. Coutinho     (0082430)

2