| Account | Beginning Balance June 1st | | Credits (Not Interaccount) | | Debits (Not Interaccount) | | Account Transfers In | | Account Transfers Out | | Ending Balance June 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Bank (Prepetition) | | | | | | | | | $ | - | $ | - |
| Stockyards (Prepetition) | $ | - | | | $ | - | $ | - | | | $ | - |
| Warsaw Federal (Prepetition) | | | | | | | $ | - | $ | - | $ | - |
| US Bank DIP General | $ | 59,214.64 | $ | 81,748.78 | $ | 95,950.52 | | | $ | - | $ | 45,012.90 |
| US Bank DIP SS | $ | 28,695.26 | $ | 3,636.82 | $ | - | | | $ | - | $ | 32,332.08 |
| | $ | 87,909.90 | $ | 85,385.60 | $ | 95,950.52 | $ | - | $ | - | $ | 77,344.98 |

# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054    TRN                    [        X    ST01

106481932357978 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810



## Uni-Statement

Account Number:
█████ 7243

Statement Period:
Jun 1, 2026
through
Jun 30, 2026

Page 1 of 2

☎                          **To Contact U.S. Bank**

**By Phone:**                          800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                          usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2026, important changes will be reflected in this document that may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

Notable changes include the following:

- For the Mortgage Origination Credit Benefit, the maximum benefit is now $750 when setup with autopay from a U.S. Bank consumer checking account.
- In the Customer Groups section, a footnote has been added to clarify when specific benefits become available.

Beginning July 6, 2026, you will have the opportunity to review the full revised document online at **usbank.com/cpi-upcoming-version** or by contacting us by using one of the methods below. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

**Member FDIC**
Account Number █████ 7243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | $ | 59,214.64 | Annual Percentage Yield Earned | | 0.00492% |
| Deposits / Credits | | 81,748.78 | Interest Earned this Period | $ | 0.26 |
| Other Withdrawals | | 3,894.65- | Interest Paid this Year | $ | 1.85 |
| Checks Paid | | 92,055.87- | Number of Days in Statement Period | | 30 |
| **Ending Balance on Jun 30, 2026** | **$** | **45,012.90** | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 2 | Electronic Deposit<br>REF=261530117953570N00SD | From Grasshopper II<br>ACH Paymen1202675886 | | $ | 25,000.00 |
| Jun 3 | Electronic Deposit<br>REF=261530117960050N00 | From BOSTON ANIMAL HO<br>ACH Paymen2270719451 | | | 25,000.00 |
| Jun 3 | Electronic Deposit<br>REF=261530117960070N00 | From BOSTON ANIMAL HO<br>ACH Single2270719451 | | | 25,000.00 |
| Jun 12 | Electronic Deposit<br>REF=261620100744570N00 | From CORPORATE PARK I<br>AVIDPAY  H562193588 | | | 1,000.00 |
| Jun 15 | Mobile Check Deposit | | 8052181344 | | ✔875.00 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

**Uni-Statement**
Account Number:
███████ 7243
Statement Period:
Jun 1, 2026
through
Jun 30, 2026

Page 2 of 2

## U.S. BANK SMARTLY CHECKING                              (CONTINUED)
U.S. Bank National Association                    **Account Number** ███████ 7243

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jun 15 | Mobile Check Deposit | 8053956932 | | 2,900.00 |
| Jun 25 | Mobile Check Deposit | 8951476894 | | 1,973.52 |
| Jun 30 | Interest Paid | 3000002445 | | 0.26 |
| | **Total Deposits / Credits** | | $ | **81,748.78** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 1 | Electronic Withdrawal<br>REF=261490114952980N00 | To NATIONSTAR MORTG<br>9500000000ONLINE<br>PMTUSB497989746POS | | $ | 3,321.00- |
| Jun 5 | Electronic Withdrawal<br>REF=261550072959830N00 | To Unitedhealthcare<br>1836282001Premium ████ 9190 | | | 380.23- |
| Jun 23 | Electronic Withdrawal<br>REF=261730231999320N00 | To TruGreen<br>COLLECTION1568945001 | | | 193.42- |
| | | **Total Other Withdrawals** | | $ | 3,894.65- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0102 | Jun 15 | 8053500679 | 283.00 | 0140 | Jun 15 | 8055419924 | 4,248.00 |
| 0103 | Jun 15 | 8055196479 | 128.00 | 5017* | Jun 2 | 8354497920 | 1,945.03 |
| 0104 | Jun 16 | 8354675183 | 186.00 | 5018 | Jun 4 | 8953211386 | 253.32 |
| 0105 | Jun 18 | 8952186547 | 3,652.00 | 5019 | Jun 2 | 8353743663 | 523.42 |
| 0138* | Jun 2 | 8353433509 | 24,135.13 | 5021* | Jun 23 | 8354273719 | 2,938.02 |
| 0139 | Jun 12 | 9251625550 | 53,678.07 | | | | |

 * Gap in check sequence                    **Conventional Checks Paid (11)**    $    **91,969.99-**

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 0137 | Jun 4 | | 85.88 | CHECK PYMT | ADT |
| | | | **Electronic Checks Paid (1)** | $ | 85.88- |

| | | | **Total Checks Paid** | $ | **92,055.87-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 1 | 55,893.64 | Jun 5 | 103,570.63 | Jun 18 | 46,170.56 |
| Jun 2 | 54,290.06 | Jun 12 | 50,892.56 | Jun 23 | 43,039.12 |
| Jun 3 | 104,290.06 | Jun 15 | 50,008.56 | Jun 25 | 45,012.64 |
| Jun 4 | 103,950.86 | Jun 16 | 49,822.56 | Jun 30 | 45,012.90 |

Balances only appear for days reflecting change.

