**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 29, 2026**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY HAHN LOESER &
PARKS, LLP AS COUNSEL TO WILLIAM G. KRIEGER, EXAMINER**
**(Related to Doc. 206)**

This matter is before the Court upon the *Application to Employ Hahn Loeser & Parks, LLP as Counsel to William G. Krieger, Examiner* (Doc. 206) (the "<u>Application</u>")[1], filed by William G. Krieger, in his capacity as the examiner (the "<u>Examiner</u>") appointed in the above-captioned Chapter 11 case (the "<u>Bankruptcy Case</u>").  By and through the application, Examiner seeks an order (a) authorizing him to employ Hahn Loeser & Parks, LLP ("<u>HLP</u>") as counsel in this Bankruptcy Case, with such employment being effective as of June 9, 2026; (b) ordering that the

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Application.

*Order Granting Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93) (the "Compensation Procedures Order") and the procedures for compensation of professionals set forth therein (the "Compensation Procedures") are applicable to HLP; and (c) providing that, for purposes of paragraph 1(b) of the Compensation Procedures Order, the first interim application for compensation required to be filed by HLP is for the period of June 9, 2026 though through October 31, 2026, with such application being due on or before November 30, 2026.

Upon review of the Application, the Declaration of Philip K. Stovall attached to the Application, and the record in this Bankruptcy Case, the Court finds that the Application was properly served, that no objections have been filed, and that the Examiner's employment of HLP as counsel is appropriate under 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2014-1, and the *Agreed Order Directing the Appointment of Examiner* (Doc. 165).  Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.      The Application is APPROVED.

2.      Examiner is authorized to employ HLP as his counsel in this Bankruptcy Case, effective as of June 9, 2026.

3.      The Compensation Procedures established by the Compensation Procedures Order are applicable to HLP, and HLP is permitted to seek and be paid its fees and reimbursed its expenses on a monthly basis in accordance with the Compensation Procedures.

4.      Notwithstanding anything to the contrary in the Compensation Procedures Order, for purposes of paragraph 1(b) of the Compensation Procedures Order, the first interim application

for compensation required to be filed by HLP is for the period of June 9, 2026 through October 31, 2026, with such application being due on or before November 30, 2026.

**IT IS SO ORDERED.**

Copies to:

Default List plus Top 20.