**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 30, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor(s)** | ) | |
| | ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING ON MOTIONS FOR AUTHORITY TO CONDUCT RULE 2004 DISCOVERY**
**[Docket Numbers 204, 220, 221, 222, 223, 224, 225, 226 and 227]**

This case is before the Court on the following motions, responses and replies:

1) *Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Banks* **[Docket Number 204]**; the *Joint Objection* filed by First Merchants Bank, Civista Bank, Heritage Bank and General Electric Credit Union **[Docket Number 229]**; the *Joinder and Objection of Various Affected Entities* filed by Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC, Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. **[Docket Number 230]**; and the *Omnibus Reply* filed by The Huntington National Bank **[Docket Number 241]**;

2) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Jennifer Whitaker Burris* **[Docket Number 220]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**;

3) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Matthew J. Hay* **[Docket Number 221]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

4) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party David C. Kennedy* **[Docket Number 222]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

5) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Gregg Lund* **[Docket Number 223]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

6) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party John Murley* **[Docket Number 224]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

7) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Dennis Packer* **[Docket Number 225]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**;

8) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Abigail Smith* **[Docket Number 226]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and

9) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Kathleen Tanner* **[Docket Number 227]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**.

## I.     Evidentiary Hearing Date

The Court hereby sets these matters for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **August 12, 2026 at 11:00 a.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy,

Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing. Any party or attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses or otherwise participate in the hearing. The public may not listen to the hearing telephonically but may attend in-person.

## II.    Witness Lists

In accordance with LBR 7016-1, **not later than August 7, 2026**, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

## III.   Exhibit Lists and Exhibits

In accordance with LBR 7016-1, **not later than August 7, 2026,** each party shall file with the Court an exhibit list together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

**Movant:**               Numbers (*e.g.*, Movant Exhibit 1)
**Respondent:**           Letters (*e.g.*, [Name of Respondent] Exhibit A)

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits shall be served on unrepresented parties by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure security clearance and technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus

Matthew J. Hay
543 Babbling Brooke Drive
Monroe, OH 45050

David C. Kennedy
329 Shepherds Way
Morrow, OH 45152

Gregg Lund
2512 Salem St.
Cincinnati, OH 45208

John Murley
1560 Tonopah Dr.
Cincinnati, OH 45255

Kathleen Tanner
5616 Brooks Holding
Milford, OH 45150