**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 29, 2026**

<br>

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

### ORDER GRANTING APPLICATION TO EMPLOY HAHN LOESER & PARKS, LLP AS COUNSEL TO WILLIAM G. KRIEGER, EXAMINER
**(Related to Doc. 206)**

This matter is before the Court upon the *Application to Employ Hahn Loeser & Parks, LLP as Counsel to William G. Krieger, Examiner* (Doc. 206) (the "Application")[1], filed by William G. Krieger, in his capacity as the examiner (the "Examiner") appointed in the above-captioned Chapter 11 case (the "Bankruptcy Case"). By and through the application, Examiner seeks an order (a) authorizing him to employ Hahn Loeser & Parks, LLP ("HLP") as counsel in this Bankruptcy Case, with such employment being effective as of June 9, 2026; (b) ordering that the

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Application.

*Order Granting Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93) (the "Compensation Procedures Order") and the procedures for compensation of professionals set forth therein (the "Compensation Procedures") are applicable to HLP; and (c) providing that, for purposes of paragraph 1(b) of the Compensation Procedures Order, the first interim application for compensation required to be filed by HLP is for the period of June 9, 2026 though through October 31, 2026, with such application being due on or before November 30, 2026.

Upon review of the Application, the Declaration of Philip K. Stovall attached to the Application, and the record in this Bankruptcy Case, the Court finds that the Application was properly served, that no objections have been filed, and that the Examiner's employment of HLP as counsel is appropriate under 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2014-1, and the *Agreed Order Directing the Appointment of Examiner* (Doc. 165).  Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.  The Application is APPROVED.

2.  Examiner is authorized to employ HLP as his counsel in this Bankruptcy Case, effective as of June 9, 2026.

3.  The Compensation Procedures established by the Compensation Procedures Order are applicable to HLP, and HLP is permitted to seek and be paid its fees and reimbursed its expenses on a monthly basis in accordance with the Compensation Procedures.

4.  Notwithstanding anything to the contrary in the Compensation Procedures Order, for purposes of paragraph 1(b) of the Compensation Procedures Order, the first interim application

for compensation required to be filed by HLP is for the period of June 9, 2026 through October 31, 2026, with such application being due on or before November 30, 2026.

**IT IS SO ORDERED.**

Copies to:

Default List plus Top 20.

United States Bankruptcy Court

Southern District of Ohio

| In re: | Case No. 25-12607-bab |
|---|---|
| Raymond Joseph Schneider | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf01 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21933183 | + First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933211 | + Rockland Trust Company, Successor to Blue Hills Ba, 150 Grossman Drive, Ste. 300, Braintree, MA 02184-4902 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 21933192 | + Email/Text: l.cook@ourheritage.bank | Jul 30 2026 18:53:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933216 | + Email/Text: bankruptcy.notices@syb.com | Jul 30 2026 18:52:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | |
| | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | |

District/off: 0648-1                         User: ad                                    Page 2 of 3
Date Rcvd: Jul 30, 2026                      Form ID: pdf01                               Total Noticed: 5

ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter
                    on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore
                    on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com,
                    amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore
                    on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
                    amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green
                    on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
                    on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
                    donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
                    on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
                    on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
                    on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
                    eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
                    on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
                    doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
                    on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
                    doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
                    on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
                    on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
                    on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
                    on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
                    on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
                    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                    eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
                    on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston
                    on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
                    on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
                    kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne
                    on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh
                    on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
                    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
                    on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
                    on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

District/off: 0648-1                                    User: ad                                         Page 3 of 3
Date Rcvd: Jul 30, 2026                           Form ID: pdf01                              Total Noticed: 5

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer

on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 30