**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 30, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| RAYMOND JOSEPH SCHNEIDER | ) | Case No. 25-12607 |
| | ) | Chapter 11 |
| | ) | Judge Buchanan |
| Debtor(s) | ) | |
| | ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING ON MOTIONS FOR AUTHORITY TO CONDUCT RULE 2004 DISCOVERY**
**[Docket Numbers 204, 220, 221, 222, 223, 224, 225, 226 and 227]**

This case is before the Court on the following motions, responses and replies:

1) *Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Banks* **[Docket Number 204]**; the *Joint Objection* filed by First Merchants Bank, Civista Bank, Heritage Bank and General Electric Credit Union **[Docket Number 229]**; the *Joinder and Objection of Various Affected Entities* filed by Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC, Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. **[Docket Number 230]**; and the *Omnibus Reply* filed by The Huntington National Bank **[Docket Number 241]**;

2) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Jennifer Whitaker Burris* **[Docket Number 220]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**;

3) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Matthew J. Hay* **[Docket Number 221]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

4) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party David C. Kennedy* **[Docket Number 222]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

5) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Gregg Lund* **[Docket Number 223]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

6) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party John Murley* **[Docket Number 224]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**;

7) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Dennis Packer* **[Docket Number 225]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**;

8) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Abigail Smith* **[Docket Number 226]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and

9) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Kathleen Tanner* **[Docket Number 227]**; and *Debtor's Omnibus Objection* **[Docket Number 243]**.

## I.     Evidentiary Hearing Date

The Court hereby sets these matters for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **August 12, 2026 at 11:00 a.m.**

All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy,

Heather   Gilliam,   by   telephone   at   (513)   684-2468   or   by   email   at Heather_Gilliam@ohsb.uscourts.gov at least three (3) business days prior to the hearing for call-in instructions for the hearing. Any party or attorney listening to the hearing telephonically will not be allowed to present evidence, cross-examine witnesses or otherwise participate in the hearing. The public may not listen to the hearing telephonically but may attend in-person.

**II.      Witness Lists**

In accordance with LBR 7016-1, **not later than August 7, 2026**, each party shall file with the Court and serve on the other party a witness list containing the identity, address and a brief synopsis of the testimony expected to be elicited from each witness whom a party may call or have available for testimony at the evidentiary hearing, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A—Witness List. Witnesses not timely identified may be precluded from testifying at the evidentiary hearing.

**III.      Exhibit Lists and Exhibits**

In accordance with LBR 7016-1, **not later than August 7, 2026,** each party shall file with the Court an exhibit list together with copies of all exhibits. *See* LBR Form 7016-1 Attachment B—Exhibit List. Prior to filing, each party shall PRE-MARK all exhibits as follows:

| | |
|---|---|
| **Movant:** | Numbers (*e.g.*, Movant Exhibit 1) |
| **Respondent:** | Letters (*e.g.*, [Name of Respondent] Exhibit A) |

Upon reasonable request by a party, the filing party shall provide copies of the exhibits in a format agreed upon by the parties. Notwithstanding the foregoing, exhibit lists together with copies of the exhibits shall be served on unrepresented parties by the deadline above. Unless the Court so requests, parties are not required to deliver hard-copies of the exhibits to chambers. Exhibits not timely filed and exchanged may not be admitted at the evidentiary hearing.

Presentation of all exhibits during the evidentiary hearing shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Court to ensure security clearance and technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the evidentiary commencement date. Practice and testing arrangements may be made by contacting Judge Buchanan's Courtroom Deputy.

**Should any party fail to appear at the evidentiary hearing or comply with the provisions set forth in this Order, the Court may take such action as provided by law, including granting or denying the requested relief, or imposition of sanctions pursuant to LBR 9011-3.**

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution List:

Default List Plus

    Matthew J. Hay
    543 Babbling Brooke Drive
    Monroe, OH 45050

    David C. Kennedy
    329 Shepherds Way
    Morrow, OH 45152

    Gregg Lund
    2512 Salem St.
    Cincinnati, OH 45208

    John Murley
    1560 Tonopah Dr.
    Cincinnati, OH 45255

    Kathleen Tanner
    5616 Brooks Holding
    Milford, OH 45150

United States Bankruptcy Court

Southern District of Ohio

In re:

Raymond Joseph Schneider

    Debtor

Case No. 25-12607-bab

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf01 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID**        **Recipient Name and Address**

dbpos       + Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

        + David C. Kennedy, 329 Shepherds Way, Morrow, OH 45152-7537

        + Gregg Lund, 2512 Salem St, Cincinnati, OH 45208-2741

        + John Murley, 1560 Tonopah Dr, Cincinnati, OH 45255-2518

        + Kathleen Tanner, 5616 Brooks Holding, Milford, OH 45150-1590

        + Matthew J. Hay, 543 Babbling Brooke Drive, Monroe, OH 45050-2512

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Andrew Dennis Rebholz

        on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com
        kittle@asnalaw.com;rebholz@ecf.courtdrive.com

Asst US Trustee (Cin)

        ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter

        on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore

        on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com,

District/off: 0648-1                                      User: ad                                              Page 2 of 3
Date Rcvd: Jul 31, 2026                                  Form ID: pdf01                                        Total Noticed: 6

amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore
        on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
        amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green
        on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
        on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
        donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
        on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
        on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering
        on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
        eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
        on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
        doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
        on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
        doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
        on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
        on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
        on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
        on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby
        on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba
        on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
        eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
        on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston
        on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall
        on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
        kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne
        on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh
        on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
        on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
        on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
        on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
        on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
        on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
        schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer

District/off: 0648-1                          User: ad                                      Page 3 of 3
Date Rcvd: Jul 31, 2026                       Form ID: pdf01                                 Total Noticed: 6

      on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby

      on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 30