**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
|  | ) |  |
| Debtor. | ) | Judge Beth A. Buchanan |
|  | ) |  |

**NOTICE REGARDING BUDGET FOR PRELIMINARY**
**WORK PLAN OF WILLIAM G. KRIEGER, EXAMINER**
**(Related to Docs. 198 and 209)**

On the April 23, 2026, the Court entered the *Agreed Order Directing the Appointment of Examiner* (Doc. 165) (the "Examiner Order")[1], which, among other things, directed the United States Trustee (the "UST") to appoint an examiner in the above-captioned bankruptcy case (the "Chapter 11 Case") pursuant to 11 U.S.C. § 1104, and required that the examiner file a work plan and budget for the Investigation. Examiner Order at ¶ 18. On May 8, 2026, the UST filed the *Notice of Appointment of Examiner* (Doc. 178), appointing William G. Krieger as examiner ("Examiner") in this Chapter 11 Case, which appointment was approved by order of the Court on May 19, 2026. *See* Doc. 191.

Examiner filed the *Preliminary Work Plan of William G. Krieger, Examiner* (the "Work Plan")[2] on June 9, 2026. The Work Plan indicates that Examiner will be dividing the Investigation into four phases and provided a description of the work to be completed in each phase. The budget (the "Budget") was attached as Exhibit A to the Work Plan. On June 19, 2026, the Debtor filed a timely limited objection (Doc. 199) (the "Limited Objection") to the Work Plan and Budget.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Examiner Order.

[2] The Work Plan is attached as Exhibit 1 to the *Notice of Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198).

On July 2, 2026, the Court entered the *Agreed Order Regarding Examiner's Preliminary Work Plan* (Doc. 208) (the "Agreed Order"), which, among other things, (a) approved Phase I of the Work Plan and the Budget inasmuch as it related to Phase I; (b) authorized Examiner to commence and complete the work under Phase I of the Work Plan; (c) directed Examiner to, within 30 days of entry of the Agreed Order, file either a revised budget or a notice standing on the original Budget; and (d) scheduled a hearing for August 12, 2026, for the Court to consider the Work Plan and the Limited Objection.

Based on Examiner's review of relevant information and documents during the course of Phase I of the Work Plan, Examiner has determined that the Budget is an appropriate approximation of the cost for Examiner to fulfill his duties and complete the Investigation, and that no revisions to the Budget are necessary at this time.  Examiner informally communicated this position to the Debtor, and the Debtor subsequently withdrew the Limited Objection.  *See* Doc. 242.

Accordingly, NOTICE IS HEREBY PROVIDED that Examiner is standing on the Budget filed with the Work Plan.  Examiner respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, approving the Work Plan and Budget in their entirety.

Respectfully submitted,

*/s/ Philip K. Stovall*
Philip K. Stovall (0090916)
**Hahn Loeser & Parks LLP**
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Phone: (614) 221-0240
Fax:    (614) 221-5909
Email: pstovall@hahnlaw.com
*Counsel to Examiner*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the *Notice Regarding Budget for Preliminary Work Plan of William G. Krieger, Examiner* was served (a) on the date of filing electronically through the court's ECF System on all ECF participants registered in this case at the email address registered with the court; and (b) on August 3, 2026, by regular US Mail upon all parties identified on the attached mailing list.

*/s/Philip K. Stovall*
Philip K. Stovall  (0090916)

**Transamerica Life Insurance Company**
**c/o Aegon USA Realty Advisory Services**
**LLC**
**Attn:  Mortgage Loan Department**
**Cedar Rapids, IA 54299-5443**

**The Huntington National Bank**
**7 Easton Oval (EA4W67)**
**Columbus, OH 43219**

**First Merchants Bank**
**10333 North Meridian Street #350**
**Indianapolis, IN 46290**

**Civista Bank**
**100 East Water Street**
**PO Box 5016**
**Sandusky, OH 44870**

**Rockland Trust Company**
**288 Union Street**
**Rockland, MA 02370**

**General Electric Credit Union**
**10485 Reading Road**
**Cincinnati, OH 45241**

**Minnesota Life Insurance**
**400 Robert Street North**
**Saint Paul, MN 55101**

**Stock Yards Bank & Trust Company**
**1040 East Main Street**
**Louisville, KY 40206**

**Heritage Bank, Inc.**
**1818 Florence Pike**
**Burlington, KY 41005**

**First Federal Savings Bank**
**PO Box 260**
**Washington Court House, OH 43160**

**James Cummins**
**Cummins Law LLC**
**312 Walnut Street #1530**
**Cincinnati, OH 45202**

**Emmett Robinson**
**Robinson Law Firm, LLC**
**6600 Lorain Ave. #731**
**Cleveland, OH 44102**

**Rebekah Smith**
**GBQ Consulting LLC**
**230 West Street, Suite 700**
**Columbus, OH 43215**

21719201

# EXHIBIT A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

**ORDER APPROVING PRELIMINARY WORK PLAN**
**OF WILLIAM G. KRIEGER, EXAMINER**
**(Related to Doc. 198)**

This matter is before the Court upon the following:

A.  The *Agreed Order Directing the Appointment of Examiner* (Doc. 165) (the
"Examiner Order")[1], which, among other things, directed the United States
Trustee (the "UST") to appoint an examiner in the above-captioned
bankruptcy case (the "Chapter 11 Case") pursuant to 11 U.S.C. § 1104, and

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Examiner Order.

required that the examiner file a work plan and budget for the Investigation (Examiner Order at ¶ 18);

B. The *Preliminary Work Plan of William G. Krieger, Examiner* (the "Work Plan")[2] filed by William G. Krieger ("Examiner") on June 9, 2026;

C. The *Debtor's Limited Objection to the Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198) (the "Limited Objection"), which Limited Objection was subsequently withdrawn (Doc. 242);

D. The *Agreed Order Regarding Examiner's Preliminary Work Plan* (Doc. 208) (the "Agreed Order"), which, among other things, (a) approved Phase I of the Work Plan and the budget attached thereto inasmuch as it related to Phase I; (b) directed Examiner to, within 30 days of entry of the Agreed Order, file a revised budget or a notice standing on the budget filed with the Work Plan; and (c) scheduled a hearing for August 12, 2026, for the Court to consider the Work Plan and the Limited Objection; and

E. The *Notice Regarding Budget for Preliminary Work Plan of William G. Krieger, Examiner* (Doc. __) through which Examiner provided notice that he is standing on the original budget attached as Exhibit A to the Work Plan.

The Court, having considered and reviewed all relevant filings, finds that the Work Plan was properly noticed and served, that all objections thereto have been withdrawn, and that approval of the Work Plan and the Budget is just and appropriate.  Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

---

[2] The Work Plan is attached as Exhibit 1 to the *Notice of Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198).

1.      The Work Plan and the budget attached as <u>Exhibit A</u> thereto are APPROVED in their entirety.

2.      Examiner is authorized to commence, continue, and complete all work under all phases of the Work Plan, as may be necessary or appropriate to complete the Investigation or to otherwise fulfill Examiner's duties under 11 U.S.C. § 1104 or prescribed pursuant to the Examiner Order.

3.      The hearing scheduled for August 12, 2026, for the Court to consider the Work Plan and Budget is hereby cancelled.

4.      The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

**SO ORDERED.**