**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 1:25-bk-12607 |
| Debtor. | ) Judge Beth A. Buchanan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER U. WARREN**

Pursuant to Local Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of Ohio, the undersigned, counsel for creditor The Huntington National Bank ("Huntington") moves before this Honorable Court for admission of Christopher U. Warren to appear in this action pro hac vice.  In support of this motion, the undersigned asserts the following:

1.     Christopher U. Warren, Esquire is an attorney at Buchanan Ingersoll & Rooney PC, which has an office located at 550 Broad Street, Suite 810, Newark, New Jersey 07102-4582. His business telephone number is (973) 273-9800 and his business facsimile number is (973) 273-9430.  His email address is christopher.warren@bipc.com.

2.     He is a member in good standing of the bars of the State of New Jersey, State of New York and the Commonwealth of Pennsylvania.  He was admitted to the State of New Jersey in 2010, State of New York in 2011, and the Commonwealth of Pennsylvania in 2024.  His state bar numbers are 032742010, 4885760, and 334518 respectively. He remains in good standing to practice before the foregoing courts, is not under any order of disbarment, suspension or any other disciplinary action, nor are any disciplinary actions pending against him in any jurisdiction.

3. He is familiar with and agrees to observe and be bound by the Local Rules.

WHEREFORE, I respectfully request that this Court enter an order granting Christopher U. Warren permission to appear in this case *pro hac vice*.

`

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: August 5, 2026

/s/ Christopher. P. Schueller
Christopher P. Schueller (Ohio Bar No. 0086170)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax:  412-562-1041
E-mail: christopher.schueller@bipc.com

Attorneys for The Huntington National Bank

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served electronically on August 5, 2026 through the court's ECF system on all ECF participants registered in this case at the email address registered with the court.

/s/ Christopher. P. Schueller
Christopher P. Schueller (Ohio Bar No. 0086170)