**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RAYMOND JOSEPH SCHNEIDER, | ) Case No. 1:25-bk-12607 |
|  | ) |
| Debtor. | ) Judge Beth A. Buchanan |
|  | ) |

**ORDER FOR MOTION FOR ADMISSION
OF CHRISTOPHER U. WARREN *PRO HAC VICE* [ECF 252]**

Upon the Motion for Admission Pro Hac Vice by Christopher U. Warren for leave to appear

*pro hac vice* in this action as counsel for The Huntington National Bank, it is hereby:

Ordered that, the Motion is granted and Christopher U. Warren is admitted *pro hac vice* to

appear in this case and in any related proceeding on behalf of The Huntington National Bank.

Attorney Christopher U. Warren shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

**SO ORDERED.**

Copies to: Default list