**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 5, 2026**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor(s)** | ) | |
| | ) | |

**ORDER CONVERTING EVIDENTIARY HEARING TO STATUS CONFERENCE
WITH RESPECT TO CERTAIN MOTIONS
[Docket Numbers 220, 221, 222, 223, 224, 225, 226 and 227]**

The parties have informally requested that the evidentiary hearing set for August 12, 2026 at 11:00 a.m. be converted to a status conference with respect to the following motions, objections and replies:

1) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Jennifer Whitaker Burris* **[Docket Number 220]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**;

2) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Matthew J. Hay* **[Docket Number 221]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

3) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party David C. Kennedy* **[Docket Number 222]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

4) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Gregg Lund* **[Docket Number 223]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

5) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party John Murley* **[Docket Number 224]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

6) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Dennis Packer* **[Docket Number 225]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**;

7) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Abigail Smith* **[Docket Number 226]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**; and

8) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Kathleen Tanner* **[Docket Number 227]**; and *Debtor's Omnibus Objection* **[Docket Number 243]** and the *Omnibus Reply* **[Docket Number 251]**.

[Collectively the "Matters"].

The request is GRANTED. The evidentiary hearing scheduled for August 12, 2026 at 11:00 a.m. is converted to a status conference with respect to these Matters.[1]

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

---

[1] Note:  there are other matters scheduled for evidentiary hearing on August 12, 2026 in this case.  Those other matters are not affected by this order.

Distribution List:

Default List Plus

Matthew J. Hay
543 Babbling Brooke Drive
Monroe, OH 45050

David C. Kennedy
329 Shepherds Way
Morrow, OH 45152

Gregg Lund
2512 Salem St.
Cincinnati, OH 45208

John Murley
1560 Tonopah Dr.
Cincinnati, OH 45255

Kathleen Tanner
5616 Brooks Holding
Milford, OH 45150