**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Raymond Joseph Schneider, | : |
| | : Case No. 1:25-bk-12607 |
| Debtor and Debtor in Possession. | : |
| | : Judge Beth A. Buchanan |
| | : |

**THE HUNTINGTON NATIONAL BANK'S WITNESS AND EXHIBIT LIST FOR**
**AUGUST 12, 2026, HEARING**

The Huntington National Bank ("**Huntington**") submits this Witness List and Exhibit List

for the August 12, 2026 hearing set to consider Objections to Rule 2004 Discovery Filed at ECF

229 and 230 by the Certain Debtor Related Entities and Banks[1].

**Witnesses to be called by Huntington**

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **None** | |

Huntington reserves the right to cross-examine any witness called by any other party.

Huntington also reserves the right to call any witness, including any rebuttal witness, identified in

any other party's witness list.

---

[1] The objectors ("**Objectors**") are First Merchants Bank, Civista Bank, Heritage Bank and General Electric Credit Union (collectively, the "**Banks**"), and Debtor related entities Circle Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC, Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. (collectively, the "**Debtor Related Entities**").

**Exhibits to be offered by Huntington**

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Huntington's Ex. 1 | [ECF 50] Debtor's SOFA *(Pages 1 through 9)* | | |
| Huntington's Ex. 2 | [ECF 32] Huntington's Motion for Authority to Prosecute Derivative Actions | | |
| Huntington's Ex. 3 | [ECF 198] Examiner's Preliminary Work Plan | | |

Huntington reserves the right to present demonstratives for use during witness testimony and cross-examination.  Huntington also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

Dated: August 7, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
Christopher P. Schueller (OH ID No. 0086170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone:  (412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com

*Attorneys for The Huntington National Bank*

2