# Huntington's Exhibit 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond** | **Joseph** | **Schneider** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*): **25-12607**

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**
    ☒ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No.
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No.
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
    ☐ No.
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 681,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2024) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 683,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |

Copyright © Financial Software Solutions, LLC BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | |
|---|---|---|---|---|
| **For the calendar year before that:** (January 1 to December 31, 2023) | ☐ Wages, commissions, bonuses, tips | $ 347,000.00 | ☐ Wages, commissions, bonuses, tips | $ 0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No.
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $ 35,794.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2024) | Social Security | $ 48,215.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2023) | Social Security | $ 43,200.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts**. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ☑ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

| Official Form 107 | **Statement of Financial Affairs for Individuals Filing for Bankruptcy** | page 2 of 42 |
|---|---|---|
| Copyright © Financial Software Solutions, LLC | | BlueStylus |

| Debtor 1 | Raymond | Joseph | Schneider | | Case number *(if known)* | 25-12607 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **American Express**<br>Creditor's Name | 8/18/2025 | $ 50,435.54 | $ 6,323.53 | ☐ Mortgage<br>☐ Car<br>☐ Credit card |
| **PO Box 96001**<br>Number    Street | 9/11/2025 | | | ☐ Loan repayment<br>☐ Suppliers or vendors<br>☒ Other **Credit Card** |
| **Los Angeles**  **CA**  **90096-8000**<br>City    State    ZIP Code | 10/14/2025 | | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Cummins Law, LLC**<br>Creditor's Name | See Employment Application | $ 259,810.50 | $ 77,651.19 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **c/o James R. Cummins, Esq.<br>312 Walnut Street, Suite 1530**<br>Number    Street | | | | |
| **Cincinnati**  **OH**  **45202**<br>City    State    ZIP Code | | | | |

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **First Merchants Bank**<br>Creditor's Name | Monthly - $9,133.34 | $ 27,400.02 | $ 2,119,742.50 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **1 Corporate Drive, Suite 360**<br>Number    Street | | | | |
| **Lake Zurich**  **IL**  **60047**<br>City    State    ZIP Code | | | | |

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Nationwide Mortgage, LLC dba Mr. Cooper**<br>Creditor's Name | Monthly - **$3,322.41** | $ 9,967.23 | $ 90,656.15 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **8950 Cypress Waters Blvd.**<br>Number    Street | | | | |
| **Coppell        TX    75019**<br>City        State    ZIP Code | | | | |

|  | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| **Truist Bank**<br>Creditor's Name | Monthly - **$3,025.74** | $ 9,077.22 | $ 423,356.19 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **PO Box 79041**<br>Number    Street | | | | |
| **Baltimore      MD    21279**<br>City        State    ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No.
☐ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| City        State    ZIP Code | | | | |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | | $ _____ | $ _____ 0.00 | |
| _____ Number  Street | | | | |
| _____ City  State  ZIP Code | | | | |

---

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **The Huntington National Bank v. Schneider**<br><br>Case number **EX2500528** | **Execution on Judgment** | **Hamilton County Court of Common Pleas**<br>Court Name<br><br>**1000 Main St.**<br>Number  Street<br><br>**Cincinnati  OH  45202**<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title **Schneider v. Sonsa**<br><br>Case number **A2003900, A2003386** | **Suit for Money** | **Hamilton County Court of Common Pleas**<br>Court Name<br><br>Number  Street<br><br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **The Huntington National Bank v. Sonsa, et al.** | **Suit for Money / Collection** | **Hamilton County Court of Common Pleas** — Court Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number: **A2002093 C2300021** | | **1000 Main St.** — Number / Street<br>**Cincinnati** **OH** **45202** — City / State / ZIP Code | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **Huntington National Bank v. Schneider, et al** | **Appeal** | **Supreme Court of Ohio** — Court Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number: **2025-Ohio-2320** | | **65 S. Front St.** — Number / Street<br>**Columbus** **OH** **43215** — City / State / ZIP Code | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **Schneider v. The Huntington National Bank** | **Suit for Damages, Negligence, RICO** | **Hamilton County Court of Common Pleas** — Court Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number: **A2300849** | | **1000 Main St.** — Number / Street<br>**Cincinnati** **OH** **45202** — City / State / ZIP Code | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **Dornbusch v. Northern Kentucky Retirement Community, LLC, et al** | **Personal Injury** | **Kenton County Kentucky Circuit Court** — Court Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number: **23-CI-00948** | | Number / Street<br>City / State / ZIP Code | |

---

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| Case title **The Huntington National Bank v. Schneider, et al.** | **Fraudulent Transfer, Declaratory Judgment** | **Hamilton County Court of Common Pleas** <br> Court Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **A2504784** | | **1000 Main St.** <br> Number          Street | |
| | | **Cincinnati**          **OH**   **45202** <br> City          State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | **Describe the Property** | **Date** | **Value of the Property** |
|---|---|---|---|
| Creditor's Name | | | $ |
| | **Explain what Happened** | | |
| Number     Street | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. | | |
| City          State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No.
☐ Yes. Fill in the details.

| | **Describe the action the creditor took** | **Date action was taken** | **Amount** |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number     Street | | | |
| City          State   ZIP Code | Last 4 digits of account number: XXXX-_____ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐    Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐    No.
☑    Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Ty Masterson**<br>Person to Whom You Gave the Gift | **1981 BMW RS1000 Motorcycle (transfer date approximately 6 months ago)** | **4/1/2025** | $ 1,000.00 |
| _____<br>Number    Street | | | $ 0.00 |
| _____<br>City    State   ZIP Code | | | |
| Person's relationship to you   **None** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐    No.
☑    Yes. Fill in the details for each gift or contribution.

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Raymond** | **Joseph** | **Schneider** | | Case number *(if known)* | **25-12607** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Adath Israel Congregation**<br>Charity's Name | **Money Donation** | **5/15/2025** | $ **2,416.00** |
| **3201 E. Galbraith Rd.**<br>Number    Street | | | $ **0.00** |
| **Cincinnati    OH   45236**<br>City    State   ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Jewish National Fund**<br>Charity's Name | **Money Donation** | **10/28/2024** | $ **1,800.00** |
| **42 East 69th St.**<br>Number    Street | | | $ **0.00** |
| **New York    NY   10021**<br>City    State   ZIP Code | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Copyright © Financial Software Solutions, LLC          BlueStylus