UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Chapter 11 |
| IN RE: RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 25-12607-BAB |
| | ) | Judge Beth A. Buchanan |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST FOR AUGUST 12, 2026 HEARING FOR (1) CIVISTA BANK, (2) FIRST MERCHANTS BANK, (3) HERITAGE BANK AND (4) GENERAL ELECTRIC CREDIT UNIION**

First Merchants Bank ("FMB"), Civista Bank ("Civista"), Heritage Bank ("Heritage Bank") and General Electric Credit Union ("GECU" and collectively, the "Third Party Banks") submit this Witness List and Exhibit list for the August 12, 2026 hearing set to consider the *Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery With Respect to Third Party Banks* [Doc. No. 204] filed by The Huntington National Bank ("Huntington") on June 30, 2026 (the "Motion"),  the *Joint Objection to Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery With Respect to Third Party Banks* [doc. No. 229] filed by FMB, Civista, Heritage Bank and General Electric Credit Union, and the  *Joinder and Objection of Various Affected Entities to Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery With Respect to Third Party Banks* [doc. No. 230) filed by Circle Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC, Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The

Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. ("the Affected Entities").

### Witnesses to be called by FMB

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **None** | |

FMB reserves the right to cross-examine any witness called by any other party. FMB also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

### Witnesses to be called by Civista

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **None** | |

Civista reserves the right to cross-examine any witness called by any other party. Civista also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

### Witnesses to be called by Heritage Bank

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **None** | |

Heritage Bank reserves the right to cross-examine any witness called by any other party. Heritage Bank also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

<u>Witnesses to be called by GECU</u>

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **None** | |

GECU reserves the right to cross-examine any witness called by any other party. GECU also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

<u>Exhibits to be offered by FMB</u>

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| FMB Ex. A | Proof of Claim No. 8 | | |

FMB reserves the right to present demonstratives for use during witness testimony and cross-examination. FMB also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

<u>Exhibits to be offered by Civista Bank</u>

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Civista Ex. A | Proof of Claim No. 13 | | |
| Civista Ex. B | Proof of Claim No. 14 | | |
| Civista Ex. C | Proof of Claim No. 15 | | |
| Civista Ex. D | Proof of Claim No. 16 | | |

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Civista Ex. E | Proof of Claim No. 17 | | |

Civista reserves the right to present demonstratives for use during witness testimony and cross-examination.  Civista also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

### Exhibits to be offered by Heritage Bank

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Heritage Bank Ex. A | Proof of Claim No. 2 | | |

Heritage Bank reserves the right to present demonstratives for use during witness testimony and cross-examination.  Heritage Bank also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

### Exhibits to be offered by GECU

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| GECU Ex. A | Proof of Claim No. 23 | | |

GECU reserves the right to present demonstratives for use during witness testimony and cross-examination.  GECU also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Whitney L. Mosby*
Whitney L. Mosby, (IN #23691-49)
Dentons Bingham Greenebaum LLP
2700 Market Street, Suite 2700
Indianapolis, IN  46204
Tel: 317-635-8900
Fax:  317-236-9907
Email:  whitney.mosby@dentons.com
*Counsel for First Merchants Bank*

*/s/ Patricia B.* Fugée
Patricia B. Fugée (0070698)
Fisher Broyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
Tel: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Counsel for Civista Bank*

*/s/ Jon J. Lieberman*              .
Jon J. Lieberman (OH 0058394)
McCalla Raymer Leibert Pierce, LLP
312 Walnut Street Suite 2275
Cincinnati, Ohio 45202
Tel: 513.538.2252
Email: Jon.Lieberman@mccalla.com
*Counsel for Heritage Bank*

*/s/ Donald W. Mallory*              .
Donald W. Mallory (OH 0070875)
Wood + Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Phone: 513.852.6094
Fax: 513.419.6494 Email:
DWMallory@woodlamping.com
 *Counsel for General Electric Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026 a copy of the foregoing *Exhibit and Witness List* was filed electronically.  I further certify that I served or caused to be served on August 7, 2026 a copy of the foregoing on all ECF participants registered in this case at the e-mail address registered with the Court, and upon all creditors and parties-in-interest on the attached service via the methods noted thereon:

*/s/ Patricia B.* Fugée
Patricia B. Fugée (0070698)