**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 5, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |
| | ) | |

### ORDER APPROVING PRELIMINARY WORK PLAN
### OF WILLIAM G. KRIEGER, EXAMINER
### (Related to Doc. 198)

This matter is before the Court upon the following:

A. The *Agreed Order Directing the Appointment of Examiner* (Doc. 165) (the "Examiner Order")[1], which, among other things, directed the United States Trustee (the "UST") to appoint an examiner in the above-captioned bankruptcy case (the "Chapter 11 Case") pursuant to 11 U.S.C. § 1104, and

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Examiner Order.

required that the examiner file a work plan and budget for the Investigation

(Examiner Order at ¶ 18);

B. The *Preliminary Work Plan of William G. Krieger, Examiner* (the "Work

Plan")[2] filed by William G. Krieger ("Examiner") on June 9, 2026;

C. The *Debtor's Limited Objection to the Preliminary Work Plan of William

G. Krieger, Examiner* (Doc. 199) (the "Limited Objection"), which Limited

Objection was subsequently withdrawn (Doc. 242);

D. The *Agreed Order Regarding Examiner's Preliminary Work Plan* (Doc.

208) (the "Agreed Order"), which, among other things, (a) approved Phase

I of the Work Plan and the budget attached thereto inasmuch as it related to

Phase I; (b) directed Examiner to, within 30 days of entry of the Agreed

Order, file a revised budget or a notice standing on the budget filed with the

Work Plan; and (c) scheduled a hearing for August 12, 2026, for the Court

to consider the Work Plan and the Limited Objection; and

E. The *Notice Regarding Budget for Preliminary Work Plan of William G.

Krieger, Examiner* (Doc. 250) through which Examiner provided notice that

he is standing on the original budget attached as Exhibit A to the Work Plan.

The Court, having considered and reviewed all relevant filings, finds that the Work Plan

was properly noticed and served, that all objections thereto have been withdrawn, and that approval

of the Work Plan and the Budget is just and appropriate.  Accordingly, it is hereby **ORDERED

and ADJUDGED** as follows:

---

[2] The Work Plan is attached as Exhibit 1 to the *Notice of Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198).

1. The Work Plan and the budget attached as <u>Exhibit A</u> thereto are APPROVED in their entirety.

2. Examiner is authorized to commence, continue, and complete all work under all phases of the Work Plan, as may be necessary or appropriate to complete the Investigation or to otherwise fulfill Examiner's duties under 11 U.S.C. § 1104 or prescribed pursuant to the Examiner Order.

3. The hearing scheduled for August 12, 2026, for the Court to consider the Work Plan and Budget is hereby cancelled.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

**SO ORDERED.**

Copies to:

Default List plus Top 20

United States Bankruptcy Court

Southern District of Ohio

In re:

Raymond Joseph Schneider

 Debtor

Case No. 25-12607-bab

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 05, 2026 | Form ID: pdfmsl | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21991702 | + | First Federal Savings Bank, PO Box 250, Washington Court House OH 43160-0250 |
| 21991703 | + | Park National Bank, PO Box 2005, Mount Vernon OH 43050-7205 |
| 21969187 | + | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21969184 | | The Huntington National Bank, Easton Oval (EA4W67, Columbus OH 43219 |
| 21969183 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 21969185 | + Email/Text: creditcontrolbk@firstmerchants.com | Aug 05 2026 19:03:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21969188 | + Email/Text: gecubankruptcy@gecreditunion.org | Aug 05 2026 19:02:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati OH 45241-2580 |
| 21991701 | + Email/Text: l.cook@ourheritage.bank | Aug 05 2026 19:03:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington KY 41005-7933 |
| 21991700 | + Email/Text: bankruptcy.notices@syb.com | Aug 05 2026 19:03:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville KY 40206-1888 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026        Signature:     /s/Gustava Winters

District/off: 0648-1                                    User: ad                                          Page 2 of 3
Date Rcvd: Aug 05, 2026                          Form ID: pdfmsl                              Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Philip K Stovall | on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com;stovall@ecf.courtdrive.com |
| Richard S Wayne | on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com |

District/off: 0648-1 | User: ad | Page 3 of 3
Date Rcvd: Aug 05, 2026 | Form ID: pdfmsl | Total Noticed: 11

Robert Daniel McIntosh
on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 30