**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 5, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| **RAYMOND JOSEPH SCHNEIDER** | ) | **Case No. 25-12607** |
| | ) | **Chapter 11** |
| | ) | **Judge Buchanan** |
| **Debtor(s)** | ) | |
| | ) | |

### ORDER CONVERTING EVIDENTIARY HEARING TO STATUS CONFERENCE
### WITH RESPECT TO CERTAIN MOTIONS
### [Docket Numbers 220, 221, 222, 223, 224, 225, 226 and 227]

The parties have informally requested that the evidentiary hearing set for August 12, 2026 at 11:00 a.m. be converted to a status conference with respect to the following motions, objections and replies:

1) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Jennifer Whitaker Burris* **[Docket Number 220]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**;

2) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Matthew J. Hay* **[Docket Number 221]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

3) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party David C. Kennedy* **[Docket Number 222]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

4) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Gregg Lund* **[Docket Number 223]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

5) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party John Murley* **[Docket Number 224]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; and the *Omnibus Reply* **[Docket Number 251]**;

6) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Dennis Packer* **[Docket Number 225]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**;

7) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Abigail Smith* **[Docket Number 226]**; *Debtor's Omnibus Objection* **[Docket Number 243]**; *Joinder and Objection of Jennifer Burris-Whitaker, Dennis Packer and Abigail Smith* **[Docket Number 244]**; and the *Omnibus Reply* **[Docket Number 251]**; and

8) *Emergency Motion of The Huntington National Bank for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Kathleen Tanner* **[Docket Number 227]**; and *Debtor's Omnibus Objection* **[Docket Number 243]** and the *Omnibus Reply* **[Docket Number 251]**.

[Collectively the "Matters"].

The request is GRANTED. The evidentiary hearing scheduled for August 12, 2026 at 11:00 a.m. is converted to a status conference with respect to these Matters.[1]

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

---

[1] Note:  there are other matters scheduled for evidentiary hearing on August 12, 2026 in this case.  Those other matters are not affected by this order.

Distribution List:

Default List Plus

Matthew J. Hay
543 Babbling Brooke Drive
Monroe, OH 45050

David C. Kennedy
329 Shepherds Way
Morrow, OH 45152

Gregg Lund
2512 Salem St.
Cincinnati, OH 45208

John Murley
1560 Tonopah Dr.
Cincinnati, OH 45255

Kathleen Tanner
5616 Brooks Holding
Milford, OH 45150

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                                          Case No. 25-12607-bab

Raymond Joseph Schneider                                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1                                         User: ad                                              Page 1 of 3

Date Rcvd: Aug 06, 2026                              Form ID: pdf01                              Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID**                        **Recipient Name and Address**
dbpos                        +   Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810

                             +   David C. Kennedy, 329 Shepherds Way, Monroe, OH 45152-7537

                             +   Gregg Lund, 2512 Salem St, Cincinnati, OH 45208-2741

                             +   John Murley, 1560 Tonopah Dr, Cincinnati, OH 45255-2518

                             +   Kathleen Tanner, 5616 Brooks Holding, Milford, OH 45150-1590

                             +   Matthew J. Hay, 543 Babbling Brooke Drive, Monroe, OH 45050-2512

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name**                                   **Email Address**

Andrew Dennis Rebholz
                                           on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com
                                           kittle@asnalaw.com;rebholz@ecf.courtdrive.com

Asst US Trustee (Cin)
                                           ustpregion09.ci.ecf@usdoj.gov

Austin Z. Baurichter
                                           on behalf of Creditor Park National Bank abaurichter@brickergraydon.com

Branden P Moore

District/off: 0648-1  User: ad  Page 2 of 3
Date Rcvd: Aug 06, 2026  Form ID: pdf01  Total Noticed: 6

on behalf of Creditor Merrill Lynch  Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com,
amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Branden P Moore

on behalf of Creditor BANK OF AMERICA  N.A. bmoore@mcguirewoods.com,
amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green

on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller

on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory

on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com  jaarnold@woodlamping.com

Eric W Goering

on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho

on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho

on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman

on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr

on behalf of Creditor Village of Evendale  Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal

on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com  donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee

on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com  ecf@cftechsolutions.com

Patrick Allen Hruby

on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com  wbecf@brockandscott.com

Paul T Saba

on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall

on behalf of Examiner William G Krieger pstovall@hahnlaw.com  cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston

on behalf of Creditor First Merchants Bank richard.boydston@dentons.com  sabrina.hazen@dentons.com

Richard K Stovall

on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne

on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh

on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com  wbecf@brockandscott.com

Ryan Steven Lett

on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

Steven Hartmann

on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com  nstinson@sgrlaw.com

Susan M Argo

on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo

on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen

on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
schenck@asnalaw.com;allen_699@ecf.courtdrive.com

District/off: 0648-1                          User: ad                                    Page 3 of 3
Date Rcvd: Aug 06, 2026                       Form ID: pdf01                              Total Noticed: 6

Timothy Palmer
                  on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com  donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
                  on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com  suzanne.japenga@dentons.com


TOTAL: 30