**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 12, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 25-12607<br>Judge Beth A. Buchanan |

**CONSENT ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THIRD PARTY BANKS (ECF 204)**

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Banks [ECF 204] (the "**Motion**")[1], the *Joint Objection* filed by First Merchants Bank, Civista Bank, Heritage Bank and General Electric Credit Union [ECF 229]; the *Joinder and Objection of Various Affected Entities* filed by Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC,

1 Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. [ECF 230], and the *Omnibus Reply* filed by The Huntington National Bank [ECF 241], and upon the consent of the parties who have signed the bottom of this order ("**Settling Parties**"), it is hereby:

**ORDERED**, that the Motion is **GRANTED** subject to the terms set forth below; and it is further

**ORDERED**, that the counsel for the Settling Parties agree to accept service of the subpoenas attached to the Motion solely for the Settling Parties for whom they have appeared in this case; and it is further

**ORDERED**, that Huntington and the Settling Parties shall proceed to meet and confer with one another and the Examiner on or before August 19, 2026, or such further date as mutually agreed by Huntington, the Settling Parties and the Examiner, to agree upon the scope and compliance time of the document production, and if the scope and compliance time cannot be agreed upon, counsel for Huntington or any of the Settling Parties can request a status conference with the Court for a discussion of the open discovery issues; and it is further

**ORDERED**, that Huntington and the Settling Parties reserve all rights as to scope, relevance, privilege, cost, confidentiality, and compliance time of the document production.

**SO ORDERED**

**CONSENTED TO THE ABOVE**:

*/s/ Whitney L. Mosby*
Whitney L. Mosby, (IN #23691-49)
Dentons Bingham Greenebaum LLP
2700 Market Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-635-8900
Email: whitney.mosby@dentons.com
*Counsel for First Merchants Bank*

*/s/ Patricia B.* Fugée
Patricia B. Fugée (0070698)
Fisher Broyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
Tel: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com
*Counsel for Civista Bank*

*/s/ Jon J. Lieberman* .
Jon J. Lieberman (OH 0058394)
McCalla Raymer Leibert Pierce, LLP
312 Walnut Street Suite 2275
Cincinnati, Ohio 45202
Tel: 513.538.2252
Email: Jon.Lieberman@mccalla.com
*Counsel for Heritage Bank*

*/s/ Donald W. Mallory* .
Donald W. Mallory (OH 0070875)
Wood + Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Phone: 513.852.6094
Email: DWMallory@woodlamping.com
*Counsel for General Electric Credit Union*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
STRAUSS TROY CO., LPA
150 East Fourth Street,
4th Floor Cincinnati, Ohio 45202
T: (513) 621-2120
Email: rewayne@strausstroy.com
*Counsel for the Affected Entities*

*/s/Christopher P. Schueller*
Christopher P. Schueller (OH 0086170)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
E-mail: christopher.schueller@bipc.com
*Counsel for Huntington National Bank*

United States Bankruptcy Court
Southern District of Ohio

In re: Case No. 25-12607-bab
Raymond Joseph Schneider Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1 User: ad Page 1 of 2
Date Rcvd: Aug 12, 2026 Form ID: pdf01 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |

| | |
|---|---|
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Philip K Stovall | on behalf of Examiner William G Krieger pstovall@hahnlaw.com cmb@hahnlaw.com;ISNelson@hahnlaw.com |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com;stovall@ecf.courtdrive.com |
| Richard S Wayne | on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com |
| Robert Daniel McIntosh | on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com wbecf@brockandscott.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@bricker.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@bricker.com |
| Thomas R Allen | on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com schenck@asnalaw.com;allen_699@ecf.courtdrive.com |
| Timothy Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com |
| Whitney L. Mosby | on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com |

TOTAL: 30