**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 25-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**JOINT MOTION FOR ENTRY OF STIPULATED**
**CONFIDENTIALITY AND PROTECTIVE ORDER**

The Huntington National Bank ("Huntington") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("ML" and, collectively, the "Parties") move the Court for entry of a stipulated protective order, and respectfully state as follows:

The Parties are currently engaged discovery, specifically through service of a subpoena on ML, which discovery includes the production and exchange of documents and information. Some of these documents and information are considered confidential or may contain information, which the Parties or non-party witnesses in this matter assert are confidential. The Parties have agreed to the entry of the attached Stipulated Confidentiality and Protective Order (Exhibit "A").

Entry of this Confidentiality and Protective Order will permit the Parties to move forward with document exchange.

For the above reasons, the Parties request that the Court approve and enter the attached Confidentiality and Protective Order.

Respectfully submitted,

Date: August 17, 2026

*/s/ Branden P. Moore*

Branden P. Moore (OH Id. No. 0092716)
McGuireWoods LLP
260 Forbes Ave, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-7908
bmoore@mcguirewoods.com

Date: August 17, 2026

*/s/ Kelly M. Neal*

Christopher P. Schueller (OH Id. No. 0086170)
Kelly M. Neal (OH Id. No. 100889)
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Facsimile: 412-562-1041
christopher.schueller@bipc.com
kelly.neal@bipc.com
*Counsel for The Huntington National Bank*