**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | Case No. 25-12607 |
| Debtor. | Judge Beth A. Buchanan |
| | Objection due: September 7, 2026 |

**NOTICE OF JOINT MOTION FOR ENTRY OF**
**STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

The Huntington National Bank has filed papers with the court for an order approving the Joint Motion for Entry of Stipulated Confidentiality and Protective Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by first class mail to the United States Bankruptcy Court for the Southern District of Ohio, 221 East Fourth Street, Cincinnati, Ohio 45202 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to counsel for The Huntington National Bank.

Respectfully Submitted,

Date: August 17, 2026 **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher. P. Schueller*
Christopher P. Schueller (OH Id. No. 0086170)
Kelly M. Neal, Esquire (OH Id. No. 0100889)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800

Facsimile: 412-562-1041
christopher.schueller@bipc.com
kelly.neal@bipc.com
*Counsel for The Huntington National Bank*