# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
Southern District of Ohio

Case Number: 25-12607

In Re:: **Raymond Joseph Schneider**

For:
Pittsburgh Office
Buchanan Ingersoll & Rooney, PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Received by Kentucky Process Service Inc. on the 6th day of August, 2026 at 9:40 am to be served on **Raymond Schneider 2019 Gift Trust and the Patricia B. Schneider 2020 Gift Trust, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241**.

I, Thomas Woolery, being duly sworn, depose and say that on the **6th day of August, 2026** at **2:07 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena for Rule 2004 Examination; Order Granting the Huntington National Bank's Motion for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Trusts** to: **Patricia B. Schneider** at the address of: **3515 Tiffany Ridge Lane, Cincinnati, OH 45241**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th day of August, 2026 by the affiant who is personally known to me.

[signature]
NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan 25, 2027

[signature]
**Thomas Woolery**
Process Server

8/06/2026
**Date**

**Kentucky Process Service Inc.**
**290 High Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2026007499

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e