Form a0prohac
(9/23)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | | |
|---|---|---|---|
| *In re*: | | : | |
| | Raymond Joseph Schneider | : | Case No. 25−12607 |
| | | : | Chapter 11 |
| | *Debtor.* | : | Judge Beth A. Buchanan |
| | | : | |
| SSN: | xxx−xx−1170 | : | |

## NOTICE OF FEE DUE AND REQUIRED CM/ECF REGISTRATION

Notice is hereby given that a fee is due and owing from Christopher U. Warren for the motion to appear pro hac vice filed on August 5, 2026. (Doc. 252.) Notice is also given that, pursuant to ECF Administrative Procedure 2(a), any attorney granted pro hac vice admission must register with the Bankruptcy Court's ECF system.

Payment must be remitted to the United States District Court for the Southern District of Ohio within **14 days** of the entry of this Notice. Failure to pay the fee within 14 days may result in a revocation of the admission order or other action as determined by the Bankruptcy Court. **The Bankruptcy Court cannot accept payment for this fee under any circumstances.**

This fee must be paid via credit card at https://pay.gov/public/form/start/1198230742. Paper checks are not accepted.

The current fee for motions to appear pro hac vice can be found here:

https://www.ohsd.uscourts.gov/court−fee−schedule−and−payment−information.

For information about registering for access to the Bankruptcy Court's ECF system, visit https://www.ohsb.uscourts.gov. Notices of electronic filing will not be issued to an attorney who has not registered with the Bankruptcy Court's ECF system and filed a notice of appearance or other electronic document in the above−captioned case.

Dated: August 27, 2026

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 25-12607-bab

Raymond Joseph Schneider Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1 User: ad Page 1 of 3

Date Rcvd: Aug 27, 2026 Form ID: a0prohac Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| | | Christopher U. Warren, 550 Broad Street, Suite 810, Newark, NJ 07102-4582 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA N.A. bmoore@mcguirewoods.com, |

amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com

Brian Green
on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com

Christopher Schueller
on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com
donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Donald W Mallory
on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com

Eric W Goering
on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com
eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

James A Coutinho
on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

James A Coutinho
on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com
doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com

Jon J Lieberman
on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com

Karolina F Perr
on behalf of Creditor Village of Evendale Ohio bankruptcy@woodlamping.com, kfperr@gmail.com

Kelly Neal
on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com

Patricia B Fugee
on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com

Patrick Allen Hruby
on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com

Paul T Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Philip K Stovall
on behalf of Examiner William G Krieger pstovall@hahnlaw.com cmb@hahnlaw.com;ISNelson@hahnlaw.com

Richard Boydston
on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com

Richard K Stovall
on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com
kittle@asnalaw.com;stovall@ecf.courtdrive.com

Richard S Wayne
on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com

Robert Daniel McIntosh
on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com wbecf@brockandscott.com

Ryan Steven Lett
on behalf of U.S. Trustee Asst US Trustee (Cin) rlett@dwlaw.com

Steven Hartmann
on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com

Susan M Argo
on behalf of Creditor Park National Bank sargo@bricker.com

Susan M Argo
on behalf of Creditor Three Notes LLC sargo@bricker.com

Thomas R Allen
on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com
schenck@asnalaw.com;allen_699@ecf.courtdrive.com

Timothy Palmer
on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com

Whitney L. Mosby
on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com

TOTAL: 30