**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(a) AND (b) WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS UNDER BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that The Huntington National Bank appears by attorney Buchanan Ingersoll & Rooney PC, in the above-captioned case and pursuant to Bankruptcy Rules 9010(a) and (b) requests that (a) it receives copies of all notices, pleadings, motions, orders to show cause, applications, requests, proposed orders and conformed copies of orders filed in all matters arising herein and (b) all such documents to be directed to counsel at the address set forth below:

Buchanan Ingersoll & Rooney PC
Attn: Christopher U. Warren, Esquire
550 Broad Street, Suite 810
Newark, NJ 07102-4582
christopher.warren@bipc.com

Dated: September 2, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher U. Warren
Christopher U. Warren, Esquire (NJ Id. No. 032742010)
(admitted *pro hac vice*)
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Attorneys for The Huntington National Bank*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 2nd day of September, 2026 a copy of the foregoing Notice via ECF notification upon all parties-in-interest.

Dated: September 2, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher U. Warren
Christopher U. Warren, Esquire (NJ Id. No. 032742010)
(admitted *pro hac vice*)
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Attorneys for The Huntington National Bank*