| Account | Beginning Balance July 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance July 31st |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | | | | | $ - | $ - |
| Stockyards (Prepetition) | $ - | | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | | | | $ - | $ - | $ - |
| US Bank DIP General | $ 45,012.90 | $ 8,985.22 | $ 43,332.53 | | $ - | $ 10,665.59 |
| US Bank DIP SS | $ 32,332.08 | $ 3,636.84 | $ - | | $ - | $ 35,968.92 |
| | **$ 77,344.98** | **$ 12,622.06** | **$ 43,332.53** | **$ -** | **$ -** | **$ 46,634.51** |

us bank.

**Uni-Statement**

Account Number:
[redacted]7243
Statement Period:
Jul 1, 2026
through
Jul 31, 2026

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

106481976740768 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

| | ***To Contact U.S. Bank*** |
|---|---|
| ***By Phone:*** | *800-673-3555* |
| ***U.S. Bank accepts Relay Calls*** | |
| ***Internet:*** | *usbank.com* |

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2026, important changes will be reflected in this document that may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

Notable changes include the following:

- For the Mortgage Origination Credit Benefit, the maximum benefit is now $750 when setup with autopay from a U.S. Bank consumer checking account.
- In the Customer Groups section, a footnote has been added to clarify when specific benefits become available.

Beginning July 6, 2026, you will have the opportunity to review the full revised document online at **usbank.com/cpi-upcoming-version** or by contacting us by using one of the methods below. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number** [redacted]243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 1 | $ | 45,012.90 | Annual Percentage Yield Earned | | 0.00423% |
| Deposits / Credits | | 8,985.22 | Interest Earned this Period | $ | 0.13 |
| Other Withdrawals | | 37,886.00- | Interest Paid this Year | $ | 1.98 |
| Checks Paid | | 5,446.53- | Number of Days in Statement Period | | 31 |
| **Ending Balance on Jul 31, 2026** | **$** | **10,665.59** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Jul 1 | Mobile Check Deposit | | 8653123210 | $ | 20.40 |
| Jul 1 | Mobile Check Deposit | | 8653123514 | | 2,900.00 |
| Jul 13 | Mobile Check Deposit | | 8053565388 | | 268.80 |
| Jul 13 | Mobile Check Deposit | | 8052962139 | | 875.00 |
| Jul 13 | Mobile Check Deposit | | 8055563704 | | 3,697.78 |
| Jul 15 | Electronic Deposit<br>REF=261950077190900N00 | From CORPORATE PARK I<br>AVIDPAY H562193588 | | | 1,000.00 |
| Jul 20 | Mobile Check Deposit | | 8052898083 | | 223.11 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

usbank.

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
[redacted]7243
Statement Period:
Jul 1, 2026
through
Jul 31, 2026



## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number** [redacted]7243

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jul 31 | Interest Paid | 3100003259 | | 0.13 |
| | | **Total Deposits / Credits** | **$** | **8,985.22** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 1 | Electronic Withdrawal REF=261810193637190N00 | To NATIONSTAR MORTG 9500000000ONLINE PMTUSB497989746POS | | $ | 3,321.00- |
| Jul 2 | Electronic Withdrawal REF=261820155046530N00 | To SPECTRUM 0000358635SPECTRUM 3324269 | | | 315.10- |
| Jul 6 | Electronic Withdrawal REF=261840069255360N00 | To Unitedhealthcare 1836282001Premium [redacted] | | | 380.23- |
| Jul 10 | Electronic Withdrawal REF=261900119423990N00 | To GCWW/EZ-PAY 0000007041UTILITIES 6231700 | | | 83.57- |
| Jul 22 | Electronic Withdrawal REF=262020059364830N00 | To SPECTRUM SPECTRUM 0000358635 | | | 315.10- |
| Jul 23 | Wire Transfer Fee | | 2300001629 | | 30.00- |
| Jul 23 | Wire Debit REFINTRNL BNF=CUMMINS LAW LLC 312 | US BANK 260723B00XPF WALNUT STREET SUITE 153 | | | 25,000.00- |
| Jul 24 | Wire Transfer Fee | | 2400001958 | | 30.00- |
| Jul 24 | Wire Debit REFINTRNL BNF=CUMMINS LAW LLC 550 | US BANK 260724B02H7X E 4TH ST UNIT 302 | | | 5,000.00- |
| Jul 27 | Electronic Withdrawal REF=262050168027540N00 | To QUARTERLY FEE 1501000502PAYMENT 6S4RVPSF0T1 | | | 90.00- |
| Jul 31 | Electronic Withdrawal REF=262110196035020N00 | To NATIONSTAR MORTG 9500000000ONLINE PMTUSB497989746POS | | | 3,321.00- |
| | | | **Total Other Withdrawals** | **$** | **37,886.00-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0106 | Jul 13 | 8053539086 | 593.00 | 5023 | Jul 27 | 8051696574 | 2,296.14 |
| 5022* | Jul 1 | 8652941631 | 202.66 | 5025* | Jul 14 | 8354541532 | 2,354.73 |

* Gap in check sequence

**Conventional Checks Paid (4)** **$** **5,446.53-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 1 | 44,409.64 | Jul 14 | 45,524.59 | Jul 23 | 21,402.60 |
| Jul 2 | 44,094.54 | Jul 15 | 46,524.59 | Jul 24 | 16,372.60 |
| Jul 6 | 43,714.31 | Jul 20 | 46,747.70 | Jul 27 | 13,986.46 |
| Jul 10 | 43,630.74 | Jul 22 | 46,432.60 | Jul 31 | 10,665.59 |
| Jul 13 | 47,879.32 | | | | |

Balances only appear for days reflecting change.

