**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARK PFEIFFER**

Pursuant to Local Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of Ohio, the undersigned, counsel for creditor The Huntington National Bank ("Huntington") moves before this Honorable Court for admission of Mark Pfeiffer to appear in this action pro hac vice. In support of this motion, the undersigned asserts the following:

1. Mark Pfeiffer, Esq. is an attorney at Buchanan Ingersoll & Rooney PC, which has an office located at 50 S. 16th Street, Suite 3200, Philadelphia, Pennsylvania 19102. His business telephone number is (215) 665-3921 and his business facsimile number is (215) 665-8760. His email address is mark.pfeiffer@bipc.com.

2. He is a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey. He was admitted to the Commonwealth of Pennsylvania and State of New Jersey in 1985. His state bar numbers are 76245 and 017111995 respectively. He remains in good standing to practice before the foregoing courts, is not under any order of disbarment, suspension or any other disciplinary action, nor are any disciplinary actions pending against him in any jurisdiction.

3. He is familiar with and agrees to observe and be bound by the Local Rules.

WHEREFORE, I respectfully request that this Court enter an order granting Mark Pfeiffer permission to appear in this case *pro hac vice*.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: September 17, 2026

/s/ Christopher. P. Schueller

Christopher P. Schueller (Ohio Bar No. 0086170)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041
E-mail: christopher.schueller@bipc.com

Attorneys for The Huntington National Bank

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was served electronically on September 17, 2026 through the court's ECF system on all ECF participants registered in this case at the email address registered with the court.

/s/ Christopher. P. Schueller
Christopher P. Schueller (Ohio Bar No. 0086170)