**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**ORDER FOR MOTION FOR ADMISSION**
**OF MARK PFEIFFER *PRO HAC VICE* [ECF 269]**

Upon the Motion for Admission Pro Hac Vice by Mark Pfeiffer for leave to appear *pro hac vice* in this action as counsel for The Huntington National Bank, it is hereby:

Ordered that, the Motion is granted and Mark Pfeiffer is admitted *pro hac vice* to appear in this case and in any related proceeding on behalf of The Huntington National Bank.

Attorney Mark Pfeiffer shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

**SO ORDERED.**

Copies to: Default list plus additional party

Mark Pfeiffer
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102