**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 21, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**ORDER FOR MOTION FOR ADMISSION**
**OF MARK PFEIFFER *PRO HAC VICE* [ECF 269]**

Upon the Motion for Admission Pro Hac Vice by Mark Pfeiffer for leave to appear *pro hac vice* in this action as counsel for The Huntington National Bank, it is hereby:

Ordered that, the Motion is granted and Mark Pfeiffer is admitted *pro hac vice* to appear in this case and in any related proceeding on behalf of The Huntington National Bank.

Attorney Mark Pfeiffer shall file a notice of appearance to receive electronic notices **within ten (10) days from the entry date of this Order**. See LBR 9010-1.

**SO ORDERED.**

Copies to: Default list plus additional party

Mark Pfeiffer
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 25-12607-bab

Raymond Joseph Schneider Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-1 User: ad Page 1 of 3

Date Rcvd: Sep 21, 2026 Form ID: pdf01 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: mark.pfeiffer@bipc.com | Sep 21 2026 18:46:00 | Mark Pfeiffer, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@brickergraydon.com |

| | |
|---|---|
| Branden P Moore | on behalf of Creditor BANK OF AMERICA N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| Christopher Ulysses Warren | on behalf of Creditor The Huntington National Bank christopher.warren@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;jrs@sspfirm.com;archive@recap.email |
| Philip K Stovall | on behalf of Examiner William G Krieger pstovall@hahnlaw.com cmb@hahnlaw.com;ECarter@hahnlaw.com |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com;stovall@ecf.courtdrive.com |
| Richard S Wayne | on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com |
| Robert Daniel McIntosh | on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com wbecf@brockandscott.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) rlett@dwlaw.com |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@bricker.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@bricker.com |

| | |
|---|---|
| Thomas R Allen | on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com schenck@asnalaw.com;allen_699@ecf.courtdrive.com |
| Timothy Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com |
| Whitney L. Mosby | on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com |

TOTAL: 31