**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | Case No. 1:25-bk-12607 |
| Debtor. | Judge Beth A. Buchanan |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(a) AND (b) WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS UNDER BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that The Huntington National Bank appears by attorneys Buchanan Ingersoll & Rooney PC and Mark Pfeiffer, Esquire, in the above-captioned case and pursuant to Bankruptcy Rules 9010(a) and (b) requests that (a) it receives copies of all notices, pleadings, motions, orders to show cause, applications, requests, proposed orders and conformed copies of orders filed in all matters arising herein and (b) all such documents to be directed to counsel at the address set forth below:

Buchanan Ingersoll & Rooney PC
Attn: Mark Pfeiffer, Esquire
Two Liberty Place
50 S. 15th Street, Suite 3200
Philadelphia, PA 19102
mark.pfeiffer@bipc.com

Dated: September 24, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mark Pfeiffer
Mark Pfeiffer, Esquire (PA Id. No. 76245)
(admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
*Attorneys for The Huntington National Bank*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAYMOND JOSEPH SCHNEIDER, | ) | Case No. 1:25-bk-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 24th day of September, 2026 a copy of the foregoing Notice via ECF notification upon all parties-in-interest.

Dated: September 24, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Mark Pfeiffer
Mark Pfeiffer, Esquire (PA Id. No. 76245)
(admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700

*Attorneys for The Huntington National Bank*