**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Raymond Joseph Schneider, | : | |
| | : | Case No. 1:25-bk-12607 |
| Debtor and Debtor in Possession. | : | |
| | : | Judge Beth A. Buchanan |

**THE HUNTINGTON NATIONAL BANK'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 5, 2026**

The Huntington National Bank ("**Huntington**") submits this Witness List and Exhibit List for the hearing on October 5, 2026 hearing set to consider Huntington's Motion for Authorization to Prosecute Derivative Actions (the "**Motion**").[1]

**Witnesses to be called by Huntington**

| **Witness** | **Synopsis of Testimony** |
|---|---|
| Debtor | Debtor will be called to authenticate documents and testify concerning his assets, liabilities, financial affairs, monthly reporting and transfers. |
| Patricia Schneider | This witness will be called to testify concerning her alleged employment by Debtor's companies including her role and responsibilities and the number of hours worked. |
| Representative of Huntington<br>May be contacted through counsel | This witness may be called to authenticate documents and testify concerning dealings between the Debtor and Huntington. |
| Ryan Cislo, CPA/CFF, CFE<br>Plante Moran<br>10 S. Riverside Plaza, Suite 900<br>Chicago, IL 60606 | This witness may be called to testify concerning documents produced by the Debtor and Debtor's failure to produce certain discovery. |

[1] ECF No. 132

Huntington reserves the right to cross-examine any witness called by any other party. Huntington also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

**Exhibits to be offered by Huntington**

| DESIGNATION[2] | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | Motion of the Huntington National Bank for Authorization to Prosecute Derivative Actions [ECF #132] | | |
| B | Objection to Motion of the Huntington National Bank for Authorization to Prosecute Derivative Actions [ECF #155] | | |
| C | Schedules and statements from first bankruptcy case | | |
| D | Amended schedules from first case | | |
| E | Schedules and statements from second bankruptcy case | | |
| F | Monthly operating reports from first bankruptcy case | | |
| G | Monthly Operating Reports from second bankruptcy case | | |
| H | Instructions for completing monthly operating reports | | |
| I | Plan and disclosure statement from first bankruptcy case | | |
| J | Plan and disclosure statement from second bankruptcy case | | |

[2] Each exhibit will bear the prefix "Huntington".

| DESIGNATION[2] | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| K | Gifting Program Document | | |
| L | Raymond Schneider Gift Trust | | |
| M | Patricia Schneider Gift Trust | | |
| N | Transfer on Death Affidavit | | |
| O | Debtor’s discovery response | | |
| P | Red Dog Operations Holding Company, LLC Operating Agreement | | |
| Q | Red Dog Operations 2022 Tax Return | | |
| R | 2019 Personal Financial Statement | | |
| S | 2021 Personal Financial Statement | | |
| T | 2022 Personal Financial Statement | | |
| U | 2023 Personal Financial Statement | | |
| V | 2024 Personal Financial Statement | | |
| W | 2025 Personal Financial Statement | | |
| X | 2026 Personal Financial Statement | | |
| Y | 2022 Tax Return | | |
| Z | 2023 Tax Return | | |
| AA | Demand to pursue causes of action | | |
| BB | Response to demand | | |
| CC | Motion to appoint an examiner | | |
| DD | Response to motion to appoint an examiner | | |
| EE | Examiner’s Preliminary Work Plan | | |

| DESIGNATION[2] | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| FF | Hearing transcript from March 15, 2023 | | |
| GG | Hearing transcript from March 17, 2023 | | |
| HH | Section 341 meeting transcript in first case | | |
| II | Section 341 meeting transcript in second case | | |
| JJ | Raymond Schneider deposition transcript from March 25, 2025 | | |
| KK | Settlement Agreement with the 2019 Gift Trust | | |
| LL | To Life balance sheet as of December 31, 2021 | | |
| MM | To Life Balance Sheet as of July 31, 2024 | | |
| NN | To Life Third Amended and Restated Operating Agreement | | |
| OO | 2025 Dashboard | | |
| PP | Email regarding Schneider Family Insurance Trust | | |
| QQ | Rule 2004 examination transcript of Raymond J. Schneider on September 22, 2026 | | |
| RR | Merrill Lynch notes[3] | | |

[3] This document is subject to a confidentiality agreement and is being provided to Debtor's counsel contemporaneously with this filing but is not being filed in the public record.

Huntington reserves the right to present demonstratives for use during witness testimony and cross-examination. Huntington also reserves the right to request that the Court take judicial notice of any exhibits as necessary.

Dated: September 28, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Christopher P. Schueller
Christopher P. Schueller (OH ID No. 0086170)
Timothy P. Palmer (OH ID No. 86166)
Kelly M. Neal (OH ID No. 100889)
Mark Pfeiffer (Admitted *Pro Hac Vice*)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
mark.pfeiffer@bipc.com

*Attorneys for The Huntington National Bank*