# “EXHIBIT N”

13828 01220

3

TRANSFER NOT NECESSARY

DUSTY RHODES
COUNTY AUDITOR

TRANSFERRED
2019 JAN -7 AM 11:57
DUSTY RHODES
HAMILTON COUNTY AUDITOR

Norbert A. Nadel
Hamilton County Recorder's Office
Doc #: 2019-0001521 Type: DE
Filed: 01/07/19 11:57:33 AM $36.00
Off.Rec.: 13828 01220 F X1 3 241

## TRANSFER ON DEATH DESIGNATION AFFIDAVIT
## [R.C. § 5302.22]

STATE OF OHIO )
COUNTY OF HAMILTON ) ss:

RAYMOND SCHNEIDER ("Affiant") being first duly sworn according to law, states as follows:

1. That Affiant, married, is the record title owner of certain real property located at 3515 Tiffany Ridge Lane, Blue Ash, Ohio 45241, being Auditor's Parcel No. 612-0100-0245-00 ("Property") acquired by *Warranty Deed* dated June 4, 1985, recorded on October 24, 1985 at Deed Book 4325, Page 169, of the Official Records of the Hamilton County Recorder's Office, Hamilton County, Ohio and described on the attached Exhibit "A".

2. That title of record to the Property is held by Affiants as follows:

- X Sole Owner
- __ Tenant(s) in Common
- __ Tenant(s) in Survivorship
- __ Tenants by the Entireties

3. That Affiant hereby designates the entire undivided fee simple interest in the Property held by Affiant for transfer on death to the person named below, as transfer on death beneficiary, to receive the title of Affiant upon his death as follows:

| *Name of Beneficiary* | *Interest of Affiant* | *Type of Tenancy* |
|---|---|---|
| Patricia B. Schneider and her successors as successor Trustee of The Raymond Schneider Trust dated December 18, 2018, as the same may be amended | 100% interest | Fee simple |

4. Patricia B. Schneider, spouse of Affiant, states that her dower rights are subordinate to the vesting of title to the Property in the transfer on death beneficiary or beneficiaries designated herein.

5. This Affidavit, and the beneficiary designation set forth herein, hereby revokes, replaces and supersedes any prior beneficiary designation by Affiant, whether by deed or affidavit, related to the Property.

AFFIANT:

Raymond Schneider

Patricia B. Schneider, Spouse of Affiant

The foregoing instrument was sworn to and subscribed before me this 21st day of December, 2018 by Raymond Schneider.

Notarial Seal — State of Ohio

EMILY S. PAN, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMM. HAS NO EXPIRATION DATE
O.R.C. SECTION 147.03

Notary Public

The foregoing instrument was sworn to and subscribed before me this 21st day of December, 2018 by Patricia B. Schneider.

Notarial Seal — State of Ohio

EMILY S. PAN, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
MY COMM. HAS NO EXPIRATION DATE
O.R.C. SECTION 147.03

Notary Public

This Instrument Prepared By: Michelle L. Clemons, Esq., Vorys, Sater, Seymour and Pease LLP, 301 East Fourth Street, Suite 3500, Great American Tower, Cincinnati, OH 45202

13828 01222

**EXHIBIT "A"**

PARCEL NO. 612-0100-0245-00 5r

Situated in the city of Blue Ash, Hamilton County, Ohio: Lot 5 of Tiffany Ridge Subdivision as recorded in Plat Book 249, Pages 42-43 of the Hamilton County, Ohio Plat Records.

More Commonly Known As: 3515 Tiffany Ridge Lane, Blue Ash, Ohio 45241

DESCRIPTION ACCEPTABLE
HAMILTON COUNTY ENGINEER
Tax Map - 1/7/19 JL
CAGIS -



31612177