# "EXHIBIT R"

# PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** **Huntington Bank** **6/1/2019**

| | |
|---|---|
| **Name:** | RAYMOND SCHNEIDER |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE |
| **City,State & Zip:** | Cincinnati, Ohio 45241 |
| **Occupation:** | Developer / NH Administrator |
| **Business Address:** | 10988 Deerfield Road |
| **City, State & Zip:** | Cincinnati, Ohio 45242 |
| **Business Phone:** | 842-2359 |
| **Finanacial Condition As Of:** | 6/1/2019 |

| | | | | |
|---|---|---|---|---|
| **Cash On Hand:** | $ | 775,000 | **Notes Payable Bank Secured:** | $ 54,043,000 |
| **Marketable Securities: (See Schedule A)** | $ | 13,605,400 | **Notes Payable Bank Unsecured:** | $ 23,000 |
| **Non-Marketable Securities: (See Schedule B)** | $ | 96,100,000 | **Amounts Payable To Others Secured:** | $ 25,000 |
| **Securities Held-Broker: In Margin Accounts** | $ | 13,605,400 | **Amounts Payable To Others Unsecured:** | $ 85,000 |
| **Partial Interest In Real Estate:(See Schedule C)** | $ | 20,920,000 | **Amounts and Bills Due:** | $ 40,000 |
| **Real Estate Owned: (See Schedule D)** | $ | 3,500,000 | **Real Estate Mortgages Payables** | $ 711,000 |
| **Loans Receivable:** | $ | 1,500,000 | **See Schedules C & D)** | $ 19,078,000 |
| **Automobiles & Other Personal Property:** | $ | 450,000 | **Other Debts:** | |
| **Cash-Value L-Insurance: (See Schedule E)** | $ | 653,500 | | |
| **Other Assets:** | $ | 850,000 | | |
| **TOTAL ASSETS** | $ | 151,959,300 | **TOTAL LIABILITIES:** | $ 74,005,000 |
| | | | **NET WORTH** | $ 77,954,300 |

## SCHEDULE A - MARKETABLE SECURITIES

6/1/2019

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 19,454,400 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 5,849,000 |
| | | | Liquidity beyond pledge | $ 13,605,400 |

## SCHEDULE B NON- MARKETABLE SECURITIES

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 1,600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 650,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 12,000,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,500,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 4,400,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,800,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 8,500,000 |
| 100% | Horizon Health Mgt. | GRHPR | Yes | $ 550,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,500,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 5,500,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 6,600,000 |
| 85% | the RED | HPC | NO | $ 31,500,000 |
| 100% | Retail | Retail | NO | $ 1,000,000 |
| 100% | Saugus Red Dog | Saugus RD | YES | $ 5,500,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,500,000 |
| | | | | $ 96,100,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 210,000 | $ 78,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 100,000 | $ 38,000 |
| HRM/Horizon | RBS LLC | 33% | 1973 | $ 2,000,000 | $ 1,000,000 | $ - |
| West Chester RD | West Chester | 10% | 2016 | $ 660,000 | $ 750,000 | $ 560,000 |
| 54/72 Various | 54/72 Kenwood | 50% | 2000 | $ 13,000,000 | $ 18,500,000 | $17,500,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 110,000 | $ 45,000 |
| Alternative Home Care | Alternative | 25% | 2001 | $ 85,000 | $ 250,000 | $ 146,000 |
| | | | | | $ 20,920,000 | $18,367,000 |

## SCHEDULE D - REAL ESTATE OWNED

6/1/2019

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 850,000 | $ 320,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,250,000 | $ 391,000 | $ 2,900 |
| Eastgate | RBS | 1994 | $ 120,000 | $ 1,400,000 | $ - | $ - |
| | TOTAL | | $ 960,000 | $ 3,500,000 | $ 711,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Prudential | RBS | WIFE | $ 4,800,000 | N/A | $ 4,800,000 | $ 258,000 |
| Prudential | RBS | WIFE | $ 500,000 | N/A | $ 500,000 | $ 278,500 |
| Guardian | RBS | WIFE | $ 500,000 | N/A | $ 535,000 | $ 117,000 |
| | | TOTAL | $ 5,800,000 | | $ 5,835,000 | $ 653,500 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| Huntington Bank | RBS | S | 2016 | $ 17,500,000 | $ 17,100,000 | $ 62,000 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 12,000 |
| SBA | BRD LLC. | S | 2009 | $ 5,000,000 | $ - | $ - |
| Bluehills Bank | RD LLC. | S | 2009 | $ 6,250,000 | $ 5,840,000 | $ 32,500 |
| First Financial | RBS | S | 2015 | $ 7,000,000 | $ 6,595,000 | $ 21,300 |
| Integra Bank | RBS | S | 2004 | $ 6,600,000 | $ - | $ - |
| Stockyard Bank | GRSHP LLC. | S | 2015 | $ 18,500,000 | $ 17,855,000 | $ 59,500 |
| BB&T/BofK | RD Cincy | S | 2009 | $ 14,250,000 | $ 1,455,000 | $ 3,650 |
| Aegon | the RED | S | 2018 | $ 45,000,000 | $ 24,996,000 | $ 126,000 |
| | | TOTAL | | $ 123,350,000 | $ 34,965,000 | $ 190,950 |

**TOTAL ASSETS**

| Sources of Income for the Year Ending: | | 12/31/2018 |
|---|---|---|
| Interest Income | $ 245,000 | |
| Depreciation/Deduct | $ (415,000) | |
| Real Estate Income:ADJ-Inc | $ (1,070,000) | |
| Other Income: | $ 3,439,000 | |
| TOTAL | $ 2,199,000 | |

Signature: [signature]

Date Signed: 7/1/19