# “EXHIBIT S”

# PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** **Capital Partners** **9/1/21**

**Name:** RAYMOND SCHNEIDER

**Residence Address:** 3515 TIFFANY RIDGE LANE

**City,State & Zip:** Cincinnati, Ohio 45241

**Occupation:** Developer Operator

**Business Address:** 10988 Deerfield Road

**City, State & Zip:** Cincinnati, Ohio 45242

**Business Phone:** 842-2359

**Finanacial Condition As Of:** 9/1/21

| | | | |
|---|---|---|---|
| Cash On Hand: | $ 47,000 | Amounts and Bills Secured: | $ 32,000 |
| Marketable Securities: (See Schedule A) | $ 18,200,000 | Debt Marketable Securities: (See Schedule A) | $ 14,950,000 |
| Non-Marketable Securities: (See Schedule B) | $ 124,700,000 | Debt Non-Marketable Securities (See Schedule F) | $ 113,736,000 |
| Partial Interest In Real Estate:(See Schedule C) | $ 1,930,000 | Debt Partial Interests in RE: (See Schedule C) | $ 1,040,000 |
| Real Estate Owned: (See Schedule D) | $ 1,650,000 | Debt Real Estate Owned: (See Schedule D | $ 690,000 |
| Loans Receivable: | $ 8,000 | Notes Payable Bank Unsecured: | $ 25,000 |
| Automobiles & Other Personal Property: | $ 275,000 | Amounts Payable to Others Secured: | $ 10,000 |
| Cash-Value L-Insurance: (See Schedule E) | $ 1,086,000 | Amounts Payable to Others Unsecured: | $ 5,000 |
| Other Assets: | $ 320,000 | | |
| TOTAL ASSETS | $ 148,213,000 | TOTAL LIABILITIES: | $ 130,488,000 |
| | | NET WORTH | $ 17,725,000 |

Financial Statement

**SCHEDULE A - MARKETABLE SECURITIES** 9/1/21

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 18,200,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 14,950,000 |
| | | | Liquidity beyond pledge | $ 3,250,000 |

**SCHEDULE B NON- MARKETABLE SECURITIES**

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| 100% | Office-EG | RBS | Yes | | $ 400,000 | $ 250,000 |
| 80% | Atlanta | Red Dog | Yes | | $ 3,600,000 | $ 3,300,000 |
| 1% | Pet Mall | Trust-Boston RD | Yes | | $ 8,000,000 | $ 6,875,000 |
| 1% | Amelia | Trust-GRHPR | Yes | | NA | $ - |
| 1% | 74 Self Storage | Trust-GRHPR | Yes | | NA | $ - |
| 1% | Blue Ash | Trust-GRHPR | Yes | | NA | $ - |
| 1% | Circle Colerain | Trust-GRHPR | Yes | | NA | $ - |
| 1% | Springdale CS | Trust-GRHPR | Yes | | NA | $ - |
| 1% | West Chester | Trust-GRHPR | Yes | Loan Pack | $ 35,000,000 | $ 31,700,000 |
| 80% | Ivy Knoll | IKRD | Yes | | $ 4,100,000 | $ 3,700,000 |
| 1% | Cintl Red Dog | Trust-RD Realty | Yes | | $ 4,250,000 | $ 3,450,000 |
| 1% | the RED | Trust-RED | Yes | | $ 47,000,000 | $ 44,700,000 |
| 1% | Red Dog Saugus | Trust-NSRD | Yes | | $ 4,650,000 | $ 3,890,000 |
| 80% | RED Corner | CD | Yes | | $ 10,500,000 | $ 9,700,000 |
| 100% | Oaklawn | CD | Yes | | $ 200,000 | $ 190,000 |
| 100% | 9314 Kenwood Rd | CD | Yes | | $ 2,400,000 | $ 2,024,000 |
| 100% | Lebanon Krogers | CD | Yes | | $ 1,000,000 | $ 950,000 |
| 50% | Retail | Retail | Yes | | $ 850,000 | $ 550,000 |
| 1% | Mason Red Dog | Trust-RD | Yes | | $ 2,750,000 | $ 2,457,000 |
| | | | | | $ 124,700,000 | $ 113,736,000 |

**SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE**

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| Hamilton Propty | RBS | 5% | Various | $ 150,000 | $ 210,000 | NA |
| Richwood | RBS | 4% | Various | $ 185,000 | $ 220,000 | NA |
| Point Blank | RBS LLC | 1% | 2018 | $ 125,000 | $ 175,000 | NA |
| Dillionvale SC | RBS | 6% | 2000 | $ 85,000 | $ 125,000 | $ 65,000 |
| 54/72 | Taken by RECEIVER | 50% | Various | $ 13,000,000 | NA | NA |
| Kenwood Chill | Kenwood LLC. | 100% | 2021 | $ 1,200,000 | $ 1,200,000 | $ 975,000 |
| | | | | | $ 1,930,000 | $ 1,040,000 |

Financial Statement

**SCHEDULE D - REAL ESTATE OWNED** 9/1/21

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 750,000 | $ 300,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 900,000 | $ 390,000 | $ 2,900 |
| TOTAL | | | $ 840,000 | $ 1,650,000 | $ 690,000 | $ 5,500 |

* Rental income 1100 mth

**SCHEDULE E - LIFE INSURANCE**

| Company: | Name Of Policy: | Owner: | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | $ 3,250,000 | N/A | $ 3,250,000 | $1,085,000 |
| Lincoln National | RBS | WIFE | $ 10,000,000 | N/A | $ 10,000,000 | -0- |
| | | TOTAL | $ 13,250,000 | | $ 13,250,000 | $1,085,000 |

**BANKS WHERE CREDIT HAS BEEN OBTAINED**

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| 5/3 | RBS | S | 2016 | $ 17,500,000 | $ - | $ - |
| Huntington Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 18,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ - | $ - |
| Blue Hills | RD LLC. | S | 2009 | $ 11,250,000 | $ 10,540,000 | $ 35,500 |
| Civista Bank | RBS | S | 2015 | $ 12,000,000 | $ 9,695,000 | $ 44,300 |
| Aegon | RBS | S | 2017 | $ 45,000,000 | $ 44,700,000 | $ 220,000 |
| First Merchant | GRSHP LLC. | S | 2019 | $ 35,000,000 | $ 29,875,000 | $ 156,500 |
| Synovous | RBS | S | 2019 | $ 3,500,000 | $ 3,275,000 | $ 13,589 |
| | | TOTAL | | $113,500,000 | $ 101,305,000 | $ 487,889 |

Signature: [signature]

9/1/21

# EXHIBIT 3