# "EXHIBIT T"

# PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** **First Merchant Bank** **6/1/22**

| | |
|---|---|
| **Name:** | RAYMOND SCHNEIDER |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE |
| **City,State & Zip:** | Cincinnati, Ohio 45241 |
| **Occupation:** | Developer Operator |
| **Business Address:** | 10988 Deerfield Road |
| **City, State & Zip:** | Cincinnati, Ohio 45242 |
| **Business Phone:** | 842-2359 |
| **Finanacial Condition As Of:** | 6/1/22 |

| | | | |
|---|---|---|---|
| **Cash On Hand:** | $ 245,000 | **Amounts and Bills Secured:** | $ 55,000 |
| **Marketable Securities: (See Schedule A)** | $ 23,400,000 | **Debt Marketable Securities: (See Schedule A)** | $ 13,750,000 |
| **Non-Marketable Securities: (See Schedule B)** | $ 116,525,000 | **Debt Non-Marketable Securities (See Schedule F)** | $ 75,688,000 |
| **Partial Interest in Real Estate:(See Schedule C)** | $ 6,050,000 | **Debt Partial Interests in RE: (See Schedule C)** | $ 4,087,000 |
| **Real Estate Owned: (See Schedule D)** | $ 3,480,000 | **Debt Real Estate Owned: (See Schedule D** | $ 689,000 |
| **Loans Receivable:** | $ 220,000 | **Notes Payable Bank Unsecured:** | $ 12,000 |
| **Automobiles & Other Personal Property:** | $ 320,000 | **Amounts Payable to Others Secured:** | $ 28,000 |
| **Cash-Value L-Insurance: (See Schedule E)** | $ 1,085,000 | **Amounts Payable to Others Unsecured:** | $ 40,000 |
| **Other Assets:** | $ 350,000 | | |
| **TOTAL ASSETS** | **$ 151,675,000** | **TOTAL LIABILITIES:** | $ 94,349,000 |
| | | **NET WORTH** | **$ 57,326,000** |

**SCHEDULE A - MARKETABLE SECURITIES** 6/1/22

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 23,400,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 13,750,000 |
| | | | Liquidity beyond pledge | $ 9,650,000 |

**SCHEDULE B NON- MARKETABLE SECURITIES**

| # of Shares Face Value: | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| 100% | Land/Office/Wrhse-EG | RBS | NO | $ 600,000 |
| 100% | Land | Hyde P. Circle | Yes | $ 750,000 |
| 100% | Pet Mall | Boston RD | Yes | $ 10,150,000 |
| 100% | Amelia | GRHPR | Yes | $ 3,250,000 |
| 100% | 74 Self Storage | GRHPR | Yes | $ 3,750,000 |
| 100% | Blue Ash | GRHPR | Yes | $ 6,250,000 |
| 100% | Circle Colerain | GRHPR | Yes | $ 7,800,000 |
| 100% | Springdale CS | GRHPR | Yes | $ 10,700,000 |
| 100% | West Chester | GRHPR | Yes | $ 3,500,000 |
| 100% | Ivy Knoll | IKRD | Yes | $ 3,850,000 |
| 100% | Lebanon Krogers | GRHPR | Yes | $ 2,000,000 |
| 100% | Cinti Red Dog | RD Realty | Yes | $ 6,050,000 |
| 85% | the RED | HPC | Yes | $ 40,550,000 |
| 100% | Red Dog Saugus | NSRD | Yes | $ 5,650,000 |
| 100% | Retail | Retail | Yes | $ 950,000 |
| 100% | Gatherings | Techwoods LLC | Yes | $ 3,500,000 |
| 100% | Kett Warehouse | Madison LLC | Yes | $ 3,200,000 |
| 100% | Mason Red Dog | RD Realty | Yes | $ 4,025,000 |
| | | | | $ 116,525,000 |

**SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE**

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| NHome-Various | HRM Realty | 33% | Various | $ 296,000 | $ 610,000 | $ 178,000 |
| Various-Apt Blgs | RH Investmt | 50% | Various | $ 288,000 | $ 600,000 | $ 118,000 |
| HRM/Horizon | RBS LLC | 33% | 1973 | $ 2,000,000 | $ 300,000 | $ - |
| Atlanta RD | Atlanta RD LLC | 80% | 2019 | $ 3,400,000 | $ 3,650,000 | $ 3,300,000 |
| Warehouse | All Realty | 33% | 1979 | $ 6,000 | $ 90,000 | $ 45,000 |
| Kenwood Ptr. | Kenwood LCC | 33% | 2001 | $ 585,000 | $ 800,000 | $ 446,000 |
| | | | | | $ 6,050,000 | $ 4,087,000 |
| | | | | | | $ 1,963,000 |

## SCHEDULE D - REAL ESTATE OWNED

6/1/22

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 880,000 | $ 309,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,250,000 | $ 380,000 | $ 2,900 |
| EastGate Land | RBS | 1997 | $ 1,250,000 | $ 1,350,000 | -0- | -0- |
| | TOTAL | | $ 2,090,000 | $ 3,480,000 | $ 689,000 | $ 5,500 |

* Rental income 1100 mth

## SCHEDULE E - LIFE INSURANCE

| Company: | Name Of Policy: | Owner: | | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | | $ 3,250,000 | N/A | $ 3,250,000 | $1,085,000 |
| Lincoln National | RBS | WIFE | | $ 10,000,000 | N/A | $ 10,000,000 | -0- |
| | | | TOTAL | $ 13,250,000 | | $ 13,250,000 | $1,085,000 |

## BANKS WHERE CREDIT HAS BEEN OBTAINED

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| leritage Bank | RBS | S | 2019 | $ 4,100,000 | $ 4,065,000 | $ 21,500 |
| Bank GE Credit | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,160,000 | $ 18,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ 1,758,000 | $ 11,000 |
| Rockland Bank | RD LLC. | S | 2009 | $ 4,250,000 | $ 3,840,000 | $ 28,500 |
| Civista Bank | RBS | S | 2015 | $ 10,000,000 | $ 9,395,000 | $ 34,500 |
| Aegon | RBS | S | 2017 | $ 45,000,000 | $ 38,000,000 | $ 158,000 |
| First Merchant | 3RSHP LLC. | S | 2019 | $ 20,000,000 | $ 19,535,000 | $ 74,500 |
| | | TOTAL | | $ 86,000,000 | $ 75,688,000 | $ 346,000 |
| | | TOTAL ASSETS | | | | |

**Sources of Income for the Year Ending:** 12/31/21

| | | |
|---|---|---|
| Interest Income | $ 372,000 | |
| Depreciation/Deduct | $ (880,000) | * Depreciation $5,450,000 |
| Real Estate Income:ADJ-Inc | $ (1,140,000) | |
| Other Income: | $ 3,860,000 | |
| TOTAL | $ 2,212,000 | |

Signature: [signature]

Date Signed: 7/7/22