# “EXHIBIT U”

# PERSONAL FINANCIAL STATEMENT

**CONFIDENTIAL TO:** **AEGON** **4/30/23**

**Name:** RAYMOND SCHNEIDER

**Residence Address:** 3515 TIFFANY RIDGE LANE

**City,State & Zip:** Cincinnati, Ohio 45241

**Occupation:** Developer Operator

**Business Address:** 10988 Deerfield Road

**City, State & Zip:** Cincinnati, Ohio 45242

**Business Phone:** 842-2359

**Finanacial Condition As Of:** 4/30/23

| | | | |
|---|---|---|---|
| **Cash On Hand:** | $ 165,000 | **Amounts and Bills Secured:** | $ 12,000 |
| **Marketable Securities: (See Schedule A)** | $ 24,500,000 | **Debt Marketable Securities: (See Schedule A)** | $ 16,950,000 |
| **Non-Marketable Securities: (See Schedule B)** | $ 194,700,000 | **Debt Non-Marketable Securities (See Schedule F)** | $ 109,686,000 |
| **Partial Interest In Real Estate:(See Schedule C)** | $ 5,230,000 | **Debt Partial Interests in RE: (See Schedule C)** | $ 3,640,000 |
| **Real Estate Owned: (See Schedule D)** | $ 5,550,000 | **Debt Real Estate Owned: (See Schedule D** | $ 2,790,000 |
| **Loans Receivable:** | $ 1,000 | **Notes Payable Bank Unsecured:** | $ |
| **Automobiles & Other Personal Property:** | $ 75,000 | **Amounts Payable to Others Secured:** | $ 10,000 |
| **Cash-Value L-Insurance: (See Schedule E)** | $ 1,085,000 | **Amounts Payable to Others Unsecured:** | $ 5,000 |
| **Other Assets:** | $ 270,000 | | |
| **TOTAL ASSETS** | **$ 231,576,000** | **TOTAL LIABILITIES:** | $ 133,093,000 |
| | | **NET WORTH** | **$ 98,483,000** |

## SCHEDULE A - MARKETABLE SECURITIES

4/30/23

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 24,500,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 16,950,000 |
| | | | Liquidity beyond pledge | $ 7,550,000 |

## SCHEDULE B NON- MARKETABLE SECURITIES

| Control | Ownership RAY | Description: | In Name Of: | Are These Pledged: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| 100% | 100% | American Heart | To Life | Yes | $ 1,600,000 | $ 1,250,000 |
| 100% | 80% | Pet Hotel & Spa | Trust-GRHPR | Yes | $ 14,500,000 | $ 6,875,000 |
| 100% | 80% | Amelia CS | Trust-GRHPR | Yes | $ 6,500,000 | $ 3,000,000 |
| 100% | 80% | Harrison CS | Trust-GRHPR | Yes | $ 6,000,000 | $ 3,000,000 |
| 100% | 80% | Blue Ash CS | Trust-GRHPR | Yes | $ 6,000,000 | $ 4,500,000 |
| 100% | 80% | Circle Colerain CS | Trust-GRHPR | Yes | $ 9,000,000 | $ 4,600,000 |
| 100% | 80% | Springdale CS | Trust-GRHPR | Yes | $ 11,000,000 | $ 8,600,000 |
| 100% | 80% | West Chester CS | Trust-GRHPR | Yes | $ 10,500,000 | $ 7,700,000 |
| 100% | 85% | Ivy Knoll | IKRD | Yes | $ 7,500,000 | $ 3,700,000 |
| 100% | 80% | Cinti Red Dog | Trust-RD Realty | Yes | $ 6,000,000 | $ 2,800,000 |
| 100% | 80% | the RED | Trust-RED | Yes | $ 80,000,000 | $ 43,700,000 |
| 100% | 80% | Red Dog Saugus | Trust-NSRD | Yes | $ 6,000,000 | $ 3,890,000 |
| 100% | 100% | RED Corner | Red Corner | Yes | $ 14,000,000 | $ 7,700,000 |
| 100% | 100% | Oaklawn | HP Circle | Yes | $ 300,000 | $ 190,000 |
| 100% | 100% | Ringo Lane | 9617 Kenwood | Yes | $ 3,500,000 | $ 2,024,000 |
| 100% | 100% | Lebanon Krogers | Lebanon | Yes | $ 3,000,000 | $ 950,000 |
| 100% | 100% | Retail | Retail | Yes | $ 1,250,000 | $ 550,000 |
| 100% | 100% | Gatherings | Tech Woods | Yes | $ 2,250,000 | $ 1,450,000 |
| 100% | 100% | Applebees | Tech Woods | Yes | $ 1,250,000 | $ 750,000 |
| 100% | 80% | Mason Red Dog | Trust-RD | Yes | $ 4,550,000 | $ 2,457,000 |
| | | | | | $ 194,700,000 | $ 109,686,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| Hamilton Propty | Hamilton | 5% | Various | $ 150,000 | $ 210,000 | NA |
| Rookwood | Rookwood | 4% | Various | $ 185,000 | $ 220,000 | NA |
| Point Blank | RBS LLC | 1% | 2018 | $ 125,000 | $ 175,000 | NA |
| Dillionvale SC | Dillionvale | 6% | 2000 | $ 85,000 | $ 125,000 | $ 65,000 |
| Kett Tool | Warehouse | 100% | 2020 | $ 2,800,000 | $ 3,200,000 | $ 2,600,000 |
| Kenwood Land | 9617 Kenwood | 100% | 2021 | $ 1,218,000 | $ 1,300,000 | $ 975,000 |
| | | | | | $ 5,230,000 | $ 3,640,000 |

