# “EXHIBIT V”

**RAYMOND SCHNEIDER**
**FINANCIAL STATEMENT**
**As of: March 31, 2024**

| | Asset Value | Liabilities | Net Equity |
|---|---|---|---|
| **Investments** | | | |
| Merrill Lynch Investment Portfolio | $29,817,353 | $17,615,362 | $12,201,991 |
| **Life Insurance** | | | |
| Whole Life Insurance Policy | $2,553,625 | $0 | $2,553,625 |
| **Real Estate Holdings** | | | |
| ***Red Dog Rental Property*** | | | |
| Boston Red Dog | $18,000,000 | $5,865,720 | $12,134,280 |
| Cincinnati Red Dog | $7,500,000 | $3,669,320 | $3,830,680 |
| North Shore Red Dog | $8,000,000 | $3,533,570 | $4,466,430 |
| Mason Red Dog | $5,000,000 | $2,254,171 | $2,745,829 |
| ***Rental Properties*** | | | |
| The Gatherings | $2,500,000 | $1,387,604 | $1,112,396 |
| KETT Tool | $3,500,000 | $1,988,574 | $1,511,426 |
| Eastgate | $2,250,000 | $0 | $2,250,000 |
| The Red Corner | $15,000,000 | $7,016,268 | $7,983,732 |
| Madison Circle | $1,500,000 | $0 | $1,500,000 |
| ***Properties Held For-Development*** | | | |
| American Heart | $1,400,000 | $937,500 | $462,500 |
| The RED Parcel D | $1,500,000 | $0 | $1,500,000 |
| Kenwood Road Development | $5,500,000 | $2,946,286 | $2,553,714 |
| Techwoods Circle | $1,500,000 | $760,000 | $740,000 |
| Evendale | $800,000 | $0 | $800,000 |
| ***Properties Held For-Disposition*** | | | |
| Ivy Knoll | $6,100,000 | $3,201,851 | $2,898,149 |
| Lebanon Kroger | $2,600,000 | $141,687 | $2,458,313 |
| **TOTALS** | **$115,020,978** | **$51,317,913** | **$63,703,065** |

**SIGNATURE:** [signature] **DATE:** 5/29/24

These financial statements are prepared by management and are considered to be accurate. We believe these statements are free of material and intentional misstatement, however due to significant transactions that occur throughout the year they are subject to change, often based on the advice of the tax preparers. The information contained in this report is strictly CONFIDENTIAL and may not be reproduced, provided to any other person or used for any other purpose without the prior written permission of Raymond Schneider, in his absolute and sole discretion. Entities in which Raymond Schneider does not own a controlling interest or are materially insignificant are not included in this report.