# "EXHIBIT W"

# PERSONAL FINANCIAL STATEMENT

| | | | |
|---|---|---|---|
| **CONFIDENTIAL TO:** | **Warsaw Bank** | | **10/1/25** |
| **Name:** | RAYMOND SCHNEIDER | | |
| **Residence Address:** | 3515 TIFFANY RIDGE LANE | | |
| **City,State & Zip:** | Cincinnati, Ohio 45241 | | |
| **Occupation:** | Developer Operator | | |
| **Business Address:** | 10988 Deerfield Road | | |
| **City, State & Zip:** | Cincinnati, Ohio 45242 | | |
| **Business Phone:** | 842-2359 | | |
| **Finanacial Condition As Of:** | 10/1/25 | | |

| | | | |
|---|---|---|---|
| **Cash On Hand:** | $ 95,000 | **Amounts and Bills Secured:** | $ 16,000 |
| **Marketable Securities: (See Schedule A)** | $ 28,950,000 | **Debt Marketable Securities: (See Schedule A)** | $ 18,250,000 |
| **Non-Marketable Securities: (See Schedule B)** | $ 115,350,000 | **Debt Non-Marketable Securities (See Schedule F)** | $ 66,451,000 |
| **Partial Interest In Real Estate:(See Schedule C)** | $ 4,430,000 | **Debt Partial Interests In RE: (See Schedule C)** | $ 1,952,000 |
| **Real Estate Owned: (See Schedule D)** | $ 7,475,000 | **Debt Real Estate Owned: (See Schedule D** | $ 2,588,000 |
| **Loans Receivable:** | $ 1,800 | **Notes Payable Bank Unsecured:** | $ |
| **Automobiles & Other Personal Property:** | $ 285,000 | **Amounts Payable to Others Secured:** | $ 65,000 |
| **Cash-Value L-Insurance: (See Schedule E)** | $ 2,435,000 | **Amounts Payable to Others Unsecured:** | $ 2,500 |
| **Other Assets:** | $ 370,000 | | |
| **TOTAL ASSETS** | **$ 159,391,800** | **TOTAL LIABILITIES:** | $ 89,324,500 |
| | | **NET WORTH** | **$ 70,067,300** |

## SCHEDULE A - MARKETABLE SECURITIES

10/1/25

| # of Shares Face Value: (Bonds) | Description: | In Name Of: | Are These Pledged: | Market Value: |
|---|---|---|---|---|
| N/A | Various | RBS | Yes | $ 28,950,000 |
| N/A | LMA Loan | RBS | Merrill Lynch Loan | $ 18,250,000 |
| | | | Liquidity beyond pledge | $ 10,700,000 |

## SCHEDULE B NON- MARKETABLE SECURITIES

| Control | Ownership RAY | Description: | In Name Of: | Are These Pledged: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| 100% | 100% | American Heart | Circle Dev. | Yes | $ 2,000,000 | $ 950,000 |
| 100% | 80% | Boston Pet Hotel & Spa | GRHPR | Yes | $ 14,500,000 | $ 6,675,000 |
| 100% | 1% | Amelia CS | Trust-GRHPR | Yes | $ 6,500,000 | $ 3,000,000 |
| 100% | 1%% | Harrison CS | Trust-GRHPR | Yes | $ 6,000,000 | $ 3,000,000 |
| 100% | 1% | Blue Ash CS | Trust-GRHPR | Yes | $ 8,000,000 | $ 4,500,000 |
| 100% | 1% | Circle Colerain CS | Trust-GRHPR | Yes | $ 10,000,000 | $ 4,600,000 |
| 100% | 1% | Springdale CS | Trust-GRHPR | Yes | $ 11,000,000 | $ 8,600,000 |
| 100% | 1% | West Chester CS | Trust-GRHPR | Yes | $ 10,500,000 | $ 7,700,000 |
| 100% | 85% | Ivy Knoll | IKRD | Yes | $ 6,000,000 | $ 3,100,000 |
| 100% | 100% | Cinti Red Dog RE | RD Realty | Yes | $ 6,000,000 | $ 3,400,000 |
| 100% | 9% | the RED | Trust-RED | Yes | $ 3,400,000 | $ 3,100,000 |
| 100% | 100% | Red Dog Saugus RE | NSRD | Yes | $ 6,000,000 | $ 3,890,000 |
| 100% | 100% | RED Corner | Red Corner | Yes | $ 13,500,000 | $ 7,700,000 |
| 100% | 100% | Oaklawn | HP Circle | Yes | $ 300,000 | $ 145,000 |
| 100% | 1% | Ringo Lane | Trust-RED | Yes | $ 4,150,000 | $ 2,024,000 |
| 100% | 100% | Retail | Retail | NO | $ 1,250,000 | -0- |
| 100% | 100% | Gatherings | Gatherings | Yes | $ 2,250,000 | $ 1,380,000 |
| 100% | 100% | Roselawn | Roselawn | No | $ 350,000 | -0- |
| 100% | 100% | Grasshopper | EastGate CS | NO | $ 2,500,000 | $ 250,000 |
| 100% | 100% | Mason Red Dog RE | Trust-RD | Yes | $ 4,550,000 | $ 2,437,000 |
| | | | | | $ 115,350,000 | $ 66,451,000 |

