# "EXHIBIT II"

| | |
|---|---|
| **Ryan Lett** | Good afternoon, everyone. This is a meeting of creditors in the Chapter 11 case of Raymond Joseph Schneider, Case Number 25-12607, currently pending in the Bankruptcy Court for the Southern District of Ohio. Today's date is November 21st, 2025, and the time is 1:30 p.m. This meeting of creditors is being conducted by the Office of the United States Trustee pursuant to Section 341(a) of the Bankruptcy Code. The United States Trustee for Region 9 is Andrew Vara. I am Ryan Lett, an attorney for the United States Trustee.<br><br>This meeting is being electronically recorded. No other individuals may record this proceeding. However, if you'd like a copy of the recording, please reach out to me at ryan.lett@usdoj.gov and our office will prepare a copy.<br><br>I'm going to examine the debtor as to his financial affairs and other matters which concern the administration of this case. After this, you, the creditors, will have an opportunity to ask some questions. If you have a question to ask or a statement to be made, please identify yourself and who you represent before doing so, when I ask you to do so. That'll be after the questions I have to ask the debtor. This meeting may be adjourned from time to time as deemed necessary.<br><br>So, with that said, James A. Coutinho is counsel for the—a counsel of record for the debtor. I note that Mr. Schneider provided a copy of his driver's license in advance of this meeting. Mr. Coutinho, is the debtor present with you today? |
| **James Coutinho** | Yes, he is. |
| **Ryan Lett** | Can you attest that he's the same person that filled out the petition, schedules, and other related documents in this bankruptcy proceeding? |
| **James Coutinho** | Yes, I can. |
| **Ryan Lett** | Mr. Schneider, can you state your name for the record? |
| **Raymond Schneider** | Raymond Schneider. |
| **Ryan Lett** | Would you hold up your right hand for me, please? And would you swear to tell the truth, the whole truth, and nothing but the truth in this meeting? |
| **Raymond Schneider** | I do. |

| | |
|---|---|
| **Ryan Lett** | Thank you, sir. I also note that Eric Goering has filed an application to employ with the court—well, Goering & Goering, LLC. Mr. Goering, are you present with the debtor, as well? |
| **Eric Goering** | I am, for now. |
| **Ryan Lett** | For now. That's fine. Let's go ahead and get started. Sometimes, Jim, debtor's counsel likes to give kind of an opening statement to set the table, if you will, in these types of things. Would you like to say anything before we begin questioning Mr. Schneider? |
| **James Coutinho** | Sure. I think everyone's relatively familiar with the background of the case, with this being the second filing. Of course, we filed a few things that outline the reasons for the second filing, primarily being that the Supreme Court has reexamined the judgment against the debtor from Huntington National Bank, which precipitated some collection activity in state courts that ultimately led to this filing. We've obviously worked to get the schedules filed in advance of this meeting and are currently working on getting additional reporting regarding the various company holdings of Mr. Schneider. Ultimately, the—we plan, and in the due course of the Florida plan, to pay the—whatever the final amounts that are due that's determined by the courts, as well as to predict the Chapter 30 that do that. Mr. Schneider has a number of business interests that he operates: some that he fully owns, some that he partially owns, and some that he doesn't—owns an interest in but doesn't control, and we're happy to provide information about those, but you know, the one point I think everyone's kind of familiar with why we're here. |
| **Ryan Lett** | I agree. Thank you, Mr. Coutinho. Mr. Schneider, your counsel indicated you own a, you know, series of businesses that he disclosed in your bankruptcy filings. Other than your involvement in those businesses, do you hold any employment or job titles with any other entity? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Okay. And with those various businesses, do you hold any formal title with those businesses? So, you know, CEO, President, anything like that? |
| **Raymond Schneider** | Most likely all of the above. |
| **Ryan Lett** | Okay. In the last, you know, say, five years, have you held any formal job titles except for businesses that you have an interest in—ownership interest in? |

| | |
|---|---|
| **Raymond Schneider** | Not that I can recall. |
| **Ryan Lett** | Can you tell me a little bit about your involvement in the businesses, you know, in general? Kind of your day to day, what your duties are, stuff like that. |
| **Raymond Schneider** | I'm the motivation of picking a project, getting it to the finish line, and doing everything between the beginning and the end. |
| **Ryan Lett** | Okay. So, it sounds like it really varies, you know, depending on what's going on in various businesses, but you're at kind of a high level, getting them forward to where they need to go? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | What is your current salary? I know that might be difficult to answer. |
| **Speaker ?** | I guess the real question is, are you on salary with any of the businesses? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Okay. Any point in the last, you know, three years, have you been on salary with any of the businesses? |
| **Raymond Schneider** | Can't recall. |
| **Ryan Lett** | Okay. But right now, it sounds like, the entirety of compensation you receive from the businesses is through draws? |
| **Raymond Schneider** | Yes. |
| **James Coutinho** | Well, and just to be clear, that would be for businesses where he has the majority interests, but you also investment businesses where you receive distributions as a— |
| **Raymond Schneider** | Right. |
| **James Coutinho** | As a silent investor, is that right? |

| | |
|---|---|
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Okay. So, other than, you know, kind of the draws as well as distributions from ownership interests, you don't have any other salary or wages? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | How about social security? Just to be clear. |
| **Raymond Schneider** | Is that considered a wage? |
| **James Coutinho** | No, it's not trust income. |
| **Ryan Lett** | Sure. I appreciate the clarification. You do receive social security income as well, right Mr. Schneider? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Okay. What is your average monthly income right now? |
| **Raymond Schneider** | Somewhere north of $80,000. |
| **Ryan Lett** | Okay. And looks like that's the balance you list in your bankruptcy filings: Schedule I, specifically. That number, you agree with? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Perfect. So, I assume you reviewed and signed the petition before it was filed. Is that correct? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Any information contained in the petition of filings are true and correct to the best of your knowledge; is that true? |

| | |
|---|---|
| **Raymond Schneider** | To the best of my knowledge. |
| **Ryan Lett** | And all the schedules and statements have been signed and properly verified in this case to the best of your knowledge? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Are you aware of any amendments in any of the petition, the schedules, or the statement that need to be filed, as you sit here today? |
| **James Coutinho** | Oh, no, that's—no, he's actually reading them back. |
| **Raymond Schneider** | Oh, I don't know, at this point. |
| **Ryan Lett** | Okay. That's understandable. |
| **James Coutinho** | There were—so, there's one item that we disclosed in the global notes that we are looking at and we may need to amend, which is: we don't have a good record right now of Mr. Schneider's cash contributions to various companies and whether they were classified as loans or capital contributions. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | So, that is something we are trying to account for still, and maybe to amend if those are loans, to add those as assets on Schedule AB. But that's the only thing I can identify in the notes. |
| **Ryan Lett** | Okay. And related to that, Mr. Schneider, do you know whether there were contemporaneous records for those cash payments as to whether they were loans or investments? |
| **James Coutinho** | Well, I don't know the answer to that. |
| **Raymond Schneider** | I run my business the way I've always run it. I'll leave it at that. |
| **Ryan Lett** | Okay. Sounds like you probably don't know, as you sit here today. Is that fair? |
| **Raymond Schneider** | I don't have an answer for every one of the points you just brought up. |

| | |
|---|---|
| **Ryan Lett** | Okay. Well, we can find the records if they exist. So, Mr. Schneider, I'll apologize; this is probably going to be a little bit repetitive from your 341 from your prior case, which I also handled. But we need to get kind of some information about the company—not the company, sorry. Your financial affairs, kind of what's changed between then and now. So, you know, with that said, can you tell me why you filed this bankruptcy case? |
| **Raymond Schneider** | I won my appeal with the appellate court. They recognized the inconsistency in the previous court. Once I won my appeal, I didn't owe anybody anything. The plaintiff had picked up a new law firm, convinced the Supreme Court to take the case on because I affected 17 trillion, with a T. So, they took the case on, a 6-1 vote said that they don't believe their view of the appellate court is disallowed. They said that banks can steal from anybody because they don't have any obligations. So, they said that I don't have any right to complain about being a guarantor and never been told any defaults, any of the fraud, all the stuff that went on for 17 months. I never had one phone call to explain all the stuff that the OGC had identified. And so, when the Supreme Court view came out, it created—they go back to the lower court, and the claim came back. I had to protect my assets. |
| **Ryan Lett** | Right. And the Supreme Court decision, that came down early this year. And your call, was it January or something like that? |
| **Raymond Schneider** | August. August 20th. |
| **Ryan Lett** | Oh, okay. More recent, then. Okay. And we're talking about the appeal and the judgment and all that stuff; we're talking about the judgment held by Huntington National Bank, right? |
| **Raymond Schneider** | Correct. |
| **Ryan Lett** | Okay. Do you have a goal of filing this bankruptcy, other than protecting assets? You know, for instance, reorganizing, paying judgments, stuff like that. |
| **Raymond Schneider** | Yes. I want to get out of it. |
| **Ryan Lett** | Okay. As you sit here today, do you have a plan to restructure or satisfy the debt that you have? |
| **Raymond Schneider** | I started the work on one. |

| | |
|---|---|
| **Ryan Lett** | Understood. I know it's early, so it's a tough question to answer. I want to talk a little bit about what's happened since you filed a bankruptcy. Are you current on all your post-petition obligations, such as taxes, insurance premiums, debt payment, stuff like that? |
| **Raymond Schneider** | Yes, just since the last one. |
| **Ryan Lett** | More generally, taking Huntington National Bank out of the picture, are the—all the debts on which you're a guarantor, are those current, as you sit here today? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Okay. Do you have any unpaid post-petition obligations right now? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Alright. I want to talk a little bit about your bank accounts right now. Your counsel indicated that you opened two debtor-possession accounts at U.S. Bank; is that correct? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | And I understand one of them is a general account and one is where your social security income goes; is that true? |
| **Raymond Schneider** | Just account and social security until I get it transferred. It takes three months. |
| **Ryan Lett** | Perfect. Do you have any other accounts you've opened post-petition, other than those two? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Is all of your income going into one of those two accounts right now? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Do you know the— |

| | |
|---|---|
| **James Coutinho** | Although the—just social security and the profits are being transferred over, but it won't be until January that's actually—it takes them 90 days to process any of those transfers. So, that will go into the old U.S. Bank account, and then be swept over as we proceed. |
| **Ryan Lett** | Okay. Perfect. Do you know what procedure you're using to sweep those funds over? Is it just manually doing it every time that it posts? |
| **Raymond Schneider** | I left the social security where it is. I swept over most of it, and when it gets transferred by government, I will follow and finish that up. But the other funds, I've been putting on as it comes in. |
| **James Coutinho** | I think he's asking though, do you just do an ACH, do you just transfer it or do you let a check out of it, or how are you actually literally transferring U.S.—or from U.S. Bank over to the debt account for social security when it comes in? |
| **Raymond Schneider** | Oh, it comes automatically. It's—and it's why I left it alone. If it goes into the bank the way it was, nothing's affecting it. I filed with social security and they take 90 days, so when that comes in I can close the old account out. |
| **James Coutinho** | And it—and I think, Mr. Lett, that there's an online transfer set up for that. |
| **Ryan Lett** | Okay. That's what I was getting at. Okay. Perfect. That's good news. Jim, did we receive a cancelled check on that yet? |
| **James Coutinho** | You've received a cancelled check on the social security account but not on the other account. We're still waiting on the checks to come in for the main debt account. |
| **Ryan Lett** | Okay. And I assume there's a debtor-possession indication on the checks? |
| **James Coutinho** | Yes, there is. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | And you have both the signature cards for that bank—or those accounts. |
| **Ryan Lett** | Perfect. Mr. Schneider, are you notifying all of your banks of the bankruptcy filing? |
| **Raymond Schneider** | I didn't have to. They all called me up. But I did let them know. |

