# “EXHIBIT LL”

4:55 AM
01/26/22
Accrual Basis

# To Life, LTD
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Stockyard Bank** | 189,399.48 |
| **US Bank - VG** | 680,155.98 |
| **Replacement Cash Reseves** | 826,535.40 |
| **Merrill Lynch** | 12,412.25 |
| **Petty Cash** | 500.00 |
| **Total Checking/Savings** | 1,709,003.11 |
| **Other Current Assets** | |
| **Accounts Receivables** | |
| **A/R Other** | 6,000.00 |
| **A/R The Red Village Green Fund** | 1,066.59 |
| **Total Accounts Receivables** | 7,066.59 |
| **Other Current Assets** | |
| **Prepaid Expenses** | 2,975.85 |
| **Prepaid Expenses TL** | 552.57 |
| **Prepaid Insurance** | 11,885.57 |
| **Total Other Current Assets** | 15,413.99 |
| **Total Other Current Assets** | 22,480.58 |
| **Total Current Assets** | 1,731,483.69 |
| **Fixed Assets** | |
| **Land - The Red** | 4,095,470.16 |
| **The Red** | |
| **Building A** | |
| **A/D Building A** | -3,369,387.70 |
| **Loan Placement Fees** | |
| **Appraisal Fees** | 3,420.00 |
| **Legal & MIsc Closing Fees** | 24,649.08 |
| **Loan Origination Fees** | 195,225.00 |
| **Title Insurance** | 56,538.30 |
| **Total Loan Placement Fees** | 279,832.38 |
| **Building A - Other** | 29,219,542.80 |
| **Total Building A** | 26,129,987.48 |
| **Building B** | |
| **Loan Placement Fees** | |
| **Appraisal Fees** | 833.40 |
| **Construction Interest** | 33,325.54 |
| **Legal & Misc Closing Fees** | 6,006.59 |
| **Lender Inspection** | 1,292.00 |
| **Loan Origination Fees** | 47,573.25 |
| **Title Insurance** | 13,777.49 |
| **Total Loan Placement Fees** | 102,808.27 |
| **Building B - Other** | 9,738,009.54 |
| **Total Building B** | 9,840,817.81 |

4:55 AM
01/26/22
Accrual Basis

# To Life, LTD
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---|
| Building C | |
| Construction Interest | 168,287.74 |
| Loan Placement Fees | |
| Appraisal Fees | 1,081.20 |
| Legal & Misc Closing Fees | 7,792.57 |
| Lender Inspection | 1,676.00 |
| Loan Origination Fees | 61,718.50 |
| Title Insurance | 17,874.04 |
| Total Loan Placement Fees | 90,142.31 |
| Building C - Other | 12,425,559.45 |
| Total Building C | 12,683,989.50 |
| Developer Fees | 1,208,743.81 |
| Garage | |
| Construction Interest | 7,839.15 |
| Loan Placement Fees | |
| Appraisal Fees | 665.40 |
| Legal & Misc Closing Fees | 4,795.76 |
| Lender Inspection | 1,032.00 |
| Loan Origination Fees | 37,983.25 |
| Title Insurance | 11,000.17 |
| Total Loan Placement Fees | 55,476.58 |
| Garage - Other | 6,833,554.68 |
| Total Garage | 6,896,870.41 |
| Retail "D" | 76,182.65 |
| The Red - Other | 9,262.70 |
| Total The Red | 56,845,854.36 |
| Total Fixed Assets | 60,941,324.52 |
| Other Assets | |
| Other Assets | |
| Capital Rehab | 17,091.37 |
| Maintenance Equipment | |
| A/D Maintenance Equipment | -10,348.30 |
| Maintenance Equipment - Other | 16,728.30 |
| Total Maintenance Equipment | 6,380.00 |
| Marketing Programs | 20,007.91 |
| Office Equipment | 190.56 |
| Pool Furnitures | 10,402.72 |
| Start Up Costs | |
| A/A Start Up Cost | -10,997.17 |
| Start Up Costs - Other | 33,047.05 |
| Total Start Up Costs | 22,049.88 |
| Total Other Assets | 76,122.44 |
| Total Other Assets | 76,122.44 |
| TOTAL ASSETS | **62,748,930.65** |

4:55 AM
01/26/22
Accrual Basis

# To Life, LTD
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | 60,750.00 |
| **Total Accounts Payable** | 60,750.00 |
| **Other Current Liabilities** | |
| **Accounts Payables** | |
| **A/P Circle Storage Operating** | 5.15 |
| **A/P Grasshopper I** | -14,752.51 |
| **A/P Village Green Payables** | 400.23 |
| **Total Accounts Payables** | -14,347.13 |
| **Other Current Liabilities** | |
| **Security Deposit Refunds** | 100.00 |
| **Accrued Expenses** | 38,747.70 |
| **Accrued Interest** | 184,474.18 |
| **Accrued Property Taxes** | 764,244.00 |
| **Accrued State Taxes** | 2,436.48 |
| **Resident Prepaid Rents** | 38,256.46 |
| **Resident Security Deposits** | 97,777.41 |
| **Unclaimed Funds** | 4,275.00 |
| **Total Other Current Liabilities** | 1,130,311.23 |
| **Total Other Current Liabilities** | 1,115,964.10 |
| **Total Current Liabilities** | 1,176,714.10 |
| **Long Term Liabilities** | |
| **Long Term Debt** | |
| **N/P Aegon** | |
| **N/P Building A** | 25,239,988.11 |
| **N/P Building B** | 6,020,142.22 |
| **N/P Building C** | 11,750,211.00 |
| **N/P Garage** | 1,530,801.06 |
| **Total N/P Aegon** | 44,541,142.39 |
| **Total Long Term Debt** | 44,541,142.39 |
| **Total Long Term Liabilities** | 44,541,142.39 |
| **Total Liabilities** | 45,717,856.49 |
| **Equity** | |
| **Capital Accounts** | |
| **Danielle Schneider** | |
| **Capital Distrbutions - DS** | -31,800.00 |
| **Members Capital - DS** | 343,959.20 |
| **Total Danielle Schneider** | 312,159.20 |
| **Eric Schneider** | |
| **Capital Distribution - ES** | -31,800.00 |
| **Members Capital - ES** | 343,960.16 |
| **Total Eric Schneider** | 312,160.16 |

4:55 AM
01/26/22
Accrual Basis

# To Life, LTD
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---|
| Justin Schneider | |
| Capital Distributions-JS | -31,800.00 |
| Members Capital-JS | 338,370.18 |
| Total Justin Schneider | 306,570.18 |
| Patti Schneider | |
| Capital Contribution-PS | 147,000.00 |
| Capital Distributions-PS | -151,800.00 |
| Members Capital - PS | 346,039.89 |
| Total Patti Schneider | 341,239.89 |
| Raymond Schneider | |
| Capital Contributions | 430,877.84 |
| Capital Distributions | -563,800.00 |
| Member's Capital | 13,988,081.03 |
| Total Raymond Schneider | 13,855,158.87 |
| Total Capital Accounts | 15,127,288.30 |
| Net Income | 1,903,785.86 |
| Total Equity | 17,031,074.16 |
| **TOTAL LIABILITIES & EQUITY** | **62,748,930.65** |