# "EXHIBIT MM"

## The Ray Schneider Trust 2019
## Balance Sheet

As of Date: 07/31/2024
Location: The Ray Schneider 2019 Gift Trust

| | To Life, LTD<br>Year To Date<br>07/31/2024 |
|---|---|
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | 1,574,049.38 |
| Accounts Receivable, Net | |
| Accounts Receivable | 673.00 |
| Total Accounts Receivable, Net | 673.00 |
| Intercompany Receivable | 3,060.00 |
| Prepaid Expenses | 11,199.00 |
| Total Current Assets | 1,588,981.38 |
| Fixed Assets, Net | |
| Fixed Assets | 64,421,074.09 |
| Accumulated Depreciation | 10,872,811.49 |
| Total Fixed Assets, Net | 53,548,262.60 |
| Intangible Assets, Net | |
| Intangible Assets | 9,000.00 |
| Total Intangible Assets, Net | 9,000.00 |
| **Total Assets** | **55,146,243.98** |
| **Liabilities & Equity** | |
| Liabilities | |
| Current Liabilities | (476,534.53) |
| Long Term Liabilities | 42,994,606.38 |
| Total Liabilities | 42,518,071.85 |
| Stockholders Equity | |
| Capital Stock | 10,949,898.41 |
| Retained Earnings | 632,779.89 |
| Net Income (Loss) | |
| Income (Loss) before Provision for Income Taxes | 1,045,493.83 |
| Net Income (Loss) | 1,045,493.83 |
| Total Stockholders Equity | 11,314,460.03 |
| **Total Liabilities & Equity** | **55,146,243.98** |

Created on : 09/30/2024 5:43 AM PST

### CONFIDENTIAL - PROPERTY OF RAYMOND SCHNEIDER 2019 GIFT TRUST

These financial statements are prepared by management and are considered to be accurate. We believe these statements are free of material and intentional misstatement, however due to significant transactions that occur throughout the year they are subject to change, often based on the advice of the tax preparers. The information contained in this report is strictly CONFIDENTIAL and may not be reproduced, provided to any other person or used for any other purpose without the prior written permission of Raymond Schneider, in his absolute and sole discretion.

## The Ray Schneider Trust 2019
## Profit and Loss

As of Date: 07/31/2024
Location: The Ray Schneider 2019 Gift Trust

| | TOTAL |
|---|---|
| **Net Income (Loss)** | |
| Net Ordinary Income | |
| Gross Profit | |
| Operating Income | |
| Rental Income | 3,476,569.00 |
| Other Operating Income | 398,491.04 |
| Total Operating Income | 3,875,060.04 |
| Total Gross Profit | 3,875,060.04 |
| Expense | |
| Labor Expenses | 302,104.00 |
| Operating Expenses | |
| Office Expense | 5,464.23 |
| Supplies | 34,240.90 |
| Automobile Expense | 244.00 |
| Professional Fees | 6,040.30 |
| Service Fees | 2,112.80 |
| IT Expenses | 13,634.30 |
| Advertising & Promotion | 45,294.00 |
| Taxes | 2,190.65 |
| Miscellaneous Expenses | (19,370.04) |
| Total Operating Expenses | 89,851.14 |
| Overhead Expenses | |
| Property Taxes | 651,237.33 |
| Insurance Expense | 130,106.00 |
| Repairs & Maintenance | 100,748.74 |
| Utilities | 114,913.00 |
| Service Contracts | 66,722.00 |
| Other Overhead Expenses | 122,326.00 |
| Total Overhead Expenses | 1,186,053.07 |
| Total Expense | 1,578,008.21 |
| Total Net Ordinary Income | 2,297,051.83 |
| Other Income/(Expense) | |
| Interest Expense | 1,250,998.00 |
| Total Other Income/(Expense) | (537,846.00) |
| **Total Net Income (Loss)** | 1,045,493.83 |

Created on : 09/30/2024 5:50 AM PST

**CONFIDENTIAL - PROPERTY OF RAYMOND SCHNEIDER 2019 GIFT TRUST**

These financial statements are prepared by management and are considered to be accurate. We believe these statements are free of material and intentional misstatement, however due to significant transactions that occur throughout the year they are subject to change, often based on the advice of the tax preparers. The information contained in this report is strictly CONFIDENTIAL and may not be reproduced, provided to any other person or used for any other purpose without the prior written permission of Raymond Schneider, in his absolute and sole discretion.