# “EXHIBIT OO”

# Grasshopper Investments

FULL YEAR 2025 · CONSOLIDATED FINANCIAL DASHBOARD

- PSGT — Patricia Schneider Gift Trust
- RSGT — Raymond Schneider Gift Trust
- RS — Raymond Schneider (Individual)

## Portfolio Overview — Full Year 2025

| TOTAL REVENUE | NET ORDINARY INCOME | TOTAL EBITDA | TOTAL CASH FLOW |
|---|---|---|---|
| $22.70M | ($1.10M) | $7.03M | ($3.21M) |
| All owners · FY 2025 | Portfolio combined | 31.0% margin | Blue Dev & GH Inv drag |

| PSGT REVENUE | RSGT REVENUE | RS REVENUE | ACTIVE ENTITIES |
|---|---|---|---|
| $9.22M | $6.63M | $6.85M | 18 |
| 40.6% of portfolio | 29.2% of portfolio | 30.2% of portfolio | Across all owners |







Monthly Revenue · EBITDA · Cash Flow
Revenue
EBITDA
Cash Flow
$2.00M
$1.50M
$1.00M
$500K
$0
($500K)
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec


Monthly Revenue by Owner
PSGT
RSGT
RS
$800K
$600K
$400K
$200K
$0
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec


Monthly EBITDA by Owner
PSGT
RSGT
RS
$350K
$300K
$250K
$200K
$150K
$100K
$50K
$0
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec

## Total Income (Revenue) — Full Year 2025

| PSGT REVENUE | RSGT REVENUE | RS REVENUE | TOP ENTITY |
|---|---|---|---|
| $9.22M | $6.63M | $6.85M | To Life LTD |
| 40.6% of total | 29.2% of total | 30.2% of total | $6.63M · RSGT |












# Net Ordinary Income — Full Year 2025

| PSGT | RSGT | RS | COMBINED |
|---|---|---|---|
| **($1.54M)** | **$643K** | **($207K)** | **($1.10M)** |
| Net loss YTD | Blue Dev drag on To Life | Near breakeven | Portfolio net loss |












## EBITDA — Full Year 2025

| PSGT EBITDA | RSGT EBITDA | RS EBITDA | COMBINED |
|---|---|---|---|
| $1.33M | $3.54M | $2.16M | $7.03M |
| 14.4% margin | 53.4% margin | 31.5% margin | 31.0% margin |












# Total Cash Flow — Full Year 2025

| PSGT CASH FLOW | RSGT CASH FLOW | RS CASH FLOW | COMBINED |
|---|---|---|---|
| **($1.83M)** | **($1.30M)** | **($82K)** | **($3.21M)** |
| GH Inv + vet drag | Blue Dev dominates | Near breakeven | Portfolio net outflow |












