# "EXHIBIT PP"

Message

**From:** Pan, Emily S. [espan@vorys.com]
**Sent:** 10/26/2022 10:42:59 AM
**To:** Palmer, Taylor [taylor.l.palmer@ml.com]
**CC:** Laux, Angela M [angela.laux@ml.com]; Murray, Ryan E [ryan.e.murray@ml.com]; O'Reilly, Sean [sean_oreilly@ml.com]; Ray Schneider [ray@circledev.com]; Pan, Emily S. [espan@vorys.com]
**Subject:** RE: Schneider Family Trust Insurance Premium

Taylor,
Sounds good.

Please make sure that future premium invoices are sent to me directly from the insurance company. I would like to receive these timely and not a week before the premium is due. I would also like a current in-force illustration of the policy based on Ray paying the current premium amount.

Finally, please confirm that you will notify me timely when contributions are made to the ILIT. As trustee, I need to know this information in real time so that I can administer the trust properly.

Thanks,
Emily

VORYS
New thinking.
Since 1909.

**Emily S. Pan**
Vice Managing Partner, Cincinnati
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
**o:** 513.723.4055
**m:** 513.602.0260
espan@vorys.com
**vorys.com**

---

**From:** Palmer, Taylor <taylor.l.palmer@ml.com>
**Sent:** Wednesday, October 26, 2022 10:34 AM
**To:** Pan, Emily S. <espan@vorys.com>
**Cc:** Laux, Angela M <angela.laux@ml.com>; Murray, Ryan E <ryan.e.murray@ml.com>; O'Reilly, Sean <sean_oreilly@ml.com>
**Subject:** [EXTERNAL] RE: Schneider Family Trust Insurance Premium

Hi Emily-

I will call you at 2 pm today to do a verbal recording for the wire. Ray contributed $162,000 to the trust on 10/19/2022.

Thank you!

**Taylor L. Palmer**
Registered Wealth Management Client Associate

**Merrill Lynch Wealth Management**
**The OHB Group**
Merrill Lynch, Pierce, Fenner & Smith Inc.

5905 E Galbraith Road, Suite 7000
Cincinnati, Ohio 45236
T 513.985.5954 F 513.322.4403
Taylor.L.Palmer@ml.com

---

**From:** Pan, Emily S. [mailto:espan@vorys.com]
**Sent:** Wednesday, October 26, 2022 10:06 AM
**To:** Palmer, Taylor <taylor.l.palmer@ml.com>
**Cc:** Laux, Angela M <angela.laux@ml.com>; Murray, Ryan E <ryan.e.murray@ml.com>; O'Reilly, Sean <sean_oreilly@ml.com>; Pan, Emily S. <espan@vorys.com>
**Subject:** RE: Schneider Family Trust Insurance Premium

Hi Taylor,
I am available this afternoon between 2pm and 3pm to confirm the wire.
Please provide me the amount that Ray contributed to the trust and the date of such contribution. Also, I have not received this invoice. As trustee of the trust, please make sure that these premium statements are delivered to me timely, along with timely notice of when additions are made to the account titled in the name of the insurance trust.

Thanks,
Emily

VORYS
New thinking.
Since 1909.

**Emily S. Pan**
Vice Managing Partner, Cincinnati
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
**o:** 513.723.4055
**m:** 513.602.0260
espan@vorys.com
**vorys.com**

---

**From:** Palmer, Taylor <taylor.l.palmer@ml.com>
**Sent:** Tuesday, October 25, 2022 11:39 AM
**To:** Pan, Emily S. <espan@vorys.com>
**Cc:** Laux, Angela M <angela.laux@ml.com>; Murray, Ryan E <ryan.e.murray@ml.com>; O'Reilly, Sean <sean_oreilly@ml.com>
**Subject:** [EXTERNAL] RE: Schneider Family Trust Insurance Premium

**CAUTION: External Email**

Hi Emily-

Please find attached the invoice for the premium due on 10/28. I confirmed the wiring instructions with Lincoln this morning. I connected with Ray last week and made the contribution to the Trust. Please let me know a convenient time/date to complete the wire.

Best regards,

**Taylor L. Palmer**
Registered Wealth Management Client Associate

**Merrill Lynch Wealth Management**
**The OHB Group**
Merrill Lynch, Pierce, Fenner & Smith Inc.
5905 E Galbraith Road, Suite 7000
Cincinnati, Ohio 45236
T 513.985.5954 F 513.322.4403
Taylor.L.Palmer@ml.com

---

**From:** Laux, Angela M
**Sent:** Tuesday, October 25, 2022 9:08 AM
**To:** Palmer, Taylor <taylor.l.palmer@ml.com>
**Subject:** FW: Schneider Family Trust Insurance Premium
**Importance:** High

**Angie M. Laux, CRPC®**
Registered Wealth Management Client Associate

**Merrill Lynch Wealth Management**
**The OHB Group**
Merrill Lynch, Pierce, Fenner & Smith Inc.
5905 E Galbraith Road, Suite 7000
Cincinnati, Ohio 45236
T 513.985.5803 F 513.322.4139
angela.laux@ml.com

MERRILL
A BANK OF AMERICA COMPANY

---

**From:** Pan, Emily S. [mailto:espan@vorys.com]
**Sent:** Tuesday, October 25, 2022 5:25 AM
**To:** O'Reilly, Sean <sean_oreilly@ml.com>; Murray, Ryan E <ryan.e.murray@ml.com>
**Cc:** Ray Schneider <ray@circledev.com>; Laux, Angela M <angela.laux@ml.com>; Pan, Emily S. <espan@vorys.com>
**Subject:** RE: Schneider Family Trust Insurance Premium
**Importance:** High

Hello Sean and Ryan,

I am just checking in regarding the insurance premium that is coming due. I have not been informed of any contribution to the trust or seen an invoice for the premium amount. Please provide me with a copy of the 2022 premium invoice and let me know the status of whether a contribution will be made to the trust this year.

Thanks,
Emily

VORYS New thinking. Since 1909.

**Emily S. Pan**
Vice Managing Partner, Cincinnati
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
**o:** 513.723.4055
**m:** 513.602.0260
espan@vorys.com
**vorys.com**

---

**From:** Pan, Emily S.
**Sent:** Saturday, September 24, 2022 9:10 AM
**To:** 'O'Reilly, Sean' <sean_oreilly@ml.com>; 'Murray, Ryan E' <ryan.e.murray@ml.com>
**Cc:** 'Ray Schneider' <ray@circledev.com>; 'Laux, Angela M' <angela.laux@ml.com>; Pan, Emily S. <espan@vorys.com>
**Subject:** Schneider Family Trust Insurance Premium

Hello Sean and Ryan,
I hope all is well with you! I am writing regarding the insurance premium for the Schneider Family Insurance Trust that is coming due soon. Please let me know when it is time to pay the premium. In years past, the funds were transferred to the account for the insurance trust and then we wired the funds directly to Lincoln.

Thanks,
Emily

VORYS New thinking. Since 1909.

**Emily S. Pan**
Vice Managing Partner, Cincinnati
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
**o:** 513.723.4055
**m:** 513.602.0260
espan@vorys.com
**vorys.com**

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.