**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR OCTOBER 5, 2026, HEARING**

Debtor and debtor in possession Raymond Joseph Schneider (the "Debtor") submits this Witness List and Exhibit List for the October 5, 2026, hearing set to consider the *Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* (Doc. 132) (the "Motion") and the Debtor's *Objection to Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions* (Doc. 155) (the "Objection").

**Witnesses to be called by Debtor**

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| **Debtor Raymond Schneider**<br>Contact through counsel | Mr. Schneider will testify as to all matters contained in the Motion and Objection, including efforts of the Debtor to advance the interests of the bankruptcy estate related to alleged avoidance actions. |

The Debtor reserves the right to cross-examine any witness called by any other party. The Debtor also reserves the right to call any witness, including any rebuttal witness, identified in any other party's witness list.

**Exhibits to be offered by Debtor**

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| Debtor's Ex. 1 | December 9, 2025, Demand Letter from Huntington | | |
| Debtor's Ex. 2 | December 12, 2025, Response to Demand Letter from Huntington | | |

| | | | |
|---|---|---|---|
| Debtor's Ex. 3 | Doc. 94 – Notice of Removal of Huntington's State Court Fraudulent Transfer Action (Hamilton County C.P. No. A2504784) | | |
| Debtor's Ex. 4 | Doc. 122 – Order Granting Application to Employ GBQ Consulting, LLC, as Appraiser | | |
| Debtor's Ex. 5 | Allen Stovall Billing Statements October 2025 – July 2026, Matter #13 (Estate Claims and Chapter 5 Actions) | | |
| Debtor's Ex. 6 | Settlement Agreement with Raymond Schneider 2019 Gift Trust | | |
| Debtor's Ex. 7 | Doc. 189 – Plan of Reorganization | | |
| Debtor's Ex. 8 | Doc. 190 – Disclosure Statement, with Exhibits | | |
| Debtor's Ex. 9 | Debtor's Response to First Set of Interrogatories and Requests for Production of Documents to Debtor Raymond Schneider, served July 14, 2026 | | |
| Debtor's Ex. 10 | Doc. 115 – Motion of The Huntington National Bank for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104 | | |
| Debtor's Ex. 11 | Doc. 165 – Agreed Order Directing the Appointment of Examiner | | |
| Debtor's Ex. 12 | Doc. 198 – Notice of Preliminary Work Plan of William G. Krieger, Examiner, with Preliminary Work Plan and Budget | | |
| Debtor's Ex. 13 | Doc. 208 – Agreed Order Regarding Examiner's Preliminary Work Plan | | |
| Debtor's Ex. 14 | Doc. 242 – Withdrawal of Debtor's Limited Objection to the Preliminary Work Plan | | |

| | | | |
|---|---|---|---|
| Debtor's Ex. 15 | Doc. 250 – Notice Regarding Budget for Preliminary Work Plan of William G. Krieger, Examiner | | |
| Debtor's Ex. 16 | Doc. 253 – Order Approving Preliminary Work Plan of William G. Krieger, Examiner | | |
| Debtor's Ex. 17 | Doc. 259 – Consent Order Granting The Huntington National Bank's Motion for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Banks | | |
| Debtor's Ex. 18 | Doc. 266 – Motion for an Order Authorizing Examiner to Utilize Monthly Compensation Procedures | | |
| Debtor's Ex. 19 | Gleason & Associates Account Statement dated September 11, 2026, with Examiner Invoice Nos. 46021, 46162, 46309, and 46415 | | |
| Debtor's Ex. 20 | Notice of Monthly Fee Statement of Hahn Loeser & Parks, LLP, Counsel to Examiner, for June 9, 2026, through July 31, 2026, with Exhibits A and B | | |
| Debtor's Ex. 21 | Doc. 210 – Order Granting Debtor's Motion to Extend Exclusive Periods | | |
| Debtor's Ex. 22 | Entry Denying Motion for Summary Judgment, Schneider v. The Huntington National Bank, Hamilton County C.P. No. A2300849, entered September 1, 2026 | | |
| Debtor's Ex. 23 | Amended Proof of Claim No. 11 of The Huntington National Bank, filed March 3, 2026 | | |
| Debtor's Ex. 24 | Vorys, Sater, Seymour and Pease LLP – General Overview of Irrevocable Trusts (Schneider Family Insurance Trust, Raymond Schneider 2019 Gift Trust, and Patricia B. Schneider 2020 Gift Trust) | | |

| | | | |
|---|---|---|---|
| Debtor's Ex. 25 | Irrevocable Trust Agreement – Raymond Schneider 2019 Gift Trust | | |
| Debtor's Ex. 26 | Overview of 2020 Gifting Program – To Life, Ltd. | | |
| Debtor's Ex. 27 | Irrevocable Trust Agreement – Patricia B. Schneider 2020 Gift Trust | | |
| Debtor's Ex. 28 | Overview of 2020 Gifting Program – Red Dog Operations Holding Company LLC | | |
| Debtor's Ex. 29 | Red Dog Operations Holding Company, LLC – Assignment of Class B Units, Dated November 1, 2020 | | |
| Debtor's Ex. 30 | Overview of 2020 Gifting Program – Grasshopper Investments, LLC | | |
| Debtor's Ex. 31 | Grasshopper Investments, LLC – Assignment of Class B Units, Dated November 1, 2020 | | |
| Debtor's Ex. 32 | Huntington State Court Fraudulent Transfer Complaint, Hamilton County C.P. No. A2504784, Filed September 29, 2025 | | |
| Debtor's Ex. 33 | Doc. 132 – Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions | | |
| Debtor's Ex. 34 | Doc. 155 – Objection to Motion of The Huntington National Bank for Authorization to Prosecute Derivative Actions, with Exhibits 1 through 6 | | |
| | Rebuttal and demonstrative exhibits as necessary | | |

The Debtor reserves the right to present demonstratives for use during witness testimony and cross-examination. The Debtor also reserves the right to request the Court take judicial notice of any exhibits as necessary.

Respectfully submitted,

/s/ James A. Coutinho
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Debtor's Witness and Exhibit List for October 5, 2026, Hearing* was served (i) electronically on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail on September 28, 2026, addressed to the following:

None.

/s/ James A. Coutinho
James A. Coutinho (0082430)