**Buchanan**

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
T 412 562 8800
F 412 562 1041
www.bipc.com

**Kelly M. Neal**
412 562 8338
kelly.neal@bipc.com

December 9, 2025

**VIA FEDEX AND ELECTRONIC MAIL**

Jim Coutinho, Esquire
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215
Email: coutinho@aksnlaw.com

Eric W. Goering, Esquire
Goering & Goering, LLC
220 West Third Street
Third Floor
Cincinnati, OH 45202
Email: eric@goering-law.com

**Re: Raymond Joseph Schneider (the "Debtor"); Case No. No. 1:25-bk-12607**

Mr. Coutinho and Mr. Goering:

We represent The Huntington National Bank ("Huntington"), a creditor in the above referenced bankruptcy proceeding. Huntington demands the Debtor seek avoidance of all transfers to family members of the Debtor and to any trusts associated with the Debtor or any of the Debtor's family members along with all other pre-petition transfers which may be avoidable pursuant to the United States Bankruptcy Code or applicable law. Please let me know by the close of business on December 12, 2025 whether the Debtor will be seeking avoidance of the transfers. Otherwise, Huntington will assume your client does not intend to seek avoidance of the transfers, consistent with his testimony during the prior bankruptcy case, and will seek appropriate relief from the Court.

Respectfully,

Kelly M. Neal

cc: Christopher P. Schueller, Esquire (via electronic mail)