# ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

November 26, 2025
File# 3434-013
Invoice# 50170

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $2,972.00**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 10/17/2025 | Reviewed correspondence between Mr. Coutinho, Ms. McCabe, and Ms. Vertin discussing research into proving intent for transferring assets to the trust and attempting to avoid waiving attorney-client privilege if providing bills as evidence. | AR23 | 0.20 | 60.00 |
| 10/17/2025 | Continued reviewing HNB's complaint in Hamilton County, then conducted research related to the statute of limitations for fraudulent transfer claims. | AR23 | 0.70 | 210.00 |
| 10/17/2025 | Conducting legal research regarding various state statutes on trust transfer avoidance. | MM25 | 0.70 | 210.00 |
| 10/17/2025 | Began conducting research regarding section 548 of the Bankruptcy Code and the definition of "beneficiary of such trust" thereunder. | AR23 | 0.50 | 150.00 |
| 10/17/2025 | Continue conducting research related to the statute of limitations for fraudulent transfer claims (0.5), and confer with Mr. Coutinho, Ms. McCabe, and Ms. Vertin related to same (0.1). | AR23 | 0.60 | 180.00 |
| 10/20/2025 | Complete legal research regarding privilege waiver issues (0.8). Prepare email to Mr. Coutinho with summary (0.4) | MM25 | 1.20 | 360.00 |
| 10/20/2025 | Review research memorandum from Ms. McCabe regarding privilege waiver issues in relation to estate planning by Vorys. | JIM3 | 0.10 | 46.00 |
| 10/20/2025 | Met with Ms. McCabe to discuss fraudulent transfer statutes and related research. | AR23 | 0.10 | 30.00 |
| 10/20/2025 | Continued research related to section 548(e) of the Bankruptcy Code and the definition of "beneficiary" (1.6), then conferred with Mr. Coutinho relatedly (.1). | AR23 | 1.70 | 510.00 |
| 10/21/2025 | Confer with Mr. Coutinho to discuss continued research into estate planning defenses to the 548(e) 10-year lookback period (0.2); then conducted research (2.1). | AR23 | 2.30 | 690.00 |
| 10/21/2025 | Confer with Ms. McCabe to discuss research related to fraudulent transfer claims and precedent in the state of Ohio. | AR23 | 0.10 | 30.00 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 10/24/2025 | Continue conducting research related to estate planning as a defense to fraudulent transfer allegations. | AR23 | 0.50 | 150.00 |
| 10/24/2025 | Confer with Ms. McCabe to discuss research related to alternate statutory and common law authorities, besides R.C. 1336, for pursuing fraudulent transfer claims. | AR23 | 0.10 | 30.00 |
| 10/24/2025 | Finalize research regarding statute of limitations issue (0.2); email to Attorneys Jim Coutinho and Andrew Rebholz (0.1). | MM25 | 0.30 | 0.00 |
| 10/27/2025 | Continue research into the definition of a beneficiary for the purposes of section 548(e). | AR23 | 0.50 | 150.00 |
| 10/27/2025 | Receipt and review of research results from Ms. McCabe regarding fraudulent transfer lookback. | JIM3 | 0.10 | 46.00 |
| 10/31/2025 | Finalized research related to the definition of "beneficiary" for the purposes of section 548(e) of the Bankruptcy Code. | AR23 | 0.40 | 120.00 |
| | **Total ATTORNEY FEE DETAIL** | | **10.10** | **$2,972.00** |

**FEE EARNER SUMMARY**

| **Fee Earner** | | **Hours** | **Effective Rate** | **Amount** |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 0.20 | 460.00 | 92.00 |
| AR23 | Andrew Rebholz | 7.70 | 300.00 | 2,310.00 |
| MM25 | Maddie McCabe | 2.20 | 259.09 | 570.00 |

