**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 2, 2026**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**AGREED ORDER REGARDING EXAMINER'S PRELIMINARY WORK PLAN**
**(Related to Docs. 198 and 199)**

On the April 23, 2026, the Court entered the *Agreed Order Directing the Appointment of Examiner* (Doc. 165) (the "Examiner Order")[1], which, among other things, directed the United States Trustee (the "UST") to appoint an examiner in the above-captioned bankruptcy case (the "Chapter 11 Case") pursuant to 11 U.S.C. § 1104, and required that the examiner file a work plan and budget for the Investigation. Examiner Order at ¶ 18. The Examiner Order provided parties in interest ten days after service of the work plan and budget to file an objection. *Id.* On May 8, 2026, the UST filed the *Notice of Appointment of Examiner* (Doc. 178), appointing William G.

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Examiner Order.

Krieger as examiner ("Examiner") in this Chapter 11 Case, which appointment was approved by order of the Court on May 19, 2026. *See* Doc. 191.

Examiner filed the *Preliminary Work Plan of William G. Krieger, Examiner* (the "Work Plan")[2] on June 9, 2026. The Work Plan indicates that Examiner will be dividing the Investigation into four phases and provided a description of the work to be completed in each phase. The budget (the "Budget") attached as Exhibit A to the Work Plan is likewise segregated by phase. Phase I of the Work Plan ("Phase I") includes, without limitation, information gathering and review, meeting with the Debtor's accounting and finance staff, mapping and identification of transactions, and reviewing, and, if necessary, revising the Work Plan and Budget. Work Plan at ¶¶ 7-8.

On June 19, 2026, the Debtor filed a timely limited objection (Doc. 199) (the "Limited Objection") to the Work Plan and Budget. The Debtor, Examiner, and Huntington National Bank, as Administrative Agent ("Huntington" and collectively with the Debtor and Examiner, the "Parties"), by and through their respective counsel, have conferred regarding the Work Plan and Limited Objection, and have agreed to the terms set forth herein, which will allow Examiner to commence the Investigation under the Work Plan while also preserving the Debtor's Limited Objection.

Accordingly, upon the agreement of the Parties, it is **ORDERED and ADJUDGED** as follows:

1. Phase I of the Work Plan, and the Budget inasmuch as it pertains to Phase I, are approved, and Examiner is authorized to commence and complete the work under Phase I of the Work Plan.

---

[2] The Work Plan is attached as Exhibit 1 to the *Notice of Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198).

2. Within 30 days of the date of entry of this Order, Examiner shall file with the Court either (a) a revised Budget (a "Revised Budget") with updated estimated costs for the Investigation in light of the information and documents obtained and reviewed during Phase I; or (b) a notice indicating that Examiner is standing on the original Budget filed with the Work Plan (an "Original Budget Notice").

3. Unless and until the Debtor's Limited Objection is withdrawn or otherwise resolved by agreement, the Limited Objection is and shall be considered a continuing objection to the Work Plan, the Budget, and any Revised Budget or Original Budget Notice. The Debtor may, but is not required to, amend or supplement the Limited Objection in response to any Revised Budget or Original Budget Notice.

4. Any objection to the Revised Budget or Original Budget Notice, including, without limitation, any amended or supplemental objection of the Debtor, shall be filed within seven days of the date of filing of the Revised Budget or Original Budget Notice (the "Objection Deadline").

5. The Court hereby sets this matter for **evidentiary hearing** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202 on **August 12, 2026, at 11:00 a.m.**

6. All parties and their attorneys participating in the evidentiary hearing must attend in-person. However, any party/attorney not directly involved in this matter who would like to listen to the evidentiary hearing telephonically may contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov at least two (2) business days prior to the hearing for call-in instructions for the hearing. Any party or attorney listening to the hearing telephonically will

not be allowed to present evidence, cross-examine witnesses or otherwise participate in the hearing. The public may not listen to the hearing telephonically but may attend in-person.

**SO ORDERED.**

**STIPULATED AND AGREED:**

*/s/ Philip K. Stovall*
Philip K. Stovall (0090916)
**Hahn Loeser & Parks LLP**
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Telephone: (614) 221-0240
Fax: (614) 221-5909
Email: pstovall@hahnlaw.com
*Proposed Counsel to Examiner*

*/s/ Christopher P. Schueller*
(approved by e-mail, 7/2/2026)
Christopher P. Schueller (OH No. 0086170)
Timothy P. Palmer (OH No. 86166)
Kelly M. Neal (OH No. 100889)
**Buchanan Ingersoll & Rooney PC**
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Email: christopher.schueller@bipc.com
timothy.palmer@bipc.com
kelly.neal@bipc.com
*Counsel to Huntington National Bank*

*/s/ James A. Coutinho*
(approved by e-mail, 7/2/2026)
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
**Allen Stovall Neuman & Ashton LLP**
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
Telephone: (614) 221-8500
Fax: (614) 221-5988
Email: allen@asnalaw.com;
stovall@asnalaw.com
coutinho@asnalaw.com;
rebholz@asnalaw.com
*Counsel to Debtor / Debtor in Possession*

**NO OBJECTION:**

DEBTOR'S EXHIBIT 13
Page 5 of 5

**Andrew R. Vara, United States Trustee**

*/s/ David T. Austin*
(approved by e-mail, 7/2/2026)
David T. Austin (CT #435157)
United States Department of Justice
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202
Telephone: (513) 684-6989
Facsimile: (513) 684-6994
E-mail: david.austin2@usdoj.gov
*Counsel to the United States Trustee*