DEBTOR'S EXHIBIT 16
Page 1 of 3



**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 5, 2026**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**ORDER APPROVING PRELIMINARY WORK PLAN**
**OF WILLIAM G. KRIEGER, EXAMINER**
**(Related to Doc. 198)**

This matter is before the Court upon the following:

A. The *Agreed Order Directing the Appointment of Examiner* (Doc. 165) (the "Examiner Order")[1], which, among other things, directed the United States Trustee (the "UST") to appoint an examiner in the above-captioned bankruptcy case (the "Chapter 11 Case") pursuant to 11 U.S.C. § 1104, and

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Examiner Order.

required that the examiner file a work plan and budget for the Investigation (Examiner Order at ¶ 18);

B. The *Preliminary Work Plan of William G. Krieger, Examiner* (the "Work Plan")[2] filed by William G. Krieger ("Examiner") on June 9, 2026;

C. The *Debtor's Limited Objection to the Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 199) (the "Limited Objection"), which Limited Objection was subsequently withdrawn (Doc. 242);

D. The *Agreed Order Regarding Examiner's Preliminary Work Plan* (Doc. 208) (the "Agreed Order"), which, among other things, (a) approved Phase I of the Work Plan and the budget attached thereto inasmuch as it related to Phase I; (b) directed Examiner to, within 30 days of entry of the Agreed Order, file a revised budget or a notice standing on the budget filed with the Work Plan; and (c) scheduled a hearing for August 12, 2026, for the Court to consider the Work Plan and the Limited Objection; and

E. The *Notice Regarding Budget for Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 250) through which Examiner provided notice that he is standing on the original budget attached as Exhibit A to the Work Plan.

The Court, having considered and reviewed all relevant filings, finds that the Work Plan was properly noticed and served, that all objections thereto have been withdrawn, and that approval of the Work Plan and the Budget is just and appropriate. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

[2] The Work Plan is attached as Exhibit 1 to the *Notice of Preliminary Work Plan of William G. Krieger, Examiner* (Doc. 198).

1. The Work Plan and the budget attached as Exhibit A thereto are APPROVED in their entirety.

2. Examiner is authorized to commence, continue, and complete all work under all phases of the Work Plan, as may be necessary or appropriate to complete the Investigation or to otherwise fulfill Examiner's duties under 11 U.S.C. § 1104 or prescribed pursuant to the Examiner Order.

3. The hearing scheduled for August 12, 2026, for the Court to consider the Work Plan and Budget is hereby cancelled.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

**SO ORDERED.**

Copies to:

Default List plus Top 20