DEBTOR'S EXHIBIT 17
Page 1 of 3



**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 12, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | | |
|---|---|---|
| In re:<br>RAYMOND JOSEPH SCHNEIDER,<br><br>Debtor. | ) <br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 25-12607<br>Judge Beth A. Buchanan |

**CONSENT ORDER GRANTING THE HUNTINGTON NATIONAL BANK'S MOTION FOR AUTHORIZATION TO CONDUCT RULE 2004 DISCOVERY WITH RESPECT TO THIRD PARTY BANKS (ECF 204)**

AND NOW, upon the Motion of the Huntington National Bank ("**Huntington**") for Authorization to Conduct Rule 2004 Discovery with Respect to Third Party Banks [ECF 204] (the "**Motion**")[1], the *Joint Objection* filed by First Merchants Bank, Civista Bank, Heritage Bank and General Electric Credit Union [ECF 229]; the *Joinder and Objection of Various Affected Entities* filed by Storage Operating Company I, LLC, Grasshopper Investments, LLC, Grasshopper Investments II, LLC, Madison Warehouse, LLC, Hyde Park Circle, LLC, Mason RD, LLC,

1 Defined terms used herein but not otherwise defined shall have the meaning set forth in the Motion.

Northern Kentucky Assisted Living, LLC, Northern Kentucky Retirement Community, LLC, The Red Corner, LLC, The Blue Development Company, LLC, Boston RD, LLC, North Shore RD, LLC, 5150 East Galbraith Road, LLC, and To Life, Ltd. [ECF 230], and the *Omnibus Reply* filed by The Huntington National Bank [ECF 241], and upon the consent of the parties who have signed the bottom of this order ("**Settling Parties**"), it is hereby:

**ORDERED**, that the Motion is **GRANTED** subject to the terms set forth below; and it is further

**ORDERED**, that the counsel for the Settling Parties agree to accept service of the subpoenas attached to the Motion solely for the Settling Parties for whom they have appeared in this case; and it is further

**ORDERED**, that Huntington and the Settling Parties shall proceed to meet and confer with one another and the Examiner on or before August 19, 2026, or such further date as mutually agreed by Huntington, the Settling Parties and the Examiner, to agree upon the scope and compliance time of the document production, and if the scope and compliance time cannot be agreed upon, counsel for Huntington or any of the Settling Parties can request a status conference with the Court for a discussion of the open discovery issues; and it is further

**ORDERED**, that Huntington and the Settling Parties reserve all rights as to scope, relevance, privilege, cost, confidentiality, and compliance time of the document production.

**SO ORDERED**

**CONSENTED TO THE ABOVE**:

*/s/ Whitney L. Mosby*
Whitney L. Mosby, (IN #23691-49)
Dentons Bingham Greenebaum LLP
2700 Market Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-635-8900
Email: whitney.mosby@dentons.com
*Counsel for First Merchants Bank*

*/s/ Patricia B.* Fugée
Patricia B. Fugée (0070698)
Fisher Broyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
Tel: (419) 874-6859
Email: patricia.fugee@fisherbroyles.com
*Counsel for Civista Bank*

*/s/ Jon J. Lieberman* .
Jon J. Lieberman (OH 0058394)
McCalla Raymer Leibert Pierce, LLP
312 Walnut Street Suite 2275
Cincinnati, Ohio 45202
Tel: 513.538.2252
Email: Jon.Lieberman@mccalla.com
*Counsel for Heritage Bank*

*/s/ Donald W. Mallory* .
Donald W. Mallory (OH 0070875)
Wood + Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Phone: 513.852.6094
Email: DWMallory@woodlamping.com
*Counsel for General Electric Credit Union*

*/s/ Richard S. Wayne*
Richard S. Wayne (0022390)
STRAUSS TROY CO., LPA
150 East Fourth Street,
4th Floor Cincinnati, Ohio 45202
T: (513) 621-2120
Email: rewayne@strausstroy.com
*Counsel for the Affected Entities*

*/s/Christopher P. Schueller*
Christopher P. Schueller (OH 0086170)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
E-mail: christopher.schueller@bipc.com
*Counsel for Huntington National Bank*