**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**NOTICE OF MONTHLY FEE STATEMENT FOR HAHN LOESER & PARKS, LLP**
**FOR THE PERIOD OF JUNE 9, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of professional: | Hahn Loeser & Parks, LLP (“HLP”) |
| Role in case: | Counsel to William Krieger, Examiner |
| Date of retention: | Retention approved by order entered on July 29, 2026 (Doc. 246), effective as of June 9, 2026 |
| Compensation period: | June 9, 2026, through July 31, 2026 |
| Total fees incurred this period: | $11,660.00 |
| Fees requested for payment: | $10,494.00 (90% of $11,660.00) |
| Fees subject to holdback: | $1,166.00 (10% of $11,660.00) |
| Cumulative holdback to date: | $1,166.00 |
| Total expenses incurred this period: | $0.00 |
| Expenses requested in this statement | $0.00 |
| Total fees and expenses requested for payment this period: | $10,494.00 |

**Subject and Purpose of Notice:** This notice (the “Notice”) is being provided by HLP, which is employed as counsel to William Krieger, the examiner (“Examiner”) appointed in the above-captioned bankruptcy case (the “Chapter 11 Case”). Examiner’s retention of HLP was approved by the *Order Granting Application to Employ Hahn Loeser & Parks, LLP as Counsel to William G. Krieger, Examiner* (Doc. 246) (the “HLP Retention Order”), entered by the Court on July 29, 2026. The HLP Retention Order authorized HLP to seek payment of its fees and reimbursement of its expenses in accordance with the procedures (the “Compensation Procedures”) established by the *Order Granting Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93) (the “Compensation

Procedures Order"). This notice is being provided in accordance with the Compensation Procedures to request payment of compensation and reimbursement of expenses to HLP in the amounts set forth above.

| | |
|---|---|
| **Procedure for Monthly Compensation:** | Under the Compensation Procedures, HLP is permitted to seek and be paid ninety (90%) of its fees and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon delivery by HLP to the Debtor, Debtor's counsel, and the United States Trustee of an itemized statement (a "Monthly Fee Statement") detailing the services performed and expenses incurred in connection with its representation of Examiner. Attached hereto as Exhibit A is a summary of requested compensation by professional. The Monthly Fee Statement is attached as Exhibit B. |
| **Submission of Monthly Fee Statement:** | In accordance with the approved procedure, on the date of this notice, HLP has served upon the Debtor, the Debtor's counsel, and to the United States Trustee a complete copy of the Monthly Fee Statement for the period addressed by this notice. |
| **Payment:** | In accordance with the Compensation Procedures, the Debtor shall pay ninety percent (90%) of incurred fees and one hundred percent (100%) of reimbursable expenses within ten (10) days of receipt of this Notice and the Monthly Fee Statement. |

Dated: August 31, 2026

Respectfully submitted,

*/s/ Philip K. Stovall*

Philip K. Stovall (0090916)
**HAHN LOESER & PARKS LLP**
65 E. State Street, Suite 2500
Columbus, Ohio 43215
Phone: (614) 221-0240
Fax: (614) 221-5909
Email: pstovall@hahnlaw.com
*Counsel to William G. Krieger, Examiner*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Monthly Fee Statement for Hahn Loeser & Parks, LLP for the Period of June 9, 2026 through July 31, 2026* was served on August 31, 2026, upon the following by e-mail or ordinary U.S. Mail as set forth below:

E-Mail Service

James A. Coutinho
coutinho@asnalaw.com
*Counsel to the Debtor*

David T. Austin
david.austin2@usdoj.gov
*Counsel to the United States Trustee*

U.S. Mail

Raymond Joseph Schneider
3515 Tiffany Ridge Lane
Cincinnati, OH 45241

*/s/ Philip K. Stovall*
Philip K. Stovall (0090916)

**EXHIBIT A**

**Compensation by Professional**

| Professional | Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Philip K. Stovall, Partner | 25.2 | $455.00 | $11,466.00 |
| Philip K. Stovall, Partner | 1.3 | $0.00 | $0.00 |
| Colleen M. Beitel, Paralegal | 2.3 | $280.00 | $644.00 |
| **TOTALS:** | **28.8** | | **$12,110.00** |
| **Composite Hourly Rate:** | **$404.86**[1] | | |

[1] The composite hourly rate is calculated based on the total fees shown on the Monthly Fee Statement of $11,660.00, which is net of a $450.00 voluntary discount.

