**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**NOTICE OF FILING ADDITIONAL EXHIBITS FOR OCTOBER 5, 2026, HEARING**

Debtor and debtor in possession Raymond Joseph Schneider submits the attached additional exhibits as set forth in the *Debtor's Witness and Exhibit List for October 5, 2026, Hearing* (Doc. 289).

Respectfully submitted,

/s/ James A. Coutinho

Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, OH 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Filing Additional Exhibits for October 5, 2026, Hearing* was served (i) electronically on the date of filing through the Court's ECF system on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail on September 28, 2026, addressed to the following:

None.

/s/ James A. Coutinho
James A. Coutinho (0082430)