**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: July 2, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**ORDER GRANTING DEBTOR'S MOTION TO (1) EXTEND EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES FOR CHAPTER 11 PLAN; (2) SCHEDULE DISCLOSURE STATEMENT HEARING AFTER SUBMISSION OF EXAMINER REPORT (DOC. 193)**

This matter is before the Court on the *Debtor's Motion to (1) Extend Exclusive Period to Solicit Acceptances for Chapter 11 Plan; (2) Schedule Disclosure Statement Hearing After Submission of Examiner Report* (the "Motion") (Doc. 193) filed by Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"). Through this motion, the Debtor moves the Court to schedule the hearing (the "Disclosure Statement Hearing") to consider the adequacy of the *Disclosure Statement for Plan of Reorganization* (the "Disclosure Statement") (Doc. 190), but that such hearing be held after the deadline for submission of the report (the "Report") of William Krieger, the Court-appointed examiner (the "Examiner"). The Debtor further moves pursuant to 11 U.S.C. § 1121(d) and Local Bankruptcy Rule 3016-1, to extend the Debtor's exclusive right to

solicit acceptances (the "Solicitation Period") for the *Plan of Reorganization* (the "Plan") (Doc. 189) until 60 days after the Disclosure Statement Hearing. The Debtor argues that this schedule will permit the Examiner's Report to be useful during the Disclosure Statement Hearing and will further permit the Debtor time to amend the Plan and Disclosure Statement to address any issues raised in the Examiner's report before the Disclosure Statement Hearing.

The Motion was served on the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, and those other parties requesting notice. No objection to the Motion was filed. Based upon the matters contained in the Motion, proper service of the Motion having been completed, and no objection to the Motion having been filed, the Court finds the Motion to be well-taken and it is approved.

It is therefore ORDERED as follows:

1. By separate order, the Court will schedule the Disclosure Statement Hearing to consider the adequacy of information in the Disclosure Statement. The Disclosure Statement Hearing will be set for a date that permits time for the Examiner's Report to be filed with a reasonable period thereafter for the Debtor to amend the Plan and Disclosure Statement prior to the Disclosure Statement Hearing, if necessary.

2. The Solicitation Period shall be extended to the date that is sixty (60) days after the Disclosure Statement Hearing, without prejudice to the Debtor seeking any further extension, provided, however, that the Solicitation Period shall not extend beyond the 20-month limitation set forth in 11 U.S.C. § 1121(d)(2)(B).

**SO ORDERED.**

Copies to Default List Plus Top 20