# Ray and Patti Schneider

## General Overview of Irrevocable Trusts

# Schneider Family Insurance Trust

Date of Trust: October 19, 2019

Settlors: Ray and Patti

Trustee: Emily S. Pan

Beneficiaries: Ray and Patti's lineal descendants

Assets: $10 million Lincoln survivorship life insurance policy (insuring the lives of Ray and Patty), with a premium amount of $162,000 per year.

# Raymond Schneider 2019 Gift Trust

Date of Trust: December 20, 2019

Settlor: Ray

Trustee: Patti

Beneficiary: Patti

Assets:

- 720 Class B units in To Life, Ltd. ($9,962,848 based on 2020 valuation)
- Lincoln life insurance policy on Ray's life with a death benefit of $3,290,313 (paid up)

# Patricia B. Schneider 2020 Gift Trust

Date of Trust: December 28, 2020

Settlor: Patti

Trustee: Ray

Beneficiary: Ray and Patti's lineal descendants

Assets:

- 6,999 Class B Units in Red Dog Operations Holding Company ($3,715,559 based on 2020 valuation)
- 396 Class B Units in Grasshopper Investments LLC ($2,366,987 based on 2020 valuation)