**Overview of 2020 Gifting Program**

**To Life Ltd.**

---

December 31, 2020 (effective at 11:59pm):

- Patti gifted 45 Class A Units (voting) and 5 Class B Units (non-voting) in To Life Ltd. to Danielle*
- As of 11:59pm on December 31, 2020, the members of To Life Ltd were as follows:

| Member | Class A Units (voting) | Class B Units (non-voting) |
|---|---|---|
| Ray | 80 | |
| Raymond Schneider 2019 Gift Trust | | 720 |
| Eric | 5 | 45 |
| Justin | 5 | 45 |
| Danielle | 5 | 45 |

*Note that sometime in December 2019, Danielle redeemed the units she owned in To Life, Ltd. (Vorys was not part of this transaction, Dennis Packer has the documentation). Then on December 31, 2019, Ray gifting 720 Class B Units to the Raymond Schneider 2019 Gift Trust. Included in this closing binder is the Third Amended and Restated Operating Agreement of To Life Ltd. as of December 31, 2019.