## Overview of 2020 Gifting Program

## Red Dog Operations Holding Company LLC

November 1, 2020:

- Ray gifted 6,999 Class B Units (non-voting) in Red Dog Operations Holding Company LLC to Patti
- As of November 1, 2020, the members of Red Dog Operations Holding Company LLC were as follows:

| Member | Class A Units (voting) | Class B Units (non-voting) | Class C Units (profits interests) |
|---|---|---|---|
| Ray | 1 | 1,000 | |
| Patti | | 6,999 | |
| Eric | | | 2,000 |

December 31, 2020 (effective at 11:59pm):

- Ray gifted 1,000 Class B Units (non-voting) in Red Dog Operations Holding Company LLC to Eric
- Patti gifted 6,999 Class B Units (non-voting) in Red Dog Operations Holding Company to the Patricia B. Schneider 2020 Gift Trust (this is a grantor trust with respect to Patti and Ray is the trustee)
- As of 11:59pm on December 31, 2020, the members of Red Dog Operations Holding Company LLC were as follows:

| Member | Class A Units (voting) | Class B Units (non-voting) | Class C Units (profits interests) |
|---|---|---|---|
| Ray | 1 | | |
| Patricia B. Schneider 2020 Gift Trust | | 6,999 | |
| Eric | | 1000 | 2,000 |