# Overview of 2020 Gifting Program

## Grasshopper Investments, LLC

<u>November 1, 2020</u>:

- Ray gifted 396 Class B Units (non-voting) in Grasshopper Investments, LLC to Patti
- As of November 1, 2020, the members of Grasshopper Investments, LLC were as follows:

| Member | Class A Units (voting) | Class B Units (non-voting) |
|---|---|---|
| Ray | 2 | |
| Schneider-Grasshopper Inc. | | 2 |
| Patti | | 396 |

<u>December 31, 2020 (effective at 11:59pm)</u>:

- Patti gifted 396 Class B Units (non-voting) in Grasshopper Investments, LLC to the Patricia B. Schneider 2020 Gift Trust (this is a grantor trust with respect to Patti and Ray is the trustee)
- As of 11:59pm on December 31, 2020, the members of Grasshopper Investments, LLC were as follows:

| Member | Class A Units (voting) | Class B Units (non-voting) |
|---|---|---|
| Ray | 2 | |
| Schneider-Grasshopper Inc. | | 2 |
| Patricia B. Schneider 2020 Gift Trust | | 396 |