# ASSIGNMENT OF CLASS B UNITS

# GRASSHOPPER INVESTMENTS, LLC

This Assignment of Units (this "Assignment") is effective as of this 1st day of November, 2020, (the "Effective Date") and is made by and between Raymond Schneider ("Assignor") and Patricia B. Schneider ("Assignee").

## RECITALS

A. Assignor is a member of Grasshopper Investments, LLC, an Ohio limited liability company (the "Company").

B. Assignor owns 396 Class B Units in the Company (the "Units").

C. The Units are subject to a certain Amended and Restated Operating Agreement dated October 6, 2020 (the "Operating Agreement").

D. For estate planning purposes and pursuant to this Assignment, Assignor desires to transfer and assign the Units to Assignee as a gift.

E. Assignee is Assignor's spouse.

F. Pursuant to Section 10.01 of the Operating Agreement, the transfer contemplated by this Assignment is permitted under the terms of the Operating Agreement.

## ASSIGNMENT

1. Assignment. For estate planning purposes, Assignor does hereby assign and transfer as a gift all of Assignor's right, title and interest in and to the Units to Assignee.

2. Status Before and After Assignment.

a. All distributions related to the Units made up to and including the Effective Date shall be retained by Assignor, and all distributions related to the Units made after the Effective Date shall be paid to Assignee. All allocations of Company income, gain, loss, deduction and credit for the taxable year ending December 31, 2020 shall be divided and allocated between the Assignor and the Assignee by taking into account their varying interests during this period in accordance with Code Section 706(d), using any conventions permitted by law and selected by the Company.

b. All claims or liabilities associated with the Units up to and including the Effective Date shall remain the sole responsibility of Assignor, and Assignor shall indemnify and hold harmless Assignee from all such claims or liabilities. Any and all claims or liabilities arising in connection with the Units after the Effective Date shall be the sole responsibility of Assignee,

provided such claims or liabilities are related to or as a result of activities or events occurring after the Effective Date.

3. Acceptance by Assignee. Assignee hereby accepts the assignment of the Units pursuant to this Assignment and agrees to be bound by all terms and conditions of the Operating Agreement as a Member of Company by execution of a joinder agreement, and agrees to perform all of Assignor's duties, responsibilities and obligations with respect to the Units and as a Member of Company in accordance with the Operating Agreement.

4. Further Actions. Assignor and Assignee each hereby further agree to perform, from time to time, such other acts and to execute, acknowledge and deliver such other instruments as may be reasonably necessary in order to effectuate the assignment contemplated hereby and to afford Assignee the full benefits of Assignor with respect to the Units transferred to Assignee.

5. Miscellaneous.

a. Headings. The headings in this Assignment are solely for convenience and shall not be given any effect in the construction or interpretation of this Assignment.

b. Governing Law. This Assignment shall in all respects be interpreted, governed by and construed in accordance with the laws of the State of Ohio without giving effect to principles of conflict of laws.

c. Counterparts. This Assignment may be executed in multiple counterparts and by facsimile or electronic transmission (including by PDF), each of which shall be deemed to be an original but all of which taken together shall constitute one and the same Assignment.

d. Undefined Terms. Any capitalized term used in this Assignment but not defined in this Assignment shall have the meaning ascribed thereto in the Operating Agreement.

[*Executed on following page*]

**SIGNATURE PAGE**

**ASSIGNMENT OF CLASS B UNITS**

**GRASSHOPPER INVESTMENTS, LLC**

ASSIGNOR:

Raymond Schneider

ASSIGNEE:

Patricia B. Schneider