**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 30, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Raymond Joseph Schneider | ) | Case No. 25-12607 |
| Debtor. | ) | Judge Beth A. Buchanan |

**ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING EXAMINER TO UTILIZE MONTHLY COMPENSATION PROCEDURES**
**(Related to Doc. 266)**

This matter is before the Court upon the *Motion for an Order Authorizing Examiner to Utilize Monthly Compensation Procedures* (Doc. 266) (the "Motion")[1], filed by William G. Krieger, in his capacity as the examiner (the "Examiner") appointed in the Bankruptcy Case, on September 1, 2026. Upon review of the Motion and the record in this Bankruptcy Case, the Court finds that the Motion was properly served, that no objections have been filed, and that the

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Application.

Examiner's request to utilize the Compensation Procedures is well taken. Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.

2. The Compensation Procedures set forth in the Compensation Procedures Order are hereby extended to Examiner, and Examiner is permitted to utilize such Compensation Procedures for purposes of obtaining the provisional payment of compensation and reimbursement of expenses on a monthly basis.

3. Notwithstanding anything to the contrary in the Compensation Procedures Order, for purposes of paragraph 1(b) of the Compensation Procedures Order, the first interim application for compensation required to be filed by Examiner is for the period of May 19, 2026 though through October 31, 2026, with such application being due on or before November 30, 2026.

**IT IS SO ORDERED.**

Copies to:

Default List plus Top 20.