| Account | Beginning Balance August 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance August 31st |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | | | | | $ - | $ - |
| Stockyards (Prepetition) | $ - | | $ - | $ - | | $ - |
| Warsaw Federal (Prepetition) | | | | $ - | $ - | $ - |
| US Bank DIP General | $ 10,665.59 | $ 78,900.05 | $ 60,883.22 | | $ - | $ 28,682.42 |
| US Bank DIP SS | $ 35,968.92 | $ 3,636.76 | $ 20,285.88 | | $ - | $ 19,319.80 |
| | $ 46,634.51 | $ 82,536.81 | $ 81,169.10 | $ - | $ - | $ 48,002.22 |

**us bank**

**Uni-Statement**
Account Number:
[redacted]7243
Statement Period:
Aug 1, 2026
through
Aug 31, 2026



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

106481022936193 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

***To Contact U.S. Bank***

| | |
|---|---|
| ***By Phone:*** | *800-673-3555* |
| ***U.S. Bank accepts Relay Calls*** | |
| ***Internet:*** | *usbank.com* |

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

***Member FDIC***

**Account Number** [redacted]243

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 1 | $ | 10,665.59 | Annual Percentage Yield Earned | | 0.00289% |
| Deposits / Credits | | 78,900.05 | Interest Earned this Period | $ | 0.05 |
| Other Withdrawals | | 1,644.24- | Interest Paid this Year | $ | 2.03 |
| Checks Paid | | 59,238.98- | Number of Days in Statement Period | | 31 |
| **Ending Balance on Aug 31, 2026** | **$** | **28,682.42** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Aug 5 | Mobile Check Deposit | | 8652300059 | $ | 2,900.00 |
| Aug 14 | Electronic Deposit<br>REF=262250151214890N00 | From CORPORATE PARK I<br>AVIDPAY H562193588 | | | 1,000.00 |
| Aug 27 | Electronic Deposit<br>REF=262390173078280N00SD | From Circle Developme<br>ACH S Pay 1202704600 | | | 25,000.00 |
| Aug 27 | Electronic Deposit<br>REF=262390173078330N00SD | From Circle Developme<br>ACH S Pay 1202704600 | | | 50,000.00 |
| Aug 31 | Interest Paid | | 3100006161 | | 0.05 |
| | | | **Total Deposits / Credits** | **$** | **78,900.05** |

### Other Withdrawals

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Aug 5 | Electronic Withdrawal<br>REF=262160038539560N00 | To Unitedhealthcare<br>1836282001Premium [redacted] | | $ | 380.23- |
| Aug 11 | Electronic Withdrawal<br>REF=262220138922420N00 | To TruGreen<br>COLLECTION1568945001 | | | 88.16- |
| Aug 20 | Electronic Withdrawal<br>REF=262310078995430N00 | To GCWW/EZ-PAY<br>0000007041UTILITIES 0761554 | | | 311.14- |
| Aug 24 | Electronic Withdrawal<br>REF=262330073082580N00 | To SPECTRUM<br>SPECTRUM 0000358635 | | | 308.25- |
| Aug 25 | Electronic Withdrawal<br>REF=262360116670230N00 | To TruGreen<br>COLLECTION1568945001 | | | 105.26- |
| Aug 25 | Electronic Withdrawal<br>REF=262360144304680N00 | To QUARTERLY FEE<br>1501000502PAYMENT 6S7J7171D71 | | | 180.30- |
| Aug 28 | Electronic Withdrawal<br>REF=262390211504840N00 | To InstaMed<br>9221883201SILVERSCR[redacted] | | | 270.90- |
| | | | **Total Other Withdrawals** | **$** | **1,644.24-** |

### Checks Presented Conventionally

| *Check* | *Date* | *Ref Number* | *Amount* | *Check* | *Date* | *Ref Number* | *Amount* |
|---|---|---|---|---|---|---|---|
| 0107 | Aug 13 | 8952115004 | 883.60 | 5026* | Aug 3 | 8052756359 | 202.66 |
| 0108 | Aug 31 | 8054371339 | 54,426.80 | 5027 | Aug 13 | 8952528673 | 1,358.28 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

usbank

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
[redacted]7243
Statement Period:
Aug 1, 2026
through
Aug 31, 2026



## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number** [redacted]243

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 5028 | Aug 3 | 8053289889 | ✓ 177.87 | 5031 | Aug 20 | 8952647201 | ✓ 202.66 |
| 5030* | Aug 14 | 9252320141 | ✓ 1,987.11 | | | | |

* Gap in check sequence

**Conventional Checks Paid (7) $ 59,238.98-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 3 | 10,285.06 | Aug 14 | 9,487.68 | Aug 27 | 83,380.07 |
| Aug 5 | 12,804.83 | Aug 20 | 8,973.88 | Aug 28 | 83,109.17 |
| Aug 11 | 12,716.67 | Aug 24 | 8,665.63 | Aug 31 | 28,682.42 |
| Aug 13 | 10,474.79 | Aug 25 | 8,380.07 | | |

Balances only appear for days reflecting change.

