**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor and Debtor in Possession. | : | Judge Beth A. Buchanan |

**SECOND INTERIM FEE APPLICATION OF ROBINSON LAW FIRM, LLC**

Raymond Joseph Schneider, the debtor and debtor in possession (the "Debtor"), applies pursuant to 11 U.S.C. § 330 and 331, Fed.R.Bankr.P. 2016 and LBR 2016-1 for approval of an interim award of compensation to Robinson Law Firm, LLC (the "Applicant"), special counsel for the Debtor, earned for the period of March 1, 2026, to September 30, 2026 (the "Application Period").

**A. PRELIMINARY STATEMENT**

1. Applicant is special counsel for the Debtor, serving as co-counsel to Cummins Law, LLC, in pending litigation in the Hamilton County Court of Common Pleas (the "State Court") case of *Raymond Schneider vs. The Huntington National Bank, et al.*, Case No. A2300849 (the "State Court Case").

2. Applicant's employment was approved by the Court through the *Order Granting Application to Employ Robinson Law Firm, LLC, as Special Counsel* (Doc. 76) ("Employment Order"), entered on December 16, 2025, effective as of November 14, 2025.

3. The Applicant has been paid interim payments of its fees from the Debtor in accordance with the *Order Granting Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals on a Monthly Basis* (Doc. 93) (the "Compensation Procedures"). The Compensation Procedures permitted the Debtor to pay 90% of

fees and 100% of expenses incurred on a monthly basis. The remaining 10% of fees was held back from the professional each month (the "Holdback").

4. The Compensation Procedures require professionals to seek interim approval of fees under 11 U.S.C. § 331, and payment of the Holdback, through periodic interim fee applications. The Court granted the Applicant's first interim fee application (Doc. 152) through the *Order Granting First Interim Fee Application of Robinson Law Firm, LLC* (Doc. 186) (the "First Interim Order"), entered on May 11, 2026, and the Debtor paid the holdback awarded under that order. The Applicant has delivered its monthly fee statements for the Application Period to the Debtor, the Debtor's counsel, and the United States Trustee in accordance with the Compensation Procedures. This is the Applicant's second interim fee application and covers the period that followed the first.

5. All services were actual and necessary; the compensation requested is reasonable in light of the time expended, the work completed, and the results achieved.

**B. GENERAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| Professional Classification: | Special Counsel to the Debtor | | | |
| Type of application: | Second interim application. | | | |
| Application period: | March 1, 2026 – September 30, 2026 | | | |
| Application summary: | Fees: | $ | 7,280.00 | |
| | Expenses: | $ | 0.00 | |
| | **Total:** | **$** | **7,280.00** | |
| | Fees Paid: | $ | 5,368.00 | |
| | Fees Pending: | $ | 1,296.00 | (90%) |
| | Fee Holdback: | $ | 616.00 | |
| Retainer on Hand: | $404.00, held in the Applicant's trust account from the Debtor's overpayment of the January 2026 statement, as disclosed in the first interim application. The | | | |

| | |
|---|---|
| | $404.00 was not applied when the Debtor paid the holdback awarded by the First Interim Order, and the Applicant continues to hold it for application to this award. |
| Balance to be paid by Debtor: | $1,508.00, consisting of the $616.00 Holdback and the $1,296.00 (90%) payable on the September 2026 statement, less the $404.00 held in trust. The Debtor is expected to pay the September statement under the Compensation Procedures while this application is pending, which would reduce the balance to $212.00. |
| Petition Date: | October 17, 2025 |
| Date of Appointment: | December 16, 2025, retroactive to November 14, 2025. See Employment Order |
| Services first rendered on: | October 17, 2025 (the Petition Date). The services covered by this application were rendered from March 1, 2026, through September 30, 2026, and are a continuation of the Applicant's services as special counsel in the State Court Case. The Applicant recorded no time in March, June, July, or August 2026. |
| Statutory basis for application: | Request is pursuant to 11 U.S.C. § 330 and 331. |
| Source of payment of award: | Debtor. |
| Prior Applications: | The *First Interim Fee Application of Robinson Law Firm, LLC* (Doc. 152), filed March 31, 2026, covered October 17, 2025, through February 28, 2026, and requested fees of $25,320.00 and expenses of $139.39. The Court allowed the full amount through the First Interim Order, and the Debtor paid the $2,532.00 holdback awarded under that order. |
| Changes to billing rates: | There have not been any changes in billing rates from those set forth in the employment application. |

