| Account | Beginning Balance September 1st | Credits (Not Interaccount) | Debits (Not Interaccount) | Account Transfers In | Account Transfers Out | Ending Balance September 30th |
|---|---|---|---|---|---|---|
| US Bank (Prepetition) | $ - | $ - | $ - | $ - | $ - | $ - |
| Stockyards (Prepetition) | $ - | $ - | $ - | $ - | $ - | $ - |
| Warsaw Federal (Prepetition) | $ - | $ - | $ - | $ - | $ - | $ - |
| US Bank DIP General | $ 28,682.42 | $ 55,433.17 | $ 83,577.35 | $ 6,000.00 | $ - | $ 6,538.24 |
| US Bank DIP SS | $ 19,319.80 | $ 3,636.71 | $ - | $ - | $ 6,000.00 | $ 16,956.51 |
| | $ 48,002.22 | $ 59,069.88 | $ 83,577.35 | $ 6,000.00 | $ 6,000.00 | $ 23,494.75 |

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

**Uni-Statement**
Account Number:
[redacted]7243
Statement Period:
Sep 1, 2026
through
Sep 30, 2026



106481070700101 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

***To Contact U.S. Bank***

***By Phone:*** *800-673-3555*
***U.S. Bank accepts Relay Calls***
***Internet:*** *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective November 16, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Transaction Posting Order** section to explain that in most cases, the point-of-sale PIN based debit card transactions will be posted to your account immediately in real time when the transaction occurs

Beginning October 12, 2026, you will have the opportunity to review the fully revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

## U.S. BANK SMARTLY CHECKING

***Member FDIC***

U.S. Bank National Association

**Account Number [redacted]7243**

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 1 | $ | 28,682.42 | Annual Percentage Yield Earned | | 0.00496% |
| Deposits / Credits | | 61,433.17 | Interest Earned this Period | $ | 0.25 |
| Other Withdrawals | | 5,570.33- | Interest Paid this Year | $ | 2.28 |
| Checks Paid | | 78,007.02- | Number of Days in Statement Period | | 30 |
| **Ending Balance on Sep 30, 2026** | **$** | **6,538.24** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 1 | Mobile Check Deposit | | 8353515941 | $ | 2,900.00 |
| Sep 8 | Electronic Deposit<br>REF=262470150202030N00 | From Circle Developme<br>ACH S Pay 1202704600 | | | 50,000.00 |
| Sep 14 | Electronic Deposit<br>REF=262540068298380N00 | From CORPORATE PARK I<br>AVIDPAY H562193588 | | | 1,000.00 |
| Sep 16 | Mobile Check Deposit | | 8652943225 | | 1,532.92 |
| Sep 30 | Interest Paid | | 3000003173 | | 0.25 |
| Sep 30 | Internet Banking Transfer | From Account [redacted]7110 | | | 6,000.00 |
| | | | **Total Deposits / Credits** | **$** | **61,433.17** |

### Other Withdrawals

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 1 | Electronic Withdrawal<br>REF=262430229109720N00 | To NATIONSTAR MORTG<br>9500000000ONLINE<br>PMTUSB497989746POS | | $ | 3,321.00- |
| Sep 8 | Electronic Withdrawal<br>REF=262470060238220N00 | To Unitedhealthcare<br>1836282001Premium [redacted] | | | 380.23- |
| Sep 16 | Electronic Withdrawal<br>REF=262580078512900N00 | To SPECTRUM<br>0000358635SPECTRUM 7961126 | | | 292.16- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

usbank

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
[redacted]7243
Statement Period:
Sep 1, 2026
through
Sep 30, 2026



## U.S. BANK SMARTLY CHECKING (CONTINUED)

U.S. Bank National Association

**Account Number** [redacted]**7243**

### Other Withdrawals (continued)

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| Sep 17 | Electronic Withdrawal REF=262600074367380N00SD | To HOUCK ASPHALT MA 9215986202SALE | | 912.00- |
| Sep 24 | Electronic Withdrawal REF=262660104924580N00 | To TruGreen COLLECTION1568945001 | | 88.16- |
| Sep 25 | Electronic Withdrawal REF=262670036781580N00 | To GCWW/EZ-PAY 0000007041UTILITIES 0909054 | | 576.78- |
| | | | **Total Other Withdrawals** $ | **5,570.33-** |

### Checks Presented Conventionally

| *Check* | *Date* | *Ref Number* | *Amount* | *Check* | *Date* | *Ref Number* | *Amount* |
|---|---|---|---|---|---|---|---|
| 0109 | Sep 21 | 8054250842 | 600.00 | 0112 | Sep 29 | 8354430261 | 11,732.61 |
| 0110 | Sep 24 | 8951398789 | 32.15 | 0113 | Sep 29 | 8352589102 | 35,435.00 |
| 0111 | Sep 29 | 8354127746 | 27,285.62 | 5034* | Sep 24 | 8952091983 | 2,921.64 |

* Gap in check sequence

**Conventional Checks Paid (6)** $ **78,007.02-**

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|---|---|
| Sep 1 | 28,261.42 | Sep 17 | 79,209.95 | Sep 25 | 74,991.22 |
| Sep 8 | 77,881.19 | Sep 21 | 78,609.95 | Sep 29 | 537.99 |
| Sep 14 | 78,881.19 | Sep 24 | 75,568.00 | Sep 30 | 6,538.24 |
| Sep 16 | 80,121.95 | | | | |

Balances only appear for days reflecting change.

