**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 16, 2026**

Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-12607 |
| Raymond Joseph Schneider, | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Beth A. Buchanan |

**AGREED ORDER GRANTING MOTION OF DEBTOR RAYMOND JOSEPH SCHNEIDER FOR RULE 2004 EXAMINATION OF THE HUNTINGTON NATIONAL BANK (DOC. 302)**

This matter is before the Court on the *Motion of Debtor Raymond Joseph Schneider for Rule 2004 Examination of The Huntington National Bank* (Doc. 302) (the “Motion”) filed by Raymond Joseph Schneider, the debtor and debtor in possession (the “Debtor”), and the *Limited Objection and Reservation of Rights of The Huntington National Bank to Motion of Debtor Raymond Joseph Schneider for Rule 2004 Examination of The Huntington National Bank* (Doc. 304) (the “Limited Objection”) filed by The Huntington National Bank, individually and as administrative agent (“Huntington”). Through the Motion, the Debtor asks the Court to authorize an examination of Huntington under Rule 2004 of the Federal Rules of Bankruptcy Procedure, consisting of the production of the documents described in Exhibit A to the Motion and the later

examination under oath of one or more designated representatives of Huntington. Huntington does not oppose the examination. Through the Limited Objection, Huntington asks, among other things, that the order set a time for the parties to meet and confer on the scope and timing of the document production and the examination.

The Debtor and Huntington have agreed to the terms set forth below, as shown by the signatures of their counsel, and the Court finds that the Motion should be granted on those terms.

It is therefore ORDERED as follows:

1. The Motion is granted on the terms set forth in this Order, which resolves the Limited Objection. The Debtor is authorized to examine Huntington, individually and as administrative agent for the Lenders (as defined in Exhibit A to the Motion), under Bankruptcy Rule 2004 through the production of documents and the examination under oath of one or more designated representatives of Huntington.

2. On or before December 9, 2026, counsel for the Debtor and counsel for Huntington shall meet and confer and attempt in good faith to agree on the following:

a. the documents responsive to the requests in Exhibit A to the Motion that Huntington has already produced to the Debtor so that those documents are not produced again;

b. the scope of the requests in Exhibit A to the Motion, including any objection Huntington raises to a particular request;

c. the schedule for Huntington's production of documents, including the order in which categories of documents will be produced and any rolling production; and

d. unless the parties agree to reconvene at a later date on the issue, the designation of the representative or representatives of Huntington to be examined, the topics of the examination, and the date, time, location, and manner of the examination.

3. The parties shall confirm any agreement reached under paragraph 2 in writing. An objection by Huntington to a particular request does not delay the production of documents responsive to the other requests, and the parties shall proceed under their agreement on the matters they have resolved while any remaining matter is addressed under paragraph 4.

4. If the parties have not agreed on any matter in paragraph 2 by November 20, 2026, counsel for either party may request a status conference with the Court, and the Court will address the open matters and set the schedule for the production and the examination.

5. The Debtor and Huntington reserve all rights as to the scope, relevance, privilege, cost, confidentiality, and compliance time of the document production and the examination.

6. Once begun, the examination may be adjourned and continued from time to time by agreement of counsel without further order of the Court.

SO ORDERED.

AGREED TO BY:

/s/ Christopher P. Schueller
(*per email authority on 11/11/2026*)
Christopher P. Schueller (0086170)
Timothy P. Palmer (0086166)
Kelly M. Neal (0100889)
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
T: (412) 562-8800; F: (412) 562-1041
christopher.schueller@bipc.com; timothy.palmer@bipc.com
kelly.neal@bipc.com
*Counsel for The Huntington National Bank*

/s/ James A. Coutinho
Thomas R. Allen (0017513)
Richard K. Stovall (0029978)
James A. Coutinho (0082430)
Andrew D. Rebholz (0102192)
Allen Stovall Neuman & Ashton LLP
10 West Broad Street, Suite 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
allen@asnalaw.com; stovall@asnalaw.com
coutinho@asnalaw.com; rebholz@asnalaw.com
*Counsel for Debtor / Debtor in Possession*

Copies to: Default List plus Top 20

Additional Party:

Via CM/ECF:

- Christopher P. Schueller, Esq.