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054     TRN                    I          X     ST01

106481932354246 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH  45241-3810

## Uni-Statement
Account Number:
███████7110
Statement Period:
Jun 1, 2026
through
Jun 30, 2026

Page 1 of 1



☎                                    **To Contact U.S. Bank**

**By Phone:**                          800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                          usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2026, important changes will be reflected in this document that may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

Notable changes include the following:

- For the Mortgage Origination Credit Benefit, the maximum benefit is now $750 when setup with autopay from a U.S. Bank consumer checking account.
- In the Customer Groups section, a footnote has been added to clarify when specific benefits become available.

Beginning July 6, 2026, you will have the opportunity to review the full revised document online at **usbank.com/cpi-upcoming-version** or by contacting us by using one of the methods below. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association

**Member FDIC**

Account Number ███████-7110

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jun 1 | $ | 28,695.26 | Annual Percentage Yield Earned | | 0.00467% |
| Deposits / Credits | | 3,636.82 | Interest Earned this Period | $ | 0.12 |
| | | | Interest Paid this Year | $ | 0.34 |
| **Ending Balance on Jun 30, 2026** $ | | **32,332.08** | Number of Days in Statement Period | | 30 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 10 | Federal Benefit Deposit | From SSA  TREAS 310 | | $ | 3,636.70 |
| | REF=261560122729030N00 | XXSOC SEC ███████6042  1170A  S | | | |
| Jun 30 | Interest Paid | | 3000002438 | | 0.12 |
| | | | **Total Deposits / Credits** | $ | **3,636.82** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Jun 10 | 32,331.96 | Jun 30 | 32,332.08 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - June 2026 Transaction Summary**

General DIP Account       x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 6/1/2026 | $ - | Opening Balance | Balance | $ 59,214.64 |
| 6/1/2026 | $ (3,321.00) | Nationstar | Mortgage | $ 55,893.64 |
| 6/2/2026 | $ 25,000.00 | Deposit | Owner's Draw | $ 80,893.64 |
| 6/2/2026 | $ (24,135.13) | Cummins Law | Legal Fees | $ 56,758.51 |
| 6/2/2026 | $ (1,945.03) | Kenwood CC | Golf Club | $ 54,813.48 |
| 6/2/2026 | $ (523.42) | Design Rite Sprinklers | Lawn Service | $ 54,290.06 |
| 6/3/2026 | $ 25,000.00 | Deposit | Owner's Draw | $ 79,290.06 |
| 6/3/2026 | $ 25,000.00 | Deposit | Owner's Draw | $ 104,290.06 |
| 6/4/2026 | $ (253.32) | Impact Lawn | Lawn Service | $ 104,036.74 |
| 6/4/2026 | $ (85.88) | ADT | Security Service | $ 103,950.86 |
| 6/5/2026 | $ (380.23) | UnitedHealthCare | Health Insurance | $ 103,570.63 |
| 6/12/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 104,570.63 |
| 6/12/2026 | $ (53,678.07) | Cummins Law | Legal Fees | $ 50,892.56 |
| 6/15/2026 | $ 875.00 | Deposit | Dividend Check | $ 51,767.56 |
| 6/15/2026 | $ 2,900.00 | Deposit | Rent Deposit - Vail | $ 54,667.56 |
| 6/15/2026 | $ 1,973.52 | Deposit | Dividend Check | $ 56,641.08 |
| 6/15/2026 | $ (283.00) | Duke Energy | Utility - Electric | $ 56,358.08 |
| 6/15/2026 | $ (128.00) | Brennan Electric | Electric Service | $ 56,230.08 |
| 6/15/2026 | $ (4,248.00) | Robinson Law | Legal Fees | $ 51,982.08 |
| 6/16/2026 | $ (186.00) | Greater Cincy Water | Utility - Water | $ 51,796.08 |
| 6/18/2026 | $ (3,652.00) | Robinson Law | Legal Fees | $ 48,144.08 |
| 6/23/2026 | $ (193.42) | TruGreen | Lawn Service | $ 47,950.66 |
| 6/23/2026 | $ (2,938.02) | Kenwood CC | Golf Club | $ 45,012.64 |
| 6/30/2026 | $ 0.26 | Deposit | Interest | $ 45,012.90 |

SS DIP Account       x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 6/1/2026 | $ - | Opening Balance | Balance | $ 28,695.26 |
| 6/10/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 32,331.96 |
| 6/30/2026 | $ 0.12 | Deposit | Interest | $ 32,332.08 |

| | | | |
|---|---|---|---|
| US Bank | x9012 | ACCOUNT CLOSED 3/3/2026 |
| Warsaw Bank | x6598 | ACCOUNT CLOSED 3/3/2026 |