**Uni-Statement**

Account Number:
[redacted]7110
Statement Period:
Jul 1, 2026
through
Jul 31, 2026



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

106481976727881 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

***To Contact U.S. Bank***

***By Phone:*** *800-673-3555*
***U.S. Bank accepts Relay Calls***
***Internet:*** *usbank.com*

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective August 10, 2026, important changes will be reflected in this document that may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

Notable changes include the following:

- For the Mortgage Origination Credit Benefit, the maximum benefit is now $750 when setup with autopay from a U.S. Bank consumer checking account.
- In the Customer Groups section, a footnote has been added to clarify when specific benefits become available.

Beginning July 6, 2026, you will have the opportunity to review the full revised document online at **usbank.com/cpi-upcoming-version** or by contacting us by using one of the methods below. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

***Member FDIC***
**Account Number**[redacted]**7110**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 1 | $ | 32,332.08 | Annual Percentage Yield Earned | | 0.00469% |
| Deposits / Credits | | 3,636.84 | Interest Earned this Period | $ | 0.14 |
| | | | Interest Paid this Year | $ | 0.48 |
| **Ending Balance on Jul 31, 2026** | **$** | **35,968.92** | Number of Days in Statement Period | | 31 |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Jul 8 | Federal Benefit Deposit REF=261830130306660N00 | From SSA TREAS 310 XXSOC SEC[redacted]1170A S | | $ | 3,636.70 |
| Jul 31 | Interest Paid | | 3100003255 | | 0.14 |
| | | **Total Deposits / Credits** | | **$** | **3,636.84** |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Jul 8 | 35,968.78 | Jul 31 | 35,968.92 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - July 2026 Transaction Summary**

General DIP Account x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 7/1/2026 | $ - | Opening Balance | Balance | $ 45,012.90 |
| 7/1/2026 | $ 20.40 | Deposit | Dividend Check | $ 45,033.30 |
| 7/1/2026 | $ 2,900.00 | Deposit | Vail Rent Check | $ 47,933.30 |
| 7/1/2026 | $ (3,321.00) | Nationstar | Mortgage | $ 44,612.30 |
| 7/1/2026 | $ (202.66) | Impact Lawn | Blue Ash Lawn | $ 44,409.64 |
| 7/2/2026 | $ (315.10) | Spectrum | Cable/Internet | $ 44,094.54 |
| 7/6/2026 | $ (380.23) | UnitedHealthCare | Health Insurance | $ 43,714.31 |
| 7/10/2026 | $ (83.57) | Greater Cincy Water | Utility - Water | $ 43,630.74 |
| 7/13/2026 | $ 268.80 | Deposit | Dividend Check | $ 43,899.54 |
| 7/13/2026 | $ 875.00 | Deposit | Dividend Check | $ 44,774.54 |
| 7/13/2026 | $ 3,697.78 | Deposit | Dividend Check | $ 48,472.32 |
| 7/13/2026 | $ (593.00) | Duke Energy | Blue Ash home Electric | $ 47,879.32 |
| 7/14/2026 | $ (2,354.73) | Kenwood CC | Golf Club | $ 45,524.59 |
| 7/15/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 46,524.59 |
| 7/20/2026 | $ 223.11 | Deposit | Bayer Security Settlement Fund | $ 46,747.70 |
| 7/22/2026 | $ (315.10) | Spectrum | Cable/Internet | $ 46,432.60 |
| 7/23/2026 | $ (30.00) | Bank Fee | Wire Transfer Fee | $ 46,402.60 |
| 7/23/2026 | $ (25,000.00) | Cummins Law | Legal Fees | $ 21,402.60 |
| 7/24/2026 | $ (30.00) | Bank Fee | Wire Transfer Fee | $ 21,372.60 |
| 7/24/2026 | $ (5,000.00) | Cummins Law | Legal Fees | $ 16,372.60 |
| 7/27/2026 | $ (90.00) | UST | Quarterly Fees | $ 16,282.60 |
| 7/27/2026 | $ (2,296.14) | Mario Vargas Landscaping | Landscaping Service | $ 13,986.46 |
| 7/31/2026 | $ 0.13 | Deposit | Interest | $ 13,986.59 |
| 7/31/2026 | $ (3,321.00) | Nationstar | Mortgage | $ 10,665.59 |

SS DIP Account x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 6/1/2026 | $ - | Opening Balance | Balance | $ 32,332.08 |
| 6/10/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 35,968.78 |
| 6/30/2026 | $ 0.14 | Deposit | Interest | $ 35,968.92 |

US Bank x9012 ACCOUNT CLOSED 3/3/2026
Warsaw Bank x6598 ACCOUNT CLOSED 3/3/2026