**SCHEDULE D - REAL ESTATE OWNED** 4/30/23

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 750,000 | $ 300,000 | $ 2,600 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 1,300,000 | $ 390,000 | $ 2,900 |
| Maine | RBS | 2021 | $ 2,550,000 | $ 3,500,000 | $ 2,100,000 | $ 9,100 |
| | **TOTAL** | | $ 3,390,000 | $ 5,550,000 | $ 2,790,000 | $ 14,600 |

* Rental income 1100 mth

**SCHEDULE E - LIFE INSURANCE**

| Company: | Name Of Policy: | Owner: | | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | | $ 3,250,000 | N/A | $ 3,250,000 | $1,085,000 |
| Lincoln National | RBS | WIFE | | $ 10,000,000 | N/A | $ 10,000,000 | -0- |
| | | | **TOTAL** | $ 13,250,000 | | $ 13,250,000 | $1,085,000 |

**BANKS WHERE CREDIT HAS BEEN OBTAINED**

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| Heritage | RBS | S | 2019 | $ 3,500,000 | $ 2,970,000 | $ 5,300 |
| GE Credit Union | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 18,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ 1,758,000 | $ - |
| Blue Hills | RD LLC. | S | 2009 | $ 11,250,000 | $ 10,540,000 | $ 35,500 |
| Civista Bank | RBS | S | 2015 | $ 12,000,000 | $ 9,695,000 | $ 44,300 |
| Aegon | To Life the RED | S | 2017 | $ 45,000,000 | $ 43,800,000 | $ 220,000 |
| First Merchant | 3RSHP LLC. | S | 2019 | $ 35,000,000 | $ 29,875,000 | $ 86,500 |
| Heritage | RBS | S | 2021 | $ 1,500,000 | $ 1,450,000 | $ 4,500 |
| | | **TOTAL** | | $115,000,000 | $ 103,308,000 | $ 414,100 |

**TOTAL ASSETS**

| **Sources of Income for the Year Ending:** | 12/31/22 | |
|---|---|---|
| **Interest Income** | $ 395,000 | |
| **Depreciation/Deduct** | $ (345,000) | * Depreciation $5,150,000 |
| **Real Estate Income:ADJ-Inc** | $ (1,570,000) | |
| **Other Income:** | $ 3,425,000 | |
| **TOTAL** | $ 1,905,000 | |

**Signature:**

**Date Signed:** 5/8/23