## SCHEDULE C - PARTIAL INTEREST IN REAL ESTATE

| Address & Type Of Property | Title In Name Of: | % Of Own: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: |
|---|---|---|---|---|---|---|
| Hamilton Propty | Hamilton | 5% | Various | $ 150,000 | $ 210,000 | NA |
| Rookwood | Rookwood | 4% | Various | $ 185,000 | $ 220,000 | NA |
| Point Blank | RBS LLC | 1% | 2018 | $ 125,000 | $ 175,000 | NA |
| Dillionvale SC | Dillionvale | 6% | 2000 | $ 85,000 | $ 125,000 | $ 52,000 |
| Kett Tool | Warehouse | 100% | 2020 | $ 2,800,000 | $ 3,200,000 | $ 1,900,000 |
| KenwoEvandaleod Land | Land 2.4 acres | 100% | 2001 | $ 100,000 | $ 500,000 | $ -0- |
| | | | | | $ 4,430,000 | $ 1,952,000 |

**SCHEDULE D - REAL ESTATE OWNED** 10/1/25

| Address & Type: | Title In Name Of: | Date Aquired: | Cost: | Market Value: | Mortgage Balances: | Monthly Payments: |
|---|---|---|---|---|---|---|
| Tiffany Ridge | RBS | 1985 | $ 345,000 | $ 975,000 | $ 88,000 | $ 2,900 |
| Colorado.* | RBS | 1995 | $ 495,000 | $ 3,000,000 | $ 410,000 | $ 2,900 |
| Maine | RBS | 2021 | $ 2,550,000 | $ 3,500,000 | $ 2,090,000 | $ 9,100 |
| | TOTAL | | $ 3,390,000 | $ 7,475,000 | $ 2,588,000 | $ 14,900 |

* Rental income 1800 mth

**SCHEDULE E - LIFE INSURANCE**

| Company: | Name Of Policy: | Owner: | | Benificiary Amount: | Face Loans: | Policy Value: | Cash Surrender: |
|---|---|---|---|---|---|---|---|
| Lincoln National | RBS | WIFE | | $ 3,250,000 | N/A | $ 3,250,000 | $2,435,000 |
| Lincoln National | RBS | WIFE | | $ 10,000,000 | N/A | $ 10,000,000 | -0- |
| | | | TOTAL | $ 13,250,000 | | $ 13,250,000 | $2,435,000 |

**BANKS WHERE CREDIT HAS BEEN OBTAINED**

| Name Of Lender: | Credit In Name Of: | Secured Unsecured: | Original Date: | High Credit: | Current Balance: | Monthly Payment: |
|---|---|---|---|---|---|---|
| ritage-Kett/App | RBS | S | 2019 | $ 3,500,000 | $ 2,970,000 | $ 5,300 |
| GE Credit Union | Red Dog RD | S | 2016 | $ 3,250,000 | $ 3,220,000 | $ 18,000 |
| SBA | BRD LLC. | S | 2009 | $ 3,500,000 | $ 1,758,000 | $ - |
| Blue Hills | RD LLC. | S | 2009 | $ 11,250,000 | $ 10,540,000 | $ 35,500 |
| Civista Bank | RBS | S | 2015 | $ 12,000,000 | $ 9,695,000 | $ 44,300 |
| Aegon | To Life | S | 2017 | $ 45,000,000 | $ 42,800,000 | $ 220,000 |
| First Merchant | the RED<br>3RSHP LLC. | S | 2019 | $ 35,000,000 | $ 29,875,000 | $ 138,500 |
| Heritage-Gatherings | RBS | S | 2021 | $ 1,500,000 | $ 1,450,000 | $ 9,100 |
| | | TOTAL | | $115,000,000 | $ 102,308,000 | $ 470,700 |

**TOTAL ASSETS**

| | | | |
|---|---|---|---|
| **Sources of Income for the Year Ending:** | | 12/31/24 | |
| **Interest Income** | $ 445,000 | | |
| **Depreciation/Deduct** | $ (437,000) | * Depreciation $5,150,000 | |
| **Real Estate Income:ADJ-Inc** | $ (1,950,000) | | |
| **Other Income:** | $ 3,425,000 | | |
| **TOTAL** | $ 1,483,000 | | |

**Signature:** [signature]

**Date Signed:** 10/25/25