| | |
|---|---|
| **Ryan Lett** | Okay. |
| **Raymond Schneider** | So, I did sent it—something out to explain the first part of this issue. |
| **Ryan Lett** | Let's talk just briefly about your assets. I think I saw in there you have a retirement account. Yeah, Roth IRA with Merrill Lynch at a little bit less than a million dollars. Other than that and social security, do you have any pension plans, 401(k)s, anything like that? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | You're a person, not a company, so I assume you don't owe any pension plans, or 401(k)s, or anything like that? To employees. |
| **Raymond Schneider** | Right. |
| **Ryan Lett** | Okay. How do you— |
| **Raymond Schneider** | My companies— |
| **Ryan Lett** | Yeah. |
| **Raymond Schneider** | My companies have that. Not with me, but the company, the employees that they're employed in. |
| **Ryan Lett** | Understood. And that goes through the company, so we'll figure that out. Do you—how do you maintain your financial records, your personal financial records? |
| **Raymond Schneider** | All over the place. |
| **Ryan Lett** | Well, let me start with this: does anyone prepare, you know, financial statements or anything like that? |
| **Raymond Schneider** | I will do a financial statement if I have something coming up. I kind of manage it. I've been doing it for 55 years, so it's not like, you know, I need $20 for Monday's lunch. I don't—I handle my stuff. |
| **Ryan Lett** | Sure. |
| **Raymond Schneider** | I've got a good head, by this point. |

| | |
|---|---|
| **Ryan Lett** | So, in kind of the ordinary course of your life, unless you have some reason to do so, you're not regularly updating financial statements, on a quarterly basis, or monthly basis, or what have you? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Okay. How frequently would you say that you prepared financial statements before filing this case? |
| **Raymond Schneider** | I don't know the date. Any time I deal with a creditor that is a bank, they require that. So, whenever that last one was. |
| **Ryan Lett** | Okay. I assume you—your fiscal year is just January through December, like most folks; is that fair? |
| **Raymond Schneider** | I'd pretty much say yes. |
| **Ryan Lett** | Have you ever had an independent auditor of the year for some finances? |
| **Raymond Schneider** | No. Don't need it, so never had it. |
| **Ryan Lett** | That's a fair answer. What has been your average annual income the last two to three years? |
| **Raymond Schneider** | So, I'm not going to remember that because I have an income and I have a large depreciation and losses, so if you want to know where my taxes are, I pretty much don't pay taxes because the effort of starting new businesses— |
| **Ryan Lett** | Right. |
| **Raymond Schneider** | Or something of that sort. So, if you're asking me, I'd have to go back and look that up. And I'm not trying to avoid. |
| **Ryan Lett** | That's fair. And you're indicating that— |
| **Raymond Schneider** | So— |
| **Ryan Lett** | You're indicating that some of the depreciation expenses and whatnot flow through from your companies and that offsets the, you know, money that you're bringing in personally; is that right? |
| **Raymond Schneider** | Correct. |

| | |
|---|---|
| **Ryan Lett** | Do you have any outstanding accounts receivable? |
| **Raymond Schneider** | I don't know. |
| **Ryan Lett** | That's fine. |
| **James Coutinho** | Do you personally have any traditional accounts receivable, where someone owes you money? |
| **Raymond Schneider** | I wish I could do that with my children, but no. |
| **James Coutinho** | Okay. I will make note that he has, you have a promissory note that we listed in schedules under item 30. That's a promissory note from the Raymond Schneider 2019 gift trust— |
| **Ryan Lett** | Yeah. |
| **James Coutinho** | Related to the Blue Development Company. |
| **Ryan Lett** | I did see that. Is that correct, do you know? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | And just to be clear, for the record, no payments are actually due under maturity. So, it's just accruing interest, then that matures September 1, '26. |
| **Ryan Lett** | Okay. Okay. Mr. Schneider, I see in your filings you own homes in Ohio, Maine, and Colorado; is that still true? |
| **Raymond Schneider** | Yeah. |
| **Ryan Lett** | Do you personally own any other real estate? |
| **Raymond Schneider** | I'm only hesitating because I'm thinking. |
| **Ryan Lett** | Yeah, sure. |
| **Raymond Schneider** | Not off the top of my head, but I'm sure there's something because I do have a more-than-simple lifestyle. |

| | |
|---|---|
| **Ryan Lett** | Okay. |
| **James Coutinho** | Like if you personally, as Raymond Schneider, in your name, not your business's. |
| **Raymond Schneider** | No, I think it's all in my business's because it's a LLC to take of business, part of a separate tax return. |
| **Ryan Lett** | I saw in your filing that you're currently leasing the Colorado house to someone; is that still true? |
| **Raymond Schneider** | There is a tenant, yes. |
| **Ryan Lett** | How long is that lease? |
| **Raymond Schneider** | I don't know if I have a length on it. They've been there for 10 years, 12 years. They're—it's a two-family. They are an employee that rents the downstairs. So, you know, it's been a relationship. They've done their job, I've done mine, and I don't know if I have a long-term lease that's out there. |
| **Ryan Lett** | Understood. What's the monthly rent, do you know? |
| **Raymond Schneider** | Right now it's 2100, less any expenses. |
| **Ryan Lett** | Would you say that's the market rate for the rental property, or something different? |
| **Raymond Schneider** | Something different. |
| **Ryan Lett** | Okay. I understand that's— |
| **Raymond Schneider** | I'm raising it because, because you need money. |
| **Ryan Lett** | Sure. I assume it's, you know, something different partially because it's an employee and, you know, you're kind of working out a deal; is that fair? |
| **Raymond Schneider** | No. Sometimes you're just a good person and you do things to help people out. |
| **Ryan Lett** | Okay. I think you're kind of implying that might be a little bit below market rent? |

| | |
|---|---|
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Okay. Do you currently lease any other property? |
| **Raymond Schneider** | I don't think so. |
| **Ryan Lett** | Are you receiving any other type of royalties or, you know, cash for any—either of your other two properties, in Maine or Ohio? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Have you disclosed all of your property, either real or personal, in your bankruptcy schedules? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Are all of your liabilities accurately set forth in the Schedule EF that you filed in this case? |
| **Raymond Schneider** | I believe so. |
| **Ryan Lett** | What types of insurance do you have in place personally? |
| **Raymond Schneider** | A full set of insurance from liability to, you know, the whole list of them, you know. The normal stuff you do for your wife, your family, your cars, your house. I don't know if there's a blanket name for it but I'm fully insured. |
| **Ryan Lett** | Understood. Is there adequate insurance on all three of the real properties we discussed, the one in Ohio, the one in Maine and the one in Colorado? |
| **Raymond Schneider** | Yes, because that's the creditor's requirement and my benefit is to protect the house. |
| **Ryan Lett** | Moving on. Are you current on all your tax liabilities, both pre- and post-petition? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Want to talk about pre-petition— |

| | |
|---|---|
| **Raymond Schneider** | Except that— |
| **Ryan Lett** | Go ahead, sorry. |
| **James Coutinho** | Can I just clarify for a second. The 2024 tax return has not been completed and filed yet. It is a work in progress so there might be liability when that's done but as Mr. Schneider said he normally doesn't know so we're not anticipating anything at this moment. It's just not finalized. |
| **Ryan Lett** | And I did see the extension of the payment, along with the extension. So, we're aware of that, yeah. |
| **Raymond Schneider** | The reason I don't have this file is because when Huntington took the assets, I never got the tax returns for, where it ended up. And so we're trying to figure out how to make it so that we can get it done and so we don't have taxes from 21, 22 and 23. |
| **Ryan Lett** | Okay. |
| **Raymond Schneider** | I have all of it except for the issues that they have left me. |
| **Ryan Lett** | Okay. We'll talk a little bit about the pre-petition stuff. Except for what's disclosed in your statement of financial affairs, are you aware of any pre-petition transfers of property in the last 12 months? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | Except for what's disclosed in the statement of financial affairs, are you aware of any payments to creditors within 90 days prior to bankruptcy? |
| **Raymond Schneider** | Just the normal course of events. |
| **Ryan Lett** | Right. Which is all disclosed in your filings, right? |
| **Raymond Schneider** | That's why I don't owe anybody anything. |
| **Ryan Lett** | I want to talk about what's happened since you filed. Have you sold or transferred any assets since you filed this case? |
| **Raymond Schneider** | No. |

| | |
|---|---|
| **Ryan Lett** | Have you made any payment on any pre-petition debts since filing this case? |
| **Raymond Schneider** | No. |
| **Ryan Lett** | The, our auditor, Mr. Kramer, you know, sent out the United States trustee guidelines and requirements for debtors in chapter 11. So if that's your knowledge, are you in compliance with those guidelines? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Do you understand your obligations regarding monthly operating reports and quarterly fees for the United States trustee. |
| **Raymond Schneider** | I have debt experience, yes. |
| **Ryan Lett** | Yeah, you know the drill. |
| **Raymond Schneider** | Yep. |
| **Ryan Lett** | Who, I probably should remember this from last case but who is going to be preparing the monthly operating reports for you? |
| **Raymond Schneider** | Lady in my office, Abby Smith. |
| **Ryan Lett** | What's the last name, Smith? |
| **Raymond Schneider** | It's an easy name Smith, yes. |
| **Ryan Lett** | Okay. I couldn't tell if it was Smith or Smit. Gotcha. |
| **Raymond Schneider** | Smith. It's fine. But you asked about retirement, I thought you said internment. |
| **Ryan Lett** | **[Laughter]**. |
| **Raymond Schneider** | I said, oh, I'm on the ready. |
| **Ryan Lett** | That could be bad **[laughter]**. So do you understand when the quarterly fees are going to be coming due on this case? |

| | |
|---|---|
| **Raymond Schneider** | Not much. She does and then Jim knows and he's kept me online so when it is, I'll take care of it. |
| **Ryan Lett** | I think your attorneys will keep you in check so don't worry. Want to talk a little bit about professionals— |
| **Raymond Schneider** | **_____[00:26:59]**. |
| **Ryan Lett** | Yeah. Want to talk a little bit about professionals and fees. Do you plan to retain any professionals other than those you've already filed a promotion or application to retain? |
| **Raymond Schneider** | I would retain the ones that I've had. If I need a new one, I have to petition it, I will. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | And, we are working to figure out what we're going to need for an accountant and that's the only other one that I anticipate at this point. Unless we need to get court approval on an appraiser, we might need to get an appraiser down the line for client confirmation purposes. |
| **Ryan Lett** | Sure |
| **James Coutinho** | But I haven't looked at that in a long time if that's considered a professional. |
| **Ryan Lett** | Maybe this is a question for you, Jim. What are you going to retain any accountants for? |
| **James Coutinho** | To finish up the 24 returns. |
| **Ryan Lett** | Sure. |
| **James Coutinho** | And we're trying to figure out whether to use the same accountant or not but that's ultimately what it is. Not for any operating reports or anything, just to finish up the tax documents. |
| **Ryan Lett** | Gotcha. I saw there are two applications pending for bankruptcy counsel. I've already spoken with both of your attorneys about that so I have a pretty good understanding of what that looks like and I'm sure we'll be in touch with any further issues on that. I also saw two applications to employ litigation counsel. Mr. Schneider, can you tell me what services they'll be providing? |