## All Entity Performance Summary — YTD 2025

| OWNER | ENTITY | REVENUE | NET INCOME | EBITDA | CASH FLOW |
|---|---|---|---|---|---|
| PSGT | Grasshopper Inv | $959,173 | ($902,452) | ($866,504) | ($866,504) |
| PSGT | Circle Storage | $4,892,423 | $175,156 | $2,958,752 | ($183,628) |
| PSGT | Techwood Circle RD | $34,757 | ($4,137) | ($944) | ($944) |
| PSGT | Omni Drive Dev | $0 | ($18,563) | ($9,370) | ($18,563) |
| PSGT | Boston Animal Hosp | $2,476,583 | ($362,672) | ($332,335) | ($337,266) |
| PSGT | N Station Animal Hosp | $855,540 | ($428,010) | ($419,543) | ($427,455) |
| RSGT | RED Apts (To Life) | $6,631,587 | $966,916 | $3,600,678 | $473,821 |
| RSGT | Blue Dev Company | $0 | ($324,368) | ($56,628) | ($1,771,497) |
| RS | Boston RD | $962,314 | $131,749 | $725,266 | $242,478 |
| RS | Mason RD | $325,866 | $27,177 | $242,231 | $97,636 |
| RS | North Shore RD | $458,286 | $6,136 | $369,680 | $66,718 |
| RS | RD Realty | $516,351 | $101,360 | $357,444 | $79,507 |
| RS | Ivy Knoll | $3,194,257 | ($103,016) | ($42,507) | ($43,128) |
| RS | NKAL | $312,000 | $11,257 | $286,900 | $55,446 |
| RS | The Red Corner | $572,980 | ($96,717) | $176,849 | ($287,830) |
| RS | The Gatherings | $3,968 | ($186,500) | ($86,786) | ($201,291) |
| RS | Grasshopper II | $131,734 | $21,592 | $38,740 | $38,740 |
| RS | Madison Warehouse | $256,504 | $67,148 | $157,651 | $17,771 |
| RS | Hyde Park Circle | $111,565 | ($31,552) | $19,247 | $7,651 |
| RS | Circle Dev Cin | $0 | ($155,364) | ($89,195) | ($155,462) |

## 2025 Performance Highlights & Narrative

EXECUTIVE SUMMARY · PORTFOLIO OVERVIEW

### Operational Strength Hidden Behind Structural Drags — EBITDA of $7.0M on $22.7M Revenue

The Schneider family portfolio generated **$22.70 million in total revenue** across 2025, spanning three ownership structures and eighteen active entities. The headline net ordinary income of **($1.10M)** and cash flow of **($3.21M)** significantly understate genuine operating strength: consolidated **EBITDA reached $7.03 million**, representing a **31.0% EBITDA margin** on total revenue.

Three entities account for the vast majority of the cash shortfall. **Grasshopper Investments (PSGT)** — a non-operating investment vehicle — consumed ($866K) in cash with zero revenue. **The Blue Development Company (RSGT)** consumed an extraordinary **($1.77M) in cash** with zero revenue across all twelve months, consistent with an active development or pre-revenue deployment phase. The two **Boston Animal Hospital locations (PSGT)** added another **($765K) in combined cash outflow** against $3.33M in revenue, reflecting the structural cost intensity of veterinary practice operations. Together these three entities account for approximately ($3.40M) of the ($3.21M) net portfolio outflow — meaning the remaining fifteen operating entities generated modestly positive combined cash flow, a fundamentally healthy underlying picture.

| REVENUE | EBITDA | EBITDA MARGIN | NET INCOME | CASH FLOW | ENTITIES |
|---|---|---|---|---|---|
| $22.70M | $7.03M | 31.0% | ($1.10M) | ($3.21M) | 18 |

PATRICIA SCHNEIDER GIFT TRUST · PSGT

## Largest Owner by Revenue — Circle Storage Anchors; Veterinary & Investment Vehicles Drag

PSGT contributed **$9.22M (40.6%)** of total portfolio revenue. **Circle Storage Operating Company** is the standout performer: **$4.89M in revenue and $2.96M in EBITDA (60% margin)** — an exceptionally consistent, low-complexity recurring income engine with monthly revenue averaging $407K. The two **Animal Hospital locations** (Boston + North Station) combined for **$3.33M in revenue** but a collective net loss of ($791K) and ($765K) in cash outflow. **Grasshopper Investments** burned ($866K) in cash with no revenue. Two nascent entities — **Techwood Circle RD** (first revenue $34.8K in December) and **Omni Drive Development** (pre-revenue from Q3) — signal portfolio expansion underway.