| | |
|---|---|
| New Charges | $2,972.00 |
| **Balance Due** | **$2,972.00** |

**ALLEN STOVALL NEUMAN & ASHTON LLP**

ATTORNEYS

December 18, 2025
File# 3434-013
Invoice# 50308

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $4,883.80**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 11/1/2025 | Reviewing and analizing trust documents and estate planning documentation from trust transactions. | JIM3 | 1.20 | 552.00 |
| 11/3/2025 | Began conducting research related to when the bankruptcy estate is the party in interest for state court litigation against the debtor. | AR23 | 0.90 | 270.00 |
| 11/4/2025 | Continue research related to when the bankruptcy estate is the party in interest for state court litigation against the debtor, and a debtor-in-possession's rights relatedly. | AR23 | 2.40 | 720.00 |
| 11/5/2025 | Email to Mr. Rebholz regarding follow-up on open research questions regarding estate causes of action. | JIM3 | 0.10 | 46.00 |
| 11/18/2025 | Review and initial analysis of research memorandum from Mr. Rebholz regarding trust transfer lookback under 11 U.S.C. 548(e); review relevant statues and caselaw (.4). Prepared email to Mr. Rebholz with additional questions for expanded research (.2). | JIM3 | 0.60 | 276.00 |
| 11/18/2025 | Finish conducting research related to the statute of limitations for fraudulent transfers and the definition of "beneficiary" for the purposes of 548(e) (.9), and then confer with Mr. Coutinho relatedly to discuss research conclusions (.2). | AR23 | 1.10 | 330.00 |
| 11/18/2025 | After reviewing additional questions from Mr. Coutinho, continue conducting research related to section 548(e), constructive fraud, and potential estate planning defenses. | AR23 | 1.30 | 390.00 |
| 11/18/2025 | Confer with Mr. Coutinho and Mr. Allen to discuss research and strategies related to HNB's claims of fraudulent transfer. | AR23 | 0.20 | 60.00 |
| 11/19/2025 | Review and respond to Mr. Coutinho and Mr. Rebholz emails regarding trust research and review cited cases. | TA24 | 0.20 | 117.00 |
| 11/19/2025 | Continued conferring with Mr. Coutinho and Mr. Allen to discuss research in preparation for addressing HNB's fraudulent transfer claims. | AR23 | 0.10 | 30.00 |
| 11/19/2025 | Continue conducting research related to HNB's fraudulent transfer claims and potential defenses. | AR23 | 0.60 | 180.00 |

DEBTOR'S EXHIBIT 5
Page 4 of 18

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 11/20/2025 | Continue conducting research related to potential defenses to HNB's fraudulent transfer claims. | AR23 | 0.40 | 120.00 |
| 11/25/2025 | Review HNB Complaint, related statutes and case authorities (1.3); review and respond to Mr. Coutinho emails regarding same (.2). | TA24 | 1.50 | 877.50 |
| 11/26/2025 | Discussion with Mr. Allen regarding remedies available for a fraudulent transfer action to recover an interest in an LLC, and whether it is limited based on charging order limitations (.1). Review applicable Ohio statute (.1). | JIM3 | 0.20 | 92.00 |
| 11/26/2025 | Review charging order law and R.C. 1706.342 related to creditor recoveries for fraudulent transfers. | TA24 | 0.40 | 234.00 |
| 11/26/2025 | Meet with Mr. Coutinho regarding avoidance action issues and strategies. | TA24 | 1.10 | 643.50 |
| | **Total ATTORNEY FEE DETAIL** | | **12.30** | **$4,938.00** |
| | Courtesy Discount | | | -$500.00 |
| | **After Discount** | | | **$4,438.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 2.10 | 460.00 | 966.00 |
| AR23 | Andrew Rebholz | 7.00 | 300.00 | 2,100.00 |
| TA24 | Thomas R. Allen | 3.20 | 585.00 | 1,872.00 |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/26/2025 | | 2,526.20 |
| | **Total PAYMENTS** | **$2,526.20** |

| | |
|---|---|
| New Charges | $4,438.00 |
| Previous Balance | $2,972.00 |
| Payments | -$2,526.20 |
| **Balance Forward** | **$445.80** |
| **Balance Due** | **$4,883.80** |