**EXHIBIT B**

**Monthly Fee Statement**

HAHN LOESER

DEBTOR'S EXHIBIT 20
Page 6 of 11

| | | | |
|---|---|---|---|
| William Krieger | | Invoice Date: | August 28, 2026 |
| VIA EMAIL: wkrieger@gleasonexperts.com | | Invoice Number: | 888389 |
| One Gateway Center | | Matter Number: | 230944.00001 |
| Suite 525 | | | |
| Pittsburgh, PA 15222 | | Tax ID: | 34-0410308 |

*For Professional Services through* ***July 31, 2026***

**Client:** William Krieger
**Matter:** William Krieger - Raymond J. Schneider, Chapter 11 Debtor

| | | |
|---|---|---|
| Total Fees | $ | 12,110.00 |
| Courtesy Discount | $ | (450.00) |
| Total Fees and Costs | $ | 11,660.00 |

| **Online Payments:** | **Wire/ACH Instructions:** | **Mail/Overnight Check Delivery:** |
|---|---|---|
| You can now pay your invoices online via real-time bank payments, credit cards, or in installments:<br>https://tranch.com/pay/?supplier=hahnloeser | US Bank<br>Cleveland, OH<br>ABA Number: 042000013<br>Swift Code: USBKUS44IMT<br>Account #: 577874498<br>**(Please Reference Invoice Number)** | Hahn Loeser & Parks LLP<br>Attn: Accounts Receivable<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114 |

| William Krieger | Invoice Date: | August 28, 2026 |
|---|---|---|
| | Invoice Number: | 888389 |
| | Matter Number: | 230944.00001 |

**Time Detail**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/26 | PKS | Review of work plan issues and conference with W. Krieger regarding same. | 0.50 | 455.00 | 227.50 |
| 06/09/26 | PKS | Detailed review and proposed revisions to work plan (.8); email to and call with W. Krieger regarding work plan (0.3); further emails from and to W. Krieger regarding revised work plan (.2); receipt and review of revised work plan (.3); draft notice of appearance (.2); review of docket and filings thereon regarding appointment of examiner and requirements regarding work plan and drafted notice of filing regarding work plan (1.0); various emails from and to CM Beitel regarding filing of work plan, appearance, and service requirements (.3). | 3.10 | 455.00 | 1,410.50 |
| 06/09/26 | CMB | Review e-mail from PK Stovall approving documents for filing; preparation of service list; finalize and electronic filing of Notice of Appearance and Request for Notice as Proposed Counsel to William G. Krieger, Examiner; finalize and electronic filing of Notice of Preliminary Work Plan of William G. Krieger, Examiner; service of same. | 0.80 | 280.00 | 224.00 |
| 06/12/26 | CMB | Docket deadline for parties to object or respond to Preliminary Work Plan of William G. Krieger, Examiner. | 0.20 | 280.00 | 56.00 |
| 06/22/26 | PKS | Initial review of Debtor's limited objection to examiner's work plan (.4); email to W. Krieger regarding same (.1); emails from Court's law clerk and C. Schueller regarding work plan and objection (.1); emails to and from W. Krieger regarding same (.2). | 0.80 | 455.00 | 364.00 |
| 06/23/26 | PKS | Further review of objection filed by the Debtor to work plan and review of budget subject of objection (.5); call with J. Coutinho regarding same (.3); formulated proposal for potential resolution of objection and detailed email to all counsel regarding same (.7). | 1.50 | 455.00 | 682.50 |