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

106481022923540 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
[redacted]7110
Statement Period:
Aug 1, 2026
through
Aug 31, 2026

Page 1 of 1

***To Contact U.S. Bank***

***By Phone:*** *800-673-3555*
***U.S. Bank accepts Relay Calls***
***Internet:*** *usbank.com*

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

***Member FDIC***
**Account Number [redacted]110**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Aug 1 | $ | 35,968.92 |
| Deposits / Credits | | 3,636.76 |
| Checks Paid | | 20,285.88- |
| **Ending Balance on Aug 31, 2026** | **$** | **19,319.80** |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00287% |
| Interest Earned this Period | $ | 0.06 |
| Interest Paid this Year | $ | 0.54 |
| Number of Days in Statement Period | | 31 |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Aug 12 | Federal Benefit Deposit<br>REF=262190083626530N00 | From SSA TREAS 310<br>XXSOC SEC [redacted] 1170A S | | $ | 3,636.70 |
| Aug 31 | Interest Paid | | 3100006157 | | 0.06 |
| | | | **Total Deposits / Credits** | **$** | **3,636.76** |

### Checks Presented Conventionally

| *Check* | *Date* | *Ref Number* | *Amount* |
|---|---|---|---|
| 1001 | Aug 11 | 8352748167 | 20,285.88 |

**Conventional Checks Paid (1) $ 20,285.88-**

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|---|---|
| Aug 11 | 15,683.04 | Aug 12 | 19,319.74 | Aug 31 | 19,319.80 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - August 2026 Transaction Summary**

General DIP Account x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 8/1/2026 | $ - | Opening Balance | Balance | $ 10,665.59 |
| 8/3/2026 | $ (202.66) | Impact Lawn | Blue Ash Lawn | $ 10,462.93 |
| 8/3/2026 | $ (177.87) | Better Window Cleaning | Blue Ash Window Cleaning | $ 10,285.06 |
| 8/5/2026 | $ 2,900.00 | Deposit | Vail Rent Check | $ 13,185.06 |
| 8/5/2026 | $ (380.23) | UnitedHealthCare | Health Insurance | $ 12,804.83 |
| 8/11/2026 | $ (88.16) | TruGreen | Blue Ash Lawn | $ 12,716.67 |
| 8/13/2026 | $ (883.60) | Duke Energy | Blue Ash home Electric | $ 11,833.07 |
| 8/13/2026 | $ (1,358.28) | Mario Vargas Landscaping | Landscaping Service | $ 10,474.79 |
| 8/14/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 11,474.79 |
| 8/14/2026 | $ (1,987.11) | Kenwood CC | Golf Club | $ 9,487.68 |
| 8/20/2026 | $ (311.14) | Greater Cincy Water | Utility - Water | $ 9,176.54 |
| 8/20/2026 | $ (202.66) | Impact Lawn | Blue Ash Lawn | $ 8,973.88 |
| 8/24/2026 | $ (308.25) | Spectrum | Cable/Internet | $ 8,665.63 |
| 8/25/2026 | $ (105.26) | TruGreen | Blue Ash Shrub Care | $ 8,560.37 |
| 8/25/2026 | $ (180.30) | UST | Quarterly Fees | $ 8,380.07 |
| 8/27/2026 | $ 25,000.00 | Deposit | Company Draw - Circle Development | $ 33,380.07 |
| 8/27/2026 | $ 50,000.00 | Deposit | Company Draw - Circle Development | $ 83,380.07 |
| 8/28/2026 | $ (270.90) | Aetna | Prescription Drug Plan | $ 83,109.17 |
| 8/31/2026 | $ 0.05 | Deposit | Interest | $ 83,109.22 |
| 8/31/2026 | $ (54,426.80) | Cummins Law | Legal Fees | $ 28,682.42 |

SS DIP Account x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 8/1/2026 | $ - | Opening Balance | Balance | $ 35,968.92 |
| 8/11/2026 | $ (20,285.88) | Cummins Law | Legal Fees | $ 15,683.04 |
| 8/12/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 19,319.74 |
| 8/31/2026 | $ 0.06 | Deposit | Interest | $ 19,319.80 |

US Bank x9012 ACCOUNT CLOSED 3/3/2026
Warsaw Bank x6598 ACCOUNT CLOSED 3/3/2026