## C. BILLING SUMMARY

### 1. Description of Services:

Applicant provided services as special counsel to the Debtor related to the following:

**a. Research Supplementation.**

The Applicant's principal work during the Application Period was legal research in support of the litigation team's work in the State Court Case. In April 2026 the Applicant devoted 10.4 hours to research on issues related to the proper measure of damages in one of the statutory claims raised in the State Court Case that is rarely litigated, and delivered its research to co-counsel for use in those matters.

**b. Strategic Planning.**

The Applicant conferred with Cummins Law, LLC, in April, May, and September 2026 on case strategy, the status of discovery, and next steps in the State Court Case, and reviewed and annotated the filings and correspondence that co-counsel circulated, so that the litigation team could proceed with a coordinated approach to Mr. Schneider's claims.

**c. Summary Judgment Decision.**

On September 1, 2026, the State Court denied in full Huntington's motion for summary judgment based on res judicata, which the Applicant had briefed and argued, as described in the first interim application. The Applicant reviewed and analyzed the decision, conferred with co-counsel on its effect, and reviewed the materials co-counsel circulated as the case moved toward the remaining depositions and dispositive motions.

**2. Summary of Billing Statements and Prior Compensation Paid**

The following table provides a summary of the monthly billing of the Applicant, the amount that has been paid to date pursuant to the Compensation Procedures, and the amount of the remaining Holdback. The Applicant recorded no time in March, June, July, or August 2026, and incurred no expenses during the Application Period.

| Month | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid | Holdback for Month |
|---|---|---|---|---|---|
| March 2026 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| April 2026 | $ 4,720.00 | $ 4,248.00 | $ 0.00 | $ 0.00 | $ 472.00 |
| May 2026 | $ 1,120.00 | $ 1,120.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| June 2026 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| July 2026 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| August 2026 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| September 2026 | $ 1,440.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 144.00 |
| **TOTALS:** | **$ 7,280.00** | **$ 5,368.00** | **$ 0.00** | **$ 0.00** | **$ 616.00** |

The Debtor paid the May 2026 statement in full rather than at 90%, so no Holdback remains on that statement. The Applicant delivered its September 2026 statement on October 1, 2026, and the Debtor's payment of 90% of the September fees ($1,296.00) under the Compensation Procedures is expected while this application is pending. The Holdback shown for September is the 10% that will remain unpaid after that payment.

**3. Details of Hours Expended**

The following table details the billing rates, hours billed, and total compensation request by professional:

| Professional | Billing Rate | Hours Billed | Total |
|---|---|---|---|
| Emmett Robinson | $ 400.00 | 18.20 | $ 7,280.00 |
| | **TOTALS:** | **18.20** | **$ 7,280.00** |
| | | **Fee Request:** | **$ 7,280.00** |

A chronological itemization of services rendered by Applicant is attached as Exhibit A. As set forth in Exhibit A, Applicant has devoted at least 18.20 hours exclusively to this case over the Application Period. The requested compensation is reasonable in light of the time, nature, extent, and value of the services rendered, and the cost of comparable services if provided other than in relation to a case under the Bankruptcy Code.

**4. Expense Reimbursement Request**

The Applicant incurred no expenses during the Application Period and seeks no reimbursement of expenses.

**D. MISCELLANEOUS MATTERS**

1. **Services to be Performed:** Applicant's services as special counsel through the duration of the State Court Case, including research and briefing support for the remaining depositions, dispositive motions, and trial.