**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9054 TRN I X ST01

106481070696179 D

ESTATE OF RAYMOND SCHNEIDER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #1:25-BK-12607
3515 TIFFANY RIDGE LN
BLUE ASH OH 45241-3810

**Uni-Statement**
Account Number:
[redacted]7110
Statement Period:
Sep 1, 2026
through
Sep 30, 2026

Page 1 of 1

***To Contact U.S. Bank***

***By Phone:*** *800-673-3555*
***U.S. Bank accepts Relay Calls***
***Internet:*** *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective November 16, 2026, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

**Here's what you should know:**

- Revising the **Transaction Posting Order** section to explain that in most cases, the point-of-sale PIN based debit card transactions will be posted to your account immediately in real time when the transaction occurs

Beginning October 12, 2026, you will have the opportunity to review the fully revised document. You can access it online at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

## U.S. BANK SMARTLY CHECKING

U.S. Bank National Association

***Member FDIC***
**Account Number** [redacted]7110

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Sep 1 | $ | 19,319.80 | Annual Percentage Yield Earned | | 0.00055% |
| Deposits / Credits | | 3,636.71 | Interest Earned this Period | $ | 0.01 |
| Other Withdrawals | | 6,000.00- | Interest Paid this Year | $ | 0.55 |
| | | | Number of Days in Statement Period | | 30 |
| **Ending Balance on Sep 30, 2026** | **$** | **16,956.51** | | | |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 9 | Federal Benefit Deposit REF=262460131875560N00 | From SSA TREAS 310 XXSOC SEC [redacted] 1170A S | | $ | 3,636.70 |
| Sep 30 | Interest Paid | | 3000003169 | | 0.01 |
| | | | **Total Deposits / Credits** | **$** | **3,636.71** |

### Other Withdrawals

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Sep 30 | Internet Banking Transfer | To Account [redacted]7243 | | $ | 6,000.00- |
| | | | **Total Other Withdrawals** | **$** | **6,000.00-** |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Sep 9 | 22,956.50 | Sep 30 | 16,956.51 |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**Raymond Schneider - September 2026 Transaction Summary**

General DIP Account x7243

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 9/1/2026 | $ - | Opening Balance | Balance | $ 28,682.42 |
| 9/1/2026 | $ 2,900.00 | Deposit | Vail Rent Check | $ 31,582.42 |
| 9/1/2026 | $ (3,321.00) | Nationstar | Mortgage | $ 28,261.42 |
| 9/8/2026 | $ 50,000.00 | Deposit | Company Draw - Circle Development | $ 78,261.42 |
| 9/8/2026 | $ (380.23) | UnitedHealthCare | Health Insurance | $ 77,881.19 |
| 9/14/2026 | $ 1,000.00 | Deposit | Dividend Check | $ 78,881.19 |
| 9/16/2026 | $ 1,532.92 | Deposit | Escrow Refund - Truist (Vail) | $ 80,414.11 |
| 9/16/2026 | $ (292.16) | Spectrum | Cable/Internet | $ 80,121.95 |
| 9/17/2026 | $ (912.00) | Houck Asphalt | Driveway Sealcoating | $ 79,209.95 |
| 9/21/2026 | $ (600.00) | Duke Energy | Blue Ash home Electric | $ 78,609.95 |
| 9/24/2026 | $ (32.15) | MaineHealth | Medical | $ 78,577.80 |
| 9/24/2026 | $ (88.16) | TruGreen | Blue Ash Lawn | $ 78,489.64 |
| 9/24/2026 | $ (2,921.64) | Kenwood CC | Golf Club | $ 75,568.00 |
| 9/25/2026 | $ (576.78) | Greater Cincy Water | Utility - Water | $ 74,991.22 |
| 9/29/2026 | $ (27,285.62) | Steven Lindsey | Litigation Expense - Expert | $ 47,705.60 |
| 9/29/2026 | $ (11,732.61) | Bobby Winstead | Litigation Expense - Expert | $ 35,972.99 |
| 9/29/2026 | $ (35,435.00) | Cummins Law | Legal Fees | $ 537.99 |
| 9/30/2026 | $ 0.25 | Deposit | Interest | $ 538.24 |
| 9/30/2026 | $ 6,000.00 | Transfer | Transfer from SS DIP Account | $ 6,538.24 |

SS DIP Account x7110

| Date | Transaction Amount | Payee/Type | Description | Balance |
|---|---|---|---|---|
| 9/1/2026 | $ - | Opening Balance | Balance | $ 19,319.80 |
| 9/9/2026 | $ 3,636.70 | Deposit | Social Security Deposit | $ 22,956.50 |
| 9/30/2026 | $ 0.01 | Deposit | Interest | $ 22,956.51 |
| 9/30/2026 | $ (6,000.00) | Transfer | Transfer to General DIP Account | $ 16,956.51 |

US Bank x9012 ACCOUNT CLOSED 3/3/2026
Warsaw Bank x6598 ACCOUNT CLOSED 3/3/2026