United States Bankruptcy Court

Southern District of Ohio

In re:
Raymond Joseph Schneider
Debtor

Case No. 25-12607-bab
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0648-1 User: ad Page 1 of 3
Date Rcvd: Nov 17, 2026 Form ID: pdf01 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Raymond Joseph Schneider, 3515 Tiffany Ridge Lane, Cincinnati, OH 45241-3810 |
| 21969186 | + | Civista Bank, 100 East Water Street, PO Box 5016, Sandusky OH 44871-5016 |
| 21933183 | + | First Federal Savings Bank, PO Box 250, Washington Court House, OH 43160-0250 |
| 21933203 | + | Minnesota Life Insurance, 400 Robert Street North, Saint Paul, MN 55101-2099 |
| 21933210 | + | Rockland Trust Company, 288 Union Street, Rockland, MA 02370-1896 |
| 21933223 | | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids, IA 52499-5443 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21969185 | + | Email/Text: creditcontrollossmit@firstmerchants.com | Nov 17 2026 18:44:00 | First Merchants Bank, 10333 North Meridian Street #350, Indianapolis IN 46290-1111 |
| 21933190 | + | Email/Text: gecubankruptcy@gecreditunion.org | Nov 17 2026 18:42:00 | General Electric Credit Union, 10485 Reading Road, Cincinnati, OH 45241-2580 |
| 21933192 | + | Email/Text: l.cook@ourheritage.bank | Nov 17 2026 18:44:00 | Heritage Bank, Inc., 1818 Florence Pike, Burlington, KY 41005-7933 |
| 21933216 | + | Email/Text: bankruptcy.notices@syb.com | Nov 17 2026 18:43:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| 21933219 | + | Email/Text: bankruptcy@huntington.com | Nov 17 2026 18:44:00 | The Huntington National Bank, 7 Easton Oval (EA4W67), Columbus, OH 43219-6060 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21969187 | *+ | Rockland Trust Company, 288 Union Street, Rockland MA 02370-1896 |
| 21969183 | * | Transamerica Life Insurance Company, c/o Aegon USA Realty Advisory Services,, Attn: Mortgage Loan Department, Cedar Rapids IA 52499-5443 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Dennis Rebholz | on behalf of Debtor In Possession Raymond Joseph Schneider rebholz@asnalaw.com kittle@asnalaw.com;rebholz@ecf.courtdrive.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Austin Z. Baurichter | on behalf of Creditor Park National Bank abaurichter@protonmail.com |
| Branden P Moore | on behalf of Creditor Merrill Lynch Pierce, Fenner & Smith Incorporated bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Branden P Moore | on behalf of Creditor BANK OF AMERICA N.A. bmoore@mcguirewoods.com, amuhl@mcguirewoods.com;sfox@mcguirewoods.com;jbroadway@mcguirewoods.com |
| Brian Green | on behalf of Creditor First Federal Savings & Loan Assoc. of Lakewood bgreen@shaperolaw.com |
| Christopher Schueller | on behalf of Creditor The Huntington National Bank christopher.schueller@bipc.com donna.curcio@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| Christopher Ulysses Warren | on behalf of Creditor The Huntington National Bank christopher.warren@bipc.com |
| David T. Austin | on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov |
| Donald W Mallory | on behalf of Creditor General Electric Credit Union DWMallory@woodlamping.com jaarnold@woodlamping.com |
| Eric W Goering | on behalf of Debtor In Possession Raymond Joseph Schneider eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| James A Coutinho | on behalf of Debtor In Possession Raymond Joseph Schneider coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| James A Coutinho | on behalf of Plaintiff The Huntington National Bank for itself and as Administrative Agent coutinho@asnalaw.com doan@asnalaw.com;schenck@asnalaw.com;coutinho@ecf.courtdrive.com |
| Jon J Lieberman | on behalf of Creditor Heritage Bank jon.lieberman@mccalla.com |
| Karolina F Perr | on behalf of Creditor Village of Evendale Ohio bankruptcy@woodlamping.com, kfperr@gmail.com |
| Kelly Neal | on behalf of Creditor The Huntington National Bank kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Mark Pfeiffer | on behalf of Creditor The Huntington National Bank mark.pfeiffer@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Patricia B Fugee | on behalf of Creditor Civista Bank patricia.fugee@fisherbroyles.com ecf@cftechsolutions.com |
| Patrick Allen Hruby | on behalf of Creditor First Merchants Bank patrick.hruby@brockandscott.com wbecf@brockandscott.com |
| Paul T Saba | |

| | |
|---|---|
| | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;jrs@sspfirm.com;archive@recap.email |
| Philip K Stovall | on behalf of Examiner William G Krieger pstovall@hahnlaw.com cmb@hahnlaw.com;ECarter@hahnlaw.com |
| Richard Boydston | on behalf of Creditor First Merchants Bank richard.boydston@dentons.com sabrina.hazen@dentons.com |
| Richard K Stovall | on behalf of Debtor In Possession Raymond Joseph Schneider stovall@asnalaw.com kittle@asnalaw.com;stovall@ecf.courtdrive.com |
| Richard S Wayne | on behalf of Debtor In Possession Raymond Joseph Schneider rswayne@strausstroy.com |
| Robert Daniel McIntosh | on behalf of Creditor Truist Bank robert.mcintosh@brockandscott.com wbecf@brockandscott.com |
| Ryan Steven Lett | on behalf of U.S. Trustee Asst US Trustee (Cin) rlett@dwlaw.com |
| Steven Hartmann | on behalf of Creditor Transamerica Life Insurance Company shartmann@sgrlaw.com nstinson@sgrlaw.com |
| Susan M Argo | on behalf of Creditor Three Notes LLC sargo@bricker.com |
| Susan M Argo | on behalf of Creditor Park National Bank sargo@bricker.com |
| Thomas R Allen | on behalf of Debtor In Possession Raymond Joseph Schneider allen@asnalaw.com schenck@asnalaw.com;allen_699@ecf.courtdrive.com |
| Timothy Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;eservice@bipc.com |
| Whitney L. Mosby | on behalf of Creditor First Merchants Bank whitney.mosby@dentons.com suzanne.japenga@dentons.com |

TOTAL: 32