| | |
|---|---|
| **Raymond Schneider** | A correction to some adverse stuff against me. So they're protecting me through a claim against the defendant. I have— |
| **Ryan Lett** | So, the— |
| **Raymond Schneider** | The one with the National Bank. |
| **Ryan Lett** | Right. I'm aware there's state court litigation ongoing where you're the plaintiff and you're seeking court approval to retain Mr. Cummins and Mr. Robinson, I believe. Can you tell me kind of the role that each of those individuals provide as you understand it. |
| **Raymond Schneider** | Mr. Cummins has been with me for three years. We filed a claim against Huntington on March 1 of 2023 for negligence duty and racketeering. We retained Mr. Quinten who is a Jones Day expert on racketeering. We used Jim to help me navigate through this process. We deposed 24 bankers already. We have the President and CEO, who is the head of the board, on Monday. We're deposing him if he shows up. Last time he didn't show up. So we've got enough information that will bring this case to an interesting end. |
| **Ryan Lett** | Okay. Understood. Thank you. I saw your prior case against Howard Sosna. I'm aware of the background there but did that result in any payment or settlement going to you? |
| **Raymond Schneider** | Not, not a material settlement. I've retained any benefits that come out of this lawsuit. |
| **Ryan Lett** | Okay. |
| **Raymond Schneider** | In exchange for him, I don't know the proper legal terms, but I got his rewards that I performed in this case. |
| **Ryan Lett** | Okay. Understood. But you personally haven't been paid anything by him as part of that case. |
| **Raymond Schneider** | **[Talking at the same time as Ryan Lett]** settled with him for a million dollars. |
| **Ryan Lett** | Okay. Okay. Regarding your bankruptcy attorneys, are you personally going to be reviewing the invoices for legal fees submitted in this bankruptcy? |
| **Raymond Schneider** | Will you help me? I'd love to have **[laughter…inaudible]**. I will. |

| | |
|---|---|
| **Ryan Lett** | We'll, we'll be reviewing as well but I wanted to ask you. |
| **Raymond Schneider** | Are you going to tell me what the average should be and then I'll know. |
| **Ryan Lett** | **[Laughter]** So I saw that you filed a motion to extend the deadline to file your 2015.3 reports, form 426. Jim, is that still the date that you expect to have those done by? I think it's December 12th or something like that. |
| **James Coutinho** | December, let me look, the 12th. I'm sorry. |
| **Ryan Lett** | 15th. |
| **James Coutinho** | The 15th. |
| **Ryan Lett** | Whatever the date is. That's still what you expect to have them done by? |
| **James Coutinho** | Yeah. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | Yes. And we're hoping to be able to roll those out as they come in. And Mr. Schneider can talk about kind of some of the accounting difficulties if you like that they've run into in the least six to eight months. But we just weren't about to get it done in time. So just needed the additional time there. |
| **Ryan Lett** | Okay. Mr.— |
| **Raymond Schneider** | I'm not going to make excuses but I had the some issues in my accounting department. I had to let people go for their particular issues and kind of put me in a ringer. I got a young who came in about three and a half months ago and she is clearing out what's happened. I intend to give you all accurate information. And if I'm not sure, I'll let you know so that as it becomes more accurate, I'm more than happy to show the court that I'm going to do whatever is necessary. |
| **Ryan Lett** | Perfect. Understood and appreciate. Moving to back to your assets. I note that you list a Raymond Schneider 2019 Gift Trust. Can you just tell me a little bit about that meaning, you know, when it was formed, what assets it holds, who the beneficiaries are, stuff like that. |
| **Raymond Schneider** | So our friendly President put out in 2026 [inaudble] the opportunity to move assets beyond a three million dollar level and it was [inaudible]. 2026 was going to be the end of it. So I preceded in 2017, because I knew it takes a |

| | |
|---|---|
| | long time, so my wife and I and several, between an accountant and a lawyer and whoever it takes, I setup a family estate plan. I started in 17. They're not simple, they're not easy but I've got a record of every month from July 17, 2017. It finally got signed off in 2019 and 2020. It's nothing to do with hiding anything. It was all about estate planning. The type of business person I am, I try to do things in advance, not get in trouble which is the tax liability that the kids would have in estate planning would be terrible. So I setup it up so that it created its own value when got signed and that way that increased value starts at that point. It was an intentional estate planning. Huntington wasn't involved. They've been trying to break it up. It's past the two year and the four year look back. It has nothing to do with other than placing my assets that were, the amount I can put in there and it's going to stay there until whenever. |
| **Ryan Lett** | Understood. Okay. And we'll probably ask for some details but just wanted an account of a high level idea of how that works and what that was created for. Other than that, are there any other trusts in which you're a settlor or a beneficiary, anything like that? |
| **Raymond Schneider** | There is a trust that my father has a long time ago. But it's a gifting trust. |
| **Ryan Lett** | Okay. |
| **Raymond Schneider** | And it's the only extra thing I have in trust. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | Is there an insurance trust has an insurance policy number or is that in your last trust? |
| **Raymond Schneider** | No. In my trust, I have a last to die trust, or insurance policy. So, there's things that normally go in there but that's done by my wife. And it's the last to die policy so that if the taxes are too overwhelming to the kids, there's enough to pay, at least a portion of it. But that's a normal course of events for estate planning. |
| **Ryan Lett** | Understood. So you list a lot of companies in your schedule AB. No surprise. I think we will reserve the right to ask, you know, further questions about that, still looking at the 2015 3s. The, yeah, never mind. We'll talk a little bit about the cash management of some of these companies. So both pre-confirmation and post-confirmation, all of these companies will remain separate legal entities from yourself, correct. |
| **Raymond Schneider** | Yes. |

| | |
|---|---|
| **Ryan Lett** | Are all of the entities you disclosed operating entities? |
| **Raymond Schneider** | Can you explain that. |
| **Ryan Lett** | Yeah. Still conducting business, conducting some operations? |
| **Raymond Schneider** | They're all independent, yes. The all have an LLC. And— |
| **James Coutinho** | Well, he's asking, he's asking though, are there any that aren't operating at all as no assets? There, there are some. |
| **Raymond Schneider** | So there's a few left. I, on my last bankruptcy, I had about 30. Things that were going to start, never got there. So, they were registered. Got rid of most of those. I might have one or two or maybe three at the most that are still non-active entities and I will probably get rid of them. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | And in the schedules, we specifically listed, if it says no assets underneath the company— |
| **Ryan Lett** | Okay. |
| **James Coutinho** | That's no assets, no operations at this point. It is what our understanding of it was so— |
| **Ryan Lett** | Gotcha. |
| **James Coutinho** | There's several of them that are not operating at this point. |
| **Ryan Lett** | Okay. Yep. I see that. Alright. Currently, did these, the companies pay their cost of operations and by that I mean, are you funding any of them personally? |
| **Raymond Schneider** | Currently, no. |
| **Ryan Lett** | Okay. Has the amount of business that you do with any of your suppliers changed since filing this bankruptcy? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Can you elaborate on that? |

| | |
|---|---|
| **Raymond Schneider** | Each one of my creditors put me in a, I don't want to say, necessarily all of them are forbearance, but they all put me in default. That default has rippled again. Then some people don't look at me in a favorable way because I got a big B on my chest. But I haven't changed or wavered in the last 55 years so I've got to just contend with that. |
| **Ryan Lett** | Have there been any interruptions to, you know, supplies or services or anything like that as a result of the bankruptcy? |
| **Raymond Schneider** | Yes. |
| **Ryan Lett** | Is that— |
| **Raymond Schneider** | One thing— |
| **Ryan Lett** | Go ahead. |
| **Raymond Schneider** | A short loan that had prepayments. They didn't want to deal with me because of, the fact of I'm in default because of bankruptcy. The others have trusted me and been on my side, watched me. We're partners in business and that's what I am hoping when I get out of this, same relationship. |
| **James Coutinho** | I think he's asking those specifically about like suppliers to the companies or like regular— |
| **Raymond Schneider** | Oh |
| **James Coutinho** | Operating expenses or are you having any trouble with suppliers or vendors? |
| **Raymond Schneider** | Well this is only two and half weeks, three weeks and I know some people will probably ask for funds upfront or whatever but I get, you know, that but comes with bankruptcy, I guess. |
| **Ryan Lett** | Sure, it sounds like—. |
| **Raymond Schneider** | I lost my credit cards. I lost a lot because of this action. |
| **Ryan Lett** | Okay. It sounds like there haven't been any interruptions in supplies or anything like that yet but you foresee there might be in the future. |
| **Raymond Schneider** | Yes. |

| | |
|---|---|
| **Ryan Lett** | And you mentioned a bank closing a short loan. Other than that, had you had any adverse, you know, actions such as, you know, implementation of default rates, close loans, foreclosures, anything like that? |
| **Raymond Schneider** | Because of Huntington's actions, they've locked up some stuff. You know, it's a matter of trying to figure out what's really happened and why it's happened the way it has. But, that's the way they've been handling this. |
| **James Coutinho** | We've got a lot of reservation of right letters issued. |
| **Ryan Lett** | Okay. |
| **James Coutinho** | Other than the one loan with Park National Bank. I am not aware of anybody else charging, calling a note. And I don't think anyone should default interest rate notes, have they? |
| **Ryan Lett** | I'm not sure. In my name, no. |
| **Raymond Schneider** | Okay. |
| **Ryan Lett** | How is the, how do you keep track of revenue for each of your businesses? Is it, you know, one accountant or firm that handles all the company's revenues or is each company kind of have their separate accounting department? |
| **Raymond Schneider** | Each company has their own accountant, accounts and then when the money comes in, it's done in a monthly statement. |
| **Ryan Lett** | Do you have an accountant that handles all of that, the accounting of each of your companies? |
| **Raymond Schneider** | I have a lady who I mentioned earlier and her assistant and then I have an accountant who does my taxes. |
| **Ryan Lett** | Okay. That's a Ms. Smith. Does she, does she work for you or is she, work for an accounting firm. |
| **Raymond Schneider** | Ms. Smith is my assistance. She's not an accountant. She's the one who helped write your monthly statements. |
| **Ryan Lett** | Yeah. |
| **Raymond Schneider** | Or my monthly statements for you. Another young lady is running that department, the one I told you I brought in a few months ago and then she |