| REVENUE | EBITDA | NET INCOME | CASH FLOW |
|---|---|---|---|
| $9.22M | $1.33M | ($1.54M) | ($1.83M) |

RAYMOND SCHNEIDER GIFT TRUST · RSGT

## Highest Operating Margins in the Portfolio — Blue Development a Significant Capital Deployment

**The RED Apartments (To Life LTD)** is the portfolio's most efficient operating business: **$6.63M revenue, $3.60M EBITDA (54% margin)**, and **$967K net income** — the only entity to report consistent full-year profitability. Monthly revenue ran $512K–$592K with strong stability throughout the year. **The Blue Development Company** generated zero revenue while consuming **($1.77M) in cash**. Monthly outflows ranged from ($29.5K) to ($259K), with heaviest burns in January, March, April, July, and September. The minimal EBITDA impact (($57K)) relative to total cash burn confirms these are primarily capital expenditures — suggesting meaningful future asset value when the development reaches stabilization.

| REVENUE | EBITDA | NET INCOME | CASH FLOW |
|---|---|---|---|
| $6.63M | $3.54M | $643K | ($1.30M) |

RAYMOND SCHNEIDER — INDIVIDUAL · RS

## Most Diversified Owner: 12 Entities Across Real Estate, Senior Living & Commercial — Anchors Offsetting Challenged Assets

RS holds twelve entities generating **$6.85M in combined revenue** and **$2.16M in EBITDA (31.5% margin)**. Net income of **($207K)** and cash flow of **($82K)** are essentially breakeven at the portfolio level — masking both strong anchors and several underperforming entities. The four **RD properties** (Boston, Mason, North Shore, RD Realty) delivered positive EBITDA and cash flow every single month without exception, combining for **$1.69M in EBITDA** and **$486K in annual cash flow**. **NKAL** delivered near-perfect economics: $312K revenue, $287K EBITDA (92% margin), $55K positive cash flow.

**Ivy Knoll** ($3.19M revenue) showed high volatility, ranging from ($60K) EBITDA in January to +$45K in May, finishing at ($43K) for the year. **The Red Corner** deteriorated every month Jan–Dec: ($1.3K) → ($36.5K) in monthly cash outflow, totaling **($288K) for the year** with no Q4 recovery. **The Gatherings** and **Circle Development of Cincinnati** together consumed ($356K) in cash with near-zero revenue.

| REVENUE | EBITDA | NET INCOME | CASH FLOW | ENTITIES |
|---|---|---|---|---|
| $6.85M | $2.16M | ($207K) | ($82K) | 12 |

PORTFOLIO STRENGTHS

### Top Performers & Positive Signals

**RED Apartments — To Life LTD (RSGT)**
54% EBITDA margin, $967K net income, $474K positive cash flow. The only entity with consistent full-year profitability.

**Circle Storage Operating Company (PSGT)**
60% EBITDA margin on $4.89M revenue. Most predictable recurring income stream — $407K/month average.

**NKAL (RS)**
92% EBITDA margin on $312K revenue. Most capital-efficient entity in the portfolio.

**RD Properties — Boston, Mason, North Shore & RD Realty (RS)**
All four: positive EBITDA and cash flow every month. $1.69M combined EBITDA, $486K combined cash flow.

**Techwood Circle RD (PSGT)**
First revenue in December ($34.8K) — new income stream coming online in 2026.

AREAS REQUIRING ATTENTION

### Entities & Trends Warranting Management Focus

**Blue Development Company (RSGT)**
($1.77M) cash consumed, zero revenue. Portfolio's largest single cash draw. Development timeline & stabilization date is the top financial management priority.

**The Red Corner (RS)**
Steady deterioration every month Jan–Dec. Full-year ($288K) outflow, no Q4 recovery. Most urgent RS turnaround needed.

**Grasshopper Investments (PSGT)**
($866K) cash drag, zero revenue. Carry cost should be validated against investment return expectations.

**Boston + North Station Animal Hospitals (PSGT)**
Combined ($765K) cash outflow on $3.33M revenue. Both negative every month; structural cost review warranted.

**The Gatherings + Circle Dev Cincinnati (RS)**
Combined ($356K) cash, near-zero revenue. Milestone-gating or wind-down evaluation recommended.