**ALLEN STOVALL NEUMAN & ASHTON LLP**

ATTORNEYS

January 14, 2026
File# 3434-013
Invoice# 50452

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $10,190.50**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 12/9/2025 | Review letter from Huntington's counsel regarding estate avoidance actions and consider implications and response (.1). Confer with Mr. Rebholz regarding status of his review of removal matters (.1) | JIM3 | 0.20 | 92.00 |
| 12/9/2025 | Met and conferred with Mr. Coutinho to discuss research related to fraudulent transfers; then reviewed letter from Ms. Neal relatedly. | AR23 | 0.30 | 90.00 |
| 12/12/2025 | Exchanged emails with Mr. Rebholz regarding removal of fraudulent transfer complaint, including review of process and rule example documents provided by Mr. Rebholz.. | JIM3 | 0.20 | 92.00 |
| 12/12/2025 | Consider response to Huntington avoidance action derivative standing demand letter and prepared draft response to Ms. Neal (.9). Meeting with Mr. Stovall to review response, discuss avoidance action strategy, and identify areas in need of additional research (.5). With feedback from Mr. Stovall, revise and finalize response to Huntington (.3). | JIM3 | 1.70 | 782.00 |
| 12/12/2025 | Conduct preliminary legal research regarding equitable tolling of fraudulent transfer statutes of limitations to identify elements and obtain general overview (.3). Prepared email memorandum to Ms. McCabe and Mr. Schwartz regarding background of equitable tolling issues, additional research for each of them to conduct (.3). | JIM3 | 0.60 | 276.00 |
| 12/12/2025 | Conferred with Mr. Coutinho to discuss preparation of the Notice of Removal of the state court fraudulent transfer case. | AR23 | 0.10 | 30.00 |
| 12/12/2025 | Meeting with Mr. Coutinho re: demand letter from HNB on derivative standing demand (.5); review letter and revise, edit response on behalf of Debtor to HNB demand (.3). | RS23 | 0.80 | 460.00 |
| 12/12/2025 | Review Mr. Rebholz email regarding absolute priority rule and Hoffman research; review Mr. Coutinho email to HNB counsel regarding chapter 5 prosecution demand and respond to same. | TA24 | 0.20 | 117.00 |
| 12/12/2025 | Continued conducting research related to removal of the fraudulent transfer action. | AR23 | 0.60 | 180.00 |

**ALLEN STOVALL NEUMAN & ASHTON LLP**

ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 12/12/2025 | Conferred with Mr. Coutinho and Ms. McCabe to discuss conducting research into substitution of Mr. Schneider's estate as the plaintiff and real party in interest in the fraudulent transfer case (.1). Then conducted research relatedly (.7). | AR23 | 0.80 | 240.00 |
| 12/15/2025 | Reviewed correspondence between Mr. Coutinho and Ms. Neal discussing the debtor's pursuit of potential chapter 5 claims. | AR23 | 0.10 | 30.00 |
| 12/15/2025 | Continued conducting research related to the substitution of debtor as real party in interest to potential chapter 5 claims. | AR23 | 0.80 | 240.00 |
| 12/16/2025 | Continued research related to substitution of the bankruptcy estate as real party in interest. | AR23 | 0.60 | 180.00 |
| 12/22/2025 | Continued conducting research related to substitution of a bankruptcy estate as the real party in interest in a state court case. | AR23 | 1.20 | 360.00 |
| 12/22/2025 | Research equitable tolling of statute of limitations under Ohio law. | MM25 | 1.30 | 390.00 |
| 12/22/2025 | Conferred with Ms. McCabe to discuss research related to whether transferor is an essential party to fraudulent transfer litigation. | AR23 | 0.20 | 60.00 |
| 12/23/2025 | Continued research on equitable tolling of statute of limitations under Ohio law. | MM25 | 1.60 | 480.00 |
| 12/23/2025 | Research into mitigation of damages in defense to bankrutpcy claim, including whether Debtor can demand certain types of creditor mitigation. | AS23 | 3.30 | 1,402.50 |
| 12/29/2025 | Email to Mr. Coutinho re research status and projected completion of equitable tolling research assignment. | MM25 | 0.10 | 30.00 |
| 12/29/2025 | Review researched cases re equitable tolling while drafting a memorandum outlining the findings from the researched cases. | MM25 | 6.40 | 1,920.00 |
| 12/30/2025 | Continue research into mitigation and marshaling; look into state court litigation and underlying lender documents in file and research generalized claim defenses. | AS23 | 2.70 | 1,147.50 |
| 12/31/2025 | Research necessary parties for fraudulent transfer litigation. | MM25 | 1.30 | 390.00 |
| 12/31/2025 | Email Attorney Jim Coutinho re findings from equitable tolling research with the equitable tolling memorandum attached. | MM25 | 0.20 | 90.00 |
| | **Total ATTORNEY FEE DETAIL** | | **25.30** | **$9,079.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 2.70 | 460.00 | 1,242.00 |
| AR23 | Andrew Rebholz | 4.70 | 300.00 | 1,410.00 |
| AS23 | Adam Schwartz | 6.00 | 425.00 | 2,550.00 |
| MM25 | Maddie McCabe | 10.90 | 302.75 | 3,300.00 |
| RS23 | Richard K. Stovall | 0.80 | 575.00 | 460.00 |
| TA24 | Thomas R. Allen | 0.20 | 585.00 | 117.00 |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 12/19/2025 | | 3,772.30 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | |
|---|---|
| **Total PAYMENTS** | **$3,772.30** |