| | | |
|---|---|---|
| William Krieger | Invoice Date: | August 28, 2026 |
| | Invoice Number: | 888389 |
| | Matter Number: | 230944.00001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/26 | PKS | Emails from and to C. Schueller and D. Austin regarding proposed resolution of work plan and objection (.2); emails to and from the Court's law clerk regarding potential resolution and status conference matters (.2); further review of issues regarding work plan and comprehensive email to W. Krieger regarding the parties' agreement in principle regarding the work plan and budget and status conference to be held on same (.5). | 0.90 | 455.00 | 409.50 |
| 06/26/26 | CMB | Compile Firm list of bankruptcy attorneys with hourly rates for Application to Employ Hahn Loeser & Parks LLP as Counsel to the Examiner. | 0.20 | 280.00 | 56.00 |
| 06/26/26 | PKS | Emails and information to and from CM Beitel and other staff regarding application to employ law firm (.4); review of docket regarding compensation procedures and analysis of arguments to apply compensation procedures to law firm (.8). | 1.20 | 455.00 | 546.00 |
| 06/26/26 | PKS | Call with W. Krieger regarding workplan and proposed resolution of objection. | 0.40 | 455.00 | 182.00 |
| 06/28/26 | PKS | Continued detailed review of matters relevant to application to employ; draft comprehensive and detailed application making all necessary disclosures. | 3.00 | 455.00 | 1,365.00 |
| 06/29/26 | PKS | Review and finalized proposed draft of application to employ firm and drafted proposed order granting same (1.2); email to W. Krieger regarding application to employ firm (.1). | 1.30 | 0.00 | N/C |
| 06/30/26 | CMB | Finalize Application to Employ Hahn Loeser & Parks LLP and supporting exhibits for completeness and compliance prior to filing. | 0.40 | 280.00 | 112.00 |
| 06/30/26 | PKS | Detailed review of issues regarding work plan, budget, and objection, and draft proposed agreed order regarding same (1.8); detailed email to all counsel circulating proposed order (.3). | 2.10 | 455.00 | 955.50 |
| 06/30/26 | PKS | Email from W. Krieger approving application (.1); review of relevant information and draft Stovall declaration for use in application to employ (1.2); finalize applications for filing (.3); emails from and to CM Beitel regarding same (.3). | 1.80 | 455.00 | 819.00 |

William Krieger

Invoice Date: August 28, 2026
Invoice Number: 888389
Matter Number: 230944.00001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/26 | PKS | Review of professional compensation procedures and email to W. Kreiger regarding same and Hahn Loeser retention application (.3); review of material to prepare for status conference regarding work plan and objection (.5); attendance at status conference (.6); call with J. Coutinho regarding proposed agreed order on work plan and objection (.2); email to W. Kreiger regarding status conference and potential evidentiary hearing on work plan (.2). | 1.80 | 455.00 | 819.00 |
| 07/02/26 | PKS | Review of hearing language provided by the Court and response email to Court staff regarding same (.2); detailed revisions to proposed agreed order to add hearing and related language and circulation of proposed order to opposing counsel (.7); receipt of various emails from opposing counsel approving revised proposed order regarding work plan (.1); finalized and submitted proposed order (.2); email to Court staff regarding submission of order (.1); follow-up emails from and to court staff regarding entry of order (.2); review of entered agreed order regarding work plan (.1); further review of issues concerning Work Plan and comprehensive email to W. Kreiger regarding same and process for moving forward (.6). | 2.10 | 455.00 | 955.50 |
| 07/06/26 | PKS | Email from W. Krieger regarding onsite visit to debtor's business; email to J. Coutinho regarding same. | 0.30 | 455.00 | 136.50 |
| 07/07/26 | PKS | Review of recently filed pleadings in Schneider chapter 11 case (.3); emails to and from J. Coutinho regarding onsite visit issues (.2); email to W. Krieger regarding same (.1). | 0.60 | 455.00 | 273.00 |
| 07/09/26 | PKS | Review of various communications from the debtor's business people regarding onsite visit with W. Krieger (.2); message from and call with W. Krieger regarding onsite visit (.2); email to J. Coutinho regarding same (.1). | 0.50 | 455.00 | 227.50 |
| 07/10/26 | PKS | Call with W. Krieger and J. Coutinho regarding onsite visit issues. | 0.40 | 455.00 | 182.00 |
| 07/20/26 | PKS | Emails from and to W. Krieger regarding onsite visit (.1); call with W. Krieger regarding onsite visit and Rule 2004 motions recently filed (.5); emails from and to J. Coutinho regarding Rule 2004 motions and onsite visit matters (.3). | 0.90 | 455.00 | 409.50 |