2. **No Fee Sharing Arrangement:** No fee sharing arrangement exists. The Applicant does not have any agreement or understanding with any other person for the sharing of any compensation received or to be received in connection with this case, except for agreements and understandings for the sharing of compensation by members and regular associates of the Applicant firm.

3. **Certification of Review:** A review of the fee itemization has been conducted, and any unnecessary or excessive expenses or duplicative services have been adjusted. The Applicant recorded time for legal services in time increments of one-tenth of one hour contemporaneously with performance and compiled them in Applicant's computer regularly used to record services and expenses for all clients of his law firm.

4. **Professional Standards:** Applicant represents that it has submitted hours to the Court that represent only the actual time incurred in relation to the legal services described above. Applicant's professional standards prohibit it from billing for hours in excess of actual hours incurred. If the Court believes that the description of services rendered is inadequate, it is requested that a hearing be held to permit Applicant an opportunity to further detail the actual services rendered for the entry(ies) in question.

**E. CONCLUSION**

Based upon the foregoing, Applicant seeks an order:

i. allowing and awarding the Applicant's interim compensation for the services rendered as special counsel as set forth above for the Application Period;

ii. authorizing the Applicant to apply the $404.00 held in trust to the award, and authorizing the Debtor to pay the Applicant the Holdback and any other portion of the requested fees that remains unpaid under the Compensation Procedures; and

iii. granting such other relief as is appropriate

Respectfully submitted,

/s/ James A. Coutinho

James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215
T: (614) 221-8500 F: (614) 221-5988
coutinho@asnalaw.com
rebholz@asnalaw.com
*Counsel for Debtor and Debtor in Possession*

APPROVED:

/s/ Emmett E. Robinson
(*per email authority on 10/19/2026*)

Emmett E. Robinson (88537)
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
T: 216.505.6900 F: 216.649.0508
erobinson@robinsonlegal.org
*Special Counsel for Debtor and Debtor in Possession*

EXHIBIT A
Page 1 of 3

ROBINSON LAW FIRM LLC
27 Foxwood Circle
Wakeman, OH 44889
(216) 505-6900
firm@robinsonlegal.org

# Invoice

*Services Rendered **April 2026***
Dated: May 1, 2026

**Raymond Schneider**

**<u>Schneider v. HNB</u>**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/3 | Conduct research regarding [redacted]. | 1.0 | $400.00 | $400.00 |
| 4/7 | Confer with Cummins Law team concerning [redacted] and strategy moving forward. | 1.4 | " | 560.00 |
| 4/14 | Conduct research regarding [redacted]. | 3.4 | " | 1,360.00 |
| 4/15 | Conduct research regarding [redacted]; draft/revise memorandum regarding the same. | 6.0 | " | 2,400.00 |
| | | 11.8 | **TOTAL:** | **$4,720.00** |

**<u>$4,720.00</u>**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC." ACH payment and wire also accepted.

EXHIBIT A
Page 2 of 3

ROBINSON LAW FIRM LLC
27 Foxwood Circle
Wakeman, OH 44889
(216) 505-6900
firm@robinsonlegal.org

# Invoice

*Services Rendered* ***May 2026***
Dated: June 1, 2026

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/21 | Confer with J. Cummins and R. Rhein regarding [redacted] | .5 | $400.00 | $200.00 |
| 5/26 | Review/analyze and annotate [redacted] | .5 | " | 200.00 |
| 5/29 | Review/analyze and annotate [redacted] | .3 | " | 120.00 |
| 5/30 | Review/analyze and annotate [redacted] | 1.1 | " | 440.00 |
| 5/31 | Review/analyze and annotate [redacted] | .4 | " | 160.00 |
| | | | **TOTAL:** | **$1,120.00** |

**$1,120.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC." ACH payment and wire also accepted.

EXHIBIT A
Page 3 of 3

ROBINSON LAW FIRM LLC
27 Foxwood Circle
Wakeman, OH 44889
(216) 505-6900
firm@robinsonlegal.org