| | |
|---|---|
| | has an assistant and I have a separate accountant outside of my company that does my taxes. |
| **James Coutinho** | And they are employees of Circle Development, is that correct? |
| **Raymond Schneider** | Correct. |
| **Ryan Lett** | What is the other company you just said, Circle Development? |
| **Raymond Schneider** | Yeah, Circle Development of Cincinnati, LLC. |
| **Ryan Lett** | Okay. So I think you indicated that each of the companies have their own accounts. Is it true that each of your companies has its own account or accounts which are separate from your personal accounts? |
| **Raymond Schneider** | Yes, they each have their own EIN number that goes with them. |
| **Ryan Lett** | Okay. So, Jim, as you know, we're, you know, asking for some additional documentation information and stuff like that. I know you're working on that so we'll keep in touch on that. I think other than that with respect to United States trustees questions, I think, I'm finished for today so I am going to go ahead and, Mr. Coutinho if you wanted to kind of add anything to the record before I ask the creditors whether they have any questions, you're welcome to do so. |
| **James Coutinho** | No. I think we've covered everything that on my mind so far. |
| **Ryan Lett** | Good. So, my suspicion is Huntington is probably going to have the lion's share of questions so I might save them until last if that's okay with everyone. So, I'm going to go ahead and kind of go down the roll call of people who indicated they are on the call earlier. So— |
| **John Lieberman** | I'm sorry, Mr. Trustee, this is attorney John Lieberman from Heritage Bank— |
| **Ryan Lett** | Oh. |
| **John Lieberman** | We noticed a connection problem. I didn't enter my appearance earlier. |
| **Ryan Lett** | Thank you, John. Remind me the creditor you represent again, Heritage? |

| | |
|---|---|
| **John Lieberman** | Heritage Bank, yes. |
| **Ryan Lett** | Perfect, thank you. |
| **John Lieberman** | Thank you. |
| **Don Mallory** | Can you just add, it's also Don Mallory for General Electric Credit Union. |
| **Ryan Lett** | Perfect. Thank you, Don. |
| **Steven Hartman** | I should also speak. Steven Hartman, representing Trans American Life Insurance Company. |
| **Ryan Lett** | Okay. Okay. |
| **Jacob Broadway** | This is Jacob Broadway from McGuire Woods on behalf of Merrill Lynch. |
| **Ryan Lett** | Okay. Alright. So several of you announced you're on the call earlier, so I'm just going to kind of go down the list with each credit and I'm going to ask you if you have any questions for the debtor. If you do, please feel free to do so. So starting with Whitney Mosby on behalf of First Merchant. Do you have any question for the debtor. |
| **Whitney Mosby** | I do not, thank you. |
| **Ryan Lett** | Thank you, Ms. Mosby. Next, Rudy, Rudy— |
| **Mark Pfeiffer** | Before you go to the next one, I'm sorry, I was on mute. Mark Pfeiffer, I'm here for Huntington. |
| **Ryan Lett** | What was your last name, I'm sorry, Mark. |
| **Mark Pfeiffer** | Pfeiffer. P-f-e-i-f-f-e-r. |
| **Ryan Lett** | Pfeiffer. Perfect. So next up, Rudy Sarro with Bank of America. Do you have any questions for the debtor? |
| **Rudy Sarro** | Yes, Ryan, just one or two. And this really more for Jim because it is a technical thing on the schedules. You list Bank of America as having a lien on the Merrill Lynch account in item 18 of schedule AB but there is no corresponding entry of Bank of America as a secured creditor in schedule D. |

| | |
|---|---|
| **James Coutinho** | Oh, that's interesting. |
| **Rudy Sarro** | Yeah, it's a bit, it's a miss cross reference. If you look at your schedule D, I don't know if you have it available. |
| **James Coutinho** | I, I do. I'm not sure why it didn't print out. Certainly know about it. So I will fix that and we'll have that for a list of amendments. |
| **Rudy Sarro** | Okay. Yes. That is the only question. |
| **Ryan Lett** | Perfect. |
| **James Coutinho** | It's interesting because we have Bank of America showing up as needing notice but for some reason it doesn't show in the right spot. I'm, it's something quirky in my software it looks like. |
| **Rudy Sarro** | Yeah, it cross references the 2.1 which isn't Bank of America. |
| **James Coutinho** | Okay. Thank you for pointing that out. |
| **Rudy Sarro** | Okay. Yep. |
| **Ryan Lett** | Excellent. Moving on. Susan Argo representing Park National Bank and Three Notes LLC. And, Ms. Argo, did you have any questions for the debtor? |
| **Susan Argo** | Yeah. I'm, yeah, I, I do. Mr. Schneider, I guess, you're the trustee of this family trust, is that correct? |
| **Raymond Schneider** | I'm one of them. |
| **Susan Argo** | Okay. And are you aware of your loan documents with Park National Bank, that it has, provides for recovery of legal fees? |
| **Raymond Schneider** | Probably. |
| **Susan Argo** | Probably? |
| **Raymond Schneider** | Well— |
| **Susan Argo** | I'll let you address that with your, yeah— |

| | |
|---|---|
| **Raymond Schneider** | Any documents somewhat involved, there's always a fee. |
| **Susan Argo** | Okay. And do you have any reason to dispute that fee? |
| **Raymond Schneider** | You're referring to this morning. I called up last night to get a payoff. I went and paid it off today and took care of the responsibility— |
| **Susan Argo** | Yeah. |
| **Raymond Schneider** | That— |
| **Susan Argo** | I let you address that, yeah. Jim, I don't know if you saw my email but I will let you address that issue. I would expect that it will get resolved and beyond that I have no other questions. |
| **Raymond Schneider** | What was the fee that you're charging for a letter? |
| **Susan Argo** | I'm not addressing that with you, Mr. Schnedier, during this call. You're the one here to answer questions. |
| **Ryan Lett** | Sure. Thank you, Ms. Argo. She's, she's correct. So, moving on down the list. Dylan, I didn't catch your last name with Nation Star Mortgage, on behalf of Nation Star Mortgage, sorry. |
| **Dylan Smith** | Yeah, Dylan Smith on behalf of Nation Star Mortgage. I have a few questions for Mr. Schneider. |
| **Ryan Lett** | Sure. |
| **Dylan Smith** | Mr. Schneider, these questions relate to the property at 3515 Tiffany Ridge Lane in Blue Ash, Ohio. Do you reside at this property? |
| **Raymond Schneider** | I do. |
| **Dylan Smith** | And how long have you resided there? |
| **Raymond Schneider** | 38 years. |
| **Dylan Smith** | When was the last time you made a mortgage payment with respect to this lemon property? |

| | |
|---|---|
| **Raymond Schneider** | Probably two weeks ago, first of the month. |
| **Dylan Smith** | Thank you. And what is the value of the property, in your opinion? |
| **Raymond Schneider** | Somewhere north of 800. |
| **Dylan Smith** | And how did you come up with that value? |
| **Raymond Schneider** | From the Hamilton County auditor. |
| **Dylan Smith** | And are you, do you know of any other liens on this property or any other, yeah, are you aware of any other liens on this property? |
| **Raymond Schneider** | Shouldn't have any. |
| **Dylan Smith** | So, okay. |
| **Raymond Schneider** | Did you buy this mortgage that had a lien with it that I'm not aware of? |
| **Dylan Smith** | I'm just representing Nation Star asking questions, I, but I would have no idea to that. Are there any other expenses associated with property besides the mortgage payment? |
| **Raymond Schneider** | Yes. |
| **Dylan Smith** | And what are those expenses? |
| **Raymond Schneider** | The whole series of managing a house, insurance, cutting the grass, painting it. |
| **Dylan Smith** | And when you say cut the grass, or specifically, do you hire a company or someone to cut the grass for you or paint the house, or are these things you've done yourself? |
| **Raymond Schneider** | I've done both. |
| **Dylan Smith** | Do you still currently do both, or do you still currently cut the grass yourself and take care of the property yourself? |

| | |
|---|---|
| **Raymond Schneider** | I take care of the property, but I don't cut the grass anymore. So, there's no labor of love anymore for cutting grass. |
| **Dylan Smith** | So you hire a company to do that specifically? |
| **Raymond Schneider** | Yeah, you want the name of them? |
| **Dylan Smith** | Sure. Yes, please. I'm sorry. |
| **Raymond Schneider** | It's Diego Landscaping. I can get you the correct one, but it's the first I've ever heard from my creditor on the house. But I can get you all those if that would make you satisfied. |
| **Dylan Smith** | Yeah. I'll reach out to Mr. Coutinho if my client would like more information on that. I know you said you have insurance on the property. Is that current, paid up to date? |
| **Raymond Schneider** | Yes. |
| **Dylan Smith** | And what is your intention with the loan and this property and your plan? |
| **Raymond Schneider** | Pay it off. |
| **Dylan Smith** | Do you intend on keeping the property and paying it off? |
| **Raymond Schneider** | Just like I've been doing for 38 years. |
| **Dylan Smith** | Sure. And I think you stated this earlier, but I'll ask it again. Do you know when you'll file the plan of reorganization in this case? |
| **James Coutinho** | Right now, the exclusivity is next year, February sometime. So we're probably going to meet every day of that and might move for an extension to that. |
| **Dylan Smith** | Thank you. Mr. Coutinho. And then finally, I know you mentioned your income, your draws on the business, investments and Social Security. Are there any other sources of income outside of those three I just recited? |
| **Raymond Schneider** | Probably another 15 or 20. Any projects that have returned, you know, they're like I own 3 percent of something and/or whatever. |
| **James Coutinho** | Yeah, so it's draws and distributions. Draws on companies he controls, distributions from companies he is just an investor in. |

| | |
|---|---|
| **Dylan Smith** | Sure. Thank you very much to both of you. Those are all the questions I have. |
| **Ryan Lett** | Okay. Moving on to Patricia Figet, representing Savista Bank. Do you have any questions for the debtor? |
| **Patricia Figet** | Just a couple, and they might be for Mr. Coutinho. Some of the borrowers in some of the Savista Bank loans are not listed in Schedule AB. One of them is Techwood Circle Road. It looks like maybe that's a subsidiary of another entity. Is that why it's not included in— |
| **James Coutinho** | That is— |
| **Patricia Figet** | Schedule AB? |
| **James Coutinho** | Techwood Circle—quick moment to pull that up. Yes, that is— |
| **Patricia Figet** | I mean, it's what? A sub of KPT7 Holding. |
| **James Coutinho** | Correct. |
| **Patricia Figet** | Okay. |
| **James Coutinho** | That's correct. |
| **Patricia Figet** | Yeah, I mean, it's included elsewhere. I know you didn't miss it. And then the other one is the Blue Development Company. I think is that one an asset, the member is the trust rather than Mr. Schneider? |
| **James Coutinho** | That is correct, and that's the, it is disclosed on SOPA under number 18. |
| **Patricia Figet** | Okay. |
| **James Coutinho** | That's the one he has the promissory note back to the sale of that. |
| **Patricia Figet** | Okay. Thanks for confirming that. That's all I have. |
| **James Coutinho** | Thank you. |