| | |
|---|---|
| New Charges | $9,079.00 |
| Previous Balance | $4,883.80 |
| Payments | -$3,772.30 |
| **Balance Forward** | **$1,111.50** |
| **Balance Due** | **$10,190.50** |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

February 10, 2026
File# 3434-013
Invoice# 50602

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $16,636.56**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 1/2/2026 | Finalize research re necessary parties for fraudulent transfer litigation. | MM25 | 0.50 | 150.00 |
| 1/2/2026 | Email Attorney Andrew Rebholz re findings from researching necessary parties for fraudulent transfer litigation. | MM25 | 0.20 | 60.00 |
| 1/2/2026 | Draft research memorandum for Attorney Andrew Rebholz re necessary parties for fraudulent transfer litigation. | MM25 | 0.30 | 90.00 |
| 1/5/2026 | Review email from Attorney Andrew Rebholz. | MM25 | 0.10 | 30.06 |
| 1/5/2026 | Conferred with Ms. McCabe regarding research related to necessary parties to litigation and the debtor as uninterested transferor; then conducted further research, and conferred with Mr. Coutinho relatedly. | AR23 | 0.10 | 30.00 |
| 1/7/2026 | Review email from Attorney Jim Coutinho re equitable tolling research. | MM25 | 0.10 | 30.00 |
| 1/7/2026 | Conferred with Mr. Coutinho to discuss Ms. McCabe's research related to equitable tolling; reviewed research memo, then conducted additional research relatedly. | AR23 | 0.10 | 30.00 |
| 1/8/2026 | Reviewed research prepared by Ms. McCabe related to equitable tolling; conducted additional research. | AR23 | 0.40 | 120.00 |
| 1/9/2026 | Confer with Mr. Rebholz regarding removal of fraudulent transfer action and requirement for providing transmittal of process and pleadings. | JIM3 | 0.10 | 46.00 |
| 1/9/2026 | Reviewed and responded to email from Mr. Rebholz regarding his review of research memorandum on equitable tolling of statute of limitations. | JIM3 | 0.10 | 46.00 |
| 1/9/2026 | Conferred with Mr. Coutinho to discuss preparation of the notices of removal for state court litigation. | AR23 | 0.10 | 30.00 |
| 1/9/2026 | Conducted research related to removal procedures, and conferred with Mr. Coutinho relatedly. | AR23 | 0.20 | 60.00 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 1/9/2026 | Continue to Review research prepared by Ms. McCabe related to equitable tolling; conducted additional research; then conferred with Mr. Coutinho to discuss. | AR23 | 1.40 | 420.00 |
| 1/12/2026 | Drafted notice of removal for the fraudulent transfer case, then finalized with Mr. Coutinho. | AR23 | 1.70 | 510.00 |
| 1/12/2026 | Working on notices of removal of state court actions, including ensuring all documents are available to transfer to Bankruptcy Court. | JIM3 | 0.90 | 414.00 |
| 1/12/2026 | Multiple conferences to discuss removal notices and contents with Mr. Rebholz (.1 each). | JIM3 | 0.30 | 138.00 |
| 1/13/2026 | Reviewed and consolidated conclusions on equitable tolling research, then conferred with Mr. Coutinho and Mr. Schneider relatedly. | AR23 | 0.70 | 210.00 |
| 1/13/2026 | Continued research related to removal and remand to prepare strategies for the removal of state court actions, then conferred with Mr. Coutinho relatedly. | AR23 | 0.20 | 60.00 |