William Krieger

Invoice Date: August 28, 2026
Invoice Number: 888389
Matter Number: 230944.00001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/26 | PKS | Meeting with J. Coutinho and W. Krieger regarding onsite visit and issues concerning Examiner budget. | 0.60 | 455.00 | 273.00 |
| 07/22/26 | CMB | Review e-mail from PK Stovall regarding docketing deadline to file revised budget or notice. | 0.10 | 280.00 | 28.00 |
| 07/23/26 | CMB | Reviewed and analyzed newly filed pleadings to identify response deadlines, hearing dates and required actions by the Examiner. | 0.60 | 280.00 | 168.00 |
| 07/27/26 | PKS | Finalize and submit order on Examiner's application to employ law firm. | 0.20 | 455.00 | 91.00 |
| 07/28/26 | PKS | Email from J. Coutinho regarding withdrawal of objection to Work Plan (.1); review of prior agreed order and other filings to determine if notice regarding budget still required (.2). | 0.30 | 455.00 | 136.50 |
| 07/30/26 | PKS | Review of issues relating to Work Plan budget and draft notice standing on budget. | 2.20 | 455.00 | 1,001.00 |
| | | **Total** | **28.80** | | **$12,110.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Colleen M. Beitel | Paralegal | 2.30 | 280.00 | 644.00 |
| Philip K. Stovall | Partner | 1.30 | 0.00 | 0.00 |
| Philip K. Stovall | Partner | 25.20 | 455.00 | 11,466.00 |
| | **Total** | **28.80** | | **$12,110.00** |

| | | |
|---|---|---|
| Total Fees | $ | 12,110.00 |
| Courtesy Discount | $ | (450.00) |
| Total Fees and Costs | $ | 11,660.00 |

HAHN LOESER



William Krieger
VIA EMAIL: wkrieger@gleasonexperts.com
One Gateway Center
Suite 525
Pittsburgh, PA 15222

| | |
|---|---|
| Invoice Date: | August 28, 2026 |
| Invoice Number: | 888389 |
| Matter Number: | 230944.00001 |

---

*For Professional Services through **July 31, 2026***

**Client:** William Krieger
**Matter:** William Krieger - Raymond J. Schneider, Chapter 11 Debtor

| | | |
|---|---|---|
| Total Fees | $ | 12,110.00 |
| Courtesy Discount | $ | (450.00) |
| Total Fees and Costs | $ | 11,660.00 |

REMITTANCE

| **Online Payments:** | **Wire/ACH Instructions:** | **Mail/Overnight Check Delivery:** |
|---|---|---|
| You can now pay your invoices online via real-time bank payments, credit cards, or in installments:<br>https://tranch.com/pay/?supplier=hahnloeser | US Bank<br>Cleveland, OH<br>ABA Number: 042000013<br>Swift Code: USBKUS44IMT<br>Account #: 577874498<br>**(Please Reference Invoice Number)** | Hahn Loeser & Parks LLP<br>Attn: Accounts Receivable<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114 |