# Invoice

*Services Rendered* ***September 2026***
Dated: October 1, 2026

**Raymond Schneider**

**Schneider v. HNB**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/2 | Review/analyze and annotate decision denying defense motion for summary judgment based on res judicata; confer with J. Cummins and R. Rhein regarding [redacted]. | .9 | $400.00 | $360.00 |
| 9/25 | Review/analyze and annotate [redacted]. | .3 | " | 120.00 |
| 9/29 | Review/analyze and annotate [redacted] | .8 | " | 320.00 |
| 9/30 | Review/analyze and annotate [redacted]. | 1.6 | " | 640.00 |
| | | | **TOTAL:** | **$1,440.00** |

**$1,440.00**

Please remit payment to the address above via check made payable to "Robinson Law Firm LLC." ACH payment and wire also accepted.

**NOTICE OF SECOND INTERIM FEE APPLICATION OF ROBINSON LAW FIRM, LLC**

The Debtor has filed papers with the Court seeking interim compensation for services rendered by Robinson Law Firm, LLC, as special counsel.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the application**, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, Atrium Two, Suite 800, 221 E. Fourth St., Cincinnati, OH 45202, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

Office of The United States Trustee
550 Main Street
Suite 4-812
Cincinnati, OH 45202

James A. Coutinho, Esq.
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further notice or hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Second Interim Fee Application of Robinson Law Firm, LLC* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on October 21, 2026, addressed to all parties and creditors in interest as set forth on the attached mailing matrix.

/s/ James A. Coutinho
James A. Coutinho (0082430)

**ADT**
2300 Wall St., Suite H
Cincinnati, OH 45212
*Creditor*

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
*Creditor*

**Austin Z. Baurichter, Esq.**
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
*Counsel for Park National Bank*

**Bannister Landscape Services**
917 Meetinghouse Road
Wells, ME 04090
*Creditor*

**BMW Financial Services NA, LLC**
c/o CT Corporation System, Statutory Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219
*Creditor*

**Brad Sandler**
780 Third Ave., 34th Floor
New York, NY 10017-2024
*Creditor*

**Branden P. Moore, Esq.**
McGuireWoods LLP
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. & Bank of America, NA*

**Brian Green, Esq.**
Shapero & Green, LLC
25101 Chagrin Boulevard, Suite 220
Beachwood, OH 44122
*Counsel for First Federal Savings & Loan Association of Lakewood*

**Central Maine Power**
83 Edison Drive
Augusta, ME 04336
*Creditor*

**Christopher P. Schueller, Esq.**
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Counsel for The Huntington National Bank*

**David T. Austin, Esq.**
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212
*Counsel for United States Trustee*

**Design Rite Sprinkler**
5989 Meijer Dr.
Suite 8
Milford, OH 45150
*Creditor*

**Donald W. Mallory, Esq.**
Wood + Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
*Counsel for General Electric Credit Union*

**Dorothy E. Dornbusch**
c/o Joel Zimmerman, Esq.
Bubalo Law PLC
9300 Shelbyville Rd., Ste. 210
Louisville, KY 40222
*Creditor*

**Duke**
139 E. 4th St.
Cincinnati, OH 45202
*Creditor*

**Eagle Eye Property Watch**
PO Box 45
Moody, ME 04054
*Creditor*

**Eagle River**
846 Forest Road
Vail, CO 81657
*Creditor*

**First Federal Savings Bank**
PO Box 250
Washington Court House, OH 43160
*Top 20*

**Greater Cincinnati Water Works**
Attn: Bankruptcy Desk
4747 Spring Grove Ave.
Cincinnati, OH 45232-1986
*Creditor*

**Henry Schneider**
8110 Plainfield Road
Cincinnati, OH 45236
*Creditor*

**Holy Cross Energy**
PO Box 2150
Glenwood Springs, CO 81602
*Creditor*

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346
*Taxing Authority*

**Jon J. Lieberman, Esq.**
McCalla Raymer Leibert Pierce, LLP
312 Walnut Street, Suite 2275
Cincinnati, OH 45202
*Counsel for Heritage Bank*