| | |
|---|---|
| **Ryan Lett** | Okay. Jacqueline Doyle representing Rocklin Trust Company. Do you have any questions for the debtor? Not hearing Ms. Doyle. Moving on, John Lieberman, representing Heritage. Do you have any questions for the debtor? |
| **John Lieberman** | Just a couple. Good afternoon, Mr. Schneider. This is John Lieberman for Heritage Bank. I don't know if you remember me from a prior Chapter 11. Mr. Gehring represented you on. |
| **Raymond Schneider** | Right. |
| **John Lieberman** | My clients filed two proofs of claim, one for the gatherings of Blue Ash for about a $1,900,000, and one for Madison Warehouse LLC for about $1,300,000. Your guarantee, guarantee for both of these loans, is that correct? |
| **Raymond Schneider** | Yes. |
| **John Lieberman** | And in the prior Chapter 11, there was, there was no attempt to modify either of these loans in any way, is that correct? |
| **Raymond Schneider** | Yes. |
| **John Lieberman** | And is it your, do you anticipate that that'll be the case in this Chapter 11 that you don't at this point plan on modifying either loans? |
| **Raymond Schneider** | Not at all. I'm the same person I was 50 years ago and I'm the same person I am today. |
| **John Lieberman** | I hear you. I hear you. Thank you very much, Mr. Schneider. No further questions. |
| **Raymond Schneider** | Thank you very much. |
| **Ryan Lett** | Thank you very much, Mr. Lieberman. Moving on, Don Mallory on behalf of GE Credit Union. Do you have any questions, Mr. Mallory, for the debtor? |
| **Don Mallory** | Just one quick question. Don Mallory for General Electric Credit Union, Mr. Schneider. Do you still own an entity called Red Dog Resorts LLC? |
| **Raymond Schneider** | I own the real estate, yes. |

| | |
|---|---|
| **James Coutinho** | Well, you don't own the entity but you own the real estate. |
| **Raymond Schneider** | Correct. |
| **James Coutinho** | Three are given up. |
| **Raymond Schneider** | Yeah, I'm sorry. Sometimes there's two names and I apologize if I didn't pick the right name, but it's the real estate. |
| **Don Mallory** | All right, cause just it's, just, just, maybe I should rephrase my question cause there was an entity called Hyde Park Circle LLC that has a loan with General Electric Credit Union of which you were a guarantor personally and also an entity named Red Dog Resort and Spa, LLC. And I didn't see that name listed on Schedule AB so that's why I was asking the question about that particular guarantor entity that you were a member of. |
| **Raymond Schneider** | I think we were trying to clarify that. I think it's the same thing. I think when it was done many years ago, it was called Hyde Park and then the asset title was Red Dog. And I thought it got corrected, but it's pretty much, they're the same. It's just, one was done many years ago and the other one is the operation. So, I'll ask Jim to correct that for you. |
| **James Coutinho** | Yeah, and I can speak to that, Mr. Mallory. On November 15th of 2024, the, there were a variety of Red Dog operations that were sold to a third party investment company. And as part of that, there were some, some assets that were rolled up into that sale and Mr. Schneider received an interest in that ongoing entity through a company called KPT7 LLC. This is on, you'll see it on SOFA number 18, the second entry. Red Dog Resort and Spa LLC was owned by Red Dog Operations Holding Company LLC, which is the entity that was ultimately sold in that transaction. |
| **Don Mallory** | Alright. |
| **James Coutinho** | And Mr. Schneider still owns Hyde Park Circle LLC that owns the real estate where Red Dog Resort and Spa LLC operates, and there's a lease between those two entities. |
| **Don Mallory** | Alright. Thank you. That's all I have for today. |
| **Ryan Lett** | Thank you, Mr. Mallory. Moving on to Stephen Hartman, representing Trans American Life Insurance Company. Do you have any questions for the debtor? |

| | |
|---|---|
| **Steven Hartman** | Thank you. No questions. |
| **Ryan Lett** | Perfect. Thank you. Moving on to Stephen Hartman, representing Trans American Life Insurance Company. Do you have any questions for the debtor? |
| **Steven Hartman** | Thank you. |
| **Ryan Lett** | Jacob, on behalf of Merrill Lynch, I apologize I didn't catch your last name. Do you have any questions for the debtor? |
| **Jacob Broadway** | This is Jacob Broadway on behalf of Merrill Lynch. No questions at this time. We'll be reaching out to update the noticing address for Merrill Lynch so that it goes to the right place, but we'll handle that by e-mail. |
| **Ryan Lett** | Perfect. Thank you. So I know that we have a Sandor Jacobson and Mark Pfeiffer on the phone for Huntington National Bank. I understand that Huntington is seeking some 2004 discovery in this. However, right now, do either of you have any questions for the debtor? |
| **Mark Pfeiffer** | Yes, Mark Pfeiffer for Huntington. Mr. Schneider, was there any creditor activity other than Huntington National Bank preceding your bankruptcy filing and by creditor activity, I mean were there any lawsuits, demands, or defaults or workouts by any creditor by under your bankruptcy? |
| **Raymond Schneider** | Not that I'm aware of. |
| **Mark Pfeiffer** | Okay. So Huntington was the only creditor that was pursuing you, is that correct? |
| **Raymond Schneider** | Correct. |
| **Mark Pfeiffer** | Okay. And was there any creditor activity for any of your companies before the bankruptcy filing? |
| **Raymond Schneider** | Not that I'm aware of. |
| **Mark Pfeiffer** | Okay. Are any of your companies in default of any obligations, material obligations, like bank loans? |

| | |
|---|---|
| **Raymond Schneider** | Not that I'm aware of but, I'm sorry. Park National, I paid off today. They didn't accept it because there's a legal bill. I'm going to pay that, and that'll be the only one that's delinquent, and once I pay it, it won't be delinquent. |
| **James Coutinho** | And just to be clear on the record, I think every major lender where he's a guarantee has indicated that the filing of the bankruptcy on the guarantee has resulted in a default, but none of them have taken action other than Parker. |
| **Mark Pfeiffer** | Thank you very much. And if I recall, your companies are based into kind of four different buckets. It's just simplification. You know, first you had a development company, companies, storage companies, nursing care and the pet companies. Does that, is that a good shorthand way to still talk about your companies? |
| **Raymond Schneider** | There's a large variety of them that can go, they're all stated in the documents that Jim put out. |
| **Mark Pfeiffer** | Okay. |
| **James Coutinho** | You guys have been there for a long time. |
| **Mark Pfeiffer** | Are you still on the, are you, your company is still in the pet care business? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | Do you still have real estate development companies? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | Do you still have storage companies? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | And do you still have nursing care companies? |
| **Raymond Schneider** | No. That's what— |
| **Mark Pfeiffer** | Or any— |
| **James Coutinho** | You have Northern Protection? Not a nursing home. What is it? An apartment? No health care. There's no health care. |

| | |
|---|---|
| **Raymond Schneider** | **_____[01:01:21]**. |
| **James Coutinho** | No health care. There's no health care. |
| **Raymond Schneider** | **_____[01:01:24]**. |
| **Mark Pfeiffer** | Okay. And when I say nursing care, maybe I should have said health care. Do you have any health care companies? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | Okay. And who, is there like a primary parent company for the development companies? |
| **Raymond Schneider** | Primary tenant, so that what you asked? |
| **James Coutinho** | A parent company. |
| **Mark Pfeiffer** | Parent. Parent company. |
| **Raymond Schneider** | Circle Development is the arm that develops. |
| **Mark Pfeiffer** | And who is the parent company or companies for the storage businesses? |
| **Raymond Schneider** | Circle Development, Circle Storage, sorry. |
| **Mark Pfeiffer** | Any other parent companies for the development or the storage? |
| **Raymond Schneider** | Well, each company has its own title, or if it's a group of the same activity, it would have one name for all of them. |
| **Mark Pfeiffer** | Okay. And what's the parent or the name used for your nursing care business, if you have any? |
| **Raymond Schneider** | I don't have. |
| **Mark Pfeiffer** | Okay. |

| | |
|---|---|
| **Raymond Schneider** | _____**[01:01:36]**. Huntington— |
| **James Coutinho** | In the receivership. |
| **Raymond Schneider** | So I don't have any healthcare anymore. |
| **Mark Pfeiffer** | So from a general perspective, your pet business, _____**[01:02:51]** say that, would use the phrase red dog? |
| **Raymond Schneider** | That was the title or brand, as you would call it. |
| **Mark Pfeiffer** | Okay. And was that entire line of business, all the entities under the Red Dog name, or using the Red Dog name where they sold in September of 2020, or November of 2024. |
| **Raymond Schneider** | The operation, yes. |
| **Mark Pfeiffer** | Okay. And you retained the real estate companies for all those locations? |
| **Raymond Schneider** | Yes. |
| **James Coutinho** | Is it for all of them, or is it just for the ones you have? |
| **Raymond Schneider** | The ones that I own the real estate, I retain that. The ones I leased, I didn't retain. |
| **Mark Pfeiffer** | Okay. Which ones did you own the real estate for? |
| **Raymond Schneider** | Mason, Cincinnati, Boston and Saugus. |
| **Mark Pfeiffer** | Okay. |
| **Raymond Schneider** | Oh, and yeah— |
| **Mark Pfeiffer** | Go ahead. |
| **Raymond Schneider** | The rest are leased. |

| | |
|---|---|
| **Mark Pfeiffer** | Okay. And are they leased to third, from third parties, meaning unrelated third parties, or are they released to somebody's— |
| **Raymond Schneider** | No. They're leased— |
| **Mark Pfeiffer** | from somebody related to you? |
| **Raymond Schneider** | Correct. Not related to me. |
| **Mark Pfeiffer** | Okay. So the landlords for those other entities or those other properties are unrelated third-party landlords. _____**[01:04:31]** question. |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | And who is the owner or the buyer of the Red Dog entities? |
| **Raymond Schneider** | It's called Kindred Pet Services. |
| **Mark Pfeiffer** | And other than any interest that you took in Kindred Pet Services as a result of the transaction, did you have any prior relationship with Kindred Pet Services before the sales? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | Okay. And where is Kindred Pet Services headquartered or located? |
| **Raymond Schneider** | There's several owners but I think mainly out of Florida. |
| **Mark Pfeiffer** | Okay. And do you know who the principal owner is? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | Do you know the name of any, who was your principal contact at Kindred Pet Services? |
| **Raymond Schneider** | The one gentleman I know was George, but I don't know his last name off the top of my head. |
| **Mark Pfeiffer** | Okay. Did you have an attorney representing you or your entities in connection with the sale? |

| | |
|---|---|
| **Raymond Schneider** | He did but I did. |
| **Mark Pfeiffer** | I'm sorry, did you? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | Okay. And who was that attorney? |
| **Raymond Schneider** | Ricky Wayne. |
| **Mark Pfeiffer** | At what law firm? |
| **Raymond Schneider** | Strauss Troy. I don't know the rest of the names that go with it. |
| **Mark Pfeiffer** | And there's an indication that you took a partial ownership interest on the buyer. Can you explain that to me? |
| **Raymond Schneider** | I did not take an interest. The owner of the entity were the kids and they have an ownership interest. |
| **James Coutinho** | So we tried to spell this out in the statement of financial affairs because it was a bit of a complicated transaction. But all the assets were rolled prior to the sale into a company called KPT7 Holding Company, LLC, which Mr. Schneider retained the half a percent interest in. And that was in exchange for one Class A unit of Red Dog Operations Holding Company, LLC. |
| **Mark Pfeiffer** | And Red Dog operate, the company, the Red Dog company that your counsel just mentioned, what does that company own? |
| **Raymond Schneider** | Say that again, I'm sorry, I missed. |
| **James Coutinho** | What did Red Dog Operations Holding Company own before this sale? |
| **Raymond Schneider** | They owned the operations and the equipment that went with it. |
| **James Coutinho** | For the Red Dog. |