| 1/13/2026 | Continued conducting research related to transferors being unnecessary to fraudulent transfer actions; reviewed Ms. McCabe's research relatedly; then conferred with Mr. Coutinho to discuss. | AR23 | 0.80 | 240.00 |
| 1/14/2026 | Telephone conference with Mr. Giles, counsel for Mrs. Schneider and kids, to discuss fraudulent transfer case and claims, possible resolution of claims, and issues with trusts. | JIM3 | 0.40 | 184.00 |
| 1/14/2026 | Meeting with Mr. Rebholz to discuss issues related to removal and stay relief on pending fraudulent transfer case. | JIM3 | 0.20 | 92.00 |
| 1/14/2026 | Drafted motion to determine that bankruptcy estate is real party in interest in the fraudulent transfer case, as well as its proposed order, then conferred with Mr. Coutinho relatedly. | AR23 | 3.60 | 1,080.00 |
| 1/14/2026 | Conducted research in support of the motion to determine that Mr. Schneider's bankruptcy estate is the real party in interest to HNB's fraudulent transfer case, substitute the debtor in possession as plaintiff, and dismiss Mr. Schneider personally. | AR23 | 1.00 | 300.00 |
| 1/14/2026 | Met with Mr. Coutinho to discuss strategies related to removal, the accompanying notices, and pursuit of the fraudulent transfer action on behalf of the debtor's bankruptcy estate. | AR23 | 0.30 | 90.00 |
| 1/15/2026 | Call with client to discuss removal of state court actions. | JIM3 | 0.20 | 92.00 |
| 1/15/2026 | Meeting with Mr. Rebholz to discuss removal matters. | JIM3 | 0.10 | 46.00 |
| 1/15/2026 | Reviewed, revised, and finalized notice of removal of Fraudulent Transfer case from state court, including review of caselaw provided by Mr. Rebholz regarding property of the estate matters. | JIM3 | 1.30 | 598.00 |
| 1/15/2026 | Reviewed and revised notice for filing in State Court for removal (.1). Prepared notice of filing pleadings and process (.2). | JIM3 | 0.30 | 138.00 |
| 1/15/2026 | Conducted research related to continuation of the automatic stay when an action is removed to the bankruptcy court; then conferred with Mr. Coutinho to discuss. | AR23 | 1.70 | 510.00 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 1/15/2026 | Met with Mr. Coutinho to discuss strategies for pursuing estate claims and final preparation of the notice to remove the fraudulent transfer case; then revised the notice and its accompanying documents, and conferred with Mr. Coutinho relatedly. | AR23 | 0.40 | 120.00 |
| 1/18/2026 | Prepared email to Mr. Rebholz regarding additional research related to 548(e) and "collapsed" transactions. | JIM3 | 0.10 | 46.00 |
| 1/19/2026 | Exchanged emails with Mr. Rebholz regarding additional research on stay relief after removal of actions. | JIM3 | 0.10 | 46.00 |
| 1/19/2026 | Conferred with Mr. Coutinho to discuss research related to continuation of the automatic stay upon removal. Conducted additional research relatedly. | AR23 | 0.70 | 210.00 |
| 1/21/2026 | Conducted research related to 548(e) and the statute of limitations for potential fraudulent transfer actions of the estate. | AR23 | 0.60 | 180.00 |
| | **Total ATTORNEY FEE DETAIL** | | **19.30** | **$6,446.06** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 4.10 | 460.00 | 1,886.00 |
| AR23 | Andrew Rebholz | 14.00 | 300.00 | 4,200.00 |
| MM25 | Maddie McCabe | 1.20 | 300.05 | 360.06 |