**Karolina F. Perr, Esq.**
Wood + Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
*Counsel for Village of Evendale, Ohio*

**Kemba Credit Union, Inc.**
5600 Chappell Crossing Blvd.
West Chester, OH 45069
*Creditor*

**Kennebunk Sewer District**
44 Water Street
Kennebunk, ME 04043
*Creditor*

**Kenwood Country Club**
6501 Kenwood Road
Cincinnati, OH 45243
*Creditor*

**Minnesota Life Insurance**
400 Robert Street North
Saint Paul, MN 55101
*Creditor*

**Ohio Attorney General**
Collections Enforcement Section
Attn: Bankruptcy Unit
30 East Broad St., 14th Floor
Columbus, OH 43215
*Notify-also address for Ohio Department of Taxation*

**Ohio Department of Taxation**
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530
*Taxing Authority*

**Patricia B. Fugée, Esq.**
FisherBroyles, LLP
6725 W. Central Ave., Suite M
PMB 386
Toledo, OH 43617
*Counsel for Civista Bank*

**Patrick Hruby, Esq.**
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
*Counsel for First Merchants Bank*

**Paul T. Saba, Esq.**
SSP Law Co., L.P.A.
2623 Erie Avenue
Cincinnati, OH 45208
*Counsel for Stock Yards Bank & Trust Company*

**Philip K. Stovall, Esq.**
Hahn Loeser & Parks LLP
65 E. State Street, Suite 2500
Columbus, OH 43215
*Counsel for William G. Krieger, Examiner*

**Poseidon Irrigation**
48 Mountain Rd.
Biddeford, ME 04005
*Creditor*

**Raymond Joseph Schneider**
3515 Tiffany Ridge Lane
Cincinnati, OH 45241
*Debtor*

**Richard Boydston, Esq.**
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, OH 45202
*Counsel for First Merchants Bank*

**Robert McIntosh, Esq.**
Brock & Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
*Counsel for Truist Bank*

**Rockland Trust Company, Successor to Blue Hills Bank**
150 Grossman Drive, Ste. 300
Braintree, MA 02184
*Top 20*

**Spectrum**
400 Washington Boulevard
Stamford, CT 06902
*Creditor*

**Steven M. Hartmann, Esq.**
Smith, Gambrell & Russell, LLP
155 North Wacker Drive, Suite 3000
Chicago, IL 60606
*Counsel for Transamerica Life Insurance Company*

**Susan M. Argo, Esq.**
Bricker Graydon LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
*Counsel for Three Notes, LLC & Park National Bank*

**Susana E. Lykins, Esq.**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Ste. 450
Alpharetta, GA 30004
*Notice Party*

**Town of Kennebunk**
1 Summer Street
Kennebunk, ME 04043
*Creditor*

**Tricia Morra, Esq.**
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
*Counsel for Nationstar Mortgage, LLC*

**TruGreen**
4041 Thunderbird Lane
Fairfield, OH 45014
*Creditor*

**Truist Bank**
1001 Semmes Ave.
Richmond, VA 23224
*Secured Creditor*

**U.S. Bank National Association**
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108
*Creditor*

**Vail Valley Snow Removal**
2497 Chamonix Ln., Apt. J3
Vail, CO 81657
*Creditor*

**Vorys, Sater, Seymour and Pease LLP**
Attn: Kari B. Coniglio
200 Public Square, Suite 1400
Cleveland, OH 44114
*Creditor*

**Webhannet Golf Club**
26 Golf Club Drive
Kennebunk, ME 04043
*Creditor*

**Whitney L. Mosby, Esq.**
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
*Counsel for First Merchants Bank*

**Xcel Energy**
414 Nicollet Mall
Minneapolis, MN 55401
*Creditor*

**Xfinity/Comcast**
1701 JFK Boulevard
Philadelphia, PA 19103
*Creditor*