| | |
|---|---|
| **Raymond Schneider** | For the Red Dog. |
| **Mark Pfeiffer** | And then what do they own after the sale? |
| **Raymond Schneider** | The same thing they bought, the operations and all the equipment that went with it. |
| **Mark Pfeiffer** | Was it a stock sale or an asset sale? |
| **Raymond Schneider** | I don't know the answer. |
| **Mark Pfeiffer** | Or a membership? |
| **James Coutinho** | Yeah, it was a sale of the membership interests in Red Dog Operations Holding Company, LLC. |
| **Mark Pfeiffer** | Okay. |
| **James Coutinho** | And the actual, the actual transfer from the debtor was, he transferred one Class A unit of Red Dog Operations Holding Company LLC over to KPT7 Holding Company LLC, and then the new XE, KPT7, sold the membership interest in Red Dog Operations Holding Company to Kindred Pet Care. |
| **Mark Pfeiffer** | Okay. And was the, what entity or person received the proceeds from the sale? |
| **Raymond Schneider** | KPT7. |
| **Mark Pfeiffer** | And how much were the proceeds? |
| **James Coutinho** | I don't know. |
| **Raymond Schneider** | I, I don't know because it was done at the closing and I don't remember. |
| **Mark Pfeiffer** | And have those proceeds been distributed to anybody like your kids or yourself or anybody else? |
| **Raymond Schneider** | Just to the members of KPT7. |
| **Mark Pfeiffer** | And who are the members of KPT7? |

| | |
|---|---|
| **Raymond Schneider** | Three children. |
| **James Coutinho** | I have a trust. |
| **Raymond Schneider** | In the trust, they don't, the trust is part of that. |
| **Mark Pfeiffer** | Okay, which trust? |
| **James Coutinho** | I believe it's your wife's trust. |
| **Raymond Schneider** | My wife's trust. |
| **Mark Pfeiffer** | So the trust, you'll confirm, your thought is that it was the trust created by your wife? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | Okay. |
| **Raymond Schneider** | I'm not gonna try to say, I believe it was her. If I have to correct it, I'll get back to you. |
| **Mark Pfeiffer** | And do you have a rough estimate as to what the purchase price was? |
| **Raymond Schneider** | I'm not sure. I don't have the answer right now. |
| **Mark Pfeiffer** | And do you, were new leases executed for the properties that you've retained their real estate on, or was it the same leases that had already existed? |
| **Raymond Schneider** | I believe they are the same ones. |
| **Mark Pfeiffer** | Okay. And are any of your children employed by the new bar? |
| **Raymond Schneider** | One of them is. |
| **Mark Pfeiffer** | And which child is that? |

| | |
|---|---|
| **Raymond Schneider** | Eric Schneider. |
| **Mark Pfeiffer** | Okay. And what's his position with the bar? |
| **Raymond Schneider** | **[Whispering]** I'm sorry, what'd you say? |
| **Mark Pfeiffer** | What is his position with the bar? |
| **Raymond Schneider** | I believe the chief operating officer. |
| **Mark Pfeiffer** | And Kennard, I'm sorry, the entity that bought them, the one based in Florida, do they own other similar businesses? |
| **Raymond Schneider** | Yes, yes. |
| **Mark Pfeiffer** | Let's talk for a second about the oral lease in Vail. Who is the employee who is leasing the property? |
| **James Coutinho** | **_____[01:12:08]**. |
| **Raymond Schneider** | There's two, two ladies that leases their employees in Vail somewhere. |
| **Mark Pfeiffer** | What are their names? Yeah. So the question is, who are they employed by? |
| **Raymond Schneider** | They, if you live in Vail, you have two or three jobs. There's two women. They're married. They each have two or three jobs. I don't know who they're employer is, and I never asked that question of them. |
| **James Coutinho** | So, Mr. Chair, just to clarify the record cause you had called them employees earlier today. They are not your employees. They just work in Vail. |
| **Raymond Schneider** | No. The problem in Vail, there's no housing, and we've always called, everybody's called that extra unit in the building as employee housing. So I apologize, it wasn't meant to be my employees. It's helping the valley, keep people employed, so they call it employee housing, and I, I, I am glad I corrected it for you. |
| **Mark Pfeiffer** | Okay, and the employee, they're not employees of either any of your companies, are they? |

| | |
|---|---|
| **Raymond Schneider** | No but I got the lady's name. Julie Hickey. None of these people are related to me. I didn't do any special favors. I just never raised the rent. I felt they were good tenants, they didn't harm anything, they, you know, kept things clean. And, you know, everybody wants to raise rents all the time. I was being a favorable landlord. |
| **Mark Pfeiffer** | Okay. And your, your miscellaneous assets and your schedules, like the arts and collectibles, what type of items are they? |
| **Raymond Schneider** | Anybody else would call it junk, but we called it art, so it's got something that hangs on the wall. I've got no master arts of anything, you know, a lot of the art is me. I'm an artist of my own. Little knickknacks that we have, so just to answer that question, you know, everybody expects you to have, you know, but I don't have anything of any value from art. **[Both talking at once.]** Unless you, **[continue to both talk at once.]** Unless you, part of a skeleton on top of a bunk bed for $55 billion **[laughter]**. Did you see that painting yesterday, it was unbelievable. No I'm just, I'm sorry, go ahead. I apologize. I, my, part of my life is to enjoy it. Go ahead. |
| **Mark Pfeiffer** | In the recesses in my mind that's in the last case, I thought you had a fire truck at some point, is that true? |
| **Raymond Schneider** | If you have a grandchild, that's about the biggest fire truck you're gonna get. I don't have a fire, I might have a toy fire truck but I never had a fire truck but wherever that came from. |
| **Mark Pfeiffer** | I can be, I might be confusing another case. |
| **Raymond Schneider** | Yeah. |
| **Mark Pfeiffer** | What is Three Hill LLC? |
| **Raymond Schneider** | That's a, my brother lent me some money, payment. |
| **Mark Pfeiffer** | And how much do you, who is your brother? |
| **Raymond Schneider** | Henry Scheider. |
| **Mark Pfeiffer** | Henry or Harry? |
| **Raymond Schneider** | Oh, you know what? I've never called him Harry, I'm 75 years old. |

| | |
|---|---|
| **James Coutinho** | It's Henry, isn't it? |
| **Raymond Schneider** | Yeah. |
| **Mark Pfeiffer** | Okay. |
| **Raymond Schneider** | The story on his birth certificate, I wouldn't tell you that I knew that, but I'm the middle child, so I looked up my brother, he's always called Henry, so I apologize. |
| **Mark Pfeiffer** | So let me get clarity for my own self. Your brother, Henry, are you saying his actual name is Harry? You just don't call him that. |
| **Raymond Schneider** | No, you said that. I just said if that's what you found somewhere, I didn't know about it. I'm just, you know, his name is Henry— |
| **Mark Pfeiffer** | Okay. |
| **Raymond Schneider** | To me and he's Henry to everybody else. |
| **Mark Pfeiffer** | Okay. And how much did you borrow through Three Notes LLC? |
| **Raymond Schneider** | I don't remember. I know that it's been a little bit, whatever. |
| **Mark Pfeiffer** | And are those, approximately how much do you know? |
| **Raymond Schneider** | I think it's 130 plus thousand. |
| **Mark Pfeiffer** | Do you know if there's a promissory note for that borrowing? |
| **Raymond Schneider** | **_____[01:17:01]**. |
| **James Coutinho** | There should be. |
| **Mark Pfeiffer** | And do you know when you made the borrowing? |
| **Raymond Schneider** | I have no idea. |

| | |
|---|---|
| **Mark Pfeiffer** | Do you know how much, how much was the original borrowing and how much is the balance now approximately? |
| **Raymond Schneider** | You know, I don't know, but I can get back to you. |
| **Mark Pfeiffer** | So do you receive any distributions from any trust? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | How do you pay your ongoing living expenses? |
| **Raymond Schneider** | From one of my entities that I've been using as my business. |
| **James Coutinho** | To be clear, you take draws? |
| **Raymond Schneider** | I take draws in the past and I now have used my Merrill Lynch account. |
| **Mark Pfeiffer** | And what entities are you taking draws from? |
| **Raymond Schneider** | Well, I don't want to say I take draws. I admit we had a dividend from some of my entities. I don't have a dowery or anything special from anything other than what I share with you. |
| **James Coutinho** | Do you have a, let me see if I can break that down, because it's something that we have to put up. Do you have any guaranteed payments from any entities that they give you regular withdrawals? |
| **Raymond Schneider** | I don't have any guaranteed entities. It's one of those investments that I put money in and they get a dividend. I get, I get something from that. |
| **James Coutinho** | So from your operating companies, you take draws when the money is available at this company, correct? |
| **Raymond Schneider** | Yeah. |
| **James Coutinho** | Is that where you're getting to? |
| **Mark Pfeiffer** | Yeah. And for the sake of my questions, I think the lawyers equate draws and dividends as being roughly the same thing, okay? You got, you got that? |

| | |
|---|---|
| **James Coutinho** | That's fair. |
| **Mark Pfeiffer** | So when you think draws or dividends, who has to approve those draws or dividends or do you approve it yourself? |
| **Raymond Schneider** | Some of my employees, myself; I've got to ask my wife sometimes. |
| **Mark Pfeiffer** | Okay. So what employees do you get _____**[01:19:48]**— |
| **Raymond Schneider** | Did you ask a question? I'm sorry. |
| **Mark Pfeiffer** | Yeah, I said who has to approve your with, your draws or dividends from the companies? |
| **Raymond Schneider** | If there's an eager employee— |
| **Mark Pfeiffer** | Potentially your wife. |
| **Raymond Schneider** | They don't have anything other than to rectify where the next financial needs are, so that's when they give me some direction. |
| **Mark Pfeiffer** | Okay. |
| **James Coutinho** | So just be quick, I'll ask you this question for the record, if I might. Your employees don't control the decision making of whether you draw or not. They are telling you the financials and how much is available to draw. |
| **Raymond Schneider** | Correct. |
| **James Coutinho** | Okay. |
| **Mark Pfeiffer** | Thank you for that clarity. So, what trusts have you created? |
| **Raymond Schneider** | In 2017, I went to my law firm. |
| **James Coutinho** | Go back to the one question. _____**[01:20:54]**. |
| **Raymond Schneider** | I created an estate plan from 2017 to 2019 when I finished it. |

| | |
|---|---|
| **Mark Pfeiffer** | Is, is that the, is that the 2019 Raymond Schneider gift trust? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | And who was the lawyer who created that trust? |
| **Raymond Schneider** | Emily Pan. She's with Bori Fader. And there's two other names, but I don't remember. |
| **Mark Pfeiffer** | And where is she located? Is she in Cincinnati? |
| **Raymond Schneider** | She is. |
| **Mark Pfeiffer** | And did your wife create a trust at around the same time? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | And did you trans, and that's the Patricia Snyder 2019 gift trust? |
| **Raymond Schneider** | Correct. |
| **Mark Pfeiffer** | Okay. And in 2019, did you transfer any assets or property to your wife that ultimately wound up going into her gift trust? |
| **Raymond Schneider** | I gifted her that, yes. |
| **Mark Pfeiffer** | What did you gift? |
| **Raymond Schneider** | I _____**[01:22:28]** remember. I think I gifted her a project that was in construction. I gave her, yeah, I don't remember the second. |
| **Mark Pfeiffer** | Was it related to Red Dog? |
| **Raymond Schneider** | If it's in her trust, yes, that would have been one of the gifts. |
| **Mark Pfeiffer** | Do you know what assets are in her trust? |
| **Raymond Schneider** | Not sitting here right now. |
| **Mark Pfeiffer** | Do you have a general idea of what might be in her trust? |