| | |
|---|---|
| New Charges | $6,446.06 |
| Previous Balance | $10,190.50 |
| **Balance Due** | **$16,636.56** |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

March 10, 2026
File# 3434-013
Invoice# 50721

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $5,412.01**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 2/13/2026 | Finished conducting research related to the collapse theory for statute of limitations purposes, then conferred with Mr. Coutinho to discuss. | AR23 | 1.10 | 330.00 |
| 2/18/2026 | Conferred with Mr. Coutinho to discuss research regarding the collapsing of transactions and self-settled trusts for statute of limitations purposes under 548(e). | AR23 | 0.20 | 60.00 |
| 2/19/2026 | Continued conducting research regarding the collapsing of transactions and self-settled trusts for statute of limitations purposes under 548(e ); then conferred with Mr. Coutinho relatedly. | AR23 | 0.70 | 210.00 |
| 2/20/2026 | Reviewed and responded to email from Mr. Rebholz regarding additional 548 research. | JIM3 | 0.10 | 46.00 |
| 2/20/2026 | Finished conducting research regarding the collapsing of transactions and self-settled trusts for statute of limitations purposes under 548(e ); then conferred with Mr. Coutinho relatedly. | AR23 | 3.40 | 1,020.00 |
| 2/23/2026 | Conference with Mr. Rebholz to discuss research findings and creating compilation of various research outcomes; additional items to communicate to Mr. Schwartz for review. | JIM3 | 0.20 | 92.00 |
| 2/23/2026 | Met with Mr. Coutinho to discuss strategies related to collapsibility of transactions, next steps for research related to the fraudulent transfer case, and consolidation of research in preparation for discussions with the client. Then conferred with Mr. Schwartz relatedly. | AR23 | 0.70 | 210.00 |
| 2/23/2026 | Conferred with Mr. Coutinho to discuss the theory of collapsing transactions and its origins, related to research from last week and as pertains to estate claims in the case. Conducted some additional research relatedly. | AR23 | 2.10 | 630.00 |
| 2/24/2026 | Conferred with Mr. Schwartz and Mr. Coutinho to discuss strategies and research related to the fraudulent transfer case and potential collapsibility of transactions. | AR23 | 0.20 | 60.00 |

ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 2/24/2026 | Conferred with Mr. Coutinho to discuss and consolidate research to prepare a memorandum for the client. | AR23 | 0.20 | 60.00 |
| 2/25/2026 | Conferred with Mr. Coutinho to discuss the fraudulent transfer case, then began reviewing transfers accordingly. | AR23 | 0.10 | 30.00 |
| | **Total ATTORNEY FEE DETAIL** | | **9.00** | **$2,748.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 0.30 | 460.00 | 138.00 |
| AR23 | Andrew Rebholz | 8.70 | 300.00 | 2,610.00 |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 2/18/2026 | | 5,801.45 |
| 2/18/2026 | | 8,171.10 |
| | **Total PAYMENTS** | **$13,972.55** |

| | |
|---|---|
| New Charges | $2,748.00 |
| Previous Balance | $16,636.56 |
| Payments | -$13,972.55 |
| **Balance Forward** | **$2,664.01** |
| **Balance Due** | **$5,412.01** |

# ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

May 7, 2026
File# 3434-013
Invoice# 51071

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $30,732.51**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 3/2/2026 | Review certain 548(e) research provided by Mr. Rebholz and email inquiry to Mr. Rebholz regarding same. | JIM3 | 0.20 | 92.00 |
| 3/2/2026 | Conducted research related to "self-settled" trusts and "similar devices" under section 548(e) and Ohio law. | AR23 | 1.60 | 480.00 |
| 3/3/2026 | Continued conducting research related to "self-settled" trusts and "similar devices" under section 548(e) and Ohio law. | AR23 | 3.70 | 1,110.00 |
| 3/3/2026 | Conferred with Mr. Coutinho to continue discussing collapsibility theory in relation to 548(e); then conducted additional research accordingly. | AR23 | 0.10 | 30.00 |
| 3/4/2026 | Continued conducting research related to "self-settled" trusts and "similar devices" under section 548(e) and Ohio law. | AR23 | 1.40 | 420.00 |
| 3/5/2026 | Continued conducting research related to "self-settled" trusts and "similar devices" under section 548(e) and Ohio law, in preparation for pursuing claims in the fraudulent transfer case. | AR23 | 0.30 | 90.00 |
| 3/5/2026 | Conducted research related to caselaw where collapsibility doctrine was used within 548(e) claims. | AR23 | 2.50 | 750.00 |
| 3/6/2026 | Continued conducting research related to caselaw where collapsibility doctrine was used within 548(e) claims. | AR23 | 2.20 | 660.00 |
| 3/9/2026 | Confer with Mr. Rebholz regarding status of 548(e) and collapse theory research. | JIM3 | 0.10 | 46.00 |
| 3/9/2026 | Met with Mr. Coutinho and Mr. Stovall to discuss research and strategies related to collapsibility, 548(e), and fraudulent transfer claims in the removed case. | AR23 | 0.10 | 30.00 |
| 3/9/2026 | Consolidated research related to 548(e), collapsing transactions, and self-settled trusts. | AR23 | 0.20 | 60.00 |
| 3/11/2026 | Review additional research memo from Mr. Rebholz regarding trust claims and 548(e). | JIM3 | 0.20 | 92.00 |
| 3/11/2026 | Prepared email to Ms. Pan regarding status of obtaining Vory's file documents related to estate planning. | JIM3 | 0.10 | 46.00 |