| | |
|---|---|
| **Raymond Schneider** | I think those two assets, for the most part. |
| **Mark Pfeiffer** | So Red Dog and what was the second one? |
| **Raymond Schneider** | A construction job. Something called the Red. |
| **James Coutinho** | **_____[01:23:17]**. |
| **Raymond Schneider** | Oh, I'm sorry, that's not in her trust. What's— |
| **James Coutinho** | It's Grasshopper. |
| **Raymond Schneider** | Grass, Grasshopper Investments. |
| **Mark Pfeiffer** | And Grasshopper is what type of business are they grasshopper entities? |
| **Raymond Schneider** | Self-storage entity. |
| **Mark Pfeiffer** | And that is different than the Circle entities? |
| **Raymond Schneider** | It's the same. |
| **Mark Pfeiffer** | Okay. So is Grasshopper the parent company? |
| **Raymond Schneider** | That was the initiation, yeah, when I bought them and then Circle is the brand. |
| **Mark Pfeiffer** | And who owns the, the Red Development businesses? |
| **Raymond Schneider** | I believe its in my cut. |
| **Mark Pfeiffer** | Okay. And— |
| **James Coutinho** | Partial interest. |
| **Raymond Schneider** | And I own a partial interest in it. |

| | |
|---|---|
| **Mark Pfeiffer** | And you also have a Blue Development, correct? |
| **Raymond Schneider** | Yes. |
| **James Coutinho** | You used to. |
| **Raymond Schneider** | I used to. I, I transferred it. |
| **Mark Pfeiffer** | Okay, where did you transfer? |
| **Raymond Schneider** | I transferred it to the gift trust. |
| **Mark Pfeiffer** | Which gift trust, yours or your wife's? |
| **James Coutinho** | I'm pretty sure it's yours. |
| **Raymond Schneider** | I believe it's mine. |
| **James Coutinho** | We listed in the schedules as being the Raymond Schneider 2019 gift trust. We will double check and make sure that's correct. |
| **Mark Pfeiffer** | I appreciate that. And when did that transfer occur? |
| **Raymond Schneider** | September of 2024. |
| **Mark Pfeiffer** | And the Blue is kind of like the companion to the Red Apartments, right? |
| **Raymond Schneider** | It's a separate development. Totally different but if you call an apartment it's the same. Then yes, then there's going to be an apartment component there too. |
| **Mark Pfeiffer** | And is it related physically near the Red Development? |
| **Raymond Schneider** | It's several miles away. Not related. |
| **Mark Pfeiffer** | And when did you acquire the properties for the Blue Apartments? |
| **Raymond Schneider** | That was several properties started in, let me see, seven years, seven years ago. |

| | |
|---|---|
| **Mark Pfeiffer** | And what entity has held their, that real estate prior to the Blue Development? |
| **Raymond Schneider** | It's called 9617 Kenwood Road. |
| **James Coutinho** | And just for clarity of the record, 9617 Kenwood Road Development, LLC changed its name to the Blue Development Company, LLC several years ago. **[Talking too soft.]** |
| **Mark Pfeiffer** | Okay. Let's talk about what other assets are in the, your gift trust besides the Blue and the Red. |
| **Raymond Schneider** | I can't think, I don't know right now, not because I'm trying to avoid that, I just don't know. I did this back 17 years ago. Actually, I did it back 17 and 18, and then we finalized it, and then— |
| **Mark Pfeiffer** | Let's talk about Mr. Sansa for a moment. When did he become aware of his kiting problems or issues? |
| **Raymond Schneider** | May 26, 2020. |
| **Mark Pfeiffer** | How did he become aware? |
| **Raymond Schneider** | His attorney sent me a newspaper article. The FBI arrested him and She wrote, she sent that to me and that's the first I knew about anything. Never had any information from Bonnington and never spoke to me for 17 months. When I heard about this, I couldn't believe it because somebody was supposed to watch the ship and I never, ever knew about any of this. |
| **Mark Pfeiffer** | Before that date, when was the last time you'd spoken to Mr. Sansa? |
| **Raymond Schneider** | Before that? |
| **Mark Pfeiffer** | Yep. |
| **Raymond Schneider** | Maybe once or twice from 2018 when he told me that he finally got the loan together on a day or two before the loan. He called me and said, I finally got the loan. We're closing tomorrow. You need to sign the papers. |
| **Mark Pfeiffer** | And did you speak to him afterwards? |
| **Raymond Schneider** | I may have spoken to him once or twice. He opened the movie theaters. He showed that to me and he had a restaurant he opened. And I came to see that and that's the, probably the only two times he actually talked to me. I used |

| | |
|---|---|
| | to get my accounting papers from him, and I used to get a check and then it started to slow down but I had an employee who was able to get some of it. And that's the only communication I had. |
| **Mark Pfeiffer** | When it started to slow down, did you have somebody or did you inquire as to why it slowed down? |
| **Raymond Schneider** | I think my accountant at the time, you know, would tell me that they had waited for some checks, and that happens in the business at times, and it eventually came, it just, you know, there used to be a regular date, you know. But other than that, you know, I could do my taxes, I had everything else. So, you know, I've been in, I've been in a partnership with him from 1999 and looking back and seeing what happened, there should have been a lot of noise when people knew about it and nobody shared that with me. |
| **Mark Pfeiffer** | When you made the transfer of the Blue Development into your trust, you knew that Huntington had a significant plan, didn't it? |
| **Raymond Schneider** | No. Huntington didn't have any, I didn't owe Huntington anything from December 29 through August 20, something or other of this year. |
| **Mark Pfeiffer** | The transfer to Blue was after the, was after the first bankruptcy, correct? |
| **Raymond Schneider** | It was during my appeal. I didn't know anything. |
| **James Coutinho** | **_____[01:31:14]**. It was after. |
| **Raymond Schneider** | Oh, it was after the first bankruptcy. Yes, sorry. |
| **Mark Pfeiffer** | Okay. Did you enter into any forbearance or other types of agreements with any of your, your, the lenders that you guarantee debt to, to acknowledge or cure your default after your first bankruptcy? |
| **Raymond Schneider** | You mean did they call that loan? |
| **Mark Pfeiffer** | Anything that, that undid defaults. Like, I'm assuming lenders in the first bankruptcy considered you to be in default or your companies to be in default as a result of the bankruptcy Did you have any agreements with any of the lenders, for either yourself or your companies, to, to recognize that you were now out of bankruptcy and no longer in default? |
| **Raymond Schneider** | I kept in touch with all my lenders. They knew exactly the timing of all the legal action. So once I was in bankruptcy, the rules are you're in default. |

| | |
|---|---|
| | Once you're out of bankruptcy, they all came back, took off my defaults and I didn't have any problems. |
| **James Coutinho** | You had to negotiate payment for one of them. |
| **Raymond Schneider** | I did have to make negotiation, one of them charged me a couple hundred thousand dollars because of their notes allowed them to do that. |
| **Mark Pfeiffer** | And when you say took off their defaults, that's what I was in artfully trying to get to. Did you have a grievance with the lenders to take off your defaults? |
| **Raymond Schneider** | No. I had a good relationship. They just didn't come after me. The only reason they did it is because legally that's what their notes say and once they were done, they were happy with me because I was a good, consistent customer. |
| **Mark Pfeiffer** | And your schedule indicates that you owe $42,000,000 to Trans America? Did I read that correctly? |
| **Raymond Schneider** | You did. |
| **Mark Pfeiffer** | Okay. Can you tell me what that's referencing or relating to? |
| **Raymond Schneider** | An apartment complex that has apartments and it's based in Cincinnati— |
| **James Coutinho** | Page 70, a guarantee of— |
| **Raymond Schneider** | It's a guarantee of the loan for apartment complex. |
| **James Coutinho** | **_____[01:33:44]**. |
| **Raymond Schneider** | It's called the Red. |
| **Mark Pfeiffer** | Okay. |
| **James Coutinho** | **_____[01:33:50]**. |

| | |
|---|---|
| **Mark Pfeiffer** | What cash contributions did you make to your companies after your first bankruptcy filed? |
| **Raymond Schneider** | I sit here today. I can't tell you that. I can eventually go look for it. |
| **Mark Pfeiffer** | And, I, I recognize that your, there's uncertainty about whether there are actual contributions or loans, and my question is getting at both of those. Do you know which companies? |
| **Raymond Schneider** | The $42,000,000 was, there were no contributions because that was finished in 2018. |
| **James Coutinho** | And it just ends _____**[01:34:45]** period of time. _____**[01:34:46]** after your first bankruptcy. |
| **Raymond Schneider** | Well, I didn't put any money there, tied to that. And any other monies that I took out— |
| **James Coutinho** | No, he's asking did you contribute money by a loan or contribution to any of your companies after your first case was solved? |
| **Raymond Schneider** | Yeah, when the Blue, that, when did that, there's a note for that. |
| **James Coutinho** | Well, you sold that. Did you, did you actually pay any, do any capital contributions to any of your companies since your first case got dismissed? |
| **Raymond Schneider** | I don't think so. |
| **Mark Pfeiffer** | You said there's a note for the Blue. Can you explain that to me? |
| **James Coutinho** | So if you, so we can make reference to it out on item number 18 on the statement of financial affairs, that's where that's disclosed and that would be promissory note we discussed with the trustee's attorney, I'm sorry, the United States trustee attorney earlier for 1.45 million that is due next September. |
| **Mark Pfeiffer** | Okay. So, where did you get the, the funds to, to loan to the Blue? |
| **James Coutinho** | That's, that's, it's the opposite. The Blue owes money to Mr. Schneider. I'm sorry _____**[01:36:04]**— |
| **Mark Pfeiffer** | Yeah. |

| | |
|---|---|
| **James Coutinho** | Raymond's 2019 gifts trust owes $1.485 million to Mr. Schneider for the purchase of the Blue entity. |
| **Mark Pfeiffer** | When you sold the Blue entity to the gift trust, did you have any valuations performed or appraisals of the entity? |
| **Raymond Schneider** | It's not got any property or any asset, real estate on it, and we used the tax base. |
| **Mark Pfeiffer** | Okay. Did you have any appraisals for any real estate related to the Blue? |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | And what is the status of it, the physical status of the Blue Development now? Have you broken grounds? Is there construction process? Where are, where's that standing? |
| **Raymond Schneider** | Well, it was in good standing until I had to file bankruptcy. Now it's on hold. And it's very difficult to do anything when you're in bankruptcy. |
| **Mark Pfeiffer** | So, what was the status when you filed the bankruptcy? Was it under construction or in planning stages? |
| **Raymond Schneider** | It was in planning and finishing of the planning stages. |
| **Mark Pfeiffer** | Did he have building permit and zoning yet? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | When were they anticipating commencing construction? |
| **Raymond Schneider** | When I was going to get a loan. |
| **Mark Pfeiffer** | What was your anticipated timeline for completing, for starting construction? |
| **Raymond Schneider** | Sometime in the middle of next year. |
| **Mark Pfeiffer** | Have you applied to any bank or any other lender— |
| **Raymond Schneider** | I can't— |