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

| | | | | |
|---|---|---|---|---|
| 3/11/2026 | Consolidated research related to self-settled trusts, similar devices, and collapsility doctrine as relates to section 548(e), and then conferred with Mr. Coutinho relatedly. | AR23 | 1.10 | 330.00 |
| 3/12/2026 | Conferred with Mr. Coutinho to discuss research related to section 548(e), self-settled trusts and similar devices, and collapsibility doctrine; then consolidated research and prepared correspondence to the client team and associated counsel relatedly. | AR23 | 0.60 | 180.00 |
| 3/13/2026 | Begin research into collapsing doctrine origins and use by various courts and background in general and begin review of the same. | AS23 | 3.30 | 1,402.50 |
| 3/16/2026 | Call with debtor's prior estate planning counsel at Vorys to discuss turnover of debtor's file and ongoing litigation matters related to possible claims against trusts and beneficiaries. | JIM3 | 0.30 | 138.00 |
| 3/16/2026 | Continue research into collapse doctrine in all courts and all variations and begin review of cases. | AS23 | 4.20 | 1,785.00 |
| 3/17/2026 | Continue research including on related doctrines and continue review of cases | AS23 | 5.10 | 2,167.50 |
| 3/18/2026 | Reviewed correspondence between Mr. Coutinho and Mr. Schwartz discussing research related to HNB's claims that the client's trust was a "sham" created to perpetuate fraud. | AR23 | 0.30 | 90.00 |
| 3/18/2026 | Continue review of cases and begin draft of memo on the same. | AS23 | 7.70 | 3,272.50 |
| 3/18/2026 | Meeting with Ms. McCabe to discuss research needed on attorney-client privilege issues related to trust formation (.2). Exchanged emails with Mr. Schwartz regarding research needed on causes of action claimed by Huntington in motion (.2). | JIM3 | 0.40 | 184.00 |
| 3/18/2026 | Conference with Attorney Coutinho re attorney client privilege research project. | MM25 | 0.20 | 60.00 |
| 3/20/2026 | Began consolidating research from Mr. Schwartz and Ms. McCabe related to the viability and potential value of estate claims. | AR23 | 0.30 | 90.00 |
| 3/23/2026 | Begin review of Huntington motion and draft complaint on potential adversary claims; begin research into declaratory actions and property of the estate. | AS23 | 2.20 | 935.00 |
| 3/23/2026 | Continue draft and edit of collapse doctrine analysis and finish memo on the same. | AS23 | 5.80 | 2,465.00 |
| 3/24/2026 | Continue research into 541, 544, and 548 actions in combination with trusts and trusts as estate property and alter ego, instrumentality, sham and veil piercing doctrines in Ohio and in other states. | AS23 | 7.50 | 3,187.50 |
| 3/25/2026 | Continue review of all cases on all issues and begin draft of memo on the same. | AS23 | 6.80 | 2,890.00 |
| 3/27/2026 | Conducted additional research related to collapsibility doctrine with fraudulent transfer claims. | AR23 | 0.80 | 240.00 |
| 3/27/2026 | Continue review of all cases on all issues and continue draft of memo on the same. | AS23 | 4.70 | 1,997.50 |
| | **Total ATTORNEY FEE DETAIL** | | **64.00** | **$25,320.50** |

DEBTOR'S EXHIBIT 5
Page 15 of 18

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 1.30 | 460.00 | 598.00 |
| AR23 | Andrew Rebholz | 15.20 | 300.00 | 4,560.00 |
| AS23 | Adam Schwartz | 47.30 | 425.00 | 20,102.50 |
| MM25 | Maddie McCabe | 0.20 | 300.00 | 60.00 |

| | |
|---|---|
| New Charges | $25,320.50 |
| Previous Balance | $5,412.01 |
| **Balance Due** | **$30,732.51** |

# ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

May 20, 2026
File# 3434-013
Invoice# 51156

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $31,432.51**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 4/6/2026 | Conference with Ms. McCabe to discuss results of research on privilege waiver issues. | JIM3 | 0.10 | 46.00 |
| 4/9/2026 | Reviewed research from Ms. McCabe related to waiver of privilege related to testimony; then conducted research relatedly. | AR23 | 0.80 | 240.00 |
| 4/13/2026 | Call with Ms. Pan of Vorys, Debtor's estate attorneys, regarding status of file collection and overview of certain estate planning matters resulting in trust establishment. | JIM3 | 0.80 | 368.00 |
| 4/28/2026 | Review and respond to email from client's estate planning counsel regarding turnover of non-privileged communications and documents. | JIM3 | 0.10 | 46.00 |
| | **Total ATTORNEY FEE DETAIL** | | **1.80** | **$700.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 1.00 | 460.00 | 460.00 |
| AR23 | Andrew Rebholz | 0.80 | 300.00 | 240.00 |

| | |
|---|---|
| New Charges | $700.00 |
| Previous Balance | $30,732.51 |
| **Balance Due** | **$31,432.51** |

# ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

July 27, 2026
File# 3434-013
Invoice# 51519

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $32,268.51**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 6/2/2026 | Exchange emails with discovery vendor regarding loading documents from Debtor's estate planning counsel for review in relation to potential avoidance actions. | JIM3 | 0.20 | 92.00 |
| 6/8/2026 | Conferred with Mr. Coutinho to discuss further research related to "similar instruments" under 548(e) and statutory canons of interpretation. | AR23 | 0.10 | 30.00 |
| 6/10/2026 | Conducted research related to "similar instruments" under 548(e) and statutory canons of interpretation. | AR23 | 0.70 | 210.00 |
| 6/12/2026 | Review research provided by Mr. Rebholz regarding statutory canon interpretation of 548(e). | JIM3 | 0.10 | 46.00 |
| 6/12/2026 | Finished research related to "similar instruments" under 548(e) and statutory canons of interpretation, then conferred with Mr. Coutinho relatedly. | AR23 | 0.30 | 90.00 |
| 6/29/2026 | Prepared email to client regarding terms of settlement between the state and trust, in addition to terms for sale of interest in To Life, Ltd. | JIM3 | 0.30 | 138.00 |
| 6/30/2026 | Call with client to discuss terms of settlement with trust and purchase of two life interests by trust, and to discuss upcoming case matters. | JIM3 | 0.50 | 230.00 |
| | **Total ATTORNEY FEE DETAIL** | | **2.20** | **$836.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 1.10 | 460.00 | 506.00 |
| AR23 | Andrew Rebholz | 1.10 | 300.00 | 330.00 |

New Charges $836.00

# ALLEN STOVALL NEUMAN & ASHTON LLP

ATTORNEYS

August 18, 2026
File# 3434-013
Invoice# 51683

**Raymond Schneider**

Re: Estate Claims and Chapter 5 Actions
**Invoice for Legal Services**

**Balance Now Due: $35,461.51**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 7/2/2026 | Drafting Settlement Agreement with Raymond Schneider 2019 Gift Trust. | JIM3 | 0.90 | 414.00 |
| 7/3/2026 | Completed drafting settlement agreement with the Trust (1.1). Email to client regarding same (.1) | JIM3 | 1.20 | 552.00 |
| 7/3/2026 | Call with client to discuss terms of settlement between bankruptcy estate and 2019 gift trust | JIM3 | 0.50 | 230.00 |
| 7/6/2026 | Call with client to discuss settlement agreement with 2019 Gift Trust and Huntington Discovery Responses. | JIM3 | 0.40 | 184.00 |
| 7/10/2026 | Do final updates and reviews of cases for memos on collapsing doctrine and trust attacks. | AS23 | 2.10 | 892.50 |
| 7/14/2026 | Review two long research memorandums from Mr. Schwartz regarding estate causes of actions related to trusts. | JIM3 | 0.70 | 322.00 |
| 7/14/2026 | Do final drafting and editing of memos on collapsing doctrine and trust attacks and send to Jim C. for review. | AS23 | 1.30 | 552.50 |
| 7/17/2026 | Review and respond to email from Mr. Cummins regarding August deposition schedule and potential conflicts with bankruptcy schedule. | JIM3 | 0.10 | 46.00 |
| | **Total ATTORNEY FEE DETAIL** | | **7.20** | **$3,193.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 3.80 | 460.00 | 1,748.00 |
| AS23 | Adam Schwartz | 3.40 | 425.00 | 1,445.00 |

| | |
|---|---|
| New Charges | $3,193.00 |
| Previous Balance | $32,268.51 |
| **Balance Due** | **$35,461.51** |