| | |
|---|---|
| **Mark Pfeiffer** | Or loans? |
| **Raymond Schneider** | I can't. You're in bankruptcy, can't do that. You're a banker, you understand. You're not going to lend anything to anybody. |
| **Mark Pfeiffer** | Prior to the bankruptcy, did you apply for any loan or contact any lender without financing the transaction? |
| **Raymond Schneider** | We were in discussions. |
| **Mark Pfeiffer** | And what lenders? |
| **Raymond Schneider** | I need to talk to my employees, they did all the, I have a development team, they were doing that. |
| **Mark Pfeiffer** | And who's the head of the development team? |
| **Raymond Schneider** | Greg Lund and John Bishop. |
| **Mark Pfeiffer** | And you spell Lund? |
| **Raymond Schneider** | L-u-n-d. |
| **Mark Pfeiffer** | Okay. Do any of your companies owe you any additional funds besides what we talked about with regard to the Blue? |
| **Raymond Schneider** | I'm sorry, do any of your companies owe you money? Other companies. |
| **James Coutinho** | Do any of your companies owe you money? If you don't know, you don't know. |
| **Raymond Schneider** | I don't know, right. |
| **James Coutinho** | And that's, that's part of what we were talking about with the UFC's council earlier about, so we're trying to figure out what was contribution versus what might have been characterized as loans on the books. |
| **Mark Pfeiffer** | And when do you anticipate filing any amendment to the schedules for that? |
| **James Coutinho** | Hopefully within the next month. Our first priority is to get the initial 2015.3 reports filed, and then I think as part of that, we're hopefully gonna to be able to figure that answer out. |

| | |
|---|---|
| **Mark Pfeiffer** | Okay. You said, I think, earlier in the meeting that you wished you had accounts receivable with your children. What did you mean by that? |
| **Raymond Schneider** | Do you have any children? |
| **James Coutinho** | No, don't. Just answer the question. |
| **Raymond Schneider** | Kids always have their hands out, you know, Dad, can I have $20 for this, can I have, you know, and then, you know, when you visit, you always want to make them happy. |
| **James Coutinho** | Have you given them any money in the last couple of years, your kids? So you never get them out for more than 20 bucks here or there. |
| **Raymond Schneider** | No. |
| **Mark Pfeiffer** | And you indicated that you have a T-Bird and a VW stored. |
| **Raymond Schneider** | I have a, a T-Bird that sitting on four flat wheels, hasn't been driven for, oh gosh, 30 years. what was the other car? |
| **James Coutinho** | VW. |
| **Mark Pfeiffer** | VW, yeah. |
| **Raymond Schneider** | It's a nice piece of art. It's an old '67. I painted it with some stuff from Woodstock, and it's never been driven in 30 years. |
| **Mark Pfeiffer** | Okay. And they're just sitting in storage? |
| **Raymond Schneider** | Yeah, just time to get rid of them. |
| **Mark Pfeiffer** | Now the one entity that I didn't recognize from the prior bankruptcy is 5150 East Galbraith Holding Company. Is that a new entity or? |
| **Raymond Schneider** | No. I think it was under HRM or whatever, one of my companies. |
| **Mark Pfeiffer** | And what does, why is it now called 5150 East? |
| **James Coutinho** | We actually, we're trying to figure out why it wasn't listed appropriately in the first case. It seemed like there was some confusion as to whether it was |

| | |
|---|---|
| | owned under HRM or owned personally. And as part of my review process, we confirmed, confirmed that it was owned personally and not through a subsidiary, as a subsidiary. And so— |
| **Mark Pfeiffer** | And HRM, what is that entity? |
| **Raymond Schneider** | HRM was, I had a partnership with my brothers and sister on that building, and that's why we called it _____**[01:43:37]**. |
| **Mark Pfeiffer** | Okay. And you indicated in your earlier testimony that you had a settlement with Mr. Sansa when you retain the benefits in the lawsuit. And I'm presuming that's the lawsuit against Huntington, is that correct? |
| **Raymond Schneider** | Correct. |
| **Mark Pfeiffer** | As a new, you mentioned something that seemed to be a passing reference to a one million dollar settlement in connection with Mr. Sasna. I didn't follow that, can you explain that for me? |
| **Raymond Schneider** | Three months ago, Huntington National Bank settled with Sansa for his bankruptcy for one million dollars. |
| **Mark Pfeiffer** | You also indicated that you had issues with people in your accounting department that had to be cleared up. Who are those people? |
| **Raymond Schneider** | They're gone. They, there was a medical issue with one of them and created a lot of issues, and I brought someone in who's cleaning it up. And that's why we don't have that final statement, which we will have as soon as we finish it. |
| **Mark Pfeiffer** | Okay. Who was that person that you have the issue with? |
| **Raymond Schneider** | John. I don't remember John's last name. |
| **Mark Pfeiffer** | What was their position? |
| **Raymond Schneider** | He was the head accountant, and I also had this problem with his assistant. |
| **Mark Pfeiffer** | And what was the assistant's name? |
| **Raymond Schneider** | Lori. It was Lori. |
| **Mark Pfeiffer** | And what was her last name? |

| | |
|---|---|
| **Raymond Schneider** | Lori. No, I don't know but I'll have to see if I got it in there. |
| **Mark Pfeiffer** | And John. What company did John work for? |
| **Raymond Schneider** | He worked for Grasshopper Investments. |
| **Mark Pfeiffer** | Okay. And did Lori work for the same company? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | And how long did John work for you? Approximately. |
| **Raymond Schneider** | A year and a half—it's a little longer. |
| **Mark Pfeiffer** | Okay. And did he live in the Cincinnati area? |
| **Raymond Schneider** | Northern Kentucky. |
| **Mark Pfeiffer** | And how did you find John as an employee? How did you get, How did he get in touch with you? How did you hire him? |
| **Raymond Schneider** | I used to have an employment guy who put out requests, and they got interviewed. One of my employees interviewed him and thought he was a good employee and we brought him on and found an error in that decision. |
| **Mark Pfeiffer** | And who did John report to? |
| **Raymond Schneider** | Myself or Greg? |
| **Mark Pfeiffer** | Greg who? |
| **Raymond Schneider** | Greg Lund. |
| **Mark Pfeiffer** | And who else? |
| **Raymond Schneider** | Well, he might have had a company he'd report there monthly, you know, _____**[01:47:02]** or whatever. You know, like my pet store's company, I had a pet business, whatever my company was, that's who he would give information to. |

| | |
|---|---|
| **Mark Pfeiffer** | So, counsel, could you get us the name of John and Lori? |
| **James Coutinho** | Yeah. |
| **Mark Pfeiffer** | Have you started any new businesses since the last bankruptcy? |
| **Raymond Schneider** | No. No. |
| **James Coutinho** | _____**[01:47:55]** but technically KBG Set and Holding Company was formed during that period of time, but it was just— |
| **Raymond Schneider** | Oh, okay. |
| **James Coutinho** | Is that the only one that you know of? |
| **Raymond Schneider** | Yeah, I mean. _____**[01:48:07]**. I don't think I know of any. |
| **Mark Pfeiffer** | I am getting towards the end, if you can just bear with me a little bit. And why did you transfer your 100 percent interest in Party Realty One LLC to Hyde Park Circle LLC? |
| **Raymond Schneider** | I think it was for simplifying my accounting. |
| **Mark Pfeiffer** | And what asset did that RD Realty entity or _____**[01:49:48]**. |
| **Raymond Schneider** | What was the question? |
| **James Coutinho** | What does RD Realty One LLC own? |
| **Raymond Schneider** | I don't, I don't think I know _____**[01:50:07]**. RD One. It's probably on that real estate, does it say Red Dog, does it? |
| **James Coutinho** | No, that's on my _____**[01:50:21]**. |
| **Raymond Schneider** | Okay. I'm not sure. There's a lot of entities and I'm not trying to avoid your answers, I'm just not sure. |

| | |
|---|---|
| **James Coutinho** | My understanding, it's not my, I've always been not testifying, but just so you know, my understanding is that it didn't have any assets, but we can confirm that. |
| **Mark Pfeiffer** | Okay. Are any of your family members taking any draws or distributions or salary from any of your companies? |
| **Raymond Schneider** | I believe my wife is taking, she's working at the office, yeah. |
| **Mark Pfeiffer** | And where, where is she, what company is providing her either a salary or withdrawals or dividends? |
| **Raymond Schneider** | Grasshopper Investments. |
| **Mark Pfeiffer** | Where to the, what company employs _____**[01:51:22]** the support staff, the administrative staff of the bookkeepers or the accountants? Grasshopper? |
| **Raymond Schneider** | Yeah. |
| **Mark Pfeiffer** | Grasshopper Investments. |
| **James Coutinho?** | Yes. **[_____01:51:34]**. |
| **Raymond Schneider** | And their payroll is through Grasshopper, and then they do the _____**[01:51:41]**. |
| **Mark Pfeiffer** | And do the companies fund Grasshopper, the payroll, and other expenses that might get paid by Grasshopper? |
| **Raymond Schneider** | I didn't catch the first part of your question? |
| **Mark Pfeiffer** | So, if payroll has gone through Grasshopper, do the other companies fund Grasshopper's payroll? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | Okay. And does Grasshopper pay the expenses for some of the other companies like taxes and insurance and stuff like that? |
| **Raymond Schneider** | No. |

| | |
|---|---|
| **Mark Pfeiffer** | Okay. Do the companies maintain **[all talking at once]** own separate? |
| **Raymond Schneider** | Yes. |
| **Mark Pfeiffer** | So my question is do the companies maintain their own sperate banks accounts from which they pay expenses? |
| **Raymond Schneider** | Correct. |
| **Mark Pfeiffer** | Okay. But for centralized purpose payroll is a little different that all goes through Grasshopper. Is that what you're saying? |
| **Raymond Schneider** | Correct. |
| **Mark Pfeiffer** | Let me just check my notes. I don't have anything further. My client reserves all rights. |
| **Ryan Lett** | Thank you, Mr. Pfeiffer. Appreciate it. Is there anyone else on the call who hasn't had the opportunity to question the debtor yet? All right, hearing nothing. Mr. Coutinho, Mr. Schneider, we will continue this in progress and reserve the right to ask any questions about the individual companies owned by Mr. Schneider upon receiving the 2515, sorry, 215-3 reports. Don't necessarily think that's going to be necessary, but in the event that it is, we will re-notice the 341 and proceed accordingly. Mr. Coutinho, do you have anything to add as a, any closing thoughts? |
| **James Coutinho** | No, thank you. Appreciate what time today. |
| **Ryan Lett** | Okay, Mr. Schneider, is there anything you need to clarify or anything like that? |
| **James Coutinho** | No, I, I think everything on the record was— |
| **Ryan Lett** | Perfect. |
| **James Coutinho** | As clear as we can make it. ____**[01:54:10]**. We're looking in both things _____**[01:54:13]** to see if we need to amend anything but we'll look at that. |
| **Ryan Lett** | Wonderful. Well, thank you for everyone's participation and patience. That's going to conclude today's 341 examination in this case, and everyone have a great day. Thank you. Going to hang up now. |